IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GALDERMA LABORATORIES, L.P. and TCD ROYALTY SUB LP | ) ) ) | |
| v. | ) ) ) | Civil Action No. |
| LUPIN INC. and LUPIN LIMITED | ) | |

**SUPPLEMENTAL INFORMATION FOR PATENT CASES
INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)**

Plaintiff(s) hereby provide(s) the information below with respect to the deadlines set forth in 21 U.S.C. 355(j):

Date Patentee(s) Received Notice: October 22, 2021

Date of Expiration of Patent: * See Below

Thirty Month Stay Deadline: April 22, 2024

* U.S. Patent No. 7,749,532 expires on December 19, 2027; U.S. Patent No. 8,206,740 expires on December 24, 2025; and U.S. Patent Nos. 8,394,405; 8,394,406; 8,470,364; and 8,709,478 expire on April 7, 2024.

| | |
|---|---|
| 12/3/2021 | /s/ Jack B. Blumenfeld |
| Date | Attorney(s) for Plaintiff |