# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

JEREMY A. TIGAN
(302) 351-9106
jtigan@morrisnichols.com

November 15, 2023

The Honorable Stephanos Bibas                    *VIA ELECTRONIC FILING*
U.S. Court of Appeals, 3d Cir.
18614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

      Re:    *Galderma Laboratories L.P., et al.* v. *Lupin Inc., et al.*
             C.A. No. 21-1710 (SB) (D. Del.)

Dear Judge Bibas:

      Pursuant to Paragraph 73 of the Proposed Pretrial Order (D.I. 156), Plaintiffs intend to assert in the upcoming trial claims 1 and 16 (dependent from claim 15) of the '532 patent, and claims 1 and 20 (dependent from claim 19) of the '740 patent.

                                          Respectfully,

                                          */s/ Jeremy A. Tigan*

                                          Jeremy A. Tigan (#5239)

JAT/ds
cc:    Clerk of the Court (via CM/ECF)
        All Counsel of Record (via CM/ECF and e-mail)