IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

- - -

GALDERMA LABORATORIES L.P., et al. : CIVIL ACTION NO.
: A:21-CV-01710-SB
 v. :
: BENCH TRIAL
LUPIN INC., et al. :
: DAY 1
: 1:00 P.M. SESSION
_____

          James A. Byrne U.S. Courthouse
          601 Market Street
          Philadelphia, PA 19106
          January 9, 2024
          Commencing at 1:00

_____

BEFORE THE HONORABLE STEPHANOS BIBAS

_____

APPEARANCES:

FOR THE      MORRIS, NICHOLS, ARSHT & TUNNELL LLP
PLAINTIFF:     BY:  JACK B. BLUMENFELD, ESQUIRE
        BY:  JEREMY A. TIGAN, ESQUIRE
        1201 NORTH MARKET STREET
        P.O. BOX 1347
        WILMINGTON, DE 19899

- - -

     Kim L. Haley, CRR, RPR
     Official Court Reporter
    Kim_Haley@paed.uscourts.gov
      (267) 299-7232

Proceedings taken stenographically and prepared utilizing computer-aided transcription

APPEARANCES CONTINUED:


FOR THE                CAHILL, GORDON & REINDEL LLP
PLAINTIFF:             BY:  ANDREW J. COCHRAN, ESQUIRE
                       BY:  GERALD FLATTMANN, JR., ESQUIRE
                       32 OLD SLIP
                       NEW YORK, NY 10005



FOR THE                PHILLIPS, MCLAUGHLIN & HALL, P.A.
DEFENDANT:             BY:  MEGAN C. HANEY, ESQUIRE
                       BY:  JOHN PHILLIPS, JR.
                       1200 NORTH BROOM STREET
                       WILMINGTON, DE 19806



FOR THE                RAKOCZY MOLINO MAZZOCHI SIWIK
DEFENDANT:             BY:  WILLIAM A. RAKOCZY, ESQUIRE
                       BY:  JOSEPH T. JAROS, ESQUIRE
                       BY:  ADRIANNE C. ROSE, ESQUIRE
                       BY:  NATASHA WHITE, ESQUIRE
                       BY:  KATIE A. BODA, ESQUIRE
                       6 WEST HUBBARD STREET, SUITE 500
                       CHICAGO, IL 60654

                    -   -   -

THE COURT: Good afternoon. Are we ready to proceed with cross?

MR. RAKOCZY: We are, Your Honor. May we have permission to approach with slides and binders?

THE COURT: You may; that may be helpful.

This is cross exhibits.

MR. RAKOCZY: Yes.

THE COURT: Very good. And I will, again, leave it to you. I'm sure this will take a little while. We will go for quite a while, but if you think there is a time mid-afternoon that makes sense for a break in the sequence or get it all done before the afternoon break, I will defer to you. Our court reporter will probably want a break by 3ish. We'll see.

MR. RAKOCZY: Absolutely. Understood, Judge.

THE COURT: Please.

MR. RAKOCZY: May I proceed?

Thank you.

CROSS-EXAMINATION

BY MR. RAKOCZY:

Q.     Good afternoon, Dr. Rudnic.

A.     Good afternoon, Counselor.

Q.     All right. Do you have your binders there in front of you?

A.    No.

MR. RAKOCZY:  I gave binders to everybody but the witness.

(Discussion off the record.)

BY MR. RAKOCZY:

Q.    I will be putting things on the screen.

A.    I assume we're starting with Volume 1 first?

Q.    I am not sure.  We'll see.  Probably.

A.    Okay.  Go ahead.

Q.    All right.  Thank you, Dr. Rudnic.  I would like to start with the patent if we could.  The patents describe the use of pH 1.1, correct?

A.    Amongst other things, yes.

Q.    Let's pull up DDX-2, slide 3, please.

This is Figure 1 from the patent.  You've seen this, correct?

A.    Yes.

Q.    And this test uses pH 1.1 and measures at the 10-, 20- and 30-minute time points; is that right?

A.    Correct.

Q.    And this is testing the IR beads?

A.    Correct.

Q.    And you can see that these beads are releasing substantially all the drug at the 10-, 20- and 30-minute time points, correct?

A.      That's correct.

Q.      Let's pull up DDX-2, slide 4, and very briefly look at Figure 2.

You've seen this before as well, correct?

A.      Yes.

Q.      This is from the Chang patents, right?

A.      Yes.

Q.      This is a two-stage test now, correct?

A.      Yes.

Q.      So this test runs for two hours at pH 1.1, and then it does immediate change, I believe, to 7.0; is that correct?

A.      That's correct.

Q.      And this test is testing the DR beads, first at pH 1.1 at the one- and two-hour limits and showing virtually no drug release, correct?

A.      Yes.

Q.      And then showing substantially all of the DR beads are releasing their drug at the higher pH of 7.0; is that right?

A.      In about 30 minutes, yes.

Q.      Why don't we look at DDX-2, slide 5.  There is one more of these.  This is Figure 3 from the Chang patents.

You recognize this, correct?

A.    I believe so.

Q.    And this is testing a 40-milligram capsule that was made with 75 percent IR and 25 percent DR beads, correct?

A.    Yes.

Q.    And this is a two-stage test as well, beginning at pH 1.1 for two hours, correct?

A.    Yes.

Q.    And it's showing approximately 75 percent, or thereabouts, drug release at the one- and two-hour time points of at pH 1.1, correct?

A.    Yes.

Q.    And then, the rest of the drug is delayed and releasing thereafter in the higher pH, correct?

A.    You see some bounce in the data, but yes.

Q.    Now, just to be clear, for a 40-milligram capsule, 75 percent IR --

            THE COURT:  30 and 10, I got it.

            MR. RAKOCZY:  I just wanted to get that in the record, Your Honor, other than just my open.

            THE COURT:  Yes.

BY MR. RAKOCZY:

Q.    All right.  Let's stay on the -- I believe you already told me, but actually, let's just make it clear for the record.

The dotted line you see in Figure 3, that's the media change?

A.    Yes.

Q.    And so just so we understand mechanically what's happening.  There is a dissolution vessel, and it has pH 1.1 media in it.  And, for example, it could have paddles spinning it around 75 revolutions per minute --

A.    Or 50 at that stage.

Q.    50 or 75.  And then at time points one and two hours, they take measurements of what's been released, correct?

A.    Yes.

Q.    And then they stop the paddles to change the media at the dotted line.

A.    Yes.

Q.    Then they add in -- for example, in this test, they probably would have added in something like pH 11 to change over to get it up to 7 for the second stage, correct?

A.    Something like that.

             THE COURT:  You're just emptying out the old fluid.  You are just adding more fluid to wind up with the right pH.

             THE WITNESS:  Sometimes you have to take out some fluid, that can be an issue.  So usually what

they do is they start with a lower volume so you can add in more fluid without it potentially spilling over.

THE COURT:  Okay.

THE WITNESS:  But remember that there is a paddle that's spinning either 50 or 75, roughly one revolution per second.  So slow but steady.

BY MR. RAKOCZY:

Q.      And so at our dotted line on Figure 3, they're doing the media change; they're pouring in pH 11, bringing it the up to 7.0, then they start the paddles again and finish the second stage of the test; is that right?

A.      Yes.

So I also just want to point out to you that I notice that the QC part of this test, the pH 1.1, is at two hours, long after the stomach would normally empty in real life.

Q.      Right.  So the gastric -- average gastric emptying time would probably be less than an hour, correct?

A.      Less than an hour, yes.

Q.      All right.  Let's talk a little bit more about pH 1.1 in the stomach.  I want to show you some information on a ratio that you've seen, DDX-2, slide 6.

You've seen this description of a ratio

before, correct?

A.    Yes, I have.

Q.    And let's zoom in on the section on the left, the DDX-2, slide 7 on the screen, if we could, please.

Here we've zoomed in on the left.  And here we have a description of ORACEA capsules, 30 milligrams, immediate release, correct?

A.    Yes.

Q.    And this half of the dissolution test is labeled "Stomach" at the top, correct?

A.    Yeah.  I don't believe -- I'm pretty sure this is a general description for the public as opposed to a scientific FDA thing, but yeah.

Q.    This is from Galderma; it's about ORACEA.  My question is simply for the 30 milligrams ORACEA capsule release they label "stomach," correct?

A.    I see that.

Q.    Then they say immediate release occurs at pH of 1.1, correct?

A.    I see that.

Q.    They are associating that with the stomach, correct?

A.    For the general public, yes.  And they are using actual data from the QC test, but they're not saying that pH 1.1 is the pH of the stomach, or they're not

174

saying that pH 1.1 is the only pH of the stomach.

THE COURT:  Counsel, just to go over,

oracea.com.  So this is from plaintiff's website?

MR. RAKOCZY:  This is Galderma's

description of ORACEA, correct, Your Honor.

THE WITNESS:  For the public, Your Honor.

BY MR. RAKOCZY:

Q.    Let's step back then.  You agree pH 1.1 is a

standard, well-accepted condition for evaluating

immediate release components, correct?

A.    The majority of the time, yes.

Q.    And pH 1 is also a standard, well-accepted

condition for looking at the lack of release for enteric

release components, correct?

A.    Correct, as a QC test.

Q.    You keep saying "QC test."  You didn't say that

in any of your answers in your deposition that I'm

looking at.

A.    I most certainly did.

Q.    Well, we can go to your deposition, sir --

A.    I'm happy to do it.

Q.    -- and you told us it was a well-accepted

condition.

A.    I believe I said it many times in my deposition.

Q.    We can go to your deposition.  It's DTX-447 in

your witness binder.

A.      Sure.

Q.      I will pull it up on screen as well.

If we can go to page 29, lines 20 through 22, through page 30, line 10.

A.      Counsel, you are going to have to give me a chance to look at it.  DTX which?

Q.      447.

THE COURT:  In the second binder.

THE WITNESS:  Yeah, I've got it, Your Honor.  It took me a while --

THE COURT:  Page 29 in the numbering according to the small pages.

MR. RAKOCZY:  I am going by the actual -- yes, the actual transcript pages.

THE COURT:  The upper left-hand corner of the page, at the bottom it says DTX-447.0008.  On page 29, lines -- towards the bottom, line 22.

BY MR. RAKOCZY:

Q.      Page 29, line 22, through page 30, line 10, and I pulled it up on your screen as well.

A.      Okay.

Q.      And were you asked this question, and did you give this answer, sir:

"QUESTION:  When you use the terms

'biorelevant' and 'physiologically relevant,' are those interchangeable or are those synonymous?

"ANSWER:  I don't know what you are getting at, Counselor.  All I can tell you is pH 1.1 is a standard, well-accepted condition for evaluating immediate release components, and looking at the lack of release up to 2 percent for enteric release components. It is a standard, very easy, readily available medium."

Is that the question you were asked and the answer you gave?

A.    Yes, and I also said, "It's not the only pH in the stomach."  It was the very next line.

Q.    My question was simple:  Is this your -- the question you were asked and the answer you gave?

A.    Yes.

Q.    All right.  Now, you agree that pH 1.1 is intended to mimic the pH of the stomach, correct?

A.    No.

Q.    Let's go the back to your deposition, the same exhibit.  Let's look at page 16, lines 8 through 13. Were you asked this question and did you give this answer:

"When you use the term 'mimic the stomach,' is that to stimulate the conditions within the stomach at a pH of 1.1?

"ANSWER:  It is at pH 1.1, and it mimics the worst case of pH in the stomach.  It is not inclusive of all pHs that are in the stomach."

Is that the question you were asked and the answer you gave?

A.    That's one of them, but there's other answers here, such as:  "PH 1.1 is the lowest pH found in the gastric region of the stomach, and the test is designed to be a quality control test to test the release at the worst case in a stomach of various predicaments, but it's not the only pH in the stomach."

Q.    My question was simple:  On the screen, is this the question you were asked and the answer you gave?

A.    Yes, and I just answered it.

Q.    Was it --

A.    It wasn't the only answer I gave.

Q.    Was it a true answer?

A.    Absolutely.

Q.    All right.  Let's go to DDX-2, slide 8, and I would like to explore this further and look at some of your testimony on pH 1.1 from the Amneal case.

You recall testifying in that case and drafting expert reports, correct?

A.    Yes.

Q.    And here, on slide 8, we have a statement from

your opening expert report in Amneal, where you stated, "The use of pH 1.1 acidic medium here is intended to mimic the acidic environment of the stomach."

That's what you said, correct?

THE COURT:  Who were you an expert in that case?  Galderma?

THE WITNESS:  Galderma.

BY MR. RAKOCZY:

Q.    Sir, my question was very simple:  Did you state this --

A.    Yes.

Q.    -- in your opinions?

A.    Yes.  But you have to take it within the context of that case.

Q.    Sir, sir, I -- my question is very simple.  I want to know:  Is that the opinion, the statement you made in Amneal?  Your attorney can get up and ask you whatever he wants.  I have a very simple question, is that the opinion you gave that I just read?

A.    That's one of them in the Amneal case.

THE COURT:  Asked and answered.  Move on.

BY MR. RAKOCZY:

Q.    Let's look at your reply report in Amneal, on DDX-2, slide 9.  And here you said --

A.    Wait.  Hang on.  Hang on.

Q.      I've got it on the screen.  It's the small spiral bound that's on the screen there.

A.      Okay.  I've got it.

Q.      In here you said that pH 1.1 is designed to mimic the stomach environment following oral administration, correct?

A.      Just give me a second, Counselor.  You are throwing these at me, and I would like to see the document as well.

So this is DTX-72.  Hang on.  It's in this binder.  Got it.  And this is page 42, I see.

Q.      Sir, my question is simply, did you make that statement in the Amneal report?

A.      I would like to see it, Counselor.  Hang on.

THE COURT:  It's about 6, 7 lines up.

THE WITNESS:  Yeah, I see it.  From the top, right?

THE COURT:  Oh, yes.  You say something similar again towards the bottom.

THE WITNESS:  Yes, I see it.

THE COURT:  About four lines down.

THE WITNESS:  Sure.  Yep, I see it.

BY MR. RAKOCZY:

Q.      Now, the use of -- I want to be clear, and I think you may have mentioned this before.  The use of

two hours of pH 1.1 can be used as a stress test for enteric coating, correct?

A.    Correct.  Some people go longer.

Q.    Let's take a look at DDX-2, slide 10.  And this is also from your Amneal opinions, and I believe this is what you're referring to.

You said, pH medium for two hours, "serves as a stress test for the stability under acidic conditions of the enteric-coated portions of both products."

And that's what you meant, common stress test for enteric coating?

A.    Correct.

Q.    Now, let's go back to this Lupin case.  And you looked at the Lupin pH 1.1 results, obviously, in this case, correct?

A.    Yes.

Q.    And, in fact, you're relying, in part, on those results for your opinions that Lupin's immediate release portion, immediate release is 22 milligrams in pH 1.1, correct?

A.    Yes.

Q.    Now let's take a look at DDX-2, slide 12, and this is a comparative dissolution profile from the Lupin ANDA, and it has Oracea in purple and the Lupin exhibit

batches in green -- I believe that's green, blue and red.

Do you see that?

A.    Okay.  So going a little quick, Counselor.  I'm trying to figure out what product we are talking about here.  We were talking about Amneal a minute ago.

Q.    I apologize.  I thought I prefaced saying we are going back to this Lupin case now.

A.    Okay.  Got it.  Thank you.  I was flipping through my books when you were doing that.  Sorry, Counselor.

Q.    No worries.

So here up on DDX-2, slide 12, we have from the Lupin multimedia report at PTX-194 that you testified about.  This is one of the figures, and this is a pH 1.1 data, correct?

A.    Sure.

Q.    And we show the ORACEA curve or graph in the purple on top showing that ORACEA at 15 and 30 minutes in pH 1.1 is releasing about 74, 75 percent.

Does that seem right?

A.    Yes.

Q.    Then you have the three Lupin exhibit batches that we've been referring to as exhibit batches 1, 2, 3, or you see on screen, the 254 batch, the 255 batch and

the 253 batch in blue, red and green, correct?

A.      Correct.

THE COURT:  So purple is --

THE WITNESS:  ORACEA.

THE COURT:  -- ORACEA?

MR. RAKOCZY:  Yes, Your Honor.

THE COURT:  And then the other products are three batches of Lupins.

MR. RAKOCZY:  Yes.  The other -- so the purple graph is ORACEA, and the blue, red and green are from the Lupin ANDA exhibit batches 253, 254, 255.

THE COURT:  This is from the batch that you were talking about having been manufactured differently?

THE WITNESS:  Actually, this is from the exhibit batches that were submitted to the FDA.

THE COURT:  The exhibit batches submitted originally.

MR. RAKOCZY:  To the FDA, Your Honor.

THE COURT:  To the FDA.  Okay.  From the FDA data.  Got it.

MR. RAKOCZY:  Correct.

BY MR. RAKOCZY:

Q.      And so if we look at the Lupin exhibit batches, what I'll call the 253, 254 and the 255 in blue, red and

green, those batches in the pH 1.1 are releasing at the 30-minute time point somewhere above 50 percent going on to probably approaching 54, 55 percent; is that right?

A.      Yeah.   At two hours, which again validates the timeframe does not match what you see in the stomach.

THE COURT:  This is pH 1.1?

THE WITNESS:  Well, they call it .1 here, Your Honor.

THE COURT:  When you say 0.1, what does that translate to?

THE WITNESS:  So 0.1 normal hydrochloric acid typically has a pH of 1.1.

THE COURT:  Okay.  So it's --

THE WITNESS:  It's the same thing.

THE COURT:  It's the same thing.  Okay.

THE WITNESS:  Yes.  But rather than mention it as pH 1.1, they talk about what it is, which is 0.1 normal hydrochloric acid, which means there's a certain amount of acid that you're --

THE COURT:  For practical purposes, I can treat it as pH 1.1.

THE WITNESS:  Absolutely, Your Honor.

BY MR. RAKOCZY:

Q.      Just to be clear, the Lupin product is releasing it looks like somewhere between 50 and 55 percent in

this --

A.      Yeah.  By the end of the test, it's releasing 55 percent, which is all of its contents.

Q.      Which is 22 milligrams immediate release in the Lupin capsule, correct?

A.      It's 22 milligrams from what they called the immediate release pellets, which are immediate release pellets, and doxycycline is soluble through a wide variety of pHs, including 1.1.

Q.      You don't challenge any of these results, correct?

A.      No.

Q.      You didn't run any of your own testing of any capsules in this case in pH 1.1, correct?

A.      I didn't need to.

                THE COURT:  Are these test data including both immediate release and delayed release portions?

                THE WITNESS:  No, sir.  This is only the immediate release portion of the Lupin and/or ORACEA product.  So this is --

                THE COURT:  This is all testing immediate release portions.

                THE WITNESS:  It is testing in pH 1.1.

                THE COURT:  Right.

                THE WITNESS:  And so for two hours, the

only thing that is releasing is the immediate release.

THE COURT:  No, no.  My question is, what was put in the petri dish was the 40-milligram tablet, and the amount of output you are seeing is just from the IR portions?

THE WITNESS:  Correct, Your Honor.

THE COURT:  The entire thing was tested, and this is what we get, percentages of release.

THE WITNESS:  At pH 1.1.

THE COURT:  Got it.

MR. RAKOCZY:  That's correct, Your Honor.

THE WITNESS:  And 100 percent of immediate release component of both products is coming out at this point in time.

THE COURT:  Got it.  So there is no disagreement that what we're seeing in these numbers is 30 milligrams being released from ORACEA's immediate release and none of ORACEA's delayed release, plus 22 -- not milligrams, but, you know, the 22 but not the 18 in the Lupin portion.

THE WITNESS:  Yeah.  So 55 percent of 40 is 22 milligrams.  And so that is what you see if you take the Y-axis on the right side.

THE COURT:  That's why, the math is obvious, no one is disputing, that at pH 1.1, we're

seeing 22 milligrams of Lupin versus 30 of ORACEA.

THE WITNESS:  Correct, Your Honor.

THE COURT:  Got it.

MR. RAKOCZY:  All right.  I may be able to move through this next section a little bit quicker, Your Honor.

BY MR. RAKOCZY:

Q.    Then if we could go to DDX-2, Slide 13.

Dr. Rudnic, you recall seeing these plots where we plotted the Lupin exhibit batch data on top of Figure 3 from the patent, correct?

A.    I believe so.

Q.    You see in this green plot, and this is from Lupin exhibit batch number 1, or what we call the 253 batch, again, we see that actual similar result in pH 1.1, the Lupin capsules are releasing approximately 55 percent or 22 milligrams immediate release, correct?

A.    Correct.

Q.    And then the rest is released thereafter, correct?

A.    Almost.

Q.    And you don't challenge any of these results either, correct?

A.    No.

Q.    I will ask you the same question.  We can pull

up DDX-2, slide 14.  This is a similar plot but with the Lupin exhibit batch 2, the 254 batch, and we see similar results here, correct?

A.      There are similar results there.  Okay.

Q.      You're not challenging any of this data or these results, correct?

A.      This is a batch submitted to the ANDA.

Q.      Yes, this is Lupin exhibit batch --

THE COURT:  You're not disputing that in pH 1.1, we're seeing the differences.  The dispute comes down to whether we should also be looking at pH 4.5 or thereabout in deciding whether there is patent infringement, not just FDA approval.

THE WITNESS:  Absolutely.

THE COURT:  If we were just looking at 1.1, you're not fighting him on any of this?

THE WITNESS:  No.

THE COURT:  You can cut past all the pH 1.1 stuff, and let's talk about other pHs.

MR. RAKOCZY:  All right.

Now, if I could, Your Honor, before I move on to pH 1.1, I do want to ask, I would like to put up DDX-2, slide 21, and I want to go back now to the Amneal case.

BY MR. RAKOCZY:

Q.      Now, in the Amneal case, you actually used pH 1.1 at 30 minutes when comparing the Amneal product to Oracea, correct?

A.      Yes.

Q.      If we pull up DDX-2, slide 22, you actually said when opining about the Amneal product, that "The data squarely centers around dissolution of 30 milligrams of doxycycline at the 30-minute time point in pH 1.1 medium," correct?

A.      Yes.

Q.      In the Amneal case, you did use the pH 1.1 at 30 minutes in your infringement analysis, correct?

A.      Yes, but I just want to point out that the product in Amneal does not have an enteric coat, and it is not subject to any changes in pH at all.

Q.      My question is simple --

A.      My point, in this case, was that Amneal released enough from that component of pellets that it contributed to the immediate release, and some were delayed to contribute to the delayed release.

THE COURT:  So your argument was that it was sufficient to infringe that it dissolves at the same rate of 1.1.  Now you are saying but it is not necessary that it dissolve at the same rate of 1.1 if it winds up dissolving at the same rate at a different pH, for

example, the pH of the duodenum 4.5?

THE WITNESS:  You are completely correct, Your Honor.

THE COURT:  Okay.  Understood.

BY MR. RAKOCZY:

Q.    In fact, Dr. Rudnic, I searched the Amneal record.  I could not find you relying on any pH in the Amneal case except pH 1.1; is that correct?

A.    Well, what you'll notice in the Amneal case in my expert report, as I mention an FDA guidance where I say the FDA requires you to test at other pHs, 4, 5 and others.

Those other pHs were never at issue in the Amneal case because they didn't have a pH-sensitive coating.  They had a pH independent component which added to the delayed release component.

THE WITNESS:  And so it's kind of the opposite of this case, Your Honor.

And so in that particular case, there were -- they had a 2-milligram enteric-coated mini tablet.  We agreed that that was an enteric-coated tablet.  What we saw was 8 milligrams, interestingly enough, that was delayed, and so that contributed to the DR portion and not the IR portion.  You could see that from the pH 1.1.

Q.    I read the record from Amneal.  My question is simple.  I couldn't find you relying on any pH except pH 1, 1.1 at 30 in minutes; is that correct?

A.    Well, because those were the data that --

THE COURT:  The answer is, yes, I did rely on it but I didn't have to because the facts were different.  You don't have to fight the question.

THE WITNESS:  Yes, Your Honor.

BY MR. RAKOCZY:

Q.    Now let's pull up slide 2 --

A.    Would you like me to say exactly that?  Yes, but I didn't have to, because the facts in the case were different, Counselor.

Q.    Let's pull up DDX-2, slide 24, just a couple other things from Amneal.  In Amneal you mentioned, we have here up on the screen, quote, "A skilled artisan would recognize too physiologically relevant *in vitro* dissolution testing generally subjects the dosage form in uniform exposure by the dissolution medium plus agitation by a paddle or other means to facilitate dissolution," end quote.

Is that a correct statement?

A.    In general --

THE COURT:  This was a case that did not involve an enteric?

THE WITNESS:  It did not.  So it was not an issue, Your Honor.

BY MR. RAKOCZY:

Q.    All right.  Let's take a look at a couple of things from your testimony in the Sun case if we could. You testified in that case as well, correct?

A.    Yes.

Q.    And you gave expert reports, correct?

A.    Yes.

Q.    Let's pull up DDX-2, slide 26 if we could?

THE COURT:  Did the Sun case involve an enteric?

THE WITNESS:  No, sir.

BY MR. RAKOCZY:

Q.    Actually, let's start with DDX-2, slide 25.  And in the Sun case you were comparing the Sun product to ORACEA at the 15- and 30-minute time points, correct?

A.    Correct.

Q.    If we pull up now DDX-2, slide 26, you concluded that, quote, "These *in vitro* dissolution data further illustrate how Sun deliberately designed its NDA product to immediately release a portion of 30 milligrams doxycycline, correct?

A.    Correct, and they had a pH-independent polymer that they did that with.  So pH and the effect pH on

release was not an issue in this.  The product is completely different than the product we are talking about here.

Q.    I understand your testimony --

THE COURT:  So it had an enteric but it wasn't a pH enteric --

THE WITNESS:  No.  No enteric.

THE COURT:  An enteric has to be pH-specific?

THE WITNESS:  Has to be pH-sensitive, sir.

THE COURT:  Okay, pH-sensitive.  So you can put a uniform coating of something that dissolves at a steady rate and it's going to react differently.  An enteric is specific to which stage of the gut you're in.

THE WITNESS:  Yes.  And in particular with the Sun case, what they did was actually fairly clever.  What they did is used a pH-independent polymer, and so they said since we have a polymer that is not an enteric polymer it is not a delayed release.

THE COURT:  I see.  So --

THE WITNESS:  However --

THE COURT:  -- a subset of coatings.

THE WITNESS:  Yes.

THE COURT:  Of a specific substance.

THE WITNESS:  And so it delayed the release and then released, but it was not pH-sensitive. It was more hydration-sensitive.

THE COURT:  Right.  So -- oh, the presence of fluids?

THE WITNESS:  Yeah.

THE COURT:  Okay.  So it's going to be present anywhere in the digestive tract.

THE WITNESS:  And that was the being clever about it that I alluded to.  So what they did is they actually used hydroxypropyl methylcellulose, so --

THE COURT:  All right.  So there is a limited probativity here that he doesn't believe that it is -- he believes that it is appropriate but the dispute between the sides is the extent to which it is sufficient or, you know, there are other ways to --

MR. RAKOCZY:  And I --

THE COURT:  Sun and Amneal, I understand how they're similar and how they're different.

MR. RAKOCZY:  I was preparing to move on, just one other thing I want --

THE COURT:  Yes.  Go ahead.

MR. RAKOCZY:  -- to do, Your Honor.

BY MR. RAKOCZY:

Q.    Let's put up DDX-2, slide 27, and this is from

your Sun reply report.  In there you stated, quote, "The initial *in vitro* time points, 15 minutes, 30 minutes, in this dissolution experiment are highly relevant in showing the similar *in vivo* immediate release of doxycycline provided by Sun's NDA product and ORACEA capsules, correct?

A.      Yes.

Q.      So here you're using 15 and 30 minutes as highly relevant to showing similar *in vivo* immediate release, correct?

A.      For the immediate release, yes.  And because doxycycline, no problem with it being dissolved at pH 1.1 or 2.2 or 3.3 or 4.5.

Q.      And my last question on Sun:  I looked and looked, I couldn't find reliance on any pH or time points other than pH 1.1 and a 15- and 30-minute time points.

A.      And you want to know why, Counselor?  Because pH did not come up in that case.

Q.      I didn't finish my question.

A.      Enteric polymers were not at issue in that case. That's why it didn't come up.

Q.      So it didn't come up.  The only pH --

A.      No.

Q.      -- and time points were 1.1 and 15 and 30

minutes, correct?

A.     Because we were proving that the Sun product had 10 milligrams of delayed release and 30 milligrams of immediate release, and they weren't using an enteric polymer, two very different products than what we are talking about today, Amneal and Sun.  Completely different products and so the issues were different.

THE COURT:  Let's move on.

BY MR. RAKOCZY:

Q.     Okay, Your Honor.  All right.  Let's go to DDX-2, slide 29.

Dr. Rudnic, you're familiar with the concept of false labeling, correct?

A.     Yes.

Q.     And you're familiar with the concept of misleading labeling, correct?

A.     Yes.

Q.     I would like to take a look at the ORACEA description again at DDX-2, slide d30.  And let me see if --

A.     You're going to have to give me a chance to find that, Counselor.

Q.     I pulled it up on your screen, sir.

A.     All right.  I am not so sure this is labeling as much as --

Q.      I didn't say labeling.  I asked --

A.      You says misleading labeling --

Q.      -- a description of ORACEA, I pulled up on screen.

A.      Okay, fine.  But you did start this with misleading labeling.  I just wanted to point that out.

Q.      Now, on this description of ORACEA on screen, at slide 30, you see Galderma has labeled its capsules as 30 milligrams immediate release, 10 milligrams delayed release, correct?

A.      Yes.  I'm pretty sure they don't have LED lights that say 30 and 10 on their actual capsules, so this is a general representation.

Q.      And you don't see anything false or misleading though about this description of ORACEA, correct?

A.      It is a general description for the public, Counselor.

Q.      All right.  Let's pull up the Lupin product, and I'd like to pull up DDX-2, slide 32, if we could.  And here on the top --

A.      I just want to point out I don't have any of these documents but that's okay.

Q.      On screen, on slide 20, you see on the top a description from the ORACEA label.  The ORACEA as 30 milligrams IR, 10 minutes DR, correct?

A.      Correct.

Q.      And on the bottom you see the Lupin label.  That data buys the product at 22 milligrams immediate release pellets and 18 milligrams enteric coated pellets, correct?

A.      Yes, I do.

Q.      Now, the FDA has approved both of these labels, correct?

A.      Tentatively approved.

Q.      Well, the FDA approved ORACEA.

A.      Yes.

Q.      And the FDA tentatively approved the FDA's label, correct?

A.      The FDA's label?  No.

Q.      I'm sorry.  Strike that.

                The FDA has tentatively approved the Lupin label and description, correct?

A.      Tentatively.

Q.      Now --

A.      I may not agree with the label by the way, Counselor.

Q.      To your knowledge, the FDA has not raised anything false or misleading about the Lupin labeling, have they?

A.      They don't need to.

Q.      Could you know better than the FDA about the label?

A.      No, because Lupin was very clever and called these enteric coating.  They are enteric coating, but they are weakly enteric-coated.  They are very clever not to call these delayed release.  That would have been misleading.

Q.      But you see nothing false or misleading about the Lupin labeling, correct?

A.      They have 18 milligrams of pellets coated with an enteric coating.  No doubt.  But 8 milligrams of that 18 milligrams comes out in the stomach immediately upon oral administration.  Had they called this delayed-release pellets, I would tell you that that was false and misleading, because they are not.

Q.      But you see nothing false and misleading here, correct?

A.      They are coated with enteric polymer, Counselor.  I have no issue with them calling them enteric-coated pellets.  What I do say is that they function, 8 milligrams functions as an immediate release.

                THE REPORTER:  Sir, could you slow down a little?

                THE WITNESS:  I'm sorry.

                (Discussion off the record.)

THE WITNESS:  Believe I said that they are coated with an enteric polymer, and so I think it is accurate for them to call them enteric-coated pellets. And I think I further said that I thought that was clever because had they called them delayed-release pellets, which you see in the ORACEA labeling, I would have considered it false and misleading.

So because they are encoated with an enteric polymer, it is not misleading for them to call them enteric-coated pellets.  The FDA would not have picked up on that.  But they release at a pH on immediate administration, and therefore 8 milligrams of the 18 milligrams, which has been my testimony all along today, functions as an immediate release component, and that 8 milligrams plus the 22 milligrams you see in blue is 30 milligrams.

Q.    I know what your is theory, Dr. Rudnic.  So --

A.    Good.  Apparently not.

Q.    -- you picked up that theory.  The FDA didn't though, right?  You were smarter than the FDA to pick up on that?

A.    18 milligrams is enteric coated, Counselor. Please.

THE COURT:  Just move on.

Q.    Let's move on to the testing.  Let's pull up

DDX-2, slide 35.  And I just want to make clear, Dr. Rudnic, you understand that Lupin produced 180 capsules to Galderma in May 2022, correct?

A.      Yes.

Q.      And you understand Lupin produced an additional 180 capsules to Galderma in October 2022, correct?

A.      Yes.

Q.      And you understand Lupin produced additional capsules, 30 additional capsules to Galderma in June 2023, correct?

A.      Correct.

Q.      You understand Lupin produced a total of 390 capsule samples in this case to Galderma, correct?

A.      I'd have to check, but I believe you.

Q.      Now, so the record is clear you didn't conduct testing on any of those 390 capsules, did you?

A.      I didn't have to.

Q.      You did not direct testing on any of those 390 capsules, correct?

A.      Didn't have to.

Q.      And in fact, at your deposition, on the instruction of Galderma's counsel, when you were asked why didn't you do any testing, you refused to answer; is that correct?

A.      I believe so.

Q.      Now, to be clear --

A.      But I think -- I think you may be conflating two different issues there, but I'll let -- I'll let our counsel -- I believe so.  So we will let our counsel talk about this later.

Q.      Now, to be clear, you understand that Galderma has not disclosed any type of testing of its own on the Lupin capsule products, correct?

A.      As far as I know, no.

Q.      No optical microscopy testing, correct?

A.      No.

Q.      Not a single cross section of a single Lupin DR bead, correct?

A.      No.  We didn't have to.

Q.      You could have, though, right?  You could have cross sectioned --

A.      Why --

Q.      -- a distribution --

A.      Why --

Q.      -- of Lupin DR beads, correct?

A.      Why would I repeat a test that already proves my point?

Q.      My question, sir, is you could have cross sectioned a distribution of Lupin's DR beads, correct?

A.      Why would I when the data from Lupin already

proves my point.

THE COURT:  So your answer is you didn't. You didn't but you didn't need to.

THE WITNESS:  Correct.

BY MR. RAKOCZY:

Q.     All right.  And just so the record is crystal clear, you disclosed no testing, Galderma disclosed no testing at any pH, correct?

A.     Same answer, Counselor.  We didn't and we didn't need to.

Q.     All right.  Let's go to your 4.5 opinions and pull up DDX-2, slide 37.

THE COURT:  And let's be clear about these data.  These are the data submitted to the FDA.

