454

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

- - -

GALDERMA LABORATORIES L.P., et al.   :   CIVIL ACTION NO.
                                     :   A:21-CV-01710-SB
     v.                              :
                                     :   BENCH TRIAL
LUPIN INC., et al.                   :
                                     :   DAY 2
                                     :   1:00 P.M. SESSION
_____

                              James A. Byrne U.S. Courthouse
                              601 Market Street
                              Philadelphia, PA 19106
                              January 10, 2024
                              Commencing at 1:00

_____

         BEFORE THE HONORABLE STEPHANOS BIBAS

 _____

APPEARANCES:

FOR THE              MORRIS, NICHOLS, ARSHT & TUNNELL LLP
PLAINTIFF:           BY:  JACK B. BLUMENFELD, ESQUIRE
                     BY:  JEREMY A. TIGAN, ESQUIRE
                     1201 NORTH MARKET STREET
                     P.O. BOX 1347
                     WILMINGTON, DE 19899


                         - - -


             Kim L. Haley, CRR, RPR
            Official Court Reporter
          Kim_Haley@paed.uscourts.gov
                (267) 299-7232


Proceedings taken stenographically and prepared
utilizing computer-aided transcription

APPEARANCES CONTINUED:


FOR THE                    CAHILL, GORDON & REINDEL LLP
PLAINTIFF:                 BY:  ANDREW J. COCHRAN, ESQUIRE
                           BY:  GERALD FLATTMANN, JR., ESQUIRE
                           32 OLD SLIP
                           NEW YORK, NY 10005



FOR THE                    PHILLIPS, MCLAUGHLIN & HALL, P.A.
DEFENDANT:                 BY:  MEGAN C. HANEY, ESQUIRE
                           BY:  JOHN PHILLIPS, JR.
                           1200 NORTH BROOM STREET
                           WILMINGTON, DE 19806



FOR THE                    RAKOCZY MOLINO MAZZOCHI SIWIK
DEFENDANT:                 BY:  WILLIAM A. RAKOCZY, ESQUIRE
                           BY:  JOSEPH T. JAROS, ESQUIRE
                           BY:  ADRIANNE C. ROSE, ESQUIRE
                           BY:  NATASHA WHITE, ESQUIRE
                           BY:  KATIE A. BODA, ESQUIRE
                           6 WEST HUBBARD STREET, SUITE 500
                           CHICAGO, IL 60654

                    -   -   -

THE COURT:  Good afternoon.  Please sit down.

First of all, there was an exhibit number discrepancy that paralegals were going to figure out, to just make the record clear.

MR. JAROS:  Resolved, Your Honor.

THE COURT:  Very good.  That DTX and DDX, corresponding --

MR. JAROS:  I did.

(Exhibit Number DTX-614 was admitted.)

THE COURT:  Very good.  Were there any other preliminaries before we got on to our final witness?

MR. FLATTMANN:  There's been a few potential objections to the demonstratives and the exhibits and --

THE COURT:  Could you hand up those binders so I can look at them as we talk.

MR. FLATTMANN:  I'm happy to say we did resolve most of our differences last night in the meet and confer, just given the large volume of exhibits.

THE COURT:  Thank you.  I want to commend both sides.  You've been doing this admirably.  I wish I could train other law firms by your example.

MR. FLATTMANN:  That's kind, Your Honor.

Thank you.

We have concerns about DDX-5.4, the demonstrative.

THE COURT:  The demonstrative showing three peer-reviewed publications.

MR. FLATTMANN:  Yes.  And with the underlying peer-reviewed publications.  Now, these publications were produced to us on January 2nd, far later than the Schneider article which was excluded yesterday.  These reports don't appear as articles that Dr. Buckton relied on in forming his opinions, and they weren't discussed in his deposition.

THE COURT:  They are on his CV.

MR. FLATTMANN:  I see that.

THE COURT:  They weren't discussed in the deposition, so why are they being brought up at this late date, Mr. Jaros?

MR. JAROS:  Merely background and a visual aid to what he will testify verbally.  Have you had publications in this area?  Yes, I have.  So it's literally a visual aid, Your Honor.

THE COURT:  I've got the point.  I don't need the visual aid.  Let's just keep it out.

MR. FLATTMANN:  My concern is that these articles also discuss surface tension and the use and

impact of moisture barriers.  None of that subject matter is discussed in his reports or testimony.

THE COURT:  You're not going to get into that, are you?  Moisture barriers are not relevant here, or certainly shouldn't be.

MR. JAROS:  That's not.  It is merely they mentioned HPMC and Eudragit --

THE COURT:  You may, in your questioning of the witness, bring up his knowledge of HPMC and you can get -- there appears to be a difference about how to pronounce it and whether one is a term for a German form.

But in any event, you may go into those specific issues without using publications.

MR. JAROS:  Understood.

MR. FLATTMANN:  Thank you, Your Honor.

The second issue concerns DDX-5.79.  This is another demonstrative.

THE COURT:  So we're keeping out 5.4, and the underlying publications, 5.79.

MR. FLATTMANN:  And you'll see certain words are crossed out in this demonstrative.  We were informed during the meet and confer last night that Lupin may plan to now dispute specific intent to induce method of treatment plans and the claim limitations

calling for administrations.  Of course, that's contrary both to Dr. Buckton's prior testimony and the stipulations of counsel in this case which in light of which we streamlined --

THE COURT:  So the strike-throughs attributed to administrating are a placeholder for putting in issue, treatment and administration in ways that were not putting in issue earlier in the case.

MR. FLATTMANN:  That's our concern.

THE COURT:  Let me hear Mr. Jaros on that.  Was this put at issue earlier, is it now a part of your case, was it previously?

MR. JAROS:  It was, Your Honor.  So there is a section of Dr. Buckton's report.

THE COURT:  Can you take me to his report?  Perhaps we can talk through this.

I see his rebuttal expert report is 144.  Is that where you're talking about or is it an opening report?

MR. JAROS:  That is correct, Your Honor.

THE COURT:  So I have got it open.  Now where in it are we talking about?

MR. JAROS:  The very bottom 144.89.

THE COURT:  0089?

MR. JAROS:  Exactly.

THE COURT:  Let me find it.

Okay.  Which paragraphs?

MR. JAROS:  Beginning 155 and he addresses specific intent.

THE COURT:  I believe that's on page 9. Okay.

MR. JAROS:  I'm sorry.  Did I say 155? 153.

THE COURT:  153 begins the bottom of that page, correct.

MR. JAROS:  Exactly.  And there he states -- he addresses the issue of specific intent, but also goes on to address the fact that obviously Lupin does not administer or treat patients.

So those are in issue, they remain in issue, but I also think it's undisputed.  Lupin does not treat patients.

MR. FLATTMANN:  Your Honor, these are elements of the claims, and Dr. Buckton was asked at his deposition, transcript 35, lines 4 to 12:

"Question:  So, Dr. Buckton, to summarize, it seems that the only elements of the claims of the patents here that you dispute is the ratio of immediate to delayed release; is that correct?

"Answer:  I think in essence I dispute

the Lupin product has the claimed amount of immediate and delayed release pellets, I agree.

THE COURT:  Can I ask about this?  The theory here is indirect -- paragraph 153 appears to be talking about indirect infringement being induced.  Talk to me about the relevance of direct and indirect infringement here in terms of what's at issue.

MR. FLATTMANN:  Well, certainly, Your Honor, in these ANDA cases, method of treatment claims can be induced, and the evidence under the case law that typically proves that is the product insert which shows how the drug has been indicated to be administered and taken by patients.  You will recall that both parties have introduced that label in some of the earlier testimony.

THE COURT:  But you can't have indirect infringement unless there's direct, correct?

MR. FLATTMANN:  That is correct, Your Honor.

THE COURT:  And direct infringement doesn't require an intent.

MR. FLATTMANN:  That's correct, Your Honor.

THE COURT:  Okay.  So this is if I find there is direct infringement by the -- who would it be

by then, by the treating physician or pharmacist that Lupin would be liable on an indirect infringement theory?

MR. FLATTMANN:  Well, if you found direct infringement based on the manufacturer or sale, for instance, of the product.

THE COURT:  Oh.  If I find direct infringement based on claim 1, then there is indirect infringement that could flow from the proof of direct infringement plus intent under the method claims.  But it is still true that these administration method treatment claims piggyback on proof of direct infringement, and intent is not an element to the direct infringement cases as I understand them.

MR. FLATTMANN:  That's right.

THE COURT:  Okay.  Very good.  I was puzzled about why specific intent was popping up here and that is -- clarifies it.

So, please respond.

MR. JAROS:  Yes, Your Honor.  Number one, it's addressed in the report.  I don't believe that Dr. Buckton testified in deposition he was waiving any of the opinions disclosed in his report.  He caveated, in essence, this dispute is about 30/10, which is what Your Honor observed within an hour of the trial

beginning. That's number one.

Number two, Dr. Rudnic placed intent at issue. He's the one who sees an intent in coatings and processes and all these places. He's seen intent.

Dr. Buckton is here to rebut that. Design-around negates intent. And just to note, Your Honor, their theory is that Lupin labels it 22/18 but had something in their mind in hopes of function as 30/10. That is their intent, both an infringement theory of sorts, but it's also intent theory, and clearly Dr. Buckton is here to rebut that.

MR. FLATTMANN: Intent, as Your Honor already noted, is not part of our proofs of direct infringement. It's not a necessary part of our proofs. It goes to the circumstantial evidence.

THE COURT: I do think Dr. Rudnic opened the door on this one. Dr. Rudnic put a lot of emphasis on it. I was really puzzled because if there's not direct infringement, no amount of intent can turn it indirect infringement, but he's using it to try to show that the design-around wasn't really design-around, it was more than that.

I think he put enough emphasis on it that I'm going to allow this rebuttal.

MR. FLATTMANN: May I inquire, Your

Honor, if it is a separate issue of intent as it goes to whether or not the method of treatment plans are infringed based on the product insert.

THE COURT:  It can be a completely distinct issue, but I took Dr. Rudnic to be suggesting that his wasn't legitimate design-around either in his testimony.

MR. FLATTMANN:  Yes, I did as well, but I think that did go to direct infringement even though intent is not an element.

THE COURT:  It's covering both, and it's hard to keep the two hermetically sealed.  I think it's close enough.

MR. FLATTMANN:  Well, finally, Your Honor, last objection.  We object to DDX-5.126 through 1 -- I'm sorry, 126.

THE COURT:  5.1 --

MR. FLATTMANN:  124.

THE COURT:  124 through --

MR. FLATTMANN:  126.

THE COURT:  No explanation of differences, no such differences.

MR. FLATTMANN:  Right.

THE COURT:  So this is plotting some bioavailability studies.

What's the difference on these three slides -- oh, minutes, hours.  I see different time scale.

MR. FLATTMANN:  Right.

THE COURT:  Okay.  And what's the basis for your objection?

MR. FLATTMANN:  It's untimely. Dr. Buckton appears to rely on them to introduce an untimely bioavailability opinion comparing the two bioavailabilities of the drugs.  He did not present any bioavailability analysis based on these types of curves in his expert report beyond simply saying he disagreed with Dr. Rudnic's comparison of the bioequivalency of the two drugs.

THE COURT:  Let me hear your response.

MR. JAROS:  Yes, Your Honor.  We did meet and confer last night.  I attempted to explain to Galderma's counsel that this is not about bioavailability.  This is direct rebuttal to the exhibit that was presented to Dr. Rudnic in his deposition where, for the first time, he presented the subset theory.  We selected the subset theory.  We used this exhibit in his deposition to attack it.

THE COURT:  In whose deposition?

MR. JAROS:  Dr. Rudnic's.  I'm sorry,

Your Honor.

THE COURT:  You used these exhibits in Dr. Rudnic's deposition to attack it?

MR. JAROS:  Yes.  To be even simpler about it, Mr. Rakoczy used these plots with Dr. Rudnic yesterday in cross-examination and he recognized them, of course, because he had seen them in his deposition. So Dr. Buckton is offering opinions as to Dr. Rudnic's testimony on the exhibits that Dr. Rudnic testified to yesterday.

THE COURT:  I think that's fair as long as we limit it to the scope of rebutting what Dr. Rudnic was saying about this, rather than turning it into an independent topic.  Do you disagree?

MR. FLATTMANN:  We're comfortable with that, Your Honor.  Certainly.

THE COURT:  Okay.  Fine.  And you're welcome to stand and object if you think he's going beyond what is legitimately responding to --

MR. FLATTMANN:  Understood.

THE COURT:  That seems like a fair approach.

MR. FLATTMANN:  Thank you.

THE COURT:  Please proceed to call your final witness.

MR. JAROS:  Thank you, Your Honor.  Lupin calls Dr. Graham Buckton.

(GRAHAM BUCKTON, sworn.)

THE COURT:  Good afternoon, Dr. Buckton. Do you have a middle name?

THE WITNESS:  No.

THE COURT:  Okay.  Our court reporter here is the most important person in the room, so she can't take down if you shake your head or say uh-huh or un-un.  We may have to just -- sometimes people lapse into it but just be sure to say yes or no, express your answers in words.

THE WITNESS:  Thank you.

THE COURT:  If at any time you need a break or a glass of water, definitely take a break, it may be a long afternoon, please don't be embarrassed to tell me.

And same thing, of course, goes for our court reporter.

Go ahead.

MR. JAROS:  Thank you, Your Honor.

DIRECT EXAMINATION

BY MR. JAROS:

Q.    Dr. Buckton, can you adjust the mic to a comfortable spot?

A.      Does that sound okay?

Q.      Please state your full name.

A.      Graham Buckton.

Q.      Have you prepared slide DDX-5 to assist your testimony today?

A.      Yes, I have.

Q.      Let's start with your qualifications.

What is your academic background?

A.      I have a bachelor of pharmacy degree from Chelsea College, University of London.  And then I registered as a pharmacist.  And then I have a PhD degree from King's College, University of London in pharmaceutics, where I became a lecturer in pharmacy.

I moved from King's College to the School of Pharmacy, University of London, and I carried on my career there as a lecturer -- senior lecturer, reader, professor and then subsequently head of department of pharmaceutics.  And during that time, I was awarded doctor of science by the University of London, which is the highest degree the university can award for continued research in a particular area.

And I was honored with fellowships of the Royal Pharmaceutical Society, the American Association of Pharmaceutical Scientists, the Royal Society of Chemistry and the Academy of Pharmaceutical Sciences of

Great Britain.

THE COURT:  I thought that the convention in England was to call it the DPhil, that PhD was an American sign.

THE WITNESS:  That's a curiosity.  So DPhil is a doctor of philosophy from Oxford or Cambridge.  Everyone else has a PhD, which is also a doctor of philosophy, but it's put the other way around in every other university in the UK.

But doctor of science is a higher degree, so it's -- if you like, the academic achievement -- the academic equivalent of a lifetime achievement award, if you like.  It's a higher degree than a Ph.D.

BY MR. JAROS:

Q.   Did your academic work involve formulation development and pharmaceutical composition testing?

A.   Yes, it did.  So most of my academic research was to do with materials' properties.  And materials' properties related to processing and formulation in order to make drug delivery systems.  And most of those drug delivery systems were solid oral dosage forms, and that included tablets but also pellets of the type that we are talking about in this case.

And we also, of course, tested those.  On a regular basis, we would be doing dissolution testing,

for example.

Q.    Did your academic work involve research on coating materials?

A.    Yes, it did.  So I've carried out research on coating materials in their own right, cast films of coating materials and coating materials on to tablets, for example, to understand their properties and behavior without the need to talk about publications that we were discussing before.

Q.    Let's turn to your industry experience.  Can you explain that?

A.    Yes.  So starting with my academic work, I work very closely with the pharmaceutical development directors of the major multinational companies, and I would meet with them, and we would discuss what are their current issues and problems in the drug delivery area.  And then we devise research projects, and they would fund research in my lab based on the issues that occurred within the pharmaceutical industry.  So my academic work was very industrially focused.

Subsequently, I was founder and chief executive officer of a company called Pharmaterials. And Pharmaterials carried out early preformulation work, formulation development and clinical trial manufacturer as a contract service for a very large number of

companies around the world.

And Pharmaterials was fortunate to be awarded the Queen's Award for enterprise in 2008, and then subsequently, I sold the company in 2012 and exited from it.

As well as that, I've been a consultant to companies in the United States, in the UK, and across the rest of Europe, as well as consulting on formulation and drug deliveries used to companies in India as well.

Q.     Turning to regulatory, what is your regulatory experience?

A.     For over 20 years, probably 25 years, I sat on the Chemistry, Pharmacy and Standards Committee of what is now called the Commission on Human Medicines.  That is the equivalent of the FDA within the UK, so it's the body which grounds and revokes marketing authorizations.

Each month, I would review the assessments along with the rest of the committee.  I review the assessments on all the new products that come to market and also on first generics that come to market, and look at their suitability from a safety, quality and efficacy perspective, and give opinions as to whether they should be given a marketing authorization.

Also, I was British Pharmacopoeia

Commissioner, I was on that for some time, as well as on working parties for the United States pharmacopoeia and European pharmacopoeia and other working parties for the UK for the British pharm.

Q.    Did your regulatory work involve delayed-release products?

A.    Yes, it did.  So we would review modified-release formulations, delayed-release formulations and everything that went with those, including all of the background chemistry and pharmacy categorization of that.  So that would be dissolution testing in relation to those, PK testing in relation to those, indeed retained solvents and standards of the specifications in relation to those.  The whole remit of what would go forward from a chemistry and pharmacy perspective.

            THE COURT:  You mentioned modified and delayed release.  What is the distinction between modified release and delayed release?

            THE WITNESS:  So delayed is intended to not to release immediately and to release subsequently.  Modified release can be releasing gradually over a long period of time, for example.  So it could start at the beginning and run for eight hours and not be affected by pH.

THE COURT:  I see.

BY MR. JAROS:

Q.     Did your academic industry and regulatory work include review and analysis of dissolution and testing and pharmacokinetic data?

A.     Yes, it did.

Q.     Have you been accepted as a formulation expert by any courts?

A.     Yes, I have.

Q.     And where at?

A.     In the United States and in countries in Europe.

Q.     Please turn to DTX-607 in your binder, and confirm that's your current CV, please.

A.     Yes.

Q.     Is that a true and accurate copy of your experience?

A.     Yes, I believe so.  Yes.

Q.     You mentioned your academic work.  Have you published coating materials such as HPMC and if EUDRAGIT L 30 D-55?

A.     Yes, I have.

           MR. JAROS:  Your Honor, we proffer Dr. Buckton as an expert in formulation development and pharmaceutical composition testing.

           THE COURT:  Any objection or request for

voir dire?

MR. FLATTMANN:  No objection, Your Honor.

THE COURT:  I don't believe there was any Daubert issue on this.

MR. FLATTMANN:  We have not raised any such issue.

THE COURT:  I will receive the CV into evidence and credit him as an expert in pharmacokinetic.

BY MR. JAROS:

Q.      Let's go to your expert opinions.

Can you summarize your affirmative opinions?

A.      Yes, I can.  So the asserted patents teach how to design, make, test, and describe a claimed composition.  And that's about 30/10 to all -- the 30/10 Oracea patent claims we looked at.  Lupin's products, it's about design, making, testing and accurately labeling the 22/18, the product, for immediate release, delayed release, and I would suggest that there is neither literal or equivalent infringement on that basis.

(Exhibit Number DTX-607 was admitted.)

Q.      Next slide.  Can you summarize your rebuttal opinions?

A.      So my rebuttal opinions, first of all, in

relation to Dr. Rudnic's opinions, the very interpretation of the pH 4.5 data that Dr. Rudnic relies on, the results of 150, 180 and 240 time points, I believe are not reliable.  And his interpretation of plasma concentrations, I believe, are not reliable.

I will also talk about Dr. Rudnic's lack of data in terms of no disclosed testing to support theories, and also the lack of challenge to the immediate release results of pH 1.1 as being significant.  And then I will talk to the rebuttal testing which confirms that the Lupin product is a 22/18 ratio product.

Q.    Let's focus on the asserted patents.

What is shown on slide 9?

A.    Slide 9 are the asserted claims in overview.

Q.    Next slide.  And specifically with respect to composition, we've seen these many times, so we can breeze through.

What have you identified here?

A.    So the key points are that it is a pharmaceutical composition of doxycycline, and it comprises an immediate-release portion with '532 patent about 30 milligrams of doxycycline, and the delayed-release portion comprising about 10 milligrams of doxycycline where it's coated by at least one enteric

polymer.

The '740 patent is slightly different because it doesn't have the words "about," and doesn't have to rely on some of the enteric polymer.

Q.    We have some color coding here.  Can you remind us of the color coding?

A.    So color coding, the yellow related to composition.  What was called purple, I think, in the openings, so I will stick with it, for the immediate release, is -- that's the color coding for the immediate release.  And then the blue one is the color coding for the delayed release.

Q.    In reaching your opinions, did you apply this Court's constructions of the immediate and delayed-release time phrases?

A.    Yes, I did.

Q.    Let's take a closer look at that starting with your understanding of the person of ordinary skill.  We have DTX-33.7 to 8 on slide 11.

What is shown here?

A.    So this is the definition that's been used of person of ordinary skill in the art.  And it says that a person of ordinary skill in the art in the field of the Chang patents has the priority date, had education and experience in drug delivery and formulation.  In this

field, education and experience levels may vary among persons of ordinary skill:  Some persons holding a bachelor's degree with many years of experience, and others holding higher degrees but having less work experience.

Through education or experience, a POSA would have knowledge in the skill relating to the use, function and formulation of pharmaceutical excipients, knowledge and training regarding the equipment processes and techniques used to analyze and test formulation materials, and an understanding of pharmacokinetic principles and how they relate to drug development.

Q.    Did you apply that definition for your opinions in this case?

A.    Yes, I did.

Q.    And in your opinion, were you a person of at least ordinary skill as of April 2003?

A.    Yes, I was.

Q.    Let's go back to the patents.

What is shown in slide 12?

A.    This is the summary of the invention, which is telling you how to make the claimed composition, and it talks about an immediate-release component of the drug and the delayed-release component of the drug, which are combined in the preferred ratio of 75/25 immediate

release to delayed release.  And with a dose of 40 milligrams, as we know, that relates to a 30-milligram to 10-milligram dose ratio.

Q.    Let's go to the examples in the patents, slide 13.

What is shown here?

A.    This tells you how to make an immediate-release pellet.  You have heard of this before, so I won't say other than it is the method by which you make immediate-release pellet.

Q.    Next slide.

What is shown on slide 14?

A.    It shows you how to test the immediate-release pellet.  And at the bottom of the example, it directs you to Figure 1 as a test of the immediate-release pellet.

Q.    What is shown on slide 15?

A.    This is the test, it is figure one of the patent.  It's -- as we've seen a number of times, it's a one-stage test; it's carried out in pH 1.1, which as I will explain, is the industry standard approach for doing this kind of test; and it shows data at 10-, 20- and 30-minute time points with six individual vessels in a dissolution test.  It shows that the dissolution is very rapid.  It does not show that it's all out before

10 minutes, at some stage before 10 minutes.

THE COURT:  Can I ask you a question?
Mr. Avachat referred to anhydrous doxycycline, now we're talking about doxycycline monohydrate.

Are those terms functionally indistinguishable?

THE WITNESS:  In terms of dose, I think he said that you should relate the dose to a particular amount of doxycycline.

THE COURT:  Uh-huh.

THE WITNESS:  You could have different forms of the doxycycline, which will have slightly different properties.  So the monohydrate will have slightly different properties to either forms.  This is a freely soluble drug.  So with it being a freely soluble drug, you don't need to be concerned about those different forms.  Whereas if it was a poorly soluble drug, they may well have a significant effect with relation to how it dissolved and how it behaved.

THE COURT:  Okay.  So anhydrous and monohydrate may mean some things that are slightly different, but functionally it is not going to affect dissolution/absorption and so on?

THE WITNESS:  I've see nothing to suggest that it would matter in relation to this because it is a

freely soluble drug, so we needn't be concerned about it for a freely soluble drug.

THE COURT:  All right.  Thank you. Please proceed.

MR. JAROS:  Yes, Your Honor.

BY MR. JAROS:

Q.      And to clarify that point, the monohydrate weighs more than the anhydrate?  It is 10 percent more because it has water.

So when you label it, FDA requires you to label it consistently, if you have water, if you have a solvate.  The 40 milligrams is on an anhydrous basis, which means without the some solvent count.

A.      Correct.  Got it.

(Court reporter interruption.)

BY MR. JAROS:

Q.      You mentioned this is an industry standard test. Why is the test conducted at pH 1.1?

A.      So pH 1.1 is the standard industry representation of the human stomach.  It is a pH which is a usual pH within the human stomach.  And I will talk to that some more in a short while.

Q.      What is shown on slide 16?

A.      So this is how to make delayed-release pellet. And this is Example 2 from the patent, and it talks

about using the EUDRAGIT L 30 D-55 polymer, which as we know, is an enteric coating polymer designed to dissolve when we get to pH 5.5, the 5/5 of the intestines.

This mixed with triethyl citrate, which is a plasticizer -- plasticizer is there in order to make it more flexible, make a good, coherent film. That's standard with this kind of formulation. And it has to talc, which is there to stop it being tacky and to stop it adhering together. And talc is standard in this kind of formulation as well. It tells you about how you would go ahead and make that delayed-release pellet by straying the coat onto the surface of drug-loaded pellets.

And it says optionally at the end, you could put an Opadry beige coat on. And that is a color coat, which doesn't have any other function other than to give color to the coat.

Q.    What is shown on slide 17?

A.    This is how to test the delayed-release formulation. And it says go to Figure 2 and look for the test.

Q.    What is shown on slide 18?

A.    That's Figure 2 of the patent. We've seen this a number of times for the gain. What we have is a test designed to show that over two hours of pH 1.1, which is

the standard representation of the stage, that we do not see release from the delayed-release pellet.  And then when we change to a higher pH, we do see release from the delayed-release pellet.

Q.    Why is this test conducted in two stages?

A.    Immediate release.  One, we wanted to show that it released straight away when it goes into the stomach.  And this test, we want to understand that it could withstand longer than is necessary, because it won't be in the stomach for two hours, and it demonstrates, therefore, a good margin of safety on the test that it will not release during the period longer than the time in which it resides in the stomach.

Q.    Let's go to slide 19.  What is shown on slide 19?

A.    So this is the putting it together, how to make the 30/10 composition.  What it says is if you want a 75/25 ratio, the fill weight of drug-loaded pellets can be calculated based on the actual potency of the drug-loaded pellets to deliver 30 milligrams.

         That's slightly different to what you heard this morning, Your Honor.  In this case, what they're doing is analytically looking at how much is in the immediate-release pellets and how much is in the delayed-release pellets.  And based on analytically

understanding what is in each, then they're saying what weight of each should be put into the capsule.

Slightly different to how it was described this morning, but it shows the same outcome. So the second part in blue is if you do the same thing for the delayed-release pellets, and then you would combine the two together.

Q.      A quick look at slide 20 that's shown here.

A.      This is example seven, and this gives a more detailed version of that.  And it says, "Size 0 capsules containing a ratio of 75 to 25 of drug-loaded IR pellets to enteric-coated DR pellets was prepared as follows."

And then it describes going through analytical calculation about how much drug was in the immediate-release pellets, how much drug was in the delayed-release pellets.  And based on that, they say the fill weight of IR beads would be 159.5 milligrams and the fill weight of delayed-released beads would be 77.6 milligrams in order to give you a 75/25 immediate release to delayed release ratio and the 40-milligram dose.

Q.      All right.  So these irregular numbers are gross weights and the 75/25 are the net weights?

A.      So what they've done is they've made the immediate release how they said that they did it in

example one; and they made the delayed-release how they said they would do it in example two.  And they've analytically looked to see how much is in a gram of immediate-release beads and, therefore, how much of that do I have to weigh out in order to get the right amount of immediate-release beads.

THE COURT:  Right.  That's another way of saying --

THE WITNESS:  Yes.  As I said, Mr. Avachat said this morning was a different way of achieving the same goal, but it's achieving the same goal.

BY MR. JAROS:

Q.      Let's focus on testing the composition.  What is shown on slide 21?

A.      So when you have your product made, this is how to test the 30/10 composition using Figure 3 of the patent.

Q.      Let's go to Figure 3.  What is shown on slide 22?

A.      You've seen this before.  This is the two-stage test, which is a standard test that we've seen many times where we have two hours of pH 1.1.  And that has a dual purpose.  You want to see in these two hours that we release all of the drug from the immediate-release

component, essentially all of it.  And we also want to see that we don't release significant amounts of drug from the delayed-release component.

And then beyond that, we have to go to the higher pH region.  And there we do want to see the release from the delayed-release component.

Q.     Is there anything unconventional about using the two-stage dissolution test like the one described in Figure 3?

A.     This is all standard tests.  It's a regulatory approved test.  It's in the Pharmacopeia.  It's an approved test, it's a standard.

Q.     Let's focus on pH for a minute.  We have DTX-84 on slide 23.

What is shown here?

A.     This is a schematic representation of the gastrointestinal tract with colors to show the pH.  So the top, the red part, is the stomach.  And the stomach has a pH of 1 to 2, in that kind of range, for a fasting human stomach.  It's the standard pH.  That's why it's colored red.

It doesn't have a standard pH at 4.5, unlike what was being said yesterday.  The standard pH is 1 to 2.  Unlike what was said yesterday, that does not cause holes to form in the stomach, which would be a

problem.

THE COURT:  But there is a distinction between the pH fasting and pH with food or water?

THE WITNESS:  Correct.  It would be higher if it's fed.

THE COURT:  So the 1 to 2 then, is that a fasting figure?

THE WITNESS:  1 to 2 is a fasting figure. The effect of water we can talk some more about; the effect of food definitely would raise the pH.  I don't think there is any evidence in the case that suggests that water will have a significant effect on pH for any significant amount of time.

THE COURT:  Right.  Water has a pH of 7, correct?

THE WITNESS:  Right.

THE COURT:  So I guess it depends how much one consumed?

THE WITNESS:  And additionally, the body is very good at re-establishing it's equilibrium position.  So that if you take water, clearly that water has a higher pH, there is no doubt.  It also has a much lower temperature.  And so what will happen is the body will bring that water up to 37 degrees C, and it will bring it to the correct pH of the stomach as well.

So there will be a transient period that will be a difference --

THE COURT:  Transient, meaning a few minutes?

THE WITNESS:  I don't think we actually know.  There is nothing in the case at the moment to suggest how long that will be, but I would suspect a few minutes into tens of minutes.  I can't see that being realistically extended beyond that kind of time.

There's another nuance to that as well.  If it's set that the water is colder and has a higher pH, gelatin doesn't dissolve in cold water.  Gelatin only dissolves when you get above 30 degrees or thereabouts.

THE COURT:  And food would have a more sustained effect, but when we're dealing with a drug whose instructions say do not take with water, then that's unlikely to be having such an effect.  Not that there would be something in the stomach, but it wouldn't be having an effect right at the time in the stomach?

THE WITNESS:  You're absolutely correct that food would have a sustained effect.  It would raise the pH in the stomach and for a prolonged period of time.  That's absolutely true.

But this class of drug has real problems

if you take it with food.  It becomes ineffective.  So you can't take this drug with food.  So it would be a problem well beyond anything within the agreement of the patent in this case if you took it with food, so we really should dismiss that notion because it shouldn't happen.  You should be fasting.

Q.     Yesterday Dr. Rudnic testified that pH 1.1 is not biorelevant.  Do you agree?

A.     Well, that's what I was talking about.  So, no, I don't agree.  PH 1.1 is undoubtedly biorelevant.  For generations of scientists we've used pH 1.1 as the correct pH to represent the human stomach in the fasted state.

In terms of what biorelevant means, you can buy biorelevant fluid if you want to.  So you can go out and say I want something that's more like the fluid in the human stomach than just hydrochloric acid.  There's no doubt the stomach produces hydrochloric acid.  That's what's generated all the time in the stomach is hydrochloric acid.

But if you want fluids that have enzymes in it and if you also want to have surfactant, biosurfactants in it, you can go out and buy something like that.  If you do, a fasted, simulated, biorelevant gastric fluid will have the pH of less than 2.  It will

be 1 and a half, 1.2, something like that.

I don't know of anyone selling me a biorelevant stomach, fasted pH of 4.5.  Don't think it exists.  It isn't relevant within the context of normal human anatomy and how things would behave.

Subsequent to the stomach, we progress out into the tube going out to the left, which we see as kind of an orange color going through to green.  So we're going into the intestine.  As we get to the intestine all the pH is raising and generally speaking, we would say the pH is going to be about 5.5 as it rises into the intestine, but it could be a bit less or a bit more than that.  It's possible.  And as you progress through --

THE COURT:  As it arrives, just after it goes through the colon into the duodenum.

THE WITNESS:  Yes.

THE COURT:  From 1 to 2, fasting -- 5.5, duodenum.

THE WITNESS:  Correct.  And then by the time you get to the colon, you would expect it to have gone up to something like 7.

THE COURT:  Seven, okay.

So when you're in the jejunum and ileum, it's somewhere between 5.5 and 7?  Is it gradually going

up?

THE WITNESS:  Yes.

THE COURT:  Okay.  Across the --

THE WITNESS:  Yeah.  I'm done.

BY MR. JAROS:

Q.      Okay.  Yesterday Dr. Rudnic also testified that pH 4.5 is biorelevant to release in the stomach.  Do you agree with that?

A.      No, I don't.  As I say, certainly in a fed stomach you can have a pH of 4.5.  Dr. Rudnic talked about giving a glass of water.  We discussed that, and I haven't seen anything in the case that talks about giving a glass of water or what effect that would have, but I think that would be transient and unlikely to be significant because I don't expect the capsule to dissolve in a glass of cold water, if that's what it's sitting in.

THE COURT:  The gelatin typical coating and you say the gelatin is impervious to water?

THE WITNESS:  Gelatin has what's called a phase transition at just over 30 degrees centigrade.  So it has a solid/gel transition.  Below 30 degrees centigrade it is very poorly soluble.  So if you put it in a glass of water --

THE COURT:  But the temperature in the

stomach is going to be -- body temperature is 37 degrees centigrade.

THE WITNESS:  Correct.

THE COURT:  So by the time it hits the stomach, that's not going to affect it.

THE WITNESS:  By the time it's out of the water that it went to the stomach with --

THE COURT:  Yes.

THE WITNESS:  -- then it will be a pH 1.2 or pH 1.1 and the 37 degrees C.  If it's sitting in the water, potentially it's at a higher pH effective level --

THE COURT:  And so taking it with the water means it's not going to dissolve in the throat.

THE WITNESS:  It's going to dissolve in the stomach, because if it's sitting in the water, the pH 4.5 --

THE COURT:  Right.

THE WITNESS:  -- it's sitting at 20-something degrees C, but if it's reached 37, it's also reached pH 1.1, 1.2.

THE COURT:  Thank you.

BY MR. JAROS:

Q.      And to clarify, we saw gelatin earlier in the excipients.  When you refer to gelatin, what is gelatin

in these products?

A.      Gelatin is the capsule shell.  So the pellets are filled into a capsule.  The capsule is made out of gelatin.  The process by which dissolution occurs is the capsule will dissolve at the appropriate temperature in the gastrointestinal tract.  When the capsule dissolves the pellets will come out of the capsule and then the pellets will rapidly start to dissolve if they are immediate release.

        I can describe that a little bit more later on if you'd like.

Q.      Let's turn to how they describe a claim composition.  What is shown on slide 24?

A.      So this is describing the claim composition as simply being the ratio of 75 to 25 in order to deliver 30 milligrams of doxycycline as immediate release and to deliver 10 milligrams of doxycycline as delayed release.

Q.      And how would a POSA understand the use of "deliver" in this context?

A.      So I would think a POSA would understand deliver to mean that it has released the drug in the gastrointestinal tract.  So delivering 30 milligrams means it's released 30 milligrams immediate release in the gastrointestinal tract.  The same with the delivering 10 milligrams.

Q.     Slide 26.  Let's go to ORACEA and focus on how it's made.  Slide 27.

We have DTX-36.3 on slide 27.  What is shown here?

A.     So this is part of the NDA I think for ORACEA, and it says that the composite capsules are produced by filling individual immediate-release beads equivalent to a 30-milligram dose and the delayed-release beads equivalent to a 10-milligram dose, into size 2 capsule shells, and those would be the gelatin part of the capsule shells we just talked about.

So what it talks about is the potency and the dose and a fill ratio.

Q.     You were present in the courtroom yesterday for Galderma's witness Mr. Griffin's video testimony, correct?

A.     Yes.

Q.     How does the process of making ORACEA relate to the 30:10 ratio?

A.     I am not sure I entirely understand the question if I'm honest, but the process of making it, there is a design in order to make a 30:10 ratio, and the process ensures that you meet the design of making a 30:10 ratio.

MR. JAROS:  Your Honor, we move to admit

DTX-36.

THE COURT:  Any objections?

MR. FLATTMANN:  No objection, Your Honor.

THE COURT:  Admitted.

(Exhibit DTX-36 admitted.)

BY MR. JAROS:

Q.      You have DTX-37.2 on slide 28.  What is shown here?

A.      So this, again, is for the ORACEA submission to the FDA, I think, and it is the *in vitro* dissolution studies.  And it says the dissolution profile was tested using a standard apparatus 2 of the USP, which is the paddle apparatus that we saw this morning, 75 RPM, 750 mil of dilute hydrochloric acid.  I said earlier, diluted hydrochloric acid is what exists in the human stomach, so that's why diluted hydrochloric acid is used at the pH 1.1, which is in keeping with the pH of the fasted human stomach for two hours.

