676

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

- - -

GALDERMA LABORATORIES L.P., et al.  :  CIVIL ACTION NO.
                                     :  A:21-CV-01710-SB
     v.                              :
                                     :  BENCH TRIAL
LUPIN INC., et al.                   :
                                     :  DAY 3
                                     :  12:30 P.M. SESSION
_____

                              James A. Byrne U.S. Courthouse
                              601 Market Street
                              Philadelphia, PA 19106
                              January 11, 2024
                              Commencing at 12:30


_____

         BEFORE THE HONORABLE STEPHANOS BIBAS

 _____


APPEARANCES:

FOR THE                 MORRIS, NICHOLS, ARSHT & TUNNELL LLP
PLAINTIFF:              BY:  JACK B. BLUMENFELD, ESQUIRE
                        BY:  JEREMY A. TIGAN, ESQUIRE
                        1201 NORTH MARKET STREET
                        P.O. BOX 1347
                        WILMINGTON, DE 19899



                        - - -


             Kim L. Haley, CRR, RPR
             Official Court Reporter
          Kim_Haley@paed.uscourts.gov
                (267) 299-7232


Proceedings taken stenographically and prepared
utilizing computer-aided transcription

APPEARANCES CONTINUED:


FOR THE                    CAHILL, GORDON & REINDEL LLP
PLAINTIFF:                 BY:  ANDREW J. COCHRAN, ESQUIRE
                           BY:  GERALD FLATTMANN, JR., ESQUIRE
                           32 OLD SLIP
                           NEW YORK, NY 10005




FOR THE                    PHILLIPS, MCLAUGHLIN & HALL, P.A.
DEFENDANT:                 BY:  MEGAN C. HANEY, ESQUIRE
                           BY:  JOHN PHILLIPS, JR.
                           1200 NORTH BROOM STREET
                           WILMINGTON, DE 19806




FOR THE                    RAKOCZY MOLINO MAZZOCHI SIWIK
DEFENDANT:                 BY:  WILLIAM A. RAKOCZY, ESQUIRE
                           BY:  JOSEPH T. JAROS, ESQUIRE
                           BY:  ADRIANNE C. ROSE, ESQUIRE
                           BY:  NATASHA WHITE, ESQUIRE
                           BY:  KATIE A. BODA, ESQUIRE
                           6 WEST HUBBARD STREET, SUITE 500
                           CHICAGO, IL 60654

                    -   -   -

THE COURT: Good afternoon. Please sit down. Anyone find any loose ends? Exhibit numbers? Anything else that needs to be tied up?

MR. RAKOCZY: Nothing on our end, Your Honor.

MR. FLATTMANN: Nothing from plaintiffs, Your Honor.

THE COURT: Okay. Very good. First thing I want to say is I want to commend both sides of counsel. I'm hoping there are some corporate representatives here. We see plenty of lawyers who are unprepared or more likely think they're serving the clients best by fighting tooth and nail, being overly aggressive, etcetera. And believe me, that is not the case.

Counsel for both sides have been extremely well prepared, have worked well together. But this case is going to wind up getting decided on the merits of the underlying information, not clouded by or distorted by anything else. So you should feel -- you should feel proud of a job well done, well represented and well told. That is just a pleasure for a judge because it's far from uniform.

The second thing I want to say is that I think as we go forward, it is important for both sides

to focus on what their numerical, clinical, documentary and the similar evidence shows.  It is not generally going to be enough to satisfy a burden of proof that, you know, a particular expert fought this or had this opinion etcetera some underlying, specific factual basis it was referred to.  Right?  I want to see a reference to how a particular theory best explains data that we have.  That there are data, that they show up, that it makes sense to understand variations as based on this or based on that.  Just general hand waving is not going to do it.

I really think that intent is a sideshow here.  It is true, we can talk about some is treatment claims, we can talk about indirect infringement, but everyone agrees you first need direct infringement of a patent.  And the code talks about make, use or invent. It is not like copyright infringement where we're talking about whether you chose to copy or not.  And so even though that loomed large in the testimony, it's not an important point here.  I'm not saying you can't brief it, for your own benefit I think we're going to be focusing --  and likewise, in the claims most of the elements of the claims are not disputed.

The real dispute here is are we talking about 30/10 or something that counts as 30/10 of the

doctrine of equivalence.  Right?

So one thing I need some briefing to be talking about, there's not a ton of case law about the doctrine of equivalence and how far it goes, but we do know that the doctrine of equivalents is not a patent-by-patent issue.  It goes to each specification of the claim.  Right?

So bioequivalence is a modest piece of evidence, but plenty of people come up with bioequivalence drugs that are approved under ANDAs.  And FDA standard is a different one from the one that is applied under the patent law.  So we have evidence in the record of 36/4 formulations that wind up performing the same as 30/10s, etcetera.  We can't infer that it's really 30/10, and I want you to go back to specifications in the claim that talk about, you know, immediate release immediately after oral ingestion, which has been construed to be about 30 minutes.  Right?

There is a little bit of testimony in the record about how long the drugs go through the system.  It's undisputed the esophagus is a matter of seconds, right?  The stomach, it started out it was an hour, almost an hour; the end of the trial, okay, there's some portions going through in 20 minutes, 30 minutes and going on from there.  But remember, the threshold that

we're applying is, you know, immediately after.  So --
and what the "about" means there.

So results at 240 minutes do not speak very well to what the 30-minute threshold is.  Right?  I can't treat the 240 minutes as telling me much.  I mean, it's not nothing.  It tells me something about the solidity of coatings, but it's either going to be 30 minutes after a test starts or 30 minutes after the pH is at the relevant level, or something like that ought to be your focus.

Obviously there's a range of pHs in the digestive system, and the FDA has a number of ranges of pH levels that have to be tested.  5, 5.5, 6.5, etcetera.  So you have some room to argue about what I should draw from that, but it is interesting that it's only at the pH 4.5 set of tests in the multimedia that lead to some strange results.  I think it's a very good question.  Well, all the evidence seems to suggest that the pellets are produced in large batches that is substantially larger than for an individual capsule. Well, if that's the case, then the dispersion of thicknesses among coatings might be expected to be a dispersion at the individual pellet level, not at the level of capsules.

