IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GALDERMA LABORATORIES, L.P. and TCD ROYALTY SUB LP, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 21-1710 (SB) |
| LUPIN INC. and LUPIN LIMITED, | ) ) | |
| Defendants. | ) ) | |

## **PLAINTIFFS' [CORRECTED] PROPOSED FINDINGS OF FACT**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

*Attorneys for Plaintiffs*

OF COUNSEL:

Gerald J. Flattmann, Jr.
Andrew J. Cochran
Margaret A. Barone
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, NY 10005
(212) 701-3000

February 2, 2024

**TABLE OF CONTENTS**

**Page**

I.  ORACEA® CAPSULES AND ITS USE FOR TREATING ROSACEA ......................... 1

II.  PATENTS-IN-SUIT ....................................................................................... 1

    A.  The Chang Patents .......................................................................... 1

III.  LUPIN'S ANDA PRODUCT ......................................................................... 2

    A.  Composition and Proposed Use for Lupin's ANDA Product ................................ 3

    B.  The Manufacture of Lupin's ANDA Product ................................................ 4

    C.  The Administration of Lupin's ANDA Product ............................................. 9

    D.  Lupin's ANDA Product Releases Doxycycline *In Vivo* to Result in the Claimed Steady-State Blood Levels ............................................. 10

    E.  Lupin's ANDA Product Releases Doxycycline *In Vivo* to Match the *In Vivo* Release of Doxycycline from Oracea® Capsules .......................... 11

    F.  The FDA has Tentatively Approved Lupin's ANDA Product ............................. 15

IV.  SCIENTIFIC BACKGROUND ....................................................................... 16

    A.  *In Vitro* Dissolution Testing ............................................................ 16

    B.  Doxycycline's Absorption Window ........................................................ 20

V.  LUPIN'S ANDA PRODUCT, ITS USE, AND ITS MANUFACTURING PROCESS INFRINGE THE PATENTS-IN-SUIT ....................................... 22

    A.  Lupin Literally Infringes the Asserted Claims of the Patents-In-Suit .................. 23

        1.  Lupin's ANDA Product Contains an Immediate Release (IR) Portion of About 30 mg Doxycycline ................................. 24

            a)  Lupin's ANDA Product Releases an Amount of About 30 mg of Doxycycline that Functions to Alter a Subject's Steady-State Blood Levels ............................................. 24

            b)  Lupin Manufactures Its ANDA Product to Have a Thin and Weak Enteric Coat ................................................... 25

c) The Weakness of the Enteric Coating on Lupin's ANDA Product is Revealed in Lupin's SEM Images of Lupin's Pellets. ............................................................................... 27

d) Lupin's Manufacture of a 6000-capsule Batch in May 2023 ....... 30

e) Lupin's Own Data from *In Vitro* Dissolution Testing Conducted on Lupin's Exhibit Batches and Submitted to FDA in Lupin's ANDA Reveals Lupin's Thin and Weak Enteric Coat ............................................................................... 32

B. Lupin Infringes the Asserted Claims of the Patents-In-Suit under the Doctrine of Equivalents ............................................................................... 35

1. Claim Elements Covering an "Immediate Release" (IR) Portion Comprising About 30 mg Doxycycline ....................................................... 36

2. Claim Elements Covering a "Delayed Release" (DR) Portion Comprising About 10 mg Doxycycline ....................................................... 40

1. Plaintiffs hereby incorporate by reference the parties' Statement of Uncontested Facts ("SUF"), *see* D.I. 159, Exhibit 1, Statement of Uncontested Facts, as well as the parties' Stipulation and Order Regarding Ownership and Standing, *see* D.I. 160-61.

## I. ORACEA® CAPSULES AND ITS USE FOR TREATING ROSACEA

2. Oracea® Capsules is an oral pharmaceutical composition indicated for once-daily use for the treatment of only inflammatory lesions (papules and pustules) of rosacea in adult patients. *See* PTX-162.001; Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 85:19-22.

3. The Oracea® Capsules composition is 40 mg hard gelatin capsule shells filled with two types of doxycycline beads, 30 mg immediate release and 10 mg delayed release. *See* PTX-162.005; Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 85:19-22.

4. Oracea® Capsules contains an amount of doxycycline that, when administered once daily, will give steady state blood levels of doxycycline of a minimum of 0.1 µg/ml and a maximum of 1.0 µg/ml. *See* PTX-162.005; Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 85:19-22.

5. The delayed release pellets of Oracea® Capsules are enteric coated, including with methacrylic acid copolymer dispersion, Eudragit L30D55, which functions as an enteric coating polymer. *See* PTX-162.010; Jan. 9, 2024 Trial Tr. (Rudnic) at 85:19-22, 116:6-13.

6. Lupin does not dispute that Oracea® Capsules is a commercial embodiement of the patents-in-suit. Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 85:19-22.

## II. PATENTS-IN-SUIT

### A. The Chang Patents

7. In general, the asserted claims of the patents-in-suit cover, among other things, compositions of doxycycline for once-daily oral administration containing about 30 mg immediate release doxycycline and about 10 mg delayed release doxycycline. PTX-001.013-14; PTX-002.017-18; Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 79:13-80:14.

8. The overall goal of the patents-in-suit was to provide "a unique dose and an improved formulation to deliver doxycycline such that the anti-collagen destructive enzymes or other such beneficial effect of tetracyclines, especially doxycycline, is attained, but antibacterial effects are avoided." *See* PTX-001.008; PTX-002.012.

9. The '532 and the '740 patents are, collectively, the patents-in-suit in this action (collectively, "the patents-in-suit" or "asserted patents"). SUF ¶ 13; *see* Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 79:11-14.

10. The patents-in-suit are directed to once-daily oral pharmaceutical compositions of doxycycline that include, among other things, compositions with about 30 mg of an immediate release portion of doxycycline and about 10 mg of a delayed release portion of doxycycline that, when administered once-daily, give steady-state blood levels of doxycycline of a minimum of 0.1 µg/ml and a maximum of 1.0 µg/ml. PTX-001.013-14; PTX-002.017-18; Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 79:13-80:14.

11. The patents-in-suit also claim methods of treating rosacea by administration of the claimed compositions. PTX-001.013-14; PTX-002.017-18; *see* Jan. 9, 2024 Trial Tr. (Rudnic) at 80:16-81:4.

## III. LUPIN'S ANDA PRODUCT

12. Lupin submitted Abbreviated New Drug Application No. 216631 ("Lupin's ANDA") to FDA under § 505(j) of the Federal Food, Drug, and Cosmetic Act (21 U.S.C. § 355(j) ("FFDCA")) seeking FDA approval for the commercial manufacture, use, and sale of a 40 mg doxycycline oral product ("Lupin's ANDA Product"). SUF ¶ 17.

13. Lupin's ANDA Product is "pharmaceutically equivalent" to Oracea® in terms of indication, dosage, and usage. PTX-186.012; Jan. 9, 2024 (PM) Trial Tr. (Khurana) at 270:22-

271:8; *see also* Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 87:12-17,  131:25-132:1; PTX-184.014; PTX-198.003-05; Jan. 9, 2024 (PM) Trial Tr. (Avachat) at 250:25-251:6.

### A. Composition and Proposed Use for Lupin's ANDA Product

14. Mr. Makarand Avachat is Executive Vice President, Formulation at Lupin Limited and was designated by Lupin as Lupin's corporate designee under Rule 30(b)(6).  Jan. 10, 2024 (AM) Trial Tr. (Avachat) at 330:5-7.

15. Mr. Avachat confirmed that everything in Lupin's ANDA is true and correct. *See, e.g.*, Jan. 9, 2024 (PM) Trial Tr. (Avachat) at 250:19-21.

16. Lupin has certified to the FDA that everything in its ANDA is true and correct. *See* 21 CFR 314.53(c)(2)(i)(Q) ; *see also* Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 116:24 (testifying that the data in Lupin's ANDA "were released by [Lupin's] quality assurance unit").

17. Lupin's ANDA states that Lupin's ANDA Product "is pharmaceutically equivalent with Reference Product [Oracea® Capsules] as proposed drug product is having same active ingredient, same dosage form, same route of administration and same strength (s)] [*sic*] which is essential factor to prove therapeutically equivalency." PTX-184.014.

18. Lupin represented to the FDA that the formulation of Lupin's ANDA Product uses the same excipients as the Oracea® Capsules formulation and that the design of Lupin's ANDA Product is the "[s]ame as that of [Oracea® Capsules] (Immediate release and Delayed release capsule which is same as Reference product)." *See* PTX-184.014.

19. Lupin's ANDA Product is an oral pharmaceutical composition. *See, e.g.*, PTX-198.003 ("DOXYCYCLINE capsules for oral use"); PTX-186.012, 021; Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 87:12-17, 131:25-132:1.

20. The active ingredient in Lupin's ANDA Product is doxycycline. *See, e.g.*, PTX-198.003, .011 ("Active ingredients: Each capsule contains doxycycline USP in an amount equivalent to 40 mg of anhydrous doxycycline."); PTX-185.003, .008; PTX-186.009-10, .012, .014, .016-17, .105-06; PTX-187.097; PTX-184.004-07, .027-28, .086-89; Jan. 9, 2024 (PM) Trial Tr. (Avachat) at 252:17-19; Jan. 9, 2024 (PM) Trial Tr. (Khurana) at 270:10-12; Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 87:12-17, 131:25-132:1.

21. Lupin's ANDA states that Lupin's ANDA Product "contains Immediate release pellets: Delayed release pellets ratio as 55:45. In other words, Test product contains 22mg Doxycycline in Immediate release pellets (IR part) and 18mg Doxycycline as enteric coated pellets, and together provide a total dose of 40 mg anhydrous doxycycline." PTX-186.010; PTX-198.011; *see* PTX-184.004-07, .027-29, .086-89; Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 87:25-88:2.