MR. RAKOCZY:  Yes, Your Honor.

BY MR. RAKOCZY:

Q.     Do you recall seeing this is from the multimedia report that you testified about, correct?

A.     Yes.

Q.     Now, in this report I believe you singled out 5 tablets, correct?

A.     5 capsules.

Q.     I'm sorry.  Strike that.  Let's start over.

You singled out 5 capsules, correct?

A.     Yeah.  I would suspect Mr. Avachat and I are

purists in that regard.

Q.    Well, I apologize.  That was my fault.

Now, you agree it is improper to look at individual capsule results in a dissolution test, correct?

A.    No.  I mean, you have to understand what the test is and what the data are telling you and what the limitations are.  Looking at individuals is important.  So what the individuals say is that at pH 1.1, all of the immediate release pellets are releasing quite uniformly across the board.  Okay?  So that, without any question, we don't question that 55 percent -- 55 percent of the drug is coming out, which is 100 percent of what those immediate release pellets do.  They're doing their job.  They release.

And they do it pretty darned consistently, right?  You'll see some variability, but pretty consistently.  Well, that's good.  It is a QC test.  Excellent job on the IR pellets.

Q.    Sir, my question was you don't look at individual results.

A.    I am --

Q.    You disagree?

A.    No.  I am just about to get there, Counselor.  I look at individual results and what I see in the

immediate release component is consistency.  And you have to look at individuals to come to that conclusion, but if --

Q.     Let's pull up your testimony in Sun.

A.     No, let's not go there.  Go back to this for a second.  I have one comment which I know you don't want to hear.

Q.     Sir, you've answered my question and a whole lot more.  Your attorney will have all kinds of opportunities for you to repeat your theories.  I had a simple question.  It is improper to look at individual results --

A.     I don't agree.

Q.     Let's look at your Sun trial testimony on DDX-2, slide 38, and here you testified under oath, quote, "It is improper to look at individual tablets," end quote.

Quote, "So it's the average that you're looking at, not the individual, correct?"

A.     Can I get this document?  Because there's something I say before and after.  And again, Counselor, this product is not an enteric coat, and the issues are different in this case than they were in that case.

Q.     Sir, you said it's improper to look at individual tablets.  You look at the average is what you said.  That's --

A.      In that --

Q.      -- my question.  Correct?

A.      In that particular case that mattered.

Q.      So in that case you can't look at tablets or individuals, but in our case you can?

A.      What they were doing is looking at one tablet in particular and trying to make a case out of one tablet. What I was saying is quite substantially -- you look at all the data, and looking at only one tablet as being representative of the whole batch is not right.

This is about a quarter-million tablet batch.  They were looking at one tablet trying to make conclusions that this represented the whole batch.  When you look at one tablet out of a quarter of a million, call me old-fashioned, that's not representative.

Q.      Sir, let's look at -- I think you clarified for us --

THE COURT:  Was the denominator a quarter of a million in this case?

THE WITNESS:  Yes, Your Honor.

BY MR. RAKOCZY:

Q.      Let's look at DDX-2, slide 39.

MR. RAKOCZY:  I'm sorry, Your Honor.

THE COURT:  What was the denominator in the data that are in 2.35?

THE WITNESS:  240,000 capsules, Your Honor.

THE COURT:  So 2.37, this one, these 12 come out of 240,000 capsules?

THE WITNESS:  Correct, Your Honor.

MR. RAKOCZY:  I believe the exhibit batches are on 230,000 capsules, Your Honor.

THE COURT:  Okay.

BY MR. RAKOCZY:

Q.    Now, in Sun, you clarified it for us.  You said, quote, "A person of ordinary skill in the art would recognize you look at the mean, not the individual," end quote, and that a person of skill in the art would do that because that's what the USP tells them to do.  That's what you said, right?

A.    Because in that case they were trying to make a big issue about one tablet.  It's the opposite of what we're saying here.  So you can look at individuals.  What I'm saying here is you can't look at one tablet or one capsule and make a case that represents the performance of an entire batch.  All right?

So what I'm saying here is correct but is different than what I'm saying here.  You can look at individuals and see consistency or lack of consistency.  You can see release or lack of release.  Absolutely you

can look at one.

But to take one capsule in this case or one tablet in the Sun case and make believe that that's the performance of the entire lot, no, you don't do that.

Q.    So in Sun you don't look at the individual, but here it's helpful to look at the individual, right?

A.    An individual is not representative of the whole batch, which is what they were trying to do in Sun. What they're doing here is they're trying to say that the individuals don't matter.  The answer is you look at it all.  You look at all of them.  The test and the data tell you something.  They tell you something.

You have to understand the limitations of what those data tell you.  If you look at one tablet out of a quarter-million, there's a limitation to what that one tablet represents.  However, if you look at 5 out of 12, 42 percent of that dissolution run --

Q.    Sir, do you stand by this testimony or not?

A.    Absolutely.

Q.    If you want to withdraw it, withdraw it.  I'm fine.  Do you stand by it?

A.    Counselor, come on.  Absolutely I stand by it.

Q.    All right.  Let's talk about the 4.5 pH.  You have never seen a mean fasted gastric pH of 4.5, have

you?

A.      I actually have.

Q.      All right.  Let's pull up your deposition.
Let's look to page 316, lines 7 through 10.  We'll pull
it up on screen.

A.      Okay.  So where -- show me the document,
Counselor because you seem to be jumping around a lot
and you're taking some of my comments out of context.

Q.      Let's pull up DTX-447.  That's your deposition.

A.      Okay.  I got it.

Q.      And pull it up on screen, page 316, lines 7 to
10.  Were you asked this question, did you give this
answer:

                "So let me narrow the question.  You've
never seen a mean fasted gastric pH of 4.5, have you?

                "Answer:  No."

                Was that the question you were asked and
the answer you gave?

                THE COURT:  The next 2 lines go on to
say, "No, but it is a common pH in the population."

                THE WITNESS:  Yes.  That's why I wanted
to see the whole document, Counselor.  You tend to take
things out of context.  And I've been quite consistent
with this, all right?  And by the way, when you say mean
pH, I don't know what a mean pH -- are we talking about

in the world, are we talking about in Americans, are we talking about in a particular study, in a particular group of people that were studied in a bioequivalence study?  I've done scintigraphic studies, you typically go anywhere from 8 to 12 people in those kind of studies, and I can tell you I have seen fasted pH of 4 and a half and 5 in patients.  I've seen it.

Q.      Well, that doesn't seem to be what you answered in your deposition, but I guess the record will --

THE COURT:  He's seen individual cases but he hasn't seen it as a mean or the median of a population.

THE WITNESS:  Thank you, Your Honor.

THE COURT:  It's an outliers on the right tail.

THE WITNESS:  Thank you, Your Honor.

BY MR. RAKOCZY:

Q.      All right.  Let's look at some of the literature you rely on.  Let's pull up the Dressman article, which I believe is DDX-2, slide 40.

You recall looking at the Dressman article, correct?

A.      Okay.  So hang on, Counselor.  You're going to have to show me that in the book.  Where is that?

Q.      Dressman is DTX-200 in your witness binder.

A.      Okay.  Got it.

Q.      And this is also cited in your exert report a couple of times, I believe.

A.      Yeah.

Q.      Now, on screen we have page 4 from DTX-200 of Dressman, and you see we have a heading, gastric data, correct?

A.      Sure.  Let me just have a second here, Counselor.

Okay.

Q.      You see Dressman reports that, quote, "The overall median fasting pH was 1.7 with an interquartile range of pH 1.4 to 2.1," end quote.  Correct?

This is gastric.  This is in the stomach.

A.      This is in the stomach, and is slightly more acidic than 2, which I concede happens a lot in people.

Q.      Then Dressman goes on to say in that same page that, quote, "During the meal, the pH increased to a median value of 5.0 with and interquartile range of pH 4.3 to 5.4"?

A.      You'll have to show me where that is, Counselor.  You're jumping around pretty quick.

Q.      It's the next sentence.  It's highlighted in blue --

A.      What next sentence from where?

THE COURT:  On this page, this upper left-hand, first full paragraph, under the heading gastric data.

MR. RAKOCZY:  I highlighted it for you on the screen --

THE WITNESS:  Oh, I see.  I am on the wrong page.  I'm sorry.

THE COURT:  DTX-200.0004.

THE WITNESS:  I'm now on it, Your Honor.

So, yeah, you see that the -- they have a range of 1.4 to 2.1, the median is 1.7, okay.

BY MR. RAKOCZY:

Q.      So during the meal, the pH increased to 4.3 to 5.4, correct?

A.      With a median value of 5.0.

Q.      So the pH in the stomach goes up during a meal, correct?

A.      And after the meal, too, Counselor.

Q.      And in that same paragraph, Dressman directs the reader, I believe it's two sentences down to Figure 4, where we have some box plots and I'd like to look at Figure 4 quickly, if we could.  And I've put it on screen.  This is Figure 4 from Dressman.  And you see on screen in the left in yellow, that's the fasted pH values, correct?

A.    No.  Well, the ones on the very, very left that are at the bottom, yes.

Q.    Yes.  Those are the fasted values and I've highlighted them in yellow here in Figure 4.

A.    Yes.

Q.    All before the --

A.    The meal.

Q.    The meal, the M.  The M is for the meal, right?

A.    M is for the M.  Postprandial means after the meal.

THE COURT:  So why is this relevant for a medication that is instructed to be taken without eating?

MR. RAKOCZY:  Well, I'm only looking at the data that is before the meal.

THE COURT:  Yes, before the meal, there's no disputing that.  It's around 1 and a half, 1.7.

THE WITNESS:  Around 2.  You know, I mean, I'm not disputing that in some experiments it can be below 2.  I've seen experiments where it's slightly above 2.  Let's just call it 2.

BY MR. RAKOCZY:

Q.    Well, we can agree they are all below 3, correct?

A.    Yes.

Q.    And none of them go as high as 4.5, correct?

A.    In this experiment they don't.

Q.    Let's pull up DDX-2, slide 42.  And this is from page 5 of Dressman.

A.    Page 5.

Q.    Second sentence under the discussion.

A.    Yes.

Q.    In here, Dressman concludes the generally accepted value for fasting gastric pH is approximately pH 2, correct?

A.    Okay.  We agree.

THE COURT:  So there's 6 percent of young, healthy volunteers might be above 4, but this is an outlier, this is a right tail.

MR. RAKOCZY:  Yes.

BY MR. RAKOCZY:

Q.    And I believe it also reports in that same paragraph that the gastric pH is below pH 2, 68 percent of the time; and below 3, 90 percent of the time; is that correct?

THE COURT:  The bulk of the curve is in that.

THE WITNESS:  And it's interesting to note, Your Honor, that this population is college students, so they are young people.  They have a very

interesting diet.

THE COURT:  Is there any particular systematic way in which age or weight or diet is going to skew pH numbers?

THE WITNESS:  If you have a high fiber diet, the pH tends to go up.  If you tend to be older, pH tends to go up.

THE COURT:  We're talking about tenths?

THE WITNESS:  Instead of 2, it could be 3.

THE COURT:  Okay.

THE WITNESS:  If you smoke, actually the pH tends to go down.  So interesting.  So it depends on what you do.

THE COURT:  At the margin.  But it's not going to get you up to a median or anywhere close to a 4.

THE WITNESS:  Unless you take water.

THE COURT:  Okay.

THE WITNESS:  You don't take any of the pharmaceutical products and just shove them down your throat.  You take it with, typically, water or some other liquid.

THE COURT:  You said typically there is about 250 mils or so of gastric juices in the stomach?

THE WITNESS:  Yeah, there's about a half a liter in the body, Your Honor.

THE COURT:  And then you're taking water.  Water has a pH value of what, 7?

THE WITNESS:  7.

THE COURT:  And for a little bit you're going to be kind of averaging that 7 with 1.7 or 2 that's in the stomach.

THE WITNESS:  And halfway between 2 and 7 is 4 and a half.  Okay?  So you're going to be there for probably the better part of an hour.

BY MR. RAKOCZY:

Q.      It's that long?  Okay.

A.      It starts to go down a bit because your stomach starts to create acid in response to it being neutral.

THE COURT:  Got it.  Okay.  Move on.

BY MR. RAKOCZY:

Q.      Yes.  We'll move on to the Kalantzi article briefly that you mentioned during your direct.  Do you recall that?

A.      Yes.

Q.      Let's pull up DDX-2, slide 44, if we could.  This is from Kalantzi.

And actually, I'd like to ask you about, if we could go to DDX-2, slide 45.  This is from page --

I think it's 5 to 6 of Kalantzi, which is PTX-149.

A.      Yes.

Q.      And you see Kalantzi reports intersubject variation was high.  Do you see that?

A.      Yes.

Q.      And actually, Kalantzi reports a range of individual pH values was 1.23 to 7.36, correct?

A.      That's what they say.

Q.      Now, at a gastric pH of 7.36, a ratio would release everything immediately, correct?

A.      Absolutely, yes.

Q.      On that same page --

THE COURT:  Which page of Kalantzi are you on?

MR. RAKOCZY:  It's pages 5 and 6, Your Honor.  It's the first sentence after "pH."

THE COURT:  I got it.  Intersubject variation.  I got it.

BY MR. RAKOCZY:

Q.      And Kalantzi goes on to report that, quote, "Extreme high pH values may in some cases reflect an underlying hypochlorhydria."

And it goes on to say, "But in most cases they probably reflect a dilution of gastric contacts with saliva and/or nasal creations."  Correct?

A.      That's what they say.  And now, remember what they're doing here.  They're shoving a rubber hose down the nose of these graduate students and they're sucking stuff out of their stomachs of these unfortunate graduate students.  And thank goodness I didn't have that as a major professor.

So what they're doing is when they're pulling this tube out, there is a fair amount of bad stuff coming along with it, all right, because let's just say it's unpleasant.

Q.      Understood.

A.      Okay?  And so I don't believe the 7, I don't also believe the 1s, because they're probably sucking nothing but acid out.

So in many regards, the specifics of this experiment you could have some issues with.  But the general conclusions I like, which is that there is a range of pHs in the stomach and you can see it.  And especially after you give 250 mls of water, which is what the FDA makes you do and what a lot of people do when they take medicines -- I do it in the morning -- you're probably going to have a pH of 4 and a half immediately upon oral administration.  And that's what they did.

Now, there is another article, which I

know you don't like, that corroborates this --

MR. RAKOCZY:  Your Honor, I didn't ask about the other articles.  He keeps trying to bring it up.

THE COURT:  Let's just move on to answering his questions.  You'll have a chance on redirect.

BY MR. RAKOCZY:

Q.      Now, Dr. Rudnic, highlighted in blue, Kalantzi actually then reports, "pH values of 1.7 at later time points are in agreement with the generally accepted value for fasting gastric pH, which is usually measured to be 2 or slightly lower?"

Correct?

A.      I've said all along and consistently today that the lowest --

Q.      Sir, my question is simple.  Is --

THE COURT:  Is that what the article says?  He's fighting you on the answer.

The answer should be "yes," it says that, and move on.

THE WITNESS:  Yes.

BY MR. RAKOCZY:

Q.      We have on the screen your PDX-2, slide 69.  Do you see that?

A.      Yes, I do.

Q.      And this is the multimedia data that you testified about with the pH 4.5 results, correct?

A.      Yes.

Q.      Just so the record is clear, we talked about how the 2 stage works before.

A.      Yes.

Q.      I want to make clear how it works here.

So here the Lupin capsules were first tested in pH 1.1 and sampled at 30, 60, and 120 minutes; is that correct?

A.      Yes.

Q.      And those results were mean 50, 52, 54 percent release, correct?

A.      Correct.

Q.      And that at that point the --

                (Court reporter interruption.)

                (Brief recess.)

BY MR. RAKOCZY:

Q.      Dr. Rudnic, looking back at the two-stage dissolution test here on the screen on your slide 69, again we have the pH 1.1 for 120 minutes.  Paddles are spinning, the capsules and then the beads are being stressed for 2 hours on pH 1.1, and then the dissolution stops, correct?

A.      In this particular case yes.

Q.      And then Lupin or the operator puts in pH 11 to get the pH up to 4.5, correct?

A.      A little bit of pH 11, yes.

Q.      And then once that happens, the paddles start spinning again, and the test continues, correct?

A.      Correct.

                (Court reporter interruption.)

                (Brief recess.)

BY MR. RAKOCZY:

Q.      All right.  Having bad luck with this exhibit. Let's start over.  PDX-2, slide 69, for the record.

                This is the multimedia data you relied on, correct?

A.      Yes.

Q.      And the time points that you relied on are cited here, and you boxed them in red, are the 150-minute, 180 minutes, and 240 minutes, correct?

A.      Correct.

Q.      And that 150 --

                THE COURT:  The test product here is Lupin's?

                THE WITNESS:  This is Lupin's, yeah.

                THE COURT:  At the top, and Galderma at the bottom.

THE WITNESS:  Correct, Your Honor.

BY MR. RAKOCZY:

Q.      And the -- I think -- I don't know if we got it on the record.

This is a two-stage test.  It stops at pH 1.1 at 120 minutes; they change over the media, add a little bit of pH 11, bring it up to 4.5, start the paddles again; is that right?

A.      That is my understanding of how they operate.

Q.      So the first time point after that is 150 minutes at pH 4.5 or 30 minutes after the changeover from pH 1.1, correct?

A.      Correct.

Q.      Now you are not aware of any peer-reviewed publication where the author used 150-minute time point in a two-stage dissolution test to identify the immediate release portion of a composition, correct?

A.      I'm not sure.  150-minute time point in a two-stage test, meaning 30 minutes after it's been put into the second stage, is that what you're talking about, Counselor?

Q.      No.  I can ask my question again.

A.      Please.

Q.      You are not aware of any peer-reviewed publication where the author used a 150-minute time

point in a two-stage dissolution test to identify the immediate release portion of composition, correct?

A.    Not offhand, Counselor, but that doesn't mean it's improper, however.

Q.    And the same -- it would be the same answer for the 180-minute time point, correct?

A.    Same answer.  No --

Q.    And the same -- I'm sorry.

A.    No, but doesn't mean it's improper because it is a QC test, the --

Q.    Sir, I didn't ask whether it was proper.  I'm only asking, you're not aware of any peer-reviewed publication using the 150-minute, the 180-minute, or the 240-minute time points in a two-stage dissolution test to identify the immediate release portion of a composition, correct?

A.    No, I'm not.

Q.    In fact, you consider the rate of error for using 150-, 180- and 240-minute time points to identify the immediate release to be incalculable, correct?

A.    I don't know what you're talking about, Counselor.

Q.    Let's pull up your deposition.

A.    Okay.  That 47 again?

Q.    Yes, DTX-447?

A.      447, yup.

Q.      Page 265, line 21 through page 266, line 12. We'll pull it up on screen as well.

Were you asked this question and did you give this answer:  "What is the rate of error for your 150, 180 and 240-minute time point method?

"Answer:  Rate of error is incalculable, but the conclusion is pretty solid and it's because you shouldn't see any release at that time point" -- and then it goes on.

Is that the question and the answer you gave?

A.      Yes.  It's quite consistent with my testimony earlier.

Q.      Now, to your knowledge, your method of using the 150-, 180- and 240-minute time points to identify the immediate release portion of a composition has never been used outside of this litigation, correct?

A.      I can't tell you that it's never been used.  I'm not aware of it, but it doesn't mean that --

THE COURT:  It's not in any of the seven extended-release drugs that you worked on?

THE WITNESS:  No, because they all were properly formulated IR/DR products.  This is not.  So this is a unique case, Your Honor.

BY MR. RAKOCZY:

Q.    Let's pull up your Exhibit PDX-1, slide 14, please.

And you recall testifying about this?  On the right you have your Lupin doxycycline box with the IR plus DR, IR-1, IR-2, DR total.  You recall that, right?

A.    Yes.  Somehow this is -- you got two lines that are the same, so I'm not sure.

Q.    You don't recall seeing this?

A.    I do.

Q.    I'm sorry.  All right.  Now, I just want to confirm, when it comes to the DR total and the IR-2, you didn't examine, cross section, have microscopy images, SEM images done on any of those Lupin DR beads, correct?

A.    I didn't need to.  The answer is no.

Q.    You had the capability to do that, right?

A.    Sure.  But I didn't need to.  I could use their data and it proved my point.

Q.    Let's talk a little bit about your plasma concentration theories.  And if we could -- let me back up a second.

Dr. Rudnic, you're not suggesting that a person of ordinary skill in the art could infer the

portion of Lupin's composition from plasma concentration data alone, correct?

A.      Correct.

Q.      And you're not suggesting that a person of ordinary skill in the art could calculate the ratio of Lupin's composition from plasma concentration data alone, correct?

A.      Not alone.  But in combination with other evidence, it sure paints a nice picture.

Q.      And in your deposition, when you were asked what method a skilled person would use to calculate the ratio of Lupin's composition from plasma concentration data, you testified you weren't sure, correct?

A.      That's quite possible I said that.

Q.      And to be clear, you're not aware of any method that would allow a skilled person to infer pharmaceutical composition ratios from plasma concentration data alone, correct?

A.      That's correct, but I'm not doing that.

Q.      And you don't know whether a method attempting to infer composition ratios from plasma concentration data has ever been subject to peer review, correct?

A.      I am not aware, but that's not what my testimony is.

Q.      And you're not sure whether there is a rate of

error associated with your method of inferring composition ratios from plasma concentration data, correct?

A.      I think that's correct, but again, that's not my testimony.

Q.      And you're not aware of any *in vitro/in vivo* correlation for doxycycline, correct?

A.      Actually, Lupin has some *in vitro/in vivo* correlation, and they have a whole report out.

Q.      Are you aware of an *in vivo/in vitro* correlation for doxycycline?

A.      Not a good one.

Q.      You know there is no established *in vivo/in vitro* correlation for doxycycline, correct?

A.      Because of a very significant absorption window, that's why.

Q.      And you didn't --

THE COURT:  By that you mean a fixed correlation or ratio?

MR. RAKOCZY:  Yes, Your Honor.

THE COURT:  There is obviously going to be some positive correlation, but it's not one you can generalize somehow, I guess.

THE WITNESS:  Yeah.  And I guess, Your Honor, the concept of an *in vitro/in vivo* correlation as

it relates to FDA talk, is that I could do that percentage of what it is and I could apply that across a whole variety of products.

THE COURT:  Yeah, and --

THE WITNESS:  And that does not exist.

THE COURT:  From that context, that's what --

THE WITNESS:  Yeah.

MR. RAKOCZY:  Yes.

BY MR. RAKOCZY:

Q.     And you did not attempt to develop an *in vitro/in vivo* correlation for doxycycline for this case, correct?

A.     No, sir.

Q.     In fact, that would be extremely difficult to do, correct?

A.     I need a lot more information than this.

Q.     You're not sure whether your method of attempting to infer composition ratios from plasma concentrations has ever been used outside this litigation, correct?

A.     Oh, I don't believe that.

Q.     I'm sorry.  I'll ask the question again.

You're not sure whether your method of attempting to infer composition ratios from plasma

concentrations has ever been used outside this litigation, correct?

A.    I think I've seen this in other litigations, for a ratio before.

Q.    Okay.  Let's go back to your deposition, DTX-447.  Let's look at page 286, line 21 through page 287, line 4.

Sir, were you asked this question and did you give this answer:  "QUESTION:  To you knowledge, was a method of attempting to infer composition ratios from mean plasma concentrations ever been used outside of this litigation?

"ANSWER:  I'm not sure.  I'd have to really think on that one."

Is that the question you were asked and the answer you gave?

A.    I'm trying to find it, Counselor.  Hang on.

Yeah, I see it.

Q.    Is that the question you were asked and the answer you gave?

A.    Yes.

Q.    And you don't know whether anyone has ever used your method of comparing plasma concentrations to evaluate the composition ratios of two pharmaceutical products, correct?

A. No, but you could take a look at two products, and if one has got a very known and unmistakable composition and the other is bioequivalence to it at both the rate and extent of drug release and absorption and also has the same extent of absorption, you can infer a lot that those products are incredibly similar and not statistically different.

Q. Let's go back to your deposition, sir, if we could. DTX-447, at pages 287, lines 5 to 10.

Were you asked this question and did you give this answer: "QUESTION: To your knowledge, has anyone ever used your method of comparing mean plasma concentration to evaluate the composition ratios of two pharmaceutical products?

"ANSWER: I don't know."

Is that the question you were asked, the answer you gave?

A. That was the answer I gave.

Q. All right. Let's look at DDX-2, slide 50. Do you recall this is the fasted data that you testified about, correct?

A. Correct.

Q. Now, you did not conduct any mathematical comparisons of this plasma concentration data, correct?

A. I didn't need it.

Q.    And you didn't plot any of the data for purposes of your comparisons, correct?

A.    I didn't need to.

Q.    Let's take a look at a plot of some of this data.  Let's pull up DDX-2, slide 51.

In here we've got a plot of the first four hours of the data that you reviewed and relied on. You see that?

A.    I do.

Q.    You looked at this at your deposition, correct?

A.    I did.

Q.    I want to focus on the 20-minute time point.

You don't know whether the data is substantially identical at the 20-minute time point, correct?

A.    It doesn't matter.

Q.    Sir, that's not my question.  My question is simple.

At the 20-minute time point, you don't know whether that date is substantially identical, correct?

A.    I know that these products were evaluated by FDA, and they said they were not statistically different.

Q.    Let's go back to your deposition, page 288,

lines 12 to 16, please.

Where you asked this question, did you give this answer: "All right.  Let's start with the first plot of 0-240 minutes.  Using your method, is the data substantially identical at the 20-minute time point?

"ANSWER:  I don't know."

Is that the question you were asked and the answer you gave?

A.     Sure.  Because it would take a statistical analysis to show that they are substantially identical, but it doesn't matter.  I know you're attempting to --

Q.     Sir, my question was simple.

Is this the question you were asked and the answer you gave?

A.     Yes.  But it doesn't matter.

Q.     Now --

A.     It doesn't matter.

Q.     -- you don't know whether the data is substantially identical at the 40-minute time point either, correct?

A.     Completely irrelevant, Counselor.  But you'd have to do a statistical analysis at each point.

Q.     Sir, do we need to go back to your deposition? We can do this the hard way.  Let's go --

THE COURT: Well, you asked it -- it was answered at page 288, lines 17 to 20. I'm presuming you're not going to say that this was forged?

THE WITNESS: Absolutely, Your Honor.

THE COURT: Let's move on.

BY MR. RAKOCZY:

Q.    All right. Now, let's take a quick example, if we look at our DDX-2, slide 51, at the 20-minute time point, the Lupin product is at about 25 nanograms per milliliter; is that correct?

A.    It appears that on average.

Q.    And the 20-minute time point for ORACEA here is at about 75 nanograms per milliliter; is that correct?

A.    It would appear that way.

Q.    Now, for my next question -- I know you don't agree with this -- I want you to assume the Lupin product is a 22/18 composition. Can you do that for me?

A.    It would be hard.

Q.    Well, I want you to assume it. Now, assuming that, you don't know what the value of Lupin's 22/18 composition would produce at the 40-minute time point, correct?

A.    Counselor.

Q.    It's a simple question. You don't know what the value is?

A.      Nobody knows.  Nobody knows, Counselor.  It's hard to correlate this.  I know you're attempting to torture the data until it confesses, but it will not.

Q.      Sir, my question is simple.  You don't know what a 22/18 composition would look like at the 20-minute time point, correct?

A.      It is irrelevant, and no.

Q.      You don't know what a 22/18 composition would look look like at the 40-minute time point, correct?

A.      Nobody does, unless they do a lot of very sophisticated work here.

Q.      You don't know what a 22/18 composition would look like at any of these time points, correct?

A.      Counselor, what I do know is the FDA says that these two products are not statistically different.

Q.      Sir, you said --

A.      That's what I do know.

Q.      That wasn't my question.  I asked you to assume the Lupin product was a 22/18; I'm asking you --

A.      Again, it's very hard to get my head around that.

Q.      You don't know what a 22/18 product would look like at any of these time points, correct?

A.      I don't, and nobody does.  You would have to have a lot of statistical work on the individuals of

these to find out.

Q.    You can't calculate the plasma concentration results for a 22/18 composition over a four-hour period, correct?

A.    Counselor, the FDA looks at two parts --

Q.    Sir, my question is --

A.    -- peak concentration and area under the curve. This is irrelevant.

Q.    I didn't ask about FDA.  I said you can't calculate or determine the plasma concentrations for a 22/18 composition over a four-hour period, correct?

A.    No, and the FDA doesn't care.

Q.    Now, I believe in your deposition, and I'll try and cut this short, you testified that you couldn't draw the plasma concentration curve for 22/18 composition over any period of time, eight hours, 24 hours, 40 hours.

Do you recall that?

A.    Not exactly.

Q.    You can't, can you?  You don't know what a 22/18 composition would look like at any time point from 4, 8 and on, correct?

A.    You have to know a lot about the formulation and how it performs.  There's not enough information in their ANDA to draw that kind of conclusion.  And it's

irrelevant.

Q.      But you said --

A.      The FDA doesn't care about this.

Q.      But in your view, Lupin is not a 22/18, right?

A.      I don't believe so.

Q.      They're a 30/10.

A.      Absolutely they are.

Q.      You don't know what a 22/18 product looks like under your plasma concentration theory, correct?

MR. COCHRAN:  Your Honor, asked and answered.

MR. RAKOCZY:  I will move on, Your Honor.

BY MR. RAKOCZY:

Q.      All right.  Let's talk a little bit about your work opinion about enteric coating, correct?

A.      No.

Q.      Let's look at DDX-2, slide 53, and let's confirm that.  And here I pulled up a portion of the specification of the Chang patents, which is PTX-1 at page 11.  And here, you could see it is giving an example of enteric coatings, including the one we've been talking about, EUDRAGIT L 30 D-55, correct?

A.      Yes.

Q.      You see the Chang specification goes on to teach the skilled artisan, that "These coating materials can

be employed in coating surfaces in a range of from about 1 percent weight per weight to about 50 percent weight per weight of the pellet composition.  Preferably these coating materials should be in a range of about 20 to about 40 percent weight per weight," correct?

A.      I see that.

Q.      Nowhere does this patent say that an 18 percent coat is insufficient, correct?

A.      It's not a preferable range, that is for sure.

Q.      Nowhere does this patent say 18 percent is insufficient, correct?

A.      They also don't say you should put it on methylene chloride base.

Q.      Let's talk a little bit about the appearance of Lupin's enteric coating.

        Now, in your view, generally, when you have good coating of EUDRAGIT L 30 D-55, you end up with a shiny acrylic coating, correct?

A.      Okay.  So EUDRAGIT L 30 D-55, is that what we are talking about?

Q.      Yeah, I can state it more simply.

A.      Okay.

Q.      A good enteric coating, in general, looks shiny, correct?

A.      It could.  It could also be an overcoat, but it

depends.

Q.      Let's go back to your deposition, check out page 241, line 23, through page 242, line 3.

Sir, were you asked this question and did you give this answer:

"With respect to your testimony earlier about a good enteric coating looks shiny, did the Lupin --

"ANSWER:  I said a good coating in general looks shiny."

Is that the question you were asked and the answer you gave?

A.      Yes.

Q.      Let's look at some Lupin beads on screen at DDX slide 55.  This is an image from Dr. Buckton's report.

You've seen this before, correct?

A.      Yes.

Q.      You see the darker beads on the right, those are from the Lupin capsule, correct?

A.      Correct.

Q.      In your view, those beads look shiny, correct?

A.      Yes.

Q.      Let's look at a close-up from the MVA report you relied on at DTX-83, page 20.  We will pull that up at DDX-2, slide 56, so we can see the nice picture.

And here you see we have the microscopy images of the Lupin DR beads.  Do you see that?

A.     I do.

Q.     You see the nice, shiny beads, correct?

A.     Yes.

Q.     You looked at these and you said yes, these appear shiny, correct?

A.     Yes.

Q.     And shiny beads is a sign of a good coating, in your view?

A.     That's not what I said.  I said, in general, they are a sign of a good coating.  In general.

Q.     Let's turn to a different topic.  I want to talk about designing around patent claims, if I could.

You understand, from the scientific standpoint, that designing around refers to trying -- refers to trying to avoid the claims of a patent, correct?

A.     Yes.

Q.     You understand that the United States patent law encourages design arounds, correct?

A.     I have done it myself.

Q.     You personally have done it several times, I believe, correct?

A.     Quite a few.

Q.      And you believe it's a good thing, designing arounds?

A.      Yes, but I don't believe cheating when you do it is appropriate.

Q.      All right.  Let's go to Galderma's design around and its '516 patent, if we could.  And that's DTX-53, and we'll pull it up on screen.  This is the Galderma '516 patent.

        You've seen this before, correct?

A.      Yes.

Q.      Okay.  And on screen, we have Figure 10.

        You see that?

A.      Yes.

Q.      This concludes a comparison of plasma concentrations for Galderma's 32 to 4 composition in ORACEA, correct?

A.      Yes.

Q.      So we've got 32 to 4 being compared in a fasted plasma concentration study against a 30 to 10 composition, correct?

A.      Yes.

Q.      And you agree that the results show that the 32 to 4 was, in fact, bioequivalence to the ORACEA 30/10 composition, correct?

A.      No, sir.

Q.    All right.  Let's go back to your deposition. Let's check out page 296, line 19, through page 297, line 3.

Were you asked these questions, and did you gave these answers, sir:

"You agree that Figure 10 is a comparison of Figure 32 4 composition to ORACEA?

"ANSWER:  Yes."

A.    Hang on, Counselor, can you get me to the right -- 297?

Q.    Page 296, line 19.

A.    Oh, 96.  I'm sorry.  I thought you said 297. All right.  I'm sorry.

Q.    Through page 297, line 3.

MR. RAKOCZY:  I'll start over, and I apologize, madam court reporter.

BY MR. RAKOCZY:

Q.    Were you asked these questions, and did you give this answer:

"QUESTION:  Do you agree that Figure 10 is a comparison of Figure 32 4 composition to ORACEA?

"ANSWER:  Yes.

"Do you consider those mean concentrations to be substantially identical?

ANSWER:  There are some differences, but

I believe they showed overall they were bioequivalence."

Is that the questions you were asked and the answers you gave, sir?

A.      Yes.

Q.      Now, let's look at one of the other --

A.      But the FDA didn't review those data, and it wasn't bioequivalence.

Q.      Sir, my question was, those are questions you were asked and the answers you gave, are you telling us you want to withdraw this testimony now?

A.      No, Counselor, I'm just telling you, what I was answering here is slightly different than what you're asking.

Q.      The record reflects what questions you were asked and answered, correct?

A.      Yes, sir.

Q.      All right.  Let's go to another test method in the Galderma patent.  We'll pull it up on DDX-2, slide 59.

You see this is Table 12, correct?

A.      I don't know what this is.

Q.      This is from the Galderma patent in front of you, Table 12.

A.      I don't know what this is.  Hang on.

THE COURT:  '516 patent.