And this says the dissolution media for this first stage of the test simulates gastric conditions where drug will release from the immediate-release beads.  I think that's clear and that's understandable, and a person of ordinary skill in the art would understand that to be correct.

Then after two hours the media pH is

adjusted to pH 6 to simulate the change enteric conditions, meaning the change to the intestine where the drug will release from the delayed-release beads.

MR. JAROS:  Your Honor, we move to admit DTX-37.

THE COURT:  Any objection?

MR. FLATTMANN:  No objection, Your Honor.

THE COURT:  So admitted.

(Exhibit DTX-37 admitted.)

BY MR. JAROS:

Q.      We have DTX-37.20 on slide 29.  Very briefly, what is shown here?

A.      This talks about how to test whether the product, the ORACEA product is correct or not.  And again, this is pH 1.1 for two hours and to look to make sure that the delayed-release beads of that product do not release during that period of time.  And then after two hours, moving to pH 6 and to show those delayed-release beads do release, and again, this talks about having an assurance of performance.

Q.      Let's go to how ORACEA is labeled.  We have DTX-43.1 on slide 30.  What is shown here?

A.      So this is how to label the ORACEA.  It gives the specifications for ORACEA and it says the proposed limits under the acidic conditions ensure that no

significant amount of drug from the delayed-release bead is released during this phase. So then it has the tests of immediate-release beads, pH 1.1, which is exactly equivalent to Figure 1 of the patent. And it has the delayed-release beads tested at zero to two hours of pH 1.1, and then switching to the higher pH, which is equivalent to Figure 2 of the patent and the delayed-release beads.

And then they test the drug product zero to two hours of pH 1.1, then switching to the higher pH, which is the equivalent of Figure 3 in the patent, and the two things tie up very nicely.

MR. JAROS: Your Honor, we move to admit DTX-43.

MR. FLATTMANN: No objection.

THE COURT: Admitted.

(Exhibit DTX-43 admitted.)

BY MR. JAROS:

Q. Let's turn quickly to some ORACEA test results. We have DTX-44.42 on slide 31. What is shown here?

A. So these are dissolution results on ORACEA product from the same kind of specification of the amount which you're releasing two hours and the amount which should be released in four hours. And they show that at 0.5 and 2 hours it is releasing its

immediate-release component.

MR. JAROS:  Your Honor, we move to admit DTX-44.

MR. FLATTMANN:  No objection.

THE COURT:  Admitted.

(Exhibit DTX-44 admitted.)

BY MR. JAROS:

Q.     Jump ahead to slide 36, Lupin's product.

Please remind us, what is your opinion regarding Lupin's product?

A.     Quite simply Lupin's product is designed and it's made, tested, and accurately labeled as a 22-milligram immediate release, 18-milligram delayed release product.

Q.     Let's start with design.  We have DTX 46.10 on slide 38.  What is shown here?

A.     This is part of the submission to the FDA and it's the product development report.  And it shows that it's designed as a 55:45 ratio, and it says that Lupin's formulation contains immediate-release pellets and delayed-release pellets in the 55:45 ratio.  Test product contains 22 milligrams doxycycline in immediate release and 18 milligrams doxycycline as enteric-coated pellets, which are delayed-release pellets.

Q.     Let's jump to slide 40, please.  We have

DTX-46.68 and 70 on slide 40.  What is shown here?

A.      This shows that as well as being designed at this ratio, it is also made of this ratio.  So the weight ratio of 55 percent of the seal-coated, immediate-release pellets, and 45 percent of the seal-coated pellets, which are then submitted to further coating for enteric coating, are divided up and then are used to make the product.

Q.      We have DTX-47.10 on slide 41.  What is shown here?

A.      So this is part of a flow chart for the process by which Lupin makes its product as the 55 to 45 ratio, and it just pulls out the section where it says the seal-coated pellets going over to distribution of seal-coated pellets into the immediate release and the enteric-coated ratio, and then the ones that are going forward to be the delayed-release beads are coated with the solution of the methacrylic acid copolymer, which is EUDRAGIT; triethyl citrate, which is the plasticizer; talc, which is the anti-adherent to stop it being tacky; and purified water.  And that's coated on to give the enteric-coated product.

                MR. JAROS:  Your Honor, we move to admit DTX-47.

                MR. FLATTMANN:  No objection.

THE COURT:  Admitted.

(Exhibit DTX-47 admitted.)

BY MR. JAROS:

Q.    Let's turn now to Lupin's product as tested.  We have DTX-46.32 on slide 32.  What is shown here?

A.    So this shows that Lupin's product was tested in the same way as the patent and the ORACEA product described.  There is an acidic medium, dilute hydrochloric acid, pH 1.1, and stopping points for the acidic stage of 30, 60 and 120 minutes.  And then there is what's called always the buffer stage.  The buffer stage is where you add alkaline to that stage in order to adjust the pH.

Q.    Let's jump ahead, slide 43.  So you have DTX-46.91.  What is shown here?

A.    So this is the discussion of the optimization of the formulation, and it says that the formulation optimization studies were carried out using the dissolution method that we talked about with the acidic two-hour stage of 0.1 normal hydrochloric acid, that's pH 1.1, and then adjusting to pH 6.0.

Q.    What does formulation optimization refer to?

A.    Formulation optimization is where you will adjust a component of the formulation in order to be sure that you have a correct and suitable choice for the

amount of that component inside your formulation.

Q.      We have DTX-25.2 on slide 44.  This came up earlier.  We won't be labor it, but what is shown here?

A.      That is the certificate of analysis which shows that the Lupin's product specified and tested using the same pH 1.1 acid stage, at least of the dissolution test.

Q.      Let's go to slide 45.  We have DTX 52.2.  What is shown here?

A.      So these data show that Lupin have subjected their product to accelerated stability testing.  Accelerated testing is at 40 degrees centigrade and 75 percent relative humidity, zero, 3 and 6 months, and then subjected them to long-term testing at 30 degrees centigrade and 65 percent relative humidity for time periods from zero to 12 months.  And for all of those conditions, all of those storage conditions, at least for the acidic stage, they have shown that the dissolution remains the same and functions throughout its shelf life in the same way.

                MR. JAROS:  Your Honor, we move to admit DTX-52.

                MR. FLATTMANN:  No objection.

                THE COURT:  Admitted.

                (Exhibit DTX-52 admitted.)

BY MR. JAROS:

Q.      We have DTX-75.18 at slide 46.  What is shown here?

A.      We have seen this a number of times.  It is the ORACEA product at the top releasing 75 percent of its drug in the pH 1.1 test over two hours, and it shows that that product released its drug very quickly, essentially all of it was before the first point.  So if we released between zero and 15 minutes, but it also shows that the three exhibit batches, which are the commercial scale three batches that were submitted to the FDA, have equally all released very quickly such that pretty much all of it is out in the 15 minutes and it is about 55 percent throughout that test.

THE COURT:  Can I ask you, so these are being released in the stomach but the stomach is not where one absorbs the drug.  So it's, in essence, waiting about an hour such that as soon as it gets to the duodenum, it's then going to move very quickly into the blood.

THE WITNESS:  So let me just try to talk through that process.  So the capsule goes into the stomach.  Assuming it's 37 degree C, the capsule will dissolve quite quickly, within a number of minutes.  Five minutes or so, the capsule will dissolve.

The pellets, all of them come out into the stomach.  Within the first 10, 15 minutes, immediate-release pellets you would reasonably expect them all to have dissolved.

Just thinking about the immediate-release pellets now, they go from the stomach in the duodenum.  That will be an exponential process.  I don't know if that makes sense or not, but it starts off very rapidly and the kind of first order decay -- maybe I should just say it --

THE COURT:  No, I understand what exponential -- I'm wondering more if they're releasing in 15 minutes, is it still in a solid form such that it's going to move to the duodenum pretty consistently?  Because if it's a liquid, might it not the slosh around in the stomach for some time?

Help me understand the physiological process.

THE WITNESS:  So just dealing with the immediate release for now, and then we'll do the delayed release.

THE COURT:  Yes.

THE WITNESS:  The immediate release will -- like any liquid that you drink, it will empty very rapidly from the stomach.  On a -- very rapidly at the

beginning, slowing down as you get less of it left in the stomach.

However, the first 10 to 20 minutes, the vast majority of the dissolved immediate release drug will have emptied out --

THE COURT:  Because liquid will pass through more quickly, whereas food taking time to be digested --

THE WITNESS:  Yes.

THE COURT:  -- will stay there longer.

So when the pellets are there -- the immediate release will turn into a liquid fairly quickly.  Delayed release will be pellets, but because they're rather small, will they pass almost as quickly in the duodenum?

THE WITNESS:  Absolutely correct.  Yeah. Anything under about 2 millimeters will constantly pass through the sphincter to --

THE COURT:  To behave like a liquid?

THE WITNESS:  Yes, behave like a liquid.

So in terms of keeping on the immediate release, it gets through into the duodenum, it will be there pretty quickly, and then it will start to absorb in the duodenum.

THE COURT:  All right.  So these are

smaller than 2 millimeters?

THE WITNESS:  This is just the liquid still.  The delayed release now, comes out of the capsule, five minutes or so it's out of the capsule, it will empty at the same rate as the liquid does.

So those pellets will start emptying quite quickly from the stomach.  And when they get to the duodenum, then they have to dissolve.

THE COURT:  Which is why you're using a gelatin capsule, because tablets are going to be larger than 2 millimeters, that is going to have a different release profile?

THE WITNESS:  Absolutely.  So if you have a non-disintegrating tablet, it could stay in the stomach for quite a long time and it's an all-or-nothing emptying.  So either it's come out or it hasn't come out.

The pellets, they gradually come out over a period of time.  So some of them will still be there, lots of them will have come out.

And for the delayed release ones, they come out.

THE COURT:  And having used talc and other anti-tacky agents, they will separate rather than clumping together and be large enough to be digested

more --

THE WITNESS:  They will be separate and they will disperse, and they will empty rapidly beginning and then will slowly later on.  Which means that when they're absorbing in the intestine, the immediate-release solution will be absorbing first; then there will be a period of time when the delayed-release pellets have now started to dissolve in the intestine.

And there will be a significant period of time where you'll be simultaneously absorbing drug from the stomach, which was dissolved as immediate release; drug from the intestine, which is dissolved from delayed release.  They will be absorbing simultaneously.

And then right on the end, you will have a period where the delayed-released pellets that are just emptying out of the stomach will be dominating the process.

THE COURT:  All right.  Thank you for explaining the science.

BY MR. JAROS:

Q.    Let's look at how Lupin product is described and labeled.  We have DTX-24.11, slide 47.

What is shown here?

A.    Can you ask that question again?  I just wasn't listening.

Q.    I can.  I was also in a trance.

We have DTX-24.11 on slide 47.  What is shown here?

A.    Okay.  So this says the Lipin's product as filled is a 22/18 ratio; the capsules, 40 milligrams filled into a hard gelatin capsule with the two types of pellets.  And that's essentially what it describes, the 22-milligram immediate release and the 18-milligram enteric coated delayed-release pellets.

Q.    Based on all of the evidence in the case that's been presented, do you have any reason to believe that is not accurate?

A.    I don't, no.  I believe that to be accurate.

Q.    We have DTX-23.1 on slide 48.

What is shown here?

A.    This is the label that will be on the carton for Lupin's doxycycline capsule.  It says there is a 40-milligram dose.  And it says that each capsule contains 22 milligrams of immediate-release pellets and 18 milligrams of delayed-release pellets, which are equivalent to 40 milligrams of the anhydrous doxycycline.

Q.    Same question.  Based on all the evidence in the case that you've reviewed, do you have any reason to believe this label is inaccurate?

A.      No, I don't.

Q.      Let's turn back to the patents and focus briefly on the applications that led to the asserted claims.  We have DTX-55.18 on slide 50.

What is shown here?

A.      This shows the various applications starting from April 7, 2003, that led to the '532 and '740 patents.  And in essence, the key thing is, is that there was discussion about the word "about" that led to the issuance of those two patents.

Q.      We have DTX-57.24 on slide 51.

What is shown here?

A.      So this shows the original application from April 2003.  Claim 1 had no ratio at all because it didn't describe the need for an immediate-release or delayed-release formulation.  And then claim 7, which depended on Claim 1, had a ratio, but it was a very wide ratio of 99 to 1 to about 70 to 30 of immediate release to delayed release.

But even with that very wide range -- and these were rounded.  I don't think the Lupin product would fall within that range.

Q.      In your opinion, would the Lupin product 55/45 or 22/18 fall within the scope of original Claim 1?

A.      Well, there is no limitation on Claim 1, so yes.

MR. JAROS:  Your Honor, we move to admit DTX-57?

MR. FLATTMANN:  No objection.

THE COURT:  No objections.  It's admitted.

(Exhibit DTX-57 admitted into evidence.)

BY MR. JAROS:

Q.    So we have DTX-56.2 and 8 on slide 52.

What is shown here?

A.    So this was a discussion in terms of the patent prosecution in relation to the word "about."  And because the examiner had found a prior art document with 23.3 milligrams of immediate release and 16.3 milligrams of delayed release, the examiner was not minded to issue the patent.

And based on that position, the response was that in no case would one of ordinarily skill in the art reasonably expect variations of 30 percent or greater to be encompassed by the term "about."

So in other words, there was a disavow of as wide as 23.3 milligrams for immediate release and 16.3 milligrams for delayed release.

THE COURT:  Counsel, I'm trying to understand how this -- how you're going to relate this to his area of expertise.  Of course this is the patent

prosecution history, of course that's helpful for you, but I don't understand how his expert opinion piggybacks.  Perhaps you're getting there, perhaps you're going to connect it up, but please move towards that.

MR. JAROS:  It is almost as if you could read my mind.

BY MR. JAROS:

Q.     Dr. Buckton, do you agree with that statement?

A.     I agree that the word "about" in a pharmaceutical use should not be so wide as to have a 30 percent variation.

Q.     And in your opinion, would a POSA consider the statements on slide 52 to be clear and unmistakable?

A.     Yes.

MR. JAROS:  Your Honor, we move to admit DTX-56.

THE COURT:  The underlying documents were already in, I think, but is there any objection to this one?

MR. FLATTMANN:  There is no objection, Your Honor.  I just object to the legal opinion from a scientific witness.

THE COURT:  Right.  The Court -- your witness has been opining on what's an equivalent or

infringement and he is.  I'm very clear in my mind that I'm the one who is deciding that.  He can talk about what a person of ordinary skill in the art, as he's defined it, how he'd understand that, but I decide the legal effect of it.

Go ahead.

MR. JAROS:  Absolutely, Your Honor.  And to be clear, the question of estoppel, we must pose the question of is this clear and unmistakable to a POSA, and that's what I was attempting to do.

THE COURT:  Very fair.  I had not focused on that issue, but there is absolutely a reason if you put it that way.

MR. JAROS:  Thank you, Your Honor.

BY MR. JAROS:

Q.     Let's go to the claim construction decisions.

Do the patents define the term "immediate release"?

A.     Yes.

Q.     Let's start there.  We have DTX-8.9 on slide 54.

What is shown here?

A.     So this is part of the written description of the patents where it says, "By immediate release formulation is meant a dosage form that is intended to release substantially all of the active ingredient on

administration with no enhanced, delayed or extended release effect.  Preferred in the present invention or tablets or beadlets in the capsule.

Q.      And do you understand that the Court can construe the patent definition of "immediate release"?

A.      Yes, I do.

Q.      What is shown on slide 55?

A.      So this is the claim construction of immediate release, the two options that have been put forward and the view that was come to by the Court.

Q.      And you understand that the reference to Sun is a reference to a trial decision on a previous case?

A.      Yes, I do.

Q.      Focusing on the claim construction decision in this Lupin case, what is shown on slide 56?

A.      Slide 56 is the immediate release portion in terms of the claim construction that was arrived at by the Court.

Q.      And what is shown on slide 57?

A.      That's the Court's claim construction for delayed-release portion.

Q.      To remove any conceivable doubt, to confirm, Dr. Buckton, did you apply the Court's constructions of immediate release, IR portion and DR portion in reaching your opinions in this case?

A.      Yes, I did.

Q.      You've seen the Sun trial decision.  Let's just look at it briefly.

What is shown on slide 58?

A.      So this is talking about the word "about."  And it says, "A POSA would rely on the definition of 'about' in the general notices section of the United States Pharmacopeia to interpret the claims 'about 30 milligrams' and 'about 10 milligrams' as used in the asserted claims of the Chang patents; and a POSA would understand that about 30 milligrams of doxycycline represents at most a range of 27 to 33 milligrams of doxycycline."

Q.      Do you agree with those statements?

A.      Yes.  They seem good to me.

Q.      And applying that reason, that reasoning to the "about 10-milligram" claim phase, how would a POSA interpret that range?

A.      Equally plus or minus 10 percent, so 9 to 11 milligrams.

Q.      Let's go to your non-infringement opinions.

Can you summarize your affirmative opinions?

A.      So the asserted patents teach how to design, make, test and describe the claimed composition.  The

broadest claim is requiring about 30 to 10 ratio, which is 27 to 33 milligrams of an immediate-release portion, and 9 to 11 of a delayed-release portion.

Lupin's product is designed and made with a 55 percent immediate release, 45 percent delayed-release portion. And if you use the Figure 3 of the patent, type two-stage test, it proves that it functions to release 22-milligrams immediate release and 18-milligrams delayed release, so I believe it's accurately labeled as a 22/18 formulation based on the industry standard testing.

In relation to infringement, I don't believe it was a dispute. The 22/18 literally would not infringe 30/10. And 22/18 is not equivalent to 30/10 because it would seem to me the 22.3-milligram immediate release and 16.3-milligram delayed release would disclaim it.

Q.    Let's jump ahead to slide 63, Lupin's product. What is shown on slide 64?

A.    This is part of Galderma's statement of facts to the Court and it shows that Lupin's product is designed as a 55 to 45 ratio. It says Lupin's approach was selected to manufacture seal-coat immediate-release pellets and then divide those common pellets into two parts:  In the weight ratio of 55 percent seal-coated

immediate-release pellets, 45 percent seal-coated pellets in further enteric coating.  And that's the 22-milligram to 18-milligram ratio.

Q.      What is shown on slide 65?

A.      This goes on to talk about the fact that it is made as a 55 to 45 ratio and describes the ratio used to make the product.

Q.      Let's go to how Lupin's product functions.

We have DTX-65.2 on slide 66.  What is shown here?

A.      So it has the Court's claim construction on the left.  And claim construction for the immediate release is the functional limitation or any part of the claim composition that releases drug immediately upon administration with no delay or delayed or extended-release effect.  That's the first two hours of this *in vitro* test, the pH 1.1.  That tells you that that is intended to release immediately in the body.  And as soon as it comes out of the capsule, it will release immediately into the body.

In terms of the delayed-release limitation on the the bottom, I will read out the delayed-release limitation.  That is what happens after the two-hour time point on this test which is when it goes to the higher pH.  As I explained to Your Honor,

that doesn't happen after two hours in the body; that happens at a much earlier stage in the body.  But nonetheless, this shows you the immediate release and then the delayed release.

THE COURT:  So roughly an hour after ingestion?

THE WITNESS:  Possibly a little less it starts.  But roughly, yes, I agree.

BY MR. JAROS:

Q.    Let's jump ahead to slide 68.  You have DTX-65.3.  What is shown here?

A.    This is exactly the same thing for the exhibit batch 2, showing that the Lupin product releases at 55 percent immediate release and the Galderma product at 75 percent immediate release, and showing that they are not functioning in the same way.

Q.    DTX-65.4 on slide 70, what is shown here?

A.    That's exhibit batch 3 showing exactly the same thing, that Lupin's product functions as a 55 percent immediate release and 45 percent delayed release.  And that's quite visibly and practically different to the Galderma product.

Q.    Let's go to the big picture.  What is shown on slide 72?

A.    This is a summary of the three exhibit batch

dissolution data.  So we have time in the first column. And it shows that irrespective of which time point you select from 30 minutes through to 120 minutes, all three of Lupin's exhibit batches show that it functions as a 55 percent immediate-release product.

THE COURT:  The numbers shown on that page are all for pH 1.1?

THE WITNESS:  Correct.  Correct. Entirety of the immediate-release portion of pH 1.1.

BY MR. JAROS:

Q.     Let's jump ahead to slide 73 and focus on Galderma's use of additional pH 1.1 results.

What is shown here?

A.     So this is for a different data set, the one we just saw on the previous table.  And it says the data of pH 1.1 show that Lupin's ANDA product releases approximately 50 percent mean of its 40 milligrams of doxycycline at 30 minutes and approximately 54 percent mean at 120 minutes, while the ORACEA capsules release a consistent 74 percent mean at those time points.

And it says at the bottom, the doxycycline released at pH 1.1 from both Lupin's ANDA product and the ratios, capsules is from the immediate-release portions of those two products.

Q.     To confirm the source, is Galderma's statement

of facts to the Court?

A.      That's correct.

Q.      Let's look at the results underlying that statement.  We have DTX-75.37 on slide 74.

What is shown here?

A.      This is part of the the large multimedia report that was submitted to the FDA by Lupin, and it's looking purely at the pH 1.1 part, the acidic stage part of this test.  And the numbers that were being quoted in the previous slide by Galderma are seen for 30 and 120 minutes for the Lupin product in hydrochloric acid, and 30 and 120 minutes for the ORACEA product in hydrochloric acid are 50, 54 and 74 respectively.

Q.      Okay.  We'll come back to that dataset.  At slide 75, we have DTX-75.8 and 18.

What is shown here?

A.      This shows that Lupin's product is accurately labeled as a 22/18 formulation.  And this is the same dissolution data we've seen before with the Lupin three exhibit batches and the ORACEA product.  And we see that in the acidic stage, at pH 1.1 -- the first stage is all that was being presented on here -- the amount of immediate release is 55 percent and it's not 75 percent.  Subsequently, the rest of the product will release from the delayed-release component.

Q.       Let's finish up with FDA's approval of the Lupin product.  We have DTX-27.1 on slide 76.

               What is shown here?

A.       So this is part of the FDA approval.  It says, "We have completed the review of this ANDA and have concluded that adequate information has been presented to demonstrate that the drug meets the requirements for approval under the FD&C Act and, therefore, the FDA have approved that it's a 22/18 product in how it will function and behave."

Q.       Based on your review of the Lupin ANDA documents in this case, to your knowledge, did FDA every question accuracy of Lupin's 22/18 product label?

A.       No.

               MR. JAROS:  Your Honor, we move to admit PTX-27.

               THE COURT:  Any objection?

               MR. FLATTMANN:  No objection, Your Honor.

               THE COURT:  Admitted.

               (Exhibit DTX-27 admitted into evidence.)

BY MR. JAROS:

Q.       Dr. Buckton, let's summarize your opinions so far.

               With respect to the asserted composition ratio, what are your conclusions?

A.       All of the data supports that it being a 22-milligram immediate-release portion which is not about 30 milligrams.  And equally, if you want to look at a dissolution test, 55 percent release is substantially different than 75 percent immediate release.

Equally, the 18-milligram delayed release portion is not about 10 milligrams, and where on the dissolution curves 45 percent release is substantially different than 25 percent delayed release.

And 23.3-milligram immediate release and 16.3-milligram delayed release is clearly and unmistakably disclaimed, and therefore, it would seem that 22-milligram immediate release and 18-milligram delayed release cannot infringe.

Q.       With respect to the asserted method, what are your conclusions?

A.       So in relation to the asserted method, Lupin does not treat or administer --

MR. FLATTMANN:  Your Honor, we renew our objection to this line of testimony.  This has nothing to do with intent, it has to do with resurrecting infringement arguments that were abandoned.  I just want to make that objection for the record.

THE COURT:  Go through this very briefly.

MR. JAROS: It is this brief, Your Honor. There is no evidence Lupin directly treats or administers. This is the end of his testimony on that subject.

THE COURT: Yeah, I can read the slide. I've read DDX-5.78. Let's just go past that DDX-5.78.

BY MR. JAROS:

Q. Dr. Buckton, just so the record is clear, can you please address your opinion on specific intent, please.

MR. FLATTMANN: But Your Honor just said move on.

THE COURT: I've read it. He does not believe there is any evidence of specific intent that this was 22/18 and that's the way it was designed, and it's not false, it's not misleading. I think that is all I can fairly take from his testimony. Move on to the next slide.

MR. JAROS: Certainly, Your Honor.

BY MR. JAROS:

Q. All right.

THE COURT: And I should note for the record that the doctor nodded as I was saying those last sentences.

MR. JAROS: Full agreement.

THE COURT:  Characterization of them.

THE WITNESS:  Absolutely, I agree.

BY MR. JAROS:

Q.      What is shown on slide 79?

MR. FLATTMANN:  Your Honor, same objection.  This is the same subject matter in the bottom half of this slide.

MR. FLATTMAN:  Your Honor, we curtailed our direct examination of Dr. Rudnic on this very subject because it was understood that they had abandoned that argument.  They were only disputing the specific ratio of immediate release to delayed release; not the method, not the administration, not the treatment.

And now those terms are coming back into the case after we passed on that with Dr. Rudnic?  I object.

MR. JAROS:  Your Honor, I don't believe anything was abandoned.  I believe on day one we all agreed that this trial rises or falls on 30/10.  That is a different technical and legal question than whether Lupin administers or treats or there is specific intent.  And that's why Dr. Rudnic went on and on about his intent theories.  So we did not abandon --

THE COURT:  Look, no one is arguing that

Lupin administers or treats.  I'll bet plaintiff's counsel would stipulate they don't administer or treat.

MR. FLATTMANN:  I would like to hear them stipulate to that now, Your Honor.

MR. JAROS:  I stipulate that Lupin does not administer or treat.

MR. FLATTMANN:  And he said the opposite. He said they don't administer or treat.

THE COURT:  They don't administer.

MR. FLATTMANN:  We had an opportunity to prove that they induced administration and treatment through their product label, and we passed on that when they essentially stipulated yesterday that they're only disputing one element of the claim.

THE COURT:  This case is going to rise or fall on the 30/10 to 22/18.  I think this witness has made clear that there is no reason to infer intent here. What I was allowing is that Dr. Rudnic went on and on about why he inferred intent in these circumstances because there is no direct evidence of intent.  And I think this witness has already spoken to that, and I think we should just move on.

MR. JAROS:  Let's do that.  Slide 80.

BY MR. JAROS:

Q.    Rebuttal opinions, Dr. Buckton.  Please remind

us, what are your rebuttal opinions?

A.      They relate to Dr. Rudnic's opinions on interpretation of the pH 4.5 data.  In my view, that at those time points, his interpretation of the data was not reliable.  Interpretation of the plasma concentrations --

                (Discussion held off the record.)

                (Brief recess.)

                THE COURT:  Please continue.

                MR. JAROS:  Thank you, Your Honor.

BY MR. JAROS:

Q.      Dr. Buckton, let's resume with your understanding of Dr. Rudnic's infringement theory.

                At a high level, what is your understanding?

A.      So I believe it to be that there is a subset of delayed-release pellets that are compromised; that 8 milligram of delayed-release pellets are incompletely coated; 10 milligram of delayed-release pellets maintain their integrity until a later time; and that notion of subsets and comprised pellets is corroborated by substantially identical blood levels using the 96-hour peak.

Q.      We'll go through each of those.  Let's focus first on the subset theory.

What is your understanding of Dr. Rudnic's subset theory?

A.      My understanding is that by using a second-stage dissolution result at 240 minutes from the pH 1.1 to pH 4.5 dissolution sequence, that 5 out of 12 capsules merely fully released at 240 minutes.  That was described as 42 percent of capsules showing near full release.

And although calculation didn't arise in court yesterday, the calculation up until that point was that having had 5 out of 12 capsules showing fast release, that 42 percent applied to each individual capsule would equate to 7.56 milligrams being 42 percent of 18, which gave Dr. Rudnic about 8-milligram subset of delayed release.

That calculation I didn't hear yesterday in court, but previously there was a jump from 5 out of 12 capsules to every single capsule has some comprised pellets.  That I didn't understand, and I still don't understand what evidence there is for every capsule having comprised pellets.

Q.      Let's look at what Galderma stated to the Court and then turn to the underlying results.

What is shown on slide 85?

A.      This relates to the subset theory.  And in

particular, that about 10 milligrams of doxycycline in the subset of Lupin's enteric coated pellets are not comprised.

Q.      What is shown on slide 86?

A.      So this is again from Galderma statement of facts to the Court.  It says that Lupin's data showed that approximately 42 percent, that's five out of 12 capsules of Lupin's ANDA product released nearly all 40 milligrams of doxycycline at a pH of 4.5.  And 42 percent of 18 milligrams of doxycycline in what Lupin calls its enteric-coated pellets is 7.56 milligrams or about 8 milligrams.

So there is a statement of 42 percent of capsules release very quickly, meaning the other seven out of 12 do not release very quickly, and somehow transition from there to say, therefore, 8 milligrams of every capsule releases quickly.

THE COURT:  The distinction among variation among capsule versus variation among individual pellets with capsules.

THE WITNESS:  Correct.

BY MR. JAROS:

Q.      Let's look at those 240-minute results, there's DTX-75.37 on slide 87.

Can you explain the highlights?

A.      Yes.  We seen this table a lot, and the highlights are for the capsules which show nearly complete release.

And relating to the statement of facts that we just looked at, it's true that capsules 1, 3, 6, 7 and 8 show pretty much complete release, and it's true that the other seven capsules are marginally damaged and don't show a significant amount of increased release.

So the notion of going from five capsules, which are releasing almost everything, to every capsule releasing 8 milligrams more is a jump that I don't understand.  And if you look at these individual capsules, all 12 of them, I don't see any capsule that releases 8 milligrams more.  Well, I don't.

And I also -- I guess I should also say that Dr. Rudnic presented the mean results for these. By any standards, this is a biomodal distribution.  You have full release and essentially no release.  And you can't take a mean with the biomodal distribution and say everything does that.  It just doesn't work.

MR. JAROS:  And this for the record. Your Honor, we move to admit DTX-75.  Other copies of this have been admitted, we just want a complete record with the right cites.

MR. FLATTMANN:  No objection.

THE COURT:  It's same thing, admitted.

(DTX-75, admitted into evidence.)

THE WITNESS:  While we're on that, can I also say that I don't agree that 150 minutes is 30 minutes because -- well, there's two aspects to it.

First of all, if you soak something in acid to two hours, you can't say it has done nothing. It has at least hydrated in the acid for two hours, and being stood around for two hours.  So you can't say 150 minutes is 30 minutes.  It's not reasonable.

And the other thing I would say is that if pH 4.5 were biorelevant of a stomach condition.  It wouldn't be this way around.  The pH 4.5 would be the first stage of the test to look at immediate release, and then there would be a subsequent pH, which would be intestinal release.

So it's clear from the design of this experiment and the whole concept of it, that pH 4.5 is probing what you may see at the arrival in the intestine, not what you might see in the stomach.

BY MR. JAROS:

Q.    You were here for Ms. Gray's testimony with respect to the variation in those results, correct?

A.    Yes.

Q.    How would a POSA investigate the source of

variability in these results?

A.        I should say this, and to be begin with I agreed with her position on the hotspot, but in terms of how would you investigate it, I would entirely agree with her that you should look at what these capsules actually do at pH 4.5, so not having poured a strong alkaline in, but what do they actually do if you put them straight into pH 4.5.

Q.        Why would a POSA run a single stage test at 4.5 alone?

A.        If I'm honest, you wouldn't.  Right.  There is no reason to run a pH 4.5 stage.  It doesn't make sense.  The industry standard is you run a stage at 1.1.  So you wouldn't run a pH 4.5.

The only reason for doing it here is because Dr. Rudnic suggested there is a significant point and, obviously, is this kind of erratic behavior in this particular test of the pH 4.5.  So that's the reason you would do pH 4.5.  Other than that, there is no reason to do it.

But the reason you do pH 4.5 alone is because you don't have strong alkaline at the beginning. You just start with it at pH 4.5, it stops at time zero, and is a true representation of what the pellets would actually do at pH 4.5.

Q.       Let's look at those 4.5 results briefly.  We have DTX-54.5 on Slide 58.

THE COURT:  Remind me of who ARL is.  Independent laboratory hired by?

THE WITNESS:  I think it was by Lupin or RMS.  I think possibly I am, and also I suspect Ms. Gray, both had suggested that if this is going to be a contentious issue, that it should be around a 4.5.

What was the question, sorry?

BY MR. JAROS:

Q.       You have got me, so I'll restate it.

We have DTX-54.5 on Slide 88.  What is shown here?

A.       These are the ARL, that's the independent testing lab study of Lupin's product at pH 4.5.  And what we see is at 30 minutes, one hour.  In two hours, it releases essentially 55 percent drug from each of the six capsules, so there are six repeats.  And the average of the six repeats is the mean.  There is no problem with meaning those because they're all about the same result.  It's not like the biomodal distribution we saw before.  And I think it conclusively shows that there is no release at pH 4.5, and that the previous test was erroneous based on the addition of the alkaline.

Q.       Would a POSA reasonably rely on these results to

evaluate the possibility of release from Lupin's product at pH 4.5?

A.    Yes.  And we rely on it to say that there is no release at pH 4.5, which is in keeping with the motion that the polymer should dissolve at 5.5.

Q.    I believe earlier you said you were present for all of Dr. Rudnic's testimony yesterday, correct?

A.    Yes.

Q.    Do you agree with Dr. Rudnic's statements that the June 2023 samples may not be representative of Lupin's product?

A.    No, I don't see any reason to believe these are not representative of Lupin's product, no.

Q.    Let's go back to your rebuttal opinions.

THE COURT:  If you were to ballpark the number of individual delayed-release pellets in a single capsule of Lupin's drug, how many would we be talking? About a hundred?  A thousand?

THE WITNESS:  That is a very good question, and I don't know.  I would say it's between those two.  I would say it's probably more than a hundred, but not terribly many more than a hundred.  I don't know exactly how many.  Not a thousand, I wouldn't think.

BY MR. JAROS:

Q.      Let's go back to your rebuttal opinions.  Do you agree that there is a subset of pellets that release immediately?

A.      No, I do not.  I've seen no evidence of any failure of Lupin's count at all.  So I see no evidence of a subset releasing -- I can't see any evidence for 8 milligrams releasing from any single capsule, never mind releasing from any capsule.  So I don't agree with the subset.

Q.      Do you agree with using second stage dissolution results to calculate immediate release?

A.      No, I don't, for the reasons I described.

Q.      Do you agree with the use of a 240-minute time point to calculate immediate release?

A.      No, I don't.

Q.      I believe you touched on this, but do you agree with the use of pH 4.5 to evaluate immediate release?

A.      No, I don't.  The standard test is pH 1.1.  To ask a POSA, you know, to assess whether you have an immediate release, they would go to a test of pH 1.1.  It is the industry standard being used for generations, test that you would use.

                THE COURT:  You said a POSA probably wouldn't be using 4.5 for delayed release.  Would a POSA be looking at 5.5?  Is that a closer estimate for the

duodenum?

THE WITNESS:  I should clarify; I think I may not have been clear.  So what I'm saying is you would not use a single stage test for an immediate release of 4.5.

You would use 4.5 as a second stage because the FDA required you to do 4.5 and a range of other pHs higher than 4.5 as a second stage.  So you would definitely do it as a second stage as a test for the intestine, but you would not do it as a first stage as a test for immediate release in the stomach.

THE COURT:  So there is a range of other pHs also being tested.  It seems odd that we're focusing on 4.5 if the duodenum is 5.5.

THE WITNESS:  It occurs to me that you haven't seen the rest of this multimedia report.  This is a very long report, this multimedia report, and it has a lot of other pHs, so we have other pHs going up, and it has a range of other conditions as well as changes in pH.

THE COURT:  It seems where you would expect someone to be testing on 5.5 and focusing on those other numbers in the report.  I don't know if what you have done, how similar or different they are from the 4.5.

THE WITNESS:  So I can tell you that the higher pHs, both of the products release completely for their delayed-release component.  So there are higher pHs in the multimedia report.  They all show consistently that the product behaves as a 55 percent immediate release, 45 percent delayed release.

And they also showed that the Galderma product is 75/25, so you're not seeing that because they're all showing exactly what they're meant to show.

The only one that doesn't show what it's meant to show is this pH 4.5 data, which is one of the conditions that's in that multimedia report.

THE COURT:  I see.  So the FDA is asking for this, but in terms of what is a better accurate model of *in vivo,* we might look at those other results.

THE WITNESS:  Absolutely.  And I heard in the deposition that was played yesterday, the FDA didn't come back and ask about these results.  It's clear that these results are showing the scatter.  There's nothing wrong with that.  They are being presented to the FDA; the FDA will clearly have reviewed them.  And they are not terribly worried about them because all of the other data that they have got in this pack will show what they're intended to show.

THE COURT:  Where is that multimedia

report in the record, if it's been introduced?

MR. JAROS:  It has, Your Honor.  So it's DTX-75.  I just admitted it.  That was our copy, they have another copy, so it's in the record twice.

If I may, I have a couple of questions to clarify Your Honor's question.

THE COURT:  Please.

BY MR. JAROS:

Q.     Dr. Buckton, you just referred to this range of pHs.  Can you make it clear whether that came from the FDA for this specific ANDA, or whether that is a general guidance to industry for all products of any type, fasted, fed, et cetera.

A.     It was a general guidance in the industry.

Q.     You also mentioned earlier today, what you called going out to the market and getting biorelevant media.

Is there, in fact, what's called biorelevant media at pH 4.5 on the market?