Again, that's an inference.  Maybe it's a

contestable inference, maybe there is a reason that isn't right, but I would like to understand better what explanations help to understand variation in capsule dissolution and why it isn't reflected -- as opposed to dissolution of individual pellets or spheres.

All right.  For plaintiff, to prove infringement, Galderma has to show about 8 milligrams of delayed-release portion actually release immediately. You know, when we talk about, I guess, Amneal, you had something that was labeled "delayed release," but in substance, you wind up adding it up and, you know, it works out to immediate release.

And I am not bound by other district court opinions, but I can consider them to the extent that they're persuasive.  8 milligrams is about 44 percent of the delayed-release portion.  So is there any evidence at any weight coating that about 44 percent of Lupin's delayed-release pellets, capsules, pellets are released and how can we infer whether a certain percentage of delayed-release pellets will leak -- from data about capsules as a whole leaking at pH 4.5.

Next, were it to be the case that some of Lupin's capsules release 90 percent of the doxycycline immediately and others release 55 percent when, of course, the standard is 75/25, would that be sufficient

for infringement?  Because the band around what counts as "about" wouldn't capture the 55 percent or maybe the 90 percent.  So that's another way of talking about how I think that the standard I have to look at is that the pellet dissolution level -- assuming I can treat it as a random distribution of pellets within the capsule.  Maybe there is a reason in the manufacturing process that I can't.  Educate me if there's something in the record that suggests that.

And by that, I mean something different from -- I understand the argument between the batch that was made for the FDA versus the litigation.  That is a separate argument.  I am asking in the ordinary course, is there a reason there would be a non-random distribution?

And relatedly, if we want to talk about the two different batches here.  So Dr. -- Mr. Avachat testified about the bulk of the manufacturing processes for constant, but there were three or four things like spray rate that are different.  But I don't think I recall anything from the documents that said to me specifically, okay, what would the mechanism be by which modifying the spray rate would systematically change the batch produced in May 2023 for litigation.

If there's something in the record, point

me to it.  These might be open doors, but I don't think speculation is enough to get to your burden of proof, so I need something more.  We have an exhibit that showed -- the color-coded exhibit showed at the bottom the three parameters that differed based on the size of the batch; there were a few that related to output temperatures, etcetera, but they weren't input variables.

But show me things in the record that should lead me not just to speculate that it could have been monkied with, but that it was in fact monkied with.  Because he didn't do any tests on this particular batch of particular flakes, etcetera, that tells me that they differ systematically from what a mystery shopper found.  So show me something else that should lead me to build upon that open-door possibility.  All right.

Next question for plaintiff:  Since Lupin's drug is supposed to be taken on a fasted stomach, there's this question, why is pH 4.5 more biorelevant that pH 1.1?

So the answer from Dr. Rudnic is, well, the pH is actually higher.  There's a lot of dispersion of gastric pHs.  The evidence shows that.  But I don't think it's enough to satisfy your burden of proof to take a visual extrapolation from the Kalantzi article

from 40 to 30 to 20 on that.  Is it a linear extrapolation, is it a lot of arithmetic extrapolation?

It doesn't get you to your burden of proof as to what the pH is before 20 minutes.  Now, 20 minutes is within your 30-minute window.  Maybe you have enough with the 20-minute and the 30-minute data, right?  But there is this issue here about what the pH is of the average, and should I use mean or should I be using median here, fasted stomach?

There is some young, healthy volunteers.  Some of them have some freakishly high pHs.  But I'm guessing I ought to be looking at something like the median or the mean here unless you tell me otherwise.  And maybe there's a hotspot phenomenon in the stomach.  I don't know.  But I'm not aware of any evidence that pointed me to such a possibility.

And lastly for plaintiffs, in the two-stage test, pH 1.1 and pH 4.5 in Lupin's ANDA, is there any evidence about how quickly the high pH substance was added at the 2-hour mark?  Was it over 5 seconds?  Was it over 5 minutes?  Was there only one lab assistant adding and going around to each of the 12 beakers?  Was it four or more?

I don't believe I heard, I don't believe I know, but if there is evidence, I would like that

drawn to my attention.  Okay?

And I do think that -- as I recall, the evidence was pretty much undisputed about what happens at pH 1.1.  There is some argument on whether 1.1 was the right level, but you've got an uphill climb because the FDA asks for it, industry standard, even your own witness agreed that 1.1 is an appropriate pH to use.  Even -- maybe it's not the only.  At least that's my recollection.  You can point me if I'm misremembering Dr. Rudnic's testimony.

All right.  For defendant, Lupin, so because the -- you're coating -- you know, there's disagreement about whether it's on the thin end of the range or whether it's impermissibly thin, but there's no question it's low and it's below that band of like 20 to 40 percent is kind of normal for the middle.

You know, he did some tests, he found there was no leakage on the test, it was acceptable for purposes of those tests.  But how should I treat the thinnest of the coating?

You know I'm not talking about the blown-up images.  I don't think there was really much proof that that was anything other than talc.  I think it's hard to know what those dark spots are and whether they were trauma, etcetera.  Again, I would like some

documentary evidence.  But I don't think I can go just based on Dr. Rudnic's testimony or interpretations of these grainy photographs alone telling me what's going on there.

But we do have pretty clear and agreed evidence that 18 percent is on the low side.  What do I do with that?  And how does that intersect with the substantially all of the immediate-release portion being absorbed within that -- Your Honor, immediately after the 30-minute window.

Next, because the single stage pH 4.5 test, that test was performed only on the new smaller batch of Lupin's drug, so if I don't agree that the testing is relevant, can I rule out Galderma's incomplete coating theory?  And is it possible that the quality of the coating changed between the ANDA batch and the small batch?  Is it possible that the spray rate led to depositing even less than the 18 percent on the pellets, for example.  I don't know.

Now, again, maybe that's not enough to satisfy tear burden of proof, but what does the record evidence tell me either way on that?