**B. The Manufacture of Lupin's ANDA Product**

22. Lupin's ANDA describes a five-stage process for manufacturing Lupin's ANDA Product: Stage-I (Sugar Hardening Stage); Stage-II (Drug Loading); Stage-III (Seal Coating to Drug Loaded Pellets); Stage-IV (Enteric Coating); and Stage-V (Capsule Filling). *See, e.g.*, PTX-185.006-11; PTX-186.068-72; PTX-187.009-11, .114-23; PTX-184.029, .035-36, .077-78, .086-89; Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 88:17-21; Jan. 10, 2024 (AM) Trial Tr. (Avachat) at 339:6-340:9.

23. At Stage-I, Lupin sifts sugar spheres (Pharma-A Spheres) through #30 ASTM sieve, collects and sifts the pass-through using a #35 ASTM sieve, and collects the retained portion. *See, e.g.*, PTX-186.068-72; PTX-187.009-11, .114-23; PTX-184.035-36, .086-89. Lupin then coats the sifted sugar spheres with a polymer solution containing isopropyl alcohol, methylene chloride, and hydroxypropyl methyl cellulose (HPMC) NF (Methocel E5). *See, e.g.*, PTX-

4

185.006-11; PTX-186.068-72; PTX-187.009-11, .114-23; PTX-184.035-36, .077-78, .086-89; Jan. 9, 2024 (PM) Trial Tr. (Avachat) at 254:3-10; Jan. 9, 2024 (PM) Trial Tr. (Khurana) at 268:2-10; Jan. 10, 2024 (AM) Trial Tr. (Avachat) at 339:7-14.

24. At Stage-II, Lupin prepares a drug-loading solution containing doxycycline (micronized) and HPMC (Methocel E-5), sprays the entire solution on the coated sugar spheres, and dries the drug-loaded pellets. *See, e.g.*, PTX-185.006-11; PTX-186.068-72; PTX-187.009-11, .114-23; PTX-184.035-36, .086-89; Jan. 10, 2024 (AM) Trial Tr. (Avachat) at 339:15-21. Lupin uses 3% extra doxycycline to "compensate [for] process loss during drug loading process." *See, e.g.*, PTX-185.012.

25. At Stage-III, Lupin seal coats the drug-loaded pellets using a solution containing isopropyl alcohol, methylene chloride, and HPMC NF (Methocel E5). *See, e.g.*, PTX-185.006-11; PTX-186.068-72; PTX-187.009-11, .114-23; PTX-184.035-36, .086-89; Jan. 10, 2024 (AM) Trial Tr. (Avachat) at 339:20-25.

26. Next, Lupin divides the quantity of seal-coated pellets into two parts based on weight: (1) a portion consisting of 55% of the pellets; and (2) the remaining 45% portion of the pellets. *See, e.g.*, PTX-185.006-11; PTX-186.068-72; PTX-187.009-11, .114-123; PTX-184.035-36, .077-78, .086-89; Jan. 10, 2024 (AM) Trial Tr. (Avachat) at 339:20-25. The 55% portion of pellets is lubricated using talc (micronized). *See, e.g.*, PTX-185.006-11; PTX-186.068-72; PTX-187.009-11, .114-23; PTX-184.035-36, .077-78, .086-89.

27. At Stage-IV, Lupin prepares an aqueous enteric coating polymer solution containing methacrylic acid and ethyl acrylate copolymer dispersion NF (Eudragit L30D55), triethyl citrate, and talc (micronized). *See, e.g.*, PTX-185.006-11; PTX-186.068-72; PTX-187.009-11, .114-23; PTX-184.035-36, .086-89; Jan. 9, 2024 (PM) Trial Tr. (Avachat) at 254:11-

5

15; Jan. 10, 2024 (AM) Trial Tr. (Avachat) at 340:1-3. Lupin describes the methacrylic acid and ethyl acrylate copolymer dispersion NF (Eudragit L30D55) as an "Enteric Coating polymer." *See, e.g.*, PTX-185.010; Jan. 9, 2024 (PM) Trial Tr. (Khurana) at 270:13-15; Jan. 10, 2024 (AM) Trial Tr. (Avachat) at 340:1-3.

28.    The 45% portion of the seal-coated pellets from Stage-III are loaded to a FBP bowl and "fluidize[d]." PTX-186.068-72; *See also*, PTX-185.006-11; PTX-187.009-11, .114-23; PTX-184.086-89; Jan. 10, 2024 (AM) Trial Tr. (Avachat) at 340:3-9. Lupin sprays the aqueous enteric coating solution onto the fluidized pellets. *See, e.g.*, PTX-185.006-11; PTX-186.068-72; PTX-187.009-11, .114-23; PTX-184.086-89; Jan. 10, 2024 (AM) Trial Tr. (Avachat) at 340:3-9.

29.    Lupin additionally tested the effect of average percent weight gain[1] of the enteric coat on the enteric coated pellets on dissolution using batch number DOC/2691/109. PTX-186.102-04. Namely, Lupin tested 17%, 19%, 21%, 23%, 25%, and 27% weight gain at pH 1.1, and Lupin did not observe leakage at 19% but did observe leakage at 17%. PTX-186.102-04; PTX-202.010-15; *see* Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 105:3-10.

30.    Lupin also tested 16%, 18%, 20%, 22%, and 25% weight gain at pH 1.1 with scale-up batch, N120203, and Lupin did not observe leakage at 18% but did observe leakage at 16%. PTX-186.102-04; Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 105:7-10.

31.    Additionally, during research and development Lupin conducted scanning electron microscopy (SEM) analyses to investigate the surface morphology of the pellets at different stages of Lupin's manufacturing process—*i.e.*, drug-loaded pellets, seal-coated pellets, and enteric-coated pellets—using several batches, including batch number DOC/2691/109 used in

---

[1]    The average percent weight gain is the percentage of additional weight that the enteric coating polymer adds to the overall weight of the pellets to be coated. *See* Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 100:1-5.

the enteric coat weight gain optimization studies. *See, e.g.*, PTX-202; Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 106:5-107:7.

32. Specifically, SEM analyses were conducted on the enteric-coated pellets of batch number DOC/2691/109 at 17% and 19% weight gain. *See* PTX-202.010-11 (17% weight gain enteric-coated pellets); PTX-202.013-14 (19% weight gain enteric-coated pellets); Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 106:5-107:7.

33. Lupin also conducted SEM analysis on Oracea® Capsules. *See* PTX-202.019-23 (lot number AL2389A); DTX-083.07, .14, .15 (lot number AJ1056); *see also, e.g.*, PTX-186.014-15 (Table 1.2: Physicochemical Characterization of ORACEA® (Doxycycline) capsules 40 mg).

34. Lupin chose to use an enteric coat weight gain of 18% for scale-up batch, N120203, as well as the exhibit batches. *See, e.g.*, PTX-186.102-04, .119; *see also, e.g.*, PTX-185.010, .012 (regarding the calculation used for manufacturing Lupin's ANDA Product with an 18% weight gain of enteric coat); Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 113:11-14; 104:18-22; Jan. 10, 2024 (AM) Trial Tr. (Avachat) at 341:4-5.

35. The 18% average weight gain of the enteric coating also appears in Lupin's Exhibit and Proposed Commercial Batch Formula for Lupin's ANDA Product, such as Exhibit Batch Nos. M090253, M090254, and M090255. PTX-186.104-06; PTX-184.088; Jan. 10, 2024 (AM) Trial Tr. (Avachat) at 341:4-5; *See* PTX-187.098; Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 104:7-9.

36. Lupin applies a quantity of 17.888 mg/capsule (4.114 kg/Exhibit Batch) of Eudragit L30D55 to 99.377 mg (22.857 kg/Exhibit Batch) of seal coated immediate release pellets in Lupin's ANDA Product to equal an 18% average weight gain. *See* PTX-187.098; Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 104:7-9.

37. In comparison, the commercial batches for Oracea® Capsules apply a quantity of 62.46 kg of Eudragit L30D55 (208.20 kg liquid)[2] to 205.68 kg of immediate release beads, which amounts to approximately a 30% weight gain for Oracea® Capsules. *See* Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 104:9, 116:8-10.

38. Before applying the enteric coat, Lupin's pre-enteric coated pellets and the pre-enteric coated pellets of Oracea® Capsules are similar in size. For example, the IR pellets in Oracea® Capsules that proceed to enteric coating are the pass-through portion on a #20 ASTM sieve and the retained portion on a 30/35 ASTM sieve, leading to the conclusion that the pre-enteric coated IR pellets in the Oracea® Capsules formulation are between 500-850 microns. *See, e.g.*, Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 102:8-16. Similarly, the IR pellets in Lupin's ANDA Product that proceed to enteric coating are, likewise, the pass-through portion on a #20 ASTM sieve and the retained portion on a 30/35 ASTM sieve, leading to the same conclusion, that the pre-enteric coated IR pellets in Lupin's ANDA Product formulation are between 500-850 microns. *See, e.g.*, PTX-186.070.

39. After coating, Lupin sifts the enteric-coated pellets through a #20 ASTM sieve, collects and sifts the pass-through portion through a #30 ASTM sieve, and collects the retained portion. PTX-186.068-72; PTX-187.009-11, .114-23; *see* Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 102:8-12. The enteric-coated pellets are lubricated using talc (micronized). *See, e.g.*, PTX-185.006-11; PTX-186.068-72; PTX-184.035-36, .077-78, .086-89.

40. At Stage-V, Lupin loads size '2' hard gelatin capsules with 121.961 mg/capsule of "Lubricated seal coated Immediate release pellets for Doxycycline Capsules 40 mg" and

---

[2] Similar to the manufacture of Lupin's ANDA Product, the 208.20 kg liquid dispersion of Eudragit L30D55 used in the manufacture of commercial batches of Oracea® Capsules is equivalent to 30% of solids. *See, e.g.*, PTX-185.012. That is, 30% of 208.20 kg is 62.46 kg.