MR. RAKOCZY:  The same patent we were just looking at, Your Honor.

THE COURT:  This is not one of those changes

THE WITNESS:  No, this is -- this is a product that never made it to the market because it's unreasonably erratic, they couldn't scale it up; the FDA didn't review it and the FDA did not agree it was bioequivalence.

BY MR. RAKOCZY:

Q.     Now, sir, could we please look at Table 12, and I have it on screen for you.  Table 12 of the '516 patent, at line 42, indicates that the dissolution tests used for the development is the one that is specified in FDA OGD website for doxycycline capsules' delayed release, 40 milligrams, as described in Table 12, correct?

A.     Correct.

Q.     And the conditions described in Table 12 are two hours of pH 1.1, correct?

A.     Yes.

Q.     Sampling times at 30, 60, 120 minutes, correct?

A.     Yes.

Q.     And then a changeover to pH 6.0, correct?

A.     Correct.

MR. RAKOCZY:  Your Honor, if I could have a very brief recess, I may be able to wrap this up.

THE COURT:  Sure.  You want to stay in the courtroom two minutes, or did you want longer than that?

MR. RAKOCZY:  If I could have five minutes, it would be very helpful.  I may be able to cut a lot of this out.

THE COURT:  Okay.  Great.  So tell Mr. Pennell if you're ready to come back in five.  I'd ask that people stay near the courtroom, have a drink of water, and we'll come back as soon as you're ready.

MR. RAKOCZY:  Will do.  Thank you, Your Honor.

THE COURT:  I would like to ask if the witness would like a glass -- you have some water?

THE WITNESS:  I do.  Thank you, Your Honor.

(Recess.)

BY MR. RAKOCZY:

Q.     A couple more, Dr. Rudnic.

A.     Sure.  Hang on.  These chairs don't have wheels on it like the ones in Delaware.  You have to work at it a bit.

Q.     If we could please pull up PTX-2, slide 62.

Do you recognize this --

A.      Yes.

Q.      -- demonstrative.

Dr. Rudnic, just a couple very simple questions. This bell curve at the bottom, that was not in either of your expert reports, correct?

A.      That's correct.

Q.      You never drew that at your deposition either, correct?

THE COURT:  We've gone over this.

THE WITNESS:  No.

BY MR. RAKOCZY:

Q.      And the IR -- actually, the middle one with the IR portion with the little red arrows coming out, that's not in any of your reports either, correct?

A.      No, but these are demonstratives to conceptualize what I'm saying in the data.

Q.      When you say "data," the last question, and I think you told me this already, you didn't cross section any tablets to try to get a distribution for this bell curve, correct?

A.      Yeah, there's no tablets in this product, Counsel.

Q.      I'm sorry.  You didn't cross section any beads, DR beads for this?

A.      I didn't need to, Counselor, because --

Q.      Sir, I didn't ask what you needed to do.  I asked, you did not cross section SEM image or analyze any DR beads whatsoever for this little bell curve cartoon you drew, correct?

A.      I looked at the ones that Lupin gave me.

Q.      Sir, my question is simple and I want a clear record.  You did not cross section SEM image or otherwise test any of the Lupin DR beads at all to generate data for this bell curve cartoon, correct?

A.      No, and I didn't need to.

MR. RAKOCZY:  All right, Your Honor.  Pass the witness.

THE COURT:  All right.  Redirect?

THE WITNESS:  Would you like these binders back?

MR. RAKOCZY:  We'll pick them up.

REDIRECT EXAMINATION

BY MR. COCHRAN:

Q.      All right.  I believe I can make this relatively quick and painless.

Dr. Rudnic, you were asked about inferring ratios from *in vivo* plasma levels, and you said that that was not what you were doing.

Do you recall that?

A.      Yes.

Q.      What did you mean?

A.      So if you look at ORACEA undisputed 30 IR, 10 DR, we know what that is.  We also know what the Lupin product is.  It is simply an IR/DR composition.

Now, we also know from the absorption window of doxycycline and how fragile it is to navigate that so that you can meet the clinical objectives and be bioequivalence to ORACEA, the FDA took a look at those two curves and said they are not statistically different.  And all I'm saying is they look pretty similar to me. The FDA says they are not statistically different, and therefore, I conclude that the Lupin product is not statistically different than a known 30 IR 10 DR composition.  You need 30 IR and 10 DR to be bioequivalence to ORACEA.  The Mylan guys knew that; the Sun guys new that; the Amneal guys knew that; Galderma guys figured that right out, and I believe Lupin is now confirming that.

MR. COCHRAN:  Thank you.  No further questions.

THE COURT:  Any recross?

MR. RAKOCZY:  Nothing further, Your Honor.  Thank you.

THE COURT:  Thank you.  You may step

down.  You're excused.

THE WITNESS:  Thank you, Your Honor.

THE COURT:  Does plaintiff have any other witnesses?

MR. COCHRAN:  Your Honor, we do have some deposition designations to be played.

THE COURT:  Let's go ahead and watch those.  How long are we talking about?

MR. COCHRAN:  A total of 41 minutes, Your Honor.

THE COURT:  Let's go ahead with that.

MR. COCHRAN:  May I proceed?

THE COURT:  Yes. Your three witnesses here.

MR. COCHRAN:  Your Honor, we have highlighted transcripts for the court.  I am not sure if they are already up.

THE COURT:  Yes, that would be helpful. I'm just trying to remember, who was it -- was it Lupin's opening list?  Yes, Mr. Avachat, Ms. Gray and Mr. Buckton.  They're demonstratives.  Go ahead and hand up did the highlighted transcripts.

And defendants ought to think about whether there are any small excerpts or recorded things that they would like to do before we break for the day.

It doesn't seem like it will make sense to go into a long witness after this, given the amount of time we have left.  I'm happy to think about smaller ones or recordings after.

MR. RAKOCZY:  Actually, we prefer to do that and start fresh with our first witness in the morning.  We have about 40 minutes of dep plays.  We would be happy to play those --

THE COURT:  Play those deps this afternoon.  That's what I thought.  It makes the most sense to start with a fresh live witness in the morning.

MR. RAKOCZY:  That makes sense, Your Honor.

THE COURT:  So you guys hand up your pile of transcripts.  And I presume the defense is going to have its transcripts looked at and will be done.

MR. COCHRAN:  May I approach, Your Honor?

THE COURT:  Please.

MR. COCHRAN:  Pass to the court reporter?

THE COURT:  I would suggest that we limit any transcription to any kind of interruptions of the tape.  It would seem little superfluous to duplicate playing of the deposition tapes as long as we have a copy that we can read.

Is that acceptable with the parties?

MR. COCHRAN:  No problem.

MR. RAKOCZY:  Could we confer quickly, Your Honor?

THE COURT:  Please confer.  And absolutely, the court reporter will remain here.  If there is some interruption or comment or question, that should be taken down.  We can take down the time and the place and the recording that happens, but it seems a little superfluous to have her just duplicate what's in the report.

MR. COCHRAN:  I always felt that way when we did this at trial.

In case it is helpful to you, here is a set for you as well.

THE COURT:  Mr. Avachat is first, and then Mr. Khurana, then -- what order are you going to put these three on?

MR. RAKOCZY:  Mr. Avachat first, followed by Khurana, followed by Mr. Dahibhate.

THE COURT:  Dahibhate.

MR. COCHRAN:  Shall we proceed, Your Honor?

THE COURT:  I'm waiting for a response from defense.

MR. RAKOCZY:  Yes, Your Honor.

Defendants propose that we do transcribe because in a couple of cases, the video is more accurate than the transcript.

THE COURT:  Okay.  If any party requests it, I think we should go ahead and transcribe it because I remember when I was a lawyer, there were times when we actually heard things on the tapes that we hadn't taken down properly, so let's just be safe and transcribe it.

MR. RAKOCZY:  Thank you, Your Honor.

THE COURT:  Please.

(Video deposition played.)

Q.     "To the best of your knowledge, do you agree that everything in Lupin's ANDA is true and correct?"

THE COURT:  Could you turn up the volume; I am having difficulty hearing.

Okay.  Please proceed.

(Video deposition played.)

Q.     "To the best of your knowledge, do you agree that everything in Lupin's ANDA is true and correct?

A.     Yes.

Q.     Is there anything in Lupin's ANDA that you would like to correct today?

A.     No.

Q.     Sure.  I'm just wondering, as part of the

development of Lupin's ANDA product, you agree that you were trying to match the pharmacokinetic profile of ORACEA, right?

A.      I would simply say that as a part of developing the ANDA, we did whatever is required by the regulation to -- to be equivalent on all aspects to the ORACEA.

Q.      And part of achieving bioequivalence was matching the pharmacokinetic profile of ORACEA, right?

A.      So I would say that we did meet the bioequivalence requirement, which is stipulated by the FDA, and we did submit the bioequivalence data to FDA for their review.

Q.      As part of achieving bioequivalence to ORACEA, it was Lupin's goal to match the pharmacokinetic profile of ORACEA, right?

A.      I would -- I would -- I would keep it more simple, that to -- that a generic manufacturer required to meet certain bioequivalence criteria, as stipulated by the FDA, and we have done more exactly required by FDA, and we've submitted that to FDA for their review. And they have reviewed it, and they have attempted to approve the product.

Q.      And below in the section, "Indications and usage," it states that doxycycline capsules is indicated for the treatment of only inflammatory lesions (papules

and pustules) of rosacea in adult patients, right?

A.      Yes, that's what is a written in there.

Q.      And you agree that that's the proposed indication for Lupin's ANDA product, right?

A.      Yes.

Q.      And under the heading, "Dosage and Administration, the labels -- the proposed label states, "Take one doxycycline capsule (40 milligrams) once daily in the morning on an empty stomach, preferably at least one hour prior to or two hours after meals."

        Do you see that?

A.      Yeah.

Q.      And do you agree that that's the recommended dosage and administration for Lupin's ANDA product in this proposed label?

A.      Yes.

Q.      And it says that there's 40 milligrams of doxycycline per capsule, right?

A.      Yes.

Q.      Among the listed ingredients on this page 11 of 22, which ingredient is the enteric coating?

A.      So the ingredient listed there, methacrylic acid and ethyl acrylate copolymer dispersion, NF (Eudragit L30 D55).  This is the material which is the enteric coating polymer.

Q.      And it says that Lupin's ANDA product contains lubricated, seal-coated, immediate release pellets for doxycycline capsules, 40 milligrams, right?

A.      Yes.

Q.      It also states that Lupin's ANDA product contains lubricated enteric-coated pellets for doxycycline capsules, 40 milligrams, right?

A.      Yes.

Q.      Lupin also used isopropyl alcohol and methylene chloride during the sugar coat hardening stage, right?

A.      Yes.

Q.      Are you familiar with the solvent, methylene chloride?

A.      What do you mean by "familiar with"?

Q.      Are you aware that methylene chloride is toxic?

A.      I would answer it differently.  Methylene chloride is the most common solvent used in the coating process, and it's highly volatile, so it doesn't remain there.  And obviously, there are certain levels of methylene chlorides which are allowed which are nontoxic.  So I would not really get into the discussion of whether it's toxic or nontoxic.  It doesn't remain in the product.  It evaporates.

Q.      Well, you agree that certain levels of methylene chloride is toxic, right?

A.    I said certain levels are nontoxic and allowed by the agency.

Q.    Why would Lupin use methylene chloride in its sugar hardening stage?

A.    So methylene chloride is used to dissolve hydroxypropyl methylcellulose and along with that hydroxypropyl, isopropyl alcohol is used in combination. So this combination, when it is applied on the sugar sphere, it rapidly evaporates from the surface without leaving anything back, and that's why we used it.

Q.    This is Stage 4 enteric coating, right?

A.    Yes.

Q.    And in this stage Lupin uses EUDRAGIT L 30 D-55 the, right?

A.    Yes.

Q.    Under what acidic conditions does the eudragit start to release?

A.    So if I'm to talk on this particular eudragit, because they have different grades of enteric coating polymer, but this particular grade gives you an enteric coating which is resistant to drug release until the pH of 5.5.

Q.    Where would you find pH 5.5 in the body?

A.    So you would find that in the intestine.

Q.    What is the difference between by bioequivalence

and bioavailability?

A.      So I would say bioequivalence is you're trying to prove equivalency with something, whereas when you talk bioavailability, you're talking about availability of the drug inside the body.

Q.      And referring to Lupin's manufacturing process as stages one through 5.  Did any of the manufacturing approaches that Lupin will used contribute to the bioavailability of the Lupin's ANDA product?

A.      I repeat my answer question that it is the product design, the materials chosen for the design and the manufacturing process all of that has contributed to make this product bioequivalence to the reference listed drug ORACEA.

Q.      Do we know if applying that enteric coating on top of the seal coat affects the seal coat in any way?

A.      What do you mean by it protects the seal coat? At least I don't understand that.  But I can say that there's no impact of any of those on each other.

Q.      So there's no impact of the enteric coat on the seal coat and there's no impact of the seal coat on the enteric coat; is that fair?

A.      Yes.

Q.      In Stage 3, you're starting with the drug-loaded pellets, right?

A.      Yes.

Q.      And as part of the Stage 3 process you create a seal coating solution, right?

A.      Yes.

Q.      And that seal coating solution contains HPMC, isopropyl alcohol and methylene chloride, right?

A.      Yes.  Well, we wanted it to be different formulation than the ORACEA formulation.

Q.      Why did you want to be different than the ORACEA formulation?

A.      I mean, we wanted to have a different delayed release portion and different immediate release portion so that we don't infringe ORACEA composition.

Q.      So the reason for formulating a 25-milligram immediate release blend and a 15-milligram delayed release tablet was to design around ORACEA patents?

A.      Yes.

Q.      So Lupin was aware of the ORACEA patents during the development of its ANDA product, right?

A.      Yes.

Q.      And the mean maximum concentration for Lupin's ANDA product under fasting conditions was 526.5944 I believe nanograms per mil, right?

A.      Yes.

Q.      In this paragraph, Lupin concludes that its

doxycycline capsules are bioequivalence to ORACEA in healthy adult human male subjects under fasting conditions, right?

A.      Yes.

Q.      The mean C max is listed as 351.1124 nanograms per mil, right?

A.      Yes.

Q.      And that equates to .351 micrograms per mL, right?

A.      Yes.

Q.      In this paragraph, Lupin concludes that its doxycycline capsules are bioequivalence to ORACEA in healthy adult human male subjects under fed conditions, right?

A.      Yes.  This is the FDA document giving tentative approval to Lupin's ANDA product.

Q.      And this letter is informing Lupin that the FDA has found that Lupin's doxycycline capsules are bioequivalence to ORACEA, right?

A.      Yes.

Q.      It goes into the stomach first, right?

A.      See, when our product is taken orally it goes to the stomach first usually.

Q.      Do you know what happens to Lupin's ANDA product when it enters the stomach?

A.      Can see, when any product, whether it is Lupin's product or ORACEA, when they get into the stomach, obviously the capsule shell dissolves and the contents inside the capsules are available in the gastric media.

Q.      So both the immediate release pellets and delayed release pellets in Lupin's ANDA products are released in the stomach?

A.      I think that's a wrong interpretation.  I would say that the pellets are both immediate release and delayed release pellets from the Lupin or from the ORACEA product are available in the stomach.

Q.      Right.  Both pellets come out of the capsule in the stomach, correct?

A.      They would remain present in the stomach.

Q.      I don't think I caught that.  Can you repeat?

A.      They will be present in the stomach I said.  The pellets will be there in the stomach.

Q.      Is any doxycycline absorbed into the blood in the stomach?

A.      So typically now -- I will not answer that question directly because I don't have the proof of absorption of different molecules from the stomach.  But I can only state from my general knowledge that there are very, very few drugs that are absorbed from the stomach.  Most of the drugs are not absorbed in the

stomach.

Q.    Do you have any knowledge about how long a drug product would remain in the stomach in the fasted state?

A.    So, now, this I would answer as a general from -- from the learnings which are acquired through my education, that typically if the -- if you are under the fasting state, the gastric emptying happens any time between 30 minutes to 1 hour.  That's a general rule of thumb.

Q.    So is it fair to say that the dissolution that's happening here in Figure 8 on page 30 is coming from Lupin's delayed-release pellets?

A.    So that's a cumulative dissolution which is coming from immediate release followed by -- after changing the pH, followed by delayed release.

Q.    Okay.  And this figure on page 39 is the comparative dissolution profile for doxycycline capsules, 40 milligrams versus ORACEA and buffer at pH 4.5, right?

A.    Yes.

Q.    And there's one test product and one reference product, right?

A.    Yes.

Q.    And like the previous figure we were looking at, is this figure graphing the mean data?

A.      Let me go back to the table here again because it's the same thing.

Q.      The table was on page 37.

A.      Yeah, I'm looking at that.

Yeah.  So it's the mean of that.

Q.      So going back to page 39, this graph shows that at pH 4.5, Lupin's doxycycline capsules is releasing about 64 percent doxycycline at the first time point measured 150 minutes, right?

A.      Okay.  So I would again like to answer here in comprehensive manner, and I would also like to clarify this graph for the record purpose.  So my answer will be slightly elaborate but I will try to keep it as brief as possible.

So Lupin's product, up to 120-minute under the acidic condition releases 54 percent as against ORACEA which is 74 percent, which is significantly different.  And that's where the product has been designed to be different and that's the designing around.  And at pH 4.5, Lupin product releases mean of 64, but if you really look at the individual datas, it is in 3 or 4 cases, 3 or 4 dilution units, the drug releases higher, which is taking the average to 64 percent, where other units are releasing around 57, 55 percent.

Now, in case of ORACEA, while it is released up to 120 minutes, 74 percent, what we observed is that the release has gone down.  Now, we don't know what's the reason of ORACEA, why the result is going down.  That's a very unusual thing but since we have not designed ORACEA we can't comment on that observation.  Typically this doesn't happen with the product, that already dissolved drug getting reduced, whereas this is the anomaly in this dissolution that ORACEA for God only knows reason is showing less drug dissolved than the previous study.

But obviously we also know that this pH change dissolution has its own limitations and inadequacies, that what you are supposed to do for a FDA is you are supposed to take in the fourth stage to the dissolution media.  So for this dissolution, there is a limitation and a very -- inadequacy that in a pH change dissolution studies, you are supposed to take 750ml of the acid media and run the dissolution for 120 minutes, and then follow it up with the pH change by adding highly alkaline media of around pH 11.

So what happens is that when you add that media of pH 11 into the dissolution jar, there's a localized high alkalinity which can result into instantaneous coat opening.  In some cases it might

happen in case of ORACEA, instantaneous dissolution of the drug, because there's already dissolved drug there. That's why ORACEA values are going down, which to me is wrong, and Lupin value is going up, also which to Lupin and when I say me means Lupin is also not very accurate. But however, we have to submit this data to the agency as stipulated, and that's how we have submitted it and that's where in the first 150-minute time point you see those values appearing like that, what has been depicted on the graph.

Q.      Okay.  So you're saying that the data you submitted to the FDA in a test that the FDA required is inaccurate?

A.      I did not say inaccurate.  I said it is the inadequacy of that test.  So data is accurate but that will not be the behavior of the either ORACEA or of Lupin product in true sense.  Because I can't really think that Galderma has designed the ORACEA product with behavior in a weird manner.  I don't believe that.  I believe that it could be inadequacy of the testing methodology.  So I am attributing it to that rather than attributing it to the product.

Q.      The dissolution that we see in Figure 14 on page 39 is the cumulative result of the immediate-release pellets and the delayed-release

pellets in Lupin's ANDA product right?

A.      Cumulative you said, right?

Q.      Cumulative, yeah?

A.      Yes.  And that's precisely the reason why I'm saying inadequacy because in cumulative result, ORACEA cannot go down from the previous time point which was like 74 percent.  You can't come down to 67 percent. That's something grossly unexpected of a product.  And that's where I'm not attributing it to the product, but to the inadequacy of the methodology, and we also know why.  I mean, that's the only way you can do it in that the methodology.

Q.      Going back up to page 37, ending in Bates number 2495.  Take a look at Lupin's doxycycline capsules --

A.      Just hold on because it's -- just give me a second, yeah.  I'm on page 37.  Go ahead.

Q.      Okay.  And you see the table there with the dissolution data?

A.      Yes.

Q.      Okay.  And can you take a look at Lupin's capsules 1, 3, and 6 through 8 at pH 4.5?

A.      So what's the question?

Q.      For each of those 5 of 12, Lupin's doxycycline capsules is releasing nearly all the doxycycline while sitting in buffer at pH 4.5, right?

A.        See, this is exactly what I was depicting.  Look at the unit number 2, look at unit number 4, look at unit number 5, unit number 8, unit number 9, unit number 10, unit number 11, unit number 12, you see, even unit number 3, all the units are around 55 to 57 to 58 to 62.  So all the units are on one -- in one pattern.  Whereas if you look at unit number 1, unit number 6, unit number 7, they are behaving differently.  In unit number 1 it is 78, and if you look in unit number 6 and 7 it is 84 and 85, respectively.

Now, we know why this is different.  Now, this is different because when you pull the highly alkaline media when the pellets are sitting down in the dissolution jar, they go directly to the pellet, and in that environment, in that medium, the pH become highly alkaline on that moment because there is no stirrer on to mix the media.  And that's the reason why you see this kind of unusual observation, and we also know that this is a limitation of this test wherein you see this kind of observation.  And knowing that, still that's the observation, and we have submitted it to the agency.  And even the agency knows about it, that this is a limitation, and so they have not questioned us on that.

And in the similar manner, what we also know probably could have happened for ORACEA is that if

you look at all the units, 71, 72, 76 -- see, look at unit number 3, 76 is going down to 63.  Look at another unit, 76 has gone down to 71.  Unit number 12 has gone down from 75 to 67.  All the units, if you see, there is a significant reduction when you change the media in the dissolution.

Now this is not expected of a product which is on the market that already dissolved drug is showing less drug contained.  But like what we have discounted Lupin values we also discounted ORACEA values and we have submitted the data -- somewhat like Lupin discounted the Lupin's value, we have discounted Oracea values, and we have submitted the data to the agency. And our interpretation is that the agency has also considered that inadequacy and they have not asked us to repeat this dissolution.

Q.    Did you speak with the FDA about this data?

A.    We did not speak to the FDA, but our experience has been on the data.  If they have objection on the data or if they have any clarification on the data, they seek that clarification.  But in this case, they have not sought any clarification on this data.  I'm only giving you our perspective why they have not sought any clarification.

I would like to further clarify on this

why this behavior, because, see, whether that is Lupin product or whether it is ORACEA product like Lupin product has been designed to release only 55 percent of its drug content in the acid media; ORACEA is designed to release 75 percent in the acid media.  Now, they are different to that level significantly.

Now, Lupin's product is designed to release 45 percent of its drug content post pH 5.5.  Similarly, ORACEA also is designed to release its 25 percent content post pH 5.5.  Now, 4.5 is an immediate pH.

Now, that pH is the one where neither Lupin nor ORACEA should release that delayed-release portion.  But what is happening is that in the limitation of that dissolution take me, you're adding 4.5.  But what you would really understand as a true picture of Lupin product and ORACEA product, if you perform --"

(Electronic transmission interruption.)

"I said if you the want to understand the product behavior under pH 4.5, then what one should is perform the dissolutions, create -- okay, so I don't know how far I was but I will just repeat the last portion.  So to be fair to both the products, whether it be Lupin product or the ORACEA product, if we want to

understand the dissolution behavior and the pH 4.5, then we should conduct the study straight using 4.5 pH media in the dissolution apparatus and put the product and evaluate the dissolution.  That is a more fair way for both the products, is what I would like to state here.

Q.    Did the FDA require the test at pH 4.5?

A.    At this time, did typically for the products which have delayed release component in it requires you to perform the test using changed media, what has been done in this case.  While knowing the limitation of change media, they still want to see how are the results.  And that's the reason why they have not really commented on that observation of ORACEAs or some other unit observations in the Lupin product.

Q.    Where would you find pH 4.5 in the body?

A.    So 4.5 is FDA's requirement specific to the release product, because that is a transition phase from stomach to the intestine where the pH is more alkaline. So FDA wants to wants to see an intermediate pH of 4.5. While that condition prevalence in the whole GI tract is of a miniscule nature, but they usually like to see that data also.

Q.    Okay.  And same question, can you confirm for me that this is dissolution data for 12 of Lupin's doxycycline capsules at pH 1.1 followed by pH 4.5?

A.      Yes.

Q.      Is the methylene chloride used in Lupin's manufacturing process evaporated from Lupin's ANDA product?

A.      Yes.

Q.      Do you know if it is all evaporated from Lupin's ANDA product?

A.      Yes.  We have -- we have a -- if you go to the specification, will find that how we are monitoring -- how we are monitoring that operation.

Q.      Does Lupin recapture the methylene chloride that's evaporated from its ANDA product?

A.      No, not in the audited results.  But I know where you're going with that question, so I can anticipate that and then I can answer that.  See, what is more important is that -- you know, the remnants of the methylene chloride in the drug product, whether it is table or not, that is being checked by Lupin and, as a responsible company not to do environmental hazard, what Lupin does is Lupin has its equipment fitted with the appropriate system to collect that methylene chloride and then they destroy that.  It doesn't go into the open atmosphere."

                THE COURT:  So this is the end of Avachat testimony.

You wanted to go to Khurana next, right? Roughly how long is the Khurana expert's?

MR. COCHRAN:  Four minutes.

THE COURT:  Okay.  Are you okay to continue?

One other suggestion, I don't know if Khurana or Dahibhate are substantial, this does seem to me, perhaps painfully slow or slower than the pace for ordinary court testimony.  It is an option, but if either side is comfortable playing excerpts back at 1.25 that would be acceptable.  If you prefer to play it at the actual speed, that is completely your call.

(Video played as follows:)

Q.     "Please state your full name for the record.

A.     Yeah.  My name is Rajiv, R-A-J-I-V, Khurana, K-H-U-R-A-N-A.

Q.     What are your responsibilities as an assistant director at Lupin?

A.     I lead a team of scientists and the main responsibility is formulation development of different release forms.

Q.     Did you have any responsibilities for Lupin's doxycycline capsules, 40 milligrams ANDA product?

A.     Yes.  I was involved in the development of Lupin's ANDA product doxycycline.

Q.    And how were you involved in the development?

A.    So the formulation, the product development activity, I was involved in that activity.

Q.    In developing Lupin's ANDA product, were you trying to develop a product that was bioequivalence to ORACEA?

A.    Yeah, for developing Lupin's ANDA product, I was involved and, yes, the -- as far as FDA's mandatory guidance, it had to be bioequivalence to ORACEA.

Q.    So for clarity, Lupin's ANDA product contains 40 milligrams of doxycycline, right?

A.    Yes.

Q.    Is EUDRAGIT L 30 D-55 an enteric coating polymer?

A.    Yes.

Q.    Do you know what role that enteric coating polymer plays in the formulation of Lupin's ANDA product?

A.    Yeah.  So this polymer is actually used for enteric -- enteric coating stage of Lupin's -- of the -- the pellets in the Lupin ANDA product.

Q.    The first paragraphs of the introduction reads: "The objective of the development program was to develop a robust stable and acceptable oral formulation of doxycycline capsules, 40 milligrams, which is

pharmaceutically equivalent to the reference product ORACEA doxycycline capsules 40 milligrams."

Do you see that?

A.    Yes.

Q.    Do you know what "pharmaceutically equivalent" means?

A.    So I know Lupin ANDA product is bioequivalence to ORACEA.  That much I can confirm for you.

Q.    Do you recall if Lupin used methylene chloride in its manufacturing processes for Lupin's ANDA product?

A.    Yes.

Q.    Do you know why Lupin used methylene chloride in the manufacturing process for Lupin's ANDA products?

A.    So my understanding is that methylene chloride is one solvent out of many different solvents that are available and very suitable for -- as a -- as a -- as a processing solvent in the product -- in the development offering.  That is one of the options that it can be used."

THE COURT:  And then how long is the Dahibhate?

MR. COCHRAN:  Approximately 3 minutes, Your Honor.

THE COURT:  Okay.  Let's keep going. That will be the last of your case.

MR. COCHRAN:  Indeed.

(Video played as follows:)

Q.    "Could you please state and spell your full name for the record.

A.    Sure.  My name is Pramod, P-R-A-M-O-D, Dahibhate D-A-H-I-B-H-A-T-E.

Q.    What's your current title at Lupin?

A.    I'm working as a senior vice president, regulatory affairs.

Q.    Mr. Dahibhate, what are your responsibilities as senior vice president of regulatory affairs of Lupin?

A.    I am responsible to head a group of regulatory affairs people who are taking care of all regulatory submissions across the globe, all different regulatory agencies.

Q.    And did your responsibilities include Lupin's doxycycline capsules, 40 milligrams, ANDA Product No. 216631?

A.    Yes.  I am responsible for the group working on the doxycycline on 40-milligram ANDA which you just referred.

Q.    And on this page next to indications and usage, the label states that "doxycycline capsules are indicated for the treatment of only inflammatory lesions, papules and pustules of the rosacea in adult

patients."

Isn't that right?

A.    It's listed so here.

Q.    And under the heading of dosage and administration, the label says to "take one doxycycline capsule, 40 milligrams, once daily in the morning on an empty stomach, preferably at least one hour prior to or two hours after meals."

Isn't that right?

A.    It's listed here.

Q.    Is that an accurate description of Lupin's product and label?

A.    This is the statement which is part of the dosage and administration section, which we are currently looking at on that certain page number, yeah.

THE COURT:  Is that it?

MR. COCHRAN:  Yes.

THE COURT:  Does plaintiff rest?

MR. FLATTMANN:  Plaintiff rests, Your Honor.

THE COURT:  All right.  Does our court reporter need a break before we go on to some of the defense video depositions?

THE COURT REPORTER:  Just two minutes.

THE COURT:  Okay.  Let's take a

two-minute break.

(Brief recess.)

THE COURT:  I will say the same thing to defense as I did to plaintiff.  It's your call, but if you would like to play this at a slightly accelerated speed, that's fine with the Court.  Especially if I have a transcript to follow along.  It's like reading a PowerPoint because everything on the PowerPoint is said to you.  It's your call.

MR. JAROS:  Excellent idea, Your Honor.  We will do so.

Before we play our videos, we would like to move for judgment as a matter of law on paragraph 74 under Rule 52.  That's provided during pretrial order.

Very briefly, it is our view, as Mr. Rakoczy stated in opening statement, according to the legal test provided in the patent, we do not infringe and there is no dispute about that.  According to the pretrial order, you could request briefing of that.  So we did not brief that, we are simply making the oral motion.

THE COURT:  Understood.  It's preserved.  I am going to reserve ruling on that motion.

MR. FLATTMANN:  Your Honor, simply for purposes of the record, we oppose the motion.

THE COURT:  Okay.  I am taking it under advisement.  I am not going to rule on it at this time.

And about how long does each one run on ordinary speed?

MS. BODA:  18 minutes for Griffin and I think 14 for --

THE COURT:  We'll get through those two and then -- those are your only video witnesses?

MR. FLATTMANN:  Correct.

THE COURT:  Great.

And then tomorrow we have just Dr. Buckton and Ms. --

MR. FLATTMANN:  We will begin with Mr. Avachat.

THE COURT:  Oh, Mr. Avachat will testify live, in addition to his video deposition.  Got it.

And then after Mr. Avachat, who do you think will be next?

MR. FLATTMANN:  We will be calling Ms. Gray and then Dr. Buckton, and then closing arguments.

THE COURT:  Got it.  Are these four copies of Sean Griffin here?  It looks like these are the same thing.

We have Dahm, Griffin; Dahm, Griffin;

Dahm -- why don't you pass them on to the court reporter in case she finds those of use.

So these are -- I see.  So the exhibits in the front pocket, you have the portions that are being excerpted here, and I'll follow along there. Thank you. Very helpful.

Are you ready?

THE COURT REPORTER:  Yes.

(Video deposition played.)

Q.     "Can you state your name for the record.

A.     My name is Sean Patrick Griffin.

Q.     So it sounds like you understand you're here today both as yourself, including all of your personal knowledge; and then also as a representative of the plaintiffs, and that includes Galderma, correct?

A.     I agree.

Q.     And you've been in the regulatory affairs area over 11 years with Galderma; is that right?

A.     That is also correct.

Q.     So to sum it up, you've spent about 27 years as a regulatory affairs professional in the pharmaceutical industry?

A.     That is correct.

Q.     Do you consider yourself an expert in FDA regulation of pharmaceutical products?

A.    I do.

Q.    All right.  Let's go to DX-10.  Let's go to slide 8 of DX-10.

      This is the current ORACEA website, correct?

A.    It is.

Q.    And in the upper left, do you see the reference to 40-milligram, asterisk, capsules?

A.    I do.

Q.    And then the asterisk beneath that language is, quote, "30-milligram immediate release and 10-milligram delayed release beads," right?

A.    It is.

Q.    And that matches the language from the product label we just looked at, right?

A.    It does.  Consistent words.

Q.    Do you know the basis for that description to the public on the current ORACEA website?

A.    I believe the basis to be the prescribing information and also the manufacturing process for the product.

Q.    Let's go to slide 9.

      This is another part of the ORACEA website, correct?

A.    It is.

Q.      And do you see the question in purple, quote, "How do ORACEA capsules work," end quote?

A.      I do.

Q.      Can you please read the first sentence of the answer beneath that question.  Read it aloud.

A.      "ORACEA doxycycline USP 40-milligram capsules work through a modified release dosage.  30 milligrams is immediately released when it hits the stomach, with the remaining 10 milligrams released once the capsule reaches the small intestine, approximately two hours later."

Q.      Thank you.  Do you have any reason to believe that answer is false?

A.      I do not.

Q.      What is the basis for the product label description of a 30/10 ratio?

A.      I believe it to be the prescribing information, which states as such, and the manufacturing process that includes that ratio of beads in the actual product.

Q.      Let's go to slide 11.

        At the top of this slide, can you see that this is an excerpt from the FDA.gov website?

A.      I do see that.

Q.      And based on your on 25-plus years of experience as a regulatory affairs professional, are you familiar

with FDA regulations regarding false or misleading labeling?

A.    I am.

Q.    Generally speaking, according to FDA, what is a false label?

A.    A label that is not accurate and correct.

Q.    And in approving a pharmaceutical product, is it your understanding that FDA reviews the product labeling to evaluate whether in fact it is accurate?

A.    It is, and they do.

Q.    Go to slide 14, please.

This is another part of the ORACEA website, correct?

A.    It is.

Q.    Beneath the purple and blue rings, there is a heading "precision care."

Do you see that?

A.    I do.

Q.    Do you know what that refers to?

A.    I believe it refers to the fact that ORACEA provides a treatment for rosacea to meet the health care practitioner's goal.

Q.    Beneath the words "precision care," there's a title, quote "the pharmacology of ORACEA capsules."

Do you see that?

A.    I do.

Q.    What is your understanding of pharmacology?

A.    How a product interacts with the human body or an ingredient.

Q.    When you say "interacts with the human body," what do you mean?

A.    I take it to mean how an ingredient could be absorbed and interact with various tissues within the human body and organs to produce an effect.