A.     I don't believe so, no.  There are biorelevant simulated gastric fluids, which are in the region of pH 1.2 to 1.6, that kind of number, and then there are biorelevant intestinal fluids, which are a higher pH than pH 4.5, and I don't believe there is any biorelevant media that you can buy that's at pH 4.5.  If

there is, I haven't seen it.

Q.    With respect to products that may be taken on a fed stomach, does the FDA guidance require studying of higher pH because then the stomach produces higher pH values?

A.    Yes, I was talking about fasting, I must admit. So there is a fed similar to fed gastric fluid and that has a higher pH.  I don't think it's as high as 4.5, but I would need to check on that.  I was thinking about fasting rather than fed, so there are other fluids around to look at the fed state.

          Was that your question?

Q.    It was.  And I just want to make clear to the Court and myself, the guidance covers everything, fasted and fed products or those that can be taken both, so there is a range of pHs; is that correct?

A.    Yes.

Q.    Turning back to the slide.  Are you aware of any POSA using the second stage of a pH 1.1/pH 4.5 dissolution test to evaluate immediate release?

A.    No.

Q.    Do you agree with using a ratio of capsules to calculate a subset of DR pellets?

A.    No.  That doesn't make sense.

Q.    Let's return to pH briefly.  To confirm, what

would a POSA consider to be a typical fasted gastric pH?

A.      The range that you would consider would be in the rage of 1 to 2 as a pH of a typical fasted stomach. The standard test would be pH 1.1, but the range, 1 to 2.

Q.      Would a POSA consider a pH 4.5 to be a typical fasted gastric pH?

A.      No.

Q.      Dr. Rudnic talked about 2 or 3.  Would some POSAs think it's a little bit higher than the 2 that you mention?

A.      I think most references would say in the range of 1 to 2.  I'm perfectly happy if a reference said 1 to 3.  If someone put that in front of me and said is that unreasonable, I would say no, that's not unreasonable

THE COURT:  That's a reasonable range but 4.5 is beyond a reasonable range.

THE WITNESS:  Absolutely.  I would say most texts would say the 1 to 2.  If you found one that said 1 to 3, that's just fine.  I don't think that's weird.

Q.      Let's jump to slide 92.  What is your understanding of Dr. Rudnic's incomplete coating theory?

A.      As I understood it before trial, although I'm not sure this was what Dr. Rudnic said at trial, there

was a part of it was about the speckling on the pellets and speckling not all being due to talc.  I don't know that was actually an opinion he offered at trial but it was in everything before.  And then there is an opinion relating to alternating solvent systems in the coat which was presented at trial.

Q.    We'll take you to those one by one.  Let's start with the incomplete coating point.  What is shown on slide 93?

A.    This is Galderma's statement of facts to the Court, and it says Lupin's weak, incompletely coated enteric pellets begin releasing a portion of doxycycline while the remaining part does not.  Up until trial there was a position of incompletely coated pellets and weakly coated pellets.

Q.    Do you agree that Lupin's 18 percent enteric coating is weak or incomplete?

A.    No, it's neither.

Q.    Let's look briefly at Lupin's --

THE COURT:  It's on the thin end of the ordinary range, isn't it?

THE WITNESS:  Yes, it is.

THE COURT:  Okay.  Because 20 to 40 percent sounds like it's a pretty common range.

THE WITNESS:  I agree it is on the low

end.  We are going to come to some slides on it, but I agree it is at the low end and the Galderma one is clearly a thicker coat.  There is no doubt about that.  I was asked do I think that this is a weak coat.

THE COURT:  Right.

THE WITNESS:  I don't believe it's a weak coat.

THE COURT:  So it's on the acceptable side of the line, but the argument is, the theory from Galderma, it's below the kind of acceptable side of the line, maybe intentionally engineered for that, whereas you're saying it's on the, yes, the low end of the range that you would normally see.

THE WITNESS:  Absolutely.  I'm saying it's the low end of the range, but I can't see any evidence at all of it ever releasing anything which shouldn't release, certainly not an 8 milligrams that it shouldn't release.  I can't see any evidence of that.

THE COURT:  Got it.

BY MR. JAROS:

Q.    Let's look at Lupin's optimization briefly.  We have DTX-46.102 on slide 94.  What is shown here?

A.    So this is the formulation optimization study where they look at the effect of the percent weight gain for the enteric coat.  And we've seen this before but

this is for the very early development stage of the product when it was in the lab, and it was looking at weight gains of 17, 19, 21, 23, 25 and 27 percent.

And obviously the way that they test those is by the industry standard test, and frankly, if they were designing something that wasn't going to work, I don't know how they would do that because you test it against the industry standard test.  And therefore it either works or doesn't work based on the industry standard test, and that's what they've done.  So the standard test of course is pH 1.1 in dilute hydrochloric acid, akin to what's made in the stomach, followed by the pH 6.0 path.

Q.      We have DTX-46.103 on slide 95.  What is shown here?

A.      Looks like the results for that optimization, and what it shows is the 17 percent enteric coat releases 1 percent of drug at 2 hours, and that all of the other coating weight gains release nothing at two hours.

The curious thing about these data is that all of these are acceptable in terms of any standard that you apply to it because these pellets are not going to be in the stomach for two hours, and if you wanted to use 17 percent, you actually could have done.

But the 19 percent data here are the ones that show no release to any of the conditions.

Q.    We have DTX-46.103 on slide 96.  What is shown here?

A.    So this is for pilot scale.  So it's been scaled up from the laboratory scale up to a scale more akin to the -- the batch that was done for these proceedings, yeah, the smaller batch, and that kind of scale.  And here they did an optimization of 16 percent, 18 percent, 20 percent, 22 percent, and 25 percent to see how they performed, and the 16 percent weight gain, again, showed 1 percent at 2 hours, and conceptually that would be acceptable, but they used 18 percent which had nothing detected as a release for any of those conditions.

Q.    We have DTX-46.103 on slide 97.  What is shown here?

A.    This is a summary of those data, and it says the lab scale dissolution data were observed to be satisfactory at each of the conditions that were studied, 17, 19, 21, 23, 25 and 27 percent.  And they would all be deemed to be satisfactory.

The scaled-up batch were all deemed to be satisfactory at 16, 18, 20, 22 and 25 percent, and then considering those data, they chose 18 percent, which is not the lowest that was deemed to be satisfactory.  It

was the lowest that didn't show any release at the two hours under the standard test.  I agree that is the low end of what they could use, but I've seen nothing to suggest it's nothing other than a perfectly good coating.  It's adequate but low.

Q.     So Dr. Rudnic testified that this is some of his evidence of intent, that they were designing purposely bad coating.  Do you agree that that is the purpose of this enteric coating optimization study?

A.     No.  The purpose of this study is to design a coating with a perfectly good, functional, enteric coat which is going to achieve its goal.  It isn't a weak coat.  It is a thinner coat than the Galderma product but it's not a weak coat.  But it's designed and made in order to not release until it's out to the stomach and into the intestine using the only logical test that's available to use which is the standard 1.1 dissolution test.

Q.     Let's turn to the speckling theory.  What is shown on slide 98?

A.     So this is also part of Galderma's statement of facts, and this is talking about the images which Dr. Rudnic presented in his is testimony.  And there is a development batch pellets and the view that not all of the speckling on those was due to tale.

Q.    Let's look at those images.  What is shown on slide 99?

A.    So these are from the first stage of the optimization study that we just talked about at the development stage, where we have the lowest coat which is the one that released 1 percent in two hours, the 17 percent coat.  And then the 19 percent didn't release any.

And these are clear images which show white speckling on nice beads, the white speckling being what a POSA would recognize as talc, because we know that talc is in this formulation anyway and nothing to suggest that the white speckling is not talc.

Q.    To be clear, do you see any speckling that is not talc?

A.    I don't see any speckling that would suggest that it's not talc, but as part of reviewing these images and reading what Dr. Rudnic has said about them, I did suggest they were studied and analyzed to see -- to confirm what you would look at with your eyes, that these are talc.

THE COURT:  Studied in terms of taking physical flakes and analyzing them --

THE WITNESS:  Yes.

THE COURT:  -- chemically or --

THE WITNESS:  Yes.  Obviously not these samples because they don't exist anymore, but will come on to the analysis, yes.

BY MR. JAROS:

Q.     To clarify, Dr. Buckton, there's been discussion of what are called the June 2023 rebuttal tested samples.

A.     Yes.

Q.     Is that what you were just referring to?

A.     Yes.

Q.     And it was your suggestion to put them under SEM to prove that in fact the speckling that looks like talc is talc?

A.     Yes.

Q.     Let's look at that independent testing of the June 2023 samples.  We have DTX-83.1 on slide 100.  What is shown here?

A.     That's the front cover of the test report from the independent laboratory, and they used the scanning electron microscopy, and it says energy-dispersive spectrometry -- should be energy-dispersive x-ray spectrometry -- is the technique that's the analytical technique that can look at chemically what's on the surface.  And the SEM is the image which visualizes the surface.

Q.        Would a POSA reasonably rely on the analysis and images presented in the MVA report to evaluate enteric coatings?

A.        Yes.

Q.        Let's look at those images.  We have DTX-83.5-6 on slide 101.  What is shown here?

A.        This is a straightforward microscopy image of the Galderma product, and what we can see are irregular immediate-release pellets, which are the lighter-colored pellets.  They are subsequently coated, and then we see the darker-colored, orangey-colored pellets, which are enteric-coated pellets which have been covered on top of the enteric coat with a colored coat, so we can visibly see the difference between them.  We can see that they're irregular.  We can see that they have some defects, but the enteric coat has coated pellet fine and it will function fine as an enteric coating.

Q.        We have DTX-83.7 and 14 on slide 102.  What is shown here?

A.        This is the same ratio of beads, this time under the scanning electron microscopy image.  And in this image, the lighter ones are the enteric-coated beads and the darker ones are the non-enteric-coated beads on the left-hand side.  By chance one of the beads -- one of the enteric-coated beads was split in half on the

screen, and the image on the right-hand side is a close up from the SEM of that split bead.

Do you want me to talk about that image?

Q.    I wanted to make sure I covered a point which is you mentioned you requested independent testing.  This MVA report is in fact the testing, correct, you requested?

A.    Yes.

THE COURT:  I wanted to hear what the good doctor wanted to say about the slide, especially the right-hand portion.  It happened -- I guess it happened to have been split open.

THE WITNESS:  Yes.

THE COURT:  Explain what it means by saying titanium-rich and what you would -- how you would understand what those different pebble-like structures are on the right-hand side.

THE WITNESS:  So see if I can get this to work.  This is the one that we're looking at, just about here.  This is the outer skin of the bead.  Here, this is the cross-section of the enteric coat.

BY MR. JAROS:

Q.    Those white parts may be talc?

A.    They're talc.

Q.    But then underneath that?

A.        Yes.  So underneath that, there is the uncoated pellets.  These ones here are around -- so these ones here, the dark ones of the uncoated pellets, they're quite rough.  They're quite bubbly, so we have this kind of undulating coating here, so the enteric coat is actually over an undulating underneath layer.  The underneath layer, with these bits here, is the drug-coating layer on top of the sugar.  So we have sugar crystals in here, drug-coated layer here, enteric coat in a not-even coating going around it.  Perfectly functional, perfectly good.

THE COURT:  I think Dr. Rudnic saw some of the dark areas possibly as gaps or pockets or something like that.  I'm not sure what his read would be.  What is your understanding of what the -- maybe some of the darker areas --

THE WITNESS:  So dark area like -- like -- if I can move it over slightly, like this.  So that -- it's these areas are -- this is a broken sphere, and whether you break it by whatever accident befell this sphere or whether you do what happens in the laboratory, you cut it with a razor blade, you will get damage in the sphere by that breaking process.

So I doubt that there is significant porosity in here, but I suspect these images are

representing something either by height and depth, or perhaps something that's been damaged during the process. So I wouldn't go to say this outer coat here is not adhering, even though we have places here where it looks like it might not be adhering. I wouldn't say that. I would say the damages on defects within the image, I have no reason to believe this outer coat is not sticking on the surface and behaving fine.

THE COURT: So it more likely or most likely represents whatever force opened up the pellet in the first place and you would believe that that's going to be the exception among pellets. Most of them will remain like the ones on the left, all coated or all not coated.

THE WITNESS: Yeah. I don't see a problem with this. This is, you know, all right, this bead was broken. I don't know how it came to be broken. These other beads are not broken. If you cut those in half, you will see regions like this as well. It doesn't mean there is a problem. It doesn't mean there is a defect with the Galderma product. It's not. It is a fine product, and it just shows you there is a thickness of coating of an enteric coat. There is a drug coating on the sugar in the middle.

THE COURT: I don't know if we're going

to get to the equivalent image of a Lupin.

MR. JAROS:  Absolutely we are.  And I do want to be fair to the Court.

THE COURT:  Right.

MR. JAROS:  You are now looking at an ORACEA bead.

THE COURT:  Yeah.  This is Galderma's product?

MR. JAROS:  Correct.  Dr. Rudnic said this looks good to him.

THE COURT:  This one looks good.  Sorry. It's the Lupin pellet, when we get to that, we need to go over the same questions.

MR. JAROS:  Precisely.

BY MR. JAROS:

Q.      Dr. Buckton, were you finished talking about this slide?

A.      Yes.

Q.      We have DTX-83.19 through 20 on slide 103. What is shown here?

A.      These are optical images of the Lupin pellets. They are spheres.  They are much more round and spherical than the Galderma pellets, which Dr. Rudnic said was an ideal substrate on which to coat, which I agree.  These are very nice pellets.  They're shiny.

They're far from looking defective or damaged or weak or anything incomplete.  They look very good.

Q.    Earlier the Court had a question about the size of beads and the number of beads.

Do you see a scale on this image?

A.    I'm not sure there was a question on size, but it says that there is a 0.5-millimeter scale -- 1 millimeter there, 0.5 millimeter over here, 2 millimeter down the bottom.  So that is the size.

As to how many, I haven't counted them up, but it's going to be more than a hundred and less than a thousand, I would guess.

THE COURT:  Well under the 2-millimeter threshold you mentioned --

THE WITNESS:  Yes.

THE COURT:  -- and clearly there are many here.

THE WITNESS:  Yes.

BY MR. JAROS:

Q.    Let's compare the images we looked at side-by-side.

What is shown on slide 104?

A.    These are the microscopy images of the ORACEA product on the left and the Lupin product on the right. The Lupin product, again, looking at the very good,

shiny, round spheres; the ORACEA looking more irregular.
I'm not saying there is a problem with it. The enteric
coating is going to work fine on that. It's the thick
enteric coating rather than an irregular substrate.

Q.       Could you explain the difference on the
appearance of the ORACEA beads on the left and the Lupin
beads on the right?

A.       The difference would be that the Lupin process
is a multi-stage process which will smooth out the sugar
a little and then build up on that in a multi-stage
process, I guess.

              MR. JAROS:  Your Honor, we move to admit
DTX-83.

              THE COURT:  Any objection?

              MR. FLATTMANN:  No objection, Your Honor.

              THE COURT:  Admitted.

              (Exhibit DTX-83 admitted into evidence.)

BY MR. JAROS:

Q.       Let's focus on the Lupin process.  We have
DTX-49.77 to 78 on slide 105.

              What is shown here?

A.       This shows the stages in the coating process for
Lupin, which is a more elaborate process than the
Galderma ones.  It starts with a sugar-hardening stage
where the polymer is sprayed on top of the sugar beads

and then goes to a drug-loading stage, then a seal-coating stage.

And the point of the seal coating is to separate the drug-loading coat from the enteric coat so that they can't mingle with each other, which has two functions. It stops any interaction between the drug and the enteric coat and it also means the drug is not going to migrate into the enteric coat while the enteric coat is applied. And then finally, the enteric coat.

Q. Let's take a closer look at each stage, starting at slide 106. We have DTX-49.4 on slide 106.

What is shown here?

A. This is the first stage, the sugar-hardening stage. The sugar spheres are coated with hydroxypropyl cellulose, are using an isopropyl alcohol and methylene chloride solvent system. And we've heard a discussion earlier about that. The solvent is applied and rapidly evaporates it off, which is why under the percentage weight in weight in the product, there is a dash there because there isn't any in the product. It's just the sugar spheres and the HPMC that are in there.

Q. We have DTX-49.8, slide 107.

What is shown here?

A. This is a footnote to that table and it says these are -- actually, to be fair, it says these and

water because this is attached to both the -- the isopropyl alcohol and methylene chloride and water are used as a solvent and gets evaporated during the processing.  It is not considered in the final calculation.

Maybe we should go back to the previous slide because I haven't done the coating on the bottom of it.

Q.      Certainly.  Let's go back to a slide.

A.      So I haven't done the Stage 2, which used the drug-loading coat.  And here the drug and hydroxypropyl methylcellulose added in water.  And I'd like to at least address the notion of the methylene chloride and the layering.  The methylene chloride and the isopropyl alcohol, they are -- historically they have been used -- methylene chloride particularly has been used because it has particular desirable properties for coating.

THE COURT:  Which properties?

THE WITNESS:  It has a very high-surface tension and it's very low in terms of polarity.  It's very good because it doesn't dissolve polar materials.  And the high-surface tension means it sprays very well and performs very well as a solvent.

That's been used for generations.  And then we got to a period of time, probably about the late

'80s, that sort of time, where environmental concerns were raised about using these solvent systems.  And aqueous dispersions became available to substitute for these solvent systems, and they found out its use.

And then what improved after that was our ability to capture these solvents and to stop them going out into the environment and to stop them causing a risk and exposure to operate in the facility.

And then the aqueous solvents weren't the only thing that we used and the organic solvents came back in.  So organic was popular, it stopped being used, and then it came back in again when the technology was able to capture the organic itself.

In termination of the first coat, the sugar coating, once the methylene chloride is being evaporated off and the isopropyl alcohol has been evaporated off, that HPMC doesn't remember what solvent was used to deposit it.  It's just hydroxypropyl methylcellulose on the surface of sugar.  Had you deposited it in water, it would be the same. Hydroxypropyl methycellulose on the surface of sugar doesn't make any difference.

THE COURT:  It would have a longer drying time if it were in water?

THE WITNESS:  Yes.  And I heard the

testimony this morning saying that they were worried that the water wouldn't completely dry off, it would take too long for the water to completely dry off, and that's fair.  That wouldn't present a problem for an enteric coat on top if it would still retain water. That wouldn't be the end of the world.

But if the coating on top of the organic, the aqueous coat, the organic is gone.  It evaporated off.  There's none of it there.  The polymer doesn't remember what solvent was used to put it there.  So you put the new coat on top and the methylene chloride is irrelevant to the new coat on top.

BY MR. JAROS:

Q.    Anything else?

A.    No.

Q.    Slide 107, please.  And I jumped you ahead and I believe you covered this.

A.    Yes.

Q.    We have DTX-49.5 on slide 108.

THE COURT:  Before we go there, just a quick question.  The line below -- on 107, the line below the highlighted line, "deposited an extra three percent."

So is it common to say if we're promising 40 milligrams of drug, we in fact put 41, or something,

in it just so that the amount that is delivered to the patient is around 40?

THE WITNESS:  It can happen in different products.  You -- occasionally the regulators will allow you to actually have an overage in the product to allow for it to degrade over time if it's particularly unstable, but that's rare.

So normally, at the time you finish making the product, it should be the label claim plus or minus whatever you've agreed with the regulators.  So there's a manufacturing variability.  So it should be around the label.

THE COURT:  Okay.  Because you heard my questions this morning about how it was that the amount of drug at certain points, if it was 150 minutes, some samples was exceeding 100 percent, and the only possible explanation for that was maybe there is more in the pill than was authorized.

THE WITNESS:  I think that one went up and came down again, so I would say that was an analytical error.

THE COURT:  It may have been a measurement error, but the measurement error was in three -- at least three of the capsules.

THE WITNESS:  Yeah.  So it's a systematic

error on that day -- not that day.  That moment when they do those tests, they were all higher than we would expect them to be, but all the others came down and were pretty flat and thereafter.

So I would say most likely that was a error for that particular -- what they took at the particular time.

THE COURT:  All right.

BY MR. JAROS:

Q.      We have DTX-49.5, slide 108.

What is shown here?

A.      So the subsequent process after the drug-loading coat is a seal-coating process where the drug-loading pellets are covered with another layer of hydroxypropyl methylcellulose.  The purpose, as I said, is to separate the drug from the enteric polymer to stop either the drug going into the enteric polymer when it's coating or the two interacting with each other.

This is applied with isopropyl alcohol and methylene chloride.  And although that wasn't said this morning, there is good reason for doing that because doxycycline would be less soluble than organic solvents, then they would be inaqueous solvent.  So it's less likely to go into the seal coat if you do that kind of solvent system.

And equally, we heard this morning that it's beneficial to be able to dry this off.  That is a good thing to be able to dry quickly.

And then subsequently, we're going to go to the next coat -- I guess we should say that the talc is adding into a lubrication phase for the ones that go into immediate release.  Then they go to the next coat here.

Q.    We have DTX-49.6, slide 109.

What is shown here?

A.    So on the ones that aren't going to be immediate release, the ones that are going to be delayed release, enteric coat is applied.  Once again, the methylene chloride and isopropyl alcohol have been dried off completely, the coat underneath doesn't remember what solvent system was used to deposit it there, and now we're just putting the enteric coat on top of that dry coat that's underneath.  And this is applied as a dispersion with the plasticizer.

THE COURT:  Excuse me.  We will take a 5-minute break.

(Brief recess.)

BY MR. JAROS:

Q.    Dr. Buckton, we were on slide 109.  Do you remember where we were?

A.    I'll go through the enteric coat again.  So this is the enteric coat applied on top of the sealed coat, and it is applied as an aqueous dispersion with a plasticizer and talc using water.  And for completeness, I will say that in my expert report I edited it from memory and mistakenly wrote in my report this was applied from an organic solvent.  It was not.  So I retracted that testimony at my deposition.  It is applied from an aqueous solvent, not from an organic solvent.

Q.    Okay.

A.    Otherwise, we can move on.

Q.    Certainly.  We have DTX-49.7 on slide 110.

What is shown here?

A.    So this is the final stage in the process where the capsules are filled and lubricated with talc, immediate-release pellets.  And the enteric-coated pellets lubricated with talc are filled into the hard gelatin capsules and labeled with the "LU," as it says there.

MR. JAROS:  Your Honor, we'd move to admit DTX-49.

THE COURT:  Any objection?

MR. FLATTMANN:  No objection, Your Honor.

THE COURT:  Admitted.

(Exhibit DTX-49 admitted into evidence.)

BY MR. JAROS:

Q.    Let's go back to that MVA report with the images.  We have DTX-83.21 and 24, slide 111.

What is shown here?

A.    So these are images of the Lupin pellet, the June 2023 samples, as they're called, the ones that were made most recently.  And again, we see very nice, round pellets laid out very good, the same and the previous ones looked very good.

And then we have a close-up on the surface, and we can see on the surface flakey talc particles on the surface.  And in this report, there was also analysis using the chemical analysis that demonstrates that the surface is talc.

Q.    We have DTX-29 to 25 on slide 112.

What is shown here?

A.    This is a close-up of the coating on the surface of the Lupin pellet.  It shows -- this is a two-micron scale on the bottom, so it is a very, very close-up view of the surface.

And it shows features on the surface that -- no features that look like inconsistent coat, no features that look like they're going through the surface or causing a problem or difficulty at all.  So

it shows a coherent and good coat on the surface of the pellets.

Q.    We have DTX-43.27 on slide 113.

What is shown here?

A.    So the left-hand side is a cross section of a Lupin bead cut with the razor blade.  It will have had some damage or spreading on the person, yeah, by cutting with the razor blade, but it gives a good image.

And on the right-hand side, twice the magnification there is a view of the coating layer.  So we can clearly see on the right-hand side, this is the enteric-coating layer from the outside to here.  That's the enteric-coating layer.

These white bits of pieces of talc which are in the enteric coating layer.

This bit underneath, which is slightly indistinct and fuzzy, is where the seal coat would be. Underneath that is where the drug coat would be, in the middle you would go to the core.

THE COURT:  The number 6, there are a bunch of things that look like there might be craters or little holes you might see a pumice stone or something.

What are those, and do those affect the solution, or are those below the coating layer?

THE WITNESS:  They are way below the

coating layers.  So on the 6, you're there.  You're on the image.  The coating layer is ending here.  This is the enteric coat, from here down to here.  So we have this coat in the smaller version down here, that number 6 will be kind of in the middle of this band here, which is the drug coating layer.  So you can see -- because it was a spherical particle to begin with, you can see the concentric rings of different coats going through the pellet.

Dr. Rudnic has pointed to what he calls gaps between these as nonadherence.  I don't agree that those gaps are nonadherence for the same reason as what I said in the other one.  They are just clear representations of different concentric coats, and there is nothing in these data to suggest that this enteric coat in any magnification is failing, or that -- I believe Dr. Rudnic said that talc is causing a fissure between coatings in some way.  I don't see that either.

THE COURT:  The black line between the coat and the core on the left-hand side.

THE WITNESS:  Left-hand side, yes.

THE COURT:  That might, in fact, be some little kind of prep, but it's likely to have been produced by the process of slightly slicing it open.

THE WITNESS:  It's hard to say what that

is.  It's possible that there is a crack there.  It is also possible that's part of the HPMC subcoat, which is a thin layer, which is beyond the enteric coat and has a different contrast and a different look.  But there's nothing to say that this enteric coat is in any way failing or problem or paving off or not sticking to the surface or -- there is no issue you can see here that says the enteric coat is not going to function.

THE COURT:  Very good.

BY MR. JAROS:

Q.    Based on the MVA optical and SEM images, do you see any evidence of incomplete enteric coating?

A.    No.  I mean, if you look at the scale bars on here, I see an enteric coat.  If you look on the right-hand side, the 25 micron scale bar, I see -- well, I haven't really done it, but it may be -- more than 35 microns may be significantly more than 35 microns of coat on the surface, which looks coherent, and I don't see any issue with the coat whatsoever.

Q.    Based on these images that you requested, do you see any evidence of what Dr. Rudnic calls speckling not due to talc?

A.    On these images or the earlier data, I've seen nothing to suggest that the speckling caused by anything other than talc on the surface.

Q.      Let's go to Dr. Rudnic's solvent systems theory.

What is shown on slide 114?

A.      This is from the statement of facts, too, and Dr. Rudnic said it here in court, that altering non-aqueous and aqueous solvent systems is a bad thing using a water latex or an oil-based paint.

As I explained already, I don't agree. The coat previously applied from an organic, where the organic has been completely dried off, is just the polymer coat on the surface.  It isn't an organic polymer coat; it's just the same polymer on which you deposit something else.

Q.      Let's go back to the bigger picture.

Do you agree that not all of the speckling is talc?

A.      No, I don't.

Q.      Do you agree that Lupin's use of organic solvents in the seal-forming process produces an incomplete or weak coating?

A.      No, I don't.

Q.      Have you seen any evidence in any of the data in the case that there is an about 8-milligram subset of DR pellets with an incomplete or weak coating?

A.      No.  I -- I listened to Dr. Rudnic's evidence, and I didn't hear him explain how he came to an

8-milligram leaking -- where the 8 milligrams came from, but just the bell curve, which -- half of which must have -- nearly half of which must have been causing leaking from a pellet in a way that was never explained. I don't understand how it happened.

Q.    Let's focus on the 10-milligram remainder, starting with what Galderma calls integrity, what is shown on slide 117.

A.    As well as the notion of 8 milligrams releases immediately, the pellets must simultaneously function such that 10 milligrams in the subset retains its integrity and carries on to function as a delayed-release pellet.

Q.    Yesterday, did Dr. Rudnic explain how those about 10 milligrams of Lupin DR beads maintain their integrity despite what he calls an incomplete speckle and weak coating?

A.    No.  The best I heard was the normal distribution cartoon on the slide, but that same normal distribution was what was tested in all of the dissolution experiments.  And those all passed; the pH 1.1 test, they all passed, so there is nothing to explain that, no.

Q.    Do you have any reason to believe that a subset of Lupin's DR pellets would immediately release in the

stomach?

A.      No.

Q.      Let's finish up with the last part of Dr. Rudnic's theory, and specifically, let's focus on how Dr. Rudnic subset theory relates to his blood levels theory.

What is shown on slide 119?

A.      Also part of the statement of facts to the Court, and it says a portion of the doxycycline in Lupin's enteric-coated pellets remain protected by the EUDRAGIT L 30 D-55 enteric coat that is designed to dissolve starting at pH 5.5, and that this is corroborated by Lupin's *in vivo* bioequivalence data because there are substantially identical *in vivo* in blood levels.

Q.      Do you agree with Dr. Rudnic's blood level theory?

A.      No.  I explained how these pellets release earlier, and there is no basis from the blood level theory to be able to say what the ratio of pellets were for portions of pellets which would be a substantial amount of absorbing simultaneously, as I've explained earlier.

Q.      Next slide.

What is shown in slide 120?

A.      So what's shown is that there's not an accepted or reliable method to evaluate immediate-release/delayed-release ratio from pharmacokinetic plasma profile curve, and that that theory required several flawed assumptions, and that Dr. Rudnic does not explain the differences in the plasma profile.  Just saying that they're bioequivalence doesn't mean that they are the same.  They still have differences.

Dr. Rudnic has not modeled a 22/18 composition with an 18 percent enteric coat.

And then subsequently, there was another Galderma patent which has a different ratio and a different dose of immediate release and delayed release, which is bioequivalence to 30/10, and it shows that neither the same dose nor the same ratio is required to achieve bioequivalence.

Q.      Let's start with the 96-hour data.  We have DTX-182.16 on slide 121.

What is this?

A.      This is a lineal plot of plasma concentrations against time for 34 healthy adult human male subjects under fasting conditions, and it's for a reference product, which will be the Oracea product and a test product, which will be the Lupin product.  And it's a

graph of mean concentration in the plasma against time and hours going from zero to 96 hours.

Q.    Are you aware of any generally accepted method to infer composition ratio for capsules at issue from plasma concentration data?

A.    No.

Q.    Do you consider Dr. Rudnic's interpretation of this 96-hour data reliable?

A.    No.

Q.    Let's turn to the assumptions beneath this blood levels theory.

What assumptions have you identified?

A.    If there's going to be 8 milligrams of extra immediate release, as we are seeing, that could happen. Even if it could happen at pH 4.5, which the data and the testing suggests it doesn't happen at pH 4.5, but if it did, it would require the 34 healthy adult male fasting stomachs to have a pH 4.5 in order for the plasma data to reflect what happened in the test.

The subset area would apply to all 34 capsules that were administered.  That means *in vivo* 8 milligrams from the Lupin delayed-release beads immediately releases just like the ORACEA IR pellets did in the stomach.  And 10 milligram from the Lupin delayed-release beads have to delay just like the ORACEA

delayed-release pellets do in the stomach.  So the 8-milligram subset from the 18 percent coating has to function as immediate release as if it were essentially not coated.  And the 10-milligram delayed-release subset from the 18 percent coating has to function to retain delayed release in line with the 30 percent coating on the ORACEA product.

And then we have the same issue around the narrow absorption window, that they would have to have the same release for the narrow absorption window.  And they haven't really talked about the absorption window particularly, but it's my view that this drug actually does release throughout the intestinal track, but it happens to release -- sorry -- this drug happens to absorb throughout the intestine -- intestine and colon, but it happens to absorb much better in the first part of it.

And the release that I explained to you a little while ago, in terms of how these things release and the time scale of how these things release, will be such that Dr. Rudnic said the duodenum will be about an hour, an hour and a half, something like that, in his testimony.  We talked about how quickly the pellets will leave the stomach; we talked about how fast the delayed-release pellets will dissolve in the intestine.

We know this drug is one absorbed in the duodenum, and there was no issue with an absorption window on the basis of those kind of kinetics and whether things arrived in different places.

Q.    You just mentioned release and absorption, and distinguished those.

What is shown as slide 123?

A.    So this is the data which Dr. Rudnic presented, which is 96 hours he said in his testimony, that the first part, after when it peaks, is the absorption-dominated phase.  And he correctly said that the top of that peak is where absorption is no longer the dominant process, and that ceases to be the dominant process, and the elimination becomes the dominant process.  I agree with what he said, and the key part, therefore, of our product is the absorption phase, the bit before that.

Q.    Let's look at that yellow data on the shorter time scale.  We have DTX-479.1 in the underlying document, DTX-588.5 on slide 123.

What is this?

THE COURT:  I think your friend on the other side has a question.

MR. FLATTMANN:  I think we are venturing into the area I objected to earlier, Your Honor.

Depending what he is being asked, this could be outside his opinions concerning his opinions on absorption.

THE COURT:  All right.  Let's keep this pretty closely tethered to rebuttal, tie it to specific statements that you're addressing of Dr. Rudnic's.

MR. JAROS:  Certainly, Your Honor.

BY MR. JAROS:

Q.      First of all, what is this?

A.      So this is the first four hours of the plot that we just saw, so it is the bit that Dr. Rudnic described as the absorption phase, and therefore it is the bit where we should be looking for how the drug is arriving into the body primarily.

Q.      Did you personally confirm this plot matches the data that underlies it in the spreadsheet?

A.      Yes, I did.

Q.      Do you see differences in the data on the screen here?

A.      The lines are different, yes.

Q.      Did Dr. Rudnic explain those differences here in court yesterday?

A.      No.

Q.      Yesterday did Dr. Rudnic provide any reason that a 22:18 composition would not produce the blood levels shown on slide 124?

A.      No.

Q.      Next slide.  We have DTX-479.2 on slide 125.
What is this?

A.      The same data set extended out now over an
eight-hour time period.

Q.      Did you confirm that this plot matches the
underlying data in the spreadsheet?

A.      Yes.

Q.      Do you see differences in the data on this time
scale?

A.      Yes.

Q.      Yesterday did Dr. Rudnic explain those
differences?

A.      No.

Q.      Next slide.  We have DTX-479.3 on slide 126.
What is this?

A.      Same data at zero to 24 hours.

Q.      And this is the last one, thankfully.  Did you
confirm that this plot matches the data in the
underlying spreadsheet?

A.      Yes.

Q.      On this scale, do you see differences in the
data?

A.      Yes.

Q.      Would a POSA rely on a visual comparison of this

plasma concentration data to attempt to infer the ratio of Lupin's doxycycline composition?

A.      No.

MR. JAROS:  Your Honor, we move to admit DTX-479 and DTX-588.

THE COURT:  Are there any objections?

MR. FLATTMANN:  Not as they concern the witness' testimony thus far.

THE COURT:  All right.  I am taking them as only for the purpose of reflecting of Dr. Rudnic's theory that we can infer backwards from the blood levels to the ratios.  I'm not going to consider them for any other purpose.

(Exhibit Numbers DTX-479 and DTX-588 were admitted.)

BY MR. JAROS:

Q.      All right.  Let's finish up with Galderma's design and compositions.  We have DTX-53.8 on slide 127. What is presented here?

A.      These are some of the data from another patent not at issue in this case, which was the Galderma '516 patent in which the Galderma produced different types of formulations which had an immediate release and a delayed release, the component, not pellets, but nonetheless, the immediate release and delayed release

component.  And here we have the Galderma 32 immediate release, 32 milligrams immediate release, 4 milligram delayed release.

And these are the plasma data from a pharmacokinetic study compared to the ORACEA test product.  And these were deemed within the patent to be bioequivalence based on the approach that would be used to assess bioequivalence.

Q.      Please turn to DTX-53 in your binder and confirm that is the patent you just referred to, please.

A.      That's right.  Yes.  Yes, it is.

Well, I was looking on the screen.  I should listen to the question.

Q.      So this is 53 --

THE COURT:  Oddly, it's in Volume II.

MR. JAROS:  Volume I was just for fun. Volume II is all the exhibits we've been referring to.

THE COURT:  This is the '516 patent.

MR. JAROS:  Yes, Your Honor.

THE COURT:  Page 12.

THE WITNESS:  I'm sorry, what am I looking at?  DTX --

BY MR. JAROS:

Q.      DTX-53 in the large binder.  You wrestled the beast.

A.       Okay.  DTX.

Q.       53.

A.       Okay.

Q.       Same page you now have the '516 patent in front of you, correct?

A.       I do.

THE COURT:  We're on the left-hand column, page 12, left-hand column, fourth paragraph.

BY MR. JAROS:

Q.       And you relied on this patent for your opinions in this case, correct?

A.       Yes.

MR. JAROS:  Your Honor, we move to admit DTX-53.

MR. FLATTMANN:  No objection.

THE COURT:  Admitted.

(Exhibit DTX-53 admitted into evidence.)

BY MR. JAROS:

Q.       Referring back to the slide, Dr. Buckton, slide 127, what does this show?

A.       So it says the unit dose forms of the present invention are bioequivalence to a reference formulation. It describes that reference formulation below as the ORACEA.  And in the other section it says, "Wherein the delayed-release layer compromises about 4 to 6

milligrams of doxycycline, and wherein the immediate-release layer compromises about 32 milligrams of doxycycline."

Q.      Next slide, we have DTX-53.2 and .13.  What is presented here?

A.      So this is plasma data for the ORACEA product compared to the 38-milligram and 36-milligram products of this particular patent.  And it says the study showed that the bioavailability of doxycycline drug-coated capsules, 36 milligram, and doxycycline drug-coated capsules, 38 milligram, are bioequivalence to the reference product.  The FDA approved 40 milligrams, Oracea capsules under fasting conditions.

Q.      And to confirm, the 36 and the 38 are the 32/4 and the 32/6 that were claimed that we just looked at?

A.      That's right.

Q.      Let's sum up your rebuttal opinions so far.  In summary, why do you disagree with Dr. Rudnic's infringement theory?