Hotspot explanation.  Now, a strong point for defendants is -- you know, Dr. Buckton, I'm not taking him on his word, it just fits in the mathematical

sense, he points out that the hotspots can explain why it's a capsule-by-capsule variation, whereas mathematically it's really hard to say that bell curve or any kind of distribution among pellets would translate to the capsule level.  But the hotspot explanation has a one-sentence reference in the handbook about solution, then there's an article.  The article qualifies the hotspot explanation by saying it depends on -- is there a gradual addition?  Is it sudden addition?  Right?  Is it right down the side of the path?

Again, you might say, well, it's their burden of proof.  But this is -- there's not a lot written on this it seems.  If I find the hotspot explanation too theoretical and too unproven, is it still possible to rule that Lupin didn't infringe?  Okay.

And by the way, when we're talking about hotspots and variation, I do want to draw this to everybody's attention.  There was a lot of attention paid to the capsules, the five out of 12 capsules, capsules 1, 3, 6, 7 and 8.  Two of those five capsules did not release substantially all by the 150-minute mark.  If we're looking at that as a proxy for 30 minutes after oral, and maybe I shouldn't be looking

at 150 minutes, the most that would get you is three out of 12 capsules.

So again, like, is hotspot the best explanation for that?  Is it in this coating?  Could those two things interact?  Because it's possible that there is a hotspot, and also possible that the thinness of the coating was doing this.  I don't know.

Would a capsule -- again, for Lupin, if a capsule was passing through the body in the gastric system, would it ever be exposed to a substance at pH 11?  And if it wouldn't, because I don't think any of those diagrams showed a pH 11, then what do I go with as between *in vitro* and *in vivo* pHs?

Because we've got some pretty good evidence here about what the body's sections of pH are. We also have evidence about what the FDA's testing protocols are.  Everyone realizes that the FDA's testing protocols are stylized representation of the kinds of pHs you might run through it, but there is some weirdnesses in the testing protocol.

By the way, for both sides, I think I pointed out -- maybe it was Ms. Gray's testimony -- it can't be the case that these percentages of drugs dissolved go down, certainly not in the body, between, what was that, 120, 150 minutes?  We saw some of that,

albeit less than that even in the Galderma sample in the bottom part, so something is going on here with dissolution -- with additional solution that is throwing off these percentages.

Now, we did have Ms. Gray mentioning the, okay, maybe it's more than a hundred percent of the total drug, the total 40 percent on the label. Maybe there's 41 or 42 percent, but it sounds like that's pretty uncommon, it happens, but it's not that common to overstuff a drug capsule.

So is that measurement error that on that plot three of those capsules went down to the 150-minute mark? Is that measurement error or an artifact of the addition of solution, that the percentages of drugs dissolved goes down from 120 to 150 minutes. And what do I make of that, what do I infer from that, about what the truth is *in vitro* and what the truth is *in vivo*? How does that bear on the patents? Because the numbers are not perfect; here you see that. And because you didn't run a lot of other tests, we pretty much have to use the test data we have, which is generated for the FDA. We don't have flakes that were taken off and analyzed separately for purposes of this litigation or anything like that.

And finally for defendants, why is it

that ORACEA tablets don't show the hotspot phenomenon? Is it just because their coating thickness is much thicker?  And if so, what inference should I draw from that?  Is the 18 percent versus 30, can I use the doctrine of equivalence to say that a really thin coating is the equivalent of part of it not being coated at all?  I think that might be a theory of plaintiffs that might still be left.

So talk some about why hotspots, why showing up this much, why showing up, you know, three capsules at the 30-minute point but five capsules by the -- at the 150.  And then five capsules by the 240, which is odd when you would think -- you'd think there would be fewer hotspots, perhaps, when it's later.  Oh, and there's also the relevance of paddle on versus paddle off and how that contributes to hotspots as well.

All right.  So those are just some reactions that I have.  I'm happy to take any -- the purely clarifying questions, if either side has any.

MR. FLATTMANN:  That's very helpful, Your Honor.  I certainly appreciate it.  It gives us a lot to think about and work on.

MR. RAKOCZY:  Nothing from us, Your Honor.  Thank you.

THE COURT:  Wonderful.  Again, my

accommodations to both sides, my staff will have a little bit of work, maybe some weightlifting in getting all these binders put away properly, but I think that we can adjourn this case.  And the parties, I think, should be clear from the earlier documentaries on the schedule.  I believe I set page limits as well, timings for replies, timings for arguments.  We will go according to that unless I receive any requests to change it, but I think you've earned yourself at least a little bit of a breather after this trial before you turn to those.

Thank you, all, and especially to our court reporter.

(Matter adjourned.)

C E R T I F I C A T E

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

/s/ Kim L. Haley, CSR, CRR, RPR
January 11, 2024

**/**

**/s** [1] - 692:21

**1**

**1** [1] - 688:22
**1.1** [5] - 684:20, 685:18, 686:4, 686:7
**10005** [1] - 677:4
**11** [4] - 676:10, 689:11, 689:12, 692:21
**12** [3] - 685:22, 688:21, 689:2
**120** [2] - 689:25, 690:15
**1200** [1] - 677:8
**1201** [1] - 676:17
**12:30** [2] - 676:7, 676:11
**1347** [1] - 676:18
**150** [4] - 689:1, 689:25, 690:15, 691:12
**150-minute** [2] - 688:23, 690:12
**18** [3] - 687:6, 687:18, 691:4
**19106** [1] - 676:10
**19806** [1] - 677:9
**19899** [1] - 676:18

**2**

**2-hour** [1] - 685:20
**20** [5] - 680:24, 685:1, 685:4, 685:5, 686:15
**20-minute** [1] - 685:6
**2023** [1] - 683:24
**2024** [2] - 676:10, 692:21
**240** [3] - 681:3, 681:5, 691:12
**267** [1] - 676:23
**299-7232** [1] - 676:23

**3**

**3** [2] - 676:7, 688:22
**30** [7] - 680:18, 680:24, 681:8, 685:1, 688:25, 691:4
**30-minute** [5] - 681:4, 685:5, 685:6, 687:10, 691:11
**30/10** [3] - 679:25, 680:15
**30/10s** [1] - 680:14
**32** [1] - 677:4