125.420 mg/capsule of "Lubricated Enteric coated pellets for Doxycycline Capsules 40 mg." *See, e.g.*, PTX-185.006-11; PTX-186.068-72; PTX-187.009-11, .114-23; PTX-184.035-36, .077-78, .086-89; Jan. 10, 2024 (AM) Trial Tr. (Avachat) at 340:3-9.

41.      Lupin uses methylene chloride and isopropyl alcohol as solvents in each of Stage I (sugar hardening) and Stage III (seal coating). *See, e.g.*, PTX-185.008-09; Jan. 10, 2024 (AM) Trial Tr. (Avachat) at 342:22-23.

42.      In contrast, the manufacturing process for Oracea® Capsules uses water as a solvent. *See* Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 93:21-22; 97:23-24.

43.      Methylene chloride is toxic and poses significant risks to human health. *See* PTX-136; Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 91:17-92:5, 92:17-23.

44.      Methylene chloride is more expensive than water. Jan. 10, 2024 (AM) Trial Tr. (Avachat) at 367:23-24.

**C.      The Administration of Lupin's ANDA Product**

45.      Lupin's ANDA Product is administered as a 40 mg dosage capsule containing doxycycline taken once-daily. *See, e.g.*, PTX-198.003 ("Take one doxycycline capsule (40 mg) once daily"), .005 (same); PTX-186.009, .021-22.

46.      Lupin's Label instructs patients (and instructs physicians and other healthcare providers to instruct patients) to take one oral capsule of Lupin's ANDA Product once-daily for the treatment of only inflammatory lesions (papules and pustules) of rosacea in adult patients. *See, e.g.*, PTX-198.003, .005; *See* Jan. 9, 2024 (PM) Trial Tr. (Avachat) at 251:23-252:2.

47.      Lupin's Label also instructs that Lupin's ANDA Product is to be taken "once daily in the morning on an empty stomach" and preferably "at least one hour prior to or two hours

after meals." *See, e.g.*, PTX-198.003, .005; *See* Jan. 9, 2024 (PM) Trial Tr. (Avachat) at 252:6-16.

48.    Lupin's Label recommends that Lupin's ANDA Product be administered "on an empty stomach, preferably at least one hour prior to or two hours after meals" with "adequate amounts of fluid along with the capsules" To "wash down the capsule to reduce the risk of esophageal irritation and ulceration." *See, e.g.,* PTX-198.005.

**D.    Lupin's ANDA Product Releases Doxycycline *In Vivo* to Result in the Claimed Steady-State Blood Levels**

49.    Despite efforts by Dr. Buckton to re-scale Lupin's bioequivalnce data to aggrandize minor differences, *see* Jan. 11, 2024 (AM) Trial Tr. (Buckton) at 633:14-636:25, Lupin's ANDA reports that, in bioequivalence studies, Lupin's ANDA Product is bioequivalent to Oracea® Capsules under fasting and fed conditions and results in steady-state blood levels between a minimum of 0.1 μg/ml and a maximum of 1.0 μg/ml. *See, e.g.*, PTX-191.018; Jan. 9, 2024 (PM) Trial Tr. (Avachat) at 251:4-22; Jan, 9, 2024 (PM) Trial Tr. (Khurana) at 270:4-9. Dr. Buckton conceded that the FDA found Lupin's ANDA product to be bioequivalent to Oracea® Capsules. Jan. 11, 2024 (AM) Trial Tr. (Buckton) 634:6-8, 654:6-8.

50.    Lupin's ANDA reports that, in a bioequivalence study under fasting conditions (Study Code: LBC-21-003), administration of Lupin's ANDA Product resulted in a mean $C_{max}$ of 526.5944 ± 109.5352 ng/mL (0.5266 ± 0.1095 μg/mL). PTX-191.013.

51.    Lupin's Label (May 2022) relies on results and data from two pharmacokinetic studies involving 61 adults described in the Oracea® Label in which it was shown that, following a single dose of Oracea® Capsules, the subjects had a mean $C_{max}$ of 510 ± 220.7 ng/mL (0.510 ± 0.2207 μg/mL), and also, when at "steady-state" (*i.e.*, after 7 days according to the Oracea® Label),

the subjects had a mean $C_{max}$ of 600 ± 194.2 ng/mL (0.600 ± 0.1942 µg/mL). *See, e.g.*, PTX-198.012; *see also, e.g.*, PTX-162.005.

52.     Lupin's Label (May 2022) further relies on results and data from a single-dose, food-effect, pharmacokinetic study described in the Oracea® Label in which it was shown that administering Oracea® Capsules concomitantly with "a 1000 calorie, high-fat, high-protein meal that included dairy products, resulted in a decrease in the rate and extent of absorption ($C_{max}$ and AUC) by about 45% and 22%, respectively, compared to dosing under fasted conditions." *See, e.g.*, PTX-162.005; *see also, e.g.*, PTX-198.014.

### E.     Lupin's ANDA Product Releases Doxycycline *In Vivo* to Match the *In Vivo* Release of Doxycycline from Oracea® Capsules

53.     Lupin's *in vivo* bioequivalence data, including the pharmacokinetic data and clinical result, of Lupin's ANDA Product shows remarkably similar blood levels of doxycycline as Oracea® Capsules indicating an *in vivo* release profile of the 40 mg doxycycline in Lupin's ANDA Product that is the same as or insubstantially different than that of Oracea® Capsules. [3] *See, e.g.*, PTX-191.018; Jan. 9, 2024 (PM) Trial Tr. (Avachat) at 251:7-12; Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 132:23-133:9, 135:14-25; *see also, e.g.*,:

---

[3] Lupin also contends that the '516 patent showed another product with a different composition ratio that is asserted to be bioequivalent to Oracea®, but the product described in that patent was not determined by the FDA to be bioequivlaent. Jan. 9, 2024 (PM) Trial Tr. (Rudnic) at 242:5-9.

**Linear plot of mean plasma concentrations versus time of Doxycycline for Test product (T) and Reference product (R) in 34 healthy, adult, human male subjects under fasting condition.**



PTX-191.016 (wherein the "Reference product" is Oracea® Capsules, and the "Test product" is

Lupin's ANDA Product (*e.g., id.* at .009));

**Semi-log plot of mean plasma concentrations versus time of Doxycycline for Test product (T) and Reference product (R) in 34 healthy, adult, human male subjects under fasting condition.**



PTX-191.017 (wherein the "Reference product" is Oracea® Capsules, and the "Test product" is Lupin's ANDA Product (*e.g., id*. at .009)).

54. Further, in Section 5.3.1.3—*In vitro In vivo* Correlation Study Report, Lupin disclosed comparative dissolution profiles of Lupin's ANDA Product versus Oracea® Capsules from *in vitro* dissolution tests performed at pH 1.1 HCl (acid) for two hours followed by buffers at pH values 4.5, 5.5, and 6.8, and in purified water for an additional 1.5 hours. *See, e.g.*, PTX-194.001-43; *see also, e.g.*, Jan. 9, 2024 (PM) Trial Tr. (Avachat) at 259:16-20.

55. The data at pH 1.1 show that Lupin's ANDA product releases approximately 50% (mean) of its 40 mg of doxycycline at 30 minutes and approximately 54% (mean) at 120 minutes, while Oracea® Capsules releases a consistent 74% (mean) at those time points. *See, e.g.*, PTX-194.037; *see also, e.g.*, Jan. 9, 2024 (PM) Trial Tr. (Avachat) at 260:15-18.

56. The doxycycline released at pH 1.1 from both Lupin's ANDA Product and Oracea® Capsules is from the IR portions of those two products. *See* Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 115:3-15.

57. The data at pH 4.5 show that Lupin's ANDA Product releases approximately 64% (mean) of its 40 mg of doxycycline at 150 minutes, approximately 71% (mean) at 180 minutes (with one capsule releasing 67%), and approximately 75% (mean) at 240 minutes, while Oracea® Capsules releases 67%-68% at those time points. *See, e.g.*, PTX-194.037; Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 116:10-17; *see also, e.g.*, Jan. 9, 2024 (PM) Trial Tr. (Avachat) at 263:17-265:6.

58. Dr. Rudnic explained that the 150 minute time point measured in Lupin's two-stage dissolution test is 30 minutes after first being exposed to pH 4.5; that the 180 minute time point measured is 1 hour after first being exposure to pH 4.5; and that the 240 minute time point

13

measured is 2 hours after first being exposure to pH 4.5.  *See* Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 111:13-20, 117:20-22; PTX-194.037.

59.     Namely, Lupin's comparative dissolution profile at pH 4.5 shows that four capsules of Lupin's ANDA Product tested at pH 4.5 release between 93%-95%, and a fifth capsule releases 86%, of the 40 mg of doxycycline at 240 minutes.  *See, e.g.*, PTX-194.037; *see also, e.g.*, Jan. 9, 2024 (PM) Trial Tr. (Avachat) at 263:20-264:10.

60.     Thus, Lupin's data at pH 4.5 show that approximately 42% (5 out of 12) of the capsules of Lupin's ANDA Product released nearly all 40 mg of doxycycline at a pH value of 4.5 or below.  *Id.*; *see also* Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 116:10-21.[4]

61.     Notably, none of the 12 capsules of Oracea® Capsules tested at pH 4.5 released more than about 30 mg—*i.e.*, no more than 73%—doxycycline at a pH value of 4.5 or below and none showed the type of high variability observed with Lupin's ANDA Product.  *See, e.g.*, PTX-194.037; *see also, e.g.*, Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 116:6-10, 116:19-21; Jan. 10, 2024 (AM) Trial Tr. (Gray) at 418:12-16; Jan. 11, 2024 (AM) Trial Tr. (Buckton) at 651:1-3 (agreeing that Oracea® was tested under identical conditions to Lupin's ANDA Product).