Q.    The second subpoint reads, quote, "The capsules are coated in a layer that immediately releases the 30 milligram beads once it hits the stomach, pH 1.1, superscript 8."

Do you see that?

A.    I do see that.

Q.    Do you have any reason to believe that statement is not accurate?

A.    I do not.

Q.    Next subpoint reads, quote, "The remaining 10-milligram beads dissolves when the capsule reaches the small intestine, pH 6, superscript 8."

Do you see that?

A.    I do.

Q.    Do you have any reason to believe that statement is not accurate?

A.    I do not.

Q.    Let's go to slide 15, please.

This is another part of the ORACEA website, correct?

A.    It is.

Q.    This graph is labeled "percent dissolved" on the left.

Do you see that?

A.    I do see that.

Q.    What does "percent dissolved" refer to in this context?

A.    Of the product, what portion of the product has dissolved at a certain time.

Q.    And the graph is labeled "collection time (hours)" at the bottom.

Do you see that?

A.    I do see that.

Q.    Beneath the graph, there's a statement, "The line of the graph represents ORACEA capsules, *in vitro* controlled release, averaged from three batches."

Do you see that?

A.    I do.

Q.    What does "*in vitro* release" refer to?

A.    Testing in a laboratory setting, not in a human body.

Q.      And in preparing for today's testimony, you reviewed Galderma's current *in vitro* dissolution test methodology for releasing ORACEA, correct?

A.      That is correct.

Q.      In the middle of this graph, there is a red dotted line at the 2-hour mark.

        Do you see that?

A.      I do see that.

Q.      And in the circle to the left of that line is labeled "ORACEA capsules, 30-milligram, immediate release occurs at a pH of 1.1."

        Do you see that?

A.      I do see that.

Q.      Do you have any reason to believe that statement is not accurate?

A.      I do not.

Q.      On the right of the graph, there's another red dotted line at the 4-hour mark.

        Do you see that?

A.      I do see that.

Q.      And that line is labeled in a circle "ORACEA capsules, 10-milligram, delayed release occurs at a pH of 6."

        Do you see that?

A.      I do.

Q.    In the context of this graph, do you understand what pH 1.1 refers to?

A.    I do.

Q.    What does that refer to?

A.    I believe that refers to the first stage of the dissolution test that's performed on the drug product.

Q.    And in the context of this graph, do you have an understanding of what pH 6 refers to?

A.    I do.

Q.    What does that refer to?

A.    I believe it refers to the second stage of the dissolution test performed on the drug product.

Q.    Is this graph an accurate depiction of the immediate release of ORACEA capsules?

A.    I believe it's consistent with the testing that's performed on the capsules.

Q.    Is this graph an accurate illustration of the delayed release of ORACEA capsules?

A.    I believe it's consistent with the testing that's performed on the capsules.

Q.    Do you have any reason to believe that any aspect of this graph on the current ORACEA website is not accurate?

A.    I do not.

Q.    Do you know whether this data was produced using

the *in vitro* dissolution test method in the ORACEA NDA?

A. I cannot state for sure. I do believe it's consistent with the methodology that is in the ORACEA NDA.

Q. At the top of this graph, do you see the labels on the left, "stomach," and on the right, "intestine"?

A. I do see that.

Q. Do you understand what the label "stomach" refers to?

A. I do.

Q. What is your understanding?

A. The portion that's released in the stomach of the body.

Q. Same question with respect to "intestine" on the right. What is your understanding of what that means in the context of this graph?

A. Portion of the product that's released in the intestine of the body.

Q. Do you know why Galderma included a graph of *in vitro* release data averaged from three batches on the ORACEA website?

A. I do not know what the thought was or the intent was of this.

Q. Were you part of any decision-making team or process that concluded Galderma should include a graph

Q.    of *in vitro* release data on the ORACEA website?

A.    Would you like to ask the question again?

Q.    Sure.  Were you part of any decision-making process or team that decided to include a graph of *in vitro* release data on the ORACEA website?

A.    I was not.

Q.    To the best of your knowledge, does this graph accuracy describe the controlled release of the ORACEA pharmaceutical composition?

A.    It does.

Q.    Reference Number 11 is a series of names followed by a patent number ending in 516.

Do you see that?

A.    I do see that.

Q.    Are you familiar with the '516 patent?

A.    I'm aware it exists.

Q.    Mr. Griffin, this is the same U.S. Patent 8652516 referenced on the ORACEA website, correct?

A.    Yes.

Q.    Did you see it is assigned to CEROVENE, Inc., and Galderma SA?

A.    I do see that.

Q.    Let's go to column 17 of this '516 patent, line 29, please, about halfway down.

At line 29, Mr. Griffin, do you see '516

patent states, quote, "The uniform doses of the present invention exhibit the same dissolution characteristics as ORACEA capsules, 40 milligrams, 30-milligram immediate release, and 10-milligram delayed release marketed by Galderma and have bioequivalence profile."

Do you see that?

A.    I do see that is what it says.

Q.    And the reference to ORACEA capsules is in fact the current ORACEA product marketed by Galderma?

A.    I believe that's what is intended.

Q.    All right.  At line 42 you see the statement, quote, "The dissolution test used for the development is one that is specified in the FDA OGD website for doxycycline capsule delayed release, 40 mg, as described in Table 12."

Do you see that statement?

A.    I do.

Q.    Let's go to DX-10, slide 17, please.

This is the FDA OGD website for dissolution methods for doxycycline, correct?

A.    It is.

Q.    And the second entry is the delayed-release entry; is that right?

A.    It is.

Q.    What's your understanding of why this method is

published by FDA on their website?

A.    I believe that the method is published by FDA on their website to ensure consistent testing of various doxycycline products.

Q.    When you say "consistent testing," you mean for any 505(b)(2) or ANDA products that would be bioequivalence?

A.    Or similar products, I agree.

Q.    Do you know why FDA recommends use of pH 1.1 for two hours?

A.    I believe it's widely acceptable or widely accepted to be an appropriate test pH and duration, and that is why it's included here.

Q.    Do you know why FDA recommends sampling at two hours?

A.    Same reason.  I believe it's stated as an appropriate testing interval and, therefore, they have reproduced it here.

Q.    Let's go to DX-16, please.

The last paragraph on this page states, quote, "No *in vivo* studies have been conducted to correlate dissolution with rate and extent of absorption."

Do you see that?

A.    I do see that.

Q.      Earlier you testified about any *in vivo/in vitro* correlation studies.

Do you recall that?

A.      I do recall that.

Q.      Does this statement in the NDA support your conclusion that no *in vitro/in vivo* correlation studies have been conducted for ORACEA?

A.      That statement appears supportive of that at the time that it was written.

Q.      And is it still true today that no *in vivo* studies have been conducted to correlate dissolution of ORACEA with rate and extent of absorption?

A.      I believe so.

Q.      Based on your 25-plus years in regulatory affairs, is it your understanding that FDA reviews the prescribing information for an ANDA product for accuracy and completeness?

A.      My understanding is part of the process of the review for a new drug application or an ANDA, that they will review prescribing information and other labeling that are submitted to them prior to tentative or full approvals of the products.

Q.      Do you have any reason to believe that the ratio described in Lupin's prescribing information, 22/18 is not accurate?

A.    I have no knowledge of the Lupin manufacturing process, so I really can't comment on the accuracy or inaccuracy.  Nor have I reviewed the FDA-related review documents, so I can't really confirm whether they reviewed this and agreed to this or not.

Q.    In approving the ORACEA NDA, FDA reviewed not only the specifications but also the dissolution test method, correct?

A.    That is correct.

Q.    Do you have any reason to believe that in tentatively approving Lupin's ANDA, that the FDA did not review both the product specifications as well as the Lupin dissolution test method?

A.    I would expect FDA to do that."

            THE COURT:  Okay.  We've got about 11 minutes now for this.

            (Discussion held off the record.)

            THE COURT:  Let's take a three-minute break, have you stay there.  And as soon as you're back, we will just do these last 11 minutes and then be done.  We'll pick up with a live witness in the morning.

            (Discussion held off the record.)

            (Video deposition played.)

Q.    "Would you state and spell your full name, please.

A.      Elizabeth Philip Dahm.  E-L-I-Z-A-B-E-T-H, Philip, P-H-I-L-I-P, Dahm, D-A-H-M, as in Michael.

Q.      You are a lawyer, correct?

A.      Correct.

Q.      When did you begin work with Galderma?

A.      May of 2022.

Q.      How long have you worked on ORACEA?

A.      Since May of 2022.

Q.      Ms. Dahm, you understand you're here today both in your personal capacity and as a designee on behalf of Galderma?

A.      I understand.

Q.      Let's mark DX-13.  This is the September 2008 reply, Bates 1699 to 1708.

        Did you review this reply to prepare for today?

A.      I believe so.

Q.      Do you see on the face of this reply the application number -- the '620 application number is there, correct?

A.      Correct.

Q.      Let's go to the next page.  This is the page ending in 700.

        Can you read claim 49 to yourself and let us know when you're done.

A.      Okay.

Q.      And, Ms. Dahm, can you remind us, have you ever prosecuted a U.S. patent application?

A.      I have.

Q.      And are you a patent agent or a registered patent attorney?

A.      I am a registered patent attorney.

Q.      In claim 49, you see there are sub 1 and sub 2 sections of the claim?

A.      Yes.

Q.      Sub 1 reads, quote, little i, "an immediate release, IR portion comprising about 30 milligrams doxycycline."

        Do you see that?

A.      I do.

Q.      And that's what ORACEA contains, correct?

A.      Yes.

Q.      And then little sub 2ii, it reads, quote, "a delayed-release DR portion comprising about 10 milligrams doxycycline."

        Do you see that?

A.      I do.

Q.      And that's what ORACEA contains, correct?

A.      Correct.

Q.      Let's go to PDF 8.  That's Bates ending 706.

Please read that middle paragraph beginning "the examiner has interpreted."  Read that to yourself and let us know when you're done.

A.      Okay.

Q.      The second to last sentence is, quote, "In no case would one of ordinary skill in the art reasonably expect variations of 30 percent or greater to be encompassed by the term 'about.'"

And that term is in quotes.  Do you see that?

A.      I do.

Q.      That refers back to the "about 30 milligrams" and "about 10 milligrams" in claim 49 that we just referred to, correct?

A.      I believe so.  But I don't know the -- I didn't prosecute these, but I would assume.

Q.      Let's mark DX-14.  This is the February 2009 reply, Bates 1722 to 28.

Did you review this document to prepare for today?

A.      I believe so.  It should have been within the file history, the prosecution file history.  So I believe that I did.

Q.      And on the first page here, you see the same application number ending in 620, correct?

A.     I see that.

Q.     Let's go to the second page ending 1723, and focus on claim 49 again, please.

Please read claim 49 to yourself let us know when you're done.

A.     Okay.

Q.     In claim 49, you see that both references to "about" that precede "30 milligrams" and "10 milligrams" are stricken, correct?

A.     Correct.

Q.     Let's go to page 6, Bates ending 727.

Please read that first paragraph to yourself, let us know when you're done.

A.     Okay.

Q.     The first sentence in that paragraph reads, quote, "Given the noted broad construction of the term 'about,' the examiner has determined that it would have been obvious for one of ordinary skill in the art to arrive at values encompassed by about 30 milligrams and about 10 milligrams, which are close to the values disclosed by, brackets, 766 publication," end quote.

Do you see that?

A.     I see that.

Q.     And you understand this reference to "about" refers back to the uses of "about" in claim 49, correct?

A.    Could you show me claim 49.

Q.    Yes.  We just looked at it.  It's on page 2, Bates ending 723.

A.    Thank you.  Yes.

Q.    Let's go back to page 6.  The second sentence reads, quote, "Applicants respectfully submit, however, that given the amendments to the claims, parentheses, i.e., deletion of 'about,' the 766 publication can no longer be reasonably deemed to disclose values even close, in quotes, to those recited in the claims."

Do you see that?

A.    I see that.

Q.    And the reference to the deletion of "about" ties back to the deletion of "about" in claim 49, correct?

A.    Can you please show me the claim 49 again.

Q.    Sure.  Page 2.

A.    Thank you.

And could you show me claim 49 again, please.  Claim 49.  Thank you.

So I can confirm that in this paper, claim 49 was amended to delete the word "about" with respect to 0.1 micrograms per milliliter; again, with respect to 1.0 micrograms per milliliter; and also with respect to the 30 milligrams and the 10 milligrams of

doxycycline.

Q.    On the left, final statement, that first paragraph is, quote, "As such, the 766 publication alone cannot properly anticipate or render obvious the claimed invention."

Do you see that?

A.    I do.

Q.    And that was the applicant's representation to the U.S. patent office, right?

A.    I believe that there was a paper filed by the applicant that says, "As such, the 766 publication alone cannot properly anticipate or render obvious the claimed invention."

Q.    And is it correct to describe that as a representation to the U.S. patent office?

A.    Yes.

Q.    Let's go back to DX-4, slide 18.  Slide 18.  We, meaning the lawyers, prepared a diagram of the applications and the statements in those replies that we just reviewed.

Can you review this diagram and let us know when you're done.

A.    Okay.  Okay.  I have reviewed it.

Q.    Do you see any errors?

A.    I would have to look at each statement

side-by-side with the documents.  I cannot otherwise evaluate whether they're accurate or not.

So if you'd like to pull up, let's start at the beginning, Provisional Application Number 60460963.

Q.    Sure.  We can do that side-by-side.

A.    Can you show me the filing receipt for the provisional application from the prosecution file history rather than just a listing document.

Q.    Would it be easier to look at the 912 publication which identifies the provision and the dates?

A.    I can do that.

Q.    Okay.  Let's go to DX-10 on the right, Henry. It's on the upper right corner, please.

A.    Thank you.

To the extent that the front page is correct, it appears that the provisional application was filed April 7th, 2003, for the first box.

Let's see for the second box.

So for the second box, for Provisional Application Number 60574964, it appears from the front of the publication marked 912 that the filing date is February 26, 2004.

With respect to the second part, added

figures 5 and 6 and additional claims, I don't know what that is in comparison to, nor do I have the document in front of me, so I cannot verify whether that statement is accurate.

Q.    Okay.

A.    Do you want me to keep going?

Q.    Sure.

A.    So in the U.S. Patent Application 10819620, I can confirm that the filing date, based on the front page of the publication, is April 7, 2004.  I would need to look at the file history to verify the statements that are contained within that box.

A.    Would you like me to do so?

Q.    We can.  We can put DX-13 on the right, and go to page 8.  It's the second to last sentence in the middle paragraph, the one we just looked at?

A.    Can you go to the first page of this reply, please.  Thank you.

Can you go to the last page of this reply, please.  Thank you.

So there is a statement within the document filed on 9/17/08 that states in no case would one of ordinary skill in the art reasonably expect variations of 30 percent or greater to be encompassed by the term "about."  However, the bold does not appear in

the document, so it is not exactly the same.

With respect for the second statement, could you please go to the next reply that this is in reference to, the 2/24/09.

Q.    Sure.  That's DX-14, page 6.

A.    I can -- well, could you go to the last page of this reply, please, just so I can check the date.  Thank you.

This statement is a portion of a sentence that appears within this reply.  It's a portion as noted that the G has been capitalized and the bold is not present in the original document.

Q.    Right.  Go to the '740 patent, that's DX-17, to confirm the final box?

A.    With respect to the box that is the fourth down on the left-hand column, I can confirm that based on the face of the patent, that Application Number 676 was filed on June 6th, 2008, and it appears to be a continuation of Application Number 10819620 filed on April 7th, 2004, which was issued as U.S. Patent Number 7749532.

Q.    What is the continuation in this context?

A.    A continuation of a patent is a patent that has a claim of priority to another patent."

THE COURT:  Very good.  So my

understanding is that's all of the video depositions from both sides.

MR. RAKOCZY:  That's correct, Your Honor.

MR. FLATTMANN:  Correct, Your Honor.

THE COURT:  What we have left then is three live witnesses.  Mr. Avachat tomorrow morning, presumably we can see if we can do that, then take our morning break; and then Ms. Gray, see if we can get that done before lunch; and then the direct of Dr. Buckton will likely consume the entire afternoon with cross Thursday morning.

MR. RAKOCZY:  Very likely, Your Honor.

THE COURT:  Okay.  Are there any motions or legal issues or other things like that that you would like the Court to address either now or tomorrow morning?

MS. BODA:  We have some exhibits that we need to move in.

DTX-9, DTX-55, DTX-56, DTX-54, DTX-398, DTX-401, DTX-402, DTX-405, DTX-32, DTX-37, DTX-53, DTX-420, and DTX-422.

THE COURT:  So those are the exhibits to the depositions for Dahm and Griffin you gave me, and that's the current number in which is different from the numbering that was used at the depositions.

Are there any objections on any of those?

MR. COCHRAN:  No, Your Honor.

THE COURT:  Okay.  They will be admitted.

(Exhibits DTX-9, DTX-55, DTX-56, DTX-54, DTX-398, DTX-401, DTX-402, DTX-405, DTX-32, DTX-37, DTX-53, DTX-420, and DTX-422 admitted into evidence.)

THE COURT:  All right.  So I think that's all for today.  We will come back tomorrow.  I do want counsel to think a little bit about we had some preliminary discussions about a schedule for filing post-trial briefing and closings.  And would counsel prefer to keep things on that schedule with the closings coming later?  Would it be more useful for us to do those on Thursday?  We could discuss that further at the break.

But tomorrow will certainly be filled with witness testimony, but it  doesn't sound like anyone anticipates any motions or legal issues that we need to address in the next day.  Correct?

MR. FLATTMANN:  Plaintiffs don't anticipate anything like that, Your Honor, and we're certainly happy with the current schedule.

MR. RAKOCZY:  We anticipate no issues, and we are also happy with the current briefing and closing schedule, Your Honor.

THE COURT:  All right.  Let's adjourn for the day.  I thank you all for cooperating well to make this the trial move along, and we will return tomorrow at 9:00 a.m.

(Matter adjourned.)

C E R T I F I C A T E

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter transcribed by scopists working under my direction.


/s/ Kim L. Haley, CSR, CRR, RPR
1/9/2024

**'**

**'516** [7] - 239:6, 239:8, 241:25, 242:12, 285:15, 285:23, 285:25
**'620** [1] - 290:19
**'740** [1] - 298:13
**'about** [3] - 292:8, 293:17, 294:8
**'biorelevant'** [1] - 176:1
**'mimic** [1] - 176:23
**'physiologically** [1] - 176:1

**/**

**/s** [1] - 301:14

**0**

**0-240** [1] - 231:4
**0.1** [4] - 183:9, 183:11, 183:18, 294:23

**1**

**1** [16] - 165:7, 168:7, 168:15, 174:12, 181:24, 183:7, 186:14, 190:3, 212:17, 236:2, 259:8, 263:21, 264:7, 264:8, 291:8, 291:11
**1.0** [1] - 294:24
**1.1** [64] - 168:12, 168:18, 169:10, 169:15, 170:7, 170:11, 171:6, 172:15, 172:23, 173:19, 173:25, 174:1, 174:8, 176:4, 176:16, 176:25, 177:1, 177:7, 177:21, 178:2, 179:4, 180:1, 180:15, 180:20, 181:16, 181:20, 183:1, 183:6, 183:12, 183:17, 183:21, 184:9, 184:14, 184:23, 185:9, 185:25, 186:16, 187:10, 187:16, 187:19, 187:22, 188:2, 188:8, 188:11, 188:23, 188:24,

189:8, 189:25, 190:3, 194:13, 194:16, 194:25, 203:9, 219:10, 219:22, 219:24, 221:6, 221:12, 242:20, 267:25, 280:12, 282:11, 283:2, 287:9
**1.23** [1] - 216:7
**1.25** [1] - 269:10
**1.4** [2] - 210:13, 211:11
**1.7** [5] - 210:12, 211:11, 212:17, 215:7, 218:10
**1/9/2024** [1] - 301:14
**10** [27] - 168:19, 168:24, 170:18, 175:5, 175:20, 180:4, 195:3, 196:9, 196:12, 196:25, 208:4, 208:12, 229:9, 239:11, 239:19, 240:6, 240:20, 246:3, 246:15, 264:4, 278:9, 291:20, 292:13, 293:8, 293:20, 294:25
**10-milligram** [4] - 277:11, 280:20, 282:22, 286:4
**100** [2] - 185:12, 203:14
**10005** [1] - 166:4
**10819620** [2] - 297:8, 298:19
**11** [15] - 171:17, 172:9, 220:2, 220:4, 221:7, 235:20, 252:20, 261:21, 261:23, 264:4, 276:18, 278:20, 285:11, 289:16, 289:20
**12** [18] - 180:23, 181:13, 206:3, 207:18, 209:5, 223:2, 231:1, 241:20, 241:23, 242:11, 242:12, 242:16, 242:19, 263:23, 264:4, 265:3, 267:24, 286:15
**120** [6] - 219:10, 219:22, 221:6, 242:22, 261:2, 261:19
**120-minute** [1] -

260:15
**1200** [1] - 166:8
**1201** [1] - 165:17
**13** [2] - 176:20, 186:8
**1347** [1] - 165:18
**14** [5] - 187:1, 224:2, 262:23, 275:6, 279:11
**15** [7] - 181:19, 191:17, 194:2, 194:8, 194:16, 194:25, 281:2
**15-milligram** [1] - 256:15
**150** [6] - 220:20, 221:10, 222:19, 223:6, 223:16, 260:9
**150-minute** [6] - 220:17, 221:15, 221:18, 221:25, 222:13, 262:8
**16** [2] - 176:20, 231:1
**1699** [1] - 290:14
**17** [3] - 232:2, 285:23, 286:18
**1708** [1] - 290:14
**1722** [1] - 292:18
**1723** [1] - 293:2
**18** [11] - 185:19, 197:4, 198:10, 198:12, 199:13, 199:22, 236:7, 236:10, 275:5, 295:17
**180** [6] - 200:2, 200:6, 220:18, 222:19, 223:6, 223:16
**180-minute** [2] - 222:6, 222:13
**19** [2] - 240:2, 240:11
**19106** [1] - 165:10
**19806** [1] - 166:9
**19899** [1] - 165:18
**1:00** [2] - 165:7, 165:11
**1s** [1] - 217:13

**2**

**2** [23] - 169:3, 176:7, 181:24, 187:2, 190:10, 208:19, 210:16, 212:18, 212:20, 212:21, 213:10, 213:18, 214:9, 215:7, 215:9, 218:13, 219:6, 219:24, 264:2, 291:8, 294:2, 294:17
**2-hour** [1] - 282:6
**2-milligram** [1] -

189:20
**2.1** [2] - 210:13, 211:11
**2.2** [1] - 194:13
**2.35** [1] - 205:25
**2.37** [1] - 206:3
**2/24/09** [1] - 298:4
**20** [7] - 168:19, 168:24, 175:4, 196:23, 232:2, 236:4, 237:24
**20-minute** [7] - 230:12, 230:14, 230:19, 231:5, 232:8, 232:12, 233:5
**2003** [1] - 296:19
**2004** [3] - 296:24, 297:10, 298:20
**2008** [2] - 290:13, 298:18
**2009** [1] - 292:17
**2022** [4] - 200:3, 200:6, 290:6, 290:8
**2023** [1] - 200:10
**2024** [1] - 165:10
**21** [3] - 187:23, 223:2, 228:6
**216631** [1] - 272:18
**22** [15] - 175:5, 175:18, 175:20, 180:20, 184:4, 184:6, 185:18, 185:19, 185:22, 186:1, 186:17, 188:5, 197:3, 199:15, 252:21
**22/18** [14] - 232:17, 232:20, 233:5, 233:8, 233:12, 233:19, 233:22, 234:3, 234:11, 234:15, 234:20, 235:4, 235:8, 288:24
**23** [1] - 237:3
**230,000** [1] - 206:7
**24** [2] - 190:14, 234:16
**240** [1] - 220:18
**240,000** [2] - 206:1, 206:4
**240-minute** [4] - 222:14, 222:19, 223:6, 223:16
**241** [1] - 237:3
**242** [1] - 237:3
**2495** [1] - 263:14
**25** [4] - 170:3, 191:15, 232:9, 266:10
**25-milligram** [1] - 256:14
**25-plus** [2] - 278:24,

288:14
**250** [2] - 214:25, 217:19
**253** [4] - 182:1, 182:11, 182:25, 186:14
**254** [4] - 181:25, 182:11, 182:25, 187:2
**255** [3] - 181:25, 182:11, 182:25
**26** [3] - 191:10, 191:19, 296:24
**265** [1] - 223:2
**266** [1] - 223:2
**267** [1] - 165:23
**27** [2] - 193:25, 276:20
**28** [1] - 292:18
**286** [1] - 228:6
**287** [2] - 228:7, 229:9
**288** [2] - 230:25, 232:2
**29** [7] - 175:4, 175:12, 175:18, 175:20, 195:11, 285:24, 285:25
**296** [2] - 240:2, 240:11
**297** [4] - 240:2, 240:10, 240:12, 240:14
**299-7232** [1] - 165:23
**2ii** [1] - 291:18

**3**

**3** [20] - 168:14, 169:23, 171:1, 172:8, 181:24, 186:11, 212:23, 213:19, 214:10, 237:3, 240:3, 240:14, 255:24, 256:2, 260:22, 263:21, 264:5, 265:2, 271:22
**3.3** [1] - 194:13
**30** [48] - 169:21, 170:18, 173:6, 173:15, 175:5, 175:20, 181:19, 185:17, 186:1, 188:2, 188:7, 188:12, 190:3, 191:22, 194:2, 194:8, 194:25, 195:3, 196:8, 196:9, 196:12, 196:25, 199:16, 200:9, 219:10, 221:11, 221:19, 235:22, 236:17, 236:19, 239:19, 242:22,

246:3, 246:14, 246:15, 254:13, 259:8, 259:11, 270:13, 278:7, 280:12, 291:12, 292:7, 292:12, 293:8, 293:19, 294:25, 297:24

**30-milligram** [3] - 277:11, 282:10, 286:3

**30-minute** [6] - 168:19, 168:24, 183:2, 188:8, 191:17, 194:16

**30/10** [3] - 235:6, 239:23, 278:16

**316** [2] - 208:4, 208:11

**32** [7] - 166:4, 196:19, 239:15, 239:18, 239:22, 240:7, 240:21

**35** [1] - 200:1

**351** [1] - 257:8

**351.1124** [1] - 257:5

**37** [4] - 202:12, 260:3, 263:13, 263:16

**38** [1] - 204:15

**39** [4] - 205:22, 259:16, 260:6, 262:24

**390** [3] - 200:12, 200:16, 200:18

**3ish** [1] - 167:14

## 4

**4** [23] - 169:2, 189:11, 209:6, 210:5, 211:20, 211:22, 211:23, 212:4, 213:13, 214:17, 215:10, 217:22, 228:7, 234:21, 239:15, 239:18, 239:23, 240:7, 240:21, 254:11, 260:22, 264:2

**4-hour** [1] - 282:18

**4.3** [2] - 210:20, 211:13

**4.5** [27] - 187:11, 189:1, 194:13, 202:11, 207:24, 207:25, 208:15, 213:1, 219:3, 220:3, 221:7, 221:11, 259:19, 260:7, 260:20, 263:21, 263:25, 266:10,

266:16, 266:21, 267:1, 267:2, 267:6, 267:15, 267:16, 267:19, 267:25

**40** [19] - 185:21, 209:20, 234:16, 236:5, 242:16, 248:7, 252:8, 252:17, 253:3, 253:7, 259:18, 269:23, 270:11, 270:25, 271:2, 272:17, 273:6, 286:3, 286:14

**40-milligram** [6] - 170:2, 170:16, 185:3, 272:20, 277:8, 278:6

**40-minute** [3] - 231:20, 232:21, 233:9

**41** [1] - 247:9

**42** [5] - 179:11, 207:18, 213:3, 242:13, 286:11

**44** [1] - 215:22

**447** [2] - 175:8, 223:1

**45** [2] - 215:25, 266:8

**47** [1] - 222:24

**49** [13] - 290:24, 291:8, 292:13, 293:3, 293:4, 293:7, 293:25, 294:1, 294:14, 294:16, 294:19, 294:20, 294:22

## 5

**5** [16] - 169:22, 189:11, 202:20, 202:22, 202:24, 207:17, 209:7, 213:4, 213:5, 216:1, 216:15, 229:9, 255:7, 263:23, 264:3, 297:1

**5.0** [2] - 210:19, 211:15

**5.4** [2] - 210:20, 211:14

**5.5** [4] - 254:22, 254:23, 266:8, 266:10

**50** [8] - 171:8, 171:9, 172:5, 183:2, 183:25, 219:13, 229:19, 236:2

**500** [1] - 166:14

**505(b)(2** [1] - 287:6

**51** [2] - 230:5, 232:8

**516** [1] - 285:12

**52** [2] - 219:13, 274:14

**526.5944** [1] - 256:22

**53** [1] - 235:17

**54** [3] - 183:3, 219:13, 260:16

**55** [11] - 183:3, 183:25, 184:3, 185:21, 186:17, 203:12, 203:13, 237:15, 260:25, 264:5, 266:3

**56** [1] - 237:25

**57** [2] - 260:24, 264:5

**58** [1] - 264:5

**59** [1] - 241:19

## 6

**6** [16] - 166:14, 172:24, 179:15, 213:12, 216:1, 216:15, 263:21, 264:7, 264:9, 280:21, 282:23, 283:8, 293:11, 294:5, 297:1, 298:5

**6.0** [1] - 242:24

**60** [2] - 219:10, 242:22

**601** [1] - 165:9

**60460963** [1] - 296:5

**60574964** [1] - 296:22

**60654** [1] - 166:15

**62** [2] - 243:25, 264:5

**620** [1] - 292:25

**63** [1] - 265:2

**64** [3] - 260:8, 260:21, 260:24

**67** [2] - 263:7, 265:4

**676** [1] - 298:17

**68** [1] - 213:18

**69** [3] - 218:24, 219:21, 220:12

**6th** [1] - 298:18

## 7

**7** [13] - 171:18, 173:4, 179:15, 208:4, 208:11, 215:4, 215:5, 215:7, 215:9, 217:12, 264:8, 264:9, 297:10

**7.0** [3] - 169:11, 169:19, 172:10

**7.36** [2] - 216:7, 216:9

**700** [1] - 290:23

**706** [1] - 291:25

**71** [2] - 265:1, 265:3

**72** [1] - 265:1

**723** [1] - 294:3

**727** [1] - 293:11

**74** [5] - 181:20, 260:17, 261:2, 263:7, 274:13

**75** [10] - 170:3, 170:9, 170:17, 171:7, 171:9, 172:5, 181:20, 232:13, 265:4, 266:5

**750ml** [1] - 261:18

**76** [3] - 265:1, 265:2, 265:3

**766** [4] - 293:21, 294:8, 295:3, 295:11

**7749532** [1] - 298:21

**78** [1] - 264:9

**7th** [2] - 296:19, 298:20

## 8

**8** [18] - 176:20, 177:19, 177:25, 189:22, 198:11, 198:21, 199:12, 199:15, 209:5, 234:21, 259:11, 263:21, 264:3, 277:3, 280:13, 280:21, 291:25, 297:15

**84** [1] - 264:9

**85** [1] - 264:10

**8652516** [1] - 285:18

## 9

**9** [4] - 165:10, 178:24, 264:3, 277:22

**9/17/08** [1] - 297:22

**90** [1] - 213:19

**912** [2] - 296:10, 296:23

**96** [1] - 240:12

**9:00** [1] - 301:4

## A

**a.m** [1] - 301:4

**A:21-CV-01710-SB** [1] - 165:5

**able** [3] - 186:4, 243:2, 243:7

**above-entitled** [1] - 301:10

**Absolutely** [1] - 216:11

**absolutely** [10] - 167:15, 177:18, 183:22, 187:14, 206:25, 207:20,

207:23, 232:4, 235:7, 249:5

**absorbed** [4] - 258:18, 258:24, 258:25, 280:8

**absorption** [7] - 226:15, 229:4, 229:5, 246:6, 258:22, 287:23, 288:12

**accelerated** [1] - 274:5

**acceptable** [4] - 248:25, 269:11, 270:24, 287:11

**accepted** [7] - 174:9, 174:12, 174:22, 176:5, 213:9, 218:11, 287:12

**according** [4] - 175:13, 274:16, 274:18, 279:4

**accuracy** [3] - 285:8, 288:16, 289:2

**accurate** [16] - 199:3, 250:2, 262:5, 262:15, 273:11, 279:6, 279:9, 280:17, 280:25, 282:15, 283:13, 283:17, 283:23, 288:25, 296:2, 297:4

**achieving** [2] - 251:7, 251:13

**acid** [9] - 183:12, 183:18, 183:19, 215:15, 217:14, 252:22, 261:19, 266:4, 266:5

**acidic** [6] - 178:2, 178:3, 180:8, 210:16, 254:16, 260:16

**acquired** [1] - 259:5

**acrylate** [1] - 252:23

**acrylic** [1] - 236:18

**ACTION** [1] - 165:4

**activity** [2] - 270:3

**actual** [7] - 173:24, 175:14, 175:15, 186:15, 196:12, 269:12, 278:19

**add** [4] - 171:16, 172:1, 221:6, 261:22

**added** [3] - 171:17, 189:16, 296:25

**adding** [3] - 171:22, 261:20, 266:15

**addition** [1] - 275:16

**additional** [4] - 200:5,

200:8, 200:9, 297:1
**address** [2] - 299:15, 300:19
**adjourn** [1] - 301:1
**adjourned** [1] - 301:5
**Administration** [1] - 252:7
**administration** [7] - 179:6, 198:13, 199:12, 217:23, 252:14, 273:5, 273:14
**admitted** [2] - 300:3, 300:6
**ADRIANNE** [1] - 166:13
**adult** [4] - 252:1, 257:2, 257:13, 272:25
**advisement** [1] - 275:2
**affairs** [7] - 272:9, 272:11, 272:13, 276:17, 276:21, 278:25, 288:15
**affects** [1] - 255:16
**afternoon** [7] - 167:1, 167:11, 167:13, 167:22, 167:23, 248:10, 299:10
**age** [1] - 214:3
**agencies** [1] - 272:15
**agency** [6] - 254:2, 262:6, 264:21, 264:22, 265:13, 265:14
**agent** [1] - 291:5
**agitation** [1] - 190:20
**ago** [1] - 181:6
**agree** [20] - 174:8, 176:16, 197:20, 203:3, 204:13, 212:23, 213:11, 232:16, 239:22, 240:6, 240:20, 242:8, 250:13, 250:19, 251:1, 252:3, 252:13, 253:24, 276:16, 287:8
**agreed** [2] - 189:21, 289:5
**agreement** [1] - 218:11
**ahead** [7] - 168:9, 193:22, 247:7, 247:11, 247:21, 250:5, 263:16
**aided** [1] - 165:25
**al** [2] - 165:4, 165:6