A.      So going from the top, I see no evidence at all of a subset of delayed-release pellets or what's now a part of a bell curve, which I see as a subset of delayed-release pellets which compromised or weak or showing any indication to release 8 milligrams extra immediate release.  It would seem the only data being

used to support that were the pH 4.5 second stage dissolution results, not entirely clear at which time point, but those were the data that were being used. And in none of those data -- while I don't -- personally don't think you should be using those data, but in none of those data did I see 8 milligrams of extra immediate release. Far from it, I saw a bimobile distribution and didn't see the 8 milligrams.

So I don't agree there is a subset or the part of a bell curve, whatever we're calling it. I don't agree that there are any incompleted coated -- incompletely coated pellets, if that's still a position that is being held. I don't agree that not all of the speckling is talc, if that is a position that is still being held. I am not sure that it is.

I don't agree that alternating solvent systems is a problem but I don't believe that will affect the next coating layer because it's being dried. And I don't believe that you can use plasma bioequivalence data to corroborate something which already hasn't been shown to exist. I don't see the 8 milligrams, but even if the 8 milligrams notionally existed in some kind of *in vitro* test, I don't believe you can use those plasma data to calculate what the ratio was that was administered to the patient.

Q.      Let's finish up with the big picture.  Are there other reasons that you disagree with Dr. Rudnic's infringement opinions?

A.      As we heard, Dr. Rudnic has not supplied any testing to support these theories or to demonstrate where the extra 8 milligram immediate release came from.  I don't honestly understand where the extra 8 milligrams comes from.

And I would just reiterate that there was no challenge at all to the immediate release results at pH 1.1, which are how a POSA would look to assess whether they have an immediate-release or delayed-release pellet.  You would use that test.  You wouldn't use any other test.  Everybody uses that test and there is no challenge to that, so I don't see any reason why we should move on from that pH 1.1 test.

And then finally, the rebuttal testing confirms that it is a 22:18 ratio product, because at pH 4.5, which I said is a test you wouldn't do, it doesn't release any extra delayed release.  It functions entirely how it was meant to, the correct amount of immediate release and the correct amount of delayed release.

THE COURT:  Well, the FDA require you to do the 4.5 testing.

THE WITNESS:  Sorry.  I made the same mistake I made earlier.  As a first stage to assess immediate release.  I should qualify that.

THE COURT:  Going straight to 4.5 is a test you wouldn't do.

THE WITNESS:  Correct.

THE COURT:  But the FDA requires you to do the 1.1, followed by --

THE WITNESS:  Correct.  And thank you so much for that, because I obviously haven't expressed that clearly enough.  So you would not the start with an immediate release test to see at pH 4.5, does it have an immediate release.  You wouldn't do that.  No one is going to do that test.

You would do that test subsequent to the acid stage.  So you do the pH 1.1 to assess immediate release.

THE COURT:  And you would do the 1.1 for two hours longer than it's typically in the stomach just to be on the safe side?

THE WITNESS:  Correct.  And then the 4.5 after that is the first trail with potential intestinal pH, but not a test of immediate release or stomach release.

THE COURT:  So you would do 1.1 to 4.5

and 1.1 and some other higher pH on the spectrum.

THE WITNESS:  Yes.  Indeed there are other types of test pH that aren't about pH in the multimedia reports as well, so it is a bigger report than just changing pH.  But that concept is exactly right, and I apologize if I didn't express that very clearly.  You would not do pH 4.5 as an initial starting test to assess immediate release.  That wouldn't come into someone's mind as a test to do as a straight, or not a second stage.  As a first stage test, you wouldn't do pH 4.5.

THE COURT:  But if you there trying to rule out a hot spot theory, might, in that context, where the theory is that the gradual addition of a solution-caused unevenness, might that cause you to address the pH differently.

THE WITNESS:  So as an investigation for why your second stage, which is a probing in the intestine stage rather than a probing of the stomach stage, before that test, if it is looking like the data do here, then yes, I think it's sensible to investigate that at pH 4.5 alone to see whether it was caused by the addition of the --

THE COURT:  You'd do it as a backup to respond to or rebut that, but you wouldn't independently

do that test.

THE WITNESS:  Correct.  And in terms of submitting to the FDA, we wouldn't do that.  That doesn't mean Lupin didn't do that because the FDA wouldn't require you to do that.

In terms of this litigation where it's being raised as an issue, then I think it's sensible to go and do the test for just pH 4.5 and to show that it doesn't release at pH 4.5.

THE COURT:  That explanation makes sense.

Please proceed.

MR. JAROS:  Jump to 133, please.

BY MR. JAROS:

Q.     In summary, Dr. Buckton, what conclusion have you drawn from all of the evidence in this case?

A.     That Lupin's product is designed, made, tested, and accurately labeled as a 22-milligram immediate-release, 18-milligram delayed-release product.

MR. JAROS:  Thank you.  No further questions at this time.

THE COURT:  All right.  We are at 4 o'clock.  It doesn't make sense to start cross now.

You may step down.

My only question is -- well, immediate question is are there any housekeeping matters that

would help to take care of now before we proceed to cross in the morning?

MS. BODA:  Yes, Your Honor.  Yesterday when I was reading in exhibits for Ms. Dahm, I think that I misspoke and accidently read in DTX-54, and it should be DTX-64.

THE COURT:  Okay.  Have you conferred with the other side about that number?

MS. BODA:  We have not.

THE COURT:  Why don't you confer after the day and then report back first thing in the morning. If that's agreed upon, then that's an easy solution. And if not, you can come to me with copies of the exhibits so we can talk it through.

MS. BODA:  Okay.  Sounds good.

MR. FLATTMANN:  That makes sense, Your Honor.

THE COURT:  Is there more, Mr. Jaros? Mr. Rakoczy?  I'm sensing Mr. Rakoczy has something to say.

MR. FLATTMANN:  Your Honor, we reserved at least the possibility with counsel for defendants recalling Dr. Rudnic simply for rebuttal testimony.  We don't know if that's acceptable to the Court, or whether or not it would be necessary after cross-examination of

Dr. Buckton.

THE COURT:  So there is a possibility that you wish to do this.  You don't know until you see what the cross is like.

MR. FLATTMANN:  If there was any such rebuttal, it would be very, very brief, and perhaps we can confer with counsel tonight.

MR. RAKOCZY:  That would be somewhat unusual in a bench trial, Your Honor, where the witness has been -- Your Honor has given the witnesses wide latitude to address any issue they saw fit.

THE COURT:  And this is unusual.  I can't yet foreclose the possibility without some sense.  I agree, if it were done, one would expect it to be 10 minutes, 15 minutes.  We are not talking about an extended period here.  And I'd want a justification, but you know, going in that sequence, I would require you to follow strictly -- this is not official, but I can't foreclose it until I have a better sense of what's covered, and we may not be able to resolve this issue until after Dr. Buckton's testimony is over.

MR. RAKOCZY:  My major point, Your Honor, would be in a normal course in a bench trial like this we would receive advanced notice of a list of demonstratives, a list of trial exhibits, so we would

have some idea and ability to prepare for whatever is going to happen, is why I raise it, because it puts us in a bit of a tough spot if --

THE COURT:  Is there anything you can disclose such that if it were on anything it would be on this, that they could look at it?

MR. FLATTMANN:  What I can definitely represent is that we would only use exhibits and the demonstratives that have already been presented by witnesses in this case.  So there will be nothing new, pure rebuttal.

THE COURT:  And if I allow it at all, then I'm going to allow defendants some time, an extended lunch break, something else, if it's not something that -- if it's in an area that we have been going over like the 5 out of the 12 capsules, that is obviously fair game.  There are several topics like that, the use of some of the organic solvents.  But if it's something at all esoteric, they are going to need a little bit of time to get ready for it and we could accommodate that by running to lunch and then taking a longish lunch break as needed to allow them -- but we are not going to be pressed for time tomorrow.

So if you can give them any sense of it, let them know what it is now to look at it overnight.

But certainly I will give them some time tomorrow, if you persuade me that it's necessary.

MR. FLATTMANN:  Understood, Your Honor. Thank you.

MR. RAKOCZY:  Thank you, Judge.

THE COURT:  Very good.  Just wondering, it's probably not so easy for you to ballpark the length of the cross but I'm doubting that this is going to run a full morning.  Do you think a 9:30 start would suffice for us to make it through lunch with a mid-morning break?

MR. FLATTMANN:  I think we could easily get the cross done in just a little over an hour, if not less.

THE COURT:  All right.  You're going to need some time after that to decide, then why don't we do a late start tomorrow, a 10 o'clock start.  This way we do it once with no break.  We can take a long lunch break whether or not there is a rebuttal witness, and then at the end of that testimony, at 11-ish, we will then discuss -- you come with some proposals if you think anything is needed and give as much advanced notice to Mr. Rakoczy as you can.  We will talk about it, we will hash it out then, and if I'm allowing a rebuttal at all, I will give us a longer lunch break to

give them some time to get ready.  And we will take Dr. Rudnic for a little bit, and then after that I will give you my kind of concerns for each side.

If not, then we will take the long lunch break just to allow me to formulate those concerns and I will tell them to you after lunch, and you should be out of here, still it will be before the mid-afternoon break.

MR. RAKOCZY:  There's a storm coming, so maybe we can beat the storm.

THE COURT:  When?

MR. FLATTMANN:  Sometime tomorrow afternoon.

THE COURT:  We could easily adjust, if needed.

MR. RAKOCZY:  I jest, Your Honor.  We're ready to go, regardless.

THE COURT:  All right.  It doesn't look like it's going to be anything serious.

So let's just do that.  Let's do a 10 o'clock.  We'll start -- we will just finish up Dr. Buckton in the morning, and then at that point we'll hash out the issue of whether there's anything further to be done.  And then if there is a rebuttal witness, right after lunch, and then I will apprise you of some

preliminary thoughts and some issues and some hard questions for you to decide.

And we can close at that point, and then follow the briefing schedule as I previously laid it out.  I believe you're going to come back in person for some closings, once I have the benefit -- or just briefs.

Very good.  This court is adjourned.

(Matter adjourned.)

C E R T I F I C A T E

I certify that the foregoing is a correct transcript transcribed by scopists working under my direction from the record of proceedings in the above-entitled matter.

/s/ Kim L. Haley, CSR, CRR, RPR
1/10/2024

**'**

**'516** [3] - 572:21, 573:18, 574:4
**'532** [2] - 475:22, 507:7
**'740** [2] - 476:2, 507:7
**'80s** [1] - 553:1
**'about** [2] - 512:8, 512:9
**'about'** [1] - 512:6

**/**

**/s** [1] - 586:18

**0**

**0** [1] - 483:10
**0.1** [1] - 499:20
**0.5** [2] - 496:25, 549:8
**0.5-millimeter** [1] - 549:7
**0089** [1] - 459:24

**1**

**1** [26] - 462:8, 464:16, 478:15, 485:19, 485:24, 486:6, 486:8, 489:1, 489:18, 496:4, 507:14, 507:17, 507:18, 507:24, 507:25, 526:5, 536:3, 536:4, 536:13, 536:19, 536:20, 539:18, 540:12, 542:6, 549:7
**1.1** [43] - 475:9, 478:20, 480:18, 480:19, 481:25, 484:23, 488:7, 488:10, 488:11, 491:10, 491:21, 494:17, 495:15, 496:3, 496:6, 496:10, 499:9, 499:21, 500:6, 501:6, 514:17, 516:7, 516:9, 516:12, 516:16, 516:22, 517:8, 517:21, 524:4, 528:13, 531:18, 531:20, 536:4, 539:11, 541:17, 564:22, 577:11, 577:16, 578:8, 578:16, 578:18,

578:25, 579:1
**1.1/pH** [1] - 535:19
**1.2** [4] - 489:1, 491:9, 491:21, 534:22
**1.6** [1] - 534:22
**1/10/2024** [1] - 586:18
**10** [22] - 454:10, 475:24, 478:22, 479:1, 480:8, 492:17, 492:25, 502:2, 503:3, 512:9, 512:19, 513:1, 519:8, 523:19, 525:1, 564:11, 564:15, 567:24, 582:15, 584:17, 585:21
**10-milligram** [5] - 478:3, 493:9, 512:17, 564:6, 568:4
**100** [2] - 543:16, 555:16
**10005** [1] - 455:4
**101** [1] - 544:6
**102** [1] - 544:18
**103** [1] - 548:19
**104** [1] - 549:22
**105** [1] - 550:20
**106** [2] - 551:11
**107** [3] - 551:22, 554:16, 554:21
**108** [2] - 554:19, 556:10
**109** [2] - 557:9, 557:24
**11** [3] - 476:19, 512:20, 513:3
**11-ish** [1] - 584:20
**110** [1] - 558:13
**111** [1] - 559:4
**112** [1] - 559:16
**113** [1] - 560:3
**114** [1] - 563:2
**117** [1] - 564:8
**119** [1] - 565:7
**12** [12] - 460:20, 477:20, 500:16, 524:5, 524:11, 524:18, 525:7, 525:15, 526:13, 573:20, 574:8, 583:16
**120** [6] - 499:10, 516:3, 516:19, 517:11, 517:12, 565:25
**1200** [1] - 455:8
**1201** [1] - 454:17
**121** [1] - 566:19
**123** [2] - 569:7, 569:20
**124** [3] - 464:18,

464:19, 570:25
**125** [1] - 571:2
**126** [3] - 464:16, 464:20, 571:15
**127** [2] - 572:18, 574:20
**13** [2] - 478:5, 575:4
**133** [1] - 580:12
**1347** [1] - 454:18
**14** [2] - 478:12, 544:18
**144** [1] - 459:17
**144.89** [1] - 459:23
**15** [6] - 478:17, 501:9, 501:13, 502:2, 502:13, 582:15
**150** [4] - 475:3, 527:4, 527:10, 555:15
**153** [3] - 460:8, 460:9, 461:4
**155** [2] - 460:3, 460:7
**159.5** [1] - 483:17
**16** [4] - 480:23, 540:9, 540:11, 540:23
**16.3** [2] - 508:13, 508:22
**16.3-milligram** [2] - 513:16, 519:12
**17** [6] - 481:18, 539:3, 539:17, 539:25, 540:20, 542:7
**18** [14] - 481:22, 497:23, 506:20, 517:15, 524:14, 525:10, 537:16, 540:9, 540:13, 540:23, 540:24, 566:11, 568:2, 568:5
**18-milligram** [6] - 497:13, 506:8, 514:3, 519:7, 519:14, 580:18
**18-milligrams** [1] - 513:9
**180** [1] - 475:3
**19** [6] - 482:14, 482:15, 539:3, 540:1, 540:20, 542:7
**19106** [1] - 454:10
**19806** [1] - 455:9
**19899** [1] - 454:18
**1:00** [2] - 454:7, 454:11

**2**

**2** [28] - 454:7, 480:25, 481:20, 481:23, 485:19, 485:24, 486:6, 486:8, 488:25, 489:18,

493:9, 494:12, 496:7, 496:25, 503:17, 504:1, 504:11, 515:13, 536:3, 536:5, 536:9, 536:10, 536:13, 536:19, 539:18, 540:12, 549:8, 552:10
**2-millimeter** [1] - 549:13
**20** [8] - 471:12, 478:22, 483:8, 503:3, 537:23, 540:10, 540:23, 548:19
**20-something** [1] - 491:20
**2003** [3] - 477:17, 507:7, 507:14
**2008** [1] - 471:3
**2012** [1] - 471:4
**2023** [4] - 530:10, 543:6, 543:16, 559:7
**2024** [1] - 454:10
**21** [3] - 484:15, 539:3, 540:20
**22** [5] - 484:20, 497:22, 506:19, 540:10, 540:23
**22-milligram** [6] - 497:13, 506:8, 514:3, 519:2, 519:14, 580:17
**22-milligrams** [1] - 513:8
**22.3-milligram** [1] - 513:15
**22/18** [14] - 463:7, 474:18, 475:11, 506:5, 507:24, 513:10, 513:13, 513:14, 517:18, 518:9, 518:13, 520:15, 522:16, 566:10
**22:18** [2] - 570:24, 577:18
**23** [3] - 485:14, 539:3, 540:20
**23.3** [2] - 508:13, 508:21
**23.3-milligram** [1] - 519:11
**24** [3] - 492:13, 559:4, 571:17
**240** [3] - 475:3, 524:4, 524:6
**240-minute** [2] - 525:23, 531:13

**25** [10] - 471:12, 483:11, 492:15, 519:10, 539:3, 540:10, 540:20, 540:23, 559:16, 562:15
**26** [1] - 493:1
**267** [1] - 454:23
**27** [6] - 493:2, 493:3, 512:12, 513:2, 539:3, 540:20
**28** [1] - 494:7
**29** [1] - 495:11
**299-7232** [1] - 454:23
**2nd** [1] - 457:8

**3**

**3** [11] - 484:17, 484:19, 485:9, 496:11, 500:13, 513:6, 515:18, 526:5, 536:9, 536:14, 536:20
**30** [29] - 473:20, 475:23, 481:1, 482:20, 487:13, 490:21, 490:22, 492:16, 492:22, 492:23, 495:22, 499:10, 500:14, 507:18, 508:18, 509:11, 512:8, 512:11, 513:1, 516:3, 516:18, 517:10, 517:12, 519:3, 527:5, 527:10, 529:16, 565:11, 568:6
**30-milligram** [2] - 478:2, 493:8
**30-minute** [1] - 478:23
**30/10** [11] - 462:24, 463:9, 474:15, 482:17, 484:17, 513:14, 521:20, 522:16, 566:15
**30:10** [3] - 493:19, 493:22, 493:23
**31** [1] - 496:20
**32** [5] - 455:4, 499:5, 573:1, 573:2, 575:2
**32/4** [1] - 575:14
**32/6** [1] - 575:15
**33** [2] - 512:12, 513:2
**34** [3] - 566:22, 567:17, 567:20
**35** [3] - 460:20, 562:16, 562:17
**36** [3] - 497:8, 575:10,

575:14

**36-milligram** [1] - 575:7

**37** [5] - 486:24, 491:1, 491:10, 491:20, 501:23

**38** [3] - 497:16, 575:11, 575:14

**38-milligram** [1] - 575:7

## 4

**4** [4] - 460:20, 573:2, 574:25, 580:22

**4.5** [59] - 475:2, 485:22, 489:3, 490:7, 490:10, 491:17, 523:3, 524:5, 525:9, 527:12, 527:13, 527:18, 528:6, 528:8, 528:9, 528:12, 528:14, 528:18, 528:19, 528:21, 528:23, 528:25, 529:1, 529:8, 529:15, 529:23, 530:2, 530:4, 531:17, 531:24, 532:5, 532:6, 532:7, 532:8, 532:14, 532:25, 533:11, 534:19, 534:24, 534:25, 535:8, 535:19, 536:6, 536:17, 567:15, 567:16, 567:18, 576:1, 577:19, 577:25, 578:4, 578:12, 578:21, 578:25, 579:7, 579:11, 579:22, 580:8, 580:9

**40** [13] - 478:1, 480:12, 497:25, 498:1, 500:12, 506:5, 506:21, 516:17, 525:8, 537:24, 554:25, 555:2, 575:12

**40-milligram** [2] - 483:20, 506:18

**41** [2] - 498:9, 554:25

**42** [6] - 524:7, 524:12, 524:13, 525:7, 525:10, 525:13

**43** [1] - 499:14

**44** [1] - 500:2

**45** [10] - 498:5, 498:12,

500:8, 513:5, 513:22, 514:1, 514:6, 515:20, 519:9, 533:6

**46** [1] - 501:2

**46.10** [1] - 497:15

**47** [2] - 505:22, 506:2

**48** [1] - 506:14

## 5

**5** [4] - 524:5, 524:11, 524:17, 583:16

**5-minute** [1] - 557:21

**5.1** [1] - 464:17

**5.4** [1] - 458:19

**5.5** [9] - 481:3, 489:11, 489:18, 489:25, 530:5, 531:25, 532:14, 532:22, 565:12

**5.79** [1] - 458:20

**5/5** [1] - 481:3

**50** [3] - 507:4, 516:17, 517:13

**500** [1] - 455:14

**51** [1] - 507:11

**52** [2] - 508:8, 509:14

**52.2** [1] - 500:8

**53** [2] - 573:14, 574:2

**54** [3] - 510:20, 516:18, 517:13

**55** [15] - 498:4, 498:12, 501:14, 511:7, 513:5, 513:22, 513:25, 514:6, 515:14, 515:19, 516:5, 517:23, 519:4, 529:17, 533:5

**55/45** [1] - 507:23

**55:45** [2] - 497:19, 497:21

**56** [2] - 511:15, 511:16

**57** [1] - 511:19

**58** [2] - 512:4, 529:2

## 6

**6** [9] - 455:14, 495:1, 495:18, 500:13, 526:5, 560:20, 561:1, 561:5, 574:25

**6.0** [2] - 499:21, 539:13

**60** [1] - 499:10

**601** [1] - 454:9

**60654** [1] - 455:15

**63** [1] - 513:18

**64** [1] - 513:19

**65** [2] - 500:15, 514:4

**66** [1] - 514:9

**68** [1] - 515:10

## 7

**7** [6] - 486:14, 489:22, 489:25, 507:7, 507:16, 526:6

**7.56** [2] - 524:13, 525:11

**70** [3] - 498:1, 507:18, 515:17

**72** [1] - 515:24

**73** [1] - 516:11

**74** [3] - 516:20, 517:4, 517:13

**75** [9] - 483:11, 492:15, 494:13, 500:13, 501:5, 515:15, 517:15, 517:23, 519:5

**75/25** [5] - 477:25, 482:18, 483:19, 483:23, 533:8

**750** [1] - 494:13

**76** [1] - 518:2

**77.6** [1] - 483:19

**78** [1] - 550:20

**79** [1] - 521:4

## 8

**8** [21] - 476:19, 508:8, 523:17, 525:12, 525:16, 526:6, 526:11, 526:14, 531:7, 538:17, 564:1, 564:9, 567:13, 567:21, 575:24, 576:6, 576:8, 576:22, 577:6, 577:7

**8-milligram** [4] - 524:14, 563:22, 564:1, 568:2

**80** [1] - 522:23

**85** [1] - 524:24

**86** [1] - 525:4

**87** [1] - 525:24

**88** [1] - 529:12

## 9

**9** [5] - 460:5, 475:14, 475:15, 512:19, 513:3

**92** [1] - 536:22

**93** [1] - 537:9

**94** [1] - 538:22

**95** [1] - 539:14

**96** [3] - 540:3, 567:2, 569:9

**96-hour** [3] - 523:22, 566:18, 567:8

**97** [1] - 540:15

**98** [1] - 541:20

**99** [2] - 507:18, 542:2

**9:30** [1] - 584:9

## A

**A:21-CV-01710-SB** [1] - 454:5

**abandon** [1] - 521:24

**abandoned** [3] - 519:23, 521:11, 521:19

**ability** [2] - 553:6, 583:1

**able** [5] - 553:13, 557:2, 557:3, 565:20, 582:20

**above-entitled** [1] - 586:15

**absolutely** [8] - 487:21, 487:24, 510:12, 521:2, 533:16, 536:18, 538:14, 548:2

**Absolutely** [3] - 503:16, 504:13, 510:7

**absorb** [3] - 503:23, 568:15, 568:16

**absorbed** [1] - 569:1

**absorbing** [5] - 505:5, 505:6, 505:10, 505:13, 565:22

**absorbs** [1] - 501:17

**absorption** [10] - 568:9, 568:10, 568:11, 569:2, 569:5, 569:11, 569:12, 569:16, 570:2, 570:11

**absorption-dominated** [1] - 569:11

**academic** [10] - 468:8, 469:11, 469:12, 469:15, 469:17, 470:2, 470:12, 470:20, 473:3, 473:18

**Academy** [1] - 468:25

**accelerated** [2] - 500:11, 500:12

**acceptable** [5] - 538:8, 538:10, 539:22, 540:13,

581:24

**accepted** [3] - 473:7, 566:1, 567:3

**accident** [1] - 546:20

**accidently** [1] - 581:5

**accommodate** [1] - 583:21

**accuracy** [1] - 518:13

**accurate** [4] - 473:15, 506:12, 506:13, 533:14

**accurately** [5] - 474:17, 497:12, 513:10, 517:17, 580:17

**achieve** [2] - 541:12, 566:17

**achievement** [2] - 469:11, 469:12

**achieving** [2] - 484:11

**acid** [16] - 488:17, 488:18, 488:20, 494:14, 494:15, 494:16, 498:18, 499:9, 499:20, 500:6, 517:11, 517:13, 527:7, 527:8, 539:12, 578:16

**acidic** [7] - 495:25, 499:8, 499:10, 499:19, 500:18, 517:8, 517:21

**Act** [1] - 518:8

**ACTION** [1] - 454:4

**active** [1] - 510:25

**actual** [1] - 482:19

**add** [1] - 499:12

**added** [1] - 552:12

**adding** [1] - 557:6

**addition** [3] - 529:24, 579:14, 579:23

**additional** [1] - 516:12

**additionally** [1] - 486:19

**address** [5] - 460:13, 520:9, 552:13, 579:16, 582:11

**addressed** [1] - 462:21

**addresses** [2] - 460:4, 460:12

**addressing** [1] - 570:5

**adequate** [2] - 518:6, 541:5

**adherent** [1] - 498:20

**adhering** [3] - 481:9, 547:4, 547:5

**adjourned** [2] - 586:8, 586:9

**adjust** [4] - 467:24, 499:13, 499:24, 585:14
**adjusted** [1] - 495:1
**adjusting** [1] - 499:21
**administer** [6] - 460:14, 519:19, 522:2, 522:6, 522:8, 522:9
**administered** [3] - 461:13, 567:21, 576:25
**administers** [3] - 520:3, 521:22, 522:1
**administrating** [1] - 459:6
**administration** [6] - 459:7, 462:11, 511:1, 514:15, 521:13, 522:11
**administrations** [1] - 459:1
**admirably** [1] - 456:23
**admit** [15] - 493:25, 495:4, 496:13, 497:2, 498:23, 500:21, 508:1, 509:16, 518:15, 526:22, 535:6, 550:12, 558:22, 572:4, 574:13
**admitted** [29] - 456:10, 474:22, 494:4, 494:5, 495:8, 495:9, 496:16, 496:17, 497:5, 497:6, 499:1, 499:2, 500:24, 500:25, 508:5, 508:6, 518:19, 518:20, 526:23, 527:1, 527:2, 534:3, 550:16, 550:17, 558:25, 559:1, 572:15, 574:16, 574:17
**ADRIANNE** [1] - 455:13
**adult** [2] - 566:22, 567:17
**advanced** [2] - 582:24, 584:22
**affect** [4] - 479:22, 491:5, 560:23, 576:18
**affected** [1] - 472:24
**afternoon** [5] - 456:1, 467:4, 467:16, 585:7, 585:13
**agents** [1] - 504:24
**ago** [1] - 568:19

**agree** [35] - 461:2, 488:8, 488:10, 490:8, 509:9, 509:10, 512:14, 515:8, 521:2, 527:4, 528:4, 530:9, 531:2, 531:8, 531:10, 531:13, 531:16, 535:22, 537:16, 537:25, 538:2, 541:2, 541:8, 548:25, 561:11, 563:7, 563:14, 563:17, 565:16, 569:15, 576:9, 576:11, 576:13, 576:16, 582:14
**agreed** [4] - 521:20, 528:2, 555:10, 581:12
**agreement** [2] - 488:3, 520:25
**ahead** [9] - 467:20, 481:11, 497:8, 499:14, 510:6, 513:18, 515:10, 516:11, 554:16
**aid** [3] - 457:19, 457:21, 457:23
**aided** [1] - 454:25
**akin** [2] - 539:12, 540:6
**al** [2] - 454:4, 454:6
**alcohol** [6] - 551:15, 552:2, 552:15, 553:16, 556:19, 557:14
**alkaline** [4] - 499:12, 528:6, 528:22, 529:24
**all-or-nothing** [1] - 504:15
**allow** [7] - 463:24, 555:4, 555:5, 583:12, 583:13, 583:22, 585:5
**allowing** [2] - 522:18, 584:24
**almost** [3] - 503:14, 509:6, 526:10
**alone** [3] - 528:10, 528:21, 579:22
**altering** [1] - 563:4
**alternating** [2] - 537:5, 576:16
**American** [2] - 468:23, 469:4
**amount** [16] - 461:1, 463:19, 479:9, 484:5, 486:13,

496:1, 496:23, 500:1, 517:22, 526:8, 555:1, 555:14, 565:22, 577:21, 577:22
**amounts** [1] - 485:2
**analysis** [7] - 465:11, 473:4, 500:4, 543:3, 544:1, 559:14
**analytical** [3] - 483:14, 543:22, 555:21
**analytically** [3] - 482:23, 482:25, 484:3
**analyze** [1] - 477:10
**analyzed** [1] - 542:19
**analyzing** [1] - 542:23
**anatomy** [1] - 489:5
**ANDA** [7] - 461:9, 516:16, 516:22, 518:5, 518:11, 525:8, 534:11
**ANDREW** [1] - 455:3
**anhydrate** [1] - 480:8
**anhydrous** [4] - 479:3, 479:20, 480:12, 506:21
**answer** [1] - 460:25
**answers** [1] - 467:12
**anti** [2] - 498:20, 504:24
**anti-adherent** [1] - 498:20
**anti-tacky** [1] - 504:24
**anyway** [1] - 542:12
**apologize** [1] - 579:6
**apparatus** [2] - 494:12, 494:13
**appear** [1] - 457:10
**appearance** [1] - 550:6
**APPEARANCES** [2] - 454:15, 455:1
**application** [1] - 507:13
**applications** [2] - 507:3, 507:6
**applied** [11] - 524:12, 551:9, 551:17, 556:19, 557:13, 557:18, 558:2, 558:3, 558:7, 558:9, 563:8
**apply** [5] - 476:13, 477:13, 511:23, 539:23, 567:20
**applying** [1] - 512:16
**apprise** [1] - 585:25
**approach** [4] - 466:22, 478:21, 513:22,

573:7
**appropriate** [1] - 492:5
**approval** [3] - 518:1, 518:4, 518:8
**approved** [4] - 485:11, 485:12, 518:9, 575:12
**April** [3] - 477:17, 507:7, 507:14
**aqueous** [7] - 553:3, 553:9, 554:8, 558:3, 558:9, 563:5
**area** [8] - 457:20, 468:21, 470:17, 508:25, 546:17, 567:20, 569:25, 583:15
**areas** [3] - 546:13, 546:16, 546:19
**arguing** [1] - 521:25
**argument** [2] - 521:11, 538:9
**arguments** [1] - 519:23
**arise** [1] - 524:9
**ARL** [2] - 529:3, 529:14
**arrival** [1] - 527:19
**arrived** [2] - 511:17, 569:4
**arrives** [1] - 489:15
**arriving** [1] - 570:12
**ARSHT** [1] - 454:16
**art** [6] - 476:22, 476:23, 494:24, 508:12, 508:18, 510:3
**article** [1] - 457:9
**articles** [2] - 457:10, 457:25
**aspects** [1] - 527:5
**asserted** [9] - 474:13, 475:13, 475:15, 507:3, 512:10, 512:24, 518:24, 519:16, 519:18
**assess** [6] - 531:19, 573:8, 577:11, 578:2, 578:16, 579:8
**assessments** [2] - 471:18, 471:19
**assist** [1] - 468:4
**Association** [1] - 468:23
**assuming** [1] - 501:23
**assumptions** [3] - 566:5, 567:10, 567:12
**assurance** [1] -

495:20
**attached** [1] - 552:1
**attack** [2] - 465:23, 466:3
**attempt** [1] - 572:1
**attempted** [1] - 465:17
**attempting** [1] - 510:10
**attributed** [1] - 459:6
**authorization** [1] - 471:24
**authorizations** [1] - 471:16
**authorized** [1] - 555:18
**Avachat** [2] - 479:3, 484:10
**available** [2] - 541:17, 553:3
**average** [1] - 529:18
**award** [2] - 468:20, 469:12
**Award** [1] - 471:3
**awarded** [2] - 468:18, 471:3
**aware** [2] - 535:18, 567:3

**B**

**bachelor** [1] - 468:9
**bachelor's** [1] - 477:3
**background** [3] - 457:18, 468:8, 472:10
**backup** [1] - 579:24
**backwards** [1] - 572:11
**bad** [2] - 541:8, 563:5
**ballpark** [2] - 530:15, 584:7
**band** [1] - 561:5
**bar** [1] - 562:15
**barriers** [2] - 458:1, 458:4
**bars** [1] - 562:13
**based** [18] - 462:5, 462:8, 464:3, 465:11, 470:18, 482:19, 482:25, 483:16, 506:10, 508:16, 513:10, 518:11, 529:24, 539:9, 562:11, 562:20, 563:6, 573:7
**Based** [1] - 506:23
**basis** [6] - 465:5, 469:25, 474:21, 480:12, 565:19, 569:3

**batch** [7] - 515:13, 515:18, 515:25, 540:7, 540:8, 540:22, 541:24
**batches** [4] - 501:10, 501:11, 516:4, 517:20
**bead** [6] - 496:1, 545:2, 545:20, 547:17, 548:6, 560:6
**beadlets** [1] - 511:3
**beads** [29] - 483:17, 483:18, 484:4, 484:6, 493:7, 493:8, 494:22, 495:3, 495:16, 495:19, 496:3, 496:5, 496:8, 498:17, 542:10, 544:20, 544:22, 544:23, 544:24, 544:25, 547:18, 549:4, 550:6, 550:7, 550:25, 564:15, 567:22, 567:25
**beast** [1] - 573:25
**beat** [1] - 585:10
**became** [2] - 468:13, 553:3
**becomes** [2] - 488:1, 569:14
**befell** [1] - 546:20
**BEFORE** [1] - 454:13
**begin** [3] - 528:2, 537:12, 561:7
**beginning** [6] - 460:3, 463:1, 472:24, 503:1, 505:4, 528:22
**begins** [1] - 460:9
**behave** [4] - 489:5, 503:19, 503:20, 518:10
**behaved** [1] - 479:19
**behaves** [1] - 533:5
**behaving** [1] - 547:8
**behavior** [2] - 470:7, 528:17
**beige** [1] - 481:15
**bell** [3] - 564:2, 575:22, 576:10
**below** [7] - 490:22, 538:10, 554:21, 554:22, 560:24, 560:25, 574:23
**BENCH** [1] - 454:6
**bench** [2] - 582:9, 582:23
**beneath** [1] - 567:10
**beneficial** [1] - 557:2
**benefit** [1] - 586:6
**best** [1] - 564:18

**bet** [1] - 522:1
**better** [3] - 533:14, 568:16, 582:19
**between** [10] - 472:18, 486:3, 489:25, 501:9, 530:20, 544:14, 551:6, 561:11, 561:18, 561:19
**beyond** [7] - 465:12, 466:19, 485:4, 487:9, 488:3, 536:17, 562:3
**BIBAS** [1] - 454:13
**big** [2] - 515:23, 577:1
**bigger** [2] - 563:13, 579:4
**bimobile** [1] - 576:7
**binder** [3] - 473:12, 573:9, 573:24
**binders** [1] - 456:18
**bioavailabilities** [1] - 465:10
**bioavailability** [5] - 464:25, 465:9, 465:11, 465:19, 575:9
**bioequivalence** [9] - 565:13, 566:7, 566:15, 566:17, 573:7, 573:8, 574:22, 575:11, 576:20
**bioequivalency** [1] - 465:13
**biomodal** [3] - 526:17, 526:19, 529:21
**biorelevant** [13] - 488:8, 488:10, 488:14, 488:15, 488:24, 489:3, 490:7, 527:12, 534:16, 534:19, 534:20, 534:23, 534:25
**biosurfactants** [1] - 488:23
**bit** [11] - 489:12, 492:10, 536:10, 560:16, 569:17, 570:10, 570:11, 583:3, 583:20, 585:2
**bits** [2] - 546:7, 560:14
**black** [1] - 561:19
**blade** [3] - 546:22, 560:6, 560:8
**blood** [9] - 501:20, 523:22, 565:5, 565:15, 565:16, 565:19, 567:10,

570:24, 572:11
**blue** [2] - 476:11, 483:5
**BLUMENFELD** [1] - 454:16
**BODA** [4] - 455:14, 581:3, 581:9, 581:15
**body** [9] - 471:16, 486:19, 486:23, 491:1, 514:18, 514:20, 515:1, 515:2, 570:13
**bottom** [9] - 459:23, 460:9, 478:14, 514:22, 516:21, 521:7, 549:9, 552:7, 559:20
**BOX** [1] - 454:18
**break** [12] - 467:15, 546:20, 557:21, 583:14, 583:22, 584:11, 584:18, 584:19, 584:25, 585:5, 585:8
**breaking** [1] - 546:23
**breeze** [1] - 475:18
**brief** [2] - 520:1, 582:6
**Brief** [2] - 523:8, 557:22
**briefing** [1] - 586:4
**briefly** [8] - 495:11, 507:2, 512:3, 519:25, 529:1, 535:25, 537:19, 538:21
**briefs** [1] - 586:7
**bring** [3] - 458:9, 486:24, 486:25
**Britain** [1] - 469:1
**British** [2] - 471:25, 472:4
**broadest** [1] - 513:1
**broken** [4] - 546:19, 547:17, 547:18
**BROOM** [1] - 455:8
**brought** [1] - 457:16
**bubbly** [1] - 546:4
**BUCKTON** [1] - 467:3
**Buckton** [27] - 457:11, 460:19, 460:21, 462:22, 463:5, 463:11, 465:8, 466:8, 467:2, 467:4, 467:24, 468:3, 473:23, 509:9, 511:23, 518:22, 520:8, 522:25, 523:12, 534:9, 543:5, 548:16, 557:24, 574:19,