**36/4** [1] - 680:13

**4**

**4.5** [5] - 681:16, 682:21, 684:19, 685:18, 687:11
**40** [3] - 685:1, 686:16, 690:7
**41** [1] - 690:8
**42** [1] - 690:8
**44** [2] - 682:15, 682:17

**5**

**5** [3] - 681:13, 685:21
**5.5** [1] - 681:13
**500** [1] - 677:14
**55** [2] - 682:24, 683:2

**6**

**6** [2] - 677:14, 688:22
**6.5** [1] - 681:13
**601** [1] - 676:9
**60654** [1] - 677:15

**7**

**7** [1] - 688:22
**75/25** [1] - 682:25

**8**

**8** [3] - 682:7, 682:15, 688:22

**9**

**90** [2] - 682:23, 683:3

**A**

**A:21-CV-01710-SB** [1] - 676:5
**above-entitled** [1] - 692:18
**absorbed** [1] - 687:9
**acceptable** [1] - 686:18
**accommodations** [1] - 692:1
**according** [1] - 692:7
**ACTION** [1] - 676:4
**added** [1] - 685:20
**adding** [2] - 682:11, 685:22
**addition** [3] - 688:9, 688:10, 690:14
**additional** [1] - 690:3

**adjourn** [1] - 692:4
**adjourned** [1] - 692:13
**ADRIANNE** [1] - 677:13
**afternoon** [1] - 678:1
**aggressive** [1] - 678:14
**agree** [1] - 687:13
**agreed** [2] - 686:7, 687:5
**agrees** [1] - 679:15
**aided** [1] - 676:25
**al** [2] - 676:4, 676:6
**albeit** [1] - 690:1
**almost** [1] - 680:23
**alone** [1] - 687:3
**Amneal** [1] - 682:9
**analyzed** [1] - 690:23
**ANDA** [2] - 685:18, 687:16
**ANDAs** [1] - 680:10
**ANDREW** [1] - 677:3
**answer** [1] - 684:21
**APPEARANCES** [2] - 676:15, 677:1
**applied** [1] - 680:12
**applying** [1] - 681:1
**appreciate** [1] - 691:21
**appropriate** [1] - 686:7
**approved** [1] - 680:10
**argue** [1] - 681:14
**argument** [3] - 683:11, 683:13, 686:4
**arguments** [1] - 692:7
**arithmetic** [1] - 685:2
**ARSHT** [1] - 676:16
**article** [3] - 684:25, 688:7
**artifact** [1] - 690:13
**assistant** [1] - 685:22
**assuming** [1] - 683:5
**attention** [3] - 686:1, 688:20
**Avachat** [1] - 683:17
**average** [1] - 685:8
**aware** [1] - 685:15

**B**

**band** [2] - 683:1, 686:15
**based** [4] - 679:9, 679:10, 684:5, 687:2
**basis** [1] - 679:5
**batch** [7] - 683:11, 683:24, 684:6, 684:12, 687:13, 687:16, 687:17

**batches** [2] - 681:19, 683:17
**beakers** [1] - 685:23
**bear** [1] - 690:18
**BEFORE** [1] - 676:13
**bell** [1] - 688:3
**below** [1] - 686:15
**BENCH** [1] - 676:6
**benefit** [1] - 679:21
**best** [3] - 678:13, 679:7, 689:3
**better** [1] - 682:2
**between** [4] - 683:11, 687:16, 689:13, 689:24
**BIBAS** [1] - 676:13
**binders** [1] - 692:3
**bioequivalence** [2] - 680:8, 680:10
**biorelevant** [1] - 684:20
**bit** [3] - 680:19, 692:2, 692:9
**blown** [1] - 686:22
**blown-up** [1] - 686:22
**BLUMENFELD** [1] - 676:16
**BODA** [1] - 677:14
**body** [2] - 689:9, 689:24
**body's** [1] - 689:15
**bottom** [2] - 684:4, 690:2
**bound** [1] - 682:13
**BOX** [1] - 676:18
**breather** [1] - 692:10
**brief** [1] - 679:20
**briefing** [1] - 680:2
**BROOM** [1] - 677:8
**Buckton** [1] - 687:24
**build** [1] - 684:15
**bulk** [1] - 683:18
**burden** [6] - 679:3, 684:2, 684:24, 685:3, 687:21, 688:13
**BY** [11] - 676:16, 676:17, 677:3, 677:3, 677:7, 677:8, 677:12, 677:12, 677:13, 677:13, 677:14
**Byrne** [1] - 676:9

**C**

**CAHILL** [1] - 677:2
**capsule** [9] - 681:20, 682:3, 683:6, 688:2, 688:5, 689:8, 689:9,

690:10
**capsule-by-capsule** [1] - 688:2
**capsules** [13] - 681:24, 682:18, 682:21, 682:23, 688:21, 688:22, 689:2, 690:12, 691:11, 691:12
**capture** [1] - 683:2
**case** [7] - 678:15, 678:18, 680:3, 681:21, 682:22, 689:23, 692:4
**certain** [1] - 682:19
**certainly** [2] - 689:24, 691:21
**certify** [1] - 692:16
**change** [2] - 683:23, 692:8
**changed** [1] - 687:16
**CHICAGO** [1] - 677:15
**chose** [1] - 679:18
**CIVIL** [1] - 676:4
**claim** [2] - 680:7, 680:16
**claims** [3] - 679:14, 679:22, 679:23
**clarifying** [1] - 691:19
**clear** [2] - 687:5, 692:5
**clients** [1] - 678:13
**climb** [1] - 686:5
**clinical** [1] - 679:1
**clouded** [1] - 678:19
**coated** [1] - 691:6
**coating** [9] - 682:17, 686:12, 686:20, 687:15, 687:16, 689:4, 689:7, 691:2, 691:6
**coatings** [2] - 681:7, 681:22
**COCHRAN** [1] - 677:3
**code** [1] - 679:16
**coded** [1] - 684:4
**color** [1] - 684:4
**color-coded** [1] - 684:4
**Commencing** [1] - 676:11
**commend** [1] - 678:9
**common** [1] - 690:9
**computer** [1] - 676:25
**computer-aided** [1] - 676:25
**consider** [1] - 682:14
**constant** [1] - 683:19
**construed** [1] - 680:18
**contestable** [1] - 682:1