62.     As a result, the graph of the mean data show that Lupin's ANDA Product and Oracea® Capsules release approximately the same amount of doxycycline at pH 4.5 at the first time point measured:

---

[4]     42% of the 18 mg of doxycycline in what Lupin calls its enteric coated pellets is 7.56 mg, or about 8 mg, of doxycycline.

**Figure 14 Comparative Dissolution Profile for Doxycycline Capsules, 40 mg Vs ORACEA® (doxycycline, USP) Capsules, 40 mg (RLD) in Multimdium [Buffer Stage: pH 4.5 Phosphate]**



*See, e.g.*, PTX-194.039; *see also* Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 110:14-16; 111:13-20.

63.     This additional release at pH 4.5 from Lupin's ANDA Product is necessarily coming from what Lupin calls its enteric coated pellets.  *See, e.g.*, PTX-202; Jan. 9, 2024 (PM) Trial Tr. (Avachat) at 260:20-25; *see also* ¶¶ 57, 59, 60, 62, 148, 150, 151, 153, 154.

64.     Mr. Avachat testified that Lupin's data at pH 4.5 submitted with its ANDA is accurate.  Jan. 9, 2024 (PM) Trial. Tr. (Avachat) at 250:19-21.

65.     In his deposition, Mr. Avachat agreed that "everything in Lupin's ANDA is true and correct." Jan. 9, 2024 (PM) Trial Tr. (Avachat) at 250:19-21.

**F.     The FDA has Tentatively Approved Lupin's ANDA Product**

66.     According to Lupin's ANDA, "[t]he objective of [Lupin's] development program was to develop a robust, stable and acceptable oral formulation of Doxycycline Capsules 40 mg which is pharmaceutically equivalent to the Reference Product ORACEA® (Doxycycline) capsules 40 mg."  PTX-186.012; *see also* Jan. 9, 2024 (PM) Trial. Tr. (Avachat) at 250:25-251:6; Jan. 9, 2024 (PM) Trial. Tr. (Khurana) at 270:22-271:8.

67.     Mr. Avachat testified that Lupin "did whatever [was] required by the regulation . . . to be equivalent in all aspects to the ORACEA." *See* Jan. 9, 2024 (PM) Trial. Tr. (Avachat) at 250:25-251:6.

68.     The FDA has tentatively approved Lupin's ANDA Product as being "bioequivalent and therapeutically equivalent to the reference listed drug (RLD), Oracea Capsules, 40 mg, of Galderma Laboratories, L.P." *See, e.g.*, PTX-049.001; Jan. 9, 2024 (PM) Trial. Tr. (Avachat) at 251:9-12.

## IV.     SCIENTIFIC BACKGROUND

### A.     *In Vitro* Dissolution Testing

69.     At trial, Dr. Rudnic explained that, according to the USP, *in vitro* dissolution testing of oral solid dosage forms evaluates the rate and extent that a compound forms a solution under carefully controlled conditions.  Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 61:22-62:2; PTX-143.001.

70.     Dr. Rudnic explained that *in vitro* dissolution testing for the majority of immediate release dosage forms occurs at pH 1.1.  Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 66:22-25; *See generally* PTX-163.

71.     Dr. Rudnic explained that pH 1.1 is the "worst case pH that you can have…[and] not the pH that is in the stomach in general."  Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 66:25-67:3. As such, Dr. Rudnic testified that pH 1.1 is not a "biorelevant" pH.  Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 67:5-7.

72.     Dr. Rudnic explained that the FDA assesses modfied release dosage forms differently than immediate release dosage forms.   *See* Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 68:10-69:5; Jan. 11, 2024 (AM) Trial Tr. (Rudnic) at 658:14-24.  Modified release dosage forms include formulations that, through the use of an enteric polymer coating, are intended to resist

16

substantially all release in the acidic environment of the stomach then release under higher pH conditions further down in the gastrointestinal tract. *Id.*

73. Dr. Rudnic testified that a two-stage dissolution test can be used for quality control purposes to show that a modified release formulation is substantially resistant to a first-stage medium at a highly acidic pH for an extended time period of 2 hours, and then releases as desired in a second-stage buffer medium at a higher pH. *See* Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 68:9-25 ("the FDA…asks you to test at pHs of 4.5 all the way to 7.5. This is all through FDA guidances that have been around for over 20 years."); 111:10-13; Jan. 9, 2024 (PM) Trial Tr. (Avachat) at 267:6-10; *see also* Jan , 9, 2024 (PM) Trial Tr. (Rudnic) at 188:21-189:3 (agreeing that testing at pH 1.1 may be "sufficient to [prove] infringe[ment] . . . but it is not necessary . . . if it winds up dissolving at the same rate at a different pH"); 188:11-15 (acknowledging reliance on pH 1.1 to assess DR portion in *Amneal* litigation involving the asserted patents); 194:14-22 (acknowledging reliance on pH 1.1 to assess DR poriton in *Sun* litigation involving the asserted patents).

74. Dr. Rudnic also discused literature that identified pH 4.5 as a biorelevant pH in the stomach. Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 69:24-71:3; 108:24-109:7.

75. In 2006, Dr. Lida Kalantzi and colleagues characterized human upper gastrointestinal contents under conditions simulating bioequivalence studies and found that at 20 minutes after administration of 240 mL water the pH values of the fasted stomach at the antrum within the 75% percentile ranged from just above pH 2 to just below pH 5. Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 69:25-70:22; PTX-149.004. Lupin used these same testing conditions for its bioequivalence testing, as mandated by the FDA. Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 71:5-11, 109:21-24; Jan. 11, 2024 (AM) Trial Tr. (Buckton) at 619:2-620:18 (acknowledging Lupin's

bioequivalence protocol requiring the coadministration of either of Lupin's ANDA Product or Oracea® with about 240 mLs of water at ambient temperature);  PTX-191.006.

76.     Based on the Kalantzi article, Dr. Rudnic testified that, for a modified release dosage form such as Lupin's ANDA Product—which is intended to be coadministered with adequate fluids—pH 4.5 is a biorelevant pH to assess *in vitro* dissolution to discriminate between its IR and DR portions.  *See* Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 71:5-15; *see generally* PTX-149.

77.     Dr. Rudnic testified that he was able to identify additional scientific literature corroborating Kalantzi after being asked about it in his deposition.  *See*  Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 70:23-71:3; 109:6-7.

78.     Dr. Rudnic explained how it is common sense that a pH of 4.5 would be expected when you add to the fasted stomach (~pH 2) an equivalent amount of water (~pH 7).  Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 70:10-16.

79.     Dr. Buckton did not dispute that drinking water with a pH higher than that of gastric fluid will raise the overall pH of the stomach.  *See*  Jan. 11, 2024 (AM) Trial Tr. (Buckton) at 621:18-22.

80.     Both Dr. Rudnic and Dr. Buckton agreed that the stomach is not an absorptive organ.  Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 73:19; *see* Jan. 10, 2024 (PM) Trial Tr. (Buckton) at 501:15-20;  503:21-24.  Because it is not an absorptive organ, doxycycline must exit the stomach before it can be absorbed.

81.     Dr. Rudnic and Dr. Buckton also agree that fasted-state gastric residence times may extend to approximately 1 hour.  Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 67:8-17; Jan. 10, 2024 (PM) Trial Tr. (Buckton) at 515:5-8. Moreover, Dr. Buckton testified that, once in the

duodenum, the time it takes for doxycycline to absorb into the bloodstream is negligible. Jan. 11, 2024 (AM) Trial Tr. (Buckton) at 625:1-21.

82. Dr. Rudnic also cautioned that *in vitro* dissolution testing has many limitations. Dr. Rudnic's testimony described that the volume of a standard *in vitro* dissolution testing vessel (900 mLs) differs from the quantity of gastric fluid in the stomach (about 250 mLs); that the make-up of the media differs; and that the agitation in the stomach is "a whole lot different" than "a paddle that stirs very slowly at one revolution per minute, roughly." Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 64:3-25; PTX-143.001; PTX-163.004-05; PTX-137.001; PTX-145.001-02 ("[C]haracteristics of the physiological environment such as buffer species, pH, bile salts, gastric emptying rate, intestinal motility, and hydrodynamics [which] can significantly impact dissolution and absorption"; "Conventional USP testing methods employ simple, non-physiologic buffers" and "hydrodynamic conditions" "that do not accurately reflect dynamic *in vivo* conditions").

83. Additionally, evidence was presented about the Dissolution Procedure Development and Validation Chapter of the USP, on which Ms. Gray relied in forming her opinions. Jan. 11, 2024 (AM) Trial Tr. (Buckton) 639:19-641:7; DTX-101.005. It explains without qualification that "[t]he two most likely causes of variability [in dissolution data] are the formulation itself (e.g., drug substance, excipients, or manufacturing process) or artifacts associated with the test procedure (e.g., coning, tablets sticking to the vessel wall or basket screen." *Id.* The chapter also advises that "the source of variability should be investigated, and attempts should be made to reduce variability whenever possible." *Id.*

84. Given the limitations of in vitro dissolution testing, Dr. Rudnic testified, uncontrovertedly, that the primary purpose of *in vitro* dissolution testing is quality control. Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 63:19-22; 64:3-5; 104:20-22. Lupin also acknowledges that the

19

*in vitro* dissolution test described in Lupin's ANDA "is [an] indicator of lot to lot uniformity and required for product quality." *See, e.g.*, PTX-184.026.

85. Based on USP and FDA guidance and relevant literature, Dr. Rudnic concluded that a person of ordinary skill in the art could not rely exclusively on *in vitro* dissolution testing to assess release from a drug product. Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 65:7-11; *see* PTX-143.001 (while "passing" a dissolution test "does not definitively demonstrate bioavailability of the sample or bioequivalence to other products, failure is a cause for concern"); *see generally* PTX-145.

86. Dr. Rudnic also testified that *in vitro* dissolution tests cannot be used to predict drug dissolution *in vivo*. Jan. 9, 2024 (AM) Trial tr. (Rudnic) at 64:3-9 ("one to one being able to tell exactly what is released in the body based on [*in vitro*] tests is not true"); 110:19-22; 118:7-15.