**alcohol** [3] - 253:9, 254:7, 256:6
**alkaline** [4] - 261:21, 264:13, 264:16, 267:18
**alkalinity** [1] - 261:24
**allow** [1] - 225:16
**allowed** [2] - 253:20, 254:1
**alluded** [1] - 193:10
**almost** [1] - 186:21
**alone** [6] - 225:2, 225:7, 225:8, 225:18, 295:3, 295:11
**aloud** [1] - 278:5
**amended** [1] - 294:22
**amendments** [1] - 294:7
**Americans** [1] - 209:1
**Amneal** [25] - 177:21, 178:1, 178:17, 178:20, 178:23, 179:13, 180:5, 181:6, 187:24, 188:1, 188:2, 188:6, 188:11, 188:14, 188:17, 189:6, 189:8, 189:9, 189:14, 190:1, 190:15, 193:18, 195:6, 246:17
**amount** [4] - 183:19, 185:4, 217:8, 248:2
**analysis** [3] - 188:12, 231:11, 231:23
**analyze** [1] - 245:3
**ANDA** [39] - 180:25, 182:11, 187:7, 234:25, 250:14, 250:20, 250:22, 251:1, 251:5, 252:4, 252:14, 253:1, 253:5, 255:9, 256:19, 256:22, 257:16, 257:24, 258:6, 263:1, 268:3, 268:7, 268:12, 269:23, 269:25, 270:4, 270:7, 270:10, 270:17, 270:21, 271:7, 271:10, 271:13, 272:17, 272:20, 287:6, 288:16, 288:19, 289:11
**ANDREW** [1] - 166:3
**anomaly** [1] - 261:9
**Answer** [1] - 223:7
**ANSWER** [8] - 176:3,

177:1, 228:13, 229:15, 231:7, 237:9, 240:22, 240:25
**answer** [45] - 175:24, 176:10, 176:14, 176:22, 177:5, 177:13, 177:16, 177:17, 190:5, 200:23, 202:2, 202:9, 207:11, 208:13, 208:16, 208:18, 218:19, 218:20, 222:5, 222:7, 223:5, 223:11, 224:17, 228:9, 228:16, 228:20, 229:11, 229:17, 229:18, 231:3, 231:9, 231:15, 237:5, 237:12, 240:8, 240:19, 253:16, 255:10, 258:20, 259:4, 260:10, 260:12, 268:15, 278:5, 278:13
**answered** [7] - 177:14, 178:21, 204:8, 209:8, 232:2, 235:11, 241:15
**answering** [2] - 218:6, 241:12
**answers** [5] - 174:17, 177:6, 240:5, 241:3, 241:9
**anticipate** [5] - 268:15, 295:4, 295:12, 300:21, 300:23
**anticipates** [1] - 300:18
**apologize** [3] - 181:7, 203:2, 240:16
**apparatus** [1] - 267:3
**appear** [3] - 232:14, 238:7, 297:25
**appearance** [1] - 236:14
**APPEARANCES** [2] - 165:15, 166:1
**appearing** [1] - 262:9
**applicant** [1] - 295:11
**applicant's** [1] - 295:8
**Applicants** [1] - 294:6
**Application** [5] - 296:4, 296:22, 297:8, 298:17, 298:19
**application** [7] -

288:19, 290:19, 291:3, 292:25, 296:8, 296:18
**applications** [1] - 295:19
**applied** [1] - 254:8
**apply** [1] - 227:2
**applying** [1] - 255:15
**approach** [2] - 167:4, 248:17
**approaches** [1] - 255:8
**approaching** [1] - 183:3
**appropriate** [5] - 193:14, 239:4, 268:21, 287:12, 287:17
**approval** [2] - 187:13, 257:16
**approvals** [1] - 288:22
**approve** [1] - 251:22
**approved** [5] - 197:7, 197:9, 197:10, 197:12, 197:16
**approving** [3] - 279:7, 289:6, 289:11
**April** [3] - 296:19, 297:10, 298:20
**area** [2] - 234:7, 276:17
**argument** [1] - 188:21
**arguments** [1] - 275:21
**arounds** [2] - 238:21, 239:2
**arrive** [1] - 293:19
**arrows** [1] - 244:14
**ARSHT** [1] - 165:16
**art** [7] - 206:11, 206:13, 224:25, 225:5, 292:6, 293:18, 297:23
**article** [5] - 209:19, 209:22, 215:18, 217:25, 218:18
**articles** [1] - 218:3
**artisan** [2] - 190:16, 235:25
**aspect** [1] - 283:22
**aspects** [1] - 251:6
**assigned** [1] - 285:20
**assistant** [1] - 269:17
**associated** [1] - 226:1
**associating** [1] - 173:21
**assume** [5] - 168:7, 232:16, 232:19, 233:18, 292:16
**assuming** [1] - 232:19

**asterisk** [2] - 277:8, 277:10
**atmosphere** [1] - 268:23
**attempt** [1] - 227:11
**attempted** [1] - 251:21
**attempting** [6] - 225:20, 227:19, 227:25, 228:10, 231:12, 233:2
**attorney** [4] - 178:17, 204:9, 291:6, 291:7
**attributing** [3] - 262:21, 262:22, 263:9
**audited** [1] - 268:13
**author** [2] - 221:15, 221:25
**Avachat** [9] - 202:25, 247:20, 249:15, 249:18, 268:24, 275:14, 275:15, 275:17, 299:6
**availability** [1] - 255:4
**available** [4] - 176:8, 258:4, 258:11, 271:16
**average** [5] - 172:18, 204:17, 204:24, 232:11, 260:23
**averaged** [2] - 281:20, 284:20
**averaging** [1] - 215:7
**avoid** [1] - 238:17
**aware** [11] - 221:14, 221:24, 222:12, 223:20, 225:15, 225:23, 226:6, 226:10, 253:15, 256:18, 285:16
**axis** [1] - 185:23

## B

**bad** [2] - 217:8, 220:11
**base** [1] - 236:13
**based** [4] - 278:24, 288:14, 297:9, 298:16
**basis** [3] - 277:17, 277:19, 278:15
**batch** [16] - 181:25, 182:1, 182:12, 186:10, 186:14, 186:15, 187:2, 187:7, 187:8, 205:10, 205:12, 205:13, 206:21, 207:9
**batches** [12] - 181:1,

181:23, 181:24, 182:8, 182:11, 182:16, 182:17, 182:24, 183:1, 206:7, 281:20, 284:20

**Bates** [6] - 263:13, 290:14, 291:25, 292:18, 293:11, 294:3

**bead** [1] - 201:13

**beads** [23] - 168:21, 168:23, 169:14, 169:19, 170:3, 201:20, 201:24, 219:23, 224:15, 237:14, 237:18, 237:21, 238:2, 238:4, 238:9, 244:24, 244:25, 245:4, 245:9, 277:12, 278:19, 280:12, 280:20

**become** [1] - 264:15

**BEFORE** [1] - 165:13

**begin** [2] - 275:13, 290:5

**beginning** [3] - 170:6, 292:2, 296:4

**behalf** [1] - 290:10

**behaving** [1] - 264:8

**behavior** [5] - 262:16, 262:19, 266:1, 266:21, 267:1

**believes** [1] - 193:14

**bell** [4] - 244:5, 244:20, 245:4, 245:10

**below** [5] - 212:20, 212:23, 213:18, 213:19, 251:23

**BENCH** [1] - 165:6

**beneath** [5] - 277:10, 278:5, 279:15, 279:23, 281:18

**best** [3] - 250:13, 250:19, 285:7

**better** [2] - 198:1, 215:11

**between** [5] - 183:25, 193:15, 215:9, 254:25, 259:8

**BIBAS** [1] - 165:13

**big** [1] - 206:17

**binder** [4] - 175:1, 175:9, 179:11, 209:25

**binders** [4] - 167:4, 167:24, 168:2, 245:16

**bioavailability** [3] - 255:1, 255:4, 255:9

**bioequivalence** [24] - 209:3, 229:3, 239:23, 241:1, 241:7, 242:9, 246:9, 246:16, 251:7, 251:10, 251:11, 251:13, 251:18, 254:25, 255:2, 255:13, 257:1, 257:12, 257:19, 270:5, 270:9, 271:7, 286:5, 287:7

**bit** [11] - 172:22, 186:5, 215:6, 215:14, 220:4, 221:7, 224:21, 235:14, 236:14, 243:24, 300:9

**blend** [1] - 256:15

**blood** [1] - 258:18

**blue** [8] - 181:1, 182:1, 182:10, 182:25, 199:15, 210:24, 218:9, 279:15

**BLUMENFELD** [1] - 165:16

**board** [1] - 203:11

**BODA** [3] - 166:14, 275:5, 299:17

**body** [10] - 215:2, 254:23, 255:5, 267:15, 280:3, 280:5, 280:9, 281:25, 284:13, 284:18

**bold** [2] - 297:25, 298:11

**book** [1] - 209:24

**books** [1] - 181:10

**bottom** [8] - 175:17, 175:18, 179:19, 197:2, 212:2, 220:25, 244:5, 281:15

**bounce** [1] - 170:15

**bound** [1] - 179:2

**BOX** [1] - 165:18

**box** [8] - 211:21, 224:5, 296:19, 296:20, 296:21, 297:12, 298:14, 298:15

**boxed** [1] - 220:17

**brackets** [1] - 293:21

**break** [9] - 167:12, 167:13, 167:14, 247:25, 273:22, 274:1, 289:19,

299:8, 300:15

**brief** [3] - 243:2, 260:13, 274:20

**Brief** [3] - 219:18, 220:9, 274:2

**briefing** [3] - 274:19, 300:11, 300:24

**briefly** [3] - 169:2, 215:19, 274:15

**bring** [2] - 218:3, 221:7

**bringing** [1] - 172:10

**broad** [1] - 293:16

**BROOM** [1] - 166:8

**Buckton** [4] - 247:21, 275:12, 275:20, 299:9

**Buckton's** [1] - 237:15

**buffer** [2] - 259:18, 263:25

**bulk** [1] - 213:21

**buys** [1] - 197:3

**BY** [55] - 165:16, 165:17, 166:3, 166:3, 166:7, 166:8, 166:12, 166:12, 166:13, 166:13, 166:14, 167:21, 168:5, 170:22, 172:7, 174:7, 175:19, 178:8, 178:22, 179:23, 182:23, 183:23, 186:7, 187:25, 189:5, 190:9, 191:3, 191:14, 193:24, 195:9, 202:5, 202:16, 205:21, 206:9, 209:17, 211:12, 212:22, 213:16, 215:12, 215:17, 216:19, 218:8, 218:23, 219:19, 220:10, 221:2, 224:1, 227:10, 232:6, 235:13, 240:17, 242:10, 243:20, 244:12, 245:19

**Byrne** [1] - 165:9

## C

**CAHILL** [1] - 166:2

**calculate** [4] - 225:5, 225:11, 234:2, 234:10

**cannot** [6] - 263:6, 284:2, 295:4, 295:12, 296:1, 297:3

**capability** [1] - 224:18

**capacity** [1] - 290:10

**capitalized** [1] - 298:11

**capsule** [18] - 170:2, 170:17, 173:15, 184:5, 200:13, 201:8, 203:4, 206:20, 207:2, 237:19, 252:8, 252:18, 258:3, 258:12, 273:6, 278:9, 280:20, 286:14

**capsules** [51] - 173:6, 184:14, 186:16, 194:6, 196:8, 196:12, 200:3, 200:6, 200:9, 200:16, 200:19, 202:22, 202:24, 206:1, 206:4, 206:7, 219:9, 219:23, 251:24, 253:3, 253:7, 257:1, 257:12, 257:18, 258:4, 259:18, 260:7, 263:14, 263:21, 263:24, 267:25, 269:23, 270:25, 271:2, 272:17, 272:23, 277:8, 278:2, 278:6, 279:24, 280:10, 281:19, 282:10, 282:22, 283:14, 283:16, 283:18, 283:20, 286:3, 286:8

**capsules'** [1] - 242:15

**care** [6] - 234:12, 235:3, 272:13, 279:16, 279:21, 279:23

**cartoon** [2] - 245:5, 245:10

**case** [53] - 177:2, 177:10, 177:21, 177:22, 178:6, 178:14, 178:20, 180:14, 180:16, 181:8, 184:14, 187:24, 188:1, 188:11, 188:17, 189:8, 189:9, 189:14, 189:18, 189:19, 190:12, 190:24, 191:5, 191:6, 191:11, 191:16, 192:17, 194:19, 194:21,

200:13, 204:22, 205:3, 205:4, 205:5, 205:7, 205:19, 206:16, 206:20, 207:2, 207:3, 220:1, 223:25, 227:12, 249:13, 261:1, 262:1, 265:21, 267:10, 271:25, 276:2, 292:6, 297:22

**cases** [6] - 209:10, 216:21, 216:23, 250:2, 260:22, 261:25

**caught** [1] - 258:15

**centers** [1] - 188:7

**CEROVENE** [1] - 285:20

**certain** [7] - 183:19, 251:18, 253:19, 253:24, 254:1, 273:15, 281:13

**certainly** [3] - 174:19, 300:16, 300:22

**certify** [1] - 301:8

**chairs** [1] - 243:22

**challenge** [2] - 184:10, 186:22

**challenging** [1] - 187:5

**chance** [3] - 175:7, 195:21, 218:6

**Chang** [4] - 169:6, 169:23, 235:19, 235:24

**change** [11] - 169:11, 171:2, 171:13, 171:18, 172:9, 221:6, 261:13, 261:17, 261:20, 265:5, 267:11

**changed** [1] - 267:9

**changeover** [2] - 221:11, 242:24

**changes** [2] - 188:15, 242:4

**changing** [1] - 259:15

**characteristics** [1] - 286:2

**cheating** [1] - 239:3

**check** [4] - 200:14, 237:2, 240:2, 298:7

**checked** [1] - 268:18

**CHICAGO** [1] - 166:15

**chloride** [16] - 236:13, 253:10, 253:13, 253:15, 253:17, 253:25, 254:3, 254:5, 256:6, 268:2, 268:11, 268:17,

268:22, 271:9, 271:12, 271:14

**chlorides** [1] - 253:20

**chosen** [1] - 255:11

**circle** [2] - 282:9, 282:21

**cited** [2] - 210:2, 220:16

**CIVIL** [1] - 165:4

**claim** [15] - 290:24, 291:8, 291:9, 292:13, 293:3, 293:4, 293:7, 293:25, 294:1, 294:14, 294:16, 294:19, 294:20, 294:22, 298:24

**claimed** [2] - 295:4, 295:12

**claims** [5] - 238:14, 238:17, 294:7, 294:10, 297:1

**clarification** [4] - 265:20, 265:21, 265:22, 265:24

**clarified** [2] - 205:16, 206:10

**clarify** [2] - 260:11, 265:25

**clarity** [1] - 270:10

**clear** [14] - 170:16, 170:24, 179:24, 183:24, 200:1, 200:15, 201:1, 201:6, 202:7, 202:13, 219:5, 219:8, 225:15, 245:7

**clever** [5] - 192:18, 193:10, 198:3, 198:5, 199:5

**clinical** [1] - 246:8

**close** [4] - 214:16, 237:23, 293:20, 294:10

**close-up** [1] - 237:23

**closing** [2] - 275:20, 300:25

**closings** [2] - 300:11, 300:12

**coat** [12] - 188:14, 204:21, 236:8, 253:10, 255:16, 255:17, 255:20, 255:21, 255:22, 261:25

**coated** [15] - 180:9, 189:20, 189:21, 197:4, 198:5, 198:10, 198:18, 198:19, 199:2,

199:3, 199:10, 199:22, 253:2, 253:6, 280:11

**coating** [31] - 180:2, 180:12, 189:15, 192:13, 198:4, 198:11, 235:15, 235:25, 236:1, 236:4, 236:15, 236:17, 236:18, 236:23, 237:7, 237:9, 238:9, 238:12, 252:21, 252:25, 253:17, 254:11, 254:19, 254:21, 255:15, 256:3, 256:5, 270:13, 270:16, 270:20

**coatings** [2] - 192:23, 235:21

**COCHRAN** [18] - 166:3, 235:10, 245:19, 246:20, 247:5, 247:9, 247:12, 247:15, 248:17, 248:19, 249:1, 249:11, 249:21, 269:3, 271:22, 272:1, 273:17, 300:2

**collect** [1] - 268:21

**collection** [1] - 281:14

**college** [1] - 213:24

**column** [2] - 285:23, 298:16

**combination** [3] - 225:8, 254:7, 254:8

**comfortable** [1] - 269:10

**coming** [7] - 185:13, 203:13, 217:9, 244:14, 259:11, 259:14, 300:13

**Commencing** [1] - 165:11

**comment** [4] - 204:6, 249:6, 261:6, 289:2

**commented** [1] - 267:13

**comments** [1] - 208:8

**common** [3] - 180:11, 208:20, 253:17

**company** [1] - 268:19

**comparative** [2] - 180:24, 259:17

**compared** [1] - 239:18

**comparing** [4] - 188:2, 191:16, 228:23, 229:12

**comparison** [4] - 239:14, 240:6, 240:21, 297:2

**comparisons** [2] - 229:24, 230:2

**Completely** [1] - 195:6

**completely** [4] - 189:2, 192:2, 231:22, 269:12

**completeness** [1] - 288:17

**component** [7] - 185:13, 188:18, 189:15, 189:16, 199:14, 204:1, 267:8

**components** [4] - 174:10, 174:14, 176:6, 176:7

**composition** [35] - 221:17, 222:2, 222:16, 223:17, 225:1, 225:6, 225:12, 225:17, 225:21, 226:2, 227:19, 227:25, 228:10, 228:24, 229:3, 229:13, 232:17, 232:21, 233:5, 233:8, 233:12, 234:3, 234:11, 234:15, 234:21, 236:3, 239:15, 239:20, 239:24, 240:7, 240:21, 246:5, 246:15, 256:13, 285:9

**comprehensive** [1] - 260:11

**comprising** [2] - 291:12, 291:19

**computer** [1] - 165:25

**computer-aided** [1] - 165:25

**concede** [1] - 210:16

**concentration** [15] - 224:22, 225:1, 225:6, 225:12, 225:18, 225:21, 226:2, 229:13, 229:24, 234:2, 234:7, 234:15, 235:9, 239:19, 256:21

**concentrations** [7] - 227:20, 228:1, 228:11, 228:23, 234:10, 239:15, 240:24

**concept** [3] - 195:13,

195:15, 226:25

**conceptualize** [1] - 244:17

**conclude** [1] - 246:13

**concluded** [2] - 191:19, 284:25

**concludes** [4] - 213:8, 239:14, 256:25, 257:11

**conclusion** [4] - 204:2, 223:8, 234:25, 288:6

**conclusions** [2] - 205:13, 217:17

**condition** [6] - 174:9, 174:13, 174:23, 176:5, 260:16, 267:20

**conditions** [7] - 176:24, 180:9, 242:19, 254:16, 256:22, 257:3, 257:13

**conduct** [3] - 200:15, 229:23, 267:2

**conducted** [3] - 287:21, 288:7, 288:11

**confer** [2] - 249:2, 249:4

**confesses** [1] - 233:3

**confirm** [9] - 224:13, 235:17, 267:23, 271:8, 289:4, 294:21, 297:9, 298:14, 298:16

**confirming** [1] - 246:19

**conflating** [1] - 201:2

**consider** [3] - 222:18, 240:23, 276:24

**considered** [2] - 199:7, 265:15

**consistency** [3] - 204:1, 206:24

**consistent** [8] - 208:23, 223:13, 277:16, 283:15, 283:19, 284:3, 287:3, 287:5

**consistently** [3] - 203:17, 203:18, 218:15

**construction** [1] - 293:16

**consume** [1] - 299:10

**contacts** [1] - 216:24

**contained** [2] - 265:9, 297:12

**contains** [6] - 253:1,

253:6, 256:5, 270:10, 291:16, 291:23

**content** [3] - 266:4, 266:8, 266:10

**contents** [2] - 184:3, 258:3

**context** [9] - 178:13, 208:8, 208:23, 227:6, 281:11, 283:1, 283:7, 284:16, 298:22

**continuation** [3] - 298:19, 298:22, 298:23

**continue** [1] - 269:5

**CONTINUED** [1] - 166:1

**continues** [1] - 220:6

**contribute** [2] - 188:20, 255:8

**contributed** [3] - 188:19, 189:23, 255:12

**control** [1] - 177:9

**controlled** [2] - 281:20, 285:8

**cooperating** [1] - 301:2

**copies** [1] - 275:23

**copolymer** [1] - 252:23

**copy** [1] - 248:24

**corner** [2] - 175:16, 296:15

**correct** [245] - 168:12, 168:16, 168:20, 168:22, 168:25, 169:1, 169:4, 169:8, 169:12, 169:13, 169:16, 169:25, 170:4, 170:7, 170:11, 170:14, 171:11, 171:19, 172:20, 173:1, 173:7, 173:10, 173:16, 173:19, 173:22, 174:5, 174:10, 174:14, 174:15, 176:17, 177:23, 178:4, 179:6, 180:2, 180:3, 180:13, 180:16, 180:21, 181:16, 182:1, 182:2, 182:22, 184:5, 184:11, 184:14, 185:6, 185:11, 186:2, 186:11, 186:17, 186:18,

186:20, 186:23, 187:3, 187:6, 188:3, 188:9, 188:12, 189:2, 189:8, 190:3, 190:22, 191:6, 191:8, 191:17, 191:18, 191:23, 191:24, 194:6, 194:10, 195:1, 195:13, 195:16, 196:10, 196:15, 196:25, 197:1, 197:5, 197:8, 197:13, 197:17, 198:9, 198:17, 200:3, 200:6, 200:10, 200:11, 200:13, 200:19, 200:24, 201:8, 201:10, 201:13, 201:20, 201:24, 202:4, 202:8, 202:18, 202:21, 202:24, 203:5, 204:18, 205:2, 206:5, 206:22, 209:22, 210:7, 210:13, 211:14, 211:17, 211:25, 212:24, 213:1, 213:10, 213:20, 216:7, 216:10, 216:25, 219:3, 219:11, 219:14, 219:25, 220:3, 220:6, 220:14, 220:18, 220:19, 221:1, 221:12, 221:13, 221:17, 222:2, 222:6, 222:16, 222:20, 223:18, 224:16, 225:2, 225:3, 225:7, 225:13, 225:18, 225:19, 225:22, 226:3, 226:4, 226:7, 226:14, 227:13, 227:16, 227:21, 228:2, 228:25, 229:21, 229:22, 229:24, 230:2, 230:10, 230:15, 230:21, 231:21, 232:10, 232:13, 232:22, 233:6, 233:9, 233:13, 233:23, 234:4, 234:11, 234:22, 235:9, 235:15, 235:22, 236:5, 236:8, 236:11,

236:18, 236:24, 237:16, 237:19, 237:20, 237:21, 238:4, 238:7, 238:18, 238:21, 238:24, 239:9, 239:16, 239:20, 239:24, 241:15, 241:20, 242:17, 242:18, 242:20, 242:22, 242:24, 242:25, 244:6, 244:7, 244:9, 244:15, 244:21, 245:5, 245:10, 250:14, 250:20, 250:23, 258:13, 275:9, 276:15, 276:19, 276:23, 277:5, 277:24, 279:6, 279:13, 281:4, 282:3, 282:4, 285:18, 286:20, 289:8, 289:9, 290:3, 290:4, 290:20, 290:21, 291:16, 291:23, 291:24, 292:14, 292:25, 293:9, 293:10, 293:25, 294:15, 295:14, 296:18, 299:3, 299:4, 300:19, 301:8
**Correct** [3] - 218:14, 219:15, 220:7
**correlate** [3] - 233:2, 287:22, 288:11
**correlation** [10] - 226:7, 226:9, 226:10, 226:14, 226:19, 226:22, 226:25, 227:12, 288:2, 288:6
**corroborates** [1] - 218:1
**counsel** [6] - 174:2, 200:22, 201:4, 300:9, 300:11
**Counsel** [2] - 175:6, 244:23
**counselor** [4] - 207:23, 232:23, 233:14, 234:5
**Counselor** [31] - 167:23, 176:4, 179:7, 179:14, 181:4, 181:11, 190:13, 194:18, 195:22, 196:17, 197:21, 198:18,

199:22, 202:9, 203:24, 204:20, 208:7, 208:22, 209:23, 210:9, 210:21, 211:18, 221:21, 222:3, 222:22, 228:17, 231:22, 233:1, 240:9, 241:11, 245:1
**couple** [6] - 190:14, 191:4, 210:3, 243:21, 244:4, 250:2
**COURT** [147] - 165:1, 167:1, 167:5, 167:8, 167:17, 170:18, 170:21, 171:21, 172:3, 174:2, 175:9, 175:12, 175:16, 178:5, 178:21, 179:15, 179:18, 179:21, 182:3, 182:5, 182:7, 182:12, 182:17, 182:20, 183:6, 183:9, 183:13, 183:15, 183:20, 184:16, 184:21, 184:24, 185:2, 185:7, 185:10, 185:15, 185:24, 186:3, 187:9, 187:15, 187:18, 188:21, 189:4, 190:5, 190:24, 191:11, 192:5, 192:8, 192:12, 192:21, 192:23, 192:25, 193:4, 193:7, 193:12, 193:18, 193:22, 195:8, 199:24, 202:2, 202:13, 205:18, 205:24, 206:3, 206:8, 208:19, 209:10, 209:14, 211:1, 211:8, 212:11, 212:16, 213:12, 213:21, 214:2, 214:8, 214:11, 214:15, 214:19, 214:24, 215:3, 215:6, 215:16, 216:13, 216:17, 218:5, 218:18, 220:21, 220:24, 223:21, 226:18, 226:21, 227:4, 227:6, 232:1, 232:5, 241:25, 242:3, 243:3, 243:9,

243:15, 244:10, 245:14, 246:22, 246:25, 247:3, 247:7, 247:11, 247:13, 247:18, 248:9, 248:14, 248:18, 248:20, 249:4, 249:15, 249:20, 249:23, 250:4, 250:11, 250:15, 268:24, 269:4, 271:20, 271:24, 273:16, 273:18, 273:21, 273:24, 273:25, 274:3, 274:22, 275:1, 275:7, 275:10, 275:15, 275:22, 276:8, 289:15, 289:18, 298:25, 299:5, 299:13, 299:22, 300:3, 300:7, 301:1
**court** [8] - 167:13, 240:16, 247:16, 248:19, 249:5, 269:9, 273:21, 276:1
**Court** [5] - 165:22, 219:17, 220:8, 274:6, 299:15
**Courthouse** [1] - 165:9
**courtroom** [2] - 243:4, 243:11
**create** [3] - 215:15, 256:2, 266:22
**creations** [1] - 216:25
**criteria** [1] - 251:18
**cross** [11] - 167:2, 167:6, 201:12, 201:16, 201:23, 224:14, 244:19, 244:24, 245:3, 245:8, 299:10
**CROSS** [1] - 167:20
**CROSS-EXAMINATION** [1] - 167:20
**CRR** [2] - 165:21, 301:14
**crystal** [1] - 202:6
**CSR** [1] - 301:14
**cumulative** [5] - 259:13, 262:24, 263:2, 263:3, 263:5
**current** [9] - 272:7, 277:4, 277:18, 282:2, 283:22, 286:9, 299:24, 300:22, 300:24

**curve** [8] - 181:18, 213:21, 234:7, 234:15, 244:5, 244:21, 245:4, 245:10
**curves** [1] - 246:10
**cut** [3] - 187:18, 234:14, 243:8

## D

**D-55** [5] - 235:22, 236:17, 236:19, 254:13, 270:13
**D-A-H-I-B-H-A-T-E** [1] - 272:6
**d30** [1] - 195:19
**D55)** [1] - 252:24
**Dahibhate** [6] - 249:19, 249:20, 269:7, 271:21, 272:5, 272:10
**DAHM** [1] - 290:2
**Dahm** [8] - 275:25, 276:1, 290:1, 290:2, 290:9, 291:2, 299:23
**daily** [2] - 252:8, 273:6
**darker** [1] - 237:18
**darned** [1] - 203:16
**data** [63] - 170:15, 173:24, 181:16, 182:21, 184:16, 186:10, 187:5, 188:6, 190:4, 191:20, 197:3, 201:25, 202:14, 203:7, 205:9, 205:25, 207:12, 207:15, 210:6, 211:3, 212:15, 219:2, 220:13, 224:20, 225:2, 225:6, 225:12, 225:18, 225:22, 226:2, 229:20, 229:24, 230:1, 230:5, 230:7, 230:13, 231:5, 231:19, 233:3, 241:6, 244:17, 244:18, 245:10, 251:11, 259:25, 262:6, 262:11, 262:15, 263:18, 265:11, 265:13, 265:17, 265:19, 265:20, 265:22, 267:22, 267:24, 283:25, 284:20, 285:1, 285:5

**datas** [1] - 260:22
**date** [4] - 230:20, 296:23, 297:9, 298:7
**dates** [1] - 296:12
**DAY** [1] - 165:7
**DDX** [1] - 237:14
**DDX-2** [36] - 168:14, 169:2, 169:22, 172:24, 173:4, 177:19, 178:24, 180:4, 180:23, 181:13, 186:8, 187:1, 187:23, 188:5, 190:14, 191:10, 191:15, 191:19, 193:25, 195:11, 195:19, 196:19, 200:1, 202:12, 204:14, 205:22, 209:20, 213:3, 215:22, 215:25, 229:19, 230:5, 232:8, 235:17, 237:25, 241:18
**DE** [2] - 165:18, 166:9
**decided** [1] - 285:4
**deciding** [1] - 187:12
**decision** [2] - 284:24, 285:3
**decision-making** [2] - 284:24, 285:3
**deemed** [1] - 294:9
**DEFENDANT** [2] - 166:7, 166:12
**defendants** [2] - 247:23, 250:1
**defense** [4] - 248:15, 249:24, 273:23, 274:4
**defer** [1] - 167:13
**Delaware** [1] - 243:23
**DELAWARE** [1] - 165:2
**delayed** [31] - 170:13, 184:17, 185:18, 188:20, 189:16, 189:23, 192:20, 193:1, 195:3, 196:9, 198:6, 198:14, 199:5, 242:15, 256:11, 256:15, 258:6, 258:10, 259:12, 259:15, 262:25, 266:13, 267:8, 277:12, 282:22, 283:18, 286:4, 286:14, 286:22, 291:19
**delayed-release** [7] -

198:14, 199:5, 259:12, 262:25, 266:13, 286:22, 291:19
**delete** [1] - 294:22
**deletion** [3] - 294:8, 294:13, 294:14
**deliberately** [1] - 191:21
**demonstrative** [1] - 244:3
**demonstratives** [2] - 244:16, 247:21
**denominator** [2] - 205:18, 205:24
**dep** [1] - 248:7
**depicted** [1] - 262:9
**depicting** [1] - 264:1
**depiction** [1] - 283:13
**deposition** [27] - 174:17, 174:20, 174:24, 174:25, 176:19, 200:21, 208:3, 208:9, 209:9, 222:23, 225:10, 228:5, 229:8, 230:10, 230:25, 231:24, 234:13, 237:2, 240:1, 244:8, 247:6, 248:23, 250:12, 250:18, 275:16, 276:9, 289:23
**depositions** [4] - 273:23, 299:1, 299:23, 299:25
**deps** [1] - 248:9
**describe** [3] - 168:12, 285:8, 295:14
**described** [4] - 242:16, 242:19, 286:14, 288:24
**description** [14] - 172:25, 173:6, 173:12, 174:5, 195:19, 196:3, 196:7, 196:15, 196:16, 196:24, 197:17, 273:11, 277:17, 278:16
**design** [5] - 238:21, 239:5, 255:11, 256:16
**designations** [1] - 247:6
**designed** [10] - 177:8, 179:4, 191:21, 260:19, 261:6, 262:18, 266:3, 266:4, 266:7, 266:9

**designee** [1] - 290:10
**designing** [4] - 238:14, 238:16, 239:1, 260:20
**destroy** [1] - 268:22
**determine** [1] - 234:10
**determined** [1] - 293:17
**develop** [3] - 227:11, 270:5, 270:23
**developing** [3] - 251:4, 270:4, 270:7
**development** [10] - 242:14, 251:1, 256:19, 269:20, 269:24, 270:1, 270:2, 270:23, 271:17, 286:12
**diagram** [2] - 295:18, 295:21
**diet** [3] - 214:1, 214:3, 214:6
**difference** [1] - 254:25
**differences** [2] - 187:10, 240:25
**different** [34] - 188:25, 190:7, 190:13, 192:2, 193:19, 195:5, 195:7, 201:3, 204:22, 206:23, 229:7, 230:24, 233:15, 238:13, 241:12, 246:11, 246:13, 246:14, 254:19, 256:7, 256:9, 256:11, 256:12, 258:22, 260:18, 260:19, 264:11, 264:12, 266:6, 269:20, 271:15, 272:14, 299:24
**differently** [4] - 182:14, 192:14, 253:16, 264:8
**difficult** [1] - 227:15
**difficulty** [1] - 250:16
**digestive** [1] - 193:8
**dilution** [2] - 216:24, 260:22
**direct** [3] - 200:18, 215:19, 299:9
**direction** [1] - 301:11
**directly** [2] - 258:21, 264:14
**director** [1] - 269:18
**directs** [1] - 211:19
**disagree** [1] - 203:23
**disagreement** [1] - 185:16

**disclose** [1] - 294:9
**disclosed** [4] - 201:7, 202:7, 293:21
**discounted** [4] - 265:10, 265:12
**discuss** [1] - 300:14
**discussion** [2] - 213:6, 253:21
**Discussion** [4] - 168:4, 198:25, 289:17, 289:22
**discussions** [1] - 300:10
**dish** [1] - 185:3
**dispersion** [1] - 252:23
**dispute** [3] - 187:10, 193:14, 274:18
**disputing** [4] - 185:25, 187:9, 212:17, 212:19
**dissolution** [49] - 171:5, 173:9, 180:24, 188:7, 190:18, 190:19, 190:21, 191:20, 194:3, 203:4, 207:18, 219:21, 219:24, 221:16, 222:1, 222:14, 242:13, 259:10, 259:13, 259:17, 261:9, 261:13, 261:16, 261:18, 261:19, 261:23, 262:1, 262:23, 263:18, 264:14, 265:6, 265:16, 266:15, 267:1, 267:3, 267:4, 267:24, 282:2, 283:6, 283:12, 284:1, 286:2, 286:12, 286:20, 287:22, 288:11, 289:7, 289:13
**dissolutions** [1] - 266:22
**dissolve** [2] - 188:24, 254:5
**dissolved** [8] - 194:12, 261:8, 261:10, 262:2, 265:8, 281:6, 281:10, 281:13
**dissolves** [4] - 188:22, 192:13, 258:3, 280:20
**dissolving** [1] - 188:25