580:14, 582:1, 585:22
**Buckton's** [3] - 459:2, 459:14, 582:21
**buffer** [2] - 499:11
**build** [1] - 550:10
**bunch** [1] - 560:21
**buy** [3] - 488:15, 488:23, 534:25
**BY** [60] - 454:16, 454:17, 455:3, 455:3, 455:7, 455:8, 455:12, 455:12, 455:13, 455:13, 455:14, 467:23, 469:14, 473:2, 474:9, 480:6, 480:16, 484:13, 490:5, 491:23, 494:6, 495:10, 496:18, 497:7, 499:3, 501:1, 505:20, 508:7, 509:8, 510:15, 515:9, 516:10, 518:21, 520:7, 520:20, 521:3, 522:24, 523:11, 525:22, 527:21, 529:10, 530:25, 534:8, 538:20, 543:4, 545:22, 548:15, 549:19, 550:18, 554:13, 556:9, 557:23, 559:2, 562:10, 570:7, 572:16, 573:23, 574:9, 574:18, 580:13
**Byrne** [1] - 454:9

**C**

**CAHILL** [1] - 455:2
**calculate** [4] - 531:11, 531:14, 535:23, 576:24
**calculated** [1] - 482:19
**calculation** [5] - 483:14, 524:9, 524:10, 524:16, 552:5
**Cambridge** [1] - 469:7
**cannot** [1] - 519:15
**capsule** [31] - 483:2, 490:15, 492:2, 492:3, 492:5, 492:6, 492:7, 493:9, 493:11, 501:22,

501:23, 501:25, 504:4, 504:10, 506:6, 506:17, 506:18, 511:3, 514:19, 524:13, 524:18, 524:20, 525:17, 525:19, 526:11, 526:13, 530:17, 531:7, 531:8
**capsules** [29] - 483:10, 493:6, 506:5, 516:19, 516:23, 524:5, 524:7, 524:11, 524:18, 525:8, 525:14, 525:20, 526:2, 526:5, 526:7, 526:10, 526:13, 528:5, 529:18, 535:22, 555:24, 558:16, 558:19, 567:4, 567:21, 575:10, 575:11, 575:13, 583:16
**capture** [2] - 553:6, 553:13
**care** [1] - 581:1
**career** [1] - 468:16
**carried** [5] - 468:15, 470:4, 470:23, 478:20, 499:18
**carries** [1] - 564:12
**carton** [1] - 506:16
**cartoon** [1] - 564:19
**case** [25] - 459:3, 459:8, 459:12, 461:10, 469:23, 477:14, 482:22, 486:11, 487:6, 488:4, 490:12, 506:10, 506:24, 508:17, 511:12, 511:15, 511:25, 518:12, 521:16, 522:15, 563:22, 572:21, 574:11, 580:15, 583:10
**cases** [2] - 461:9, 462:14
**cast** [1] - 470:5
**categorization** [1] - 472:11
**caused** [3] - 562:24, 579:15, 579:22
**causing** [4] - 553:7, 559:25, 561:17, 564:3
**caveated** [1] - 462:23
**ceases** [1] - 569:13
**cellulose** [1] - 551:15

**centigrade** [5] - 490:21, 490:23, 491:2, 500:12, 500:15
**certain** [2] - 458:21, 555:15
**certainly** [8] - 458:5, 461:8, 466:16, 490:9, 538:17, 552:9, 570:6, 584:1
**Certainly** [2] - 520:19, 558:13
**certificate** [1] - 500:4
**certify** [1] - 586:12
**cetera** [1] - 534:13
**challenge** [3] - 475:8, 577:10, 577:15
**chance** [1] - 544:24
**Chang** [2] - 476:24, 512:10
**change** [3] - 482:3, 495:1, 495:2
**changes** [1] - 532:20
**changing** [1] - 579:5
**Characterization** [1] - 521:1
**chart** [1] - 498:11
**check** [1] - 535:9
**Chelsea** [1] - 468:10
**chemical** [1] - 559:14
**chemically** [2] - 542:25, 543:23
**chemistry** [2] - 472:10, 472:15
**Chemistry** [2] - 468:25, 471:13
**CHICAGO** [1] - 455:15
**chief** [1] - 470:21
**chloride** [9] - 551:16, 552:2, 552:13, 552:14, 552:16, 553:15, 554:11, 556:20, 557:14
**choice** [1] - 499:25
**chose** [1] - 540:24
**circumstances** [1] - 522:19
**circumstantial** [1] - 463:15
**cites** [1] - 526:24
**citrate** [2] - 481:4, 498:19
**CIVIL** [1] - 454:4
**Claim** [3] - 507:17, 507:24, 507:25
**claim** [18] - 458:25, 462:8, 492:12, 492:14, 507:14, 507:16, 510:16, 511:8, 511:14,

511:17, 511:20, 512:17, 513:1, 514:11, 514:12, 514:13, 522:14, 555:9
**claimed** [5] - 461:1, 474:14, 477:22, 512:25, 575:15
**claims** [10] - 460:19, 460:22, 461:10, 462:10, 462:12, 474:16, 475:15, 507:3, 512:8, 512:10
**clarifies** [1] - 462:18
**clarify** [5] - 480:7, 491:24, 532:2, 534:6, 543:5
**class** [1] - 487:25
**clear** [17] - 456:5, 494:22, 509:14, 510:1, 510:8, 510:9, 520:8, 522:17, 527:17, 532:3, 533:18, 534:10, 535:13, 542:9, 542:14, 561:13, 576:2
**clearly** [9] - 463:11, 486:21, 519:12, 533:21, 538:3, 549:16, 560:11, 578:11, 579:7
**clinical** [1] - 470:24
**close** [6] - 464:13, 545:1, 559:11, 559:18, 559:20, 586:3
**close-up** [3] - 559:11, 559:18, 559:20
**closely** [2] - 470:13, 570:4
**closer** [3] - 476:17, 531:25, 551:10
**closings** [1] - 586:6
**clumping** [1] - 504:25
**coat** [69] - 481:12, 481:15, 481:16, 481:17, 513:23, 537:5, 538:3, 538:4, 538:7, 538:25, 539:17, 541:11, 541:13, 541:14, 542:5, 542:7, 544:13, 544:16, 545:21, 546:5, 546:10, 547:3, 547:7, 547:23, 548:24, 551:4, 551:7, 551:8, 551:9, 552:11, 553:14,

554:5, 554:8, 554:11, 554:12, 556:13, 556:24, 557:5, 557:7, 557:13, 557:15, 557:17, 557:18, 558:1, 558:2, 559:23, 560:1, 560:17, 560:18, 561:3, 561:4, 561:16, 561:20, 562:3, 562:5, 562:8, 562:14, 562:18, 562:19, 563:8, 563:10, 563:11, 565:11, 566:11
**coated** [37] - 475:25, 483:12, 497:23, 498:4, 498:6, 498:14, 498:15, 498:16, 498:17, 498:21, 498:22, 506:9, 513:25, 514:1, 523:19, 525:2, 525:11, 537:11, 537:14, 537:15, 544:10, 544:12, 544:16, 544:22, 544:23, 544:25, 546:9, 547:13, 547:14, 551:14, 558:17, 565:10, 568:4, 575:9, 575:10, 576:11, 576:12
**coating** [52] - 470:3, 470:5, 470:6, 473:19, 481:2, 490:18, 498:7, 514:2, 536:23, 537:8, 537:17, 539:19, 541:5, 541:8, 541:9, 541:11, 544:17, 546:5, 546:8, 546:10, 547:23, 547:24, 550:3, 550:4, 550:22, 551:2, 551:3, 552:7, 552:17, 553:15, 554:7, 556:13, 556:17, 559:18, 560:10, 560:12, 560:13, 560:15, 560:24, 561:1, 561:2, 561:6, 562:12, 563:19, 563:23, 564:17, 568:2, 568:5, 568:6, 576:18
**coatings** [3] - 463:3,

544:3, 561:18
**coats** [2] - 561:8, 561:14
**COCHRAN** [1] - 455:3
**coding** [5] - 476:5, 476:6, 476:7, 476:10, 476:11
**coherent** [3] - 481:6, 560:1, 562:18
**cold** [2] - 487:12, 490:16
**colder** [1] - 487:11
**College** [3] - 468:10, 468:12, 468:14
**colon** [3] - 489:16, 489:21, 568:16
**color** [8] - 476:5, 476:6, 476:7, 476:10, 476:11, 481:15, 481:17, 489:8
**colored** [5] - 485:21, 544:9, 544:11, 544:13
**colors** [1] - 485:17
**column** [3] - 516:1, 574:8
**combine** [1] - 483:7
**combined** [1] - 477:25
**comfortable** [2] - 466:15, 467:25
**coming** [2] - 521:15, 585:9
**Commencing** [1] - 454:11
**commend** [1] - 456:22
**commercial** [1] - 501:11
**Commission** [1] - 471:14
**Commissioner** [1] - 472:1
**Committee** [1] - 471:13
**committee** [1] - 471:18
**common** [3] - 513:24, 537:24, 554:24
**companies** [4] - 470:14, 471:1, 471:7, 471:9
**company** [2] - 470:22, 471:4
**compare** [1] - 549:20
**compared** [2] - 573:5, 575:7
**comparing** [1] - 465:9
**comparison** [2] - 465:13, 571:25
**complete** [3] - 526:3,

526:6, 526:23
**completed** [1] - 518:5
**completely** [6] - 464:4, 533:2, 554:2, 554:3, 557:15, 563:9
**completeness** [1] - 558:4
**component** [12] - 477:23, 477:24, 485:1, 485:3, 485:6, 497:1, 499:24, 500:1, 517:25, 533:3, 572:24, 573:1
**composite** [1] - 493:6
**composition** [19] - 469:16, 473:24, 474:15, 475:17, 475:21, 476:8, 477:22, 482:17, 484:14, 484:17, 492:13, 492:14, 512:25, 514:14, 518:24, 566:11, 567:4, 570:24, 572:2
**compositions** [1] - 572:18
**comprised** [4] - 523:21, 524:18, 524:21, 525:3
**comprises** [1] - 475:22
**comprising** [1] - 475:24
**compromised** [2] - 523:17, 575:23
**compromises** [2] - 574:25, 575:2
**computer** [1] - 454:25
**computer-aided** [1] - 454:25
**conceivable** [1] - 511:22
**concentration** [3] - 567:1, 567:5, 572:1
**concentrations** [3] - 475:5, 523:6, 566:21
**concentric** [2] - 561:8, 561:14
**concept** [2] - 527:18, 579:5
**conceptually** [1] - 540:12
**concern** [3] - 457:24, 459:9, 572:7
**concerned** [2] - 479:16, 480:1
**concerning** [1] - 570:2
**concerns** [5] - 457:2, 458:17, 553:1, 585:3, 585:5

**concluded** [1] - 518:6
**conclusion** [1] - 580:14
**conclusions** [2] - 518:25, 519:17
**conclusively** [1] - 529:22
**condition** [1] - 527:12
**conditions** [12] - 494:21, 495:2, 495:25, 500:17, 532:19, 533:12, 540:2, 540:14, 540:19, 566:23, 575:13
**conducted** [2] - 480:18, 482:5
**confer** [5] - 456:21, 458:23, 465:17, 581:10, 582:7
**conferred** [1] - 581:7
**confirm** [10] - 473:13, 511:22, 516:25, 535:25, 542:20, 570:14, 571:6, 571:19, 573:9, 575:14
**confirms** [2] - 475:11, 577:18
**connect** [1] - 509:4
**consider** [6] - 509:13, 536:1, 536:2, 536:6, 567:7, 572:12
**considered** [1] - 552:4
**considering** [1] - 540:24
**consistent** [1] - 516:20
**consistently** [3] - 480:11, 502:14, 533:5
**constantly** [1] - 503:17
**construction** [7] - 510:16, 511:8, 511:14, 511:17, 511:20, 514:11, 514:12
**constructions** [2] - 476:14, 511:23
**construe** [1] - 511:5
**consultant** [1] - 471:6
**consulting** [1] - 471:8
**consumed** [1] - 486:18
**containing** [1] - 483:11
**contains** [3] - 497:20, 497:22, 506:19
**contentious** [1] -

529:8
**context** [3] - 489:4, 492:19, 579:13
**continue** [1] - 523:9
**CONTINUED** [1] - 455:1
**continued** [1] - 468:21
**contract** [1] - 470:25
**contrary** [1] - 459:1
**contrast** [1] - 562:4
**convention** [1] - 469:2
**copies** [2] - 526:22, 581:13
**copolymer** [1] - 498:18
**copy** [3] - 473:15, 534:3, 534:4
**core** [2] - 560:19, 561:20
**correct** [35] - 459:20, 460:10, 460:24, 461:17, 461:18, 461:22, 486:4, 486:15, 486:25, 487:21, 488:12, 489:20, 491:3, 493:16, 494:24, 495:14, 499:25, 503:16, 516:8, 517:2, 525:21, 527:23, 530:7, 535:16, 545:6, 574:5, 574:11, 577:21, 577:22, 578:6, 578:9, 578:21, 580:2, 586:12
**Correct** [2] - 480:14, 548:9
**correctly** [1] - 569:11
**corresponding** [1] - 456:8
**corroborate** [1] - 576:20
**corroborated** [2] - 523:21, 565:13
**counsel** [6] - 459:3, 465:18, 508:23, 522:2, 581:22, 582:7
**count** [2] - 480:13, 531:5
**counted** [1] - 549:10
**countries** [1] - 473:11
**couple** [1] - 534:5
**course** [8] - 459:1, 466:7, 467:18, 469:24, 508:25, 509:1, 539:11, 582:23
**Court** [16] - 454:22,

480:15, 509:24, 511:4, 511:10, 511:18, 513:21, 517:1, 524:22, 525:6, 535:14, 537:11, 548:3, 549:3, 565:9, 581:24
**court** [7] - 467:7, 467:19, 524:10, 524:17, 563:4, 570:21, 586:8
**COURT** [182] - 454:1, 456:1, 456:7, 456:11, 456:17, 456:22, 457:4, 457:13, 457:15, 457:22, 458:3, 458:8, 458:19, 459:5, 459:10, 459:15, 459:21, 459:24, 460:1, 460:5, 460:9, 461:3, 461:16, 461:20, 461:24, 462:7, 462:16, 463:16, 464:4, 464:11, 464:17, 464:19, 464:21, 464:24, 465:5, 465:15, 465:24, 466:2, 466:11, 466:17, 466:21, 466:24, 467:4, 467:7, 467:14, 469:2, 472:17, 473:1, 473:25, 474:3, 474:7, 479:2, 479:10, 479:20, 480:3, 484:7, 486:2, 486:6, 486:14, 486:17, 487:3, 487:15, 489:15, 489:18, 489:23, 490:3, 490:18, 490:25, 491:4, 491:8, 491:13, 491:18, 491:22, 494:2, 494:4, 495:6, 495:8, 496:16, 497:5, 499:1, 500:24, 501:15, 502:11, 502:22, 503:6, 503:10, 503:19, 503:25, 504:9, 504:23, 505:18, 508:4, 508:23, 509:18, 509:24, 510:11, 515:5, 516:6, 518:17, 518:19, 519:25, 520:5,

520:13, 520:22, 521:1, 521:25, 522:9, 522:15, 523:9, 525:18, 527:1, 529:3, 530:15, 531:23, 532:12, 532:21, 533:13, 533:25, 534:7, 536:16, 537:20, 537:23, 538:5, 538:8, 538:19, 542:22, 542:25, 545:9, 545:14, 546:12, 547:9, 547:25, 548:4, 548:7, 548:11, 549:13, 549:16, 550:14, 550:16, 552:18, 553:23, 554:20, 555:13, 555:22, 556:8, 557:20, 558:23, 558:25, 560:20, 561:19, 561:22, 562:9, 569:22, 570:3, 572:6, 572:9, 573:15, 573:18, 573:20, 574:7, 574:16, 577:24, 578:4, 578:7, 578:18, 578:25, 579:12, 579:24, 580:10, 580:21, 581:7, 581:10, 581:18, 582:2, 582:12, 583:4, 583:12, 584:6, 584:15, 585:11, 585:14, 585:18
**Court's** [4] - 476:14, 511:20, 511:23, 514:11
**Courthouse** [1] - 454:9
**courtroom** [1] - 493:14
**courts** [1] - 473:8
**cover** [1] - 543:18
**covered** [5] - 544:12, 545:4, 554:17, 556:14, 582:20
**covering** [1] - 464:11
**covers** [1] - 535:14
**crack** [1] - 562:1
**craters** [1] - 560:21
**credit** [1] - 474:8
**cross** [9] - 466:6, 545:21, 560:5, 580:22, 581:2,

581:25, 582:4, 584:8, 584:13
**cross-examination** [2] - 466:6, 581:25
**cross-section** [1] - 545:21
**crossed** [1] - 458:22
**CRR** [2] - 454:21, 586:18
**crystals** [1] - 546:9
**CSR** [1] - 586:18
**curiosity** [1] - 469:5
**curious** [1] - 539:21
**current** [2] - 470:16, 473:13
**curtailed** [1] - 521:8
**curve** [4] - 564:2, 566:4, 575:22, 576:10
**curves** [2] - 465:11, 519:9
**cut** [3] - 546:22, 547:18, 560:6
**cutting** [1] - 560:7
**CV** [3] - 457:13, 473:13, 474:7

## D

**D-55** [3] - 473:20, 481:1, 565:11
**Dahm** [1] - 581:4
**damage** [2] - 546:23, 560:7
**damaged** [3] - 526:7, 547:2, 549:1
**damages** [1] - 547:6
**dark** [3] - 546:3, 546:13, 546:17
**darker** [3] - 544:11, 544:23, 546:16
**darker-colored** [1] - 544:11
**dash** [1] - 551:19
**data** [51] - 473:5, 475:2, 475:7, 478:22, 500:10, 516:1, 516:14, 516:15, 517:19, 519:1, 523:3, 523:4, 525:6, 533:11, 533:23, 539:21, 540:1, 540:17, 540:18, 540:24, 561:15, 562:23, 563:21, 565:13, 566:18, 567:5, 567:8, 567:15, 567:19, 569:8, 569:18, 570:15,

570:17, 571:4, 571:7, 571:9, 571:17, 571:19, 571:23, 572:1, 572:20, 573:4, 575:6, 575:25, 576:3, 576:4, 576:5, 576:6, 576:20, 576:24, 579:20
**dataset** [1] - 517:14
**date** [2] - 457:17, 476:24
**Daubert** [1] - 474:4
**DAY** [1] - 454:7
**DDX** [1] - 456:7
**DDX-5** [1] - 468:4
**DDX-5.126** [1] - 464:15
**DDX-5.4** [1] - 457:2
**DDX-5.78** [2] - 520:6
**DDX-5.79** [1] - 458:17
**DE** [2] - 454:18, 455:9
**dealing** [2] - 487:16, 502:19
**decay** [1] - 502:9
**decide** [3] - 510:4, 584:16, 586:2
**deciding** [1] - 510:2
**decision** [3] - 511:12, 511:14, 512:2
**decisions** [1] - 510:16
**deemed** [4] - 540:21, 540:22, 540:25, 573:6
**defect** [1] - 547:21
**defective** [1] - 549:1
**defects** [2] - 544:16, 547:6
**DEFENDANT** [2] - 455:7, 455:12
**defendants** [2] - 581:22, 583:13
**define** [1] - 510:17
**defined** [1] - 510:4
**definitely** [4] - 467:15, 486:10, 532:9, 583:7
**definition** [4] - 476:21, 477:13, 511:5, 512:6
**degrade** [1] - 555:6
**degree** [7] - 468:9, 468:12, 468:20, 469:10, 469:13, 477:3, 501:23
**degrees** [10] - 477:4, 486:24, 487:13, 490:21, 490:22, 491:1, 491:10, 491:20, 500:12, 500:14
**DELAWARE** [1] -

454:2
**delay** [2] - 514:15, 567:25
**Delayed** [1] - 503:13
**delayed** [94] - 460:24, 461:2, 472:5, 472:8, 472:18, 472:19, 472:20, 474:19, 475:24, 476:12, 476:15, 477:24, 478:1, 480:24, 481:11, 481:19, 482:2, 482:4, 482:25, 483:6, 483:16, 483:18, 483:20, 484:1, 485:3, 485:6, 492:17, 493:8, 495:3, 495:16, 495:19, 496:1, 496:5, 496:8, 497:13, 497:21, 497:24, 498:17, 502:20, 504:3, 504:21, 505:7, 505:12, 505:15, 506:9, 506:20, 507:16, 507:19, 508:14, 508:22, 511:1, 511:21, 513:3, 513:6, 513:9, 513:16, 514:15, 514:21, 514:23, 515:4, 515:20, 517:25, 519:7, 519:10, 519:12, 519:15, 521:12, 523:17, 523:18, 523:19, 524:15, 530:16, 531:24, 533:3, 533:6, 557:12, 564:13, 566:14, 567:22, 567:25, 568:1, 568:4, 568:6, 568:25, 572:24, 572:25, 573:3, 574:25, 575:21, 575:23, 577:13, 577:20, 577:22, 580:18
**delayed-release** [52] - 472:5, 472:8, 475:24, 476:15, 477:24, 480:24, 481:11, 481:19, 482:2, 482:4, 482:25, 483:6, 483:16, 484:1, 485:3, 485:6, 493:8, 495:3, 495:16,

495:19, 496:1, 496:5, 496:8, 497:21, 497:24, 498:17, 505:7, 506:9, 506:20, 507:16, 511:21, 513:3, 513:6, 514:21, 514:23, 517:25, 523:17, 523:18, 523:19, 530:16, 533:3, 564:13, 567:22, 567:25, 568:1, 568:4, 568:25, 574:25, 575:21, 575:23, 577:13, 580:18
**delayed-released** [2] - 483:18, 505:15
**deliver** [5] - 482:20, 492:15, 492:17, 492:19, 492:20
**delivered** [1] - 555:1
**deliveries** [1] - 471:9
**delivering** [2] - 492:22, 492:25
**delivery** [4] - 469:20, 469:21, 470:16, 476:25
**demonstrate** [2] - 518:7, 577:5
**demonstrates** [2] - 482:10, 559:15
**demonstrative** [4] - 457:3, 457:4, 458:18, 458:22
**demonstratives** [3] - 456:15, 582:25, 583:9
**department** [1] - 468:17
**depended** [1] - 507:17
**deposit** [3] - 553:18, 557:16, 563:12
**deposited** [2] - 553:20, 554:22
**deposition** [11] - 457:12, 457:16, 460:20, 462:22, 465:20, 465:23, 465:24, 466:3, 466:7, 533:17, 558:8
**depth** [1] - 547:1
**describe** [5] - 474:14, 492:10, 492:12, 507:15, 512:25
**described** [7] - 483:4, 485:8, 499:8, 505:21, 524:7, 531:12, 570:10

**describes** [4] - 483:13, 506:7, 514:6, 574:23
**describing** [1] - 492:14
**description** [1] - 510:22
**design** [13] - 463:6, 463:21, 464:6, 474:14, 474:17, 493:22, 493:23, 497:15, 512:24, 527:17, 541:10, 572:18
**design-around** [4] - 463:6, 463:21, 464:6
**designed** [11] - 481:2, 481:25, 497:11, 497:19, 498:2, 513:4, 513:21, 520:15, 541:14, 565:11, 580:16
**designing** [2] - 539:6, 541:7
**desirable** [1] - 552:17
**despite** [1] - 564:16
**detailed** [1] - 483:10
**detected** [1] - 540:14
**development** [9] - 469:16, 470:13, 470:24, 473:23, 477:12, 497:18, 539:1, 541:24, 542:5
**devise** [1] - 470:17
**difference** [7] - 458:10, 465:1, 487:2, 544:14, 550:5, 550:8, 553:22
**differences** [10] - 456:20, 464:22, 566:6, 566:9, 570:17, 570:20, 571:9, 571:13, 571:22
**different** [28] - 465:2, 476:2, 479:11, 479:13, 479:14, 479:17, 479:22, 482:21, 483:3, 484:10, 504:11, 515:21, 516:14, 519:5, 519:10, 521:21, 532:24, 545:16, 555:3, 561:8, 561:14, 562:4, 566:13, 566:14, 569:4, 570:19, 572:22
**differently** [1] - 579:16
**difficulty** [1] - 559:25

**digested** [2] - 503:8, 504:25
**dilute** [3] - 494:14, 499:8, 539:11
**diluted** [2] - 494:15, 494:16
**dire** [1] - 474:1
**direct** [15] - 461:6, 461:17, 461:20, 461:25, 462:4, 462:7, 462:9, 462:12, 462:13, 463:13, 463:19, 464:9, 465:19, 521:9, 522:20
**DIRECT** [1] - 467:22
**direction** [1] - 586:14
**directly** [1] - 520:2
**directors** [1] - 470:14
**directs** [1] - 478:14
**disagree** [3] - 466:14, 575:18, 577:2
**disagreed** [1] - 465:12
**disavow** [1] - 508:20
**disclaim** [1] - 513:17
**disclaimed** [1] - 519:13
**disclose** [1] - 583:5
**disclosed** [2] - 462:23, 475:7
**discrepancy** [1] - 456:4
**discuss** [3] - 457:25, 470:15, 584:21
**discussed** [4] - 457:12, 457:15, 458:2, 490:11
**discussing** [1] - 470:9
**discussion** [6] - 499:16, 507:9, 508:10, 523:7, 543:5, 551:16
**disintegrating** [1] - 504:14
**dismiss** [1] - 488:5
**disperse** [1] - 505:3
**dispersion** [2] - 557:19, 558:3
**dispersions** [1] - 553:3
**dispersive** [2] - 543:20, 543:21
**dispute** [5] - 458:24, 460:23, 460:25, 462:24, 513:13
**disputing** [2] - 521:11, 522:14
**dissolution** [26] - 469:25, 472:11, 473:4, 478:24,

485:8, 492:4, 494:10, 494:11, 494:19, 496:21, 499:19, 500:6, 500:19, 516:1, 517:19, 519:4, 519:9, 524:4, 524:5, 531:10, 535:20, 540:18, 541:17, 564:21, 576:2

**dissolution/ absorption** [1] - 479:23

**dissolve** [15] - 481:2, 487:12, 490:16, 491:14, 491:15, 492:5, 492:8, 501:24, 501:25, 504:8, 505:8, 530:5, 552:21, 565:12, 568:25

**dissolved** [5] - 479:19, 502:4, 503:4, 505:11, 505:12

**dissolves** [2] - 487:13, 492:6

**distinct** [1] - 464:5

**distinction** [3] - 472:18, 486:2, 525:18

**distinguished** [1] - 569:6

**distribution** [7] - 498:14, 526:17, 526:19, 529:21, 564:19, 564:20, 576:7

**DISTRICT** [2] - 454:1, 454:2

**divide** [1] - 513:24

**divided** [1] - 498:7

**doctor** [6] - 468:19, 469:6, 469:8, 469:10, 520:23, 545:10

**document** [2] - 508:12, 569:20

**documents** [2] - 509:18, 518:12

**dominant** [3] - 569:13, 569:14

**dominated** [1] - 569:11

**dominating** [1] - 505:16

**done** [13] - 483:24, 490:4, 527:7, 532:24, 539:10, 539:25, 540:7,

552:7, 552:10, 562:16, 582:14, 584:13, 585:24

**door** [1] - 463:17

**dosage** [2] - 469:21, 510:24

**dose** [12] - 478:1, 478:3, 479:7, 479:8, 483:21, 493:8, 493:9, 493:13, 506:18, 566:14, 566:16, 574:21

**doubt** [5] - 486:22, 488:18, 511:22, 538:3, 546:24

**doubting** [1] - 584:8

**down** [9] - 456:2, 467:9, 503:1, 549:9, 555:20, 556:3, 561:3, 561:4, 580:23

**doxycycline** [28] - 475:21, 475:23, 475:25, 479:3, 479:4, 479:9, 479:12, 492:16, 492:17, 497:22, 497:23, 506:17, 506:22, 512:11, 512:13, 516:18, 516:22, 525:1, 525:9, 525:10, 537:12, 556:22, 565:9, 572:2, 575:1, 575:3, 575:9, 575:10

**DPhil** [2] - 469:3, 469:6

**DR** [6] - 483:12, 511:24, 535:23, 563:22, 564:15, 564:25

**dr** [2] - 467:24, 557:24

**Dr** [92] - 457:11, 459:2, 459:14, 460:19, 460:21, 462:22, 463:2, 463:5, 463:11, 463:16, 463:17, 464:5, 465:8, 465:13, 465:20, 465:25, 466:3, 466:5, 466:8, 466:9, 466:12, 467:2, 467:4, 473:23, 475:1, 475:2, 475:6, 488:7, 490:6, 490:10, 509:9, 511:23, 518:22, 520:8, 521:9, 521:16, 521:23, 522:18, 522:25, 523:2,

523:12, 523:13, 524:2, 524:14, 526:16, 528:16, 530:7, 530:9, 534:9, 536:9, 536:23, 536:25, 541:6, 541:23, 542:18, 543:5, 546:12, 548:9, 548:16, 548:23, 561:10, 561:17, 562:21, 563:1, 563:4, 563:24, 564:14, 565:4, 565:5, 565:16, 566:5, 566:10, 567:7, 568:21, 569:8, 570:5, 570:10, 570:20, 570:23, 571:12, 572:10, 574:19, 575:18, 577:2, 577:4, 580:14, 581:23, 582:1, 582:21, 585:2, 585:22

**drawn** [1] - 580:15

**dried** [3] - 557:14, 563:9, 576:18

**drink** [1] - 502:24

**drug** [64] - 461:12, 469:20, 469:21, 470:16, 471:9, 476:25, 477:12, 477:23, 477:24, 479:15, 479:16, 479:18, 480:1, 480:2, 481:13, 482:18, 482:20, 483:11, 483:14, 483:15, 484:25, 485:2, 487:16, 487:25, 488:2, 492:21, 494:21, 495:3, 496:1, 496:9, 501:6, 501:7, 501:17, 503:4, 505:10, 505:12, 514:14, 518:7, 529:17, 530:17, 539:18, 546:8, 546:9, 547:24, 551:1, 551:4, 551:6, 551:7, 552:11, 554:25, 555:15, 556:12, 556:13, 556:16, 556:17, 560:18, 561:6, 568:12, 568:14, 569:1, 570:12, 575:9, 575:10

**drug-coated** [3] - 546:9, 575:9, 575:10

**drug-coating** [1] - 546:8

**drug-loaded** [4] - 481:13, 482:18, 482:20, 483:11

**drug-loading** [5] - 551:1, 551:4, 552:11, 556:12, 556:13

**drugs** [2] - 465:10, 465:14

**dry** [5] - 554:2, 554:3, 557:2, 557:3, 557:17

**drying** [1] - 553:23

**DTX** [5] - 456:7, 497:15, 500:8, 573:22, 574:1

**DTX-182.16** [1] - 566:19

**DTX-23.1** [1] - 506:14

**DTX-24.11** [2] - 505:22, 506:2

**DTX-25.2** [1] - 500:2

**DTX-27** [1] - 518:20

**DTX-27.1** [1] - 518:2

**DTX-29** [1] - 559:16

**DTX-33.7** [1] - 476:19

**DTX-36** [2] - 494:1, 494:5

**DTX-36.3** [1] - 493:3

**DTX-37** [2] - 495:5, 495:9

**DTX-37.2** [1] - 494:7

**DTX-37.20** [1] - 495:11

**DTX-43** [2] - 496:14, 496:17

**DTX-43.1** [1] - 495:22

**DTX-43.27** [1] - 560:3

**DTX-44** [2] - 497:3, 497:6

**DTX-44.42** [1] - 496:20

**DTX-46.102** [1] - 538:22

**DTX-46.103** [3] - 539:14, 540:3, 540:15

**DTX-46.32** [1] - 499:5

**DTX-46.68** [1] - 498:1

**DTX-46.91** [1] - 499:15

**DTX-47** [2] - 498:24, 499:2

**DTX-47.10** [1] - 498:9

**DTX-479** [2] - 572:5, 572:14

**DTX-479.1** [1] - 569:19

**DTX-479.2** [1] - 571:2

**DTX-479.3** [1] - 571:15

**DTX-49** [2] - 558:22,

559:1

**DTX-49.4** [1] - 551:11

**DTX-49.5** [2] - 554:19, 556:10

**DTX-49.6** [1] - 557:9

**DTX-49.7** [1] - 558:13

**DTX-49.77** [1] - 550:20

**DTX-49.8** [1] - 551:22

**DTX-52** [2] - 500:22, 500:25

**DTX-53** [4] - 573:9, 573:24, 574:14, 574:17

**DTX-53.2** [1] - 575:4

**DTX-53.8** [1] - 572:18

**DTX-54** [1] - 581:5

**DTX-54.5** [2] - 529:2, 529:12

**DTX-55.18** [1] - 507:4

**DTX-56** [1] - 509:17

**DTX-56.2** [1] - 508:8

**DTX-57** [2] - 508:2, 508:6

**DTX-57.24** [1] - 507:11

**DTX-588** [2] - 572:5, 572:14

**DTX-588.5** [1] - 569:20

**DTX-607** [2] - 473:12, 474:22

**DTX-614** [1] - 456:10

**DTX-64** [1] - 581:6

**DTX-65.2** [1] - 514:9

**DTX-65.3** [1] - 515:11

**DTX-65.4** [1] - 515:17

**DTX-75** [3] - 526:22, 527:2, 534:3

**DTX-75.18** [1] - 501:2

**DTX-75.37** [2] - 517:4, 525:24

**DTX-75.8** [1] - 517:15

**DTX-8.9** [1] - 510:20

**DTX-83** [2] - 550:13, 550:17

**DTX-83.1** [1] - 543:16

**DTX-83.19** [1] - 548:19

**DTX-83.21** [1] - 559:4

**DTX-83.5-6** [1] - 544:5

**DTX-83.7** [1] - 544:18

**DTX-84** [1] - 485:13

**dual** [1] - 484:24

**due** [3] - 537:2, 541:25, 562:22

**duodenum** [13] - 489:16, 489:19, 501:19, 502:6, 502:14, 503:15, 503:22, 503:24, 504:8, 532:1, 532:14, 568:21, 569:1

**during** [7] - 458:23, 468:18, 482:12, 495:17, 496:2, 547:2, 552:3

**E**

**early** [2] - 470:23, 539:1
**easily** [2] - 584:12, 585:14
**easy** [2] - 581:12, 584:7
**edited** [1] - 558:5
**education** [3] - 476:24, 477:1, 477:6
**effect** [13] - 479:18, 486:9, 486:10, 486:12, 487:16, 487:18, 487:20, 487:22, 490:13, 510:5, 511:2, 514:16, 538:24
**effective** [1] - 491:11
**efficacy** [1] - 471:22
**eight** [2] - 472:24, 571:5
**eight-hour** [1] - 571:5
**either** [7] - 464:6, 479:14, 504:16, 539:9, 547:1, 556:16, 561:18
**elaborate** [1] - 550:23
**electron** [2] - 543:20, 544:21
**element** [3] - 462:13, 464:10, 522:14
**elements** [2] - 460:19, 460:22
**elimination** [1] - 569:14
**embarrassed** [1] - 467:16
**emphasis** [2] - 463:17, 463:23
**emptied** [1] - 503:5
**empty** [3] - 502:24, 504:5, 505:3
**emptying** [3] - 504:6, 504:16, 505:16
**encompassed** [1] - 508:19
**end** [11] - 481:14, 505:14, 520:3, 537:20, 538:1, 538:2, 538:12, 538:15, 541:3, 554:6, 584:20
**ending** [1] - 561:2
**energy** [2] - 543:20,

543:21
**energy-dispersive** [2] - 543:20, 543:21
**engineered** [1] - 538:11
**England** [1] - 469:3
**enhanced** [1] - 511:1
**ensure** [1] - 495:25
**ensures** [1] - 493:23
**enteric** [59] - 475:25, 476:4, 481:2, 483:12, 495:1, 497:23, 498:7, 498:16, 498:22, 506:9, 514:2, 525:2, 525:11, 537:12, 537:16, 538:25, 539:17, 541:9, 541:11, 544:2, 544:12, 544:13, 544:16, 544:17, 544:22, 544:23, 544:25, 545:21, 546:5, 546:9, 547:23, 550:2, 550:4, 551:4, 551:7, 551:8, 551:9, 554:5, 556:16, 556:17, 557:13, 557:17, 558:1, 558:2, 558:17, 560:12, 560:13, 560:15, 561:3, 561:15, 562:3, 562:5, 562:8, 562:12, 562:14, 565:10, 565:11, 566:11
**enteric-coated** [10] - 483:12, 497:23, 498:16, 498:22, 525:11, 544:12, 544:22, 544:25, 558:17, 565:10
**enteric-coating** [2] - 560:12, 560:13
**enterprise** [1] - 471:3
**entirely** [4] - 493:20, 528:4, 576:2, 577:21
**entirety** [1] - 516:9
**entitled** [1] - 586:15
**environment** [1] - 553:7
**environmental** [1] - 553:1
**enzymes** [1] - 488:21
**equally** [5] - 501:12, 512:19, 519:3, 519:7, 557:1
**equate** [1] - 524:13
**equilibrium** [1] -