**CONTINUED** [1] - 677:1
**contributes** [1] - 691:16
**copy** [1] - 679:18
**copyright** [1] - 679:17
**corporate** [1] - 678:10
**correct** [1] - 692:16
**counsel** [2] - 678:10, 678:16
**counts** [2] - 679:25, 683:1
**course** [2] - 682:25, 683:13
**Court** [1] - 676:22
**COURT** [4] - 676:1, 678:1, 678:8, 691:25
**court** [2] - 682:14, 692:12
**Courthouse** [1] - 676:9
**CRR** [2] - 676:21, 692:21
**CSR** [1] - 692:21
**curve** [1] - 688:3

### D

**dark** [1] - 686:24
**data** [5] - 679:7, 679:8, 682:21, 685:6, 690:21
**DAY** [1] - 676:7
**DE** [2] - 676:18, 677:9
**decided** [1] - 678:18
**DEFENDANT** [2] - 677:7, 677:12
**defendant** [1] - 686:11
**defendants** [2] - 687:24, 690:25
**DELAWARE** [1] - 676:2
**delayed** [5] - 682:8, 682:10, 682:16, 682:18, 682:20
**delayed-release** [4] - 682:8, 682:16, 682:18, 682:20
**depositing** [1] - 687:18
**diagrams** [1] - 689:12
**differ** [1] - 684:14
**differed** [1] - 684:5
**different** [4] - 680:11, 683:10, 683:17, 683:20
**digestive** [1] - 681:12
**direct** [1] - 679:15
**disagreement** [1] - 686:13

**dispersion** [3] - 681:21, 681:23, 684:22
**dispute** [1] - 679:24
**disputed** [1] - 679:23
**dissolution** [4] - 682:4, 682:5, 683:5, 690:3
**dissolved** [2] - 689:24, 690:15
**distorted** [1] - 678:20
**distribution** [3] - 683:6, 683:15, 688:4
**DISTRICT** [2] - 676:1, 676:2
**district** [1] - 682:13
**doctrine** [4] - 680:1, 680:4, 680:5, 691:5
**documentaries** [1] - 692:5
**documentary** [2] - 679:1, 687:1
**documents** [1] - 683:21
**done** [1] - 678:21
**door** [1] - 684:16
**doors** [1] - 684:1
**down** [5] - 678:2, 688:10, 689:24, 690:12, 690:15
**doxycycline** [1] - 682:23
**Dr** [5] - 683:17, 684:21, 686:10, 687:2, 687:24
**draw** [3] - 681:15, 688:19, 691:3
**drawn** [1] - 686:1
**drug** [4] - 684:18, 687:13, 690:7, 690:10
**drugs** [4] - 680:10, 680:20, 689:23, 690:14

### E

**earned** [1] - 692:9
**educate** [1] - 683:8
**either** [3] - 681:7, 687:22, 691:19
**elements** [1] - 679:23
**end** [3] - 678:4, 680:23, 686:13
**ends** [1] - 678:2
**entitled** [1] - 692:18
**equivalence** [3] - 680:1, 680:4, 691:5
**equivalent** [1] - 691:6
**equivalents** [1] -

680:5
**error** [2] - 690:11, 690:13
**esophagus** [1] - 680:21
**especially** [1] - 692:11
**ESQUIRE** [10] - 676:16, 676:17, 677:3, 677:3, 677:7, 677:12, 677:12, 677:13, 677:13, 677:14
**et** [2] - 676:4, 676:6
**etcetera** [7] - 678:14, 679:5, 680:14, 681:14, 684:7, 684:13, 686:25
**evidence** [15] - 679:2, 680:9, 680:12, 681:18, 682:17, 684:23, 685:15, 685:19, 685:25, 686:3, 687:1, 687:6, 687:22, 689:15, 689:16
**example** [1] - 687:19
**exhibit** [3] - 678:2, 684:3, 684:4
**expected** [1] - 681:22
**expert** [1] - 679:4
**explain** [1] - 688:1
**explains** [1] - 679:7
**explanation** [5] - 687:23, 688:6, 688:8, 688:15, 689:4
**explanations** [1] - 682:3
**exposed** [1] - 689:10
**extent** [1] - 682:14
**extrapolation** [3] - 684:25, 685:2
**extremely** [1] - 678:17

### F

**fact** [1] - 684:11
**factual** [1] - 679:5
**far** [2] - 678:23, 680:4
**fasted** [2] - 684:18, 685:9
**FDA** [5] - 680:11, 681:12, 683:12, 686:6, 690:22
**FDA's** [2] - 689:16, 689:17
**few** [1] - 684:6
**fewer** [1] - 691:14
**fighting** [1] - 678:13
**finally** [1] - 690:25
**first** [2] - 678:8,

679:15
**fits** [1] - 687:25
**five** [4] - 688:21, 688:22, 691:11, 691:12
**flakes** [2] - 684:13, 690:22
**FLATTMANN** [3] - 677:3, 678:6, 691:20
**focus** [2] - 679:1, 681:10
**focusing** [1] - 679:22
**FOR** [5] - 676:2, 676:16, 677:2, 677:7, 677:11
**foregoing** [1] - 692:16
**formulations** [1] - 680:13
**forward** [1] - 678:25
**fought** [1] - 679:4
**four** [2] - 683:19, 685:23
**freakishly** [1] - 685:11

### G

**GALDERMA** [1] - 676:4
**Galderma** [2] - 682:7, 690:1
**Galderma's** [1] - 687:14
**gastric** [2] - 684:23, 689:9
**general** [1] - 679:10
**generally** [1] - 679:2
**generated** [1] - 690:21
**GERALD** [1] - 677:3
**GORDON** [1] - 677:2
**gradual** [1] - 688:9
**grainy** [1] - 687:3
**Gray** [1] - 690:5
**Gray's** [1] - 689:22
**guess** [1] - 682:9
**guessing** [1] - 685:12