## B. Doxycycline's Absorption Window

87. Dr. Rudnic explained that absorption, often quantified by the parameter bioavailability, is the process by which a drug enters the blood stream. Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 72:15-23.

88. He defined "$C_{max}$" as the peak plasma concentration that a drug achieves after a drug has been administered and that $C_{max}$ is commonly measured in units of weight/volume, such as micrograms per millimeter of plasma (µg/ml) or nanograms per millimeter of plasma (ng/ml). *See* Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 125:6-24.

89. And Dr. Rudnic discussed "AUC" or "area under the curve," which provides information regarding the total drug absorbed into the body, over a measured or estimated timeframe. *See* Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 126:2-8.

90.	He talked about "steady state," which refers to the state of equilibrium obtained at the end of a certain number of drug administrations. *See, e.g.*, Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 75:19-76:24.

91.	Dr. Rudnic also testified about absorption windows. *See* Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 72:14-22. He talked about how many drugs are absorbed well throughout the entire gastrointestinal tract, but that some drugs are absorbed well only if released in the stomach and absorbed in the upper regions of the small intestine and other drugs are only absorbed well throughout the small intestine, but not in the colon. *Id.*

92.	He defined the phenomenon in which a drug that has an area of high absorption in one region of the small intestine, and then absorption potential decreases dramatically as the drug passes through the GI tract, as an "absorption window." Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 72:14-22.

93.	Dr. Rudnic discussed that narrow absorption windows often make drugs particularly difficult to formulate because a drug releasing too early or too late may miss the absorption window, resulting in low bioavailability of the drug. *See* Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 76:10-24.

94.	Dr. Rudnic further testified about doxycycline's absorption window, which was characterized in a 2002 study commissioned by CollaGenex. *See* Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 74:10-75:3; PTX-176.136-222. This non-published data, as well as internal testing conducted by Shire Labs on behalf of CollaGenex, indicated that the extent of doxycycline absorption decreased as the drug was released further down the GI tract. *See* Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 74:22-75:3; PTX-176.136-222. The data demonstrated that doxycycline has a narrow absorption window that is limited principally to the duodenum (*i.e.*, 89.2% mean

bioavailability in the duodenum). *See* Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 74:22-24; PTX-176.136-222. Dr. Buckton conceded that doxycycline "has a region of preferential absoprtion" and is primarily absorbed in the duodenum. Jan. 11, 2024 (AM) Trial Tr. (Buckton) at 615:10-23.

95. Due to its absorption window, Dr. Rudnic explained that achieving a steady state blood level of doxycycline within the therapeutic, and claimed, range (0.1 µg/ml-1.0 µg/ml) required a "very, very precise" formulation. Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 75:19-76:24. Specifically, a product needs to release doxycycline at a time and an amount to achieve steady state blood levels "high enough to be effective to have a beneficial effect in the treatment of [rosacea], but not as high to exert an antibacterial effect." PTX-001.008 (goal of patent); PTX-002.012 (goal of patent); Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 75:17-76:7. The developers of Oracea® found that the desired outcome can only be achieved with a very specific ratio of 30:10 IR/DR because too much DR will "overshoot the absorption window and you will have lower bioavailability." Jan. 9, 2024 (AM) Trial Tr. 10-24.

## V. LUPIN'S ANDA PRODUCT, ITS USE, AND ITS MANUFACTURING PROCESS INFRINGE THE PATENTS-IN-SUIT

96. Dr. Rudnic is an expert in invention, design, development, testing, manufacturing, and commercialization of drug products, including pharmaceutical formulation. Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 60:4-12.

97. Dr. Rudnic is an inventor or coinventor on 58 issued U.S. patents. Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 57:22-58:3.

98. Of the products on which Dr. Rudnic has worked, over 80 products have been commercialized and those products have made well over $100 billion in cumulative sales. Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 58:4-9.

99. Dr. Rudnic was lead inventor on seven products: Carbatrol®, Equetro®, Adderall XR®, UNI-DUR®, Moxatag®, GoodNight®, and GI Comfort®. Each of those seven products involved extended release. Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 58:10-15.

100. Dr. Rudnic spent many years during his career being responsible for scale-up activities of drug products. He has also published in peer review journals about, among other topics, quality control scale-up. Jan. 9, 2024 (AM) Trial Tr. (Rudnic) 53:3-54:15, 56:2-10.

101. Dr. Rudnic testifed that Lupin has directly infringed claims 1 and 16 of the '532 patent ("asserted claims of the '532 patent") and claims 1 and 20 of the '740 patent ("asserted claims of the '740 patent"), both literally and under the doctrine of equivalents, by submitting ANDA No. 216631 seeking approval to market its ANDA Product prior to the expiration of the '532 and '740 patents. Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 78:1-6.

A. Lupin Literally Infringes the Asserted Claims of the Patents-In-Suit

102. At trial, Lupin did not dispute that its ANDA Product is "[a]n oral pharmaceutical composition of doxycycline, which at a once-daily dosage will give steady state blood levels of doxycycline of a minimum of 0.1 µg/ml and a maximum of 1.0 µg/ml" as recited in the asserted claims. PTX-001.013-14; PTX-002.017-18; Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 87:12-17; *see generally* PTX-198.

103. Nor did Lupin dispute that its ANDA Product has "an immediate release (IR) portion" and "a delayed release (DR) portion." PTX-001.013-14; PTX-002.017-18; Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 87:20-25; *see* PTX-198.011.

104. Nor did Lupin dispute that its "DR portion is in the form of pellets coated with at least one enteric polymer" as recited in the asserted claims. PTX-001.013-14; PTX-002.017-18; Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 87:12-25; *see* PTX-198.011.

### 1. Lupin's ANDA Product Contains an Immediate Release (IR) Portion of About 30 mg Doxycycline

105. Lupin's ANDA Product literally meets the claim elements of the patents-in-suit covering an immediate release (IR) portion of about 30 mg doxycycline.

106. Dr. Rudnic testifed that Lupin's ANDA Product provides for the immediate release of about a 30 mg portion of doxycycline, which is released from a combination of (a) Lupin's 22 mg doxycycline in immediate release pellets and (b) another portion of doxycycline, which is about 8 mg, from Lupin's enteric-coated pellets. Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 127:17-23.

107. Together, the combined immediate release of doxycycline from Lupin's immediate release pellets and an additional portion of doxycycline released immediately from Lupin's enteric-coated pellets functions to alter the subject's blood levels of doxycycline to be remarkably similar to the blood levels that occur on administration of Oracea®, an oral pharmaceutical composition that is 40 mg hard gelatin capsule shells filled with two types of doxycycline beads—30 mg IR and 10 mg DR. Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 127:10-23; *See* PTX-162.005; PTX-191.018.

### a) Lupin's ANDA Product Releases an Amount of About 30 mg of Doxycycline that Functions to Alter a Subject's Steady-State Blood Levels

108. Dr. Rudnic testifed that Lupin achieved bioequivalence to Oracea® Capsules by intentionally formulating and manufacturing Lupin's ANDA Product to achieve remarkably similar *in vivo* plasma concentrations of doxycycline as Oracea® Capsules in both the fasted and fed states. *See supra* at ¶¶ 49-53; Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 125:5-126:12; 132:14-16.

109. According to Lupin's own data from 36 individuals that participated in Lupin's pivotal fasted and fed bioequivalence studies, the mean *in vivo* plasma concentration of doxycycline achieved on administration of Lupin's ANDA Product is quite similar to the mean *in vivo* plasma concentrations achieved on administration of Oracea® Capsules. *See supra* at ¶¶ 49-53; PTX-191.016-17; Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 126:2-12; 132:14-16.

110. The plasma concentrations of doxycycline from individual subjects in Lupin's bioequivalence studies show that Lupin's ANDA Product achieved a higher and/or faster $C_{max}$ in about 23 out of 34[5] (68%) subjects as compared to Oracea® in the fasted study. *See* PTX-190.009-44 (Subject Nos. 1, 2, 3, 5, 7, 8, 11, 12, 13, 14, 16, 17, 19, 20, 22, 23, 27, 28, 29, 31, 32, 33, and 36).

### b) Lupin Manufactures Its ANDA Product to Have a Thin and Weak Enteric Coat

111. Dr. Rudnic testifed that Lupin achieves an immediate release of an additional amount of doxycycline from Lupin's enteric-coated pellets by intentionally formulating and manufacturing a weakness in Lupin's enteric-coated pellets through a thin enteric coat. Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 107:24-108:7.

112. Dr. Rudnic explained that Lupin manufactures its pellets by depositing alternating non-aqueous and aqueous layers, including a sugar hardening layer, a drug layer, a seal coat layer, and an enteric coat layer. *See supra* ¶¶ 22-44 (Stage-I: Coating sugar spheres with a polymer solution containing isopropyl alcohol, methylene chloride (non-aqueous); Stage II: Spraying doxycycline and polymer solution on the coated sugar spheres (aqueous); Stage III:

---

[5] Two out of the total 36 subjects in Lupin's pivotal fasted bioequivalence study missed the dose of either the Test product (Subject No. 6) or Reference product (Subject No. 21). PTX-190 at LDOX006695, -710.

Coating the drug-loaded pellets using a polymer solution containing isopropyl alcohol, methylene chloride (non-aqueous); Stage IV: Coating the seal-coated pellets with an enteric coating (aqueous)).

113. He further explained that a POSA knows that when layering drug components onto a substrate, using "like-on-like" systems (*i.e.*, aqueous on aqueous or non-aqueous on non-aqueous) results in a more robust coating relative to "like-on-unlike" systems (*i.e.*, aqueous on non-aqueous). Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 96:11-97:7; *see also id.* at 97:20-98:10 ("[Lupin's ANDA Product is] stacking like on unlike coatings . . . It's kind of like painting your wall with a latex paint. You wouldn't paint it on wax paper, because it will just peel right off. . . . methylene chloride . . . do[esn't] allow for the polymers on top of it to actually penetrate and form a nice weave.").