**distribution** [3] - 201:18, 201:24, 244:20
**DISTRICT** [2] - 165:1, 165:2
**document** [11] - 179:9, 204:19, 208:6, 208:22, 257:15, 292:19, 296:9, 297:2, 297:22, 298:1, 298:12
**documents** [3] - 196:22, 289:4, 296:1
**done** [15] - 167:12, 209:4, 224:15, 238:22, 238:23, 248:16, 251:19, 267:10, 289:20, 290:25, 292:3, 293:5, 293:13, 295:22, 299:9
**dosage** [5] - 190:18, 252:14, 273:4, 273:14, 278:7
**Dosage** [1] - 252:6
**doses** [1] - 286:1
**dotted** [5] - 171:1, 171:14, 172:8, 282:6, 282:18
**doubt** [1] - 198:11
**down** [23] - 179:21, 187:11, 198:22, 211:20, 214:13, 214:21, 215:14, 217:2, 247:1, 249:7, 250:8, 261:3, 261:5, 262:3, 263:6, 263:7, 264:13, 265:2, 265:3, 265:4, 285:24, 298:15
**doxycycline** [44] - 184:8, 188:8, 191:23, 194:5, 194:12, 224:5, 226:7, 226:11, 226:14, 227:12, 242:15, 246:7, 251:24, 252:8, 252:18, 253:3, 253:7, 257:1, 257:12, 257:18, 258:18, 259:17, 260:7, 260:8, 263:14, 263:23, 263:24, 267:25, 269:23, 269:25, 270:11, 270:25, 271:2, 272:17, 272:20, 272:23,

273:5, 278:6, 286:14, 286:20, 287:4, 291:13, 291:20, 295:1

**Dr** [17] - 167:22, 168:10, 186:9, 189:6, 195:12, 199:17, 200:2, 218:9, 219:20, 224:24, 237:15, 243:21, 244:4, 245:22, 275:12, 275:20, 299:9

**DR** [20] - 169:14, 169:18, 170:3, 189:24, 196:25, 201:12, 201:20, 201:24, 224:6, 224:13, 224:15, 238:2, 244:25, 245:4, 245:9, 246:4, 246:15, 291:19

**drafting** [1] - 177:23

**draw** [2] - 234:14, 234:25

**Dressman** [10] - 209:19, 209:21, 209:25, 210:6, 210:11, 210:17, 211:19, 211:23, 213:4, 213:8

**drew** [2] - 244:8, 245:5

**drink** [1] - 243:11

**drug** [25] - 168:24, 169:16, 169:19, 170:10, 170:13, 203:13, 229:4, 254:21, 255:5, 255:14, 255:24, 259:2, 260:23, 261:8, 261:10, 262:2, 265:8, 265:9, 266:4, 266:8, 268:17, 283:6, 283:12, 288:19

**drug-loaded** [1] - 255:24

**drugs** [3] - 223:22, 258:24, 258:25

**DTX** [1] - 175:7

**DTX-200** [2] - 209:25, 210:5

**DTX-200.0004** [1] - 211:8

**DTX-32** [2] - 299:20, 300:5

**DTX-37** [2] - 299:20, 300:5

**DTX-398** [2] - 299:19, 300:5

**DTX-401** [2] - 299:20, 300:5

**DTX-402** [2] - 299:20, 300:5

**DTX-405** [2] - 299:20, 300:5

**DTX-420** [2] - 299:21, 300:6

**DTX-422** [2] - 299:21, 300:6

**DTX-447** [5] - 174:25, 208:9, 222:25, 228:6, 229:9

**DTX-447.0008** [1] - 175:17

**DTX-53** [3] - 239:6, 299:20, 300:6

**DTX-54** [2] - 299:19, 300:4

**DTX-55** [2] - 299:19, 300:4

**DTX-56** [2] - 299:19, 300:4

**DTX-72** [1] - 179:10

**DTX-83** [1] - 237:24

**DTX-9** [2] - 299:19, 300:4

**duodenum** [1] - 189:1

**duplicate** [2] - 248:22, 249:9

**duration** [1] - 287:12

**During** [1] - 210:18

**during** [6] - 211:13, 211:16, 215:19, 253:10, 256:18, 274:14

**DX-10** [4] - 277:2, 277:3, 286:18, 296:14

**DX-13** [2] - 290:13, 297:14

**DX-14** [2] - 292:17, 298:5

**DX-16** [1] - 287:19

**DX-17** [1] - 298:13

**DX-4** [1] - 295:17

### E

**easier** [1] - 296:10

**easy** [1] - 176:8

**eating** [1] - 212:13

**education** [1] - 259:6

**effect** [2] - 191:25, 280:9

**eight** [1] - 234:16

**either** [9] - 172:5, 186:23, 231:21, 244:6, 244:8, 244:15, 262:16,

269:10, 299:15

**elaborate** [1] - 260:13

**Electronic** [1] - 266:19

**Elizabeth** [1] - 290:1

**ELIZABETH** [1] - 290:1

**employed** [1] - 236:1

**empty** [3] - 172:17, 252:9, 273:7

**emptying** [3] - 171:21, 172:19, 259:7

**encoated** [1] - 199:8

**encompassed** [3] - 292:8, 293:19, 297:24

**encourages** [1] - 238:21

**end** [9] - 184:2, 190:21, 204:16, 206:12, 210:13, 236:17, 268:24, 278:2, 293:21

**ending** [8] - 263:13, 285:12, 290:23, 291:25, 292:25, 293:2, 293:11, 294:3

**ensure** [1] - 287:3

**enteric** [49] - 174:13, 176:7, 180:2, 180:9, 180:12, 188:14, 189:20, 189:21, 190:25, 191:12, 192:5, 192:6, 192:7, 192:8, 192:15, 192:20, 194:21, 195:4, 197:4, 198:4, 198:5, 198:11, 198:18, 198:19, 199:2, 199:3, 199:9, 199:10, 199:22, 204:21, 235:15, 235:21, 236:15, 236:23, 237:7, 252:21, 252:24, 253:6, 254:11, 254:19, 254:20, 255:15, 255:20, 255:22, 270:13, 270:16, 270:20

**enteric-coated** [8] - 180:9, 189:20, 189:21, 198:5, 198:19, 199:3, 199:10, 253:6

**enters** [1] - 257:25

**entire** [4] - 185:7, 206:21, 207:4, 299:10

**entitled** [1] - 301:10

**entry** [2] - 286:22,

286:23

**environment** [3] - 178:3, 179:5, 264:15

**environmental** [1] - 268:19

**equates** [1] - 257:8

**equipment** [1] - 268:20

**equivalency** [1] - 255:3

**equivalent** [3] - 251:6, 271:1, 271:5

**erratic** [1] - 242:7

**error** [4] - 222:18, 223:5, 223:7, 226:1

**errors** [1] - 295:24

**especially** [1] - 217:19

**Especially** [1] - 274:6

**ESQUIRE** [10] - 165:16, 165:17, 166:3, 166:3, 166:7, 166:12, 166:12, 166:13, 166:13, 166:14

**established** [1] - 226:13

**et** [2] - 165:4, 165:6

**ethyl** [1] - 252:23

**EUDRAGIT** [5] - 235:22, 236:17, 236:19, 254:13, 270:13

**Eudragit** [1] - 252:23

**eudragit** [2] - 254:16, 254:18

**evaluate** [5] - 228:24, 229:13, 267:4, 279:9, 296:2

**evaluated** [1] - 230:22

**evaluating** [2] - 174:9, 176:5

**evaporated** [3] - 268:3, 268:6, 268:12

**evaporates** [2] - 253:23, 254:9

**evidence** [2] - 225:9, 300:6

**exactly** [5] - 190:11, 234:19, 251:19, 264:1, 298:1

**EXAMINATION** [2] - 167:20, 245:18

**examine** [1] - 224:14

**examiner** [2] - 292:2, 293:17

**example** [5] - 171:6, 171:16, 189:1, 232:7, 235:21

**excellent** [1] - 203:19

**Excellent** [1] - 274:10

**except** [2] - 189:8, 190:2

**excerpt** [1] - 278:22

**excerpted** [1] - 276:5

**excerpts** [2] - 247:24, 269:10

**excused** [1] - 247:1

**exert** [1] - 210:2

**Exhibit** [1] - 224:2

**exhibit** [15] - 176:20, 180:25, 181:23, 181:24, 182:11, 182:16, 182:17, 182:24, 186:10, 186:14, 187:2, 187:8, 206:6, 220:11, 286:2

**Exhibits** [1] - 300:4

**exhibits** [4] - 167:6, 276:3, 299:17, 299:22

**exist** [1] - 227:5

**exists** [1] - 285:16

**expect** [3] - 289:14, 292:7, 297:23

**expected** [1] - 265:7

**experience** [2] - 265:18, 278:24

**experiment** [3] - 194:3, 213:2, 217:16

**experiments** [2] - 212:19, 212:20

**expert** [7] - 177:23, 178:1, 178:5, 189:10, 191:8, 244:6, 276:24

**expert's** [1] - 269:2

**explore** [1] - 177:20

**exposure** [1] - 190:19

**extended** [1] - 223:22

**extended-release** [1] - 223:22

**extent** [6] - 193:15, 229:4, 229:5, 287:22, 288:12, 296:17

**Extreme** [1] - 216:21

**extremely** [1] - 227:15

### F

**face** [2] - 290:18, 298:17

**facilitate** [1] - 190:20

**fact** [9] - 180:18, 189:6, 200:21, 222:18, 227:15, 239:23, 279:9, 279:20, 286:8

**facts** [2] - 190:6,

190:12
**fair** [5] - 217:8, 255:22, 259:10, 266:24, 267:4
**fairly** [1] - 192:17
**false** [10] - 195:13, 196:14, 197:23, 198:8, 198:15, 198:16, 199:7, 278:13, 279:1, 279:5
**familiar** [6] - 195:12, 195:15, 253:12, 253:14, 278:25, 285:15
**far** [3] - 201:9, 266:23, 270:8
**fashioned** [1] - 205:15
**fasted** [8] - 207:25, 208:15, 209:6, 211:24, 212:3, 229:20, 239:18, 259:3
**fasting** [6] - 210:12, 213:9, 218:12, 256:22, 257:2, 259:7
**fault** [1] - 203:2
**FDA** [61] - 173:13, 182:16, 182:19, 182:20, 182:21, 187:13, 189:10, 189:11, 197:7, 197:10, 197:12, 197:16, 197:22, 198:1, 199:10, 199:19, 199:20, 202:14, 217:20, 227:1, 230:23, 233:14, 234:5, 234:9, 234:12, 235:3, 241:6, 242:7, 242:8, 242:15, 246:9, 246:12, 251:11, 251:19, 251:20, 257:15, 257:17, 261:14, 262:12, 265:17, 265:18, 267:6, 267:19, 276:24, 279:1, 279:4, 279:8, 286:13, 286:19, 287:1, 287:2, 287:9, 287:14, 288:15, 289:3, 289:6, 289:11, 289:14
**FDA's** [4] - 197:12, 197:14, 267:16, 270:8
**FDA-related** [1] - 289:3
**FDA.gov** [1] - 278:22

**February** [2] - 292:17, 296:24
**fed** [1] - 257:13
**felt** [1] - 249:11
**few** [2] - 238:25, 258:24
**fiber** [1] - 214:5
**fight** [1] - 190:7
**fighting** [2] - 187:16, 218:19
**figure** [4] - 181:5, 259:16, 259:24, 259:25
**Figure** [17] - 168:15, 169:3, 169:23, 171:1, 172:8, 186:11, 211:20, 211:22, 211:23, 212:4, 239:11, 240:6, 240:7, 240:20, 240:21, 259:11, 262:23
**figured** [1] - 246:18
**figures** [2] - 181:15, 297:1
**file** [4] - 292:22, 296:8, 297:11
**filed** [5] - 295:10, 296:19, 297:22, 298:18, 298:19
**filing** [4] - 296:7, 296:23, 297:9, 300:10
**filled** [1] - 300:16
**final** [2] - 295:2, 298:14
**fine** [3] - 196:5, 207:22, 274:6
**finish** [2] - 172:11, 194:20
**first** [24] - 168:7, 169:14, 211:2, 216:16, 219:9, 221:10, 230:6, 231:4, 248:6, 249:15, 249:18, 257:21, 257:23, 260:8, 262:8, 270:22, 278:4, 283:5, 292:24, 293:12, 293:15, 295:2, 296:19, 297:17
**fitted** [1] - 268:20
**five** [2] - 243:7, 243:10
**fixed** [1] - 226:18
**FLATTMANN** [8] - 166:3, 273:19, 274:24, 275:9, 275:13, 275:19,

299:4, 300:20
**flipping** [1] - 181:9
**fluid** [4] - 171:22, 171:25, 172:2
**fluids** [1] - 193:5
**focus** [2] - 230:12, 293:3
**follow** [3] - 261:20, 274:7, 276:5
**followed** [6] - 249:18, 249:19, 259:14, 259:15, 267:25, 285:12
**following** [1] - 179:5
**follows** [2] - 269:13, 272:2
**FOR** [5] - 165:2, 165:16, 166:2, 166:7, 166:11
**foregoing** [1] - 301:8
**forged** [1] - 232:3
**form** [1] - 190:18
**forms** [1] - 269:21
**formulated** [1] - 223:24
**formulating** [1] - 256:14
**formulation** [8] - 234:23, 256:8, 256:10, 269:20, 270:2, 270:17, 270:24
**four** [6] - 179:21, 230:7, 234:3, 234:11, 269:3, 275:22
**four-hour** [2] - 234:3, 234:11
**fourth** [2] - 261:15, 298:15
**fragile** [1] - 246:7
**fresh** [2] - 248:6, 248:11
**front** [7] - 167:25, 241:22, 276:4, 296:17, 296:22, 297:3, 297:9
**full** [5] - 211:2, 269:14, 272:3, 288:21, 289:24
**function** [1] - 198:20
**functions** [2] - 198:21, 199:14

**G**

**galderma** [1] - 178:7
**GALDERMA** [1] - 165:4
**Galderma** [24] -

173:14, 178:6, 196:8, 200:3, 200:6, 200:9, 200:13, 201:6, 202:7, 220:24, 239:7, 241:18, 241:22, 246:17, 262:18, 276:15, 276:18, 284:19, 284:25, 285:21, 286:5, 286:9, 290:5, 290:11
**Galderma's** [5] - 174:4, 200:22, 239:5, 239:15, 282:2
**gastric** [16] - 172:18, 177:8, 207:25, 208:15, 210:6, 210:14, 211:3, 213:9, 213:18, 214:25, 216:9, 216:24, 218:12, 258:4, 259:7
**general** [13] - 173:12, 173:23, 190:23, 196:13, 196:16, 217:17, 236:23, 237:10, 238:11, 238:12, 258:23, 259:4, 259:8
**generalize** [1] - 226:23
**generally** [5] - 190:18, 213:8, 218:11, 236:16, 279:4
**generate** [1] - 245:10
**generic** [1] - 251:17
**GERALD** [1] - 166:3
**GI** [1] - 267:20
**Given** [1] - 293:16
**given** [2] - 248:2, 294:7
**glass** [1] - 243:16
**globe** [1] - 272:14
**goal** [2] - 251:14, 279:22
**God** [1] - 261:9
**goodness** [1] - 217:5
**GORDON** [1] - 166:2
**grade** [1] - 254:20
**grades** [1] - 254:19
**graduate** [2] - 217:3, 217:5
**graph** [22] - 181:18, 182:10, 260:6, 260:12, 262:10, 281:6, 281:14, 281:18, 281:19, 282:5, 282:17, 283:1, 283:7, 283:13, 283:17,

283:22, 284:5, 284:16, 284:19, 284:25, 285:4, 285:7
**graphing** [1] - 259:25
**Gray** [3] - 247:20, 275:20, 299:8
**great** [1] - 243:9
**Great** [1] - 275:10
**greater** [2] - 292:7, 297:24
**green** [6] - 181:1, 182:1, 182:10, 183:1, 186:13
**Griffin** [8] - 275:5, 275:23, 275:25, 276:11, 285:17, 285:25, 299:23
**grossly** [1] - 263:8
**group** [3] - 209:3, 272:12, 272:19
**guess** [3] - 209:9, 226:23, 226:24
**guidance** [2] - 189:10, 270:9
**gut** [1] - 192:15
**guys** [5] - 246:16, 246:17, 246:18, 248:14

**H**

**Haley** [2] - 165:21, 301:14
**half** [6] - 173:9, 209:7, 212:17, 215:1, 215:10, 217:22
**halfway** [2] - 215:9, 285:24
**HALL** [1] - 166:7
**hand** [5] - 175:16, 211:2, 247:21, 248:14, 298:16
**HANEY** [1] - 166:7
**Hang** [1] - 228:17
**hang** [8] - 178:25, 179:10, 179:14, 209:23, 240:9, 241:24, 243:22
**happy** [5] - 174:21, 248:3, 248:8, 300:22, 300:24
**hard** [4] - 231:25, 232:18, 233:2, 233:20
**hardening** [2] - 253:10, 254:4
**hazard** [1] - 268:19
**head** [2] - 233:20, 272:12
**heading** [5] - 210:6,

211:2, 252:6, 273:4, 279:16
**health** [1] - 279:21
**healthy** [3] - 213:13, 257:2, 257:13
**hear** [1] - 204:7
**heard** [1] - 250:7
**hearing** [1] - 250:16
**held** [2] - 289:17, 289:22
**helpful** [6] - 167:5, 207:7, 243:7, 247:18, 249:13, 276:6
**Henry** [1] - 296:14
**high** [5] - 213:1, 214:5, 216:4, 216:21, 261:24
**higher** [3] - 169:19, 170:14, 260:23
**highlighted** [6] - 210:23, 211:4, 212:4, 218:9, 247:16, 247:22
**highly** [6] - 194:3, 194:8, 253:18, 261:21, 264:12, 264:15
**history** [4] - 292:22, 296:9, 297:11
**hits** [2] - 278:8, 280:12
**hold** [1] - 263:15
**Honor** [66] - 167:3, 170:20, 174:5, 174:6, 175:11, 182:6, 182:19, 183:8, 183:22, 185:6, 185:11, 186:2, 186:6, 187:21, 189:3, 189:18, 190:8, 191:2, 193:23, 195:10, 202:15, 205:20, 205:23, 206:2, 206:5, 206:7, 209:13, 209:16, 211:9, 213:24, 215:2, 216:16, 218:2, 221:1, 223:25, 226:20, 226:25, 232:4, 235:10, 235:12, 242:2, 243:1, 243:14, 243:18, 245:12, 246:24, 247:2, 247:5, 247:10, 247:15, 248:13, 248:17, 249:3, 249:22, 249:25, 250:10,

271:23, 273:20, 274:10, 274:24, 299:3, 299:4, 299:12, 300:2, 300:21, 300:25
**HONORABLE** [1] - 165:13
**hose** [1] - 217:2
**hour** [10] - 169:15, 170:10, 172:19, 172:21, 215:11, 234:3, 234:11, 252:10, 259:8, 273:7
**hours** [20] - 169:10, 170:7, 171:10, 172:16, 180:1, 180:7, 183:4, 184:25, 219:24, 230:7, 234:16, 234:17, 242:20, 252:10, 273:8, 278:10, 281:15, 287:10, 287:15
**HPMC** [1] - 256:5
**HUBBARD** [1] - 166:14
**human** [6] - 257:2, 257:13, 280:3, 280:5, 280:9, 281:24
**hydration** [1] - 193:3
**hydration-sensitive** [1] - 193:3
**hydrochloric** [2] - 183:11, 183:18
**hydroxypropyl** [3] - 193:11, 254:6, 254:7
**hypochlorhydria** [1] - 216:22

## I

**i.e** [1] - 294:8
**idea** [1] - 274:10
**identical** [6] - 230:14, 230:20, 231:5, 231:11, 231:20, 240:24
**identifies** [1] - 296:11
**identify** [5] - 221:16, 222:1, 222:15, 222:19, 223:16
**IL** [1] - 166:15
**illustrate** [1] - 191:21
**illustration** [1] - 283:17
**image** [3] - 237:15, 245:3, 245:8
**images** [3] - 224:14, 224:15, 238:2
**immediate** [48] -

169:11, 173:7, 173:18, 174:10, 176:6, 180:19, 180:20, 184:4, 184:7, 184:17, 184:19, 184:21, 185:1, 185:13, 185:17, 186:17, 188:19, 194:4, 194:9, 194:11, 195:4, 196:9, 197:3, 198:21, 199:12, 199:14, 203:10, 203:14, 204:1, 221:17, 222:2, 222:15, 222:20, 223:17, 253:2, 256:12, 256:15, 258:5, 258:9, 259:14, 262:25, 266:11, 277:11, 282:10, 283:14, 286:4, 291:11
**immediate-release** [1] - 262:25
**immediately** [6] - 191:22, 198:12, 216:10, 217:23, 278:8, 280:11
**impact** [3] - 255:19, 255:20, 255:21
**important** [2] - 203:8, 268:16
**improper** [6] - 203:3, 204:11, 204:16, 204:23, 222:4, 222:9
**IN** [1] - 165:1
**inaccuracy** [1] - 289:3
**inaccurate** [2] - 262:13, 262:14
**inadequacies** [1] - 261:14
**inadequacy** [6] - 261:17, 262:15, 262:20, 263:5, 263:10, 265:15
**INC** [1] - 165:6
**Inc** [1] - 285:20
**incalculable** [2] - 222:20, 223:7
**include** [3] - 272:16, 284:25, 285:4
**included** [2] - 284:19, 287:13
**includes** [2] - 276:15, 278:19
**including** [4] - 184:9, 184:16, 235:21, 276:13
**inclusive** [1] - 177:3

**increased** [2] - 210:18, 211:13
**incredibly** [1] - 229:6
**indeed** [1] - 272:1
**independent** [3] - 189:15, 191:24, 192:18
**indicated** [2] - 251:24, 272:24
**indicates** [1] - 242:13
**indication** [1] - 252:4
**indications** [1] - 272:22
**Indications** [1] - 251:23
**individual** [14] - 203:4, 203:21, 203:25, 204:11, 204:16, 204:18, 204:24, 206:12, 207:6, 207:7, 207:8, 209:10, 216:7, 260:21
**individuals** [8] - 203:8, 203:9, 204:2, 205:5, 206:18, 206:24, 207:11, 233:25
**industry** [1] - 276:22
**infer** [7] - 224:25, 225:16, 225:21, 227:19, 227:25, 228:10, 229:6
**inferring** [2] - 226:1, 245:23
**inflammatory** [2] - 251:25, 272:24
**information** [8] - 172:24, 227:17, 234:24, 277:20, 278:17, 288:16, 288:20, 288:24
**informing** [1] - 257:17
**infringe** [3] - 188:22, 256:13, 274:18
**infringement** [2] - 187:13, 188:12
**ingredient** [4] - 252:21, 252:22, 280:4, 280:7
**ingredients** [1] - 252:20
**initial** [1] - 194:2
**inside** [2] - 255:5, 258:4
**instantaneous** [2] - 261:25, 262:1
**instead** [1] - 214:9
**instructed** [1] - 212:12
**instruction** [1] -

200:22
**insufficient** [2] - 236:8, 236:11
**intended** [3] - 176:17, 178:2, 286:10
**intent** [1] - 284:22
**interact** [1] - 280:8
**interacts** [2] - 280:3, 280:5
**interchangeable** [1] - 176:2
**interesting** [3] - 213:23, 214:1, 214:13
**interestingly** [1] - 189:22
**intermediate** [1] - 267:19
**interpretation** [2] - 258:8, 265:14
**interpreted** [1] - 292:2
**interquartile** [2] - 210:12, 210:19
**interruption** [4] - 219:17, 220:8, 249:6, 266:19
**interruptions** [1] - 248:21
**intersubject** [2] - 216:3, 216:17
**interval** [1] - 287:17
**intestine** [7] - 254:24, 267:18, 278:10, 280:21, 284:6, 284:14, 284:18
**introduction** [1] - 270:22
**invention** [3] - 286:2, 295:5, 295:13
**involve** [2] - 190:25, 191:11
**involved** [4] - 269:24, 270:1, 270:3, 270:8
**IR** [14] - 168:21, 170:3, 170:17, 185:5, 189:24, 196:25, 203:19, 224:6, 244:13, 244:14, 246:3, 246:15, 291:12
**IR-1** [1] - 224:6
**IR-2** [2] - 224:6, 224:13
**IR/DR** [2] - 223:24, 246:5
**irrelevant** [4] - 231:22, 233:7, 234:8, 235:1
**isopropyl** [3] - 253:9, 254:7, 256:6
**issue** [7] - 171:25,

189:13, 191:2, 192:1, 194:21, 198:19, 206:17
**issued** [1] - 298:20
**issues** [7] - 195:7, 201:3, 204:21, 217:16, 299:14, 300:18, 300:23

**J**

**JACK** [1] - 165:16
**James** [1] - 165:9
**January** [1] - 165:10
**jar** [2] - 261:23, 264:14
**JAROS** [2] - 166:12, 274:10
**JEREMY** [1] - 165:17
**job** [2] - 203:15, 203:19
**JOHN** [1] - 166:8
**JOSEPH** [1] - 166:12
**JR** [2] - 166:3, 166:8
**Judge** [1] - 167:16
**judgment** [1] - 274:13
**juices** [1] - 214:25
**jumping** [2] - 208:7, 210:22
**June** [2] - 200:10, 298:18

**K**

**K-H-U-R-A-N-A** [1] - 269:16
**Kalantzi** [8] - 215:18, 215:23, 216:1, 216:3, 216:6, 216:13, 216:20, 218:9
**KATIE** [1] - 166:14
**keep** [6] - 174:16, 251:16, 260:13, 271:24, 297:6, 300:12
**keeps** [1] - 218:3
**Khurana** [6] - 249:16, 249:19, 269:1, 269:2, 269:7, 269:15
**Kim** [2] - 165:21, 301:14
**Kim_Haley@paed. uscourts.gov** [1] - 165:22
**kind** [7] - 189:17, 209:5, 215:7, 234:25, 248:21, 264:18, 264:20
**kinds** [1] - 204:9
**knowing** [2] - 264:20,

267:10
**knowledge** [11] - 197:22, 223:15, 228:9, 229:11, 250:13, 250:19, 258:23, 259:2, 276:14, 285:7, 289:1
**known** [2] - 229:2, 246:14
**knows** [4] - 233:1, 261:10, 264:22

**L**

**L.P** [1] - 165:4
**L30** [1] - 252:24
**label** [18] - 173:16, 196:24, 197:2, 197:13, 197:14, 197:17, 197:20, 198:2, 252:7, 252:15, 272:23, 273:5, 273:12, 277:15, 278:15, 279:5, 279:6, 284:8
**labeled** [6] - 173:9, 196:8, 281:6, 281:14, 282:10, 282:21
**labeling** [12] - 195:13, 195:16, 195:24, 196:1, 196:2, 196:6, 197:23, 198:9, 199:6, 279:2, 279:8, 288:20
**labels** [3] - 197:7, 252:7, 284:5
**LABORATORIES** [1] - 165:4
**laboratory** [1] - 281:24
**lack** [4] - 174:13, 176:6, 206:24, 206:25
**language** [2] - 277:10, 277:14
**last** [10] - 194:14, 244:18, 266:23, 271:25, 287:20, 289:20, 292:5, 297:15, 297:19, 298:6
**law** [2] - 238:20, 274:13
**lawyer** [2] - 250:6, 290:3
**lawyers** [1] - 295:18
**layer** [1] - 280:11
**lead** [1] - 269:19
**learnings** [1] - 259:5
**least** [3] - 252:9,

255:18, 273:7
**leave** [1] - 167:9
**leaving** [1] - 254:10
**LED** [1] - 196:11
**left** [14] - 173:3, 173:5, 175:16, 211:2, 211:24, 212:1, 248:3, 277:7, 281:7, 282:9, 284:6, 295:2, 298:16, 299:5
**left-hand** [3] - 175:16, 211:2, 298:16
**legal** [3] - 274:17, 299:14, 300:18
**lesions** [2] - 251:25, 272:25
**less** [3] - 172:19, 261:10, 265:9
**Less** [1] - 172:21
**letter** [1] - 257:17
**level** [1] - 266:6
**levels** [4] - 245:23, 253:19, 253:24, 254:1
**life** [1] - 172:17
**lights** [1] - 196:11
**likely** [2] - 299:10, 299:12
**limit** [1] - 248:20
**limitation** [6] - 207:16, 261:17, 264:19, 264:23, 266:15, 267:10
**limitations** [3] - 203:8, 207:14, 261:13
**limited** [1] - 193:13
**limits** [1] - 169:15
**line** [27] - 171:1, 171:14, 172:8, 175:5, 175:18, 175:20, 176:12, 223:2, 228:6, 228:7, 237:3, 240:2, 240:3, 240:11, 240:14, 242:13, 281:19, 282:6, 282:9, 282:18, 282:21, 285:24, 285:25, 286:11
**lines** [12] - 175:4, 175:18, 176:20, 179:15, 179:21, 208:4, 208:11, 208:19, 224:8, 229:9, 231:1, 232:2
**liquid** [1] - 214:23
**list** [1] - 247:20
**listed** [6] - 252:20, 252:22, 255:13, 257:5, 273:3, 273:10

**listing** [1] - 296:9
**liter** [1] - 215:2
**literature** [1] - 209:18
**litigation** [4] - 223:18, 227:21, 228:2, 228:12
**litigations** [1] - 228:3
**live** [4] - 248:11, 275:16, 289:21, 299:6
**LLP** [2] - 165:16, 166:2
**loaded** [1] - 255:24
**localized** [1] - 261:24
**look** [73] - 169:3, 169:22, 175:7, 176:20, 177:20, 178:23, 180:4, 180:23, 182:24, 191:4, 195:18, 203:3, 203:20, 203:25, 204:2, 204:11, 204:14, 204:16, 204:23, 204:24, 205:4, 205:8, 205:14, 205:16, 205:22, 206:12, 206:18, 206:19, 206:23, 207:1, 207:6, 207:7, 207:11, 207:12, 207:15, 207:17, 208:4, 209:18, 211:21, 228:6, 229:1, 229:19, 230:4, 232:8, 233:5, 233:9, 233:13, 233:22, 234:21, 235:17, 237:14, 237:21, 237:23, 241:5, 242:11, 246:3, 246:9, 246:11, 260:21, 263:14, 263:20, 264:1, 264:2, 264:7, 264:9, 265:1, 265:2, 295:25, 296:10, 297:11
**looked** [10] - 180:15, 194:14, 194:15, 230:10, 238:6, 245:6, 248:16, 277:15, 294:2, 297:16
**looking** [17] - 174:13, 174:18, 176:6, 187:11, 187:15, 203:8, 204:18, 205:6, 205:9, 205:12, 209:21,

212:14, 219:20, 242:2, 259:24, 260:4, 273:15
**looks** [7] - 183:25, 234:5, 235:8, 236:23, 237:7, 237:10, 275:23
**lower** [2] - 172:1, 218:13
**lowest** [2] - 177:7, 218:16
**lubricated** [2] - 253:2, 253:6
**luck** [1] - 220:11
**lunch** [1] - 299:9
**LUPIN** [1] - 165:6
**Lupin** [86] - 180:14, 180:15, 180:24, 180:25, 181:8, 181:14, 181:23, 182:11, 182:24, 183:24, 184:5, 184:19, 185:20, 186:1, 186:10, 186:14, 186:16, 187:2, 187:8, 196:18, 197:2, 197:17, 197:23, 198:3, 198:9, 200:2, 200:5, 200:8, 200:12, 201:8, 201:12, 201:20, 201:25, 219:9, 220:2, 224:5, 224:15, 226:8, 232:9, 232:16, 233:19, 235:4, 237:7, 237:14, 237:19, 238:2, 245:6, 245:9, 246:4, 246:13, 246:18, 253:9, 254:3, 254:13, 255:8, 256:18, 256:25, 257:11, 257:17, 258:10, 260:20, 262:4, 262:5, 262:17, 265:10, 265:11, 266:1, 266:2, 266:13, 266:17, 266:25, 267:14, 268:11, 268:18, 268:20, 269:18, 270:21, 271:7, 271:9, 271:12, 272:7, 272:11, 289:1, 289:13
**Lupin's** [53] - 180:19, 201:24, 220:22,

220:23, 225:1, 225:6, 225:12, 232:20, 236:15, 247:20, 250:14, 250:20, 250:22, 251:1, 251:14, 252:4, 252:14, 253:1, 253:5, 255:6, 255:9, 256:21, 257:16, 257:18, 257:24, 258:1, 258:6, 259:12, 260:7, 260:15, 263:1, 263:14, 263:20, 263:23, 265:12, 266:7, 267:24, 268:2, 268:3, 268:6, 269:22, 269:25, 270:4, 270:7, 270:10, 270:17, 270:20, 271:10, 271:13, 272:16, 273:11, 288:24, 289:11

**Lupins** [1] - 182:8

## M

**madam** [1] - 240:16
**main** [1] - 269:19
**major** [1] - 217:6
**majority** [1] - 174:11
**male** [2] - 257:2, 257:13
**mandatory** [1] - 270:8
**manner** [3] - 260:11, 262:19, 264:24
**manufactured** [1] - 182:13
**manufacturer** [1] - 251:17
**manufacturing** [9] - 255:6, 255:7, 255:12, 268:3, 271:10, 271:13, 277:20, 278:18, 289:1
**margin** [1] - 214:15
**mark** [4] - 282:6, 282:18, 290:13, 292:17
**marked** [1] - 296:23
**Market** [1] - 165:9
**market** [2] - 242:6, 265:8
**MARKET** [1] - 165:17
**marketed** [2] - 286:5, 286:9
**match** [3] - 183:5,

251:2, 251:14
**matches** [1] - 277:14
**matching** [1] - 251:8
**material** [1] - 252:24
**materials** [3] - 235:25, 236:4, 255:11
**math** [1] - 185:24
**mathematical** [1] - 229:23
**Matter** [1] - 301:5
**matter** [7] - 207:11, 230:16, 231:12, 231:16, 231:18, 274:13, 301:10
**mattered** [1] - 205:3
**max** [1] - 257:5
**maximum** [1] - 256:21
**MAZZOCHI** [1] - 166:11
**MCLAUGHLIN** [1] - 166:7
**meal** [10] - 210:18, 211:13, 211:16, 211:18, 212:7, 212:8, 212:10, 212:15, 212:16
**meals** [2] - 252:10, 273:8
**mean** [29] - 203:6, 206:12, 207:25, 208:15, 208:24, 208:25, 209:11, 212:19, 219:13, 222:3, 222:9, 223:20, 226:18, 228:11, 229:12, 240:23, 246:2, 253:14, 255:17, 256:11, 256:21, 257:5, 259:25, 260:5, 260:21, 263:11, 280:6, 280:7, 287:5
**meaning** [2] - 221:19, 295:18
**means** [6] - 183:18, 190:20, 212:9, 262:5, 271:6, 284:15
**meant** [1] - 180:11
**measured** [2] - 218:12, 260:9
**measurements** [1] - 171:10
**measures** [1] - 168:18
**mechanically** [1] - 171:4
**media** [18] - 171:2, 171:6, 171:14, 172:9, 221:6, 258:4, 261:16, 261:19,