486:20
**equipment** [1] - 477:9
**equivalent** [12] - 469:12, 471:15, 474:20, 493:7, 493:9, 496:4, 496:7, 496:11, 506:21, 509:25, 513:14, 548:1
**erratic** [1] - 528:17
**erroneous** [1] - 529:24
**error** [5] - 555:21, 555:23, 556:1, 556:6
**esoteric** [1] - 583:19
**especially** [1] - 545:10
**ESQUIRE** [10] - 454:16, 454:17, 455:3, 455:3, 455:7, 455:12, 455:12, 455:13, 455:13, 455:14
**essence** [4] - 460:25, 462:24, 501:17, 507:8
**essentially** [7] - 485:1, 501:8, 506:7, 522:13, 526:18, 529:17, 568:3
**establishing** [1] - 486:20
**estimate** [1] - 531:25
**estoppel** [1] - 510:8
**et** [3] - 454:4, 454:6, 534:13
**Eudragit** [1] - 458:7
**EUDRAGIT** [4] - 473:19, 481:1, 498:19, 565:11
**Europe** [2] - 471:8, 473:11
**European** [1] - 472:3
**evaluate** [5] - 530:1, 531:17, 535:20, 544:2, 566:2
**evaporated** [4] - 552:3, 553:16, 553:17, 554:8
**evaporates** [1] - 551:18
**event** [1] - 458:13
**evidence** [28] - 461:10, 463:15, 474:8, 486:11, 506:10, 506:23, 508:6, 518:20, 520:2, 520:14, 522:20, 524:20, 527:2, 531:4, 531:5, 531:6, 538:16, 538:18, 541:7,

550:17, 559:1, 562:12, 562:21, 563:21, 563:24, 574:17, 575:20, 580:15
**exactly** [8] - 459:25, 460:11, 496:3, 515:12, 515:18, 530:23, 533:9, 579:5
**examination** [3] - 466:6, 521:9, 581:25
**EXAMINATION** [1] - 467:22
**examiner** [2] - 508:12, 508:14
**example** [8] - 456:24, 470:1, 470:7, 472:23, 478:14, 483:9, 484:1, 484:2
**Example** [1] - 480:25
**examples** [1] - 478:4
**exceeding** [1] - 555:16
**exception** [1] - 547:12
**excipients** [2] - 477:8, 491:25
**excluded** [1] - 457:9
**Excuse** [1] - 557:20
**executive** [1] - 470:22
**exhibit** [11] - 456:3, 465:19, 465:23, 501:10, 515:12, 515:18, 515:25, 516:4, 517:20, 518:20, 550:17
**Exhibit** [12] - 456:10, 474:22, 494:5, 495:9, 496:17, 497:6, 499:2, 500:25, 508:6, 559:1, 572:14, 574:17
**exhibits** [9] - 456:16, 456:21, 466:2, 466:9, 573:17, 581:4, 581:14, 582:25, 583:8
**exist** [2] - 543:2, 576:21
**existed** [1] - 576:23
**exists** [2] - 489:4, 494:15
**exited** [1] - 471:4
**expect** [7] - 489:21, 490:15, 502:3, 508:18, 532:22, 556:3, 582:14
**experience** [8] - 470:10, 471:11, 473:16, 476:25,

477:1, 477:3, 477:5, 477:6
**experiment** [1] - 527:18
**experiments** [1] - 564:21
**expert** [8] - 459:17, 465:12, 473:7, 473:23, 474:8, 474:10, 509:2, 558:5
**expertise** [1] - 508:25
**explain** [12] - 465:17, 470:11, 478:21, 525:25, 545:14, 550:5, 563:25, 564:14, 564:23, 566:6, 570:20, 571:12
**explained** [6] - 514:25, 563:7, 564:4, 565:18, 565:22, 568:18
**explaining** [1] - 505:19
**explanation** [3] - 464:21, 555:17, 580:10
**exponential** [2] - 502:7, 502:12
**exposure** [1] - 553:8
**express** [2] - 467:11, 579:6
**expressed** [1] - 578:10
**extended** [6] - 487:9, 511:1, 514:16, 571:4, 582:16, 583:14
**extended-release** [1] - 514:16
**extra** [7] - 554:22, 567:13, 575:24, 576:6, 577:6, 577:7, 577:20
**eyes** [1] - 542:20

**F**

**facility** [1] - 553:8
**fact** [7] - 460:13, 514:5, 534:18, 543:12, 545:6, 554:25, 561:22
**facts** [8] - 513:20, 517:1, 525:6, 526:4, 537:10, 541:22, 563:3, 565:8
**failing** [2] - 561:16, 562:6
**failure** [1] - 531:5

**fair** [7] - 466:11, 466:21, 510:11, 548:3, 551:25, 554:4, 583:17
**fairly** [2] - 503:12, 520:17
**fall** [3] - 507:22, 507:24, 522:16
**falls** [1] - 521:20
**false** [1] - 520:16
**far** [6] - 457:8, 518:23, 549:1, 572:8, 575:17, 576:7
**fast** [2] - 524:11, 568:24
**fasted** [9] - 488:12, 488:24, 489:3, 494:18, 534:13, 535:14, 536:1, 536:3, 536:7
**fasting** [11] - 485:19, 486:3, 486:7, 486:8, 488:6, 489:18, 535:6, 535:10, 566:23, 567:18, 575:13
**FD&C** [1] - 518:8
**FDA** [21] - 471:15, 480:10, 494:10, 497:17, 501:12, 517:7, 518:4, 518:8, 518:12, 532:7, 533:13, 533:17, 533:20, 533:21, 534:11, 535:3, 575:12, 577:24, 578:7, 580:3, 580:4
**FDA's** [1] - 518:1
**features** [3] - 559:22, 559:23, 559:24
**fed** [9] - 486:5, 490:9, 534:13, 535:3, 535:7, 535:10, 535:11, 535:15
**fellowships** [1] - 468:22
**few** [3] - 456:14, 487:3, 487:7
**field** [2] - 476:23, 477:1
**figure** [4] - 456:4, 478:18, 486:7, 486:8
**Figure** [10] - 478:15, 481:20, 481:23, 484:17, 484:19, 485:9, 496:4, 496:7, 496:11, 513:6
**fill** [4] - 482:18, 483:17, 483:18, 493:13

**filled** [5] - 492:3, 506:5, 506:6, 558:16, 558:18
**filling** [1] - 493:7
**film** [1] - 481:6
**films** [1] - 470:5
**final** [4] - 456:12, 466:25, 552:4, 558:15
**finally** [3] - 464:14, 551:9, 577:17
**fine** [7] - 466:17, 536:20, 544:16, 544:17, 547:8, 547:22, 550:3
**finish** [6] - 518:1, 555:8, 565:3, 572:17, 577:1, 585:21
**finished** [1] - 548:16
**firms** [1] - 456:24
**first** [29] - 456:3, 465:21, 471:20, 474:25, 494:20, 501:8, 502:2, 502:9, 503:3, 505:6, 514:16, 516:1, 517:21, 523:25, 527:6, 527:14, 532:10, 542:3, 547:11, 551:13, 553:14, 568:16, 569:10, 570:8, 570:9, 578:2, 578:22, 579:10, 581:11
**fissure** [1] - 561:17
**fit** [1] - 582:11
**Five** [1] - 501:25
**five** [3] - 504:4, 525:7, 526:9
**flakes** [1] - 542:23
**flakey** [1] - 559:12
**flat** [1] - 556:4
**FLATTMAN** [1] - 521:8
**FLATTMANN** [58] - 455:3, 456:14, 456:19, 456:25, 457:6, 457:14, 457:24, 458:16, 458:21, 459:9, 460:18, 461:8, 461:18, 461:22, 462:4, 462:15, 463:12, 463:25, 464:8, 464:14, 464:18, 464:20, 464:23, 465:4, 465:7, 466:15, 466:20, 466:23,

474:2, 474:5, 494:3, 495:7, 496:15, 497:4, 498:25, 500:23, 508:3, 509:21, 518:18, 519:20, 520:11, 521:5, 522:3, 522:7, 522:10, 526:25, 550:15, 558:24, 569:24, 572:7, 574:15, 581:16, 581:21, 582:5, 583:7, 584:3, 584:12, 585:12
**flawed** [1] - 566:5
**flexible** [1] - 481:6
**flow** [2] - 462:9, 498:11
**fluid** [4] - 488:15, 488:16, 488:25, 535:7
**fluids** [4] - 488:21, 534:21, 534:23, 535:10
**focus** [10] - 475:13, 484:14, 485:13, 493:1, 507:2, 516:11, 523:24, 550:19, 564:6, 565:4
**focused** [2] - 470:20, 510:11
**focusing** [3] - 511:14, 532:13, 532:22
**follow** [2] - 582:18, 586:4
**followed** [2] - 539:12, 578:8
**follows** [1] - 483:12
**food** [8] - 486:3, 486:10, 487:15, 487:22, 488:1, 488:2, 488:4, 503:7
**footnote** [1] - 551:24
**FOR** [5] - 454:2, 454:16, 455:2, 455:7, 455:11
**force** [1] - 547:10
**foreclose** [2] - 582:13, 582:19
**foregoing** [1] - 586:12
**form** [4] - 458:12, 485:25, 502:13, 510:24
**forming** [2] - 457:11, 563:18
**forms** [5] - 469:21, 479:12, 479:14, 479:17, 574:21
**formulate** [1] - 585:5
**formulation** [27] -

469:15, 469:19, 470:24, 471:8, 473:7, 473:23, 476:25, 477:8, 477:10, 481:7, 481:10, 481:20, 497:20, 499:17, 499:22, 499:23, 499:24, 500:1, 507:16, 510:24, 513:10, 517:18, 538:23, 542:12, 574:22, 574:23
**formulations** [3] - 472:8, 472:9, 572:23
**fortunate** [1] - 471:2
**forward** [3] - 472:15, 498:17, 511:9
**founder** [1] - 470:21
**four** [2] - 496:24, 570:9
**fourth** [1] - 574:8
**frankly** [1] - 539:5
**freely** [4] - 479:15, 480:1, 480:2
**friend** [1] - 569:22
**front** [3] - 536:14, 543:18, 574:4
**full** [5] - 468:2, 520:25, 524:7, 526:18, 584:9
**fully** [1] - 524:6
**fun** [1] - 573:16
**function** [10] - 463:8, 477:8, 481:16, 518:10, 544:17, 562:8, 564:10, 564:12, 568:3, 568:5
**functional** [3] - 514:13, 541:11, 546:11
**functionally** [2] - 479:5, 479:22
**functioning** [1] - 515:16
**functions** [7] - 500:19, 513:8, 514:8, 515:19, 516:4, 551:6, 577:20
**fund** [1] - 470:18
**fuzzy** [1] - 560:17

## G

**gain** [3] - 481:24, 538:24, 540:11
**gains** [2] - 539:3, 539:19
**Galderma** [18] - 515:14, 515:22, 517:10, 524:22,

525:5, 533:7, 538:2, 538:10, 541:13, 544:8, 547:21, 548:23, 550:24, 564:7, 566:13, 572:21, 572:22, 573:1
**GALDERMA** [1] - 454:4
**Galderma's** [9] - 465:18, 493:15, 513:20, 516:12, 516:25, 537:10, 541:21, 548:7, 572:17
**game** [1] - 583:17
**gaps** [3] - 546:13, 561:11, 561:12
**gastric** [6] - 488:25, 494:20, 534:21, 535:7, 536:1, 536:7
**gastrointestinal** [4] - 485:17, 492:6, 492:22, 492:24
**gelatin** [13] - 487:12, 490:18, 490:19, 490:20, 491:24, 491:25, 492:2, 492:4, 493:10, 504:10, 506:6, 558:19
**Gelatin** [1] - 487:12
**general** [3] - 512:7, 534:11, 534:14
**generally** [2] - 489:10, 567:3
**generated** [1] - 488:19
**generations** [3] - 488:11, 531:21, 552:24
**generics** [1] - 471:20
**GERALD** [1] - 455:3
**German** [1] - 458:11
**given** [3] - 456:21, 471:23, 582:10
**glass** [5] - 467:15, 490:11, 490:13, 490:16, 490:24
**goal** [3] - 484:11, 484:12, 541:12
**GORDON** [1] - 455:2
**gradual** [1] - 579:14
**gradually** [3] - 472:22, 489:25, 504:18
**Graham** [2] - 467:2, 468:3
**GRAHAM** [1] - 467:3
**gram** [1] - 484:3
**graph** [1] - 567:1
**Gray** [1] - 529:7

Gray's [1] - 527:22
Great [1] - 469:1
greater [1] - 508:19
green [1] - 489:8
Griffin's [1] - 493:15
gross [1] - 483:22
grounds [1] - 471:16
guess [6] - 486:17, 526:15, 545:11, 549:12, 550:11, 557:5
guidance [4] - 534:12, 534:14, 535:3, 535:14

## H

Haley [2] - 454:21, 586:18
half [7] - 489:1, 521:7, 544:25, 547:19, 564:2, 564:3, 568:22
HALL [1] - 455:7
hand [13] - 456:17, 544:24, 545:1, 545:11, 545:17, 560:5, 560:9, 560:11, 561:20, 561:21, 562:15, 574:7, 574:8
HANEY [1] - 455:7
happy [2] - 456:19, 536:13
hard [5] - 464:12, 506:6, 558:18, 561:25, 586:1
hardening [2] - 550:24, 551:13
hash [2] - 584:24, 585:23
head [2] - 467:9, 468:17
healthy [2] - 566:22, 567:17
hear [6] - 459:10, 465:15, 522:3, 524:16, 545:9, 563:25
heard [9] - 478:8, 482:22, 533:16, 551:16, 553:25, 555:13, 557:1, 564:18, 577:4
height [1] - 547:1
held [3] - 523:7, 576:13, 576:15
help [2] - 502:17, 581:1
helpful [1] - 509:1
hermetically [1] -

464:12
high [4] - 523:14, 535:8, 552:19, 552:22
high-surface [2] - 552:19, 552:22
higher [22] - 469:10, 469:13, 477:4, 482:3, 485:5, 486:5, 486:22, 487:11, 491:11, 496:6, 496:10, 514:25, 532:8, 533:2, 533:3, 534:23, 535:4, 535:8, 536:10, 556:2, 579:1
highest [1] - 468:20
highlighted [1] - 554:22
highlights [2] - 525:25, 526:2
hired [1] - 529:4
historically [1] - 552:15
history [1] - 509:1
hits [1] - 491:4
holding [2] - 477:2, 477:4
holes [2] - 485:25, 560:22
honest [2] - 493:21, 528:11
honestly [1] - 577:7
Honor [69] - 456:6, 456:25, 457:21, 458:16, 459:13, 459:20, 460:18, 461:9, 461:19, 461:23, 462:20, 462:25, 463:7, 463:12, 464:1, 464:15, 465:16, 466:1, 466:16, 467:1, 467:21, 473:22, 474:2, 480:5, 482:22, 493:25, 494:3, 495:4, 495:7, 496:13, 497:2, 498:23, 500:21, 508:1, 509:16, 509:22, 510:7, 510:14, 514:25, 518:15, 518:18, 519:20, 520:1, 520:11, 520:19, 521:5, 521:8, 521:18, 522:4, 523:10, 526:22, 534:2, 550:12,

550:15, 558:21, 558:24, 569:25, 570:6, 572:4, 573:19, 574:13, 581:3, 581:17, 581:21, 582:9, 582:10, 582:22, 584:3, 585:16
Honor's [1] - 534:6
HONORABLE [1] - 454:13
honored [1] - 468:22
hopes [1] - 463:8
hot [1] - 579:13
hotspot [1] - 528:3
hour [10] - 462:25, 499:20, 501:18, 514:24, 515:5, 529:16, 568:22, 571:5, 584:13
hours [34] - 465:2, 472:24, 481:25, 482:10, 484:23, 484:24, 494:18, 494:25, 495:15, 495:18, 496:5, 496:10, 496:23, 496:24, 496:25, 501:6, 514:16, 515:1, 527:7, 527:8, 527:9, 529:16, 539:18, 539:20, 539:24, 540:12, 541:2, 542:6, 567:2, 569:9, 570:9, 571:17, 578:19
housekeeping [1] - 580:25
HPMC [6] - 458:7, 458:9, 473:19, 551:21, 553:17, 562:2
HUBBARD [1] - 455:14
human [9] - 480:20, 480:21, 485:20, 488:12, 488:17, 489:5, 494:15, 494:18, 566:22
Human [1] - 471:14
humidity [2] - 500:13, 500:15
hundred [4] - 530:18, 530:22, 549:11
hydrated [1] - 527:8
hydrochloric [11] - 488:17, 488:18, 488:20, 494:14, 494:15, 494:16, 499:9, 499:20,

517:11, 517:13, 539:11
Hydroxypropyl [1] - 553:21
hydroxypropyl [4] - 551:14, 552:11, 553:18, 556:14

## I

idea [1] - 583:1
ideal [1] - 548:24
identical [2] - 523:22, 565:14
identified [2] - 475:19, 567:12
II [2] - 573:15, 573:17
IL [1] - 455:15
ileum [1] - 489:24
image [11] - 543:24, 544:7, 544:21, 544:22, 545:1, 545:3, 547:7, 548:1, 549:5, 560:8, 561:2
images [15] - 541:22, 542:1, 542:9, 542:18, 544:2, 544:5, 546:25, 548:21, 549:20, 549:23, 559:4, 559:6, 562:11, 562:20, 562:23
immediate [111] - 460:24, 461:1, 474:18, 475:9, 475:22, 476:9, 476:10, 476:14, 477:23, 477:25, 478:7, 478:10, 478:13, 478:15, 482:6, 482:24, 483:15, 483:19, 483:25, 484:4, 484:6, 484:25, 492:9, 492:16, 492:23, 493:7, 494:22, 496:3, 497:1, 497:13, 497:20, 497:22, 498:5, 498:15, 502:3, 502:5, 502:20, 502:23, 503:4, 503:12, 503:21, 505:6, 505:11, 506:8, 506:19, 507:15, 507:18, 508:13, 508:21, 510:17, 510:23, 511:5, 511:8, 511:16,

511:24, 513:2, 513:5, 513:8, 513:15, 513:23, 514:1, 514:12, 515:3, 515:14, 515:15, 515:20, 516:5, 516:9, 516:24, 517:23, 519:2, 519:5, 519:11, 519:14, 521:12, 527:14, 531:11, 531:14, 531:17, 531:20, 532:4, 532:11, 533:6, 535:20, 544:9, 557:7, 557:11, 558:17, 566:3, 566:14, 567:14, 568:3, 572:23, 572:25, 573:1, 573:2, 575:2, 575:25, 576:6, 577:6, 577:10, 577:12, 577:22, 578:3, 578:12, 578:13, 578:16, 578:23, 579:8, 580:18, 580:24
immediate-release [34] - 475:22, 477:23, 478:7, 478:10, 478:13, 478:15, 482:24, 483:15, 484:4, 484:6, 484:25, 493:7, 494:22, 496:3, 497:1, 497:20, 498:5, 502:3, 502:5, 505:6, 506:19, 507:15, 513:2, 513:23, 514:1, 516:5, 516:9, 516:24, 519:2, 544:9, 558:17, 575:2, 577:12, 580:18
immediate-release/ delayed-release [1] - 566:3
immediately [8] - 472:21, 514:14, 514:18, 514:20, 531:3, 564:10, 564:25, 567:23
impact [1] - 458:1
impervious [1] - 490:19
important [1] - 467:8
improved [1] - 553:5
IN [1] - 454:1

**inaccurate** [1] - 506:25
**inaqueous** [1] - 556:23
**INC** [1] - 454:6
**include** [1] - 473:4
**included** [1] - 469:22
**including** [1] - 472:10
**incomplete** [8] - 536:23, 537:8, 537:17, 549:2, 562:12, 563:19, 563:23, 564:16
**incompleted** [1] - 576:11
**incompletely** [4] - 523:18, 537:11, 537:14, 576:12
**inconsistent** [1] - 559:23
**increased** [1] - 526:8
**indeed** [2] - 472:13, 579:2
**independent** [5] - 466:14, 529:14, 543:15, 543:19, 545:5
**Independent** [1] - 529:4
**independently** [1] - 579:25
**India** [1] - 471:9
**indicated** [1] - 461:12
**indication** [1] - 575:24
**indirect** [7] - 461:4, 461:5, 461:6, 461:16, 462:2, 462:8, 463:20
**indistinct** [1] - 560:17
**indistinguishable** [1] - 479:6
**individual** [6] - 478:23, 493:7, 524:12, 525:20, 526:12, 530:16
**induce** [1] - 458:24
**induced** [3] - 461:5, 461:10, 522:11
**industrially** [1] - 470:20
**industry** [14] - 470:10, 470:19, 473:3, 478:21, 480:17, 480:19, 513:11, 528:13, 531:21, 534:12, 534:14, 539:5, 539:8, 539:9
**ineffective** [1] - 488:1
**infer** [4] - 522:17, 567:4, 572:1, 572:11

**inferred** [1] - 522:19
**information** [1] - 518:6
**informed** [1] - 458:23
**infringe** [2] - 513:14, 519:15
**infringed** [1] - 464:3
**infringement** [25] - 461:5, 461:7, 461:17, 461:20, 461:25, 462:2, 462:5, 462:8, 462:9, 462:10, 462:13, 462:14, 463:9, 463:14, 463:19, 463:20, 464:9, 474:20, 510:1, 512:21, 513:12, 519:23, 523:13, 575:19, 577:3
**ingestion** [1] - 515:6
**ingredient** [1] - 510:25
**initial** [1] - 579:7
**inquire** [1] - 463:25
**insert** [2] - 461:11, 464:3
**inside** [1] - 500:1
**instance** [1] - 462:6
**instructions** [1] - 487:17
**integrity** [4] - 523:20, 564:7, 564:12, 564:16
**intended** [4] - 472:20, 510:24, 514:18, 533:24
**intent** [26] - 458:24, 460:4, 460:12, 461:21, 462:10, 462:13, 462:17, 463:2, 463:3, 463:4, 463:6, 463:9, 463:10, 463:12, 463:19, 464:1, 464:10, 519:22, 520:9, 520:14, 521:22, 521:24, 522:17, 522:19, 522:20, 541:7
**intentionally** [1] - 538:11
**interacting** [1] - 556:18
**interaction** [1] - 551:6
**interpret** [2] - 512:8, 512:18
**interpretation** [5] - 475:2, 475:4, 523:3, 523:4, 567:7
**Interpretation** [1] -

523:5
**interruption** [1] - 480:15
**intestinal** [4] - 527:16, 534:23, 568:13, 578:22
**intestine** [14] - 489:9, 489:10, 489:12, 495:2, 505:5, 505:8, 505:12, 527:20, 532:10, 541:16, 568:15, 568:25, 579:19
**intestines** [1] - 481:3
**introduce** [1] - 465:8
**introduced** [2] - 461:14, 534:1
**invention** [3] - 477:21, 511:2, 574:22
**investigate** [3] - 527:25, 528:4, 579:21
**investigation** [1] - 579:17
**involve** [3] - 469:15, 470:2, 472:5
**IR** [4] - 483:11, 483:17, 511:24, 567:23
**irregular** [5] - 483:22, 544:8, 544:15, 550:1, 550:4
**irrelevant** [1] - 554:12
**irrespective** [1] - 516:2
**isopropyl** [6] - 551:15, 552:2, 552:14, 553:16, 556:19, 557:14
**issuance** [1] - 507:10
**issue** [26] - 458:17, 459:7, 459:8, 459:11, 460:12, 460:15, 460:16, 461:7, 463:3, 464:1, 464:5, 474:4, 474:6, 508:14, 510:12, 529:8, 562:7, 562:19, 567:4, 568:8, 569:2, 572:21, 580:7, 582:11, 582:20, 585:23
**issues** [4] - 458:14, 470:16, 470:18, 586:1
**itself** [1] - 553:13

## J

**JACK** [1] - 454:16
**James** [1] - 454:9
**January** [2] - 454:10, 457:8
**JAROS** [104] - 455:12, 456:6, 456:9, 457:18, 458:6, 458:15, 459:13, 459:20, 459:23, 459:25, 460:3, 460:7, 460:11, 462:20, 465:16, 465:25, 466:4, 467:1, 467:21, 467:23, 469:14, 473:2, 473:22, 474:9, 480:5, 480:6, 480:16, 484:13, 490:5, 491:23, 493:25, 494:6, 495:4, 495:10, 496:13, 496:18, 497:2, 497:7, 498:23, 499:3, 500:21, 501:1, 505:20, 508:1, 508:7, 509:6, 509:8, 509:16, 510:7, 510:14, 510:15, 515:9, 516:10, 518:15, 518:21, 520:1, 520:7, 520:19, 520:20, 520:25, 521:3, 521:18, 522:5, 522:23, 522:24, 523:10, 523:11, 525:22, 526:21, 527:21, 529:10, 530:25, 534:2, 534:8, 538:20, 543:4, 545:22, 548:2, 548:5, 548:9, 548:14, 548:15, 549:19, 550:12, 550:18, 554:13, 556:9, 557:23, 558:21, 559:2, 562:10, 570:6, 570:7, 572:4, 572:16, 573:16, 573:19, 573:23, 574:9, 574:13, 574:18, 580:12, 580:13, 580:19
**Jaros** [3] - 457:17, 459:10, 581:18
**jejunum** [1] - 489:24

**JEREMY** [1] - 454:17
**jest** [1] - 585:16
**JOHN** [1] - 455:8
**JOSEPH** [1] - 455:12
**JR** [2] - 455:3, 455:8
**Judge** [1] - 584:5
**jump** [10] - 497:8, 497:25, 499:14, 513:18, 515:10, 516:11, 524:17, 526:11, 536:22, 580:12
**jumped** [1] - 554:16
**June** [4] - 530:10, 543:6, 543:16, 559:7
**justification** [1] - 582:16

## K

**KATIE** [1] - 455:14
**keep** [3] - 457:23, 464:12, 570:3
**keeping** [4] - 458:19, 494:17, 503:21, 530:4
**key** [3] - 475:20, 507:8, 569:15
**Kim** [2] - 454:21, 586:18
**Kim_Haley@paed. uscourts.gov** [1] - 454:22
**kind** [20] - 456:25, 478:22, 481:7, 481:10, 485:19, 487:9, 489:8, 496:22, 502:9, 528:17, 534:22, 538:10, 540:8, 546:4, 556:24, 561:5, 561:23, 569:3, 576:23, 585:3
**kinetics** [1] - 569:3
**King's** [2] - 468:12, 468:14
**knowledge** [4] - 458:9, 477:7, 477:9, 518:12

## L

**L.P** [1] - 454:4
**lab** [4] - 470:18, 529:15, 539:2, 540:18
**label** [10] - 461:14, 480:10, 480:11, 495:23, 506:16, 506:25, 518:13,

522:12, 555:9, 555:12

**labeled** [7] - 495:21, 497:12, 505:22, 513:10, 517:18, 558:19, 580:17

**labeling** [1] - 474:18

**labels** [1] - 463:7

**labor** [1] - 500:3

**LABORATORIES** [1] - 454:4

**laboratory** [4] - 529:4, 540:6, 543:19, 546:22

**lack** [2] - 475:6, 475:8

**laid** [2] - 559:9, 586:4

**lapse** [1] - 467:10

**large** [5] - 456:21, 470:25, 504:25, 517:6, 573:24

**larger** [1] - 504:10

**last** [7] - 456:20, 458:23, 464:15, 465:17, 520:23, 565:3, 571:18

**late** [3] - 457:17, 552:25, 584:17

**latex** [1] - 563:6

**latitude** [1] - 582:11

**law** [2] - 456:24, 461:11

**layer** [16] - 546:6, 546:7, 546:8, 546:9, 556:14, 560:10, 560:12, 560:13, 560:15, 560:24, 561:2, 561:6, 562:3, 574:25, 575:2, 576:18

**layering** [1] - 552:14

**layers** [1] - 561:1

**leaking** [2] - 564:1, 564:4

**least** [8] - 475:25, 477:17, 500:6, 500:17, 527:8, 552:13, 555:24, 581:22

**leave** [1] - 568:24

**lecturer** [3] - 468:13, 468:16

**led** [3] - 507:3, 507:7, 507:9

**left** [12] - 489:7, 503:1, 514:12, 544:24, 547:13, 549:24, 550:6, 560:5, 561:20, 561:21, 574:7, 574:8

**left-hand** [6] - 544:24,

560:5, 561:20, 561:21, 574:7, 574:8

**legal** [3] - 509:22, 510:5, 521:21

**legitimate** [1] - 464:6

**legitimately** [1] - 466:19

**length** [1] - 584:7

**less** [9] - 477:4, 488:25, 489:12, 503:1, 515:7, 549:11, 556:22, 556:24, 584:14

**level** [4] - 491:12, 523:14, 565:16, 565:19

**levels** [7] - 477:1, 523:22, 565:5, 565:15, 567:11, 570:24, 572:11

**liable** [1] - 462:2

**life** [1] - 500:20

**lifetime** [1] - 469:12

**light** [1] - 459:3

**lighter** [2] - 544:9, 544:22

**lighter-colored** [1] - 544:9

**likely** [5] - 547:9, 547:10, 556:5, 556:24, 561:23

**limit** [1] - 466:12

**limitation** [4] - 507:25, 514:13, 514:22, 514:23

**limitations** [1] - 458:25

**limits** [1] - 495:25

**line** [8] - 519:21, 538:9, 538:11, 554:21, 554:22, 561:19, 568:6

**lineal** [1] - 566:21

**lines** [2] - 460:20, 570:19

**Lipin's** [1] - 506:4

**liquid** [8] - 502:15, 502:24, 503:6, 503:12, 503:19, 503:20, 504:2, 504:5

**list** [2] - 582:24, 582:25

**listen** [1] - 573:13

**listened** [1] - 563:24

**listening** [1] - 505:25

**literal** [1] - 474:20

**literally** [2] - 457:21, 513:13

**litigation** [1] - 580:6

**LLP** [2] - 454:16,

455:2

**loaded** [4] - 481:13, 482:18, 482:20, 483:11

**loading** [5] - 551:1, 551:4, 552:11, 556:12, 556:13

**logical** [1] - 541:16

**London** [4] - 468:10, 468:12, 468:15, 468:19

**long-term** [1] - 500:14

**longish** [1] - 583:22

**look** [40] - 456:18, 471:21, 476:17, 481:20, 483:8, 495:15, 505:21, 512:3, 517:3, 519:3, 521:25, 524:22, 525:23, 526:12, 527:14, 528:5, 529:1, 533:15, 535:11, 537:19, 538:21, 538:24, 542:1, 542:20, 543:15, 543:23, 544:5, 549:2, 551:10, 559:23, 559:24, 560:21, 562:4, 562:13, 562:14, 569:18, 577:11, 583:6, 583:25, 585:18

**looked** [6] - 474:16, 484:3, 526:5, 549:20, 559:10, 575:15

**looking** [13] - 482:23, 517:7, 531:25, 539:2, 545:19, 548:5, 549:1, 549:25, 550:1, 570:12, 573:12, 573:22, 579:20

**looks** [6] - 539:16, 543:12, 547:5, 548:10, 548:11, 562:18

**low** [7] - 537:25, 538:2, 538:12, 538:15, 541:3, 541:5, 552:20

**lower** [1] - 486:23

**lowest** [3] - 540:25, 541:1, 542:5

**LU** [1] - 558:19

**lubricated** [2] - 558:16, 558:18

**lubrication** [1] - 557:6

**lunch** [9] - 583:14,

583:21, 583:22, 584:10, 584:18, 584:25, 585:4, 585:6, 585:25

**Lupin** [44] - 458:24, 460:13, 460:16, 461:1, 462:2, 463:7, 467:1, 475:11, 498:12, 500:10, 505:21, 507:21, 507:23, 511:15, 515:13, 517:7, 517:11, 517:19, 518:1, 518:11, 519:18, 520:2, 521:22, 522:1, 522:5, 525:10, 529:5, 548:1, 548:12, 548:21, 549:24, 549:25, 550:6, 550:8, 550:19, 550:23, 559:6, 559:19, 560:6, 564:15, 566:25, 567:22, 567:24, 580:4

**LUPIN** [1] - 454:6

**Lupin's** [39] - 474:16, 497:8, 497:10, 497:11, 497:19, 499:4, 499:6, 500:5, 506:17, 513:4, 513:18, 513:21, 513:22, 514:8, 515:19, 516:4, 516:16, 516:22, 517:17, 518:13, 525:2, 525:6, 525:8, 529:15, 530:1, 530:11, 530:13, 530:17, 531:5, 537:11, 537:16, 537:19, 538:21, 563:17, 564:25, 565:10, 565:13, 572:2, 580:16

## M

**magnification** [2] - 560:10, 561:16

**maintain** [2] - 523:19, 564:15

**major** [2] - 470:14, 582:22

**majority** [1] - 503:4

**male** [2] - 566:22, 567:17

**manufacture** [1] - 513:23

**manufacturer** [2] - 462:5, 470:24

**manufacturing** [1] - 555:11

**margin** [1] - 482:11

**marginally** [1] - 526:7

**Market** [1] - 454:9

**market** [4] - 471:20, 471:21, 534:16, 534:19

**MARKET** [1] - 454:17

**marketing** [2] - 471:16, 471:23

**matches** [3] - 570:14, 571:6, 571:19

**materials** [7] - 470:3, 470:5, 470:6, 473:19, 477:11, 552:21

**materials'** [2] - 469:18

**Matter** [1] - 586:9

**matter** [4] - 458:2, 479:25, 521:6, 586:15

**matters** [1] - 580:25

**MAZZOCHI** [1] - 455:11

**MCLAUGHLIN** [1] - 455:7

**mean** [14] - 479:21, 492:21, 516:17, 516:19, 516:20, 526:16, 526:19, 529:19, 547:20, 562:13, 566:8, 567:1, 580:4

**meaning** [4] - 487:3, 495:2, 525:14, 529:20

**means** [9] - 480:13, 488:14, 491:14, 492:23, 505:4, 545:14, 551:7, 552:22, 567:21

**meant** [4] - 510:24, 533:9, 533:11, 577:21

**measurement** [2] - 555:23

**media** [5] - 494:19, 494:25, 534:17, 534:19, 534:25

**Medicines** [1] - 471:14

**medium** [1] - 499:8

**meet** [5] - 456:20, 458:23, 465:16, 470:15, 493:23

**meets** [1] - 518:7

**MEGAN** [1] - 455:7

**memory** [1] - 558:6

**mention** [1] - 536:11
**mentioned** [8] - 458:7, 472:17, 473:18, 480:17, 534:15, 545:5, 549:14, 569:5
**merely** [3] - 457:18, 458:6, 524:6
**methacrylic** [1] - 498:18
**method** [12] - 458:25, 461:9, 462:10, 462:11, 464:2, 478:9, 499:19, 519:16, 519:18, 521:13, 566:2, 567:3
**methycellulose** [1] - 553:21
**methylcellulose** [3] - 552:12, 553:19, 556:15
**methylene** [9] - 551:15, 552:2, 552:13, 552:14, 552:16, 553:15, 554:11, 556:20, 557:13
**mic** [1] - 467:24
**micron** [2] - 559:19, 562:15
**microns** [2] - 562:17
**microscopy** [4] - 543:20, 544:7, 544:21, 549:23
**mid** [2] - 584:10, 585:7
**mid-afternoon** [1] - 585:7
**mid-morning** [1] - 584:10
**middle** [4] - 467:5, 547:24, 560:19, 561:5
**might** [9] - 502:15, 527:20, 533:15, 547:5, 560:21, 560:22, 561:22, 579:13, 579:15
**migrate** [1] - 551:8
**mil** [1] - 494:14
**milligram** [7] - 523:18, 523:19, 567:24, 573:2, 575:10, 575:11, 577:6
**milligrams** [57] - 475:23, 475:24, 478:2, 480:12, 482:20, 483:17, 483:19, 492:16, 492:17, 492:22, 492:23, 492:25, 497:22, 497:23,

506:5, 506:19, 506:20, 506:21, 508:13, 508:21, 508:22, 512:11, 512:12, 512:20, 513:2, 516:17, 519:3, 519:8, 524:13, 525:1, 525:9, 525:10, 525:11, 525:12, 525:16, 526:11, 526:14, 531:7, 538:17, 554:25, 564:1, 564:9, 564:11, 564:15, 567:13, 567:22, 573:2, 575:1, 575:2, 575:12, 575:24, 576:6, 576:8, 576:22, 577:7
**milligrams'** [2] - 512:9
**millimeter** [3] - 549:8
**millimeters** [3] - 503:17, 504:1, 504:11
**mind** [5] - 463:8, 509:7, 510:1, 531:8, 579:9
**minded** [1] - 508:14
**mingle** [1] - 551:5
**minus** [2] - 512:19, 555:10
**minute** [1] - 485:13
**minutes** [31] - 465:2, 479:1, 487:4, 487:8, 499:10, 501:9, 501:13, 501:24, 501:25, 502:2, 502:13, 503:3, 504:4, 516:3, 516:18, 516:19, 517:11, 517:12, 524:4, 524:6, 527:4, 527:5, 527:10, 529:16, 555:15, 582:15
**misleading** [1] - 520:16
**misspoke** [1] - 581:5
**mistake** [1] - 578:2
**mistakenly** [1] - 558:6
**mixed** [1] - 481:4
**model** [1] - 533:15
**modeled** [1] - 566:10
**modified** [4] - 472:8, 472:17, 472:19, 472:22
**modified-release** [1] - 472:8
**moisture** [2] - 458:1,