### H

**Haley** [2] - 676:21, 692:21
**HALL** [1] - 677:7
**hand** [1] - 679:10
**handbook** [1] - 688:6
**HANEY** [1] - 677:7
**happy** [1] - 691:18
**hard** [2] - 686:24, 688:3
**healthy** [1] - 685:10
**heard** [1] - 685:24
**help** [1] - 682:3

**helpful** [1] - 691:20
**high** [2] - 685:11, 685:19
**higher** [1] - 684:22
**Honor** [5] - 678:5, 678:7, 687:9, 691:21, 691:24
**HONORABLE** [1] - 676:13
**hoping** [1] - 678:10
**hotspot** [8] - 685:14, 687:23, 688:5, 688:8, 688:14, 689:3, 689:6, 691:1
**hotspots** [5] - 688:1, 688:19, 691:9, 691:14, 691:16
**hour** [2] - 680:22, 680:23
**HUBBARD** [1] - 677:14
**hundred** [1] - 690:6

### I

**IL** [1] - 677:15
**images** [1] - 686:22
**immediate** [3] - 680:17, 682:12, 687:8
**immediate-release** [1] - 687:8
**immediately** [5] - 680:17, 681:1, 682:8, 682:24, 687:9
**impermissibly** [1] - 686:14
**important** [2] - 678:25, 679:20
**IN** [1] - 676:1
**INC** [1] - 676:6
**incomplete** [1] - 687:15
**indirect** [1] - 679:14
**individual** [3] - 681:20, 681:23, 682:5
**industry** [1] - 686:6
**infer** [3] - 680:14, 682:19, 690:16
**inference** [3] - 681:25, 682:1, 691:3
**information** [1] - 678:19
**infringe** [1] - 688:16
**infringement** [5] - 679:14, 679:15, 679:17, 682:7, 683:1
**ingestion** [1] - 680:17
**input** [1] - 684:7

intent [1] - 679:12
interact [1] - 689:5
interesting [1] - 681:15
interpretations [1] - 687:2
intersect [1] - 687:7
invent [1] - 679:16
issue [2] - 680:6, 685:7

**J**

JACK [1] - 676:16
James [1] - 676:9
January [2] - 676:10, 692:21
JAROS [1] - 677:12
JEREMY [1] - 676:17
job [1] - 678:21
JOHN [1] - 677:8
JOSEPH [1] - 677:12
JR [2] - 677:3, 677:8
judge [1] - 678:22

**K**

Kalantzi [1] - 684:25
KATIE [1] - 677:14
Kim [2] - 676:21, 692:21
Kim_Haley@paed. uscourts.gov [1] - 676:22
kind [2] - 686:16, 688:4
kinds [1] - 689:18

**L**

L.P [1] - 676:4
lab [1] - 685:22
label [1] - 690:7
labeled [1] - 682:10
LABORATORIES [1] - 676:4
large [2] - 679:19, 681:19
larger [1] - 681:20
lastly [1] - 685:17
law [2] - 680:3, 680:12
lawyers [1] - 678:11
lead [3] - 681:17, 684:10, 684:15
leak [1] - 682:20
leakage [1] - 686:18
leaking [1] - 682:21
least [2] - 686:8, 692:9
led [1] - 687:18
left [1] - 691:8

less [2] - 687:18, 690:1
level [6] - 681:9, 681:23, 681:24, 683:5, 686:5, 688:5
levels [1] - 681:13
likely [1] - 678:12
likewise [1] - 679:22
limits [1] - 692:6
linear [1] - 685:1
litigation [3] - 683:12, 683:24, 690:23
LLP [2] - 676:16, 677:2
look [1] - 683:4
looking [3] - 685:12, 688:24, 688:25
loomed [1] - 679:19
loose [1] - 678:2
low [2] - 686:15, 687:6
LUPIN [1] - 676:6
Lupin [3] - 686:11, 688:16, 689:8
Lupin's [5] - 682:18, 682:23, 684:18, 685:18, 687:13

**M**

manufacturing [2] - 683:7, 683:18
mark [3] - 685:20, 688:24, 690:13
Market [1] - 676:9
MARKET [1] - 676:17
mathematical [1] - 687:25
mathematically [1] - 688:3
matter [2] - 680:21, 692:18
Matter [1] - 692:13
MAZZOCHI [1] - 677:11
MCLAUGHLIN [1] - 677:7
mean [4] - 681:5, 683:10, 685:8, 685:13
means [1] - 681:2
measurement [2] - 690:11, 690:13
mechanism [1] - 683:22
median [2] - 685:9, 685:13
MEGAN [1] - 677:7
mentioning [1] - 690:5
merits [1] - 678:19
middle [1] - 686:16

might [6] - 681:22, 684:1, 688:12, 689:19, 691:7, 691:8
milligrams [2] - 682:7, 682:15
minutes [14] - 680:18, 680:24, 681:3, 681:5, 681:8, 685:4, 685:5, 685:21, 688:25, 689:1, 689:25, 690:15
misremembering [1] - 686:9
modest [1] - 680:8
modifying [1] - 683:23
MOLINO [1] - 677:11
monkied [2] - 684:11
MORRIS [1] - 676:16
most [2] - 679:22, 689:1
MR [4] - 678:4, 678:6, 691:20, 691:23
multimedia [1] - 681:16
mystery [1] - 684:14

**N**

nail [1] - 678:13
NATASHA [1] - 677:13
need [3] - 679:15, 680:2, 684:3
needs [1] - 678:3
new [1] - 687:12
NEW [1] - 677:4
next [3] - 682:22, 684:17, 687:11
NICHOLS [1] - 676:16
NO [1] - 676:4
non [1] - 683:14
non-random [1] - 683:14
normal [1] - 686:16
NORTH [2] - 676:17, 677:8
nothing [4] - 678:4, 678:6, 681:6, 691:23
number [1] - 681:12
numbers [2] - 678:2, 690:18
numerical [1] - 679:1
NY [1] - 677:4