114. Oracea® is manufactured using "nothing but water-based coatings." Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 93:21-22.

115. Dr. Rudnic also explained that Oracea® uses a quantity of Eudragit L30D55 to equal a 30% average weight gain. *See supra* at ¶¶ 37.

116. Eudragit L30D55 is a methacrylic acid and ethyl acrylate copolymer that is resistant to acidic conditions but ionizes and flakes off in conditions above pH 5.5. *See, e.g.*, PTX-184.036; Jan. 9, 2024 (PM) Trial Tr. (Avachat) at 254:16-22. Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 112:11-18; 114:6-10.

117. Dr. Rudnic testified that because Eudragit L30D55 is designed to ionize at at a higher pH, "close to pH 5.5, about 5" there should be no release at pH 4.5. Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 112:11-18; *see* 114:6-10.

118. He further explained that a pH value of 5.5 is typically found in the upper small intestines. Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 112:15-18; 129:22-24.

119. Mr. Avachat also confirmed that a pH value of 5.5 would be found in the intestines. Jan. 9, 2024 (PM) Trial Tr. (Avachat) at 254:23-24.

              **c)**        **The Weakness of the Enteric Coating on Lupin's ANDA Product is Revealed in Lupin's SEM Images of Lupin's Pellets.**

120. Dr. Rudnic discussed that during development, Lupin performed SEM analyses at different stages of pellet formation in Lupin's ANDA Product—drug-loaded pellets, seal-coated pellets, and enteric-coated pellets. *See, e.g.*, Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 106:5-107:1; PTX-202.

121. Lupin performed these SEM analyses contemporaneously with its research and development leading to the submission to the FDA of Lupin's ANDA. Specifically, these analyses were conducted on Lupin's Batch Nos. DOC/2691/096, DOC/2691/097, and DOC/2691/109. *See, e.g.*, PTX-202; Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 106:7-11.

122. Lupin's Batch No. DOC/2691/096 is a formulation substantially similar to the final formulation of Lupin's ANDA Product manufactured through Stage-III (seal coating). *See, e.g.*, PTX-186.054.

123. Lupin's Batch No. DOC/2691/097 is Lupin's Batch No. DOC/2691/096 with the addition of Eudragit L30D55 as an enteric coat and was used to conduct pilot bioequivalence studies. *See, e.g.*, PTX-186.058, .063-67.

124. Based on the results of the pilot bioequivalence studies, Lupin chose the composition of Batch No. DOC/2691/097 for further development, which resulted in Batch No. DOC/2691/113. *See, e.g.*, PTX-186.067-68.

125. Lupin's Batch No. DOC/2691/113 was then used as the reference formulation for conducting formulation optimization studies, including the enteric coating weight gain studies with Batch No. DOC/2691/109. *See, e.g.*, PTX-186.092-93; *see also supra* at ¶¶ 29-36.

126. Lupin produced SEM images of Batch No. DOC/2691/109 at the drug loading stage, seal coating stage, and enteric coating stage. *See, e.g.*, PTX-202.

127. Dr. Rudnic testifed that the SEM images of the enteric-coated pellets appear to show a thin and weak coat, with talc peeking through the Eudragit L30D55. *See, e.g.*, PTX-202; Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 106:5-107:1.

128. The SEM analyses that Lupin performed on the enteric-coated pellets of batch number DOC/2691/109 tested Eudragit L30D55 at an average percent weight gain of 17% and 19%. *See* PTX-202.010-12 (17% weight gain enteric coated pellets); PTX-202.013-15 (19% weight gain enteric coated pellets).

129. Dr. Rudnic explained that the SEM images appear to show that the apparent thinness and weakness in the enteric coating decreases as the percent weight gain of the enteric coating is increased from 17% to 19%:



LDOX044281 (17%)    LDOX044282 (17%)



LDOX044284 (19%)                    LDOX044285 (19%)

130.    Dr. Rudnic also testifed that Lupin selected for an 18% average weight gain in its scale-up and exhibit batches because it was the "least possible coating that they could get away with." Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 102:21-103:3. Dr. Buckton agreed that Lupin's 18% enteric coating is "on the thin end of the ordinary range." Jan. 10, 2024 (PM) Trial Tr. (Buckton) at 537:16-538:4.

131.    He explained that during *in vitro* dissolution testing at pH 1.1, an 18% average weight gain was the thinnest possible enteric coat that Lupin applied without seeing release from its DR portion. *See* Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 104:25-105:17 ("I think if 17 percent leaks and 16 percent leaks, 18 percent is about the lowest you can go and not see leakage"; "they selected the least thick coating to pass the QC test"); Jan. 9, 2024 (PM) Trial Tr. (Rudnic) at 236:7-9 (testifying that an 18 percent coat is outside the "preferable range" recited in the patents' specification); PTX-186.103. Dr. Buckton agreed that Lupin chose 18%, which is "was the lowest [weight gain] that didn't show any release at the two hours under the standard test." Jan. 10, 2024 (PM) Trial Tr. (Buckton) 540:22-541:5 (testifying that 18 percent weight gain "is the low end of what [Lupin] could use"). Since Lupin selected the least coating on average that will show no

29

leakage, Dr. Rudnic testified that there will be some pellets (and, therefore, capsules) that are coated at less than 18% and will, therefore, leak.  Jan. 9, 2024 (AM) Trial Tr. 105:19-22.

132. Dr. Rudnic also testified that he has commercialized six other delayed release products using Eudragit L30D55, including Adderall XR and "all of them had more than 32 percent weight gain."  Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 104:11-17.

### d) Lupin's Manufacture of a 6000-capsule Batch in May 2023

133. In May 2023, Lupin manufactured a 6000-capsule batch (bearing Batch No. DOC/4021/001) supposedly representative of Lupin's ANDA Product.  Jan. 11, 2024 (AM) Trial Tr. (Buckton) 646:18-24; Jan. 10, 2024 (PM) Trial Tr. (Buckton) at 543:5-10 (describing this same batch as the "June 2023" samples); DTX-083.002.

134. The 6000-capsule batch was manufactured during and for purposes of this litigation.  Jan. 11, 2024 (AM) Trial Tr. (Buckton) 647:4-6.

135. Lupin never tested the 6000-capsule batch for bioequivalence.  Jan. 10, 2024 (AM) Trial Tr. (Avachat) 367:2-6; Jan. 11, 2024 (Am) Trial Tr. (Buckton) 648:20-22.

136. Lupin did not submit any of the data involved in the 6000-capsule batch to the FDA.  Jan. 11, 2024 (AM) Trial Tr. (Buckton) 647:7-9; Jan. 10, 2024 (AM) Trial Tr. (Avachat) 366:19-367:1 (agreeing that 6000-capsule batch does not appear in Lupin's ANDA).  According to Dr. Buckton, Lupin's expert, "it would be irrational to" submit such data to the FDA because "[i]t's got nothing to do with making or commercializing the product."  Jan. 11, 2024 (AM) Trial Tr. (Buckton) 647:10-14.

137. Dr. Rudnic explained that the 6000-capsule batch that Lupin manufactured in May 2023 is not representative of the product for which Lupin seeks approval from the FDA to market and sell.  Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 123:23-124:14 ("It is diferent in terms of

the way it is manufactured. And…it performs differently from based on the *in vitro* data"); *see* Jan 11, 2024 (AM) Trial Tr. (Buckton) at 640:20-23; Jan. 10, 2024 (AM) Trial Tr. (Gray) at 407:24-408:2.

138. It is undiputed that the 6000-capsule batch manufactured in May 2023 was manufactured at a much smaller scale than the 230,000-unit exhibit batches provided in Lupin's ANDA. Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 122:24-25; Jan. 10, 2024 (AM) Trial Tr. (Avachat) at 358:5-7.

139. At trial Dr. Rudnic explained how that the scale of manufacture for a drug product necessitates changes in several parameters including at the enteric coat stage, critically, "spray rate" and "air flow" which are very important in terms of coating integrity. Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 123:2-23.

140. Mr. Avachat conceded that atomization, air pressure, air flow, and spray rate were scale-dependent and, therefore, changed when manufacturing the 6000-capsule batch. Jan. 10, 2024 (AM) Trial Tr. (Avachat) at 359:18-22.

141. The 6000-capsule batch was manufactured in a different city using different equipment as compared to the 230,00-capsule exhibit batches. Jan. 10, 2024 (AM) Trial Tr. (Avachat) at 373:12-22.

142. Dr. Rudnic testified that the May 2023 6000-capsule batch of product was necessarily manufactured differently than the scaled-up 230,000-unit exhibit batches of Lupin's ANDA Product that were the basis for the data submitted to the FDA in Lupin's ANDA, and which are representative of the version of Lupin's ANDA Product that will be on sale in the United States upon final approval of Lupin's ANDA and the expiration of the patents-in-suit. Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 123:2-124:14.

143. Lupin's 6,000-capsule batch could not be sold on the commercial market. *See* Jan. 11, 2024 (AM) Trial Tr. (Buckton) at 647:7-14.

       **e)       Lupin's Own Data from *In Vitro* Dissolution Testing Conducted on Lupin's Exhibit Batches and Submitted to FDA in Lupin's ANDA Reveals Lupin's Thin and Weak Enteric Coat**

144. Dr. Rudnic testified that Lupin's *in vitro* dissolution data conducted on Lupin's ANDA Product and included in Lupin's ANDA corroborates that the formulation and manufacturing of Lupin's ANDA Product was intentionally designed to match an *in vivo* release profile that is about 30 mg (or about 75%) doxycycline as an immediate release portion from a combination of Lupin's 22 mg doxycycline in immediate release pellets and about 8 mg doxycycline from Lupin's enteric-coated pellets, and that the remaining 10 mg of doxycycline in Lupin's enteric-coated pellets will release at a time other than immediately following oral administration. Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 110:14-116:17; Jan. 11, 2024 (AM) Trial Tr. (Rudnic) at 659:6-660:12.