261:21, 261:23, 264:13, 264:17, 265:5, 266:4, 266:5, 267:2, 267:9, 267:11
**median** [6] - 209:11, 210:12, 210:19, 211:11, 211:15, 214:16
**medication** [1] - 212:12
**medicines** [1] - 217:21
**medium** [6] - 176:8, 178:2, 180:7, 188:9, 190:19, 264:15
**meet** [4] - 246:8, 251:9, 251:18, 279:21
**MEGAN** [1] - 166:7
**mention** [2] - 183:17, 189:10
**mentioned** [3] - 179:25, 190:15, 215:19
**methacrylic** [1] - 252:22
**method** [18] - 223:6, 223:15, 225:11, 225:15, 225:20, 226:1, 227:18, 227:24, 228:10, 228:23, 229:12, 231:4, 241:17, 284:1, 286:25, 287:2, 289:8, 289:13
**methodology** [5] - 262:21, 263:10, 263:12, 282:3, 284:3
**methods** [1] - 286:20
**methylcellulose** [2] - 193:11, 254:6
**methylene** [17] - 236:13, 253:9, 253:12, 253:15, 253:16, 253:20, 253:24, 254:3, 254:5, 256:6, 268:2, 268:11, 268:17, 268:21, 271:9, 271:12, 271:14
**mg** [1] - 286:14
**Michael** [1] - 290:2
**micrograms** [3] - 257:8, 294:23, 294:24
**microscopy** [3] - 201:10, 224:14, 238:1
**mid** [1] - 167:11
**mid-afternoon** [1] -

167:11
**middle** [4] - 244:13, 282:5, 292:1, 297:16
**might** [2] - 213:13, 261:25
**mil** [2] - 256:23, 257:6
**milligram** [1] - 280:12
**milligrams** [55] - 173:7, 173:15, 180:20, 184:4, 184:6, 185:17, 185:19, 185:22, 186:1, 186:17, 188:7, 189:22, 191:22, 195:3, 196:9, 196:25, 197:3, 197:4, 198:10, 198:11, 198:12, 198:21, 199:12, 199:13, 199:15, 199:16, 199:22, 242:16, 252:8, 252:17, 253:3, 253:7, 259:18, 269:23, 270:11, 270:25, 271:2, 272:17, 273:6, 278:7, 278:9, 286:3, 291:12, 291:20, 292:12, 292:13, 293:8, 293:19, 293:20, 294:25
**milliliter** [4] - 232:10, 232:13, 294:23, 294:24
**million** [4] - 205:11, 205:14, 205:19, 207:16
**mils** [1] - 214:25
**mimic** [3] - 176:17, 178:3, 179:5
**mimics** [1] - 177:1
**mini** [1] - 189:20
**miniscule** [1] - 267:21
**minute** [4] - 171:7, 181:6, 274:1, 289:18
**minutes** [34] - 169:21, 181:19, 188:2, 188:12, 190:3, 194:2, 194:8, 195:1, 196:25, 219:10, 219:22, 220:18, 221:6, 221:11, 221:19, 231:4, 242:22, 243:4, 243:7, 247:9, 248:7, 259:8, 260:9, 261:2, 261:19, 269:3, 271:22, 273:24,

275:5, 289:16, 289:20
**misleading** [12] - 195:16, 196:2, 196:6, 196:14, 197:23, 198:7, 198:8, 198:15, 198:16, 199:7, 199:9, 279:1
**mix** [1] - 264:17
**mL** [1] - 257:8
**mls** [1] - 217:19
**modified** [1] - 278:7
**molecules** [1] - 258:22
**MOLINO** [1] - 166:11
**moment** [1] - 264:16
**monitoring** [2] - 268:9, 268:10
**morning** [10] - 217:21, 248:7, 248:11, 252:9, 273:6, 289:21, 299:6, 299:8, 299:11, 299:16
**MORRIS** [1] - 165:16
**most** [5] - 174:19, 216:23, 248:10, 253:17, 258:25
**motion** [3] - 274:21, 274:23, 274:25
**motions** [2] - 299:13, 300:18
**move** [16] - 178:21, 186:5, 187:22, 193:20, 195:8, 199:24, 199:25, 215:16, 215:18, 218:5, 218:21, 232:5, 235:12, 274:13, 299:18, 301:3
**MR** [114] - 167:3, 167:7, 167:15, 167:18, 167:21, 168:2, 168:5, 170:19, 170:22, 172:7, 174:4, 174:7, 175:14, 175:19, 178:8, 178:22, 179:23, 182:6, 182:9, 182:19, 182:22, 182:23, 183:23, 185:11, 186:4, 186:7, 187:20, 187:25, 189:5, 190:9, 191:3, 191:14, 193:17, 193:20, 193:23, 193:24, 195:9,

202:5, 202:15, 202:16, 205:21, 205:23, 206:6, 206:9, 209:17, 211:4, 211:12, 212:14, 212:22, 213:15, 213:16, 215:12, 215:17, 216:15, 216:19, 218:2, 218:8, 218:23, 219:19, 220:10, 221:2, 224:1, 226:20, 227:9, 227:10, 232:6, 235:10, 235:12, 235:13, 240:15, 240:17, 242:1, 242:10, 243:1, 243:6, 243:13, 243:20, 244:12, 245:12, 245:17, 245:19, 246:20, 246:23, 247:5, 247:9, 247:12, 247:15, 248:5, 248:12, 248:17, 248:19, 249:1, 249:2, 249:11, 249:18, 249:21, 249:25, 250:10, 269:3, 271:22, 272:1, 273:17, 273:19, 274:10, 274:24, 275:9, 275:13, 275:19, 299:3, 299:4, 299:12, 300:2, 300:20, 300:23

**MS** [2] - 275:5, 299:17
**multimedia** [4] - 181:14, 202:17, 219:2, 220:13
**MVA** [1] - 237:23
**Mylan** [1] - 246:16

## N

**name** [7] - 269:14, 269:15, 272:3, 272:5, 276:10, 276:11, 289:24
**names** [1] - 285:11
**nanograms** [4] - 232:9, 232:13, 256:23, 257:5
**narrow** [1] - 208:14
**nasal** [1] - 216:25
**NATASHA** [1] - 166:13
**nature** [1] - 267:21

**navigate** [1] - 246:7
**NDA** [6] - 191:21, 194:5, 284:1, 284:4, 288:5, 289:6
**near** [1] - 243:11
**nearly** [1] - 263:24
**necessary** [1] - 188:23
**need** [17] - 184:15, 197:25, 202:3, 202:10, 224:17, 224:19, 227:17, 229:25, 230:3, 231:24, 245:1, 245:11, 246:15, 273:22, 297:10, 299:18, 300:19
**needed** [1] - 245:2
**neutral** [1] - 215:15
**never** [7] - 189:13, 207:25, 208:15, 223:17, 223:19, 242:6, 244:8
**new** [2] - 246:17, 288:19
**NEW** [1] - 166:4
**Next** [1] - 280:19
**next** [12] - 176:12, 186:5, 208:19, 210:23, 210:25, 232:15, 269:1, 272:22, 275:18, 290:22, 298:3, 300:19
**NF** [1] - 252:23
**nice** [3] - 225:9, 237:25, 238:4
**NICHOLS** [1] - 165:16
**NO** [1] - 165:4
**nobody** [4] - 233:1, 233:10, 233:24
**none** [2] - 185:18, 213:1
**nontoxic** [3] - 253:21, 253:22, 254:1
**normal** [2] - 183:11, 183:18
**normally** [1] - 172:16
**NORTH** [2] - 165:17, 166:8
**nose** [1] - 217:3
**note** [1] - 213:24
**noted** [2] - 293:16, 298:10
**nothing** [4] - 198:8, 198:16, 217:14, 246:23
**notice** [2] - 172:15, 189:9
**nowhere** [2] - 236:7, 236:10

**number** [24] - 186:14, 263:13, 264:2, 264:3, 264:4, 264:5, 264:7, 264:8, 264:9, 265:2, 265:3, 273:15, 285:12, 290:19, 292:25, 299:24
**Number** [6] - 285:11, 296:4, 296:22, 298:17, 298:19, 298:21
**numbering** [2] - 175:12, 299:25
**numbers** [2] - 185:16, 214:4
**NY** [1] - 166:4

## O

**oath** [1] - 204:15
**objection** [1] - 265:19
**objections** [1] - 300:1
**objective** [1] - 270:23
**objectives** [1] - 246:8
**observation** [5] - 261:6, 264:18, 264:20, 264:21, 267:13
**observations** [1] - 267:14
**observed** [1] - 261:2
**obvious** [4] - 185:25, 293:18, 295:4, 295:12
**obviously** [5] - 180:15, 226:21, 253:19, 258:3, 261:12
**occurs** [3] - 173:18, 282:11, 282:22
**October** [1] - 200:6
**OF** [1] - 165:2
**offering** [1] - 271:18
**offhand** [1] - 222:3
**office** [2] - 295:9, 295:15
**Official** [1] - 165:22
**OGD** [3] - 242:15, 286:13, 286:19
**old** [2] - 171:22, 205:15
**OLD** [1] - 166:4
**old-fashioned** [1] - 205:15
**older** [1] - 214:6
**once** [5] - 220:5, 252:8, 273:6, 278:9, 280:12
**one** [54] - 169:15,

169:23, 170:10, 171:9, 172:5, 177:6, 178:20, 181:15, 185:25, 193:21, 204:6, 205:6, 205:7, 205:9, 205:12, 205:14, 206:3, 206:17, 206:19, 206:20, 207:1, 207:2, 207:3, 207:15, 207:17, 226:12, 226:22, 228:14, 229:2, 235:21, 241:5, 242:3, 242:14, 244:13, 252:8, 252:10, 255:7, 259:21, 264:6, 266:12, 266:21, 269:6, 271:15, 271:18, 273:5, 273:7, 275:3, 286:13, 292:6, 293:18, 297:16, 297:23
**ones** [4] - 212:1, 243:23, 245:6, 248:3
**open** [2] - 170:20, 268:23
**opening** [4] - 178:1, 247:20, 261:25, 274:16
**operate** [1] - 221:9
**operation** [1] - 268:10
**operator** [1] - 220:2
**opining** [1] - 188:6
**opinion** [3] - 178:16, 178:19, 235:15
**opinions** [4] - 178:12, 180:5, 180:19, 202:11
**opportunities** [1] - 204:10
**oppose** [1] - 274:25
**opposed** [1] - 173:12
**opposite** [2] - 189:18, 206:17
**optical** [1] - 201:10
**option** [1] - 269:9
**options** [1] - 271:18
**Oracea** [3] - 180:25, 188:3, 265:12
**ORACEA** [100] - 173:6, 173:14, 173:15, 174:5, 181:18, 181:19, 182:4, 182:5, 182:10, 184:19, 186:1, 191:17, 194:5, 195:18, 196:3,

196:7, 196:15, 196:24, 197:10, 199:6, 232:12, 239:16, 239:23, 240:7, 240:21, 246:3, 246:9, 246:16, 251:3, 251:6, 251:8, 251:13, 251:15, 255:14, 256:8, 256:9, 256:13, 256:16, 256:18, 257:1, 257:12, 257:19, 258:2, 258:11, 259:18, 260:17, 261:1, 261:4, 261:6, 261:9, 262:1, 262:3, 262:16, 262:18, 263:5, 264:25, 265:10, 266:2, 266:4, 266:9, 266:13, 266:17, 266:25, 270:6, 270:9, 271:2, 271:8, 277:4, 277:18, 277:23, 278:2, 278:6, 279:12, 279:20, 279:24, 281:3, 281:19, 282:3, 282:10, 282:21, 283:14, 283:18, 283:22, 284:1, 284:3, 284:21, 285:1, 285:5, 285:8, 285:18, 286:3, 286:8, 286:9, 288:7, 288:12, 289:6, 290:7, 291:16, 291:23
**ORACEA's** [2] - 185:17, 185:18
**oracea.com** [1] - 174:3
**ORACEAs** [1] - 267:13
**oral** [5] - 179:5, 198:13, 217:23, 270:24, 274:21
**orally** [1] - 257:22
**order** [3] - 249:16, 274:14, 274:19
**ordinary** [8] - 206:11, 224:25, 225:5, 269:9, 275:4, 292:6, 293:18, 297:23
**organs** [1] - 280:9
**original** [1] - 298:12
**originally** [1] - 182:18
**otherwise** [2] - 245:9,

296:1
**ought** [1] - 247:23
**outlier** [1] - 213:14
**outliers** [1] - 209:14
**output** [1] - 185:4
**outside** [4] - 223:18, 227:20, 228:1, 228:11
**overall** [2] - 210:12, 241:1
**overcoat** [1] - 236:25
**own** [3] - 184:13, 201:7, 261:13

**P**

**P.A** [1] - 166:7
**P.M** [1] - 165:7
**P.O** [1] - 165:18
**PA** [1] - 165:10
**pace** [1] - 269:8
**paddle** [2] - 172:5, 190:20
**paddles** [6] - 171:7, 171:13, 172:10, 219:22, 220:5, 221:8
**page** [60] - 175:4, 175:5, 175:12, 175:17, 175:18, 175:20, 176:20, 179:11, 208:4, 208:11, 210:5, 210:17, 211:1, 211:7, 213:4, 213:5, 215:25, 216:12, 216:13, 223:2, 228:6, 230:25, 232:2, 235:20, 237:3, 237:24, 240:2, 240:11, 240:14, 252:20, 259:11, 259:16, 260:3, 260:6, 262:24, 263:13, 263:16, 272:22, 273:15, 287:20, 290:22, 292:24, 293:2, 293:11, 294:2, 294:5, 294:17, 296:17, 297:10, 297:15, 297:17, 297:19, 298:5, 298:6
**pages** [4] - 175:13, 175:15, 216:15, 229:9
**painfully** [1] - 269:8
**painless** [1] - 245:21
**paints** [1] - 225:9
**paper** [2] - 294:21,

295:10
**papules** [2] - 251:25, 272:25
**paragraph** [12] - 211:2, 211:19, 213:18, 256:25, 257:11, 274:13, 287:20, 292:1, 293:12, 293:15, 295:3, 297:16
**paragraphs** [1] - 270:22
**parentheses** [1] - 294:7
**part** [16] - 172:15, 180:18, 215:11, 250:25, 251:4, 251:7, 251:13, 256:2, 273:13, 277:23, 279:12, 281:3, 284:24, 285:3, 288:18, 296:25
**particular** [10] - 189:19, 192:16, 205:3, 205:7, 209:2, 214:2, 220:1, 254:18, 254:20
**parties** [1] - 248:25
**parts** [1] - 234:5
**party** [1] - 250:4
**pass** [3] - 245:13, 248:19, 276:1
**past** [1] - 187:18
**Patent** [3] - 285:17, 297:8, 298:20
**patent** [32] - 168:11, 168:15, 186:11, 187:12, 236:7, 236:10, 238:14, 238:17, 238:20, 239:6, 239:8, 241:18, 241:22, 241:25, 242:1, 242:13, 274:17, 285:12, 285:15, 285:23, 286:1, 291:3, 291:5, 291:6, 291:7, 295:9, 295:15, 298:13, 298:17, 298:23, 298:24
**patents** [6] - 168:11, 169:6, 169:24, 235:19, 256:16, 256:18
**patients** [3] - 209:7, 252:1, 273:1
**Patrick** [1] - 276:11
**pattern** [1] - 264:6

**PDF** [1] - 291:25
**PDX-1** [1] - 224:2
**PDX-2** [2] - 218:24, 220:12
**peak** [1] - 234:7
**peer** [4] - 221:14, 221:24, 222:12, 225:22
**peer-reviewed** [3] - 221:14, 221:24, 222:12
**pellet** [2] - 236:3, 264:14
**pellets** [28] - 184:7, 184:8, 188:18, 197:4, 198:10, 198:14, 198:20, 199:3, 199:6, 199:10, 203:10, 203:14, 203:19, 253:2, 253:6, 255:25, 258:5, 258:6, 258:9, 258:10, 258:12, 258:17, 259:12, 262:25, 263:1, 264:13, 270:21
**Pennell** [1] - 243:10
**people** [8] - 180:3, 209:3, 209:5, 210:16, 213:25, 217:20, 243:11, 272:13
**per** [13] - 171:7, 172:6, 232:9, 232:13, 236:2, 236:3, 236:5, 252:18, 256:23, 257:6, 257:8, 294:23, 294:24
**percent** [42] - 170:3, 170:9, 170:17, 176:7, 181:20, 183:2, 183:3, 183:25, 184:3, 185:12, 185:21, 186:17, 203:12, 203:13, 203:14, 207:18, 213:12, 213:18, 213:19, 219:13, 236:2, 236:5, 236:7, 236:10, 260:8, 260:16, 260:17, 260:24, 260:25, 261:2, 263:7, 266:3, 266:5, 266:8, 266:10, 281:6, 281:10, 292:7, 297:24
**percentage** [1] - 227:2

**percentages** [1] - 185:8
**perform** [3] - 266:18, 266:22, 267:9
**performance** [2] - 206:21, 207:4
**performed** [4] - 283:6, 283:12, 283:16, 283:20
**performs** [1] - 234:24
**perhaps** [1] - 269:8
**period** [3] - 234:3, 234:11, 234:16
**permission** [1] - 167:4
**person** [6] - 206:11, 206:13, 224:25, 225:4, 225:11, 225:16
**personal** [2] - 276:13, 290:10
**personally** [1] - 238:23
**perspective** [1] - 265:23
**petri** [1] - 185:3
**pH** [162] - 168:12, 168:18, 169:10, 169:15, 169:19, 170:7, 170:11, 170:14, 171:5, 171:17, 171:23, 172:9, 172:15, 172:23, 173:18, 173:25, 174:1, 174:8, 174:12, 176:4, 176:11, 176:16, 176:17, 176:25, 177:1, 177:2, 177:7, 177:11, 177:21, 178:2, 179:4, 180:1, 180:7, 180:15, 180:20, 181:16, 181:20, 183:1, 183:6, 183:12, 183:17, 183:21, 184:14, 184:23, 185:9, 185:25, 186:15, 187:10, 187:11, 187:18, 187:22, 188:1, 188:8, 188:11, 188:15, 188:25, 189:1, 189:7, 189:8, 189:14, 189:15, 189:25, 190:2, 191:24, 191:25, 192:6, 192:9, 192:10, 192:12, 192:18, 193:2,

194:12, 194:15, 194:16, 194:18, 194:23, 199:11, 202:8, 203:9, 207:24, 207:25, 208:15, 208:20, 208:25, 209:6, 210:12, 210:13, 210:18, 210:19, 211:13, 211:16, 211:24, 213:9, 213:10, 213:18, 214:4, 214:6, 214:7, 214:13, 215:4, 216:7, 216:9, 216:16, 216:21, 217:22, 218:10, 218:12, 219:3, 219:10, 219:22, 219:24, 220:2, 220:3, 220:4, 221:5, 221:7, 221:11, 221:12, 242:20, 242:24, 254:21, 254:23, 259:15, 259:18, 260:7, 260:20, 261:12, 261:17, 261:20, 261:21, 261:23, 263:21, 263:25, 264:15, 266:8, 266:10, 266:11, 266:12, 266:21, 267:1, 267:2, 267:6, 267:15, 267:18, 267:19, 267:25, 280:12, 280:21, 282:11, 282:22, 283:2, 283:8, 287:9, 287:12
**pH-independent** [2] - 191:24, 192:18
**pH-sensitive** [4] - 189:14, 192:10, 192:12, 193:2
**pH-specific** [1] - 192:9
**pharmaceutical** [8] - 214:21, 225:17, 228:24, 229:14, 276:21, 276:25, 279:7, 285:9
**pharmaceutically** [2] - 271:1, 271:5
**pharmacokinetic** [3] - 251:2, 251:8, 251:14
**pharmacology** [2] - 279:24, 280:2
**phase** [1] - 267:17
**Philadelphia** [1] - 165:10

**Philip** [2] - 290:1, 290:2
**PHILIP** [1] - 290:2
**PHILLIPS** [2] - 166:7, 166:8
**pHs** [6] - 177:3, 184:9, 187:19, 189:11, 189:13, 217:18
**physiologically** [1] - 190:17
**pick** [3] - 199:20, 245:17, 289:21
**picked** [2] - 199:11, 199:19
**picture** [3] - 225:9, 237:25, 266:17
**pile** [1] - 248:14
**place** [1] - 249:8
**Plaintiff** [1] - 273:19
**plaintiff** [3] - 247:3, 273:18, 274:4
**PLAINTIFF** [2] - 165:16, 166:3
**plaintiff's** [1] - 174:3
**plaintiffs** [2] - 276:15, 300:20
**plasma** [20] - 224:21, 225:1, 225:6, 225:12, 225:17, 225:21, 226:2, 227:19, 227:25, 228:11, 228:23, 229:12, 229:24, 234:2, 234:10, 234:15, 235:9, 239:14, 239:19, 245:23
**play** [5] - 248:8, 248:9, 269:11, 274:5, 274:12
**played** [7] - 247:6, 250:12, 250:18, 269:13, 272:2, 276:9, 289:23
**playing** [2] - 248:23, 269:10
**plays** [2] - 248:7, 270:17
**plot** [6] - 186:13, 187:1, 230:1, 230:4, 230:6, 231:4
**plots** [2] - 186:9, 211:21
**plotted** [1] - 186:10
**plus** [4] - 185:18, 190:19, 199:15, 224:6
**pocket** [1] - 276:4
**point** [34] - 172:14, 183:2, 185:14,

188:8, 188:13, 188:17, 196:6, 196:21, 201:22, 202:1, 219:16, 221:10, 221:15, 221:18, 222:1, 222:6, 223:6, 223:9, 224:20, 230:12, 230:14, 230:19, 231:6, 231:20, 231:23, 232:9, 232:12, 232:21, 233:6, 233:9, 234:21, 260:8, 262:8, 263:6
**points** [16] - 168:19, 168:25, 170:11, 171:9, 191:17, 194:2, 194:16, 194:17, 194:25, 218:11, 220:16, 222:14, 222:19, 223:16, 233:13, 233:23
**polymer** [13] - 191:24, 192:18, 192:19, 192:20, 195:5, 198:18, 199:2, 199:9, 252:25, 254:20, 270:14, 270:17, 270:19
**polymers** [1] - 194:21
**population** [3] - 208:20, 209:12, 213:24
**portion** [24] - 180:20, 184:19, 185:20, 189:24, 191:22, 221:17, 222:2, 222:15, 223:17, 225:1, 235:18, 244:14, 256:12, 266:14, 266:24, 281:12, 284:12, 284:17, 291:12, 291:19, 298:9, 298:10
**portions** [5] - 180:9, 184:17, 184:22, 185:5, 276:4
**positive** [1] - 226:22
**possible** [2] - 225:14, 260:14
**post** [3] - 266:8, 266:10, 300:11
**post-trial** [1] - 300:11
**postprandial** [1] - 212:9
**potentially** [1] - 172:2
**pouring** [1] - 172:9

**PowerPoint** [2] - 274:8
**practical** [1] - 183:20
**practitioner's** [1] - 279:22
**Pramod** [1] - 272:5
**PRAMOD** [1] - 272:5
**precede** [1] - 293:8
**precisely** [1] - 263:4
**precision** [2] - 279:16, 279:23
**predicaments** [1] - 177:10
**prefaced** [1] - 181:7
**prefer** [3] - 248:5, 269:11, 300:12
**preferable** [1] - 236:9
**preferably** [3] - 236:3, 252:9, 273:7
**preliminary** [1] - 300:10
**prepare** [2] - 290:15, 292:19
**prepared** [2] - 165:24, 295:18
**preparing** [2] - 193:20, 282:1
**prescribing** [5] - 277:19, 278:17, 288:16, 288:20, 288:24
**presence** [1] - 193:5
**present** [5] - 193:8, 258:14, 258:16, 286:1, 298:12
**preserved** [1] - 274:22
**president** [2] - 272:8, 272:11
**presumably** [1] - 299:7
**presume** [1] - 248:15
**presuming** [1] - 232:2
**pretrial** [2] - 274:14, 274:19
**pretty** [7] - 173:11, 196:11, 203:16, 203:18, 210:22, 223:8, 246:11
**prevalence** [1] - 267:20
**previous** [3] - 259:24, 261:11, 263:6
**priority** [1] - 298:24
**probativity** [1] - 193:13
**problem** [2] - 194:12, 249:1
**proceed** [5] - 167:2, 167:18, 247:12, 249:21, 250:17

**Proceedings** [1] - 165:24
**proceedings** [1] - 301:9
**process** [12] - 253:18, 255:6, 255:12, 256:2, 268:3, 271:13, 277:20, 278:18, 284:25, 285:4, 288:18, 289:2
**processes** [1] - 271:10
**processing** [1] - 271:17
**produce** [2] - 232:21, 280:9
**produced** [5] - 200:2, 200:5, 200:8, 200:12, 283:25
**product** [102] - 181:5, 183:24, 184:20, 188:2, 188:6, 188:14, 191:16, 191:21, 192:1, 192:2, 194:5, 195:2, 196:18, 197:3, 204:21, 220:21, 232:9, 232:17, 233:19, 233:22, 235:8, 242:6, 244:22, 246:5, 246:14, 251:1, 251:22, 252:4, 252:14, 253:1, 253:5, 253:23, 255:9, 255:11, 255:13, 256:19, 256:22, 257:16, 257:22, 257:24, 258:1, 258:2, 258:11, 259:3, 259:21, 259:22, 260:15, 260:18, 260:20, 261:7, 262:17, 262:18, 262:22, 263:1, 263:8, 263:9, 265:7, 266:2, 266:3, 266:7, 266:17, 266:21, 266:25, 267:3, 267:14, 267:17, 268:4, 268:7, 268:12, 268:17, 269:23, 269:25, 270:2, 270:4, 270:5, 270:7, 270:10, 270:18, 270:21, 271:1, 271:7, 271:10, 271:17, 273:12, 277:14,

277:21, 278:15, 278:19, 279:7, 279:8, 280:3, 281:12, 283:6, 283:12, 284:17, 286:9, 288:16, 289:12
**Product** [1] - 272:17
**products** [25] - 180:10, 182:7, 185:13, 195:5, 195:7, 201:8, 214:21, 223:24, 227:3, 228:25, 229:1, 229:6, 229:14, 230:22, 233:15, 258:6, 266:24, 267:5, 267:7, 271:13, 276:25, 287:4, 287:6, 287:8, 288:22
**professional** [2] - 276:21, 278:25
**professor** [1] - 217:6
**profile** [6] - 180:24, 251:2, 251:8, 251:14, 259:17, 286:5
**program** [1] - 270:23
**proof** [1] - 258:21
**proper** [1] - 222:11
**properly** [4] - 223:24, 250:8, 295:4, 295:12
**propose** [1] - 250:1
**proposed** [3] - 252:3, 252:7, 252:15
**prosecute** [1] - 292:16
**prosecuted** [1] - 291:3
**prosecution** [2] - 292:22, 296:8
**protects** [1] - 255:17
**prove** [1] - 255:3
**proved** [1] - 224:20
**proves** [2] - 201:21, 202:1
**provided** [3] - 194:5, 274:14, 274:17
**provides** [1] - 279:21
**proving** [1] - 195:2
**provision** [1] - 296:11
**Provisional** [2] - 296:4, 296:21
**provisional** [2] - 296:8, 296:18
**PTX-1** [1] - 235:19
**PTX-149** [1] - 216:1
**PTX-194** [1] - 181:14
**PTX-2** [1] - 243:25
**public** [5] - 173:12, 173:23, 174:6,

196:16, 277:18
**publication** [10] - 221:15, 221:25, 222:13, 293:21, 294:8, 295:3, 295:11, 296:11, 296:23, 297:10
**published** [2] - 287:1, 287:2
**pull** [31] - 168:14, 169:2, 175:3, 186:25, 188:5, 190:10, 190:14, 191:10, 191:19, 196:18, 196:19, 199:25, 202:12, 204:4, 208:3, 208:4, 208:9, 208:11, 209:19, 213:3, 215:22, 222:23, 223:3, 224:2, 230:5, 237:24, 239:7, 241:18, 243:25, 264:12, 296:3
**pulled** [4] - 175:21, 195:23, 196:3, 235:18
**pulling** [1] - 217:8
**purists** [1] - 203:1
**purple** [6] - 180:25, 181:19, 182:3, 182:10, 278:1, 279:15
**purpose** [1] - 260:12
**purposes** [3] - 183:20, 230:1, 274:25
**pustules** [2] - 252:1, 272:25
**put** [10] - 185:3, 187:22, 192:13, 193:25, 211:22, 221:19, 236:12, 249:17, 267:3, 297:14
**puts** [1] - 220:2
**putting** [1] - 168:6

## Q

**QC** [6] - 172:15, 173:24, 174:15, 174:16, 203:18, 222:10
**quality** [1] - 177:9
**quarter** [4] - 205:11, 205:14, 205:18, 207:16
**quarter-million** [2] - 205:11, 207:16
**QUESTION** [4] -

175:25, 228:9, 229:11, 240:20
**questioned** [1] - 264:23
**questions** [8] - 218:6, 240:4, 240:18, 241:2, 241:8, 241:14, 244:5, 246:21
**quick** [4] - 181:4, 210:22, 232:7, 245:21
**quicker** [1] - 186:5
**quickly** [2] - 211:22, 249:2
**quite** [7] - 167:10, 203:10, 205:8, 208:23, 223:13, 225:14, 238:25
**quote** [29] - 190:16, 190:21, 191:20, 194:1, 204:15, 204:16, 204:17, 206:11, 206:13, 210:11, 210:13, 210:18, 216:20, 277:11, 278:1, 278:2, 279:24, 280:10, 280:19, 286:1, 286:12, 287:21, 291:11, 291:18, 292:5, 293:16, 293:21, 294:6, 295:3
**quotes** [2] - 292:9, 294:10

## R

**raised** [1] - 197:22
**Rajiv** [1] - 269:15
**RAJIV** [1] - 269:15
**Rakoczy** [1] - 274:16
**RAKOCZY** [91] - 166:11, 166:12, 167:3, 167:7, 167:15, 167:18, 167:21, 168:2, 168:5, 170:19, 170:22, 172:7, 174:4, 174:7, 175:14, 175:19, 178:8, 178:22, 179:23, 182:6, 182:9, 182:19, 182:22, 182:23, 183:23, 185:11, 186:4, 186:7, 187:20, 187:25, 189:5, 190:9, 191:3,

191:14, 193:17, 193:20, 193:23, 193:24, 195:9, 202:5, 202:15, 202:16, 205:21, 205:23, 206:6, 206:9, 209:17, 211:4, 211:12, 212:14, 212:22, 213:15, 213:16, 215:12, 215:17, 216:15, 216:19, 218:2, 218:8, 218:23, 219:19, 220:10, 221:2, 224:1, 226:20, 227:9, 227:10, 232:6, 235:12, 235:13, 240:15, 240:17, 242:1, 242:10, 243:1, 243:6, 243:13, 243:20, 244:12, 245:12, 245:17, 246:23, 248:5, 248:12, 249:2, 249:18, 249:25, 250:10, 299:3, 299:12, 300:23
**range** [8] - 210:13, 210:19, 211:11, 216:6, 217:18, 236:1, 236:4, 236:9
**rapidly** [1] - 254:9
**rate** [11] - 188:23, 188:24, 188:25, 192:14, 222:18, 223:5, 223:7, 225:25, 229:4, 287:22, 288:12
**rather** [3] - 183:16, 262:21, 296:9
**ratio** [10] - 172:24, 172:25, 216:9, 225:5, 225:11, 226:19, 228:4, 278:16, 278:19, 288:23
**ratios** [9] - 225:17, 225:21, 226:2, 227:19, 227:25, 228:10, 228:24, 229:13, 245:23
**reaches** [2] - 278:10, 280:20
**react** [1] - 192:14
**read** [10] - 178:19, 190:1, 248:24, 278:4, 278:5, 290:24, 292:1,

292:2, 293:4, 293:12
**reader** [1] - 211:20
**readily** [1] - 176:8
**reading** [1] - 274:7
**reads** [7] - 270:22, 280:10, 280:19, 291:11, 291:18, 293:15, 294:6
**ready** [4] - 167:1, 243:10, 243:12, 276:7
**real** [1] - 172:17
**really** [8] - 228:14, 253:21, 260:21, 262:17, 266:16, 267:12, 289:2, 289:4
**reason** [14] - 256:14, 261:4, 261:10, 263:4, 264:17, 267:12, 278:12, 280:16, 280:24, 282:14, 283:21, 287:16, 288:23, 289:10
**reasonably** [3] - 292:6, 294:9, 297:23
**recapture** [1] - 268:11
**receipt** [1] - 296:7
**recess** [4] - 219:18, 220:9, 243:2, 274:2
**Recess** [1] - 243:19
**recited** [1] - 294:10
**recognize** [4] - 169:25, 190:17, 206:12, 244:1
**recommended** [1] - 252:13
**recommends** [2] - 287:9, 287:14
**record** [22] - 168:4, 170:20, 170:25, 189:7, 190:1, 198:25, 200:15, 202:6, 209:9, 219:5, 220:12, 221:4, 241:14, 245:8, 260:12, 269:14, 272:4, 274:25, 276:10, 289:17, 289:22, 301:9
**recorded** [1] - 247:24
**recording** [1] - 249:8
**recordings** [1] - 248:4
**recross** [1] - 246:22
**red** [8] - 181:2, 182:1, 182:10, 182:25, 220:17, 244:14, 282:5, 282:17
**redirect** [2] - 218:7, 245:14

**REDIRECT** [1] - 245:18
**reduced** [1] - 261:8
**reduction** [1] - 265:5
**refer** [4] - 281:10, 281:23, 283:4, 283:10
**reference** [9] - 255:13, 259:21, 271:1, 277:7, 285:11, 286:8, 293:24, 294:13, 298:4
**referenced** [1] - 285:18
**references** [1] - 293:7
**referred** [2] - 272:21, 292:14
**referring** [3] - 180:6, 181:24, 255:6
**refers** [11] - 238:16, 238:17, 279:19, 279:20, 283:2, 283:5, 283:8, 283:11, 284:9, 292:12, 293:25
**reflect** [2] - 216:21, 216:24
**reflects** [1] - 241:14
**refused** [1] - 200:23
**regard** [1] - 203:1
**regarding** [1] - 279:1
**regards** [1] - 217:15
**region** [1] - 177:8
**registered** [2] - 291:5, 291:7
**regulation** [2] - 251:5, 276:25
**regulations** [1] - 279:1
**regulatory** [9] - 272:9, 272:11, 272:12, 272:13, 272:14, 276:17, 276:21, 278:25, 288:14
**REINDEL** [1] - 166:2
**related** [1] - 289:3
**relates** [1] - 227:1
**relatively** [1] - 245:20
**release** [110] - 169:16, 170:10, 173:7, 173:16, 173:18, 174:10, 174:13, 174:14, 176:6, 176:7, 177:9, 180:19, 180:20, 184:4, 184:7, 184:17, 184:19, 184:22, 185:1, 185:8, 185:13, 185:18, 186:17, 188:19, 188:20,