458:4
**MOLINO** [1] - 455:11
**moment** [2] - 487:6, 556:1
**monohydrate** [4] - 479:4, 479:13, 479:21, 480:7
**month** [1] - 471:17
**months** [2] - 500:13, 500:16
**morning** [13] - 482:22, 483:4, 484:10, 494:13, 554:1, 555:14, 556:21, 557:1, 581:2, 581:11, 584:9, 584:10, 585:22
**MORRIS** [1] - 454:16
**most** [11] - 456:20, 467:8, 469:17, 469:20, 512:12, 536:12, 536:19, 547:9, 547:12, 556:5, 559:8
**motion** [1] - 530:4
**move** [23] - 493:25, 495:4, 496:13, 497:2, 498:23, 500:21, 501:19, 502:14, 508:1, 509:4, 509:16, 518:15, 520:12, 520:17, 522:22, 526:22, 546:18, 550:12, 558:12, 558:21, 572:4, 574:13, 577:16
**moved** [1] - 468:14
**moving** [1] - 495:18
**MR** [166] - 456:6, 456:9, 456:14, 456:19, 456:25, 457:6, 457:14, 457:18, 457:24, 458:6, 458:15, 458:16, 458:21, 459:9, 459:13, 459:20, 459:23, 459:25, 460:3, 460:7, 460:11, 460:18, 461:8, 461:18, 461:22, 462:4, 462:15, 462:20, 463:12, 463:25, 464:8, 464:14, 464:18, 464:20, 464:23, 465:4, 465:7, 465:16, 465:25, 466:4, 466:15,

466:20, 466:23, 467:1, 467:21, 467:23, 469:14, 473:2, 473:22, 474:2, 474:5, 474:9, 480:5, 480:6, 480:16, 484:13, 490:5, 491:23, 493:25, 494:3, 494:6, 495:4, 495:7, 495:10, 496:13, 496:15, 496:18, 497:2, 497:4, 497:7, 498:23, 498:25, 499:3, 500:21, 500:23, 501:1, 505:20, 508:1, 508:3, 508:7, 509:6, 509:8, 509:16, 509:21, 510:7, 510:14, 510:15, 515:9, 516:10, 518:15, 518:18, 518:21, 519:20, 520:1, 520:7, 520:11, 520:19, 520:20, 520:25, 521:3, 521:5, 521:8, 521:18, 522:3, 522:5, 522:7, 522:10, 522:23, 522:24, 523:10, 523:11, 525:22, 526:21, 526:25, 527:21, 529:10, 530:25, 534:2, 534:8, 538:20, 543:4, 545:22, 548:2, 548:5, 548:9, 548:14, 548:15, 549:19, 550:12, 550:15, 550:18, 554:13, 556:9, 557:23, 558:21, 558:24, 559:2, 562:10, 569:24, 570:6, 570:7, 572:4, 572:7, 572:16, 573:16, 573:19, 573:23, 574:9, 574:13, 574:15, 574:18, 580:12, 580:13, 580:19, 581:16, 581:21, 582:5, 582:8, 582:22, 583:7, 584:3, 584:5, 584:12, 585:9, 585:12, 585:16
**MS** [3] - 581:3, 581:9, 581:15

**multi** [2] - 550:9, 550:10
**multi-stage** [2] - 550:9, 550:10
**multimedia** [7] - 517:6, 532:16, 532:17, 533:4, 533:12, 533:25, 579:4
**multinational** [1] - 470:14
**must** [5] - 510:8, 535:6, 564:2, 564:3, 564:10
**MVA** [4] - 544:2, 545:6, 559:3, 562:11

# N

**name** [2] - 467:5, 468:2
**narrow** [2] - 568:9, 568:10
**NATASHA** [1] - 455:13
**NDA** [1] - 493:5
**near** [1] - 524:7
**nearly** [3] - 525:8, 526:2, 564:3
**necessary** [4] - 463:14, 482:9, 581:25, 584:2
**need** [9] - 457:23, 467:14, 470:8, 479:16, 507:15, 535:9, 548:12, 583:19, 584:16
**needed** [3] - 583:22, 584:22, 585:15
**needn't** [1] - 480:1
**negates** [1] - 463:6
**net** [1] - 483:23
**never** [2] - 531:7, 564:4
**NEW** [1] - 455:4
**new** [4] - 471:19, 554:11, 554:12, 583:10
**next** [11] - 474:23, 475:16, 478:11, 520:18, 557:5, 557:7, 565:24, 571:2, 571:15, 575:4, 576:18
**nice** [3] - 542:10, 548:25, 559:8
**nicely** [1] - 496:12
**NICHOLS** [1] - 454:16
**night** [3] - 456:20, 458:23, 465:17
**NO** [1] - 454:4

## O

**non** [4] - 504:14, 512:21, 544:23, 563:5
**non-aqueous** [1] - 563:5
**non-disintegrating** [1] - 504:14
**non-enteric-coated** [1] - 544:23
**non-infringement** [1] - 512:21
**nonadherence** [2] - 561:11, 561:12
**none** [4] - 458:1, 554:9, 576:4, 576:5
**nonetheless** [2] - 515:3, 572:25
**normal** [5] - 489:4, 499:20, 564:18, 564:19, 582:23
**normally** [2] - 538:13, 555:8
**NORTH** [2] - 454:17, 455:8
**not-even** [1] - 546:10
**note** [2] - 463:6, 520:22
**noted** [1] - 463:13
**nothing** [16] - 479:24, 487:6, 504:15, 519:21, 527:7, 533:19, 539:19, 540:13, 541:3, 541:4, 542:12, 561:15, 562:5, 562:24, 564:22, 583:10
**notice** [2] - 582:24, 584:23
**notices** [1] - 512:7
**notion** [5] - 488:5, 523:20, 526:9, 552:13, 564:9
**notionally** [1] - 576:22
**nuance** [1] - 487:10
**number** [15] - 456:3, 462:20, 463:1, 463:2, 470:25, 478:19, 481:24, 501:4, 501:24, 530:16, 534:22, 549:4, 560:20, 561:4, 581:8
**Number** [2] - 456:10, 474:22
**Numbers** [1] - 572:14
**numbers** [4] - 483:22, 516:6, 517:9, 532:23
**NY** [1] - 455:4

**o'clock** [3] - 580:22, 584:17, 585:21
**object** [4] - 464:15, 466:18, 509:22, 521:17
**objected** [1] - 569:25
**objection** [25] - 464:15, 465:6, 473:25, 474:2, 494:3, 495:6, 495:7, 496:15, 497:4, 498:25, 500:23, 508:3, 509:19, 509:21, 518:17, 518:18, 519:21, 519:24, 521:6, 526:25, 550:14, 550:15, 558:23, 558:24, 574:15
**objections** [4] - 456:15, 494:2, 508:4, 572:6
**observed** [2] - 462:25, 540:18
**obviously** [6] - 460:13, 528:17, 539:4, 543:1, 578:10, 583:17
**occasionally** [1] - 555:4
**occurred** [1] - 470:19
**occurs** [2] - 492:4, 532:15
**odd** [1] - 532:13
**oddly** [1] - 573:15
**OF** [1] - 454:2
**offered** [1] - 537:3
**offering** [1] - 466:8
**officer** [1] - 470:22
**official** [1] - 582:18
**Official** [1] - 454:22
**oil** [1] - 563:6
**oil-based** [1] - 563:6
**OLD** [1] - 455:4
**once** [3] - 553:15, 584:18, 586:6
**Once** [1] - 557:13
**one** [38] - 458:11, 462:20, 463:1, 463:3, 463:17, 475:25, 476:11, 478:18, 478:20, 484:1, 485:8, 486:18, 501:17, 508:17, 509:20, 510:2, 516:14, 521:19, 521:25, 522:14, 529:16,

533:10, 533:11, 536:19, 537:7, 538:2, 542:6, 544:24, 545:19, 548:11, 555:19, 561:13, 569:1, 571:18, 578:13, 582:14
**One** [1] - 482:6
**one-stage** [1] - 478:20
**ones** [15] - 498:16, 504:21, 540:1, 544:22, 544:23, 546:2, 546:3, 547:13, 550:24, 557:6, 557:11, 557:12, 559:7, 559:10
**Opadry** [1] - 481:15
**open** [3] - 459:21, 545:12, 561:24
**opened** [2] - 463:16, 547:10
**opening** [1] - 459:18
**openings** [1] - 476:9
**operate** [1] - 553:8
**opining** [1] - 509:25
**opinion** [10] - 465:9, 477:16, 497:9, 507:23, 509:2, 509:13, 509:22, 520:9, 537:3, 537:4
**opinions** [25] - 457:11, 462:23, 466:8, 471:22, 474:10, 474:12, 474:24, 474:25, 475:1, 476:13, 477:13, 511:25, 512:21, 512:23, 518:22, 522:25, 523:1, 523:2, 530:14, 531:1, 570:2, 574:10, 575:17, 577:3
**opportunity** [1] - 522:10
**opposite** [1] - 522:7
**optical** [2] - 548:21, 562:11
**optimization** [10] - 499:16, 499:18, 499:22, 499:23, 538:21, 538:23, 539:16, 540:9, 541:9, 542:4
**optionally** [1] - 481:14
**options** [1] - 511:9
**ORACEA** [25] - 493:1, 493:5, 493:18,

494:9, 495:14, 495:21, 495:23, 495:24, 496:19, 496:21, 499:7, 501:5, 516:19, 517:12, 517:20, 548:6, 549:23, 550:1, 550:6, 567:23, 567:25, 568:7, 573:5, 574:24, 575:6
**Oracea** [3] - 474:16, 566:24, 575:13
**oral** [1] - 469:21
**orange** [1] - 489:8
**orangey** [1] - 544:11
**orangey-colored** [1] - 544:11
**order** [11] - 469:20, 481:5, 483:19, 484:5, 492:15, 493:22, 499:12, 499:24, 502:9, 541:15, 567:18
**ordinarily** [1] - 508:17
**ordinary** [8] - 476:18, 476:22, 476:23, 477:2, 477:17, 494:23, 510:3, 537:21
**organic** [13] - 553:10, 553:11, 553:13, 554:7, 554:8, 556:22, 558:7, 558:9, 563:8, 563:9, 563:10, 563:17, 583:18
**original** [2] - 507:13, 507:24
**Otherwise** [1] - 558:12
**outcome** [1] - 483:4
**outer** [3] - 545:20, 547:3, 547:7
**outside** [2] - 560:12, 570:1
**overage** [1] - 555:5
**overnight** [1] - 583:25
**overview** [1] - 475:15
**own** [1] - 470:5
**Oxford** [1] - 469:6

## P

**P.A** [1] - 455:7
**P.M** [1] - 454:7
**P.O** [1] - 454:18
**PA** [1] - 454:10
**pack** [1] - 533:23
**paddle** [1] - 494:13
**page** [6] - 460:5,

460:10, 516:7, 573:20, 574:4, 574:8
**paint** [1] - 563:6
**paragraph** [2] - 461:4, 574:8
**paragraphs** [1] - 460:2
**paralegals** [1] - 456:4
**part** [28] - 459:11, 463:13, 463:14, 483:5, 485:18, 493:5, 493:10, 497:17, 498:11, 510:22, 513:20, 514:13, 517:6, 517:8, 518:4, 537:1, 537:13, 541:21, 542:17, 562:2, 565:3, 565:8, 568:17, 569:10, 569:15, 575:22, 576:10
**particle** [1] - 561:7
**particles** [1] - 559:13
**particular** [8] - 468:21, 479:8, 525:1, 528:18, 552:17, 556:6, 556:7, 575:8
**particularly** [3] - 552:16, 555:6, 568:12
**parties** [3] - 461:14, 472:2, 472:3
**parts** [2] - 513:25, 545:23
**pass** [3] - 503:6, 503:14, 503:17
**passed** [4] - 521:16, 522:12, 564:21, 564:22
**past** [1] - 520:6
**patent** [26] - 474:16, 475:22, 476:2, 478:19, 480:25, 481:23, 484:18, 488:4, 496:4, 496:7, 496:11, 499:7, 508:10, 508:15, 508:25, 511:5, 513:7, 566:13, 572:20, 572:22, 573:6, 573:10, 573:18, 574:4, 574:10, 575:8
**patents** [13] - 460:23, 474:13, 475:13, 476:24, 477:19, 478:4, 507:2, 507:8, 507:10, 510:17, 510:23, 512:10, 512:24

**path** [1] - 539:13
**patient** [2] - 555:2, 576:25
**patients** [3] - 460:14, 460:17, 461:13
**paving** [1] - 562:6
**peak** [2] - 523:23, 569:12
**peaks** [1] - 569:10
**pebble** [1] - 545:16
**pebble-like** [1] - 545:16
**peer** [2] - 457:5, 457:7
**peer-reviewed** [2] - 457:5, 457:7
**pellet** [17] - 478:8, 478:10, 478:14, 478:16, 480:24, 481:12, 482:2, 482:4, 544:16, 547:10, 548:12, 559:6, 559:19, 561:9, 564:4, 564:13, 577:13
**pellets** [89] - 461:2, 469:22, 481:13, 482:18, 482:20, 482:24, 482:25, 483:6, 483:11, 483:12, 483:15, 483:16, 492:2, 492:7, 492:8, 497:20, 497:21, 497:24, 498:5, 498:6, 498:14, 498:15, 502:1, 502:3, 502:6, 503:11, 503:13, 504:6, 504:18, 505:8, 505:15, 506:7, 506:9, 506:19, 506:20, 513:24, 514:1, 514:2, 523:17, 523:18, 523:19, 523:21, 524:19, 524:21, 525:2, 525:11, 525:20, 528:24, 530:16, 531:2, 535:23, 537:1, 537:12, 537:14, 537:15, 539:23, 541:24, 544:9, 544:10, 544:11, 544:12, 546:2, 546:3, 547:12, 548:21, 548:23, 548:25, 556:14, 558:17, 558:18, 559:9,

560:2, 563:23, 564:10, 564:25, 565:10, 565:18, 565:20, 565:21, 567:23, 568:1, 568:23, 568:25, 572:24, 575:21, 575:23, 576:12
**people** [1] - 467:10
**percent** [65] - 480:8, 498:4, 498:5, 500:13, 500:15, 501:5, 501:14, 508:18, 509:12, 512:19, 513:5, 513:25, 514:1, 515:14, 515:15, 515:19, 515:20, 516:5, 516:17, 516:18, 516:20, 517:23, 519:4, 519:5, 519:9, 519:10, 524:7, 524:12, 524:13, 525:7, 525:10, 525:13, 529:17, 533:5, 533:6, 537:16, 537:24, 538:24, 539:3, 539:17, 539:18, 539:25, 540:1, 540:9, 540:10, 540:11, 540:12, 540:13, 540:20, 540:23, 540:24, 542:6, 542:7, 554:23, 555:16, 566:11, 568:2, 568:5, 568:6
**percentage** [1] - 551:18
**perfectly** [5] - 536:13, 541:4, 541:11, 546:10, 546:11
**performance** [1] - 495:20
**performed** [1] - 540:11
**performs** [1] - 552:23
**perhaps** [5] - 459:16, 509:3, 547:2, 582:6
**period** [12] - 472:23, 482:12, 487:1, 487:23, 495:17, 504:19, 505:7, 505:9, 505:15, 552:25, 571:5, 582:16
**periods** [1] - 500:16
**person** [9] - 467:8,

476:18, 476:22, 476:23, 477:16, 494:23, 510:3, 560:7, 586:5
**personally** [2] - 570:14, 576:4
**persons** [2] - 477:2
**perspective** [2] - 471:22, 472:16
**persuade** [1] - 584:2
**pH** [134] - 472:25, 475:2, 475:9, 478:20, 480:18, 480:19, 480:20, 480:21, 481:3, 481:25, 482:3, 484:23, 485:5, 485:13, 485:17, 485:19, 485:20, 485:22, 485:23, 486:3, 486:10, 486:12, 486:14, 486:22, 486:25, 487:12, 487:23, 488:7, 488:10, 488:11, 488:12, 488:25, 489:3, 489:10, 489:11, 490:7, 490:10, 491:9, 491:10, 491:11, 491:17, 491:21, 494:17, 494:25, 495:1, 495:15, 495:18, 496:3, 496:5, 496:6, 496:10, 499:9, 499:13, 499:21, 500:6, 501:6, 514:17, 514:25, 516:7, 516:9, 516:12, 516:16, 516:22, 517:8, 517:21, 523:3, 524:4, 525:9, 527:12, 527:13, 527:15, 527:18, 528:6, 528:8, 528:12, 528:14, 528:18, 528:19, 528:21, 528:23, 528:25, 529:15, 529:23, 530:2, 530:4, 531:17, 531:18, 531:20, 532:20, 533:11, 534:19, 534:21, 534:23, 534:24, 534:25, 535:4, 535:8, 535:19, 535:25, 536:1,

536:3, 536:4, 536:6, 536:7, 539:11, 539:13, 564:21, 565:12, 567:15, 567:16, 567:18, 576:1, 577:11, 577:16, 577:19, 578:12, 578:16, 578:23, 579:1, 579:3, 579:5, 579:7, 579:11, 579:16, 579:22, 580:8, 580:9
**Ph.D** [1] - 469:13
**pharm** [1] - 472:4
**Pharmaceutical** [3] - 468:23, 468:24, 468:25
**pharmaceutical** [7] - 469:16, 470:13, 470:19, 473:24, 475:21, 477:8, 509:11
**pharmaceutics** [2] - 468:13, 468:18
**pharmacist** [2] - 462:1, 468:11
**pharmacokinetic** [5] - 473:5, 474:8, 477:11, 566:4, 573:5
**Pharmacopeia** [2] - 485:11, 512:8
**Pharmacopoeia** [1] - 471:25
**pharmacopoeia** [2] - 472:2, 472:3
**Pharmacy** [2] - 468:15, 471:13
**pharmacy** [4] - 468:9, 468:13, 472:10, 472:15
**Pharmaterials** [3] - 470:22, 470:23, 471:2
**phase** [7] - 490:21, 496:2, 512:17, 557:6, 569:11, 569:16, 570:11
**PhD** [3] - 468:11, 469:3, 469:7
**Philadelphia** [1] - 454:10
**PHILLIPS** [2] - 455:7, 455:8
**philosophy** [2] - 469:6, 469:8
**phrases** [1] - 476:15
**pHs** [8] - 532:8, 532:13, 532:18, 533:2, 533:4, 534:10, 535:16

**physical** [1] - 542:23
**physician** [1] - 462:1
**physiological** [1] - 502:17
**picture** [3] - 515:23, 563:13, 577:1
**pieces** [1] - 560:14
**piggyback** [1] - 462:12
**piggybacks** [1] - 509:3
**pill** [1] - 555:17
**pilot** [1] - 540:5
**PK** [1] - 472:12
**place** [1] - 547:11
**placed** [1] - 463:2
**placeholder** [1] - 459:6
**places** [3] - 463:4, 547:4, 569:4
**PLAINTIFF** [2] - 454:16, 455:3
**plaintiff's** [1] - 522:1
**plan** [1] - 458:24
**plans** [2] - 458:25, 464:2
**plasma** [13] - 475:5, 523:5, 566:4, 566:6, 566:21, 567:1, 567:5, 567:19, 572:1, 573:4, 575:6, 576:19, 576:24
**plasticizer** [5] - 481:5, 498:19, 557:19, 558:4
**played** [1] - 533:17
**plot** [5] - 566:21, 570:9, 570:14, 571:6, 571:19
**plots** [1] - 466:5
**plotting** [1] - 464:24
**plus** [3] - 462:10, 512:19, 555:9
**pockets** [1] - 546:13
**point** [15] - 457:22, 480:7, 501:8, 514:24, 516:2, 524:10, 528:17, 531:14, 537:8, 545:4, 551:3, 576:3, 582:22, 585:22, 586:3
**pointed** [1] - 561:10
**points** [7] - 475:3, 475:20, 478:23, 499:9, 516:20, 523:4, 555:15
**polar** [1] - 552:21
**polarity** [1] - 552:20
**polymer** [12] - 476:1,

476:4, 481:1, 481:2, 530:5, 550:25, 554:9, 556:16, 556:17, 563:10, 563:11
**poorly** [2] - 479:17, 490:23
**popping** [1] - 462:17
**popular** [1] - 553:11
**porosity** [1] - 546:25
**portion** [15] - 475:22, 475:24, 511:16, 511:21, 511:24, 513:2, 513:3, 513:6, 516:9, 519:2, 519:8, 537:12, 545:11, 565:9
**portions** [2] - 516:24, 565:21
**POSA** [21] - 477:6, 492:18, 492:20, 509:13, 510:9, 512:6, 512:10, 512:17, 527:25, 528:9, 529:25, 531:19, 531:23, 531:24, 535:19, 536:1, 536:6, 542:11, 544:1, 571:25, 577:11
**POSAs** [1] - 536:10
**pose** [1] - 510:8
**position** [6] - 486:21, 508:16, 528:3, 537:14, 576:12, 576:14
**possibility** [4] - 530:1, 581:22, 582:2, 582:13
**possible** [4] - 489:13, 555:16, 562:1, 562:2
**possibly** [3] - 515:7, 529:6, 546:13
**potency** [2] - 482:19, 493:12
**potential** [2] - 456:15, 578:22
**potentially** [1] - 491:11
**poured** [1] - 528:6
**practically** [1] - 515:21
**precisely** [1] - 548:14
**preferred** [2] - 477:25, 511:2
**preformulation** [1] - 470:23
**preliminaries** [1] - 456:12
**preliminary** [1] - 586:1

**prep** [1] - 561:23
**prepare** [1] - 583:1
**prepared** [3] - 454:24, 468:4, 483:12
**present** [6] - 465:10, 493:14, 511:2, 530:6, 554:4, 574:21
**presented** [14] - 465:20, 465:21, 506:11, 517:22, 518:6, 526:16, 533:20, 537:6, 541:23, 544:2, 569:8, 572:19, 575:5, 583:9
**pressed** [1] - 583:23
**pretty** [7] - 501:13, 502:14, 503:23, 526:6, 537:24, 556:4, 570:4
**previous** [6] - 511:12, 516:15, 517:10, 529:23, 552:6, 559:9
**previously** [4] - 459:12, 524:17, 563:8, 586:4
**primarily** [1] - 570:13
**principles** [1] - 477:12
**priority** [1] - 476:24
**probing** [3] - 527:19, 579:18, 579:19
**problem** [10] - 486:1, 488:3, 529:19, 547:16, 547:20, 550:2, 554:4, 559:25, 562:6, 576:17
**problems** [2] - 470:16, 487:25
**proceed** [4] - 466:24, 480:4, 580:11, 581:1
**proceedings** [2] - 540:7, 586:14
**Proceedings** [1] - 454:24
**process** [25] - 492:4, 493:18, 493:21, 493:22, 498:11, 501:22, 502:7, 502:18, 505:17, 546:23, 547:3, 550:8, 550:9, 550:11, 550:19, 550:22, 550:23, 556:12, 556:13, 558:15, 561:24, 563:18, 569:13, 569:14, 569:15
**processes** [2] - 463:4, 477:9

**processing** [2] - 469:19, 552:4
**produce** [1] - 570:24
**produced** [4] - 457:8, 493:6, 561:24, 572:22
**produces** [3] - 488:18, 535:4, 563:18
**product** [86] - 461:1, 461:11, 462:6, 464:3, 474:18, 475:11, 475:12, 484:16, 495:14, 495:16, 496:9, 496:22, 497:8, 497:10, 497:11, 497:14, 497:18, 497:22, 498:8, 498:12, 498:22, 499:4, 499:6, 499:7, 500:5, 500:11, 501:5, 501:7, 505:21, 506:4, 507:21, 507:23, 513:4, 513:18, 513:21, 514:7, 514:8, 515:13, 515:14, 515:19, 515:22, 516:5, 516:16, 516:23, 517:11, 517:12, 517:17, 517:20, 517:24, 518:2, 518:9, 518:13, 522:12, 525:8, 529:15, 530:1, 530:11, 530:13, 533:5, 533:8, 539:2, 541:13, 544:8, 547:21, 547:22, 548:8, 549:24, 549:25, 551:19, 551:20, 555:5, 555:9, 566:24, 566:25, 568:7, 569:16, 573:6, 575:6, 575:12, 577:18, 580:16, 580:18
**products** [11] - 471:19, 472:6, 474:16, 492:1, 516:24, 533:2, 534:12, 535:2, 535:15, 555:4, 575:7
**professor** [1] - 468:17
**proffer** [1] - 473:22
**profile** [4] - 494:11, 504:12, 566:4, 566:7
**progress** [2] - 489:6,

489:13
**projects** [1] - 470:17
**prolonged** [1] - 487:23
**promising** [1] - 554:24
**pronounce** [1] - 458:11
**proof** [2] - 462:9, 462:12
**proofs** [2] - 463:13, 463:14
**properties** [7] - 469:18, 469:19, 470:7, 479:13, 479:14, 552:17, 552:18
**proposals** [1] - 584:21
**proposed** [1] - 495:24
**prosecution** [2] - 508:11, 509:1
**protected** [1] - 565:10
**prove** [2] - 522:11, 543:12
**proves** [2] - 461:11, 513:7
**provide** [1] - 570:23
**PTX-27** [1] - 518:16
**publications** [7] - 457:5, 457:7, 457:8, 457:20, 458:14, 458:20, 470:8
**published** [1] - 473:19
**pulls** [1] - 498:13
**pumice** [1] - 560:22
**pure** [1] - 583:11
**purely** [1] - 517:8
**purified** [1] - 498:21
**purple** [1] - 476:8
**purpose** [6] - 484:24, 541:8, 541:10, 556:15, 572:10, 572:13
**purposely** [1] - 541:7
**put** [15] - 459:11, 463:17, 463:23, 469:8, 481:15, 483:2, 490:23, 510:13, 511:9, 528:7, 536:14, 543:11, 554:10, 554:11, 554:25
**puts** [1] - 583:2
**putting** [4] - 459:7, 459:8, 482:16, 557:17
**puzzled** [2] - 462:17, 463:18

## Q

**qualifications** [1] - 468:7
**qualify** [1] - 578:3
**quality** [1] - 471:22
**Queen's** [1] - 471:3
**questioning** [1] - 458:8
**questions** [5] - 534:5, 548:13, 555:14, 580:20, 586:2
**quick** [2] - 483:8, 554:21
**quickly** [15] - 496:19, 501:7, 501:12, 501:19, 501:24, 503:7, 503:13, 503:14, 503:23, 504:7, 525:14, 525:15, 525:17, 557:3, 568:23
**quite** [7] - 497:11, 501:24, 504:7, 504:15, 515:21, 546:4
**quoted** [1] - 517:9

## R

**rage** [1] - 536:3
**raise** [3] - 486:10, 487:22, 583:2
**raised** [3] - 474:5, 553:2, 580:7
**raising** [1] - 489:10
**RAKOCZY** [7] - 455:11, 455:12, 582:8, 582:22, 584:5, 585:9, 585:16
**Rakoczy** [4] - 466:5, 581:19, 584:23
**range** [19] - 485:19, 507:20, 507:22, 512:12, 512:18, 532:7, 532:12, 532:19, 534:9, 535:16, 536:2, 536:4, 536:12, 536:16, 536:17, 537:21, 537:24, 538:12, 538:15
**rapid** [1] - 478:25
**rapidly** [6] - 492:8, 502:8, 502:25, 505:3, 551:17
**rare** [1] - 555:7
**rate** [1] - 504:5
**rather** [6] - 466:13, 503:14, 504:24,

535:10, 550:4, 579:19

**ratio** [41] - 460:23, 475:12, 477:25, 478:3, 482:18, 483:11, 483:20, 492:15, 493:13, 493:19, 493:22, 493:24, 497:19, 497:21, 498:3, 498:4, 498:12, 498:16, 506:5, 507:14, 507:17, 507:18, 513:1, 513:22, 513:25, 514:3, 514:6, 518:25, 521:12, 535:22, 544:20, 565:20, 566:3, 566:13, 566:16, 567:4, 572:1, 576:25, 577:18

**ratios** [2] - 516:23, 572:12

**ray** [1] - 543:21

**razor** [3] - 546:22, 560:6, 560:8

**re** [1] - 486:20

**re-establishing** [1] - 486:20

**reached** [2] - 491:20, 491:21

**reaching** [2] - 476:13, 511:24

**read** [7] - 509:7, 514:22, 520:5, 520:6, 520:13, 546:14, 581:5

**reader** [1] - 468:16

**reading** [2] - 542:18, 581:4

**ready** [3] - 583:20, 585:1, 585:17

**real** [1] - 487:25

**realistically** [1] - 487:9

**really** [5] - 463:18, 463:21, 488:5, 562:16, 568:11

**reason** [17] - 506:11, 506:24, 510:12, 512:16, 522:17, 528:12, 528:15, 528:19, 528:20, 528:21, 530:12, 547:7, 556:21, 561:12, 564:24, 570:23, 577:16

**reasonable** [3] - 527:10, 536:16, 536:17

**reasonably** [4] - 502:3, 508:18, 529:25, 544:1

**reasoning** [1] - 512:16

**reasons** [2] - 531:12, 577:2

**rebut** [3] - 463:5, 463:11, 579:25

**rebuttal** [20] - 459:17, 463:24, 465:19, 474:23, 474:25, 475:10, 522:25, 523:1, 530:14, 531:1, 543:6, 570:4, 575:17, 577:17, 581:23, 582:6, 583:11, 584:19, 584:25, 585:24

**rebutting** [1] - 466:12

**recalling** [1] - 581:23

**receive** [2] - 474:7, 582:24

**recently** [1] - 559:8

**recess** [2] - 523:8, 557:22

**recognize** [1] - 542:11

**recognized** [1] - 466:6

**record** [10] - 456:5, 519:24, 520:8, 520:23, 523:7, 526:21, 526:23, 534:1, 534:4, 586:14

**red** [2] - 485:18, 485:21

**refer** [2] - 491:25, 499:22

**reference** [7] - 511:11, 511:12, 536:13, 566:23, 574:22, 574:23, 575:12

**references** [1] - 536:12

**referred** [3] - 479:3, 534:9, 573:10

**referring** [3] - 543:9, 573:17, 574:19

**reflect** [1] - 567:19

**reflecting** [1] - 572:10

**regarding** [2] - 477:9, 497:10

**regardless** [1] - 585:17

**region** [2] - 485:5, 534:21

**regions** [1] - 547:19

**registered** [1] - 468:11

**regular** [1] - 469:25

**regulators** [2] - 555:4, 555:10

**regulatory** [5] -

471:10, 472:5, 473:3, 485:10

**REINDEL** [1] - 455:2

**reiterate** [1] - 577:9

**relate** [5] - 477:12, 479:8, 493:18, 508:24, 523:2

**related** [2] - 469:19, 476:7

**relates** [3] - 478:2, 524:25, 565:5

**relating** [3] - 477:7, 526:4, 537:5

**relation** [9] - 472:12, 472:14, 475:1, 479:19, 479:25, 508:11, 513:12, 519:18

**relative** [2] - 500:13, 500:15

**release** [260] - 460:24, 461:2, 472:5, 472:8, 472:18, 472:19, 472:21, 472:22, 474:18, 474:19, 475:9, 475:22, 475:24, 476:10, 476:11, 476:12, 476:15, 477:23, 477:24, 478:1, 478:7, 478:10, 478:13, 478:15, 480:24, 481:11, 481:19, 482:2, 482:3, 482:4, 482:6, 482:12, 482:24, 482:25, 483:6, 483:15, 483:16, 483:20, 483:25, 484:1, 484:4, 484:6, 484:25, 485:2, 485:3, 485:6, 490:7, 492:9, 492:16, 492:17, 492:23, 493:7, 493:8, 494:21, 494:22, 495:3, 495:16, 495:17, 495:19, 496:1, 496:3, 496:5, 496:8, 497:1, 497:13, 497:14, 497:20, 497:21, 497:23, 497:24, 498:5, 498:15, 498:17, 502:3, 502:5, 502:20, 502:21, 502:23, 503:4, 503:12, 503:13, 503:22, 504:3, 504:12,

504:21, 505:6, 505:7, 505:11, 505:13, 506:8, 506:9, 506:19, 506:20, 507:15, 507:16, 507:18, 507:19, 508:13, 508:14, 508:21, 508:22, 510:18, 510:23, 510:25, 511:2, 511:5, 511:9, 511:16, 511:21, 511:24, 513:2, 513:3, 513:5, 513:6, 513:8, 513:9, 513:16, 513:23, 514:1, 514:12, 514:16, 514:18, 514:20, 514:21, 514:23, 515:3, 515:4, 515:14, 515:15, 515:20, 516:5, 516:9, 516:19, 516:24, 517:23, 517:24, 517:25, 519:2, 519:4, 519:6, 519:7, 519:9, 519:10, 519:11, 519:12, 519:14, 519:15, 521:12, 523:17, 523:18, 523:19, 524:8, 524:12, 524:15, 525:14, 525:15, 526:3, 526:6, 526:8, 526:18, 527:14, 527:16, 529:23, 530:1, 530:4, 530:16, 531:2, 531:11, 531:14, 531:17, 531:20, 531:24, 532:5, 532:11, 533:2, 533:3, 533:6, 535:20, 538:17, 538:18, 539:19, 540:2, 540:14, 541:1, 541:15, 542:7, 544:9, 557:7, 557:12, 558:17, 564:13, 564:25, 565:18, 566:3, 566:14, 567:14, 567:22, 567:25, 568:1, 568:3, 568:4, 568:6, 568:10, 568:13, 568:14, 568:18, 568:19, 568:20, 568:25, 569:5, 572:23,

572:24, 572:25, 573:2, 573:3, 574:25, 575:2, 575:21, 575:23, 575:24, 575:25, 576:7, 577:6, 577:10, 577:12, 577:13, 577:20, 577:22, 577:23, 578:3, 578:12, 578:13, 578:17, 578:23, 578:24, 579:8, 580:9, 580:18

**release/delayed** [1] - 566:3

**released** [15] - 482:7, 483:18, 492:21, 492:23, 496:2, 496:24, 501:7, 501:9, 501:12, 501:16, 505:15, 516:22, 524:6, 525:8, 542:6

**releases** [9] - 514:14, 515:13, 516:16, 525:17, 526:14, 529:17, 539:18, 564:9, 567:23

**releasing** [12] - 472:22, 496:23, 496:25, 501:5, 502:12, 526:10, 526:11, 531:6, 531:7, 531:8, 537:12, 538:16

**relevance** [1] - 461:6

**relevant** [2] - 458:4, 489:4

**reliable** [5] - 475:4, 475:5, 523:5, 566:2, 567:8

**relied** [2] - 457:11, 574:10

**relies** [1] - 475:2

**rely** [7] - 465:8, 476:4, 512:6, 529:25, 530:3, 544:1, 571:25

**remain** [3] - 460:15, 547:13, 565:10

**remainder** [1] - 564:6

**remaining** [1] - 537:13

**remains** [1] - 500:19

**remember** [4] - 553:17, 554:10, 557:15, 557:25

**remind** [4] - 476:5, 497:9, 522:25, 529:3

**remit** [1] - 472:14

**remove** [1] - 511:22

**renew** [1] - 519:20

**repeats** [2] - 529:18, 529:19
**report** [25] - 459:14, 459:16, 459:17, 459:19, 462:21, 462:23, 465:12, 497:18, 517:6, 532:16, 532:17, 532:23, 533:4, 533:12, 534:1, 543:18, 544:2, 545:6, 558:5, 558:6, 559:3, 559:13, 579:4, 581:11
**reporter** [3] - 467:7, 467:19, 480:15
**Reporter** [1] - 454:22
**reports** [3] - 457:10, 458:2, 579:4
**represent** [2] - 488:12, 583:8
**representation** [4] - 480:20, 482:1, 485:16, 528:24
**representations** [1] - 561:14
**representative** [2] - 530:10, 530:13
**representing** [1] - 547:1
**represents** [2] - 512:12, 547:10
**request** [1] - 473:25
**requested** [3] - 545:5, 545:7, 562:20
**require** [6] - 461:21, 535:3, 567:17, 577:24, 580:5, 582:17
**required** [3] - 532:7, 566:5, 566:16
**requirements** [1] - 518:7
**requires** [2] - 480:10, 578:7
**requiring** [1] - 513:1
**research** [6] - 468:21, 469:17, 470:2, 470:4, 470:17, 470:18
**reserved** [1] - 581:21
**resides** [1] - 482:13
**resolve** [2] - 456:20, 582:20
**resolved** [1] - 456:6
**respect** [5] - 475:16, 518:24, 519:16, 527:23, 535:2
**respectively** [1] - 517:13

**respond** [2] - 462:19, 579:25
**responding** [1] - 466:19
**response** [2] - 465:15, 508:16
**rest** [4] - 471:8, 471:18, 517:24, 532:16
**restate** [1] - 529:11
**result** [2] - 524:4, 529:21
**results** [20] - 475:3, 475:9, 496:19, 496:21, 516:12, 517:3, 524:23, 525:23, 526:16, 527:23, 528:1, 529:1, 529:25, 531:11, 533:15, 533:18, 533:19, 539:16, 576:2, 577:10
**resume** [1] - 523:12
**resurrecting** [1] - 519:22
**retain** [2] - 554:5, 568:5
**retained** [1] - 472:13
**retains** [1] - 564:11
**retracted** [1] - 558:8
**return** [1] - 535:25
**review** [6] - 471:17, 471:19, 472:7, 473:4, 518:5, 518:11
**reviewed** [4] - 457:5, 457:7, 506:24, 533:21
**reviewing** [1] - 542:17
**revokes** [1] - 471:16
**rich** [1] - 545:15
**right-hand** [6] - 545:1, 545:11, 545:17, 560:9, 560:11, 562:15
**rings** [1] - 561:8
**rise** [1] - 522:15
**rises** [2] - 489:11, 521:20
**risk** [1] - 553:7
**RMS** [1] - 529:6
**room** [1] - 467:8
**ROSE** [1] - 455:13
**rough** [1] - 546:4
**roughly** [2] - 515:5, 515:8
**round** [3] - 548:22, 550:1, 559:8
**rounded** [1] - 507:21
**Royal** [2] - 468:23,