**O**

obviously [1] - 681:11
odd [1] - 691:13
OF [1] - 676:2
Official [1] - 676:22
OLD [1] - 677:4

one [5] - 680:2, 680:11, 685:21, 688:6
one-sentence [1] - 688:6
open [2] - 684:1, 684:16
open-door [1] - 684:16
opinion [1] - 679:5
opinions [1] - 682:14
opposed [1] - 682:4
ORACEA [1] - 691:1
oral [2] - 680:17, 688:25
ordinary [1] - 683:13
otherwise [1] - 685:13
ought [2] - 681:10, 685:12
output [1] - 684:6
overly [1] - 678:13
overstuff [1] - 690:10
own [2] - 679:21, 686:6

**P**

P.A [1] - 677:7
P.M [1] - 676:7
P.O [1] - 676:18
PA [1] - 676:10
paddle [2] - 691:15
page [1] - 692:6
paid [1] - 688:21
parameters [1] - 684:5
part [2] - 690:2, 691:6
particular [4] - 679:4, 679:7, 684:12, 684:13
parties [1] - 692:4
passing [1] - 689:9
patent [4] - 679:16, 680:6, 680:12
patent-by-patent [1] - 680:6
patents [1] - 690:18
path [1] - 688:11
pellet [2] - 681:23, 683:5
pellets [8] - 681:19, 682:5, 682:18, 682:20, 683:6, 687:19, 688:4
people [1] - 680:9
percent [13] - 682:16, 682:17, 682:23, 682:24, 683:2, 683:3, 686:16, 687:6, 687:18, 690:6, 690:7, 690:8,

691:4
percentage [1] - 682:20
percentages [3] - 689:23, 690:4, 690:14
perfect [1] - 690:19
performed [1] - 687:12
performing [1] - 680:13
perhaps [1] - 691:14
persuasive [1] - 682:15
pH [18] - 681:9, 681:13, 681:16, 682:21, 684:19, 684:20, 684:22, 685:4, 685:7, 685:18, 685:19, 686:4, 686:7, 687:11, 689:10, 689:12, 689:15
phenomenon [2] - 685:14, 691:1
Philadelphia [1] - 676:10
PHILLIPS [2] - 677:7, 677:8
photographs [1] - 687:3
pHs [5] - 681:11, 684:23, 685:11, 689:13, 689:19
piece [1] - 680:8
PLAINTIFF [2] - 676:16, 677:3
plaintiff [2] - 682:6, 684:17
plaintiffs [3] - 678:6, 685:17, 691:7
pleasure [1] - 678:22
plenty [2] - 678:11, 680:9
plot [1] - 690:12
point [5] - 679:20, 683:25, 686:9, 687:23, 691:11
pointed [2] - 685:16, 689:22
points [1] - 688:1
portion [3] - 682:8, 682:16, 687:8
portions [1] - 680:24
possibility [2] - 684:16, 685:16
possible [5] - 687:15, 687:17, 688:16, 689:5, 689:6
prepared [2] - 676:24,

678:17
**pretty** [5] - 686:3, 687:5, 689:14, 690:9, 690:20
**proceedings** [1] - 692:17
**Proceedings** [1] - 676:24
**process** [1] - 683:7
**processes** [1] - 683:18
**produced** [2] - 681:19, 683:24
**proof** [7] - 679:3, 684:2, 684:24, 685:4, 686:23, 687:21, 688:13
**properly** [1] - 692:3
**protocol** [1] - 689:20
**protocols** [2] - 689:17, 689:18
**proud** [1] - 678:21
**prove** [1] - 682:6
**proxy** [1] - 688:24
**purely** [1] - 691:19
**purposes** [2] - 686:19, 690:23
**put** [1] - 692:3

## Q

**qualifies** [1] - 688:8
**quality** [1] - 687:16
**questions** [1] - 691:19
**quickly** [1] - 685:19

## R

**RAKOCZY** [4] - 677:11, 677:12, 678:4, 691:23
**random** [2] - 683:6, 683:14
**range** [2] - 681:11, 686:14
**ranges** [1] - 681:12
**rate** [3] - 683:20, 683:23, 687:17
**reactions** [1] - 691:18
**real** [1] - 679:24
**realizes** [1] - 689:17
**really** [5] - 679:12, 680:15, 686:22, 688:3, 691:5
**reason** [3] - 682:1, 683:7, 683:14
**receive** [1] - 692:8
**recollection** [1] - 686:9
**record** [7] - 680:13,

680:20, 683:9, 683:25, 684:9, 687:21, 692:17
**reference** [2] - 679:6, 688:6
**referred** [1] - 679:6
**reflected** [1] - 682:4
**REINDEL** [1] - 677:2
**related** [1] - 684:6
**relatedly** [1] - 683:16
**release** [12] - 680:17, 682:8, 682:10, 682:12, 682:16, 682:18, 682:20, 682:23, 682:24, 687:8, 688:23
**released** [1] - 682:19
**relevance** [1] - 691:15
**relevant** [2] - 681:9, 687:14
**remember** [1] - 680:25
**replies** [1] - 692:7
**Reporter** [1] - 676:22
**reporter** [1] - 692:12
**representation** [1] - 689:18
**representatives** [1] - 678:11
**represented** [1] - 678:21
**requests** [1] - 692:8
**results** [2] - 681:3, 681:17
**room** [1] - 681:14
**ROSE** [1] - 677:13
**RPR** [2] - 676:21, 692:21
**Rudnic** [1] - 684:21
**Rudnic's** [2] - 686:10, 687:2
**rule** [2] - 687:14, 688:16
**run** [2] - 689:19, 690:20

## S

**sample** [1] - 690:1
**satisfy** [3] - 679:3, 684:24, 687:21
**saw** [1] - 689:25
**schedule** [1] - 692:5
**second** [1] - 678:24
**seconds** [2] - 680:21, 685:21
**sections** [1] - 689:15
**see** [3] - 678:11, 679:6, 690:19
**sense** [2] - 679:9, 688:1