145. Dr. Rudnic focused on the dissolution data at the biorelevant pH 4.5 and explained that the enteric-coated pellets in Lupin's ANDA Product release their doxycycline at this pH. Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 110:14-116:17; Jan. 11, 2024 (AM) Trial Tr. (Rudnic) at 659:6-660:12. The specific study that he reviewed is titled "Multimedia Dissolution study – pH 1.1 HCl Followed by pH 4.5 phosphate buffer." PTX-194.037, 039.

146. According to Lupin's ANDA, Lupin conducted its dissolution test at pH 4.5 in two stages, starting at pH 1.1 "followed by" a change to pH 4.5. PTX-194.037.

147. Dr. Rudnic explained that by the time the media is switched to pH 4.5, all of the doxycycline from what Lupin calls its immediate release pellets would have dissolved into

solution, leaving only the portion of Lupin's ANDA Product that Lupin calls its enteric-coated pellets.  Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 115:3-10.

148.    Dr. Rudnic explained that the release of doxycycline from Lupin's ANDA Product observed at pH 4.5 could only come from what Lupin calls its enteric-coated pellets. *See id.*; Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 116:6-15.

149.    Because Eudragit L30D55 is designed to dissolve in conditions above pH 5.5, Dr. Rudnic testified that a POSA would understand that a composition using an Eudragit L30D55 enteric coat, when applied properly and completely, would typically start to release drug only after entering the upper small intestine and, then, would start to release drug only after the enteric coat degraded sufficiently to expose and release drug.  *See* Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 112:11-18.

150.    The graph of the mean data from Lupin's pH 4.5 dissolution study shows that Lupin's ANDA Product and Oracea® Capsules release approximately the same amount of doxycycline at pH 4.5 at the first time point measured, or 30 minutes after exposure to pH 4.5; that Lupin's ANDA Product releases 71 percent of its doxycycline 1 hour after exposure to pH 4.5; and that Lupin's ANDA Product releases 75 percent of its doxycycline 2 hours after exposure to pH 4.5.  Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 110:14-16; 116:15-17; PTX-194.037, 039.

151.    Dr. Rudnic testified that approximately 42% (5 out of 12) of the capsules of Lupin's ANDA Product released nearly all 40 mg of doxycycline at a pH value of 4.5 or below. Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 116:6-15.

152.    None of the 12 units of Oracea® Capsules tested at pH 4.5 released any additional amount of doxycycline beyond what was released at pH 1.1.  Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 116:6-15; *See* PTX-194.037.  Dr. Rudnic explained that this is consistent with the more complete

enteric coat on the enteric coated pellets of Oracea® Capsules. *See* Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 116:19-24.

153. Lupin's data at the individual capsule level showed that 30 minutes after exposure to pH 4.5, capsules of Lupin's ANDA Product released doxycycline within a continuum, from 55 to 85 percent. PTX-194.037; *see* Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 116:10-14. After 1 hour, the range expands to between 57 and 95 percent. *Id.*

154. Lupin's individual capsule data also showed that 30 minutes after exposure to a pH of 4.5, one of the tested capsules, Capsule 1, released 78 percent of its doxycycline, or 31.2 mg, 30 minutes after exposure to pH 4.5. PTX-194.037; Jan. 11, 2024 (AM) Trial Tr. (Rudnic) at 660:9-12.

155. Lupin tested 12 capsules in this study at pH 4.5. PTX-194.037. Dr. Rudnic testified the "typical[]" number of capsules that should be tested during *in vitro* dissolution testing is no less than six. Testing 12 capsules allows you to do an "instant repeat." As such, Lupin performed an "instant repeat" of its test at pH 4.5, which solidifies the reliabilty of the test results. Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 117:11-19. Lupin did not did not question these testing results and did not inform the FDA of any possible limitations of the test at the time it submitted its results. Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 116:25-117:3.

156. Lupin's so-called "hotspot phenomenon" has is largely absent in literature, and Dr. Rudnic testified that it does not exist when dissolution tests are performed according to proper procedure. *See* Jan. 10, 2024 (AM) Trial Tr. (Gray) at 423:20-22 (agreeing that during its multimedia test, Lupin performed its media change for all 12 vessels within 5 minutes, per FDA guidelines); Jan. 9, 2024 (PM) Trial Tr. (Avachat) at 261:12-262:5; *see also* Jan. 10, 2024 (AM) Trial Tr. (Gray) at 403:2-22 (explaining that variability in the pH 4.5 data could be caused by

hotspots); Jan. 11, 2024 (AM) Trial Tr. (Buckton) at 650:9-25 (same); Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 118:20-121:3.

157. Ms. Gray testified that, other than the document she cites and the *Miller* paper, she is not aware of any other mentions of hotspots in the scientific literature. Jan. 10, 2024 (AM) Trial Tr. (Gray) 426:18-21; *see* Jan. 10, 2024 (AM) Trial Tr. (Gray) at 423:9-425:21 (discussing differences between Lupin's dissolution testing procedure and the faulty procedure used in the *Miller* paper to generate a hotspot, e.g., gradual addition of the buffer slowly along the shaft); Jan. 11, 2024 (AM) Trial Tr. (Buckton) at 649:24-650:8 ("The [*Miller*] paper also says if you use a different method with the stirrers running, you do get hotspots. And Lupin doesn't have the stirrers running.").

158. The "hot spot phenomenon," or areas of "localized high alkalinity" in *in vitro* dissolution testing media, has been scientifically proven to not exist. Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 118:20-121:3; PTX-223.

159. While the USP advises that "the source of variability [in *in vitro* dissolution data] should be investigated, and attempts should be made to reduce variability whenever possible" (DTX-101), Lupin did not investigate the variability found at pH 4.5 and instead submitted the data to the FDA. Jan. 10 (AM) Trial Tr. (Gray) at 417:24-418:2; Jan. 11, 2024 (AM) Trial Tr. (Buckton) at 641:21-25; *see also* Jan. 11, 2024 (AM) (Buckton) at 651:11:22 (agreeing that "Lupin wouldn't, to my knowledge, tell [the FDA] about [the hotspot phenomenon]").

**B. Lupin Infringes the Asserted Claims of the Patents-In-Suit under the Doctrine of Equivalents**

160. Plaintiffs hereby incorporate by reference the facts set forth in ¶¶ 1-159 in full.

## 1. Claim Elements Covering an "Immediate Release" (IR) Portion Comprising About 30 mg Doxycycline

161. Even if the Court were to find that Lupin's ANDA Product does not literally meet the claim element regarding an immediate release (IR) portion comprising a drug, wherein the drug consists of about 30 mg doxycycline recited in the asserted claims of the patents-in-suit, Lupin's ANDA Product would meet this element under the doctrine of equivalence. *See* Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 132:23-133:9, 135:6-136:3.

162. Lupin's 40 mg doxycycline capsule ANDA Product is at least <u>insubstantially different</u> from a composition with an IR portion comprising about 30 mg doxycycline and a DR portion comprising about 10 mg doxycycline. Specifically, as discussed herein, Lupin's ANDA Product is formulated such that (1) it releases about 30 mg doxycycline immediately following oral administration from a combination of Lupin's immediate release pellets and from Lupin's enteric coated pellets that are intentionally formulated and manufactured with a thin and weak enteric coat, and (2) it delays release of the remaining portion of about 10 mg doxycycline in a subset of Lupin's enteric coated pellets that are not compromised—and maintain their integrity— until a later time. *See supra* at ¶¶ 106, 107, 111-132; Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 132:23-133:9, 135:6-136:3.

163. The immediate release from Lupin's immediate release pellets plus an additional portion from Lupin's thin and weakly-coated enteric coated pellets—at least *in vivo*—combines to function as an immediate release portion of about 30 mg doxycycline that alters the subject's *in vivo* blood levels of doxycycline to be substantially identical to the *in vivo* blood levels of Oracea® Capsules, an oral pharmaceutical composition that is 40 mg hard gelatin capsule shells filled with two types of doxycycline beads—30 mg IR and 10 mg DR. *See supra* at ¶¶ 49-53; Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 132:23-133:9, 135:6-136:3.

164. The 30 mg doxycycline that releases immediately from a combination of Lupin's immediate release pellets and weakly-coated enteric coated pellets is thus at least insubstantially different from an IR portion comprising about 30 mg doxycycline. *See* Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 132:23-133:9, 135:6-136:3.

165. Lupin's ANDA states that it was Lupin's objective to develop an oral formulation of doxycycline pharmaceutically equivalent to Oracea® Capsules by obtaining a desired drug release rate. *See supra* at ¶ 13, 17, 66.

166. Mr. Avachat further testified that Lupin "did whatever [was] required by the regulation . . . to be equivalent in all aspects to the ORACEA." *See supra* at ¶ 67.

167. Lupin intentionally formulated and manufactured a weakness in Lupin's enteric-coated pellets through a thin enteric coat that is prone to leakage at pH values found *in vivo* in the stomach in order to immediately release a combined total of 30 mg doxycycline before reaching doxycycline's narrow absorption window in the duodenum, that alters a subject's *in vivo* blood levels to be remarkably similar to that of a known composition formulated with a 30 mg IR portion, and to release the remaining 10 mg of doxycycline in the formulation at a later time. *See supra* at ¶¶ 49-53, 106, 107, 111-132.

168. Lupin's 40 mg doxycycline capsule ANDA Product is at least equivalent to a formulation with an IR portion comprising about 30 mg doxycycline and a DR portion comprising about 10 mg doxycycline because the portion of about 30 mg doxycycline that releases immediately from Lupin's ANDA Product performs <u>substantially the same function</u>, in <u>substantially the same way</u>, to achieve <u>substantially the same result</u> as an IR portion comprising 30 mg doxycycline. *See* Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 132:23-133:9, 135:6-136:3.