189:16, 191:22, 192:1, 192:20, 193:2, 194:4, 194:9, 194:11, 195:3, 195:4, 196:9, 196:10, 197:3, 198:6, 198:14, 198:21, 199:5, 199:11, 199:14, 203:10, 203:14, 203:15, 204:1, 206:25, 216:10, 219:14, 221:17, 222:2, 222:15, 222:20, 223:9, 223:17, 223:22, 229:4, 242:16, 253:2, 254:17, 254:21, 256:12, 256:15, 256:16, 258:5, 258:6, 258:9, 258:10, 259:12, 259:14, 259:15, 261:3, 262:25, 266:3, 266:5, 266:8, 266:9, 266:13, 267:8, 267:17, 269:21, 277:11, 277:12, 278:7, 281:20, 281:23, 282:11, 282:22, 283:14, 283:18, 284:20, 285:1, 285:5, 285:8, 286:4, 286:14, 286:22, 291:12, 291:19
**released** [11] - 171:11, 185:17, 186:19, 188:17, 193:2, 258:7, 261:2, 278:8, 278:9, 284:12, 284:17
**releases** [4] - 260:16, 260:20, 260:23, 280:11
**releasing** [14] - 168:23, 169:19, 170:14, 181:20, 183:1, 183:24, 184:2, 185:1, 186:16, 203:10, 260:7, 260:24, 263:24, 282:3
**relevant** [5] - 176:1, 190:17, 194:3, 194:9, 212:11
**reliance** [1] - 194:15
**relied** [4] - 220:13, 220:16, 230:7, 237:24

**rely** [2] - 190:6, 209:19
**relying** [3] - 180:18, 189:7, 190:2
**remain** [5] - 249:5, 253:18, 253:22, 258:14, 259:3
**remaining** [2] - 278:9, 280:19
**remember** [4] - 172:4, 217:1, 247:19, 250:6
**remind** [1] - 291:2
**remnants** [1] - 268:16
**render** [2] - 295:4, 295:12
**repeat** [6] - 201:21, 204:10, 255:10, 258:15, 265:16, 266:23
**replies** [1] - 295:19
**reply** [11] - 178:23, 194:1, 290:14, 290:15, 290:18, 292:18, 297:17, 297:20, 298:3, 298:7, 298:10
**report** [14] - 178:1, 178:23, 179:13, 181:14, 189:10, 194:1, 202:18, 202:20, 210:2, 216:20, 226:9, 237:15, 237:23, 249:10
**Reporter** [1] - 165:22
**REPORTER** [3] - 198:22, 273:24, 276:8
**reporter** [8] - 167:14, 219:17, 220:8, 240:16, 248:19, 249:5, 273:22, 276:1
**reports** [9] - 177:23, 191:8, 210:11, 213:17, 216:3, 216:6, 218:10, 244:6, 244:15
**representation** [3] - 196:13, 295:8, 295:15
**representative** [4] - 205:10, 205:15, 207:8, 276:14
**represented** [1] - 205:13
**represents** [3] - 206:20, 207:17, 281:19
**reproduced** [1] - 287:18
**request** [1] - 274:19

**requests** [1] - 250:4
**require** [1] - 267:6
**required** [4] - 251:5, 251:17, 251:19, 262:12
**requirement** [2] - 251:10, 267:16
**requires** [2] - 189:11, 267:8
**reserve** [1] - 274:23
**resistant** [1] - 254:21
**respect** [8] - 237:6, 284:14, 294:23, 294:24, 294:25, 296:25, 298:2, 298:15
**respectfully** [1] - 294:6
**respectively** [1] - 264:10
**response** [2] - 215:15, 249:23
**responsibilities** [4] - 269:17, 269:22, 272:10, 272:16
**responsibility** [1] - 269:20
**responsible** [3] - 268:19, 272:12, 272:19
**rest** [3] - 170:13, 186:19, 273:18
**rests** [1] - 273:19
**result** [5] - 186:15, 261:4, 261:24, 262:24, 263:5
**results** [17] - 180:15, 180:19, 184:10, 186:22, 187:3, 187:4, 187:6, 203:4, 203:21, 203:25, 204:12, 219:3, 219:13, 234:3, 239:22, 267:12, 268:13
**return** [1] - 301:3
**review** [12] - 225:22, 241:6, 242:8, 251:12, 251:20, 288:19, 288:20, 289:3, 289:12, 290:15, 292:19, 295:21
**reviewed** [11] - 221:14, 221:24, 222:12, 230:7, 251:21, 282:2, 289:3, 289:5, 289:6, 295:20, 295:23
**reviews** [2] - 279:8,

288:15
**revolution** [1] - 172:6
**revolutions** [1] - 171:7
**rings** [1] - 279:15
**robust** [1] - 270:24
**role** [1] - 270:16
**rosacea** [3] - 252:1, 272:25, 279:21
**ROSE** [1] - 166:13
**roughly** [2] - 172:5, 269:2
**RPR** [2] - 165:21, 301:14
**rubber** [1] - 217:2
**Rudnic** [13] - 167:22, 168:10, 186:9, 189:6, 195:12, 199:17, 200:2, 218:9, 219:20, 224:24, 243:21, 244:4, 245:22
**Rule** [1] - 274:14
**rule** [2] - 259:8, 275:2
**ruling** [1] - 274:23
**run** [4] - 184:13, 207:18, 261:19, 275:3
**runs** [1] - 169:10

**S**

**SA** [1] - 285:21
**safe** [1] - 250:8
**saliva** [1] - 216:25
**sampled** [1] - 219:10
**samples** [1] - 200:13
**sampling** [2] - 242:22, 287:14
**saw** [1] - 189:22
**scale** [1] - 242:7
**schedule** [4] - 300:10, 300:12, 300:22, 300:25
**scientific** [2] - 173:13, 238:15
**scientists** [1] - 269:19
**scintigraphic** [1] - 209:4
**scopists** [1] - 301:10
**screen** [26] - 168:6, 173:4, 175:3, 175:21, 177:12, 179:1, 179:2, 181:25, 190:16, 195:23, 196:4, 196:7, 196:23, 208:5, 208:11, 210:5, 211:5, 211:23, 211:24, 218:24, 219:21,

223:3, 237:14, 239:7, 239:11, 242:12
**seal** [8] - 253:2, 255:16, 255:17, 255:21, 256:3, 256:5
**seal-coated** [1] - 253:2
**Sean** [2] - 275:23, 276:11
**searched** [1] - 189:6
**second** [22] - 171:18, 172:6, 172:11, 175:9, 179:7, 204:6, 210:8, 213:6, 221:20, 224:23, 263:16, 280:10, 283:11, 286:22, 292:5, 293:2, 294:5, 296:20, 296:21, 296:25, 297:15, 298:2
**section** [10] - 173:3, 186:5, 201:12, 224:14, 244:19, 244:24, 245:3, 245:8, 251:23, 273:14
**sectioned** [2] - 201:16, 201:24
**sections** [1] - 291:9
**see** [128] - 167:14, 168:8, 168:23, 170:15, 171:1, 173:17, 173:20, 179:8, 179:11, 179:14, 179:16, 179:20, 179:22, 181:3, 181:25, 183:5, 185:22, 186:13, 186:15, 187:2, 189:24, 192:21, 195:19, 196:8, 196:14, 196:23, 197:2, 198:8, 198:16, 199:6, 199:15, 203:17, 203:25, 206:24, 206:25, 208:22, 210:6, 210:11, 211:6, 211:10, 211:23, 216:3, 216:4, 217:18, 218:25, 223:9, 228:18, 230:8, 235:20, 235:24, 236:6, 237:18, 237:25, 238:1, 238:2, 238:4, 239:12, 241:20,

252:11, 257:22, 258:1, 262:8, 262:23, 263:17, 264:1, 264:4, 264:17, 264:19, 265:1, 265:4, 266:1, 267:11, 267:19, 267:21, 268:15, 271:3, 276:3, 277:7, 278:1, 278:21, 278:23, 279:17, 279:25, 280:14, 280:15, 280:22, 281:8, 281:9, 281:16, 281:17, 281:21, 282:7, 282:8, 282:12, 282:13, 282:19, 282:20, 282:24, 284:5, 284:7, 285:13, 285:14, 285:20, 285:22, 285:25, 286:6, 286:7, 286:11, 286:16, 287:24, 287:25, 290:18, 291:8, 291:14, 291:21, 292:9, 292:24, 293:1, 293:7, 293:22, 293:23, 294:11, 294:12, 295:6, 295:24, 296:20, 299:7, 299:8

**seeing** [7] - 185:4, 185:16, 186:1, 186:9, 187:10, 202:17, 224:10
**seek** [1] - 265:21
**seem** [6] - 181:21, 208:7, 209:8, 248:1, 248:22, 269:7
**SEM** [3] - 224:15, 245:3, 245:8
**senior** [2] - 272:8, 272:11
**sense** [5] - 167:11, 248:1, 248:11, 248:12, 262:17
**sensitive** [5] - 189:14, 192:10, 192:12, 193:2, 193:3
**sentence** [10] - 210:23, 210:25, 213:6, 216:16, 278:4, 292:5, 293:15, 294:5, 297:15, 298:9
**sentences** [1] - 211:20
**September** [1] -

290:13
**sequence** [1] - 167:12
**series** [1] - 285:11
**serves** [1] - 180:8
**SESSION** [1] - 165:7
**set** [1] - 249:14
**setting** [1] - 281:24
**seven** [1] - 223:21
**several** [1] - 238:23
**shall** [1] - 249:21
**shell** [1] - 258:3
**shiny** [8] - 236:18, 236:23, 237:7, 237:10, 237:21, 238:4, 238:7, 238:9
**short** [1] - 234:14
**shove** [1] - 214:21
**shoving** [1] - 217:2
**show** [11] - 172:23, 181:18, 208:6, 209:24, 210:21, 231:11, 239:22, 294:1, 294:16, 294:19, 296:7
**showed** [1] - 241:1
**showing** [8] - 169:15, 169:18, 170:9, 181:19, 194:4, 194:9, 261:10, 265:9
**shows** [1] - 260:6
**side** [6] - 185:23, 269:10, 296:1, 296:6
**side-by-side** [2] - 296:1, 296:6
**sides** [2] - 193:15, 299:2
**sign** [2] - 238:9, 238:12
**significant** [2] - 226:15, 265:5
**significantly** [2] - 260:18, 266:6
**similar** [12] - 179:19, 186:15, 187:1, 187:2, 187:4, 193:19, 194:4, 194:9, 229:6, 246:12, 264:24, 287:8
**similarly** [1] - 266:9
**simple** [16] - 176:13, 177:12, 178:9, 178:15, 178:18, 188:16, 190:2, 204:11, 218:17, 230:18, 231:13, 232:24, 233:4, 244:4, 245:7, 251:17
**simply** [7] - 173:15, 179:12, 236:21,

246:5, 251:4, 274:20, 274:24
**single** [2] - 201:12
**singled** [2] - 202:20, 202:24
**sitting** [2] - 263:25, 264:13
**SIWIK** [1] - 166:11
**skew** [1] - 214:4
**skill** [7] - 206:11, 206:13, 224:25, 225:5, 292:6, 293:18, 297:23
**skilled** [4] - 190:16, 225:11, 225:16, 235:25
**Slide** [1] - 186:8
**slide** [54] - 168:14, 169:2, 169:22, 172:24, 173:4, 177:19, 177:25, 178:24, 180:4, 180:23, 181:13, 187:1, 187:23, 188:5, 190:10, 190:14, 191:10, 191:15, 191:19, 193:25, 195:11, 195:19, 196:8, 196:19, 196:23, 200:1, 202:12, 204:15, 205:22, 209:20, 213:3, 215:22, 215:25, 218:24, 219:21, 220:12, 224:2, 229:19, 230:5, 232:8, 235:17, 237:15, 237:25, 241:18, 243:25, 277:3, 277:22, 278:20, 278:21, 279:11, 281:2, 286:18, 295:17
**slides** [1] - 167:4
**slightly** [6] - 210:15, 212:20, 218:13, 241:12, 260:13, 274:5
**SLIP** [1] - 166:4
**slow** [3] - 172:6, 198:22, 269:8
**slower** [1] - 269:8
**small** [5] - 175:13, 179:1, 247:24, 278:10, 280:21
**smaller** [1] - 248:3
**smarter** [1] - 199:20
**smoke** [1] - 214:12
**solid** [1] - 223:8

**soluble** [1] - 184:8
**solution** [2] - 256:3, 256:5
**solvent** [4] - 253:12, 253:17, 271:15, 271:17
**solvents** [1] - 271:15
**sometimes** [1] - 171:24
**somewhat** [1] - 265:11
**somewhere** [2] - 183:2, 183:25
**soon** [2] - 243:12, 289:19
**sophisticated** [1] - 233:11
**sorry** [12] - 181:10, 197:15, 198:24, 202:23, 205:23, 211:7, 222:8, 224:12, 227:23, 240:12, 240:13, 244:24
**sought** [2] - 265:22, 265:23
**sound** [1] - 300:17
**sounds** [1] - 276:12
**speaking** [1] - 279:4
**specific** [4] - 192:9, 192:15, 192:25, 267:16
**specification** [3] - 235:19, 235:24, 268:9
**specifications** [2] - 289:7, 289:12
**specifics** [1] - 217:15
**specified** [2] - 242:14, 286:13
**speed** [3] - 269:12, 274:6, 275:4
**spell** [2] - 272:3, 289:24
**spent** [1] - 276:20
**sphere** [1] - 254:9
**spilling** [1] - 172:2
**spinning** [4] - 171:7, 172:5, 219:23, 220:6
**spiral** [1] - 179:2
**squarely** [1] - 188:7
**stability** [1] - 180:8
**stable** [1] - 270:24
**Stage** [3] - 254:11, 255:24, 256:2
**stage** [21] - 169:8, 170:6, 171:8, 171:18, 172:11, 192:15, 219:6, 219:20, 221:5,

221:16, 221:19, 221:20, 222:1, 222:14, 253:10, 254:4, 254:13, 261:15, 270:20, 283:5, 283:11
**stages** [1] - 255:7
**stand** [3] - 207:19, 207:22, 207:23
**standard** [4] - 174:9, 174:12, 176:5, 176:8
**standpoint** [1] - 238:16
**start** [15] - 168:11, 172:1, 172:10, 191:15, 196:5, 202:23, 220:5, 220:12, 221:7, 231:3, 240:15, 248:6, 248:11, 254:17, 296:3
**starting** [2] - 168:7, 255:24
**starts** [2] - 215:14, 215:15
**state** [11] - 178:9, 236:21, 258:23, 259:3, 259:7, 267:5, 269:14, 272:3, 276:10, 284:2, 289:24
**statement** [20] - 177:25, 178:16, 179:13, 190:22, 273:13, 274:16, 280:16, 280:24, 281:18, 282:14, 286:11, 286:16, 288:5, 288:8, 295:2, 295:25, 297:3, 297:21, 298:2, 298:9
**statements** [2] - 295:19, 297:11
**STATES** [1] - 165:1
**states** [8] - 251:24, 252:7, 253:5, 272:23, 278:18, 286:1, 287:20, 297:22
**States** [1] - 238:20
**statistical** [3] - 231:10, 231:23, 233:25
**statistically** [6] - 229:7, 230:23, 233:15, 246:10, 246:12, 246:14
**stay** [4] - 170:23, 243:3, 243:11, 289:19

**steady** [2] - 172:6, 192:14
**stenographically** [1] - 165:24
**step** [2] - 174:8, 246:25
**STEPHANOS** [1] - 165:13
**still** [3] - 264:20, 267:11, 288:10
**stimulate** [1] - 176:24
**stipulated** [3] - 251:10, 251:18, 262:7
**stirrer** [1] - 264:16
**stomach** [49] - 172:16, 172:23, 173:16, 173:21, 173:25, 174:1, 176:12, 176:17, 176:24, 176:25, 177:2, 177:3, 177:8, 177:10, 177:11, 178:3, 179:5, 183:5, 198:12, 210:14, 210:15, 211:16, 214:25, 215:8, 215:14, 217:18, 252:9, 257:21, 257:23, 257:25, 258:2, 258:7, 258:11, 258:13, 258:14, 258:16, 258:17, 258:19, 258:22, 258:25, 259:1, 259:3, 267:18, 273:7, 278:8, 280:12, 284:6, 284:8, 284:12
**Stomach** [1] - 173:10
**stomachs** [1] - 217:4
**stop** [1] - 171:13
**stops** [2] - 219:25, 221:5
**straight** [1] - 267:2
**Street** [1] - 165:9
**STREET** [3] - 165:17, 166:8, 166:14
**stress** [3] - 180:1, 180:8, 180:11
**stressed** [1] - 219:24
**stricken** [1] - 293:9
**strike** [1] - 202:23
**Strike** [1] - 197:15
**students** [3] - 213:25, 217:3, 217:5
**studied** [1] - 209:3
**studies** [7] - 209:4, 209:6, 261:18, 287:21, 288:2,

288:6, 288:11
**study** [5] - 209:2, 209:4, 239:19, 261:11, 267:2
**stuff** [3] - 187:19, 217:4, 217:9
**sub** [4] - 291:8, 291:11, 291:18
**subject** [2] - 188:15, 225:22
**subjects** [3] - 190:18, 257:2, 257:13
**submissions** [1] - 272:14
**submit** [3] - 251:11, 262:6, 294:6
**submitted** [11] - 182:16, 182:17, 187:7, 202:14, 251:20, 262:7, 262:12, 264:21, 265:11, 265:13, 288:21
**subpoint** [2] - 280:10, 280:19
**subset** [1] - 192:23
**substance** [1] - 192:25
**substantial** [1] - 269:7
**substantially** [9] - 168:24, 169:18, 205:8, 230:14, 230:20, 231:5, 231:11, 231:20, 240:24
**sucking** [2] - 217:3, 217:13
**sufficient** [2] - 188:22, 193:16
**sugar** [3] - 253:10, 254:4, 254:8
**suggest** [1] - 248:20
**suggesting** [2] - 224:24, 225:4
**suggestion** [1] - 269:6
**suitable** [1] - 271:16
**SUITE** [1] - 166:14
**sum** [1] - 276:20
**Sun** [18] - 191:5, 191:11, 191:16, 191:21, 192:17, 193:18, 194:1, 194:14, 195:2, 195:6, 204:4, 204:14, 206:10, 207:3, 207:6, 207:9, 246:17
**Sun's** [1] - 194:5
**superfluous** [2] - 248:22, 249:9

**superscript** [2] - 280:13, 280:21
**support** [1] - 288:5
**supportive** [1] - 288:8
**supposed** [3] - 261:14, 261:15, 261:18
**surface** [1] - 254:9
**surfaces** [1] - 236:1
**suspect** [1] - 202:25
**synonymous** [1] - 176:2
**system** [1] - 268:21
**systematic** [1] - 214:3

## T

**table** [4] - 260:1, 260:3, 263:17, 268:18
**Table** [7] - 241:20, 241:23, 242:11, 242:12, 242:16, 242:19, 286:15
**tablet** [15] - 185:3, 189:21, 189:22, 205:6, 205:7, 205:9, 205:11, 205:12, 205:14, 206:17, 206:19, 207:3, 207:15, 207:17, 256:16
**tablets** [6] - 202:21, 204:16, 204:24, 205:4, 244:20, 244:22
**tail** [2] - 209:15, 213:14
**tape** [1] - 248:22
**tapes** [2] - 248:23, 250:7
**teach** [1] - 235:24
**team** [3] - 269:19, 284:24, 285:4
**tend** [2] - 208:22, 214:6
**tends** [3] - 214:6, 214:7, 214:13
**tentative** [2] - 257:15, 288:21
**tentatively** [5] - 197:9, 197:12, 197:16, 197:18, 289:11
**tenths** [1] - 214:8
**term** [5] - 176:23, 292:8, 292:9, 293:16, 297:25
**terms** [1] - 175:25
**test** [52] - 168:18, 169:8, 169:10,

169:14, 170:6, 171:16, 172:11, 172:15, 173:9, 173:24, 174:15, 174:16, 177:8, 177:9, 180:1, 180:8, 180:12, 184:2, 184:16, 189:11, 201:21, 203:4, 203:7, 203:19, 207:12, 219:21, 220:6, 220:21, 221:5, 221:16, 221:19, 222:1, 222:10, 222:14, 241:17, 245:9, 259:21, 262:12, 262:15, 264:19, 267:6, 267:9, 274:17, 282:2, 283:6, 283:12, 284:1, 286:12, 287:12, 289:7, 289:13
**tested** [2] - 185:7, 219:10
**testified** [9] - 181:15, 191:6, 202:18, 204:15, 219:3, 225:13, 229:20, 234:14, 288:1
**testify** [1] - 275:15
**testifying** [2] - 177:22, 224:4
**testimony** [16] - 177:21, 191:5, 192:4, 199:13, 204:4, 204:14, 207:19, 223:13, 225:23, 226:5, 237:6, 241:10, 268:25, 269:9, 282:1, 300:17
**testing** [22] - 168:21, 169:14, 170:2, 184:13, 184:21, 184:23, 190:18, 199:25, 200:16, 200:18, 200:23, 201:7, 201:10, 202:7, 202:8, 262:20, 281:24, 283:15, 283:19, 287:3, 287:5, 287:17
**tests** [1] - 242:13
**THE** [226] - 165:1, 165:2, 165:13, 165:16, 166:2, 166:7, 166:11, 167:1, 167:5, 167:8,

167:17, 170:18, 170:21, 171:21, 171:24, 172:3, 172:4, 174:2, 174:6, 175:9, 175:10, 175:12, 175:16, 178:5, 178:7, 178:21, 179:15, 179:16, 179:18, 179:20, 179:21, 179:22, 182:3, 182:4, 182:5, 182:7, 182:12, 182:15, 182:17, 182:20, 183:6, 183:7, 183:9, 183:11, 183:13, 183:14, 183:15, 183:16, 183:20, 183:22, 184:16, 184:18, 184:21, 184:23, 184:24, 184:25, 185:2, 185:6, 185:7, 185:9, 185:10, 185:12, 185:15, 185:21, 185:24, 186:2, 186:3, 187:9, 187:14, 187:15, 187:17, 187:18, 188:21, 189:2, 189:4, 189:17, 190:5, 190:8, 190:24, 191:1, 191:11, 191:13, 192:5, 192:7, 192:8, 192:10, 192:12, 192:16, 192:21, 192:22, 192:23, 192:24, 192:25, 193:1, 193:4, 193:6, 193:7, 193:9, 193:12, 193:18, 193:22, 195:8, 198:22, 198:24, 199:1, 199:24, 202:2, 202:4, 202:13, 205:18, 205:20, 205:24, 206:1, 206:3, 206:5, 206:8, 208:19, 208:21, 209:10, 209:13, 209:14, 209:16, 211:1, 211:6, 211:8, 211:9, 212:11, 212:16, 212:18, 213:12, 213:21, 213:23, 214:2, 214:5, 214:8, 214:9, 214:11, 214:12, 214:15, 214:18, 214:19,

214:20, 214:24, 215:1, 215:3, 215:5, 215:6, 215:9, 215:16, 216:13, 216:17, 218:5, 218:18, 218:22, 220:21, 220:23, 220:24, 221:1, 223:21, 223:23, 226:18, 226:21, 226:24, 227:4, 227:5, 227:6, 227:8, 232:1, 232:4, 232:5, 241:25, 242:3, 242:5, 243:3, 243:9, 243:15, 243:17, 244:10, 244:11, 245:14, 245:15, 246:22, 246:25, 247:2, 247:3, 247:7, 247:11, 247:13, 247:18, 248:9, 248:14, 248:18, 248:20, 249:4, 249:15, 249:20, 249:23, 250:4, 250:11, 250:15, 268:24, 269:4, 271:20, 271:24, 273:16, 273:18, 273:21, 273:24, 273:25, 274:3, 274:22, 275:1, 275:7, 275:10, 275:15, 275:22, 276:8, 289:15, 289:18, 298:25, 299:5, 299:13, 299:22, 300:3, 300:7, 301:1

**theories** [2] - 204:10, 224:22

**theory** [3] - 199:17, 199:19, 235:9

**thereabout** [1] - 187:12

**thereabouts** [1] - 170:10

**thereafter** [2] - 170:14, 186:19

**therefore** [3] - 199:12, 246:13, 287:17

**three** [8] - 181:23, 182:8, 247:13, 249:17, 281:20, 284:20, 289:18, 299:6

**three-minute** [1] - 289:18

**throat** [1] - 214:22

**throwing** [1] - 179:8

**thumb** [1] - 259:9

**Thursday** [2] - 299:11, 300:14

**ties** [1] - 294:14

**TIGAN** [1] - 165:17

**timeframe** [1] - 183:5

**tissues** [1] - 280:8

**title** [2] - 272:7, 279:24

**today** [10] - 195:6, 199:14, 218:15, 250:23, 276:13, 288:10, 290:9, 290:16, 292:20, 300:8

**today's** [1] - 282:1

**tomorrow** [6] - 275:11, 299:6, 299:15, 300:8, 300:16, 301:3

**took** [2] - 175:11, 246:9

**top** [10] - 173:10, 179:17, 181:19, 186:10, 196:20, 196:23, 220:24, 255:16, 278:21, 284:5

**topic** [1] - 238:13

**torture** [1] - 233:3

**total** [4] - 200:12, 224:6, 224:13, 247:9

**towards** [2] - 175:18, 179:19

**toxic** [3] - 253:15, 253:22, 253:25

**tract** [2] - 193:8, 267:20

**transcribe** [3] - 250:1, 250:5, 250:9

**transcribed** [1] - 301:10

**transcript** [4] - 175:15, 250:3, 274:7, 301:9

**transcription** [2] - 165:25, 248:21

**transcripts** [4] - 247:16, 247:22, 248:15, 248:16

**transition** [1] - 267:17

**translate** [1] - 183:10

**transmission** [1] - 266:19

**treat** [1] - 183:21

**treatment** [3] - 251:25, 272:24, 279:21

**TRIAL** [1] - 165:6

**trial** [4] - 204:14, 249:12, 300:11, 301:3

**true** [6] - 177:17, 250:14, 250:20, 262:17, 266:16, 288:10

**try** [3] - 234:13, 244:20, 260:13

**trying** [14] - 181:5, 205:7, 205:12, 206:16, 207:9, 207:10, 218:3, 228:17, 238:16, 238:17, 247:19, 251:2, 255:2, 270:5

**tube** [1] - 217:8

**TUNNELL** [1] - 165:16

**turn** [2] - 238:13, 250:15

**two** [38] - 169:8, 169:10, 169:15, 170:6, 170:7, 170:10, 171:10, 172:16, 180:1, 180:7, 183:4, 184:25, 195:5, 201:2, 211:20, 219:20, 221:5, 221:16, 221:19, 222:1, 222:14, 224:8, 228:24, 229:1, 229:13, 233:15, 234:5, 242:19, 243:4, 246:10, 252:10, 273:8, 273:24, 274:1, 275:7, 278:10, 287:10, 287:15

**two-hour** [2] - 169:15, 170:10

**two-minute** [1] - 274:1

**two-stage** [8] - 169:8, 170:6, 219:20, 221:5, 221:16, 221:19, 222:1, 222:14

**type** [1] - 201:7

**typically** [8] - 183:12, 209:4, 214:22, 214:24, 258:20, 259:6, 261:7, 267:7

---

**U**

**U.S** [7] - 165:9, 285:17, 291:3, 295:9, 295:15, 297:8, 298:20

**under** [18] - 180:8, 204:15, 211:2, 213:6, 234:7, 235:9,

252:6, 254:16, 256:22, 257:2, 257:13, 259:6, 260:16, 266:21, 273:4, 274:14, 275:1, 301:11

**underlying** [1] - 216:22

**understood** [3] - 167:15, 189:4, 217:11

**Understood** [1] - 274:22

**undisputed** [1] - 246:3

**unexpected** [1] - 263:8

**unfortunate** [1] - 217:4

**uniform** [3] - 190:19, 192:13, 286:1

**uniformly** [1] - 203:11

**unique** [1] - 223:25

**unit** [18] - 264:2, 264:3, 264:4, 264:7, 264:8, 264:9, 265:2, 265:3, 267:14

**UNITED** [1] - 165:1

**United** [1] - 238:20

**units** [6] - 260:22, 260:24, 264:5, 264:6, 265:1, 265:4

**unless** [2] - 214:18, 233:10

**unmistakable** [1] - 229:2

**unpleasant** [1] - 217:10

**unreasonably** [1] - 242:7

**unusual** [2] - 261:5, 264:18

**up** [75] - 168:14, 169:2, 171:18, 171:22, 172:10, 175:3, 175:21, 176:7, 178:17, 179:15, 181:13, 187:1, 187:23, 188:5, 188:24, 190:10, 190:14, 190:16, 191:10, 191:19, 193:25, 194:19, 194:22, 194:23, 195:23, 196:3, 196:18, 196:19, 199:11, 199:19, 199:20, 199:25, 202:12, 204:4, 208:3, 208:5, 208:9, 208:11,

209:19, 211:16, 213:3, 214:6, 214:7, 214:16, 215:22, 218:4, 220:3, 221:7, 222:23, 223:3, 224:2, 224:23, 230:5, 235:18, 236:17, 237:23, 237:24, 239:7, 241:18, 242:7, 243:2, 243:25, 245:17, 247:17, 247:22, 248:14, 250:15, 260:15, 261:2, 261:20, 262:4, 263:13, 276:20, 289:21, 296:3

**upper** [4] - 175:16, 211:1, 277:7, 296:15

**usage** [2] - 251:24, 272:22

**useful** [1] - 300:13

**uses** [3] - 168:18, 254:13, 293:25

**USP** [2] - 206:14, 278:6

**utilizing** [1] - 165:25

---

**V**

**validates** [1] - 183:4

**value** [9] - 210:19, 211:15, 213:9, 215:4, 218:12, 232:20, 232:25, 262:4, 265:12

**values** [13] - 211:25, 212:3, 216:7, 216:21, 218:10, 262:3, 262:9, 265:10, 265:13, 293:19, 293:20, 294:9

**variability** [1] - 203:17

**variation** [2] - 216:4, 216:18

**variations** [2] - 292:7, 297:24

**variety** [2] - 184:9, 227:3

**various** [3] - 177:10, 280:8, 287:3

**verify** [2] - 297:3, 297:11

**versus** [2] - 186:1, 259:18

**vessel** [1] - 171:5

**vice** [2] - 272:8, 272:11

**Video** [6] - 250:12, 250:18, 269:13, 272:2, 276:9, 289:23
**video** [5] - 250:2, 273:23, 275:8, 275:16, 299:1
**videos** [1] - 274:12
**view** [5] - 235:4, 236:16, 237:21, 238:10, 274:15
**virtually** [1] - 169:16
**vitro** [13] - 190:17, 191:20, 194:2, 226:10, 226:14, 281:19, 281:23, 282:2, 284:1, 284:20, 285:1, 285:5, 288:1
**vitro/in** [5] - 226:6, 226:8, 226:25, 227:12, 288:6
**vivo** [10] - 194:4, 194:9, 226:6, 226:8, 226:25, 227:12, 245:23, 287:21, 288:6, 288:10
**vivo/in** [3] - 226:10, 226:13, 288:1
**volatile** [1] - 253:18
**Volume** [1] - 168:7
**volume** [2] - 172:1, 250:15
**volunteers** [1] - 213:13

## W

**wait** [1] - 178:25
**waiting** [1] - 249:23
**wants** [3] - 178:18, 267:19
**watch** [1] - 247:7
**water** [6] - 214:18, 214:22, 215:3, 217:19, 243:12, 243:16
**Water** [1] - 215:4
**ways** [1] - 193:16
**weakly** [1] - 198:5
**website** [17] - 174:3, 242:15, 277:4, 277:18, 277:24, 278:22, 279:13, 281:4, 283:22, 284:21, 285:1, 285:5, 285:18, 286:13, 286:19, 287:1, 287:3
**weight** [7] - 214:3, 236:2, 236:3, 236:5

**weird** [1] - 262:19
**well-accepted** [4] - 174:9, 174:12, 174:22, 176:5
**WEST** [1] - 166:14
**whatsoever** [1] - 245:4
**wheels** [1] - 243:22
**whereas** [3] - 255:3, 261:8, 264:6
**wherein** [1] - 264:19
**WHITE** [1] - 166:13
**whole** [8] - 204:8, 205:10, 205:13, 207:8, 208:22, 226:9, 227:3, 267:20
**wide** [1] - 184:8
**widely** [2] - 287:11
**WILLIAM** [1] - 166:12
**WILMINGTON** [2] - 165:18, 166:9
**wind** [1] - 171:22
**window** [2] - 226:15, 246:7
**winds** [1] - 188:24
**withdraw** [3] - 207:21, 241:10
**WITNESS** [72] - 171:24, 172:4, 174:6, 175:10, 178:7, 179:16, 179:20, 179:22, 182:4, 182:15, 183:7, 183:11, 183:14, 183:16, 183:22, 184:18, 184:23, 184:25, 185:6, 185:9, 185:12, 185:21, 186:2, 187:14, 187:17, 189:2, 189:17, 190:8, 191:1, 191:13, 192:7, 192:10, 192:16, 192:22, 192:24, 193:1, 193:6, 193:9, 198:24, 199:1, 202:4, 205:20, 206:1, 206:5, 208:21, 209:13, 209:16, 211:6, 211:9, 212:18, 213:23, 214:5, 214:9, 214:12, 214:18, 214:20, 215:1, 215:5, 215:9, 218:22, 220:23, 221:1, 223:23, 226:24, 227:5,

227:8, 232:4, 242:5, 243:17, 244:11, 245:15, 247:2
**witness** [10] - 168:3, 175:1, 209:25, 243:16, 245:13, 248:2, 248:6, 248:11, 289:21, 300:17
**witnesses** [4] - 247:4, 247:13, 275:8, 299:6
**wondering** [1] - 250:25
**word** [1] - 294:22
**words** [2] - 277:16, 279:23
**works** [2] - 219:6, 219:8
**world** [1] - 209:1
**worries** [1] - 181:12
**worst** [2] - 177:2, 177:10
**wrap** [1] - 243:2
**written** [2] - 252:2, 288:9

## Y

**Y-axis** [1] - 185:23
**years** [4] - 276:18, 276:20, 278:24, 288:14
**yellow** [2] - 211:24, 212:4
**YORK** [1] - 166:4
**young** [2] - 213:13, 213:25
**yourself** [6] - 276:13, 276:24, 290:24, 292:3, 293:4, 293:13
**yup** [1] - 223:1

## Z

**zoom** [1] - 173:3
**zoomed** [1] - 173:5