468:24
**RPM** [1] - 494:13
**RPR** [2] - 454:21, 586:18
**Rudnic** [44] - 463:2, 463:16, 463:17, 464:5, 465:20, 466:5, 466:9, 466:12, 475:2, 488:7, 490:6, 490:10, 521:9, 521:16, 521:23, 522:18, 524:14, 526:16, 528:16, 536:9, 536:25, 541:6, 541:23, 542:18, 546:12, 548:9, 548:23, 561:10, 561:17, 562:21, 563:4, 564:14, 565:5, 566:6, 566:10, 568:21, 569:8, 570:10, 570:20, 570:23, 571:12, 577:4, 581:23, 585:2
**Rudnic's** [21] - 465:13, 465:25, 466:3, 466:8, 475:1, 475:6, 523:2, 523:13, 524:2, 530:7, 530:9, 536:23, 563:1, 563:24, 565:4, 565:16, 567:7, 570:5, 572:10, 575:18, 577:2
**rule** [1] - 579:13
**run** [6] - 472:24, 528:9, 528:12, 528:13, 528:14, 584:8
**running** [1] - 583:21

## S

**safe** [1] - 578:20
**safety** [2] - 471:21, 482:11
**sale** [1] - 462:5
**samples** [6] - 530:10, 543:2, 543:7, 543:16, 555:16, 559:7
**sat** [1] - 471:12
**satisfactory** [4] - 540:19, 540:21, 540:23, 540:25
**saw** [8] - 491:24, 494:13, 516:15,

529:21, 546:12, 570:10, 576:7, 582:11
**scale** [16] - 465:3, 501:11, 540:5, 540:6, 540:8, 540:18, 549:5, 549:7, 559:20, 562:13, 562:15, 568:20, 569:19, 571:10, 571:22
**scaled** [2] - 540:5, 540:22
**scaled-up** [1] - 540:22
**scanning** [2] - 543:19, 544:21
**scatter** [1] - 533:19
**schedule** [1] - 586:4
**schematic** [1] - 485:16
**Schneider** [1] - 457:9
**School** [1] - 468:14
**science** [3] - 468:19, 469:10, 505:19
**Sciences** [1] - 468:25
**scientific** [1] - 509:23
**scientists** [1] - 488:11
**Scientists** [1] - 468:24
**scope** [2] - 466:12, 507:24
**scopists** [1] - 586:13
**screen** [3] - 545:1, 570:17, 573:12
**seal** [13] - 498:4, 498:6, 498:14, 498:15, 513:23, 513:25, 514:1, 551:2, 551:3, 556:13, 556:24, 560:17, 563:18
**seal-coat** [1] - 513:23
**seal-coated** [6] - 498:4, 498:6, 498:14, 498:15, 513:25, 514:1
**seal-coating** [2] - 551:2, 556:13
**seal-forming** [1] - 563:18
**sealed** [2] - 464:12, 558:2
**second** [11] - 458:17, 483:5, 524:3, 531:10, 532:6, 532:8, 532:9, 535:19, 576:1, 579:10, 579:18
**second-stage** [1] - 524:3
**section** [6] - 459:14, 498:13, 512:7,

545:21, 560:5, 574:24
**see** [64] - 457:14, 458:21, 459:17, 465:2, 473:1, 479:24, 482:2, 482:3, 484:3, 484:24, 485:2, 485:5, 487:8, 489:7, 517:20, 526:13, 527:19, 527:20, 529:16, 530:12, 531:5, 531:6, 533:13, 538:13, 538:15, 538:18, 540:10, 542:14, 542:16, 542:19, 544:8, 544:10, 544:14, 544:15, 545:18, 547:15, 547:19, 549:5, 559:8, 559:12, 560:11, 560:22, 561:6, 561:7, 561:18, 562:7, 562:12, 562:14, 562:15, 562:19, 562:21, 570:17, 571:9, 571:22, 575:20, 575:22, 576:6, 576:8, 576:21, 577:15, 578:12, 579:22, 582:3
**seeing** [2] - 533:8, 567:14
**seem** [4] - 512:15, 513:15, 519:13, 575:25
**sees** [1] - 463:3
**select** [1] - 516:3
**selected** [2] - 465:22, 513:23
**selling** [1] - 489:2
**SEM** [4] - 543:11, 543:24, 545:2, 562:11
**senior** [1] - 468:16
**sense** [9] - 502:8, 528:12, 535:24, 580:10, 580:22, 581:16, 582:13, 582:19, 583:24
**sensible** [2] - 579:21, 580:7
**sensing** [1] - 581:19
**sentences** [1] - 520:24
**separate** [5] - 464:1, 504:24, 505:2, 551:4, 556:15

**sequence** [2] - 524:5, 582:17
**serious** [1] - 585:19
**service** [1] - 470:25
**SESSION** [1] - 454:7
**set** [3] - 487:11, 516:14, 571:4
**seven** [4] - 483:9, 489:23, 525:14, 526:7
**several** [2] - 566:5, 583:17
**shake** [1] - 467:9
**shelf** [1] - 500:20
**shell** [1] - 492:2
**shells** [2] - 493:10, 493:11
**shiny** [2] - 548:25, 550:1
**short** [1] - 480:22
**shorter** [1] - 569:18
**show** [24] - 463:20, 478:25, 481:25, 482:6, 485:17, 495:18, 496:24, 500:10, 516:4, 516:16, 526:2, 526:6, 526:8, 533:4, 533:9, 533:10, 533:11, 533:23, 533:24, 540:1, 541:1, 542:9, 574:20, 580:8
**showed** [4] - 525:6, 533:7, 540:11, 575:8
**showing** [9] - 457:4, 515:13, 515:15, 515:18, 524:7, 524:11, 533:9, 533:19, 575:24
**shown** [84] - 475:14, 476:20, 477:20, 478:6, 478:12, 478:17, 480:23, 481:18, 481:22, 482:14, 483:8, 484:15, 484:19, 485:15, 492:13, 493:4, 494:7, 495:12, 495:22, 496:20, 497:16, 498:1, 498:9, 499:5, 499:15, 500:3, 500:9, 500:18, 501:2, 505:23, 506:3, 506:15, 507:5, 507:12, 508:9, 510:21, 511:7, 511:15, 511:19, 512:4,

513:19, 514:4, 514:10, 515:11, 515:17, 515:23, 516:6, 516:13, 517:5, 517:16, 518:3, 521:4, 524:24, 525:4, 529:13, 537:8, 538:22, 539:14, 540:3, 540:15, 541:20, 542:1, 543:17, 544:6, 544:19, 548:20, 549:22, 550:21, 551:12, 551:23, 556:11, 557:10, 558:14, 559:5, 559:17, 560:4, 563:2, 564:8, 565:7, 565:25, 566:1, 569:7, 570:25, 576:21
**shows** [25] - 461:12, 478:13, 478:22, 478:24, 483:4, 497:18, 498:2, 499:6, 500:4, 501:6, 501:10, 507:6, 507:13, 513:21, 515:3, 516:2, 517:17, 529:22, 539:17, 547:22, 550:22, 559:19, 559:22, 560:1, 566:15
**side** [17] - 538:9, 538:10, 544:24, 545:1, 545:17, 549:21, 560:5, 560:9, 560:11, 561:20, 561:21, 562:15, 569:23, 578:20, 581:8, 585:3
**side-by-side** [1] - 549:21
**sides** [1] - 456:23
**sign** [1] - 469:4
**significant** [11] - 475:10, 479:18, 485:2, 486:12, 486:13, 490:15, 496:1, 505:9, 526:8, 528:16, 546:24
**significantly** [1] - 562:17
**similar** [2] - 532:24, 535:7
**simpler** [1] - 466:4
**simply** [4] - 465:12, 492:15, 497:11,

581:23
**simulate** [1] - 495:1
**simulated** [2] - 488:24, 534:21
**simulates** [1] - 494:20
**simultaneously** [4] - 505:10, 505:13, 564:10, 565:22
**single** [5] - 524:18, 528:9, 530:16, 531:7, 532:4
**sit** [1] - 456:1
**sitting** [4] - 490:17, 491:10, 491:16, 491:19
**SIWIK** [1] - 455:11
**six** [4] - 478:23, 529:18, 529:19
**Size** [1] - 483:10
**size** [4] - 493:9, 549:3, 549:6, 549:9
**skill** [9] - 476:18, 476:22, 476:23, 477:2, 477:7, 477:17, 494:23, 508:17, 510:3
**skin** [1] - 545:20
**slicing** [1] - 561:24
**Slide** [2] - 529:2, 529:12
**slide** [120] - 468:4, 474:23, 475:14, 475:15, 475:16, 476:19, 477:20, 478:4, 478:11, 478:12, 478:17, 480:23, 481:18, 481:22, 482:14, 483:8, 484:15, 484:19, 485:14, 492:13, 493:1, 493:2, 493:3, 494:7, 495:11, 495:22, 496:20, 497:8, 497:16, 497:25, 498:1, 498:9, 499:5, 499:14, 500:2, 500:8, 501:2, 505:22, 506:2, 506:14, 507:4, 507:11, 508:8, 509:14, 510:20, 511:7, 511:15, 511:16, 511:19, 512:4, 513:18, 513:19, 514:4, 514:9, 515:10, 515:17, 515:24, 516:11, 517:4, 517:10, 517:15,

518:2, 520:5, 520:18, 521:4, 521:7, 522:23, 524:24, 525:4, 525:24, 535:18, 536:22, 537:9, 538:22, 539:14, 540:3, 540:15, 541:20, 542:2, 543:16, 544:6, 544:18, 545:10, 548:17, 548:19, 549:22, 550:20, 551:11, 551:22, 552:7, 552:9, 554:16, 554:19, 556:10, 557:9, 557:24, 558:13, 559:4, 559:16, 560:3, 563:2, 564:8, 564:19, 565:7, 565:24, 565:25, 566:19, 569:7, 569:20, 570:25, 571:2, 571:15, 572:18, 574:19, 575:4
**slides** [2] - 465:2, 538:1
**slightly** [9] - 476:2, 479:12, 479:14, 479:21, 482:21, 483:3, 546:18, 560:16, 561:24
**SLIP** [1] - 455:4
**slosh** [1] - 502:15
**slowing** [1] - 503:1
**slowly** [1] - 505:4
**small** [1] - 503:14
**smaller** [3] - 504:1, 540:8, 561:4
**smooth** [1] - 550:9
**soak** [1] - 527:6
**Society** [2] - 468:23, 468:24
**sold** [1] - 471:4
**solid** [2] - 469:21, 502:13
**solid/gel** [1] - 490:22
**soluble** [7] - 479:15, 479:16, 479:17, 480:1, 480:2, 490:23, 556:22
**solution** [5] - 498:18, 505:6, 560:24, 579:15, 581:12
**solution-caused** [1] - 579:15
**solvate** [1] - 480:12
**solvent** [19] - 480:13,

537:5, 551:16, 551:17, 552:3, 552:23, 553:2, 553:4, 553:17, 554:10, 556:23, 556:25, 557:16, 558:7, 558:9, 558:10, 563:1, 563:5, 576:16
**solvents** [7] - 472:13, 553:6, 553:9, 553:10, 556:23, 563:18, 583:18
**someone** [2] - 532:22, 536:14
**sometime** [1] - 585:12
**sometimes** [1] - 467:10
**somewhat** [1] - 582:8
**somewhere** [1] - 489:25
**soon** [2] - 501:18, 514:19
**Sorry** [1] - 548:11
**sorry** [7] - 460:7, 464:16, 465:25, 529:9, 568:14, 573:21, 578:1
**sort** [1] - 553:1
**sorts** [1] - 463:10
**sound** [1] - 468:1
**sounds** [2] - 537:24, 581:15
**source** [2] - 516:25, 527:25
**speaking** [1] - 489:10
**specific** [11] - 458:14, 458:24, 460:4, 460:12, 462:17, 520:9, 520:14, 521:12, 521:22, 534:11, 570:4
**specifically** [2] - 475:16, 565:4
**specification** [1] - 496:22
**specifications** [2] - 472:14, 495:24
**specified** [1] - 500:5
**speckle** [1] - 564:16
**speckling** [14] - 537:1, 537:2, 541:19, 541:25, 542:10, 542:13, 542:14, 542:16, 543:12, 562:21, 562:24, 563:15, 576:14
**spectrometry** [2] - 543:21, 543:22
**spectrum** [1] - 579:1

**sphere** [3] - 546:19, 546:21, 546:23
**spheres** [4] - 548:22, 550:1, 551:14, 551:21
**spherical** [2] - 548:23, 561:7
**sphincter** [1] - 503:18
**split** [3] - 544:25, 545:2, 545:12
**spoken** [1] - 522:21
**spot** [3] - 467:25, 579:13, 583:3
**sprayed** [1] - 550:25
**sprays** [1] - 552:22
**spreading** [1] - 560:7
**spreadsheet** [3] - 570:15, 571:7, 571:20
**stability** [1] - 500:11
**Stage** [1] - 552:10
**stage** [50] - 478:20, 479:1, 482:1, 484:21, 485:8, 494:20, 499:10, 499:11, 499:12, 499:20, 500:6, 500:18, 513:7, 515:2, 517:8, 517:21, 524:3, 527:14, 528:9, 528:12, 528:13, 531:10, 532:4, 532:6, 532:8, 532:9, 532:10, 535:19, 539:1, 542:3, 542:5, 550:9, 550:10, 550:24, 551:1, 551:2, 551:10, 551:13, 551:14, 558:15, 576:1, 578:2, 578:16, 579:10, 579:18, 579:19, 579:20
**stages** [2] - 482:5, 550:22
**stand** [1] - 466:18
**standard** [25] - 478:21, 480:17, 480:19, 481:7, 481:9, 482:1, 484:22, 485:10, 485:12, 485:20, 485:22, 485:23, 494:12, 513:11, 528:13, 531:18, 531:21, 536:4, 539:5, 539:8, 539:10, 539:11, 539:23, 541:2,

541:17
**Standards** [1] - 471:13
**standards** [2] - 472:13, 526:17
**start** [16] - 468:7, 472:23, 492:8, 497:15, 503:23, 504:6, 510:20, 528:23, 537:7, 566:18, 578:11, 580:22, 584:9, 584:17, 585:21
**started** [1] - 505:8
**starting** [7] - 470:12, 476:17, 507:6, 551:10, 564:7, 565:12, 579:7
**starts** [3] - 502:8, 515:8, 550:24
**state** [3] - 468:2, 488:13, 535:11
**statement** [11] - 509:9, 513:20, 516:25, 517:4, 525:5, 525:13, 526:4, 537:10, 541:21, 563:3, 565:8
**statements** [4] - 509:14, 512:14, 530:9, 570:5
**states** [1] - 460:12
**STATES** [1] - 454:1
**States** [4] - 471:7, 472:2, 473:11, 512:7
**stay** [2] - 503:10, 504:14
**stenographically** [1] - 454:24
**step** [1] - 580:23
**STEPHANOS** [1] - 454:13
**stick** [1] - 476:9
**sticking** [2] - 547:8, 562:6
**still** [10] - 462:11, 502:13, 504:3, 504:19, 524:19, 554:5, 566:8, 576:12, 576:14, 585:7
**stipulate** [3] - 522:2, 522:4, 522:5
**stipulated** [1] - 522:13
**stipulations** [1] - 459:3
**stomach** [55] - 480:20, 480:21, 482:7, 482:10, 482:13, 485:18, 485:20, 485:25, 486:25,

487:19, 487:20, 487:23, 488:12, 488:17, 488:18, 488:19, 489:3, 489:6, 490:7, 490:10, 491:1, 491:5, 491:7, 491:16, 494:16, 494:18, 501:16, 501:23, 502:2, 502:6, 502:16, 502:25, 503:2, 504:7, 504:15, 505:11, 505:16, 527:12, 527:20, 532:11, 535:3, 535:4, 536:3, 539:12, 539:24, 541:15, 565:1, 567:24, 568:1, 568:24, 578:19, 578:23, 579:19
**stomachs** [1] - 567:18
**stone** [1] - 560:22
**stood** [1] - 527:9
**stop** [6] - 481:8, 481:9, 498:20, 553:6, 553:7, 556:16
**stopped** [1] - 553:11
**stopping** [1] - 499:9
**stops** [2] - 528:23, 551:6
**storage** [1] - 500:17
**storm** [2] - 585:9, 585:10
**straight** [4] - 482:7, 528:7, 578:4, 579:9
**straightforward** [1] - 544:7
**straying** [1] - 481:12
**streamlined** [1] - 459:4
**Street** [1] - 454:9
**STREET** [3] - 454:17, 455:8, 455:14
**strictly** [1] - 582:18
**strike** [1] - 459:5
**strike-throughs** [1] - 459:5
**strong** [2] - 528:6, 528:22
**structures** [1] - 545:16
**studied** [3] - 540:20, 542:19, 542:22
**studies** [3] - 464:25, 494:11, 499:18
**study** [7] - 529:15, 538:23, 541:9, 541:10, 542:4, 573:5, 575:8

**studying** [1] - 535:3
**subcoat** [1] - 562:2
**subject** [4] - 458:1, 520:4, 521:6, 521:10
**subjected** [2] - 500:10, 500:14
**subjects** [1] - 566:22
**submission** [2] - 494:9, 497:17
**submitted** [3] - 498:6, 501:11, 517:7
**submitting** [1] - 580:3
**subsequent** [4] - 489:6, 527:15, 556:12, 578:15
**subsequently** [8] - 468:17, 470:21, 471:4, 472:21, 517:24, 544:10, 557:4, 566:12
**subset** [22] - 465:21, 465:22, 523:16, 523:25, 524:2, 524:14, 524:25, 525:2, 531:2, 531:6, 531:9, 535:23, 563:22, 564:11, 564:24, 565:5, 567:20, 568:2, 568:4, 575:21, 575:22, 576:9
**subsets** [1] - 523:21
**substantial** [1] - 565:21
**substantially** [5] - 510:25, 519:5, 519:9, 523:22, 565:14
**substitute** [1] - 553:3
**substrate** [2] - 548:24, 550:4
**suffice** [1] - 584:9
**sugar** [12] - 546:8, 546:9, 547:24, 550:9, 550:24, 550:25, 551:13, 551:14, 551:21, 553:15, 553:19, 553:21
**sugar-hardening** [2] - 550:24, 551:13
**suggest** [9] - 474:19, 479:24, 487:7, 541:4, 542:13, 542:16, 542:19, 561:15, 562:24
**suggested** [2] - 528:16, 529:7
**suggesting** [1] - 464:5
**suggestion** [1] -

543:11
**suggests** [2] - 486:11, 567:16
**suitability** [1] - 471:21
**suitable** [1] - 499:25
**SUITE** [1] - 455:14
**sum** [1] - 575:17
**summarize** [5] - 460:22, 474:11, 474:23, 512:22, 518:22
**summary** [5] - 477:21, 515:25, 540:17, 575:18, 580:14
**Sun** [2] - 511:11, 512:2
**supplied** [1] - 577:4
**support** [3] - 475:7, 576:1, 577:5
**supports** [1] - 519:1
**surface** [22] - 457:25, 481:12, 543:24, 543:25, 547:8, 552:19, 552:22, 553:19, 553:21, 559:12, 559:13, 559:15, 559:18, 559:21, 559:22, 559:25, 560:1, 562:7, 562:18, 562:25, 563:10
**surfactant** [1] - 488:22
**suspect** [3] - 487:7, 529:6, 546:25
**sustained** [2] - 487:16, 487:22
**switching** [2] - 496:6, 496:10
**sworn** [1] - 467:3
**system** [3] - 551:16, 556:25, 557:16
**systematic** [1] - 555:25
**systems** [8] - 469:20, 469:21, 537:5, 553:2, 553:4, 563:1, 563:5, 576:17

## T

**table** [3] - 516:15, 526:1, 551:24
**tablet** [1] - 504:14
**tablets** [4] - 469:22, 470:6, 504:10, 511:3
**tacky** [3] - 481:8, 498:20, 504:24
**talc** [27] - 481:8, 481:9, 498:20, 504:23, 537:2,

542:11, 542:12, 542:13, 542:15, 542:17, 542:21, 543:12, 543:13, 545:23, 545:24, 557:5, 558:4, 558:16, 558:18, 559:12, 559:15, 560:14, 561:17, 562:22, 562:25, 563:15, 576:14

**tale** [1] - 541:25

**talks** [6] - 477:23, 480:25, 490:12, 493:12, 495:13, 495:19

**teach** [2] - 474:13, 512:24

**technical** [1] - 521:21

**technique** [2] - 543:22, 543:23

**techniques** [1] - 477:10

**technology** [1] - 553:12

**temperature** [4] - 486:23, 490:25, 491:1, 492:5

**tens** [1] - 487:8

**tension** [3] - 457:25, 552:20, 552:22

**term** [4] - 458:11, 500:14, 508:19, 510:17

**termination** [1] - 553:14

**terms** [18] - 461:7, 475:7, 479:5, 479:7, 488:14, 503:21, 508:10, 511:17, 514:21, 521:15, 528:3, 533:14, 539:22, 542:22, 552:20, 568:19, 580:2, 580:6

**terribly** [2] - 530:22, 533:22

**test** [80] - 474:14, 477:10, 478:13, 478:15, 478:18, 478:20, 478:22, 478:24, 480:17, 480:18, 481:19, 481:21, 481:24, 482:5, 482:8, 482:11, 484:17, 484:22, 485:8, 485:11, 485:12, 494:20, 495:13, 496:9, 496:19,

497:21, 500:7, 501:6, 501:14, 512:25, 513:7, 514:17, 514:24, 517:9, 519:4, 527:14, 528:9, 528:18, 529:23, 531:18, 531:20, 531:22, 532:4, 532:9, 532:11, 535:20, 536:4, 539:4, 539:5, 539:7, 539:8, 539:10, 539:11, 541:2, 541:16, 541:18, 543:18, 564:22, 566:24, 567:19, 573:5, 576:23, 577:13, 577:14, 577:16, 577:19, 578:5, 578:12, 578:14, 578:15, 578:23, 579:3, 579:8, 579:9, 579:10, 579:20, 580:1, 580:8

**tested** [11] - 469:24, 494:11, 496:5, 497:12, 499:4, 499:6, 500:5, 532:13, 543:6, 564:20, 580:16

**testified** [5] - 462:22, 466:9, 488:7, 490:6, 541:6

**testify** [1] - 457:19

**testimony** [21] - 458:2, 459:2, 461:15, 464:7, 466:9, 468:5, 493:15, 519:21, 520:3, 520:17, 527:22, 530:7, 541:23, 554:1, 558:8, 568:23, 569:9, 572:8, 581:23, 582:21, 584:20

**testing** [23] - 469:16, 469:25, 472:12, 473:4, 473:24, 474:17, 475:7, 475:11, 484:14, 500:11, 500:12, 500:14, 513:11, 529:15, 532:22, 543:15, 545:5, 545:6, 567:16, 577:5, 577:17, 577:25

**tests** [3] - 485:10,

496:2, 556:2

**tethered** [1] - 570:4

**texts** [1] - 536:19

**thankfully** [1] - 571:18

**THE** [261] - 454:1, 454:2, 454:13, 454:16, 455:2, 455:7, 455:11, 456:1, 456:7, 456:11, 456:17, 456:22, 457:4, 457:13, 457:15, 457:22, 458:3, 458:8, 458:19, 459:5, 459:10, 459:15, 459:21, 459:24, 460:1, 460:5, 460:9, 461:3, 461:16, 461:20, 461:24, 462:7, 462:16, 463:16, 464:4, 464:11, 464:17, 464:19, 464:21, 464:24, 465:5, 465:15, 465:24, 466:2, 466:11, 466:17, 466:21, 466:24, 467:4, 467:6, 467:7, 467:13, 467:14, 469:2, 469:5, 472:17, 472:20, 473:1, 473:25, 474:3, 474:7, 479:2, 479:7, 479:10, 479:11, 479:20, 479:24, 480:3, 484:7, 484:9, 486:2, 486:4, 486:6, 486:8, 486:14, 486:16, 486:17, 486:19, 487:3, 487:5, 487:15, 487:21, 489:15, 489:17, 489:18, 489:20, 489:23, 490:2, 490:3, 490:4, 490:18, 490:20, 490:25, 491:3, 491:4, 491:6, 491:8, 491:9, 491:13, 491:15, 491:18, 491:19, 491:22, 494:2, 494:4, 495:6, 495:8, 496:16, 497:5, 499:1, 500:24, 501:15, 501:21, 502:11, 502:19, 502:22, 502:23, 503:6, 503:9, 503:10,

503:16, 503:19, 503:20, 503:25, 504:2, 504:9, 504:13, 504:23, 505:2, 505:18, 508:4, 508:23, 509:18, 509:24, 510:11, 515:5, 515:7, 516:6, 516:8, 518:17, 518:19, 519:25, 520:5, 520:13, 520:22, 521:1, 521:2, 521:25, 522:9, 522:15, 523:9, 525:18, 525:21, 527:1, 527:3, 529:3, 529:5, 530:15, 530:19, 531:23, 532:2, 532:12, 532:15, 532:21, 533:1, 533:13, 533:16, 533:25, 534:7, 536:16, 536:18, 537:20, 537:22, 537:23, 537:25, 538:5, 538:6, 538:8, 538:14, 538:19, 542:22, 542:24, 542:25, 543:1, 545:9, 545:13, 545:14, 545:18, 546:12, 546:17, 547:9, 547:15, 547:25, 548:4, 548:7, 548:11, 549:13, 549:15, 549:16, 549:18, 550:14, 550:16, 552:18, 552:19, 553:23, 553:25, 554:20, 555:3, 555:13, 555:19, 555:22, 555:25, 556:8, 557:20, 558:23, 558:25, 560:20, 560:25, 561:19, 561:21, 561:22, 561:25, 562:9, 569:22, 570:3, 572:6, 572:9, 573:15, 573:18, 573:20, 573:21, 574:7, 574:16, 577:24, 578:1, 578:4, 578:6, 578:7, 578:9, 578:18, 578:21, 578:25, 579:2, 579:12, 579:17, 579:24,

580:2, 580:10, 580:21, 581:7, 581:10, 581:18, 582:2, 582:12, 583:4, 583:12, 584:6, 584:15, 585:11, 585:14, 585:18

**theories** [3] - 475:8, 521:24, 577:5

**theory** [26] - 461:4, 462:3, 463:7, 463:10, 465:22, 523:13, 523:25, 524:2, 524:25, 536:23, 538:9, 541:19, 563:1, 565:4, 565:5, 565:6, 565:17, 565:20, 566:5, 567:11, 572:11, 575:19, 579:13, 579:14

**thereabouts** [1] - 487:14

**thereafter** [1] - 556:4

**therefore** [8] - 482:11, 484:4, 518:8, 519:13, 525:16, 539:8, 569:16, 570:11

**they've** [4] - 483:24, 484:2, 539:10

**thick** [1] - 550:3

**thicker** [1] - 538:3

**thickness** [1] - 547:23

**thin** [2] - 537:20, 562:3

**thinking** [2] - 502:5, 535:9

**thinner** [1] - 541:13

**thoughts** [1] - 586:1

**thousand** [3] - 530:18, 530:23, 549:12

**three** [10] - 457:5, 465:1, 501:10, 501:11, 515:25, 516:3, 517:19, 554:23, 555:24

**threshold** [1] - 549:14

**throat** [1] - 491:14

**throughout** [4] - 500:19, 501:14, 568:13, 568:15

**throughs** [1] - 459:5

**tie** [2] - 496:12, 570:4

**TIGAN** [1] - 454:17

**titanium** [1] - 545:15

**titanium-rich** [1] - 545:15

**today** [2] - 468:5,

534:15
**together** [4] - 481:9, 482:16, 483:7, 504:25
**tomorrow** [4] - 583:23, 584:1, 584:17, 585:12
**tonight** [1] - 582:7
**took** [3] - 464:5, 488:4, 556:6
**top** [13] - 485:18, 501:5, 544:12, 546:8, 550:25, 554:5, 554:7, 554:11, 554:12, 557:17, 558:2, 569:12, 575:20
**topic** [1] - 466:14
**topics** [1] - 583:17
**touched** [1] - 531:16
**tough** [1] - 583:3
**towards** [1] - 509:4
**track** [1] - 568:13
**tract** [4] - 485:17, 492:6, 492:22, 492:24
**trail** [1] - 578:22
**train** [1] - 456:24
**training** [1] - 477:9
**trance** [1] - 506:1
**transcribed** [1] - 586:13
**transcript** [2] - 460:20, 586:13
**transcription** [1] - 454:25
**transient** [3] - 487:1, 487:3, 490:14
**transition** [3] - 490:21, 490:22, 525:16
**treat** [6] - 460:14, 460:17, 519:19, 522:2, 522:6, 522:8
**treating** [1] - 462:1
**treatment** [7] - 458:25, 459:7, 461:9, 462:12, 464:2, 521:14, 522:11
**treats** [3] - 520:2, 521:22, 522:1
**trial** [13] - 462:25, 470:24, 511:12, 512:2, 521:20, 536:24, 536:25, 537:3, 537:6, 537:13, 582:9, 582:23, 582:25
**TRIAL** [1] - 454:6
**triethyl** [2] - 481:4, 498:19

**true** [6] - 462:11, 473:15, 487:24, 526:5, 526:6, 528:24
**try** [2] - 463:20, 501:21
**trying** [2] - 508:23, 579:12
**tube** [1] - 489:7
**TUNNELL** [1] - 454:16
**turn** [12] - 463:19, 470:10, 473:12, 492:12, 496:19, 499:4, 503:12, 507:2, 524:23, 541:19, 567:10, 573:9
**turning** [3] - 466:13, 471:10, 535:18
**twice** [2] - 534:4, 560:9
**two** [46] - 463:2, 464:12, 465:9, 465:14, 481:25, 482:5, 482:10, 483:7, 484:2, 484:21, 484:23, 484:24, 485:8, 494:18, 494:25, 495:15, 495:18, 496:5, 496:10, 496:12, 496:23, 499:20, 501:6, 506:6, 507:10, 511:9, 513:7, 513:24, 514:16, 514:24, 515:1, 516:24, 527:5, 527:7, 527:8, 527:9, 529:16, 530:21, 539:20, 539:24, 541:2, 542:6, 551:5, 556:18, 559:19, 578:19
**two-hour** [2] - 499:20, 514:24
**two-micron** [1] - 559:19
**two-stage** [3] - 484:21, 485:8, 513:7
**type** [3] - 469:22, 513:7, 534:12
**types** [4] - 465:11, 506:6, 572:22, 579:3
**typical** [4] - 490:18, 536:1, 536:3, 536:6
**typically** [2] - 461:11, 578:19

**U**

**U.S** [1] - 454:9

**UK** [4] - 469:9, 471:7, 471:15, 472:4
**un-un** [1] - 467:10
**uncoated** [2] - 546:1, 546:3
**unconventional** [1] - 485:7
**under** [13] - 461:10, 462:10, 495:25, 503:17, 518:8, 541:2, 543:11, 544:20, 549:13, 551:18, 566:23, 575:13, 586:13
**underlies** [1] - 570:15
**underlying** [8] - 457:7, 458:20, 509:18, 517:3, 524:23, 569:19, 571:7, 571:20
**underneath** [8] - 545:25, 546:1, 546:6, 546:7, 557:15, 557:18, 560:16, 560:18
**understandable** [1] - 494:23
**understood** [5] - 458:15, 466:20, 521:10, 536:24, 584:3
**undisputed** [1] - 460:16
**undoubtedly** [1] - 488:10
**undulating** [2] - 546:5, 546:6
**unevenness** [1] - 579:15
**unit** [1] - 574:21
**United** [4] - 471:7, 472:2, 473:11, 512:7
**UNITED** [1] - 454:1
**University** [4] - 468:10, 468:12, 468:15, 468:19
**university** [2] - 468:20, 469:9
**unless** [1] - 461:17
**unlike** [2] - 485:23, 485:24
**unlikely** [2] - 487:18, 490:14
**unmistakable** [2] - 509:14, 510:9
**unmistakably** [1] - 519:13
**unreasonable** [2] - 536:15
**unstable** [1] - 555:7

**untimely** [2] - 465:7, 465:9
**unusual** [2] - 582:9, 582:12
**up** [31] - 456:17, 457:16, 458:9, 462:17, 486:24, 489:22, 490:1, 496:12, 498:7, 500:2, 509:4, 518:1, 524:10, 532:18, 537:13, 540:6, 540:22, 545:2, 547:10, 549:11, 550:10, 555:19, 559:11, 559:18, 559:20, 565:3, 572:17, 575:17, 577:1, 585:21
**uses** [1] - 577:14
**USP** [1] - 494:12
**usual** [1] - 480:21
**utilizing** [1] - 454:25

**V**

**values** [1] - 535:5
**variability** [2] - 528:1, 555:11
**variation** [4] - 509:12, 525:19, 527:23
**variations** [1] - 508:18
**various** [1] - 507:6
**vary** [1] - 477:1
**vast** [1] - 503:4
**venturing** [1] - 569:24
**verbally** [1] - 457:19
**version** [2] - 483:10, 561:4
**versus** [1] - 525:19
**vessels** [1] - 478:23
**video** [1] - 493:15
**view** [6] - 511:10, 523:3, 541:24, 559:20, 560:10, 568:12
**visibly** [2] - 515:21, 544:13
**visual** [4] - 457:19, 457:21, 457:23, 571:25
**visualizes** [1] - 543:24
**vitro** [3] - 494:10, 514:17, 576:23
**vivo** [4] - 533:15, 565:13, 565:14, 567:21
**voir** [1] - 474:1
**volume** [2] - 456:21, 573:16

**Volume** [2] - 573:15, 573:17

**W**

**waiting** [1] - 501:18
**waiving** [1] - 462:22
**water** [33] - 467:15, 480:9, 480:11, 486:3, 486:9, 486:12, 486:14, 486:21, 486:24, 487:11, 487:12, 487:17, 490:11, 490:13, 490:16, 490:19, 490:24, 491:7, 491:11, 491:14, 491:16, 498:21, 552:1, 552:2, 552:12, 553:20, 553:24, 554:2, 554:3, 554:5, 558:4, 563:6
**ways** [1] - 459:7
**weak** [11] - 537:11, 537:17, 538:4, 538:6, 541:12, 541:14, 549:1, 563:19, 563:23, 564:17, 575:23
**weakly** [1] - 537:14
**weigh** [1] - 484:5
**weighs** [1] - 480:8
**weight** [12] - 482:18, 483:2, 483:17, 483:18, 498:4, 513:25, 538:24, 539:3, 539:19, 540:11, 551:19
**weights** [2] - 483:23
**weird** [1] - 536:21
**welcome** [1] - 466:18
**WEST** [1] - 455:14
**whatsoever** [1] - 562:19
**whereas** [3] - 479:17, 503:7, 538:11
**Wherein** [1] - 574:24
**wherein** [1] - 575:1
**WHITE** [1] - 455:13
**white** [5] - 542:10, 542:13, 545:23, 560:14
**whole** [2] - 472:14, 527:18
**wide** [5] - 507:17, 507:20, 508:21, 509:11, 582:10
**WILLIAM** [1] - 455:12
**WILMINGTON** [2] -

454:18, 455:9
**window** [4] - 568:9, 568:10, 568:12, 569:2
**wish** [2] - 456:23, 582:3
**withstand** [1] - 482:9
**WITNESS** [73] - 467:6, 467:13, 469:5, 472:20, 479:7, 479:11, 479:24, 484:9, 486:4, 486:8, 486:16, 486:19, 487:5, 487:21, 489:17, 489:20, 490:2, 490:4, 490:20, 491:3, 491:6, 491:9, 491:15, 491:19, 501:21, 502:19, 502:23, 503:9, 503:16, 503:20, 504:2, 504:13, 505:2, 515:7, 516:8, 521:2, 525:21, 527:3, 529:5, 530:19, 532:2, 532:15, 533:1, 533:16, 536:18, 537:22, 537:25, 538:6, 538:14, 542:24, 543:1, 545:13, 545:18, 546:17, 547:15, 549:15, 549:18, 552:19, 553:25, 555:3, 555:19, 555:25, 560:25, 561:21, 561:25, 573:21, 578:1, 578:6, 578:9, 578:21, 579:2, 579:17, 580:2
**witness** [11] - 456:13, 458:9, 466:25, 493:15, 509:23, 509:25, 522:16, 522:21, 582:9, 584:19, 585:24
**witness'** [1] - 572:8
**witnesses** [2] - 582:10, 583:10
**wondering** [2] - 502:12, 584:6
**word** [4] - 507:9, 508:11, 509:10, 512:5
**words** [4] - 458:22, 467:12, 476:3, 508:20

**works** [1] - 539:9
**world** [2] - 471:1, 554:6
**worried** [2] - 533:22, 554:1
**wrestled** [1] - 573:24
**written** [1] - 510:22
**wrote** [1] - 558:6

## X

**x-ray** [1] - 543:21

## Y

**years** [3] - 471:12, 477:3
**yellow** [2] - 476:7, 569:18
**yesterday** [18] - 457:10, 466:6, 466:10, 485:23, 485:24, 488:7, 490:6, 493:14, 522:13, 524:10, 524:16, 530:7, 533:17, 564:14, 570:21, 570:23, 571:12, 581:3
**YORK** [1] - 455:4

## Z

**zero** [8] - 496:5, 496:9, 500:13, 500:16, 501:9, 528:23, 567:2, 571:17