**sentence** [1] - 688:6
**separate** [1] - 683:13
**separately** [1] - 690:23
**serving** [1] - 678:12
**SESSION** [1] - 676:7
**set** [2] - 681:16, 692:6
**shopper** [1] - 684:14
**show** [5] - 679:8, 682:7, 684:9, 684:15, 691:1
**showed** [3] - 684:3, 684:4, 689:12
**showing** [2] - 691:10
**shows** [2] - 679:2, 684:23
**side** [3] - 687:6, 688:10, 691:19
**sides** [5] - 678:9, 678:16, 678:25, 689:21, 692:1
**sideshow** [1] - 679:12
**similar** [1] - 679:2
**single** [1] - 687:11
**sit** [1] - 678:1
**SIWIK** [1] - 677:11
**size** [1] - 684:5
**SLIP** [1] - 677:4
**small** [1] - 687:17
**smaller** [1] - 687:12
**solidity** [1] - 681:7
**solution** [3] - 688:7, 690:3, 690:14
**sounds** [1] - 690:8
**specific** [1] - 679:5
**specifically** [1] - 683:22
**specification** [1] - 680:6
**specifications** [1] - 680:16
**speculate** [1] - 684:10
**speculation** [1] - 684:2
**spheres** [1] - 682:5
**spots** [1] - 686:24
**spray** [3] - 683:20, 683:23, 687:17
**staff** [1] - 692:1
**stage** [2] - 685:18, 687:11
**standard** [4] - 680:11, 682:25, 683:4, 686:6
**started** [1] - 680:22
**starts** [1] - 681:8
**STATES** [1] - 676:1
**stenographically** [1] - 676:24
**STEPHANOS** [1] -

676:13
**still** [2] - 688:16, 691:8
**stomach** [4] - 680:22, 684:19, 685:9, 685:14
**strange** [1] - 681:17
**Street** [1] - 676:9
**STREET** [3] - 676:17, 677:8, 677:14
**strong** [1] - 687:23
**stylized** [1] - 689:18
**substance** [3] - 682:11, 685:20, 689:10
**substantially** [3] - 681:20, 687:8, 688:23
**sudden** [1] - 688:9
**sufficient** [1] - 682:25
**suggest** [1] - 681:18
**suggests** [1] - 683:9
**SUITE** [1] - 677:14
**supposed** [1] - 684:18
**system** [3] - 680:20, 681:12, 689:10
**systematically** [2] - 683:23, 684:14

## T

**tablets** [1] - 691:1
**talc** [1] - 686:23
**talks** [1] - 679:16
**tear** [1] - 687:21
**temperatures** [1] - 684:7
**test** [6] - 681:8, 685:18, 686:18, 687:12, 690:21
**tested** [1] - 681:13
**testified** [1] - 683:18
**testimony** [5] - 679:19, 680:19, 686:10, 687:2, 689:22
**testing** [4] - 687:14, 689:16, 689:17, 689:20
**tests** [5] - 681:16, 684:12, 686:17, 686:19, 690:20
**THE** [10] - 676:1, 676:2, 676:13, 676:16, 677:2, 677:7, 677:11, 678:1, 678:8, 691:25
**theoretical** [1] - 688:15
**theory** [3] - 679:7, 687:15, 691:7

**thicker** [1] - 691:3
**thickness** [1] - 691:2
**thicknesses** [1] - 681:22
**thin** [3] - 686:13, 686:14, 691:5
**thinness** [1] - 689:6
**thinnest** [1] - 686:20
**three** [5] - 683:19, 684:5, 689:1, 690:12, 691:10
**threshold** [2] - 680:25, 681:4
**throwing** [1] - 690:3
**tied** [1] - 678:3
**TIGAN** [1] - 676:17
**timings** [2] - 692:6, 692:7
**together** [1] - 678:17
**ton** [1] - 680:3
**tooth** [1] - 678:13
**total** [2] - 690:7
**transcript** [1] - 692:17
**transcription** [1] - 676:25
**translate** [1] - 688:5
**trauma** [1] - 686:25
**treat** [3] - 681:5, 683:5, 686:19
**treatment** [1] - 679:13
**TRIAL** [1] - 676:6
**trial** [2] - 680:23, 692:10
**true** [1] - 679:13
**truth** [2] - 690:17
**TUNNELL** [1] - 676:16
**turn** [1] - 692:10
**two** [4] - 683:17, 685:18, 688:22, 689:5
**two-stage** [1] - 685:18

## U

**U.S** [1] - 676:9
**uncommon** [1] - 690:9
**under** [2] - 680:10, 680:12
**underlying** [2] - 678:19, 679:5
**undisputed** [2] - 680:21, 686:3
**uniform** [1] - 678:23
**UNITED** [1] - 676:1
**unless** [2] - 685:13, 692:8
**unprepared** [1] - 678:12
**unproven** [1] - 688:15
**up** [10] - 678:3,

678:18, 679:8, 680:9, 680:13, 682:11, 686:22, 691:10
**uphill** [1] - 686:5
**utilizing** [1] - 676:25

## V

**variables** [1] - 684:8
**variation** [3] - 682:3, 688:2, 688:19
**variations** [1] - 679:9
**versus** [3] - 683:12, 691:4, 691:15
**visual** [1] - 684:25
**vitro** [2] - 689:13, 690:17
**vivo** [2] - 689:13, 690:17
**volunteers** [1] - 685:10

## W

**waving** [1] - 679:10
**weight** [1] - 682:17
**weightlifting** [1] - 692:2
**weirdnesses** [1] - 689:20
**WEST** [1] - 677:14
**whereas** [1] - 688:2
**WHITE** [1] - 677:13
**whole** [1] - 682:21
**WILLIAM** [1] - 677:12
**WILMINGTON** [2] - 676:18, 677:9
**wind** [3] - 678:18, 680:13, 682:11
**window** [2] - 685:5, 687:10
**witness** [1] - 686:7
**wonderful** [1] - 691:25
**word** [1] - 687:25
**works** [1] - 682:12
**written** [1] - 688:14

## Y

**YORK** [1] - 677:4
**young** [1] - 685:10
**yourself** [1] - 692:9