169. Lupin's ANDA Product is at least insubstantially different from a composition with an immediate release portion comprising about 30 mg doxycycline and a delayed release portion comprising about 10 mg doxycycline because Lupin's product is formulated such that (1) it releases about 30 mg doxycycline immediately following oral adminstration, as 22 mg from Lupin's IR pellets plus about 8 mg from its weakly-coated so-called DR pellets, and (2) it delays release of the remaining portion of about 10 mg doxycycline from its DR pellets. *See* Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 132:23-133:9, 135:6-136:3.

170. The portion of about 30 mg doxycycline that is immediately released from the immediate release pellets plus an additional portion immediately released from the weakly-coated enteric coated pellets of Lupin's ANDA Product performs <u>substantially the same function</u> as an IR portion comprising about 30 mg doxycycline because, it provides the desired release profile by immediately releasing about 30 mg (75%) doxcycline from Lupin's 40 mg doxycycline ANDA Product. *See supra* at ¶¶ 106, 107, 111-132. Specifically, as explained above and in accordance with the Court's construction, it functions to alter the subject's *in vivo* blood levels of doxycycline to be remarkably similar to the *in vivo* blood levels of a known product formulated with 30 mg IR portion and covered by the patents-in-suit (*i.e.*, Oracea® Capsules). *See supra* at ¶¶ 49-53; Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 132:23-133:9, 135:6-136:3.

171. The portion of about 30 mg doxycycline that is immediately released from Lupin's ANDA Product also performs in <u>substantially the same way</u> as an IR portion comprising about 30 mg doxycycline, because the 22 mg doxycycline from Lupin's IR pellet and the 8 mg release from Lupin's weakly-coated so-called delayed-release pellets together release about 30 mg (or 75%) immediately after oral adminstration, with no intent to delay or prolong the release of about 30 mg doxycycline. Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 132:23-133:9, 135:6-136:3.

172. The portion of about 30 mg doxycycline that is immediately released from Lupin's ANDA Product provides <u>substantially the same results</u> as an IR portion comprising about 30 mg doxycycline, including because Lupin has represented to the FDA that its ANDA Product is bioequivalent, and the FDA has tentatively approved Lupin's ANDA Product as bioequivalent, to a known 30 mg IR, 10 mg DR doxycycline product (Oracea® Capsules) covered by the patents-in-suit. *See supra* at ¶¶ 49-53, 68.

173. From the beginning, Lupin's objective was to develop an oral formulation of doxycycline pharmaceutically equivalent to Oracea® Capsules by obtaining a desired drug release rate and to be equivalent in all aspects to Oracea® Capsules. *See supra* at ¶¶ 13, 17, 66, 67. Ultimately, by designing Lupin's ANDA Product with a 22 mg IR portion and an intentionally-designed weakness in the enteric coat of Lupin's enteric-coated pellets, Lupin was able to achieve bioequivalence of its ANDA Product to Oracea® Capsules. *See supra* at ¶¶ 49-53.

174. Accordingly, Lupin's ANDA Product performs <u>substantially the same function</u> (immediately releasing a portion comprising about 30 mg doxycycline), in <u>substantially the same way</u> (by releasing a total of about 30 mg doxycycline in the contents of the stomach under *in vivo* biorelevant conditions to be available for absorption and alter the subject's blood levels), to obtain <u>substantially the same result</u> (near identical *in vivo* blood levels and bioequivalence to 30 mg IR, 10 mg DR Oracea® Capsules when administered once-daily per Lupin's Label) as the claimed element "immediate release (IR) portion comprising a drug, where the drug consists of about 30 mg doxycycline." *See* Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 132:23-133:9, 135:6-136:3.

### 2. Claim Elements Covering a "Delayed Release" (DR) Portion Comprising About 10 mg Doxycycline

175. Even if the Court were to find that Lupin's ANDA Product does not literally meet the claim element regarding a delayed release (DR) portion comprising a drug, wherein the drug consists of about 10 mg doxycycline recited in the asserted claims of the patents-in-suit, Lupin's ANDA Product would meet this element under the doctrine of equivalence. *See* Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 132:23-133:9, 135:6-136:3.

176. Lupin's ANDA states that it was Lupin's objective to develop an oral formulation of doxycycline pharmaceutically equivalent to Oracea® Capsules by obtaining a desired drug release rate. *See supra* at ¶¶ 13, 17, 66.

177. Mr. Avachat further testified that Lupin "did whatever [was] required by the regulation . . . to be equivalent in all aspects to the ORACEA." *See supra* at ¶ 67.

178. Lupin's 40 mg doxycycline capsule ANDA Product is at least <u>insubstantially different</u> from a composition with an IR portion comprising about 30 mg doxycycline and a DR portion comprising about 10 mg doxycycline. Specifically, as discussed herein, Lupin's ANDA Product is formulated such that (1) it releases about 30 mg doxycycline immediately following oral administration from a combination of Lupin's immediate release pellets and from Lupin's enteric coated pellets that are intentionally formulated and manufactured with a thin and weak enteric coat, and (2) it delays release of the remaining portion of about 10 mg doxycycline in a subset of Lupin's enteric-coated pellets that maintain their integrity until a later time. *See supra* at ¶¶ 106, 107, 111-132; Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 132:23-133:9, 135:6-136:3.

179. By coating a portion of its pellets with an enteric polymer, Lupin intended a portion of its ANDA Product to be delayed release. The portion of Lupin's enteric-coated pellets that remain uncompromised and intact in the contents of the stomach would thus release at a time

other than immediately following oral administration and are thus at least <u>insubstantially different</u> from a DR portion comprising about 10 mg doxycycline. *See* Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 132:23-133:9, 135:6-136:3.

180. Further, Lupin's 40 mg doxycycline capsule ANDA Product is at least equivalent to a formulation with an IR portion comprising about 30 mg doxycycline and a DR portion comprising about 10 mg doxycycline because the portion of about 10 mg doxycycline that remains in Lupin's enteric-coated pellets that survive the contents of the stomach performs <u>substantially the same function</u>, in <u>substantially the same way</u>, to achieve <u>substantially the same result</u> as a DR portion comprising about 10 mg doxycycline. *See* Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 132:23-133:9, 135:6-136:3.

181. The portion of about 10 mg doxycycline that is not immediately released from the weakly-coated enteric-coated pellets of Lupin's ANDA Product performs <u>substantially the same function</u> as a DR portion comprising about 10 mg doxycycline because it provides the desired release profile by releasing about 10 mg doxycycline from Lupin's 10 mg doxycycline at a time other than immediately upon admintration. Specifically, as explained above, Lupin's ANDA Product functions to alter the subject's *in vivo* blood levels of doxycycline to be remarkably similar to the *in vivo* blood levels of Oracea® Capsules, an oral pharmaceutical composition that is 40 mg hard gelatin capsule shells filled with two types of doxycycline beads—30 mg IR and 10 mg DR. *See supra* at ¶¶ 49-53; Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 132:23-133:9, 135:6-136:3.

182. The portion of about 10 mg doxycycline that is not immediately released from Lupin's ANDA Product also performs in <u>substantially the same way</u> as a DR portion comprising about 10 mg doxycycline because the 22 mg doxycycline from Lupin's IR pellets and the 8 mg doxycycline from Lupin's weakly-coated so-called DR pellets release immediately, leaving 10 mg

to release at a time other than immediately upon oral adminstration.  *See* Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 132:23-133:9, 135:6-136:3.

183.     Further, the portion of about 10 mg doxycycline that is not immediately released from Lupin's ANDA Product provides <u>substantially the same results</u> as a DR portion comprising about 10 mg doxycycline, including because Lupin has represented to the FDA that its ANDA Product is bioequivalent, and the FDA has tentatively approved Lupin's ANDA Product as bioequivalent, to a known 30 mg IR, 10 mg DR doxycycline product (Oracea® Capsules) covered by the patents-in-suit.  *See supra* at ¶¶ 49-53, 68; Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 132:23-133:9, 135:6-136:3.

184.     Accordingly, Lupin's ANDA Product performs <u>substantially the same function</u> (delaying release of a portion consisting of about 10 mg doxycycline), in <u>substantially the same way</u> (by precluding release of about 10 mg doxycycline so that the release occurs at a time other than immediately following oral administration), to obtain <u>substantially the same result</u> (near identical *in vivo* blood levels and bioequivalence to 30 mg IR, 10 mg DR Oracea® Capsules when administered once-daily per Lupin's Label) as the claimed element "delayed release (DR) portion comprising a drug, where the drug consists of about 10 mg doxycycline."  *See* Jan. 9, 2024 (AM) Trial Tr. (Rudnic) at 132:23-133:9, 135:6-136:3.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

_____
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

*Attorneys for Plaintiffs*

OF COUNSEL:

Gerald J. Flattmann, Jr.
Andrew J. Cochran
Margaret A. Barone
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, NY 10005
(212) 701-3000

February 2, 2024

43

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 2, 2024, upon the following in the manner indicated:

| | |
|---|---|
| John C. Phillips, Jr., Esquire | *VIA ELECTRONIC MAIL* |
| Megan C. Haney, Esquire | |
| PHILLIPS, MCLAUGHLIN & HALL, P.A. | |
| 1200 North Broom Street | |
| Wilmington, DE 19806 | |
| *Attorneys for Defendants Lupin Inc.* | |
| *and Lupin Limited* | |
| | |
| William A. Rakoczy, Esquire | *VIA ELECTRONIC MAIL* |
| Joseph T. Jaros, Esquire | |
| Natasha L. White, Esquire | |
| Adrianne C. Rose, Esquire | |
| Katie A. Boda, Esquire | |
| RAKOCZY MOLINO MAZZOCHI SIWIK LLP | |
| 6 West Hubbard Street, Suite 500 | |
| Chicago, IL 60654 | |
| *Attorneys for Defendants Lupin Inc.* | |
| *and Lupin Limited* | |

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)