IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

— — —

GALDERMA LABORATORIES, L.P.   :   Civil Docket 21-CV-1710
and TCD ROYALTY SUB LP        :
                              :   Trial Day One
        V.                    :   Morning Session
                              :
LUPIN INC. and LUPIN LIMITED  :   Civil Bench Trial

---

BEFORE THE HONORABLE STEPHANOS BIBAS

---

James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106
January 9, 2024 at 8:30 a.m.

APPEARANCES:

FOR THE PLAINTIFFS:   JEREMY A. TIGAN, ESQUIRE
                      Morris, Nichols, Arsht & Tunnell LLP
                      1201 North Market Street
                      P.O. Box 1347
                      Wilmington, DE 19899

FOR THE PLAINTIFFS:   GERALD J. FLATTMANN, JR., ESQUIRE
                      ANDREW J. COCHRAN, ESQUIRE
                      Cahill Gordon & Reindel LLP
                      32 Old Slip
                      New York, NY 10005

FOR THE DEFENDANTS:   WILLIAM A. RAKOCZY, ESQUIRE
                      JOSEPH T. JAROS, ESQUIRE
                      KATIE BODA, ESQUIRE
                      ADRIANNE C. ROSE, ESQUIRE
                      Rakoczy Molino Mazzochi Siwik
                      6 West Hubbard Street, Suite 500
                      Chicago, IL 60654

FOR THE DEFENDANTS:   MEGAN C. HANEY, ESQUIRE
                      Phillips, McLaughlin & Hall, P.A.
                      1200 North Broom Street
                      Wilmington, DE 19806

Bobbie J. Shanfelder, RDR, CRR
Official Court Reporter
Bobbie_Shanfelder@paed.uscourts.gov

## INDEX TO WITNESSES

| WITNESS: | EXAMINATION |
|---|---|
| DR. EDWARD RUDNIC | |
| By Mr. Cochran | 52, 245 |
| By Mr. Rakoczy | 167 |
| | |
| MAKARAND AVACHAT | |
| By Mr. Rakoczy | 329 |
| By Mr. Cochran | 366 |
| | |
| VIVIAN GRAY | |
| By Mr. Jaros | 376 |
| By Mr. Flattmann | 412 |
| | |
| DR. GRAHAM BUCKTON | |
| By Mr. Jaros | 467 |
| By Mr. Flattmann | 613 |
| | |
| DR. EDWARD RUDNIC | |
| On Rebuttal | |
| By Mr. Cochran | 658 |

## INDEX TO EXHIBITS

| NUMBER | ADMITTED |
|---|---|
| PTX-001 | 79 |
| PTX-002 | 79 |
| PTX-049 | 131 |
| PTX-136 | 97 |
| PTX-137 | 66 |
| PTX-143 | 62 |
| PTX-145 | 66 |
| PTX-149 | 69 |
| PTX-162 | 85 |
| PTX-163 | 63 |
| PTX-175 | 86 |
| PTX-176 | 75 |
| PTX-184 | 91 |
| PTX-185 | 91 |
| PTX-186 | 91 |
| PTX-187 | 91 |
| PTX-190 | 127 |
| PTX-191 | 72 |
| PTX-194 | 110 |
| PTX-198 | 87 |
| PTX-202 | 107 |
| PTX-214 | 60 |
| PTX-223 | 121 |

## INDEX TO EXHIBITS

| NUMBER | ADMITTED | NUMBER | ADMITTED |
|--------|----------|--------|----------|
| DTX–4.15 | 387 | DTX–200 | 613 |
| DTX–8 | 613 | DTX–284 | 613 |
| DTX–9 | 300 | DTX–313 | 410 |
| DTX–23 | 334 | DTX–398 | 300 |
| DTX–24 | 335 | DTX–401 | 300 |
| DTX–25 | 356 | DTX–402 | 300 |
| DTX–26 | 613 | DTX–405 | 300 |
| DTX–27 | 518 | DTX–420 | 300 |
| DTX–32 | 300 | DTX–422 | 300 |
| DTX–36 | 494 | DTX–479 | 572 |
| DTX–37 | 300 | DTX–588 | 572 |
| DTX–40 | 613 | DTX–604 | 349 |
| DTX–43 | 496 | DTX–605 | 353 |
| DTX–44 | 497 | DTX–606 | 348 |
| DTX–45 | 389 | DTX–607 | 474 |
| DTX–46 | 332 | DTX–611 | 380 |
| DTX–47 | 499 | DTX–613 | 365 |
| DTX–48 | 338 | DTX–614 | 456 |
| DTX–49 | 559 | | |
| DTX–50 | 388 | | |
| DTX–52 | 500 | | |
| DTX–53 | 300 | | |
| DTX–54 | 300 | | |
| DTX–55 | 300 | | |
| DTX–56 | 300 | | |
| DTX–57 | 508 | | |
| DTX–64 | 612 | | |
| DTX–65 | 613 | | |
| DTX–75 | 527 | | |
| DTX–77 | 613 | | |
| DTX–83 | 99 | | |
| DTX–85 | 365 | | |
| DTX–86 | 362 | | |
| DTX–101 | 386 | | |
| DTX–102 | 613 | | |
| DTX–109 | 404 | | |
| DTX–114 | 613 | | |
| DTX–124 | 351 | | |
| DTX–141 | 396 | | |
| DTX–142 | 430 | | |
| DTX–148 | 430 | | |
| DTX–150 | 430 | | |
| DTX–151 | 397 | | |
| DTX–182 | 613 | | |

(Tuesday, January 9, 2024 at 8:30 a.m.)

THE COURT:  Good morning.  This is the United States District Court for the District of Delaware.  And we're in Case Number 21-CV-1710.  Galderma Laboratories versus Lupin.

Plaintiffs' counsel, please enter your appearances.

MR. TIGAN:  Good morning, Your Honor.  My name is Jeremy Tigan.  I'm with Morris, Nichols in Wilmington on behalf of the Plaintiffs.  I am joined by my co-counsel today from the Cahill Gordan firm.  At counsel table I have Gerald Flattmann and Andrew Cochran, and our broader team is in the back.  Our client representatives are here as well, David Banchik and Alyssa Klapper.

THE COURT:  Good morning.  And for the defense?

MS. HANEY:  Good morning, Your Honor.  Megan Haney from Phillips, McLaughlin & Hall in Delaware.  And I am joined today by Bill Rakoczy, Joe Jaros, Katie Boda, and Adrianne Rose, all from Rakoczy, Molino, Mazzochi, Siwik in Chicago.  And our representative is also here.

THE COURT:  Good morning.  So the most important person in the room is the court reporter.  Can you hear everything okay?  Is the audio working fine for you?

THE COURT REPORTER:  Yes.

THE COURT:  Please, if you have any problems, don't hesitate to speak up, raise your hand, or go over things again to make sure we've got a good record.

08:31:26AM 1       And so we have a 10-hour per side civil bench trial and
08:31:36AM 2   we're starting now.  We will take a midmorning break, 15 minutes.
08:31:41AM 3   We'll take a lunch break of no more than an hour.  We'll take
08:31:45AM 4   another midafternoon break.  We'll adjust the closing time to
08:31:49AM 5   what makes sense rather than breaking in the middle of a witness
08:31:53AM 6   or starting a witness for 5 or 10 minutes, have some flexibility.
08:31:56AM 7   Let's see if we can get this wrapped up in 3 days.  I believe
08:31:59AM 8   both -- each side wants to present an opening statement.
08:32:03AM 9       Are there any preliminaries before we get to openings?
08:32:09AM 10       MR. JAROS:  Yes, Your Honor.  We had two objections to
08:32:11AM 11   Plaintiffs' opening exhibits under the pretrial order.  We are to
08:32:15AM 12   make those before their statement begins.
08:32:18AM 13       THE COURT:  Okay.  Great.  So we have to deal with that
08:32:21AM 14   substantively.  Procedurally or mechanically, for your tech
08:32:27AM 15   people, are there any -- I take it that any exhibits that you're
08:32:30AM 16   presenting are going to show on that screen as well as these
08:32:35AM 17   screens?  We'll certainly let you know if there are any issues
08:32:40AM 18   with that.
08:32:41AM 19       Why don't you remind me of the substance of your
08:32:43AM 20   objections to the exhibits.  These are demonstrative exhibits;
08:32:47AM 21   correct?
08:32:48AM 22       MR. JAROS:  They are.  So they are Plaintiffs' opening
08:32:50AM 23   statement demonstratives.  And we have not filed these with the
08:32:53AM 24   Court.  They were exchanged last evening --
08:32:53AM 25       THE COURT:  Right.

08:32:54AM 1      MR. JAROS:  -- so I can address those.

08:32:56AM 2      THE COURT:  Please.

08:32:57AM 3      MR. JAROS:  May I use the podium?

08:32:59AM 4      MR. FLATTMANN:  Your Honor, if it would be helpful, I

08:33:01AM 5  can hand a full set of exhibits up to the Court so that --

08:33:05AM 6      THE COURT:  Please do.

08:33:05AM 7      MR. FLATTMANN:  -- you can follow along.

08:33:07AM 8      THE COURT:  It would be very helpful if you have a

08:33:10AM 9  binder with a set of exhibits or anything like that to hand up.

08:33:13AM 10  If there's an extra one for my clerk.

08:33:15AM 11      MR. FLATTMANN:  May I approach?

08:33:16AM 12      THE COURT:  Please.

08:33:20AM 13      MR. FLATTMANN:  Is two sufficient, Your Honor, or would

08:33:22AM 14  you like one for the -- would the court reporter like one as

08:33:22AM 15  well?

08:33:22AM 16      THE COURT:  Would the court reporter like one?

08:33:25AM 17      THE COURT REPORTER:  If you have an extra one.

08:33:25AM 18      THE COURT:  Is there a set for the defense?

08:33:49AM 19      MR. JAROS:  May I proceed?

08:33:50AM 20      THE COURT:  Yes.

08:33:51AM 21      MR. JAROS:  Your Honor, the first of our objections are

08:33:53AM 22  with respect to Plaintiffs' PDX Slide 27 and 28.  Very simply,

08:34:02AM 23  those refer to a new publication called Schneider.  You can see

08:34:06AM 24  the name of that article in italics on Slide 27.

08:34:11AM 25      In this case, Your Honor, their lead expert identified

08:34:14AM 1 the pH of the stomach as an issue early on. In his opening

08:34:18AM 2 report, he addressed it and cited publications in his reply

08:34:22AM 3 report. Because they got the last word, he addressed it again.

08:34:25AM 4 In deposition, I asked him several questions about that area of

08:34:30AM 5 the case, the pH of the stomach.

08:34:33AM 6 In response to a couple of those questions, he was

08:34:35AM 7 instructed not to answer, With respect to the results of his

08:34:39AM 8 searches for publications with respect to the pH of the stomach.

08:34:45AM 9 He accepted that instruction. And then about a month and a half

08:34:48AM 10 later, we received this publication Schneider in November. So it

08:34:54AM 11 was after the deposition, after the filing of the statements of

08:34:57AM 12 fact with the Court.

08:34:58AM 13 And our position is that's too late. This is well

08:35:01AM 14 within the scope of the subject matter, both his opening and

08:35:04AM 15 reply report. It was addressed in deposition but he was

08:35:07AM 16 instructed not to answer as to what he found. And this

08:35:10AM 17 publication appears to be what he found and was disclosed a month

08:35:15AM 18 and a half later.

08:35:17AM 19 THE COURT: Counsel, why are you instructing your

08:35:19AM 20 witnesses not to respond other than privilege?

08:35:22AM 21 MR. FLATTMANN: My understanding is he was not

08:35:24AM 22 instructed not to respond, Your Honor, when he was asked

08:35:27AM 23 questions about cited literature, which noted that the pH of the

08:35:32AM 24 stomach under the appropriate conditions would be about 4.5. He

08:35:38AM 25 relied on an article, in fact, and this is simply a second

article.  He was asked whether there were any other articles.
And this is one that he found later after the deposition, after
being asked whether or not he was aware of any other cited
literature.

        THE COURT:  What I will do is I'll take it under
advisement.  If by the break -- and by the way, I'm going to try
to not deal with these issues during the flow of the testimony
but at the breaks.  But if you want to point me to where in the
deposition he was instructed not to answer anything like that, if
you've got a transcript, it should be in the transcript.  And you
can show that to me.

        MR. JAROS:  Yes, Your Honor.  We have the transcript
ready.  We can put it on the screen.

        THE COURT:  Please.

        MR. JAROS:  So focusing first on Page 55, Line 17.  I
asked their expert, Dr. Rudnic.  "In preparing your opinions in
this case and the Lupin case, did you search for peer reviewed
literature stating that a pH of 4.5 is a fasted gastric
condition?"  The instruction was he could answer yes or no based
on privilege.  He answered yes.  I asked the question, "Did you
find any such peer reviewed publications?"  And he was then
instructed not to answer the question and he followed that
instruction.

        And then I asked, "To be clear, do you believe you
cited in either of your reports in this case a peer reviewed

08:36:54AM 1   publication, whether the author stated a pH 4.5 is a fasted

08:37:00AM 2   gastric condition?"  Answer, "Not in this case."

08:37:04AM 3          Our view is, Your Honor, that was his last chance to

08:37:06AM 4   identify this publication, and it didn't come in until a month

08:37:10AM 5   and a half later so it should be excluded.

08:37:12AM 6          THE COURT:  After the expert report deadlines and

08:37:16AM 7   rebuttal reports?

08:37:17AM 8          MR. JAROS:  Yes.  So this is his deposition came in --

08:37:19AM 9   this is September 1.  We received this publication in November.

08:37:22AM 10         THE COURT:  Okay.  That's untimely.  What's your

08:37:24AM 11  response?

08:37:24AM 12         MR. FLATTMANN:  Your Honor, we can find the

08:37:28AM 13  complimentary part of this transcript, but he did talk about peer

08:37:31AM 14  reviewed literature in this very same deposition, including the

08:37:35AM 15  Kalantzi article.

08:37:36AM 16         THE COURT:  Okay.  But not the Schneider one?

08:37:38AM 17         MR. FLATTMANN:  He did not mention that during his

08:37:39AM 18  deposition.  He did find that subsequent to his deposition upon

08:37:43AM 19  being asked these questions about the cited literature in which

08:37:45AM 20  promptly produced to Lupin in this case.  Also, it's an article

08:37:51AM 21  that we would potentially intend to use on cross-examination in

08:37:55AM 22  this case for the very same point.

08:37:57AM 23         THE COURT:  It does seem like he's already got Kalantzi

08:38:01AM 24  and some other articles may wind up being cumulative and not

08:38:06AM 25  really matter here.  Does it matter?

MR. JAROS:  It matters, Your Honor, because I did not have the opportunity to cross-examine him on the substance of that publication.  It's relatively complex.  It includes a number of graphs.  Had I had notice even a couple days before the deposition, I could have absorbed it and examined him on it.  But he had two shots with his opening and reply report and then could have disclosed it before the deposition if they had found it. And they instructed him not to answer as to what he did find when he went to go look for something.

THE COURT:  Why in the world is this privileged? What's the plausible basis for finding an article being privileged?

MR. FLATTMANN:  Your Honor, I don't think that this precise question about whether it's cited literature is privileged.

THE COURT:  I am going to bar it.  I am going to bar it.  These kind of games about objections at depositions, I won't stand for that.

MR. FLATTMANN:  Your Honor, may we have an opportunity at the break to look at the further context in the deposition?

THE COURT:  You may.

MR. FLATTMANN:  I believe there's a valid answer to this.

THE COURT:  You may but you shouldn't go around trying to block this kind of thing from an expert privilege.  It's not

| | |
|---|---|
| 08:39:16AM 1 | right.  And the discovery timeline depends on moving promptly. |
| 08:39:22AM 2 | This is not a good faith basis for privilege.  All right.  Please |
| 08:39:25AM 3 | proceed. |
| 08:39:26AM 4 | MR. JAROS:  Second objection, Your Honor, is with |
| 08:39:28AM 5 | respect to Plaintiffs' demonstrative Slide 20.  On that slide, |
| 08:39:33AM 6 | there are two parts.  If you have it in front of you, we can also |
| 08:39:37AM 7 | put it up on the screen.  But on the left-hand side, there's a |
| 08:39:40AM 8 | bell curve.  On the right-hand side, there's text.  We have no |
| 08:39:43AM 9 | problem with the text.  That was disclosed fairly.  Our |
| 08:39:47AM 10 | problem -- |
| 08:39:48AM 11 | THE COURT:  This is Slide 20, you say? |
| 08:39:50AM 12 | MR. JAROS:  Yes, Your Honor.  We are not objecting to |
| 08:40:00AM 13 | the text on the right.  That was disclosed.  On the left, there |
| 08:40:03AM 14 | is a bell curve that represents again the same experts theory as |
| 08:40:09AM 15 | to the distribution. |
| 08:40:11AM 16 | THE COURT:  Is there any evidence that this follows the |
| 08:40:13AM 17 | normal distribution basis for this? |
| 08:40:17AM 18 | MR. JAROS:  There is not.  And I am not sure that's a |
| 08:40:19AM 19 | normal distribution.  It was called a bell curve in the |
| 08:40:24AM 20 | deposition.  So similar concept, Your Honor.  This bell curve |
| 08:40:29AM 21 | concept was not disclosed in an opening report, not disclosed in |
| 08:40:33AM 22 | a reply report.  It was simply mentioned in the context of |
| 08:40:35AM 23 | deposition when I learned for the first time he had two theories, |
| 08:40:38AM 24 | number one, all the beads are bad.  Number two, some of the beads |
| 08:40:42AM 25 | are bad. |

08:40:43AM 1       During the deposition, he dropped the all the beads are

08:40:46AM 2   bad argument and went with the some of the beads are bad.  And

08:40:50AM 3   then we received this a couple days ago, a bell curve

08:40:54AM 4   representing that some of the beads are bad.  So same thing.  I

08:40:58AM 5   did have a chance to examine --

08:41:00AM 6           THE COURT:  But he mentioned bell curve?

08:41:02AM 7           MR. JAROS:  He used the word bell curve.

08:41:06AM 8           THE COURT:  Yeah, this is a close enough approximation

08:41:08AM 9   if I take it as not to scale necessarily.  It just visualizes

08:41:14AM 10  what he said there.  Now, you are entirely entitled to point out

08:41:19AM 11  how little basis he has for the bell curve.  But I will take it

08:41:25AM 12  for what it is.  It's not to scale.  It's not to -- it's just

08:41:29AM 13  like it's visually representing what he said at the deposition.

08:41:33AM 14          And since it was mentioned at the deposition and

08:41:35AM 15  there's no objection here going into the deposition, I am going

08:41:37AM 16  to allow it.  But with an appropriate caveat that I am not

08:41:41AM 17  supposed to understand that this is the precise scale or shape.

08:41:46AM 18          MR. JAROS:  I believe I understand, Your Honor.  So

08:41:47AM 19  essentially this is a demonstrative.  This is a cartoon.

08:41:51AM 20          THE COURT:  It's a demonstrative cartoon.  It's not

08:41:54AM 21  like I can measure the height and width precise conclusions from

08:41:59AM 22  it.

08:42:00AM 23          MR. JAROS:  With that, Your Honor, as pure

08:42:02AM 24  demonstrative, we understand, we will withdraw the objection.

08:42:04AM 25  Thank you.

THE COURT: Anything else? All right. Plaintiffs please begin. Let's start the timer.

MR. FLATTMANN: Thank you, Your Honor. Gerald Flattmann on behalf of the Plaintiffs. Your Honor, this case is about the Chang patents that cover the Oracea product. And by way of a brief background, Oracea is a once-daily doxycycline that's indicated for the treatment of inflammatory lesions, papules, and pustules of rosacea in adult patients. Now there's no dispute that Lupin's proposed generic product works for that indication.

In fact, the FDA has tentatively approved Lupin's ANDA for that very purpose. Now the Oracea patents that are at issue in this trial are the Chang patents, specifically the 532 and 740 patents. And those patents cover Oracea's unique once-daily formulation of doxycycline designed to maintain blood levels of doxycycline between specific thresholds to achieve the goal of providing therapeutic efficacy without antibiotic effects.

And the way to achieve that goal was to formulate Oracea with 30 milligrams of immediate release or IR and 10 milligrams of delayed release or DR components. And indeed, in 2002, Galderma's predecessor, CollaGenex Pharmaceuticals, commissioned a study to determine doxycycline's absorption window in the body. And it tested different ratios, including 40 milligrams of immediate release product and it conducted in silico simulations that through that testing determined that a 30

to 10 immediate release to delayed release ratio could best achieve the inventor's goal of maintaining those blood levels.

Now, Your Honor, these are battle-tested patents and they've been in litigation time and time again.

THE COURT:  Chang patents are 532 and 740?

MR. FLATTMANN:  Yes, Your Honor.  There's been over a decade of challenges to the Chang patents and emerged unscathed every time.  So the Mylan case, the first one on this list, went to trial back in July of 2011.  And in that trial, Judge Stark heard several of the very same arguments that Lupin is going to attempt in this trial.

But Mylan was held to infringe the 532 Chang patent.  And then the original Lupin patent challenges rose or fell on the result of the Mylan case.

THE COURT:  But there's no argument that I'm estopped or any kind of estoppel that would apply to Defendants or anything else.  I'm deciding this anew; correct?

MR. FLATTMANN:  That's correct.  You are deciding this anew on the facts.  But you are going to see analogous patterns and fact patterns and --

THE COURT:  That's fine if I'm persuaded, but you're not arguing that I'm bound.

MR. FLATTMANN:  That's correct, Your Honor.  That's correct.  And in the Sandoz action, Sandoz walked away from the litigation and then pulled its Paragraph IV certification.

08:45:15AM 1  Dr. Reddy's dropped its challenges to the Chang patents, and then

08:45:19AM 2  there were several cases against Amneal.

08:45:21AM 3  THE COURT:  Did any of this involve any numbers near 22

08:45:24AM 4  and 18?

08:45:24AM 5  MR. FLATTMANN:  Well, yes.  For instance, in the most

08:45:28AM 6  recent and relevant one, Amneal reformulated its proposed ANDA

08:45:32AM 7  product with attorney help, as Lupin has done here, and it's

08:45:36AM 8  certified under Paragraph IV.  Initiating a litigation that was

08:45:41AM 9  tried by Judge Stark back in 2018 and notwithstanding the product

08:45:45AM 10 superficially different look from formulation 38 milligrams in

08:45:52AM 11 that case of doxycycline pellets and doxycycline delayed release

08:45:58AM 12 layer of 2 milligrams.  So even a starker difference in some of

08:46:03AM 13 the components.

08:46:04AM 14 Galderma proved infringement under the doctrine of

08:46:08AM 15 equivalents there.  And then there was the Sun case which is also

08:46:11AM 16 similar where Sun superficially attempted to design around the

08:46:15AM 17 asserted claims and Sun had formulated a bilayer tablet that had

08:46:24AM 18 26.4 milligrams of doxycycline in one layer and 13.6 milligrams

08:46:27AM 19 in the other.

08:46:28AM 20 And Judge Stark found that Sun's product infringed both

08:46:32AM 21 of the patents literally and under the doctrine of equivalents

08:46:36AM 22 despite the superficial differences just like we see here or

08:46:40AM 23 labeling differences I might call them.  Where are we now?

08:46:45AM 24 Lupin's ANDA is latest in the long line of design around these

08:46:49AM 25 asserted claims.  And it's just the third in a series of attempts

08:46:52AM 1 to evade the claims of the Chang patent with a cleverly disguised

08:46:59AM 2 a functionally viable product. And I submit to you that you will

08:47:02AM 3 reach the same conclusion as your predecessor in Amneal and Sun

08:47:05AM 4 case when you hear the evidence and the proofs from Lupin's own

08:47:10AM 5 ANDA application to the FDA.

08:47:16AM 6 THE COURT: Lupin is not a predecessor in interest or

08:47:18AM 7 otherwise connected to any of those other Defendants?

08:47:21AM 8 MR. FLATTMANN: Not to my knowledge. You will hear

08:47:24AM 9 testimony from Plaintiffs' expert, Dr. Edward Rudnic. Dr. Rudnic

08:47:28AM 10 is an expert in the invention, design, development, testing,

08:47:32AM 11 manufacture, and commercialization of drug products, including

08:47:36AM 12 pharmaceutical formulations. And he's notably the designer and

08:47:40AM 13 developer of Adderall XR, another well-known and a lot of other

08:47:45AM 14 commercial drug products.

08:47:51AM 15 Your Honor, there's a single issue to be tried in the

08:47:53AM 16 case and that's whether Lupin infringes asserted claims of the

08:47:57AM 17 Chang patent. And in this case, it's about infringement. As we

08:48:00AM 18 know, it's not about invalidity or enforceability.

08:48:03AM 19 THE COURT: And you are not really arguing that there's

08:48:06AM 20 much of a difference between the 532 and 740. These probably

08:48:10AM 21 stand to fall together.

08:48:12AM 22 MR. FLATTMANN: Similar patents. One or two minor

08:48:15AM 23 differences. For instance, some of the claims require enteric

08:48:18AM 24 coating and some don't but otherwise they are essentially the

08:48:21AM 25 same. And notably Lupin's arguments are not going to be anything

new. They have been heard in many other forms and at least those other two cases that I mentioned have been essentially rejected.

Your Honor, Lupin infringes the Chang patents and the evidence will show that their product literally infringes and its product is at least equivalent under the doctrine of equivalents to a once a day 40 milligrams product consistent with 30 milligrams immediate release portion and a 10 milligram delayed release portion.

The evidence will show that Lupin's ANDA product is a result of Lupin's deliberate tests to copy the Chang patents. In fact, Lupin intentionally engineered its product to release about 30 milligrams or 75 percent immediate release and about 10 milligrams or 25 percent at a later time following oral administration.

THE COURT: As I understand it, your case rises or falls on whether I credit that there is, in fact, a second 8 milligrams immediate release portion.

MR. FLATTMANN: Whether or not what they called delayed release has another 8 milligrams of immediate release.

THE COURT: That is the factual issue that I am here to decide.

MR. FLATTMANN: Yes, Your Honor. Yes, Your Honor. Whether that 8 milligrams contributes to the immediate release is part of it. Lupin will argue that because its label states nominally different composition ratio, that its product doesn't

infringe, the Chang patents and Amneal and Sun, same argument
that was rejected.  So the evidence will show right out of
Lupin's ANDA that its product release is about 30 milligrams of
doxycycline immediately from combination of what it calls
immediate release portion and what it calls its delayed release
portion.  That's really the point here.

And immediate releases 22 milligrams from so-called
immediate release portion and about 8 milligrams from its
so-called delayed release portion, as those terms have been
construed by this Court.  Whatever Lupin labels its delayed
release portion doesn't change the fact that it functions to
release.

THE COURT:  I understand this to be a case over the
facts.  I don't understand there to be a real dispute about the
law or the doctrine of equivalents here.  Am I right?

MR. FLATTMANN:  I think you are correct.  Nor is there
a dispute about the construction of the claims as Your Honor and
your predecessors have construed the claims functionally to
reflect what actually ends up happening in the body.

So here is just a mathematical type of representation
of what we just discussed together.  The evidence will show that
Lupin's ANDA product contains this first pellet which contains
immediate release doxycycline and second pellet which contains
both immediate release and delayed release doxycycline.  And more
specifically, it will show that Lupin's second type of pellet or

what they called delayed release portion is actually composed of immediate release and delayed release parts. That's the factual question here.

The immediate release part of the second pellet equals 8 milligrams, and the delayed release equals 10 milligrams. So if you do the math, the sum total of the amount of immediate release in Lupin's product is 30 milligrams and the total amount of delayed release in Lupin's ANDA product is 10 milligrams. So the math doesn't lie ultimately.

THE COURT: So if 8 of the 18 nominally delayed release is functional immediate release, then these numbers add up.

MR. FLATTMANN: Exactly. In any event, our point is that Lupin's product is at least insubstantially different. That's where we get to the doctrine of equivalents if we need to get there.

It's insubstantially different from a 30 milligram immediate release portion and a 10 milligram release portion as claimed. That's because the evidence will show the ANDA product performs substantially the same function in substantially the same way to achieve substantially the same result.

THE COURT: Okay. So for other than immediately following that's already been construed to be about half an hour for the way your theory is that the enteric coat is deliberately thin and weak enough to result in functionally released within half an hour and then the result is obvious in terms of

08:53:10AM 1    bioequivalence.

08:53:13AM 2         MR. FLATTMANN:  That's exactly correct, Your Honor.  So

08:53:17AM 3    notably the FDA has already tentatively approved Lupin's product

08:53:22AM 4    as bioequivalence and the evidence will show it's not just

08:53:26AM 5    bioequivalence.  It's bioequivalence because it works in

08:53:30AM 6    substantially the same way as I think Your Honor has followed the

08:53:35AM 7    line of the argument in the prior slide which also makes it

08:53:40AM 8    equivalent under the doctrine of equivalents.

08:53:43AM 9         So let's walk through the proofs briefly.  The evidence

08:53:46AM 10   will show that Lupin meets the claim element, 30 milligrams

08:53:52AM 11   immediate release either literally or under the doctrine of

08:53:54AM 12   equivalents.  And that's because upon ingestion, Lupin's ANDA

08:53:57AM 13   product immediately releases the 22 milligrams of immediate

08:53:59AM 14   release.  And that's in the portion it calls immediate release.

08:54:03AM 15   They don't dispute that.  So we are at least that far along.

08:54:06AM 16        And then Lupin's ANDA product immediately releases

08:54:09AM 17   about 8 milligrams from its so-called delayed release.  And how

08:54:13AM 18   do we know that?  First, the evidence will show that what Lupin

08:54:17AM 19   calls its delayed release portion was intentionally designed with

08:54:22AM 20   a weak enteric coat.

08:54:24AM 21        And second, the evidence will also demonstrate that

08:54:26AM 22   Lupin's ANDA product with its weakly-designed enteric coat

08:54:31AM 23   functions to create a 30 milligram immediate release portion and

08:54:34AM 24   10 milligram delayed release portion.

08:54:37AM 25        And third, the design and function of Lupin's ANDA

08:54:39AM 1    product will demonstrate that it infringes.

08:54:44AM 2            Next slide, please.

08:54:44AM 3            So as mentioned, Dr. Rudnic will testify about the

08:54:48AM 4    design of Lupin's ANDA product.  He will explain that Lupin made

08:54:53AM 5    two choices to ensure that its enteric coat prematurely and

08:54:58AM 6    immediately releases.  First, it used methylene chloride in its

08:55:03AM 7    manufacturing process.  And second, it used a remarkably low

08:55:07AM 8    percent weight gain of the enteric coat stage, very thin coat.

08:55:12AM 9    And he will testify about how those two manufacturing choices

08:55:15AM 10   amounted to a compromised and weak enteric coating that leaks.

08:55:21AM 11           This is from Lupin's own documents that you will see in

08:55:26AM 12   the course of Dr. Rudnic's testimony.  Lupin's decision to use

08:55:32AM 13   methylene chloride was deliberate.  It's a highly toxic solvent

08:55:36AM 14   that's virtually outlawed in the United States.

08:55:40AM 15           Dr. Rudnic will testify that the properties of

08:55:43AM 16   methylene chloride, which is a non-aqueous solvent layer, that

08:55:51AM 17   alternates in Lupin's product with an aqueous solvent layer, is

08:55:51AM 18   to create a leaky coat.

08:55:54AM 19           He will explain how those are not compatible layering

08:55:57AM 20   processes in manufacturing a drug.  He will explain that by

08:56:02AM 21   layering its drug product that way, Lupin compromises not only

08:56:05AM 22   the integrity of each of those deposited layers of methylene

08:56:10AM 23   chloride in the aqueous coat but also the ability of the layers

08:56:13AM 24   to adhere to one another, including at the interface of those

08:56:18AM 25   enteric coats.  And Lupin did this to ensure that some of the

doxycycline in what it calls its delayed release portion would leak immediately upon oral administration. And it does leak. Now in contrast, for instance, Oracea uses aqueous solvents only.

Here are cross sectional scanning electron microscope images of Oracea compared to samples from Lupin's late manufactured R&D product that show the difference. As you can see, and Dr. Rudnic will testify, Lupin's samples are stratified at the interface between the layers whereas the Oracea product shows no such defect.

Next slide, please.

Dr. Rudnic will further testify that Lupin selected a percent weight gain at the enteric coat stage that was intentionally weak and caused the subset of the pellets to leak. He will explain that the percent weight gain as a measure of how much of the enteric coat is applied to the entire pellet population is very low.

And as it accounts for the entire pellet population, the enteric coat thickness will not be exactly the same for every pellet. The coatings on each pellet will be dictated by a standard distribution curve, and some pellets may receive a satisfactory coat but a subset of them will not and those will leak immediately.

Dr. Rudnic is going to discuss how Lupin's intentional selection of an 18 percent weight gain at the enteric coat stage ensures that the coat will leak and that some of the delayed

release portion will leak immediately.  And simply put, the Lupin formulation, Lupin formulated its ANDA product to track Oracea's formulation very closely, including coating similar sized pellets with the exact same polymer Eudragit.  But despite those similarities, it used 18 percent weight gain while Oracea uses 30 percent weight gain.

Dr. Rudnic will explain, based on the data, how Lupin's ANDA shows that an 18 percent weight gain is the thinnest coat that Lupin could possibly apply that would not result in detectible leakage during the in vitro dissolution test of pH 1.1, the quality control test.  And he will explain that the 1.1 pH testing is not a physiological relevant set but it is a quality control measure that will show whether or not pellets will leak.

He will further explain that in his experience, the range of percent weight gains using the polymer are typically much higher than 18 percent and more in line with Oracea's 30 percent.

Next please.

Now, Lupin's ANDA product functions to release 30 milligrams of immediate release and 10 milligrams of delayed release.  The deposition testimony from Lupin's lead formulator and corporate witness, Mr. Avachat, as well as the data in Lupin's ANDA will prove this.

Next, please.

08:59:36AM 1    Notably, all of the data that Dr. Rudnic uses to form

08:59:41AM 2 his opinions are found within Lupin's ANDA which was submitted to

08:59:46AM 3 the FDA and confirmed as accurate by Lupin's lead formulator,

08:59:51AM 4 Mr. Avachat.  This is in contrast to what Lupin's experts will

08:59:54AM 5 rely on here which are post hoc testing results from a batch of

09:00:00AM 6 product that Lupin manufactured solely for purposes of this

09:00:04AM 7 litigation and its infringement defense.

09:00:06AM 8    And even Lupin's expert, Dr. Buckton, agrees that the

09:00:11AM 9 batch he relied on was manufactured solely for this litigation.

09:00:14AM 10 It was never submitted to the FDA.  It was never reviewed by the

09:00:18AM 11 FDA.

09:00:20AM 12    Not only is that litigation driven batch and the

09:00:24AM 13 results of this testing factually questionable, unreliable, and

09:00:27AM 14 inconsistent with the data submitted to the FDA in Lupin's ANDA,

09:00:32AM 15 it is clearly legally improper under the controlling Federal

09:00:34AM 16 Circuit authority, namely the Sunovion case which we've cited.

09:00:40AM 17    That litigation inspired batch doesn't control the

09:00:43AM 18 infringement inquiry.  What Lupin has asked the FDA under oath to

09:00:47AM 19 approve is the subject matter that controls the infringement

09:00:52AM 20 inquiry in determining whether infringement has occurred.

09:00:56AM 21    Next slide, please.

09:00:56AM 22    Indeed, Mr. Avachat even testified that quote, "It

09:01:02AM 23 doesn't matter what we did.  What matters is what we filed,

09:01:06AM 24 namely the ANDA."  He further testified that Lupin quote, "Did

09:01:11AM 25 whatever was required by the regulation to be equivalent in all

aspects to Oracea."  And he and Lupin succeeded.

Next, please.

As the Federal Circuit Authority dictates, the relevant data for purposes of determining infringement are the ANDA data that were actually submitted.  Lupin's own data from its ANDA reveal how the product actually functions.  Specifically, the in vitro dissolution data at the more physiologically relevant pH 4.5, which is the actual pH upon ingestion as indicated, controls and so does the in vivo.

THE COURT:  Mysterious substance that doesn't dissolve with a highly acidic 1.1 but somehow dissolves at 4.5?

MR. FLATTMANN:  Well, it's not a mystery because the pH 1.1 test is simply a quality control test.  It uses the most extreme possible situation that could ever occur in the body if something contacted gastric juice, as opposed to the pH of the stomach, which ranges between 2.4 and 4.5, which it hits when you've had 240 mLs of water on a fasting stomach.

So yes, these are releasing at 4.5, which is the actual physiological relevant condition.  1.1 is a control test.  It's an important test but it's a control test, quality control test.

So in getting to that on page -- Slide 26, please.

This is the Kalantzi article that I mentioned during argument earlier which Dr. Rudnic relied on in his report.  And he'll explain that the FDA requires drinking 240 milliliters or about 8 ounces of water when conducting bioequivalence studies.

And that's the same amount of water that Lupin used when conducting it's fasting bioequivalence protocol. That's not too surprising.

He'll explain how the scientific community articles like Kalantzi measured the pH of the fasting stomach under these same FDA mandated conditions and found it to be a pH of approximately 4.5 immediately after administration.

Let's go to 28.

So this is a slide from Lupin's own bioequivalence fasting study. And as you can see on the slide, Lupin's fasted state bioequivalence study involved the administration of 240 mLs of water to patients that fasted overnight, which necessarily would result in a gastric condition of pH 4.5, the relevant data here.

Next slide, please.

Dr. Rudnic will also explain that in the in vitro dissolution test data at 4.5, the data that was actually submitted to the FDA, that that data supports the 30 to 10 ratio here. And as you can see here, the mean release of Lupin's ANDA product in this bioequivalence test submitted to FDA, the lines overlap each other when you compare Lupin's bioequivalence PK values and blood values to Oracea's data. That's not surprising. It's a bioequivalence product and it's been approved.

And that's the same product that was -- that was exposed to pH 4.5. Same product and its bioequivalence matches

right up. After exposure to pH 4.5, the mean release of Lupin's ANDA product is exactly 30 milligrams or 75 percent.

Next slide, please.

Dr. Rudnic will also explain that the individual data from the in vitro dissolution test at pH 4.5 supports a composition ratio of 30 to 10. And as you can see, Lupin's individual capsule data show release after exposure to pH 4.5 in the stomach whereas Oracea's delayed release portions do not. And not leaking.

The data here also show that Lupin - Lupin's ANDA Product release is more than just 22 milligrams immediately. That additional release to get to that 75 percent mean number in yellow, that additional release of 8 milligrams, it has to come from somewhere. And it comes from the so-called delayed release portion.

Dr. Rudnic will explain that Lupin's individual capsule data present a continuum of release profiles ranging from 55 to 85 percent at that 30-minute mark that we've been looking at. And they rely on that very variability, with some capsules bursting and some not, to achieve the mean release profile set by the profile here.

THE COURT: I thought that the definition of substantially all is within 30 minutes and yet your slide, 1.029, has 120 minutes plus another 30 minutes.

MR. FLATTMANN: Yes. So the timelines for the in vitro

dissolution test are not directly comparable to what happens in the body.  So here you're conducting an experiment.  You're adding different media at different times in the in vitro dissolution experiment.

THE COURT:  I got it.  I got it.  But you're having to translate what from in vitro --

MR. FLATTMANN:  Dr. Rudnic is going to do a much better job of explaining that than I can.

THE COURT:  Okay.

MR. FLATTMANN:  Slide 31.

Dr. Rudnic will testify that the results of the fasted state bioequivalence studies of Lupin's ANDA product are virtually the same as we saw for the results for Oracea.  They're undisputed 30 milligram immediate release and 10 milligram delayed release composition.

And the fact that the mean plasma concentrations of Oracea and Lupin's ANDA product have substantial overlap, you know, considering these data together, with all of the other evidence that Lupin submitted to the FDA, and it certified to be correct and accurate, shows that Lupin's ANDA product has that ratio, 30 to 10.

Let's put it all together in the context of patents.  Neither Lupin nor its experts dispute that Lupin's ANDA product meets all of the elements of the asserted claims, including the elements regarding having an immediate release portion and having

a delayed release portion.  The only dispute revolves around the claimed ratio.

Next, please.

In the Court's construction of the claimed term immediate release supports a finding of infringement because the term release imparts the functional limitations of claims, and the infringement inquiry must account for how the release impacts a subject's steady state blood levels in the body.

So based on all the evidence, Lupin's ANDA product releases 30 milligrams of doxycycline immediately to alter the subject's steady state blood levels.  And that comes, again, from a combination of its 22 milligram immediate release portion and the 8 milligrams from the delayed release portion on average.

Next, please.

As a result of the immediate release of 30 milligrams of Lupin's ANDA product, 10 milligrams of doxycycline function to release at a time other than immediately following oral administration.  That's what's left over.  It's just the math. And that is, again, consistent with the Sun Court and this Court's construction of the term delayed release.

Now, the term -- claimed term portion as conceptualized by the Sun Court and adopted by this Court, also supports a finding of infringement because the Sun Court elucidated that the term portion was a functional limitation, and in particular the term was construed to allow for any part of the claimed

09:09:35AM 1  composition to contribute an immediate release or delayed release

09:09:40AM 2  amount depending on the timing of that release.

09:09:45AM 3  So contrary to this and the Court's -- and the Sun

09:09:51AM 4  Court's understanding of the claim terms, Lupin had cited a

09:09:55AM 5  different case and attempted to state that it is, in fact,

09:10:00AM 6  analogous to the Reckitt Benckiser case that they brought to your

09:10:07AM 7  attention, Your Honor.

09:10:08AM 8  But in that case, the Court construed the same term

09:10:11AM 9  portion, they're completely different contexts, have an entirely

09:10:12AM 10  different meaning.  It construed the term "portion" to be

09:10:16AM 11  structural and singular whereas in Sun, the Court construed

09:10:20AM 12  portion to be functional and plural, the exact opposite.  So as

09:10:25AM 13  such, the Reckitt case does not control.

09:10:30AM 14  Lupin's ANDA product also infringes the Chang patents

09:10:34AM 15  under the doctrine of equivalents because it's at least

09:10:36AM 16  insubstantially different from a composition with a 30:10 ratio.

09:10:36AM 17  Next, please.

09:10:42AM 18  The evidence will show that the design and function of

09:10:45AM 19  Lupin's ANDA product result in a 30-milligram immediate release

09:10:49AM 20  10-milligram delayed release doxycycline product that is

09:10:52AM 21  equivalent to the asserted claims.

09:10:57AM 22  Lupin's ANDA product also infringes the Oracea -- I'm

09:11:01AM 23  sorry, the Chang method of treatment claims.  There are two

09:11:05AM 24  representative claims being asserted in this case.  Claim 19 of

09:11:09AM 25  the 740, Claim 15 of the 532, and also Claims 20 and 16,

respectively, which are the dependent claims. And those claims are nearly identical to the composition claims that Your Honor has reviewed, except that the product is a method for treating rosacea in humans in vivo and physiologically relevant context.

So Lupin's experts, Dr. Buckton and Ms. Gray, will rely on a series of flawed opinions and attempt to show non-infringement. Dr. Buckton and Ms. Gray will ask the Court to focus solely on cherry-picked litigation inspired in vitro dissolution data.

But the evidence will show that Lupin ignores the highly probative pH 4.5 data from its own ANDA. And Lupin's experts will also largely ignore the in vitro data that Lupin relied on to establish bioequivalence and in so doing will fail to account for this Court's functional construction.

Dr. Buckton and Ms. Gray will place undue weight on in vitro dissolution data taken from a brand new 6,000-capsule batch which was manufactured solely for this litigation and the evidence will show that.

Dr. Rudnic will explain why that batch is not representative of Lupin's ANDA product. And why the in vitro dissolution data and Lupin's ANDA, which is based on a 230,000 capsule batch, about 38 times larger batch, is much more reliable.

Dr. Buckton and Ms. Gray will also rely on a so-called hotspot phenomenon to explain the release of doxycycline from

09:12:51AM 1    Lupin's delayed release portions in the pH 4.5 test that we're

09:12:55AM 2    relying on.  And the evidence will show that this hotspot

09:13:00AM 3    phenomenon is a figment of their imagination.  It doesn't exist

09:13:04AM 4    in the literature in any reliable form.

09:13:06AM 5          In conclusion, Your Honor, the evidence will show that

09:13:09AM 6    Lupin infringes each of these asserted claims of the Chang

09:13:12AM 7    patents.  Thank you, Your Honor.

09:13:27AM 8          MR. RAKOCZY:  Good morning, Your Honor.  William

09:13:28AM 9    Rakoczy for the Lupin Defendants.  I want to make sure, Your

09:13:32AM 10   Honor, you have the Lupin slides.

09:13:35AM 11         THE COURT:  Yes.

09:13:45AM 12         MR. RAKOCZY:  May I proceed, Your Honor?

09:13:45AM 13         THE COURT:  Please.

09:13:47AM 14         MR. RAKOCZY:  I will briefly preview for the Court what

09:13:49AM 15   the evidence will show regarding the asserted patents and the

09:13:53AM 16   Lupin products.  Suffice it to say you will hear a very different

09:13:56AM 17   perspective from me than what you just heard.  At the end of the

09:14:00AM 18   day, we submit the evidence will show Lupin's product does not

09:14:02AM 19   infringe.  In our affirmative case, we will present evidence on

09:14:05AM 20   what the patents teach, the patents claim, and how Lupin's

09:14:08AM 21   product functions.

09:14:10AM 22         In short, Your Honor, the patents teach very precisely

09:14:14AM 23   how to make the claim composition, how to test it, and how to

09:14:18AM 24   describe it.  According to those very precise and clear

09:14:21AM 25   teachings, Lupin's product functions as 22 milligrams immediate

release and 18 milligrams delayed release, which I will call 22:18 or the 22:18 IR/DR ratio which is not even close to the claimed 30:10 ratio.

In our rebuttal case, we will show that the so-called subset theory is both a contradiction and its been disproven definitively. According to that subset theory, Galderma and its experts suggest that of the 18 milligrams of Lupin's delayed release or DR beads, 8 milligrams will somehow, someway immediately and completely release while the remaining 10 milligrams will work perfectly and continue to delay release as intended.

There's no support for that contradiction, Your Honor, no evidence. All of Lupin's DR beads are made the exact same way using the same process, using the same ingredients. In fact, Lupin uses the same enteric coating that is on Oracea. There is no credible evidence that that coating is weak.

In fact, Lupin used a coating that falls squarely within the range allowed in the patents and the testing will show that. There's no way to reconcile Galderma's theory, again, that somehow 8 milligrams of those DR beads completely and immediately fail but 10 milligrams continue to work perfectly.

But on top of that, we tested that theory. Galderma didn't. We tested this pH 4.5 subset theory. We gave Lupin's capsules to an independent testing laboratory to see what would happen. Galderma conducted no testing in this case on hundreds

of capsules and thousands of beads. We took their theory. We
don't agree that this pH 4.5 subset test is a proper test, but we
said let's test it and see what happens.

And when we did, the results came back from the
independent testing laboratory and it showed no additional
immediate release from the DR beads. None. None of those beads
failed much less completely and immediately. So there's no
support, and we disproved this subset theory.

And with that, Your Honor, all the rest of their case
falls, including the blood level theory. They then have a backup
theory where they say the blood levels corroborate the ratios
because Lupin's ratio is somehow similar to Oracea but that all
depends on the subset that somehow there's this subset of 8
milligrams of the DR beads not working.

We disproved that. On top of that, the evidence will
show you can't seriously infer composition ratios from looking at
blood level.

So Your Honor, we submit at the end of the day,
Galderma's infringement theories are not based on science or
facts or hard data. They're based on assumption. And their key
assumption that somehow Lupin's 22:18 product at pH 1.1 somehow
transforms into a 30:10 product at pH 4.5 is not supported, it's
wrong, and it's been disproven by our 4.5 pH rebuttal testing.

So we submit we'll be left with one simple truth at the
end of this case and that is that using the same test and

conditions from the prior cases from the Amneal and Sun cases
that used that pH 1.1 condition to confirm the IR DR ratio there
will be no general dispute that Lupin's product does not
infringe.

And I'd like to emphasize that point again.  If we used
the patent test, the test out of their own patent that was also
used in the Amneal and Sun litigation, there's no serious dispute
Lupin's product functions as 22:18.  And you don't have to take
my word for it, Your Honor.  We have a slide to prove it.  This
is DDX 1, Slide 3.  This is right from Galderma's own statement
of facts, Paragraph 106.

The data at pH 1.1, that's the same condition and test
used in their own patent used in the Amneal and Sun litigation.
It's also an industry standard test from the FDA, from the US
Pharmacopeia, which is the standard setting organization for all
pharmaceuticals in the United States.  It's the test they use on
Oracea.

At this test, they admit that Lupin's product releases
approximately 50 percent at 30 minutes and 54 percent at 120
minutes.  And they further admit that's coming from the immediate
release portion.  That equates to a 22 milligram immediate
release product, 18 milligrams delayed release.  Not even close
to the 30:10.

With that, Your Honor, I'd like to just highlight the
few points in our affirmative case, and I'd like to start with

some discussion about the patent. We didn't hear a whole lot of discussion about the patent and the composition ratios. We heard a little bit about blood ratios, nothing about this.

At a very high level here on DDX 1, Slide 5, the summary of the invention says, in yellow, it's a pharmaceutical composition of doxycycline and it consists of an IR, or immediate release component, in purple. I think that's purple. I apologize. It's not showing up well. And in blue, a DR component.

And those can be combined in a unit dosage form at a preferred ratio. And the most preferred ratio in the patent is what you see here, 75 to 25 IR to DR. And that simply means at a 40-milligram dose, 75 percent is IR, 25 percent is DR. And that translates into 30 milligrams IR, 10 milligrams DR, so 75:25 is the same as 30:10.

Now the patents teach the skilled person exactly how to make those components to start with the immediate release or IR, and we have it in its most simplest form here in example 1 on Slide 6. And an easy way to do it is to take a dispersion of doxycycline and polymer and spray it on to a sugar seed or bead. And that makes what the patent calls an IR bead.

That IR bead can then be tested, the patent tells the skilled person exactly how to did it. It's here in Figure 1 on Slide 7, so we will jump to that. This is a figure we didn't hear anything about during their opening. They don't want to

talk about this at all. This is their own test. And I will say, Your Honor, it's highly unusual for a patentee to criticize their own test and run away from it. Usually they're dying for the Defendant to use their test.

And that's what we did. This is a dissolution test or a release profile test. It's pH 1.1 condition measuring at 10, 20, 30 minutes, they tested the IR beads and you can see, based on that curve, at 10, 20, and 30 minutes, these IR beads release virtually all of their drug, as they were intended, designed and manufactured.

The patent also teaches how to make delayed release or DR -- this is example 2 on Slide 9. And again, this is a fairly simple process where you take the IR bead from the prior example and then you spray an enteric or delayed release coating onto it, and that's a special coating, Your Honor, that is made to delay release in the acidic condition of the stomach and then allow release later on in the intestine with a higher pH.

And here a very simple way to do it is to apply this Eudragit L 30 D-55 enteric coating. It's actually the exact same coating on Lupin's product and Oracea, the commercial embodiment product. So you take that coating, you spray it onto the IR bead and now you have a delayed release or DR bead.

And again, as you can expect, the patent teaches how to test for delayed release and it points us to Figure 2. Here we have another test Galderma doesn't want to talk about. It's a

dissolution release profile test, but this is two stages.  So
this starts out at pH 1.1 through 2 hours and then it goes up to
pH 7.0 in the --

            THE COURT:  These are all in vitro tests; right?  The
time is running from the time you put it in a petri dish, not
from the time --

            MR. RAKOCZY:  Correct, Your Honor.  These are industry
standard tests for how you measure both IR and DR.  And in the
first part, the 2 hour at 1.1, that is meant to show you how this
drug would function upon administration, meaning how would the
drug dissolve and release from the dosage form upon
administration.  And here in Figure 2, they are testing the DR
beads.  And as you can see, as manufactured and intended, during
the first 2 hours of pH 1.1 DR beads are releasing no drug
whatsoever.

            But then when it switches over to the higher pH that
you would see in the intestine the DR bead is releasing
substantially all of its drug as you would expect as it was
manufactured.

            And then finally, we have the combination capsule.
Here on slide 12 this is example 3.  And put simply, you take the
ratio of the beads that you want and you fill the capsule.  The
most preferred ratio in this example, again, is the 75 percent IR
or 30 milligrams IR and 25 milligrams DR -- or I'm sorry.  10
milligrams DR or 25 percent DR and you put those into the

capsule.

And we have a test for that as well. The patent points us to Figure 3 as we see here on Slide 13 and in Figure 3, that's exactly what they do, Your Honor. They take that 40 milligram capsule and they put it into the two-stage test and at pH 1.1 at the 1-hour and 2-hour time points, you see that this capsule is releasing approximately 75 percent immediately or 75 percent IR as they put into it and as it was manufactured. And then it's releasing the remainder of its drug thereafter in the higher pH or the 25 percent DR. So this test is confirming that, in fact, upon administration, this capsule is releasing as it was intended to, as it was made.

Now, let's very briefly look at the asserted claims and how these concepts are used. I won't belabor this, we've already looked at it. But again, Claim 1, an oral pharmaceutical composition consisting of in purple 30 milligrams IR and 10 milligrams DR. And the broadest claims, Your Honor, are about 30 to 10 and that makes for a variance of a 10 percent at most, so our broadest claims are about 30:10. And something I want to emphasize here.

This 30:10 composition ratio, it's obviously a separate and independent obligation or requirement of the claims for all purposes including infringement. And it was also critical to the issuance of these claims. The applicants originally tried for a claim to any composition that gives the claim steady state blood

levels.  A hard stop.  No dose limitation.  No component
limitation.  No ratio limitation.  And we see that broad Claim 1
here on Slide 18.  This goes all the way back to April of 2003.
Claim 1, any composition that hits the blood levels.  Full stop.
Claim 7 did have the IR/DR ratio, but it was extremely broad,
about 99 to 1 to 70:30 so basically covering anything.

They couldn't get these claims.  The patent office
never allowed these in this form.  They were rejected and through
a series of amendments, here on Slide 19, we finally see the
30:10 IR/DR claims that we know today.  But even these claims
were not originally allowed.  And that's because the patent
examiner found a 23 to 16 IR to DR composition in the prior so
she rejected the claims on the ground that 23 to 16 IR to DR was
about 30 to 10.

The applicants obviously cried foul and said that can't
be the case because 23 to 16 is over 30 percent different from
about 30:10.  And told the examiner in no case would the skilled
person think a variance of 30 percent or greater is accomplished
by about.  So basically they said, 23:16 not covered by our
claims.  They disclaimed that.  And the only reason I bring it
up, Your Honor, is because we believe the evidence will show
Lupin's product is 22:18.  That is even further away from 30:10
than 23:16.  So if we prove, and we believe we will, Lupin is
22:18, that does not infringe 30:10 literally or under any
reasonable scope of equivalence.

09:27:40AM 1        I'd like to just touch upon what the evidence will show

09:27:42AM 2   on Lupin's product.  I believe much of this should not be in

09:27:46AM 3   serious dispute beginning with paragraph 61 of Galderma's

09:27:51AM 4   statement of facts.

09:27:52AM 5        THE COURT:  By the way, that ratio then distinguishes

09:27:54AM 6   your case from the other precedents when you mentioned 26 and

09:27:59AM 7   some other numbers that many of those were not within this as you

09:28:05AM 8   read it safe harbor.

09:28:09AM 9        MR. RAKOCZY:  Correct, Your Honor.  We're far, far away

09:28:10AM 10  from the prior cases and we're far away even from the the 23:16

09:28:13AM 11  and the prosecution history.  Galderma admits, Your Honor, that

09:28:18AM 12  the Lupin product is, in fact, designed and manufactured as a 55

09:28:21AM 13  percent, 45 percent IR to DR product.  In short, Lupin takes 55

09:28:27AM 14  percent IR beads and then they set aside 45 percent which they

09:28:35AM 15  then enteric coat to make DR beads.  So it's a 55:45 ratio

09:28:39AM 16  product.  And that translates into 22 milligrams immediate

09:28:42AM 17  release 18 milligrams DR.

09:28:44AM 18       So 55:45 is 22:18.  And that's exactly how the Lupin

09:28:51AM 19  product functions according, again, to industry standard tests,

09:28:56AM 20  the tests from the patent, the tests that they use on Oracea.

09:28:59AM 21  Here on Slide 23, we have a couple things on the left.  We have

09:29:04AM 22  the Court's constructions of IR portion and DR portion.  And

09:29:09AM 23  again, IR portion being that functional part, any part that

09:29:13AM 24  releases immediately upon administration with no delayed effect.

09:29:17AM 25       And the DR portion being functional that which delays

09:29:21AM 1    release to a time other than immediately following

09:29:26AM 2    administration.  On the right what we've done is we have a patent

09:29:29AM 3    Figure 3.  We have the dissolution test and we have two sets of

09:29:34AM 4    data.  In black, that graph is the 30:10 claimed composition.

09:29:39AM 5    And as we saw earlier, you can see that in pH 1.1 it is releasing

09:29:45AM 6    approximately 75 percent of its drug as expected.  That's the way

09:29:49AM 7    it was made, 75:25 IR to DR and it's releasing the rest of the

09:29:54AM 8    drug thereafter.

09:29:56AM 9         In green, we plotted the actual Lupin ANDA exhibit

09:30:00AM 10   batch data.  This is the data actually from the ANDA submitted to

09:30:04AM 11   the FDA.  This is illustrative, Your Honor.  There are dozens of

09:30:10AM 12   tests with this exact same data submitted to the FDA, approved by

09:30:14AM 13   the FDA, it's unchallenged in this case.  Galderma has done no

09:30:18AM 14   testing.  This data clearly shows that at pH 1.1, the capsule is

09:30:25AM 15   releasing approximately 55 percent of its drug or 22 milligrams

09:30:28AM 16   immediate release, and then releasing the remainder at the higher

09:30:32AM 17   pH.  This data is undisputed.  No matter how we parse or analyze

09:30:38AM 18   this data, it's all the same.

09:30:40AM 19        Here on Slide 24 this is one example of the actual raw

09:30:44AM 20   numbers that went into the green plot on Slide 23.  Slide 24, we

09:30:52AM 21   have the raw numbers.  And you can see at 30 minutes, the Lupin

09:30:56AM 22   capsule is releasing 53 percent at 60 minutes, 55 percent at 120

09:31:00AM 23   minutes, 56 percent.  So an average of 55 percent release in

09:31:06AM 24   those time points, that is 22 milligrams immediate release.  The

09:31:10AM 25   Lupin product is functioning according to all of the tests in the

ANDA as 22:18.

You can see the stark contrast between the 30:10 product and Lupin's ANDA exhibit batches here on Slide 25. In purple, we have Oracea, the 30:10 product. Again, you can see releasing immediately around 75 percent or 30 milligrams. You see the Lupin products blue, red, and green. Those are composites of all of the ANDA exhibit batch data. And again, releasing starting at 30 minutes and going on anywhere from 50 to 55 percent. So 30 -- excuse me, 22 milligrams IR, 18 milligrams DR.

And there, Your Honor, we believe the evidence will show in the end Lupin's product is designed, made, tested and properly labeled as 22:18. I point this out on Slide 26 because this is a portion of Lupin's label where it clearly says each capsule contains 22 milligrams immediate release pellets and 18 milligrams delayed release pellets.

The FDA has approved this label and this ratio. They have approved it based on dozens of industry standard tests from the ANDA. They have approved it because it is true and accurate. Again, those results are unchallenged and the product has been approved by the FDA as 22:18 as properly labeled as 22:18.

THE COURT: Friend on the other side says it's based on a cherry picked subset of capsules that were produced.

MR. RAKOCZY: So, Your Honor, we're talking about two different sets. So the data we looked at slide 23 and slide 24,

this is not what he's referring to as cherry picked data. This is data right out of the ANDA submitted to the FDA.

What he's referring to is in rebuttal when they came up with this pH 4.5 theory, we thought to ourselves what's the best way to test whether Lupin's DR beads release in 4.5. We thought, why wouldn't you test them in pH 4.5> we gave them hundreds of capsules and thousands of beads. They tested none. Matter of fact, when we asked their expert at the dep, why didn't you test anything? He was instructed not to answer for privilege and he refused to answer.

All we know is they've disclosed no testing in this case whatsoever. If they did testing, we don't know about it, they didn't disclose it. But we thought we're going to test this theory. We disagree that this is the proper test to do. So what we did was, because our exhibit batch samples had expired already, and we thought they'd criticize that if we tested those, so we had Lupin make a new smaller batch of ANDA product.

Mr. Avachat, the head of R&D at Lupin, will be here to testify that these 6,000 cap capsules were made the same way as the ANDA product. They are the ANDA product. They were made according to the same processes, they contain the same ingredients and the same amounts. We then took those capsules and gave them to an independent laboratory. They tested them and this is what they saw in pH 4.5: 55.4 percent release from Lupin. That's all from the IR portion. None of the DR beads

failed, much less completely and immediately, as their theory posits. So we believe this completely disproves their pH 4.5 theory.

Putting that aside, Your Honor, I don't want the Court to ignore the fact that using the patent test, that's what we're looking at. The patent test, this is the test from Amneal, the test from Sun. This is actually FDA's test, USP test and Oracea's test. These capsules perform as 22:18 and you will hear no challenge to these results, not a single challenge. They agree with these results.

So we believe that the evidence shows Lupin is 22:18 according to unchallenged dozens of tests submitted to the FDA and even if we want to throw the capsules in pH 4.5 they are showing 55 percent release, immediate release, 22:18. So no matter how you look at it, these don't infringe and, Your Honor, I want to pause and emphasize that again.

If they really thought this pH 4.5 theory had legs, they could have tested it. They could have taken the capsules and the beads and put it in pH 4.5 like we did. We went out of our way to make more capsules to try and give them the benefit of the doubt and test their theory and now they're complaining about that. They tested nothing. We gave them the original ANDA samples, they didn't test them. We gave them samples of this new batch. They didn't test them. We did and we disproved their 4.5 theory.

So with that, Your Honor, I will end as I began and that is if you use the test from the patent and the test from the prior cases, we submit there's no genuine dispute that Lupin product functions as 22:18 or 22 milligrams immediate release 18 milligrams delayed release. That's not even close to 30:10 literally or under any reasonable scope of equivalence.

Before I step down, Your Honor, I would like to briefly introduce the live witnesses we will call. The first will be Mr. Makarand Avachat. He is the executive vice president of pharmaceutical R&D, and he oversaw the development of the Lupin product.

The second is Ms. Vivian Gray, an expert in dissolution testing of pharmaceutical compositions.

And the third is Dr. Graham Buckton, an expert in formulation development and pharmaceutical composition testing. Thank you, Your Honor.

THE COURT: Wonderful. Can you give me just a vague estimate of how long you think each of these live witnesses will take?

MR. RAKOCZY: Mr. Avachat will be approximately 50 minutes to an hour. Ms. Gray will be about 45 minutes, 50 minutes. And then Dr. Buckton will be much longer, 3 to 3 and a half hours.

THE COURT: All right. Very good. Thank you for that. Plaintiff proceed.

09:38:12AM 1     MR. COCHRAN:  Your Honor, Plaintiffs call Dr. Edward
09:38:16AM 2  Rudnic.
09:38:18AM 3     THE COURT:  Please.  Do you have a rough estimate of
09:38:25AM 4  the length of direct examination here?
09:38:29AM 5     MR. COCHRAN:  We will be approximately 2 hours, Your
09:38:29AM 6  Honor.
09:38:49AM 7     MR. RAKOCZY:  Under the pretrial order we were supposed
09:38:51AM 8  to raise objections before the examination starts.  I have just
09:38:55AM 9  several to some exhibits.  I think some have been taken care of
09:38:58AM 10  already.
09:38:59AM 11     THE COURT:  Why don't you hand up those books and then
09:39:02AM 12  the Plaintiff will hand out the books for the witness and then I
09:39:05AM 13  can look at the exhibits that we're talking about.  It will help
09:39:08AM 14  me while Mr. Rakoczy is discussing them.  Review those before we
09:39:18AM 15  swear the witness.
09:39:18AM 16     MR. RAKOCZY:  Your Honor, may I approach?
09:39:33AM 17     THE COURT:  What exhibits would you like to draw my
09:39:35AM 18  attention to?
09:39:36AM 19     MR. RAKOCZY:  Yes, Your Honor, four exhibits.
09:39:39AM 20     THE COURT:  We've have already talked about Schneider.
09:39:43AM 21     MR. RAKOCZY:  Four slides that were Schneider and those
09:39:46AM 22  are PDX-2.13, 14, 66 and 67.  And so unless Your Honor would like
09:39:54AM 23  to hear anything else on Schneider, I can move on to the other
09:39:58AM 24  ones.  Four of these slides, PDX-2.53, 55, 61, and 62 again.
09:40:06AM 25     THE COURT:  Sorry.  Are those slide books that will

09:40:10AM 1   help me to see the slide books, too, because he's referring to

09:40:15AM 2   them by slide?  So go over the first one.

09:40:25AM 3          MR. RAKOCZY:  Schneider was PDX-2, Slide 13, 14, 66,

09:40:41AM 4   and 67.

09:40:45AM 5          THE COURT:  Some of these Kalantzi.

09:40:52AM 6          MR. RAKOCZY:  Yes, we are not objecting to Kalantzi.

09:40:58AM 7          THE COURT:  To the extent these are substantiated by

09:41:00AM 8   Kalantzi that's fine.  What was the next?

09:41:02AM 9          MR. RAKOCZY:  The next set were more of the bell curve,

09:41:06AM 10  Your Honor.

09:41:07AM 11         THE COURT:  Which again, I'm okay allowing as a

09:41:09AM 12  demonstrative cartoon now understood not to scale.

09:41:15AM 13         MR. RAKOCZY:  My issue now, Your Honor, is it changed.

09:41:19AM 14  It started -- if you look at PDX-2, Slide 53, they now have

09:41:24AM 15  started to add numbers to it on both.

09:41:29AM 16         THE COURT:  I don't see a number on 53.

09:41:32AM 17         MR. RAKOCZY:  I'm sorry, Your Honor.  Slide 55 and 56.

09:41:37AM 18  They're now adding numbers and a cross hatch graph.

09:41:41AM 19         THE COURT:  This is just -- appears to be speculation.

09:41:48AM 20         MR. RAKOCZY:  We submit it is.  It's one thing in our

09:41:51AM 21  view to mention a bell curve, it's another to attempt to start to

09:41:54AM 22  make -- what appears to be implying actual distributions here.

09:42:01AM 23         MR. COCHRAN:  Your Honor, these are the averages.  The

09:42:04AM 24  Lupin 18 percent Oracea --

09:42:07AM 25         THE COURT:  I think the witness is testifying to this.

09:42:09AM 1    I think it's more a question of whether the witness has any

09:42:12AM 2    foundation or whether it's speculation as to whether these

09:42:16AM 3    numbers belong at these peaks.

09:42:19AM 4            MR. RAKOCZY:  Well, he can -- Your Honor, the 18

09:42:20AM 5    percent and the 30 percent are the average coating weights on the

09:42:24AM 6    products, but what he's done is he's put that at the top and then

09:42:28AM 7    drawn extremely wide bell curves of distribution of -- between

09:42:34AM 8    weakly coated and more robustly coated and then put the cross

09:42:38AM 9    hatching --

09:42:39AM 10           THE COURT:  But then he's suggested that the

09:42:41AM 11   distributions barely overlap in the middle.  And so I'm not going

09:42:44AM 12   to treat the overlap that's for which it doesn't seem like

09:42:50AM 13   there's a basis.  Like, yes, these are average coating weights,

09:42:53AM 14   but as to how that plays out, how far apart the curves are, etc.,

09:42:59AM 15   you know, there's a foundation -- there's going to be a

09:43:01AM 16   foundation issue.

09:43:04AM 17           MR. COCHRAN:  There's a -- Dr. Rudnic, I'll be asking

09:43:05AM 18   him about these curves.  These are exemplary curves and he'll be

09:43:11AM 19   testifying.

09:43:11AM 20           THE COURT:  Okay.  We're going to use this as a

09:43:13AM 21   demonstrative and talk about the foundation for it.

09:43:13AM 22           What else?

09:43:17AM 23           MR. RAKOCZY:  My last two objections, Your Honor, are

09:43:19AM 24   just to, for the record, I want to renew them so that they are

09:43:21AM 25   not waived.  And that is Slide 68 and 69 are the subject of our

MIL or motion in limine Number 1.  And I just want to put on the record that we renew our motion in limine as to use of any time points, such as 150 minutes, 180 minutes and 240 minutes to prove immediate release.

THE COURT:  I think they're not dispositive.  It may be that there's an inference to be drawn, that inference may well be weak, but the Court is mindful of the, you know, roughly, 30-minute time for immediate release as the dispositive one as I have construed the claim.  So I don't think that makes it inadmissible, but it certainly goes to the weight.

MR. RAKOCZY:  Understood, Your Honor.  We just wanted to preserve that objection.

And then the last objection I had was Slide 73.  And this is just to renew our Daubert objection to testimony, any testimony attempting to infer composition ratios from mean plasma concentration data, which was the subject of our Daubert.  Again, I understand Your Honor denied it, but I just want to renew it for the record.

THE COURT:  Look, the ultimate test is whether they infringe the terms of the patent.  Mr. Flattmann's opening statement went hard on things and, you know, the FDA and blood levels and the like.  That's not the governing legal test as to whether they want to draw inferences from them.  You know, there's plenty of room to dispute how strong an inference I should draw from them.  I don't think it makes it inadmissible.

MR. RAKOCZY: Understood, Your Honor. Thank you.

THE COURT: All right. Please go ahead and swear the witness.

EDWARD RUDNIC, called and sworn.

THE COURT: Good morning, Mr. Rudnic. She's the most important person in the room. If she can't hear you, it doesn't wind up on the record. So please be sure not shaking your head or nodding your head. If at any time you can't hear anybody, let us know.

If you want to take a break, we're going to take a midmorning break sometime in the next hour, bathroom break, anything else, that's absolutely fine. And I will let people in the courtroom, by the way, I'm not bothered if some of you need to slip out quietly and go to the restroom and come back. Just do it unobtrusively.

But we'll take a break and let us know if there's a time that either of you need to take it or it's a very logical time to take it. Counsel may figure out a time before transitioning to some other topic that makes sense to take a break in half an hour or 45 minutes or whatever. And I will defer to you and let you go.

MR. COCHRAN: Thank you, Your Honor.

THE WITNESS: Before we start, can I try the microphone?

THE COURT: Yes.

DIRECT EXAMINATION

BY MR. COCHRAN:

Q.   Good morning, Dr. Rudnic.  Just for the record, please state your full name.

A.   Edward Michael Rudnic.

Q.   How to you spell your last name?

A.   R-U-D-N-I-C.

Q.   I understand you will be using a demonstrative to assist you in your testimony today; is that correct?

A.   Yes, sir.

Q.   Who prepared those?

A.   I did with assistance of counsel.

Q.   Where are you currently employed, Dr. Rudnic?

A.   I am the chief operating officer and head of research and development for Maxwell Biosciences in Austin, Texas.

Q.   What does Maxwell Biosciences do as a business?

A.   We discover and develop new chemical entities for antiinfectives.  Mostly antibacterials and antifungals at the moment.

Q.   Can you please describe your educational background, starting with your undergraduate degree.

A.   I have a Bachelor's of science in pharmacy, which allowed me to become a registered pharmacist.  I went on for a Master's of Science in pharmaceutics.  And then a Ph.D. in pharmaceutical sciences all from the University of Rhode Island.

Q.    What year did you earn your PH.D?

A.    1982.

Q.    Can you briefly describe your professional experience.

A.    I started with about one-year onsite research internship at Merck in Pennsylvania, while I was in graduate school, creating research information for my Master's degree.  I then, also, spent about 8 months onsite at Pfizer in New York doing additional research for my graduate degree.

Following graduation, my first full-time job was at Bristol Myers Squibb where I was in charge of a controlled release development laboratory.  So modified release dosage forms their evaluation, testing, and formulation.  I then moved from that position to be manager of pharmaceutical process development at Merck where my job was to manage the scale of all non-sterile dosage forms at the company.

So all tablets, capsules, ointments, creams, suspensions, liquids, powders, stuff like that.  Big job.  And we developed a lot of products at -- while I was there.  I played a major role in the development and ANDA filing of Claritin, a very successful cold and allergy product that's still on the market today.  Cumulative sales of that product and product line are about $40 billion.  So big deal.

I left that position when we had acquired Key Pharmaceuticals in Miami, Florida.  I was promoted to director of formulation development.  I went down to run the formulation and

development and scale-up activities down at what became known as Schering, Miami. I was responsible for those things for about 5 years. Left that position to become vice president and head of research for a small company called Pharmavene. And while I was at Pharmavene, I had invented three drug products; Adderall XR, Carbatrol and Equetro.

Those three products together caught the attention of Shire Pharmaceuticals, a British company who then acquired Pharmavene. I then became the head of US research for Shire. Preclinical research all the way through initial clinical studies, all the way through pivotal clinical study and post marketing studies. And that position I had all of the formulation development scale up and manufacturing at a pilot scale reporting to me. I had medical clinical regulatory affairs and basic research all reporting to me.

I had that position for about 3 years. When the chairman of Shire had convinced me to leave Shire, to start a new antibiotic company as the CEO, which they were funding through his venture fund. I started that company as Employee 1 and within 3 years took it public on the NASDAQ. It was the first S1 filing to go public post -- and was actually kind of an interesting ride on that IPO.

But it was an antibiotics company. I invented two antibiotics products there that ultimately won FDA approval. And I had left that company after 9 years as CEO and put it in the

09:51:48AM 1  hands of a marketing and sales team.  I went on to do some

09:51:52AM 2  venture work and hedge fund work.  Didn't particularly like that

09:51:56AM 3  much.  I liked operational roles better.  I came back to be the

09:52:00AM 4  chief operating officer, and ultimately CEO, of a publicly traded

09:52:07AM 5  Australian company called QRx, it's a pain company.  They were in

09:52:11AM 6  under duress and I took over the company as CEO at the request of

09:52:15AM 7  their board to see if I could save it with the FDA.  I couldn't.

09:52:19AM 8      So I left QRx and became the CEO of a pharmaceutical

09:52:26AM 9  technology company in Austin, Texas called DisperSol

09:52:31AM 10  Technologies.  This is a company with fabulous unique technology

09:52:36AM 11  for the improvement of dissolution and absorption of hard to

09:52:41AM 12  absorb drugs.  My role as CEO, and all over research company, was

09:52:48AM 13  to get the technology validated.

09:52:52AM 14      I was able to take two compounds, take it through Phase

09:52:57AM 15  1, Phase 2, and ultimately into Phase 3 clinical trials, where

09:53:01AM 16  they are today.  The company has decided to out -license those

09:53:06AM 17  compounds and turn the company into more of a services model.

09:53:13AM 18  And I'm not much on sales and marketing.  I decided to stick with

09:53:20AM 19  research and operations, so I moved over to Maxwell Biosciences

09:53:26AM 20  almost 2 years ago.

09:53:27AM 21  Q.   Are you still doing research?

09:53:29AM 22  A.   Every day.

09:53:31AM 23  Q.   Do you also hold any academic positions?

09:53:34AM 24  A.   I am the assistant associate -- no.  Associate Professor of

09:53:42AM 25  Pharmaceutics at the University of Maryland and associate

professor of Pharmaceutics at the University of Rhode Island.

Q.    Have you published any scientific literature?

A.    I have over 20 publications in peer review journals.  And seven book chapters in standard reference textbooks, such as Remingtons and Modern Pharmaceutics.

Q.    What is the general subject matter of those publications?

A.    Starts with oral solid dosage forms, coating tablets, capsules, pellets, drug delivery, novel drug delivery systems, quality control scale up, it's polymer science.  And quality control.

Q.    When you say "polymer science," what do you mean?

A.    Early in my career I did a fair amount of research on the impact of molecular structure variations of polymers and how that affected those polymers' ability to either enhance or suppress drug delivery in the body.

Q.    Are you involved in any professional organizations related to pharmaceuticals?

A.    Yes, I am a charter member of the American Association of Pharmaceutical Scientists.  I have been very active in that organization since its founding.  And I've been involved in various discussion groups, working groups and invited to lecture at the Arden House Conference, which is very prestigious thing.

        I have also been an invited lecturer at various APS events, such as the Land O Lakes conferences and the national meetings.

Q.   Any other professional organizations?

A.   I am a fellow of the United States Pharmacopeial Convention and I am also the past vice chair of biotechnology for the tech counsel of Maryland.  And the past chairman or chairman emeritus of the tech counsel of Maryland.

Q.   What does it mean to be a fellow of the USP?

A.   It's a very prestigious thing.  I wasn't aware of how difficult it was to get it at the time, but they choose relatively young researchers that have done a lot of very important work on drug standards or material specifications.  And my work on polymers caught their attention and I was awarded a fellowship.

Q.   Thank you.  And what does it mean to be the chairman of the Tech Council of Maryland?

A.   This is actually a very prestigious role.  So the Tech Council of Maryland is the largest traded association in that state.  It represents about 400,000 jobs in a state of 8 million people.  And it represents high technology companies, so think Lockheed Martin, NASA and IBM and biotech companies.  So think AstraZeneca, Amgen and hundreds of small biotech companies and I was elected by peer CEOs.

Q.   Are you the name inventor on any patents?

A.   Yes, I am the inventor or coinventor on 58 issued US patents.  I was recently informed that the patent office has granted claims on number 59, so that should issue already -- paid

09:57:21AM 1   the issue fee, so should issue soon.  So 58 going on 59 and there

09:57:27AM 2   are 12 pending along with about 250 international patents and

09:57:33AM 3   publications that are related to those 58.

09:57:36AM 4   Q.    Thank you.  Of the drugs you have worked on over your

09:57:39AM 5   career, how many have you commercialized?

09:57:42AM 6   A.    Over 80 products.

09:57:46AM 7   Q.    Collectively, how much in cumulative sales of those 80

09:57:52AM 8   commercialized products earned?

09:57:53AM 9   A.    Last time I checked was well over $100 billion.

09:57:57AM 10  Q.    And of those over 80 commercialized products, how many were

09:58:01AM 11  you the lead inventor on?

09:58:03AM 12  A.    Seven.

09:58:03AM 13  Q.    Can you name them?

09:58:13AM 14  A.    Adderall XR, Carbatrol, Equetro, UNI-DUR, Moxatag, GoodNight

09:58:13AM 15  and GI Comfort.

09:58:15AM 16  Q.    How common is for someone to be the lead inventor on seven

09:58:19AM 17  commercialized drug products?

09:58:20AM 18  A.    It's not common.  I have worked with a lot of incredibly

09:58:25AM 19  smart and dedicated people that have worked their entire careers

09:58:29AM 20  and never had a drug product get on the market.

09:58:32AM 21       THE COURT:  How much of those involved extended

09:58:33AM 22  release.  I'm guessing --

09:58:35AM 23       THE WITNESS:  All of them, Your Honor.  All of them.

09:58:35AM 24  BY MR. COCHRAN:

09:58:39AM 25  Q.    So what challenges are there in commercializing drug

09:58:43AM 1  products containing delayed release components?

09:58:46AM 2  A.   Quite a bit.  As I mentioned, it's not uncommon to have

09:58:50AM 3  people work in this industry and never have a drug product get to

09:58:55AM 4  the market, because of toxicology issues or other things that

09:58:58AM 5  happened during the normal course of development.  But when you

09:59:00AM 6  modify the release of compounds, more things can happen.

09:59:07AM 7         I've seen extended release, modified release dosage

09:59:11AM 8  forms cause toxicity that you didn't see before.  I have seen

09:59:16AM 9  therapeutic failure that you didn't see before with an immediate

09:59:19AM 10 release.  So added risk starts to come when you start to do those

09:59:24AM 11 things.

09:59:25AM 12 Q.   Dr. Rudnic, do you have a witness book containing documents

09:59:29AM 13 that you intend to use today?

09:59:31AM 14 A.   Yes.

09:59:32AM 15 Q.   Let's turn to PTX-214.  It's Tab Number 1.

09:59:38AM 16        Do you recognize this document?

09:59:40AM 17 A.   Yes.

09:59:41AM 18 Q.   What is it?

09:59:44AM 19 A.   It is a reasonably recent version of my CV.

09:59:50AM 20 Q.   Does your CV fairly and accurately summarize your education,

09:59:54AM 21 employment, publications and professional accomplishments?

09:59:58AM 22 A.   Yes.

09:59:59AM 23        MR. COCHRAN:  Your Honor, Plaintiffs would like to

10:00:01AM 24 offer PTX-214 into evidence.

10:00:04AM 25        THE COURT:  Any objection?

10:00:05AM 1    MR. RAKOCZY:  No objection.

10:00:07AM 2    THE COURT:  So entered.

10:00:07AM 3    (Exhibit Number PTX-214 was admitted.)

10:00:10AM 4    MR. COCHRAN:  We would also like to offer Dr. Rudnic as

10:00:13AM 5  ane expert in invention, design, development, testing,

10:00:14AM 6  manufacturing and commercialization of drug products, including

10:00:18AM 7  pharmaceutical formulation.

10:00:20AM 8    THE COURT:  Any objection or request for voir dire?

10:00:23AM 9    MR. RAKOCZY:  Subject to the grounds stated in our

10:00:29AM 10  Daubert motion, which we understand Your Honor denied, we have

10:00:29AM 11  no objection.

10:00:34AM 12    THE COURT:  You may proceed.

10:00:34AM 13  BY MR. COCHRAN:

10:00:35AM 14  Q.    Can you provide a high-level summary of the issues in this

10:00:39AM 15  case?

10:00:39AM 16  A.    Yes.  My opinions can be pretty much summarized into two

10:00:47AM 17  statements.  One is that the asserted patent claims cover a

10:00:51AM 18  modified release formulation of doxycycline, which contains a

10:00:55AM 19  30-milligram immediate release portion and a10-milligram delayed

10:00:58AM 20  release portion.  And Lupin's non-infringement defense rises and

10:01:04AM 21  falls with the amount of immediate release and delayed release

10:01:07AM 22  doxycycline it alleges in its formulation.

10:01:10AM 23  Q.    Can you walk us through some of the concepts that you plan

10:01:13AM 24  to speak about today?

10:01:15AM 25  A.    Sure.  So first I'm going to talk about the scientific

background and there's -- it's important to talk about a variety of things. The most important things to talk about in vitro dissolution testing and its limitations. There are limitations to in vitro testing.

So every test, every set of data tells you something, but it's important to understand what it doesn't tell you. It's important to understand what its limitations are and I am going to talk about that.

In addition, doxycycline has a very pronounced absorption window. It's been well documented over the last 30 years and it's been well documented in the Oracea NDA, so this is something that's been discussed at virtually every case for doxycycline since 2011.

I'm going to talk about the product overview, what Oracea and Lupin labels tell us about each product. And again, as Mr. Flattmann outlined at the beginning, the only real dispute is the quantities of IR and DR. In terms of infringement, what I'm going to talk about is Lupin's design and how it functions, renders it to be a 30-milligram IR and 10-milligram DR and as a result, it infringes the asserted claims.

Q.   Thank you, Dr. Rudnic.

Let's talk about the scientific background a bit, starting with in vitro dissolution. How does the USP website define in vitro dissolution testing?

A.   They say that a dissolution experiment evaluates the rate

10:02:54AM 1    and extent that a compound forms a solution under carefully

10:02:58AM 2    controlled conditions.

10:02:59AM 3    Q.   Thank you.  Can you please turn to PTX-143 in your witness

10:03:04AM 4    book.  This is Tab 2.

10:03:06AM 5    A.   Yes.

10:03:07AM 6    Q.   Do you recognize this document?

10:03:08AM 7    A.   Yes.

10:03:09AM 8    Q.   What is it?

10:03:11AM 9    A.   It is an excerpt from the USP website talking about

10:03:15AM 10   dissolution test.

10:03:16AM 11   Q.   Did you consider PTX-143 in forming your opinions in this

10:03:21AM 12   case?

10:03:21AM 13   A.   Yes.

10:03:22AM 14         THE COURT:  Remind me what USP is.

10:03:29AM 15         THE WITNESS:  United States Pharmacopeia for drugs and

10:03:32AM 16   materials used in pharmaceutical products.

10:03:34AM 17         MR. COCHRAN:  Plaintiffs would like to offer PTX-143

10:03:37AM 18   into evidence.

10:03:38AM 19         THE COURT:  Any objection?

10:03:39AM 20         MR. RAKOCZY:  No objection.

10:03:39AM 21         THE COURT:  So admitted.

10:03:39AM 22         (Exhibit Number PTX-143 was admitted.)

10:03:39AM 23   BY MR. COCHRAN:

10:03:42AM 24   Q.   Dr. Rudnic, what information is in vitro dissolution testing

10:03:47AM 25   designed to provide?

A.   Well, it is used to assess the lot-to-lot quality of drug products.   It guides development of new formulation and ensures continuing product quality and performance after certain changes.

Q.   Can you please turn to PTX-163.   This is tab 3.

A.   Yes.

Q.   Do you recognize this document?

A.   Yes, this is the FDA guidance for industry on dissolution testing of immediate release solid oral dosage forms.

Q.   And is this the FDA guidance you're referencing on your slide?

A.   Yes.

     MR. COCHRAN:  Your Honor, I would like to offer PTX-163 into evidence.

     THE COURT:  Any objection?

     MR. RAKOCZY:  No objection, Your Honor.

     THE COURT:  Admitted.

     (Exhibit Number PTX-163 was admitted.)

BY MR. COCHRAN:

Q.   Dr. Rudnic, what are the limitations of in vitro dissolution testing?

A.   It's important, especially for the purpose of this case to note that their primary purpose is quality control.  The Lupin experts continually try to point to the fact that certain times of release in dissolution testing are one-to-one relationships what happens in the body.  That is not true.  In fact, the FDA

10:05:12AM 1    and the USP are very clear their discussions about their test

10:05:21AM 2    that that is not the case.

10:05:23AM 3        So it's important to understand that what these in

10:05:27AM 4    vitro release tests are meant to be, they're quality control

10:05:31AM 5    tests.  I've said this consistently throughout this case.  Now

10:05:35AM 6    failure of these tests is a concern.  But one to one being able

10:05:44AM 7    to tell exactly what is released in the body based on these tests

10:05:49AM 8    is not true.  The apparatus design is not the same as what

10:05:53AM 9    happens in the human body.  The human stomach is, roughly, got

10:05:59AM 10   about 250 MLs of gastric fluid in it.

10:06:05AM 11   Q.   What do you mean by MLs?

10:06:07AM 12       THE COURT:  Quarter of a liter.  I understood.  Go on.

10:06:09AM 13       THE WITNESS:  Yes, sir.

10:06:10AM 14       So the testing vessel holds about 900 MLs, almost one

10:06:18AM 15   liter.  So in addition you have a paddle that stirs very slowly

10:06:26AM 16   at one revolution per minute, roughly.  And the agitation in the

10:06:31AM 17   stomach is a whole lot different.

10:06:34AM 18       The other thing is that the media for a lot of these pH

10:06:39AM 19   1.1 that doesn't exist in your stomach, it is meant to be the

10:06:44AM 20   fluid that your stomach actually exudes, but the pH of the

10:06:49AM 21   stomach, it if it were 1.1 you wouldn't have much of a stomach

10:06:53AM 22   left after a while, you would have a lot of holes in it.  So our

10:06:57AM 23   Mother Nature has given us buffers and salts and other things

10:07:01AM 24   that help protect the lining of our stomach from that gastric

10:07:05AM 25   fluid, and such, the pH is higher.  Typically about 2.2 at the

lowest to about 5 at the highest.

And I've been very consistent saying that if you want to pick a good average pH for the stomach, 3 is the number. But what we're going to show is that the pH of time of drug administration is a bit higher.

BY MR. COCHRAN:

Q. So in your opinion, Dr. Rudnic, can a person of ordinary skill in the art rely exclusively on in vitro dissolution testing?

A. No. In fact, if you could the FDA wouldn't require bioequivalence testing.

Q. Let's turn to PTX-137 of your witness book. This is tab 4.

A. Yes, I got it.

Q. What is this document?

A. This is also from the FDA website on dissolution methods and disclaimer.

Q. And did you rely on PTX-137 in forming your opinions in this case?

A. Yes.

MR. COCHRAN: Your Honor, Plaintiffs would like to offer PTX-137.

THE COURT: Any objection?

MR. RAKOCZY: No objection, Your Honor.

THE COURT: Admitted.

(Exhibit Number PTX-137 was admitted.)

BY MR. COCHRAN:

Q.    Let's also turn to PTX-145.  That's tab 5.

A.    Got it.

Q.    What is this document?

A.    This is a paper by Deanna Mudie, Gordon Amidon, and Greg Amidon from the University of Michigan, they're probably happy this morning.

Gordan Amidon is one of the best experts in terms of dissolution testing and what it means for evaluation in vivo and in this paper they outline limitations to in vitro testing and correlation to in vivo activity and performance.

Q.    Did you rely on this Mudie article in your testimony?

A.    Yes.

Q.    Did you consider --

MR. COCHRAN:  Your Honor, Plaintiffs would like to offer PTX-145 into evidence.

THE COURT:  Any objection?

MR. RAKOCZY:  No objection, Your Honor.

THE COURT:  Admitted.

(Exhibit Number PTX-145 was admitted.)

BY MR. COCHRAN:

Q.    Now Dr. Rudnic, is there an industry standard for basic drug release or testing basic drug release?

A.    Well, I would say no one standard, but probably the majority of immediate release dosage forms are tested at pH 1.1.  As I

10:09:34AM 1    pointed out, this is kind of the worst case pH that you can have.

10:09:40AM 2    This is the same pH of the acid that your stomach excretes but

10:09:45AM 3    not the pH that is in the stomach in general.  So for IR

10:09:50AM 4    products, this is probably the majority of testing.

10:09:55AM 5    Q.   Would you consider pH 1.1 a bio relevant pH?

10:09:59AM 6    A.   No, because it doesn't exist in the stomach as a general pH.

10:10:05AM 7    It is meant as a QC test.  The other thing is it typically runs

10:10:10AM 8    for at least 2 hours.  GI transit is certainly about an hour or

10:10:14AM 9    less.

10:10:15AM 10   Q.   Why would Lupin use pH 1. --

10:10:18AM 11        THE COURT:  GI transits over what part of the

10:10:22AM 12   gastrointestinal tract are you talking about --

10:10:22AM 13        THE WITNESS:  Sorry, Your Honor.

10:10:22AM 14        THE COURT:  From where to -

10:10:26AM 15        THE WITNESS:  Gastric.  So you start with the stomach

10:10:29AM 16   and the transit is somewhat less than an hour to go through the

10:10:34AM 17   pylorus into the intestinal tract.

10:10:37AM 18        THE COURT:  From entering the stomach to --

10:10:39AM 19        THE WITNESS:  From swallowing.

10:10:39AM 20        THE COURT:  From swallowing.

10:10:40AM 21        THE WITNESS:  From the time it leaves your stomach to

10:10:42AM 22   go into the small intestine.

10:10:47AM 23        THE COURT:  Okay.  The duodenum?

10:10:47AM 24        THE WITNESS:  Duodenum, yes.

10:10:49AM 25        THE COURT:  Got it.  Mouth, duodenum, one hour?

10:10:51AM 1      THE WITNESS:  Correct.

10:10:53AM 2          Now you then go into the duodenum and then at some

10:10:58AM 3  point, and this varies considerably depending on a lot of

10:11:03AM 4  factors, you then go into the duodenum and then ilium and

10:11:09AM 5  ultimately the colon and then it's out.

10:11:09AM 6  BY MR. COCHRAN:

10:11:13AM 7  Q.    So Dr. Rudnic, why would Lupin use pH 1.1 in their in vitro

10:11:20AM 8  dissolution testing?

10:11:21AM 9  A.    This is pretty much what the FDA asks you to do for

10:11:23AM 10  immediate release dosage forms.  Also when they do a modified

10:11:30AM 11  release dosage form they want you to do a mixed test where you

10:11:35AM 12  start with pH 1.1, again, a worst case for 2 hours.  And then

10:11:40AM 13  they recommend that you then test for 4.5 -- at pH 4.5 and all

10:11:47AM 14  the way up to about pH 7.5.

10:11:50AM 15  Q.    Why would they do that?

10:11:51AM 16  A.    Because they recognize that a lot of controlled release

10:11:55AM 17  dosage forms have a full day of drug in them and so they are

10:12:03AM 18  trying to look for dose dumping, which is a concern.  So you

10:12:07AM 19  don't want to have a big spike of a full day's dose of drug.  So

10:12:11AM 20  that's the purpose for testing at pH 1.1 for 2 hours, make sure

10:12:15AM 21  you don't have that dose dumping.  And that whatever controlling

10:12:20AM 22  mechanism you have is robust enough to get through the stomach.

10:12:25AM 23          In addition, you then -- the FDA then asks you to test

10:12:30AM 24  at pHs of 4.5 all the way to 7.5.  This is all through FDA

10:12:37AM 25  guidances that have been around for over 20 years.

Q.   Dr. Rudnic, if you wanted to test a product at a pH of the
stomach, what pH values might you use?

A.   I think you take a look at pHs at the extremes, probably
start at 1.1 and look at the other extreme 4.5, 5.  And some pH
in between, but certainly those extremes.

Q.   Let's turn to PTX-149 in your witness book.  This is tab 6.

A.   Yes.

Q.   What is this document?

A.   This is a paper by Lida Kalantzi.  She was a researcher in
Christos Reppas' group in Greece.

Q.   Did you consider PTX-149 in forming your opinions in this
case?

A.   Yes, I did.

        MR. COCHRAN:  Your Honor, Plaintiffs would like to
offer PTX-149 into evidence.

        THE COURT:  As I understand it, Kalantzi is agreed
upon; correct?  And Schneider, that was the subject of the
objection; right?

        MR. RAKOCZY:  Correct, Your Honor.  No objection to
Kalantzi.

        THE COURT:  Admitted.

        (Exhibit Number PTX-149 was admitted.)

BY MR. COCHRAN:

Q.   Dr. Rudnic, what does the Kalantzi article tell you?

A.   First let's talk about what Kalantzi did.  FDA requires that

when you test a drug product that you take 240 ML of water and
you take whatever test product you are going to test with that.
And so Kalantzi tested what actually would be the pH in the
stomach given the FDA testing parameters.

And so here, what they showed -- and unfortunately a
bunch of unfortunate graduate students participated in this trial
and they aspirated out gastric contents at 20 minutes, 40 minutes
and 60 minutes.  I'm glad I wasn't the grad student in that
study.

But what they showed is that at 20 minutes was the
first time they were able to put a tube down and take samples
out, is that you can see the pH range is pretty wide and this
makes sense because you start with 250 ML of gastric fluid at,
roughly, pH 2 to 2.2, 2.3, and then you add about an equivalent
volume of water, which is typically 7.  All right

So what's halfway between 2 and 7; 4 and a half.  So it
makes a lot of sense you're going to get there.  So what she
showed is that yeah, about the 75th percentile was right around 4
and a half.  And you can see that if you were to do some sort of
a regression looking backwards towards the Y axis, you'd be up
around that 4 and a half.  So -- and there are other -- other
people that have reproduced this.

Q.   Dr. Rudnic, before we move on to the next slide, at your
deposition you were asked if you found any other article that
corroborated Kalantzi.  Do you recall that?

A.    Yes.

Q.    And did you find one?

A.    Yes.

Q.    Let's go to Slide 14, please.

      Dr. Rudnic, what conditions did Lupin use in its bioequivalence studies?

A.    Well, they did exactly what the FDA required them to do, which is they had to administer 240 MLs of water to the subject, when they took either Oracea or their ANDA product and -- before they started testing.  So time zero they took 240 MLs of water and whatever test product they were about to start testing.

Q.    Now, why is that important?

A.    Because a person of skill in the art would know that pH 4.5 is physiologically relevant stomach pH and subjects would have a median pH of 4.5 upon drug administration immediately.

Q.    Let's all turn to PTX-191 in your witness book, Dr. Rudnic.  This is tab 8.

A.    Yes.

Q.    Do you recognize this document?

A.    Yes.

Q.    Can you tell us what it is?

A.    This is the report synopsis for the Lupin bioequivalence study, that we were just talking about.

Q.    Did you consider PTX-191 in forming your opinions in this case?

A.    Yes.

         MR. COCHRAN:  Your Honor, Plaintiffs would like to
offer PTX-191 into evidence.

         THE COURT:  Objection?

         MR. RAKOCZY:  Subject to our Daubert motion, Your
Honor, no objection.

         (Exhibit Number PTX-191 was admitted.)

         THE COURT:  You developed seven drugs.  Did you test
each and every one of them at 4.5 pH?

         THE WITNESS:  Yes, sir.  Yes, Your Honor.

         THE COURT:  As part of the approval process?

         THE WITNESS:  Many times, yes.   Yes, Your Honor.

BY MR. COCHRAN:

Q.    Dr. Rudnic, let's move on to another topic of scientific
background.  What is an absorption, window?

A.    So drugs in order to get into the bloodstream have to be
absorbed.  If they are absorbed at a certain part of your
intestinal tract, at a very high degree, but yet before that area
and after that area, you find a decrease, significant decrease in
absorption.  The area of high absorption is considered to be
called an absorption window.  All right.  So these occur for many
drugs.  There are some drugs where they don't occur, but for
doxycycline, yes.

Q.    So doxycycline has an absorption window?

A.    It sure does.

Q.     How do you know?

A.     Well, first of all, in every single case that I have done with Oracea over the years, the opposing side has thrown at us dozens of articles or book chapters talking about how there is an absorption window for doxycycline.  And in fact, most of these articles talk about in generalities about how it's in the upper part of the GI tract and there's one in particular that talks about it being in the duodenum.

          THE COURT:  Just a moment.  Let's go over some basic physiology here.  So the gastric is the adjective for stomach.  The pylorus is the exit from the stomach into the duodenum?

          THE WITNESS:  Yes.

          THE COURT:  The duodenum is the beginning of the small intestine?

          THE WITNESS:  Yes.

          THE COURT:  What are the parts that you count as the distal small intestine?

          THE WITNESS:  The Jejunum and the ilium.  So it goes, Your Honor, the stomach is not an absorptive organ.

          THE COURT:  Okay.

          THE WITNESS:  The purpose of the stomach is to take acid and enzymes and break down proteins into amino acids so that your body can then absorb them in your intestinal tract.  And then you can reassemble them into proteins that your body then needs.

10:19:49AM 1    THE COURT:  So the entirety of the small intestine

10:19:54AM 2  compromise of the duodenum, the jejunum and ilium?

10:19:58AM 3    THE WITNESS:  Yes.  And then you go to the large

10:19:59AM 4  intestine and the colon.

10:20:01AM 5    THE COURT:  Colon is a synonym for the entire large

10:20:05AM 6  intestine?

10:20:06AM 7    THE WITNESS:  Correct.  Gastroenterologists might have

10:20:13AM 8  slight issue with me there, but not much.

10:20:14AM 9  BY MR. COCHRAN:

10:20:14AM 10  Q.   What else can you tell us about doxycycline absorption

10:20:17AM 11  window?

10:20:18AM 12  A.   Well, in general this absorption window was known, but we

10:20:24AM 13  didn't know how much of an absorption window there was until the

10:20:28AM 14  folks that developed Oracea did what's called scintigraphic

10:20:33AM 15  study.  And I've done about 12 scintigraphic studies in my

10:20:38AM 16  career.

10:20:38AM 17    These are really specified high level and very

10:20:41AM 18  expensive studies.  What you do is you radio label the drug and

10:20:47AM 19  you then can follow it using gamma scintigraphy as to where the

10:20:53AM 20  drug is being absorbed in regions of the GI tract.  And for the

10:20:57AM 21  first time, the folks at -- who developed Oracea, show that all

10:21:01AM 22  the literature in animal studies earlier was correct.  Most of

10:21:07AM 23  the absorption does, indeed, occur in the early small intestine

10:21:11AM 24  in the duodenum.

10:21:12AM 25    But when you go to the jejunum and the ilium, you drop

10:21:16AM 1 to less than half. And then you go to the colon and you're below

10:21:21AM 2 5 percent. So this is a fairly, I would call, pronounced

10:21:27AM 3 absorption window.

10:21:27AM 4 BY MR. COCHRAN:

10:21:29AM 5 Q. So let's go to PTX-176 in your witness book. This is tab 9.

10:21:29AM 6 A. Yes.

10:21:36AM 7 Q. Do you recognize this document?

10:21:37AM 8 A. Yes.

10:21:39AM 9 Q. Is this the Scintipharma study you were just referring to?

10:21:43AM 10 A. Yes.

10:21:43AM 11 MR. COCHRAN: Your Honor, Plaintiffs would like to

10:21:44AM 12 offer PTX-176 into evidence.

10:21:49AM 13 MR. RAKOCZY: No objection, Your Honor.

10:21:50AM 14 THE COURT: Admitted.

10:21:50AM 15 (Exhibit Number PTX-176 was admitted.)

10:21:50AM 16 BY MR. COCHRAN:

10:21:53AM 17 Q. Dr. Rudnic, how is doxycycline absorption's window relevant

10:21:57AM 18 in this case?

10:21:58AM 19 A. Well, it's important to put this in the context of the Chang

10:22:04AM 20 patents. So the objective of Chang was to achieve a steady state

10:22:13AM 21 blood level high enough to be effective to have a beneficial

10:22:17AM 22 effect on the treatment of rosacea, which is reddening of the

10:22:21AM 23 skin. It's a type of acne. But not high enough to exert an

10:22:25AM 24 antibacterial effect. So at 0.1 micrograms per mL, it's been

10:22:31AM 25 well shown that you start to have an antiinflammatory effect

which calms down the redness in the face for rosacea.

However, at 1.0 micrograms per mL, right around there, you start to get antibiotic effect. Now remember, this is a product you'll probably take for the rest of your life, as long as you have rosacea. And if you were take an antibiotic every day, you would ultimately develop a superinfection in your gut and that is a life threatening condition.

THE COURT: This will not kill off gut flora. This will not lead to resistant superbugs or anything like that?

THE WITNESS: Correct. So as long as you stay within that range. And this is -- this is what the folks that developed Oracea found, is that that can only be achieved with a very specific ratio of 30:10 IR/DR. In fact, too much DR will overshoot that absorption window and you will have lower bioavailability. If you have too much IR, you'll peek too soon and you won't last as long and maintain that antiinflammatory effect for 24 hours.

So this is an absorption window that's very tight for a drug that has to have a very narrow window or you're going to start creating an antibiotic effect, you're going to create resistant bacteria, a superinfection, all sorts of bad stuff. All right? So important that you maintain it within this level, but also you're dealing with a drug that is very, very pronounced absorption window. You have to be very, very precise.

BY MR. COCHRAN:

Q.   What else might happen if you have too much immediate release doxycycline?

A.   Well, again, you would have the concern of antibiotic effect because you probably would breach that 1.0 micrograms per mL.  In fact, when they did some in silico modeling, the facts that developed Oracea showed that.

Q.   Let's move on to another topic.  What is your definition of a person of ordinary skill in the art?

A.   Well a POSA or a person of ordinary skill in the art is a person with education and experience in drug delivery and formulation science as it relates to what we are talking about here.  And that person could be any person with a Bachelor's degree with many years of experience or somebody with a higher degree with lesser years of experience.  And obviously, the kind of experience matters, so relevant work experience.

Q.   And what, if anything, did you rely on when forming your definition of a POSA?

A.   My 40 years of working shoulder to shoulder with men and woman that have various educational degrees in various disciplines of pharmaceutical development and I think this one works just fine.

Q.   And did you rely on this definition in forming your opinions in this case?

A.   I did.

| | | |
|---|---|---|
| 10:25:36AM | 1 | Q. And Dr. Rudnic, what are those opinions? |
| 10:25:40AM | 2 | A. Well, the opinions can be boiled down to one statement is |
| 10:25:44AM | 3 | that Lupin's ANDA product infringes the Chang patents literally |
| 10:25:48AM | 4 | and under the doctrine of equivalents. And by the Chang patents, |
| 10:25:52AM | 5 | I mean US 8206740 and 7749532, what I call the Chang 740 and |
| 10:26:01AM | 6 | Chang 532 patents. |
| 10:26:01AM | 7 | Q. And what have you relied on in forming your infringement |
| 10:26:05AM | 8 | opinions in this case? |
| 10:26:06AM | 9 | A. Well, obviously the Chang patents. The Oracea NDA. Other |
| 10:26:12AM | 10 | documents associated with their ANDA. The Lupin ANDA, documents |
| 10:26:16AM | 11 | associated with their ANDA, documents provided by Lupin. |
| 10:26:20AM | 12 | Literature. FDA guidances. USP standards and Court's Claim |
| 10:26:30AM | 13 | Constructions of the terms that are in the Chang patents. |
| 10:26:35AM | 14 | Q. And have you considered the opinions of Ms. Vivian Gray and |
| 10:26:38AM | 15 | Dr. Graham Buckton on infringement? |
| 10:26:41AM | 16 | A. Yes. |
| 10:26:41AM | 17 | Q. Do you agree with those opinions? |
| 10:26:43AM | 18 | A. On infringement, generally, no. |
| 10:26:46AM | 19 | Q. Let's go to PTX-001 as well as 002. These are tabs 10 and |
| 10:26:52AM | 20 | 11 of the witness book. |
| 10:26:52AM | 21 | A. Yes. |
| 10:26:54AM | 22 | Q. Do you recognize these documents? |
| 10:26:56AM | 23 | A. Yes. |
| 10:26:57AM | 24 | Q. What are they? |
| 10:26:58AM | 25 | A. This is the Chang 532 patent and the Chang 740 patent. |

Q.    And have you reviewed these patents in forming your opinions in this case?

A.    Yes.

        MR. COCHRAN:  Your Honor, Plaintiffs would like to offer PTX-001 and 002 into evidence.

        THE COURT:  I take it there's no objection?

        MR. RAKOCZY:  No objection.

        THE COURT:  Admitted.

        (Exhibit Numbers PTX-001 and PTX-002 were admitted.)

BY MR. COCHRAN:

Q.    What claims of the Chang patents are being asserted against Lupin?

A.    In the Chang 740 patent claims, 1 and 20 are being asserted and in the Chang 532 patent claims, 1 and 16 are being asserted.

Q.    Walk us through Claim 1 of the 740 patent, please.

A.    Sure.  In Claim 1 of the 740 patent it starts out as an oral pharmaceutical composition of doxycycline.

Q.    What's the next limitation?

A.    Says, once daily dosage that will give a steady state blood levels of doxycycline of a minimum of .1 micrograms per mL and a maximum of 1.0 micrograms per mL.

Q.    How about the next one?

A.    This is the composition consisting of immediate release or IR portion comprising of 30 milligrams of doxycycline.

Q.    And the next?

A.    Delayed release or DR portion comprising 10 milligrams of doxycycline.

Q.    And the last?

A.    And one or more pharmaceutical acceptable excipients.

Q.    Let's turn to your next slide.  What have you shown here?

A.    Well, this contrasts the Claim 1 of both the 740 patent and the 532 patent.  And they're really quite similar, but what you see in the Chang 532 patent is the word "about" appears before 30 milligrams doxycycline.  And also that word "about" appears before 10 milligrams of doxycycline, referring to both the IR and DR components.

       And then there's also a phrase that appears in the 532 patent in which the DR portion is in the form of pellets coated with at least one enteric polymer.

Q.    Let's go to your next slide.  What have you shown here?

A.    These are claim 19 of the Chang 740 patent and claim 15 of the Chang 532 patent.  And what you see here are method claims. And so these are for treating rosacea in a mammal and you see that claim 20 of the Chang 740 patent is a dependent claim says that mammal is a human.  And claim 15 of the Chang 532 patent, similarly talks about treating rosacea in a mammal and the next dependent claim talks about that being a human.

Q.    Dr. Rudnic, how do the composition elements of these method of treatment claims relate to the composition elements we just discussed?

A.    They're identical, with the exception of, you know, the 532

patent is slightly different than the 740 patent, but Claim 1 of

each of those patents is very, very similar to what you see in

these method claims.

Q.    Thank you for that.  And why have you decided to focus on

method of treatment claims?

A.    Well, if you look at Court's Claim Construction of these

terms, both immediate release and portion construed to be

functional limitations, but the claim construction of immediate

release requires consideration of physiological conditions as

we'll see in a minute.

Q.    Let's talk about those Claim Constructions.  Next slide.

What have you shown here?

A.    This is the Claim 1 of 740 patent where the word "immediate

release" and IR has been construed by this Court to be the

release that alters the subject steady state blood level of

doxycycline.

Q.    Did you rely on this definition of immediate release in

forming your opinions in this litigation?

A.    Yes.

Q.    Let's go to your next slide.  What have you shown here?

A.    This is Claim 1 of 740 patent again where we talk about

delayed release.  And I rely on the Sun Court's construction

where the release of a drug at a time other than immediately

following oral administration.

Q.    And did you rely on this definition of delayed release in this case?

A.    Yes.

Q.    Let's go to PTX-160, Tab 12 in your witness book.

A.    Yes.

Q.    Is this the Court's Claim Construction opinion in the Sun litigation that you were referring to?

A.    Yes.

        MR. COCHRAN:  Your Honor, Plaintiffs would like to offer PTX-160 into evidence.

        THE COURT:  Any objection?

        MR. RAKOCZY:  One moment, Your Honor.

        THE COURT:  This is Judge Stark's opinion.

        MR. RAKOCZY:  I think it's odd to admit a Court decision.

        THE COURT:  It's odd to admit opinions as evidence.  I mean, there's no objection you can consider it but I don't think it's technically evidence, but you may refer to it as governing law.

        MR. RAKOCZY:  Fair enough, Your Honor.

        MR. COCHRAN:  Thank you, Your Honor.

BY MR. COCHRAN:

Q.    Let's turn to the next slide.  What's your understanding of the portion term?

A.    So this is -- the portion is a term that appears after

1  immediate release IR and after delayed release DR.  And the Sun

2  Court construed portion to mean any part of the claim composition

3  that releases drug immediately upon administration.  And delayed

4  release to mean a part of the claim composition that delays

5  release of drug until a time other than immediately following

6  oral administration.

7  Q.   And did you rely on these definitions of portion in this

8  case?

9  A.   Yes.

10  Q.   And what did you rely on for coming up with these Claim

11  Constructions?

12  A.   The Court's Claim Construction.

13  Q.   I was going to enter the Sun Court's post trial opinion,

14  Your Honor.  We don't necessarily need to.

15       THE COURT:  I don't think it needs to be admitted into

16  evidence, but I presume counsel have no objection to his

17  referring to it and using it in his discussion.  Just not

18  technically evidence.

19       MR. RAKOCZY:  No objection, Your Honor.

20  BY MR. COCHRAN:

21  Q.   Let's go to your next slide.  What's the definition of

22  "about"?

23  A.   About appears in the Chang 532 patent, as I mentioned

24  earlier, and the Sun Court previously addressed the meaning of

25  that claim term about.  And also in that same opinion, Judge

Stark noted that a POSA would understand that about 30 milligrams represents a range of 27 to 33 milligrams of doxycycline.  In other words, a 10 percent variation or at most a range of 27 to 33 milligrams.

Q.    So let's go to your next slide.  What do these Claim Constructions mean to you?

A.    The claim terms have been construed to have functional limitations, so how do these things function?  So physiological conditions are relevant to the infringement inquiry.

Q.    Have you formed an opinion regarding whether Oracea is covered by the asserted claims of the Chang patents?

A.    Yes, I believe Oracea is a commercial embodiment of the Chang patents.

Q.    What did you base your opinion on?

A.    Well, Galderma holds a new drug application 50-805, Oracea capsules, which was approved by FDA on May 26 of 2006.  And the prescribing label, which part of that ANDA shows that Oracea meets each and every limitation of the asserted claims.

Q.    Let's go to PTX-162 in your witness book.  This is tab 14.

A.    Got it.

Q.    Do you recognize this document?

A.    Yes.

Q.    What is it?

A.    This is the Oracea label from their ANDA.

Q.    Did you consider PTX-162 in forming your opinions in this

10:34:49AM 1    case?

10:34:49AM 2    A.    Yes.

10:34:50AM 3          MR. COCHRAN:  Your Honor, Plaintiffs would like to

10:34:51AM 4    offer PTX-162 into evidence.

10:34:53AM 5          THE COURT:  Any objection?

10:34:54AM 6          MR. RAKOCZY:  No objection, Your Honor.

10:34:55AM 7          THE COURT:  Admitted.

10:34:55AM 8          (Exhibit Number PTX-162 was admitted.)

10:34:55AM 9    BY MR. COCHRAN:

10:34:57AM 10   Q.    Dr. Rudnic, what support did the Oracea label provide to

10:35:00AM 11   your understanding of the Oracea's formulation?

10:35:03AM 12   A.    Well, that Oracea meets each and every limitation of the

10:35:08AM 13   asserted claims.

10:35:09AM 14   Q.    Can you walk us through this claim.

10:35:11AM 15   A.    Sure.  What you see on the left is Claim 1 of the Chang 740

10:35:15AM 16   patent and on the right is the label from Galderma.  In Claim 1,

10:35:19AM 17   you can see it's an oral pharmaceutical composition of

10:35:22AM 18   doxycycline and --

10:35:23AM 19         THE COURT:  Can I ask?  Does anyone dispute that Oracea

10:35:31AM 20   does embody the Chang patents?

10:35:35AM 21         MR. COCHRAN:  We don't.

10:35:37AM 22         MR. RAKOCZY:  We have not disputed it.

10:35:38AM 23         THE COURT:  I didn't think that was a dispute.  You can

10:35:39AM 24   walk through lightly, but I can read the slide.  I don't think

10:35:41AM 25   there's any dispute here about Oracea in the Chang patents.

10:35:50AM 1    MR. COCHRAN:  Well, there is some evidence I would like
10:35:51AM 2  to admit, then, Your Honor.
10:35:53AM 3    THE COURT:  Okay.  Please.
10:35:53AM 4  BY MR. COCHRAN:
10:35:59AM 5  Q.   Let's turn to tab 15.  This is PTX-175.
10:36:04AM 6  A.   Yes.
10:36:05AM 7  Q.   What is this document?
10:36:07AM 8  A.   This is the clinical study report on multiple dose for
10:36:12AM 9  Oracea that was in their ANDA.
10:36:14AM 10  Q.   Did you rely on this document in forming your opinions in
10:36:16AM 11  this case?
10:36:16AM 12  A.   Yes.
10:36:18AM 13    MR. COCHRAN:  Your Honor, Plaintiffs would like to
10:36:19AM 14  offer PTX-175 into evidence.
10:36:23AM 15    THE COURT:  Any objection?
10:36:24AM 16    MR. RAKOCZY:  No objection.
10:36:24AM 17    THE COURT:  Admitted.
10:36:24AM 18    (Exhibit Number PTX-175 was admitted.)
10:36:24AM 19  BY MR. COCHRAN:
10:36:28AM 20  Q.   Let's go to slide 39, please.  Let's talk about Lupin's
10:36:36AM 21  product.  First let's turn to PTX-198 in your exhibit book.  This
10:36:40AM 22  is tab 16.
10:36:41AM 23  A.   Yes.
10:36:42AM 24  Q.   Do you recognize this document?
10:36:43AM 25  A.   Yes.

Q.   What is it?

A.   This is the Lupin prescribing label that was in their ANDA.

Q.   And did you rely on this document in forming your opinions in this case?

A.   Yes.

          MR. COCHRAN:  Your Honor, Plaintiffs would like to offer 198 into evidence.

          THE COURT:  Any objection?

          MR. RAKOCZY:  No objection.

          THE COURT:  Admitted.

          (Exhibit Number PTX-198 was admitted.)

          THE COURT:  Am I right there's no dispute there is oral composition of doxycycline.  That there is no dispute that there is a once daily dosage with steady stream of .1 milligram and 1.0 and that there are excipients here?

          MR. RAKOCZY:  We do not dispute those facts, Your Honor.

          THE COURT:  We can move over those things lightly, the heart of this case is about is this 30:10 or --

          MR. COCHRAN:  Right.  And I'd also like to point out that there is no dispute that there is, in fact, an immediate release portion and a delayed release.

          THE COURT:  There is no dispute that there is immediate release portion.  Now the size of those is in dispute.

          MR. RAKOCZY:  Exactly, Your Honor.  Thank you.  We

| | |
|---|---|
| 10:37:37AM 1 | agree there's a 22 milligram immediate release and 18 milligram |
| 10:37:41AM 2 | delayed release, Your Honor. |
| 10:37:41AM 3 | THE COURT: Right. |
| 10:37:42AM 4 | MR. RAKOCZY: Their position is obviously the 18 has to |
| 10:37:45AM 5 | be segmented or understood differently. |
| 10:37:45AM 6 | BY MR. COCHRAN: |
| 10:37:53AM 7 | Q. Let's go on to Slide 45 and let's talk a little bit more |
| 10:37:58AM 8 | about the design and function of Lupin's ANDA product. |
| 10:38:02AM 9 | Dr. Rudnic, what have you shown here on Slide 46? |
| 10:38:07AM 10 | A. Well, this is a roadmap for what I'm going to talk about. |
| 10:38:12AM 11 | One, Lupin designed its ANDA product to have a weak enteric coat |
| 10:38:16AM 12 | and the design of that results in a 30:10 composition ratio. And |
| 10:38:22AM 13 | as a result their ANDA product infringes the Chang patents. |
| 10:38:26AM 14 | Q. Let's talk about how Lupin designed its ANDA product. On a |
| 10:38:30AM 15 | high level, how does Lupin manufacture its product? |
| 10:38:33AM 16 | A. You can see here it's a lot of unit operations, so it's a |
| 10:38:38AM 17 | fairly complicated process to manufacture. But basically can |
| 10:38:43AM 18 | come down to five stages, as Lupin calls it, sugar hardening |
| 10:38:48AM 19 | stage. You start coating on a sugar sphere, they harden that. |
| 10:38:52AM 20 | Then they load the drug, then they coat that and then they |
| 10:38:56AM 21 | enteric coat and they fill in capsules. |
| 10:38:59AM 22 | THE COURT: Why sugar? It just provides a useful kind |
| 10:39:03AM 23 | of like the nub of a pearl? |
| 10:39:05AM 24 | THE WITNESS: It's uniform, Your Honor. So the -- I've |
| 10:39:08AM 25 | done this quite a few times. If you try to create a pellet on |

its own, they're rough, they don't always look spherical.  These sugar spheres are used in nonpareils in candy and confections.  And maybe as a child you might have seen them.  And manufacturers deliberately will take certain sieve sizes, certain particle size cuts, so they're really quite tight in terms of particle size.

Now, when you coat spheres, what's really important is particle size distribution.  And so if you start with things that are almost perfectly spherical and perfectly identical in terms of size, at least you're starting from a good place.

BY MR. COCHRAN:

Q.   I'd like to offer a few exhibits into evidence and I'll try and shortcut this as much as possible.  Let's turn to PTX-184, Tab 17 in your witness book.

A.   Yes.

Q.   Do you recognize this document?

A.   Yes.

Q.   What is it?

A.   This is the overall quality summary of the drug product from the Lupin ANDA.

Q.   Let's turn to the next tab, Tab 18.  This is PTX-185.

Do you recognize this document?

A.   Yes.

Q.   What is it?

A.   This is an excerpt from the product development report which is known as 3.2.P.1 and basically it's a description and

1  composition of the drug product for Lupin's ANDA product.

2  Q.   And did you rely on PTX-185 in forming your opinions in this

3  case?

4  A.   Yes.

5  Q.   Let's turn to the next tab, Tab 19.  This is PTX-186.

6            Do you recognize this document?

7  A.   I do.

8  Q.   What is it?

9  A.   This is the pharmaceutical development report for the Lupin

10 ANDA product.

11 Q.   And did you rely on PTX-186 in forming your opinions?

12 A.   I did.

13 Q.   Let's go to Tab 20, PTX-187.

14           Do you recognize this document?

15 A.   Yes.

16 Q.   What is it?

17 A.   This is the manufacturing process development and process

18 for Lupin's ANDA product.

19 Q.   And did you rely on PTX-187 in forming your opinions in this

20 case?

21 A.   I did.

22           MR. COCHRAN:  Your Honor, Plaintiffs would like to

23 offer PTX-184, 185, 186, and 187 into evidence.

24           THE COURT:  Mr. Rakoczy, any objection to any of those

25 four?

10:41:24AM 1    MR. RAKOCZY:  No objection, Your Honor.

10:41:26AM 2    THE COURT:  And am I right that 198 already got moved

10:41:28AM 3 in and admitted?

10:41:30AM 4    MR. COCHRAN:  I believe you are right.

10:41:32AM 5    MR. RAKOCZY:  Yes.

10:41:32AM 6    THE COURT:  We've admitted everything apart from the

10:41:36AM 7 legal opinions and the Schneider article.  Please proceed.

10:41:44AM 8    MR. COCHRAN:  Thank you, Your Honor.

10:41:44AM 9    (Exhibit Numbers PTX-184, PTX-185, PTX-186, and

10:41:44AM 10    PTX-187 were admitted.)

10:41:44AM 11 BY MR. COCHRAN:

10:41:45AM 12 Q.    So what, if anything, stands out to you about how Lupin

10:41:48AM 13 manufacturers its ANDA product?

10:41:50AM 14 A.    Two things strike me immediately.  Number one, the use of

10:41:54AM 15 methylene chloride and the percent weight gain at the enteric

10:41:58AM 16 coat stage.

10:41:59AM 17 Q.    Why does methylene chloride concern you?

10:42:02AM 18 A.    First of all, I worked with methylene chloride early in my

10:42:05AM 19 career.  It smells awful.  Anyone who's driven by a paint factory

10:42:10AM 20 in New Jersey before 1988, probably smelled it from I-95.  But

10:42:16AM 21 methylene chloride has been found by the EPA to be an

10:42:20AM 22 unreasonable risk to human health.

10:42:22AM 23    It is not only that associated with neuro toxicity,

10:42:29AM 24 liver toxicity, cancer and even death.  I worked at Bristol Myers

10:42:34AM 25 Squibb with a technician and he worked with methylene chloride a

10:42:40AM 1   long time before I got there and he died in his early 50s from

10:42:44AM 2   liver failure.  Didn't drink.  And we always thought it was due

10:42:48AM 3   to his exposure to methylene chloride and thankfully in the mid

10:42:56AM 4   '80s water based latex coatings and latex paint became available.

10:43:00AM 5   So by the late '80s, we switched over to water-based coatings.

10:43:05AM 6            THE COURT:  So this was in common use?

10:43:08AM 7            THE WITNESS:  Up until about 1984, Your Honor.  And

10:43:12AM 8   then the EPA came out and said -- and it started with the states.

10:43:17AM 9   New Jersey was the first and then Washington state was the

10:43:21AM 10  second.

10:43:21AM 11           THE COURT:  But this is the EPA.  FDA hasn't done

10:43:25AM 12  anything about this?

10:43:25AM 13           THE WITNESS:  They don't care, Your Honor.

10:43:27AM 14           THE COURT:  Okay.

10:43:28AM 15           THE WITNESS:  Sadly.  Don't know.  Call your

10:43:34AM 16  Congressman.

10:43:35AM 17           So I would tell you that this was very, very concerning

10:43:40AM 18  to me.  Also the Centers For Disease Control consider this to be

10:43:44AM 19  an occupational carcinogen.  And so, putting a carcinogen into a

10:43:51AM 20  pharmaceutical product raises a lot of questions and it was the

10:43:55AM 21  first thing I saw when I -- when you contacted me and I looked at

10:43:59AM 22  this.  I said, Why would they possibly use methylene chloride in

10:44:04AM 23  a pharmaceutical product today.

10:44:05AM 24           THE COURT:  Is it common to use methylene chloride in

10:44:08AM 25  pharmaceutical coasting processes in the United States?

10:44:10AM 1    THE WITNESS:  Not in coating processes where you're
10:44:12AM 2  blowing it out the stack.  And the other thing is --
10:44:14AM 3    THE COURT:  What is it common for?
10:44:18AM 4    THE WITNESS:  It is used in spray drying, Your Honor.
10:44:21AM 5  And spray drying is very -- very controlled, absolutely contained
10:44:26AM 6  environment.  And they actually recover the solvent and reuse it.
10:44:32AM 7  Nothing goes out into the atmosphere.  Nothing is being exposed
10:44:35AM 8  to the worker.
10:44:36AM 9    THE COURT:  Right, but is it being ingested by the
10:44:38AM 10  person?
10:44:39AM 11    THE WITNESS:  No, because by vacuum they can pull off
10:44:44AM 12  all the methylene chloride before it completely dries.  Now, in
10:44:48AM 13  coating something different happens.  So they will blow it out a
10:44:54AM 14  stack and they will use a scrubber to try to take out most of it.
10:45:00AM 15  Now scrubbers at their best are 99 percent.
10:45:04AM 16    THE COURT:  How much is someone who is taking one of
10:45:06AM 17  these pill ingesting methylene chloride?
10:45:09AM 18    THE WITNESS:  Trace amounts, Your Honor, but it's not
10:45:11AM 19  zero.
10:45:12AM 20    THE COURT:  Right.  And it's a lifetime drug?
10:45:13AM 21    THE WITNESS:  And it's a lifetime drug.  So contrast
10:45:17AM 22  that with Oracea where you have nothing but water-based coatings.
10:45:24AM 23  This is unnecessary.  There was no reason to do this and so
10:45:28AM 24  knowing Oracea, knowing the fact that there's water-based
10:45:32AM 25  coatings, I look at this and I go, why would you put this kind of

material in a drug product when you don't have to.

        And I was accused of being biased against Lupin because of this.  I said no, it just tells me this is an intentional thing.  I really hope it was intentional, you know.

        THE COURT:  So the basis of your finding of intent that's the question raised.  Keep saying they did this intentionally, but it's not like you have any direct evidence someone whispered or said it.  It just looks crazy to you and you're inferring from that?

        THE WITNESS:  Absolutely, Your Honor.  My brain is wired to do things safely and ethically and trying to treat patients in a way that I don't put any harm to them.  I am not wired to think about what I need to do to succeed and maybe use a material that I shouldn't be using.  They shouldn't be using this.

        MR. RAKOCZY:  Objection, Your Honor, relevance and this is not anywhere in his reports.

        MR. COCHRAN:  He did talk about methylene chloride and its effects on the workers and health risks in his expert report, Your Honor.

        MR. RAKOCZY:  He's not testifying about health risks to workers, Your Honor, he's now going into patients.

        THE COURT:  I am asking him what the basis is for assertion of intent, because of skeptical, there was no direct evidence of intent that -- he's answering why he has that in his

10:47:02AM 1 report. And so, you know, it's equivalent of responding to a

10:47:07AM 2 question on cross. I'm allowing it

10:47:10AM 3        MR. COCHRAN: Thank you, Your Honor.

10:47:10AM 4 BY MR. COCHRAN:

10:47:11AM 5 Q. Now Before we move on, let's turn to PTX-135 in your witness

10:47:16AM 6 book. This is Tab 221.

10:47:22AM 7 A. Yes. Got it.

10:47:22AM 8 Q. Do you recognize this document?

10:47:22AM 9 A. This is the excerpt from the CDC Centers For Disease Control

10:47:27AM 10 and website talking about methylene chloride.

10:47:29AM 11 Q. Did you rely on PTX-135 in forming your opinions in this

10:47:32AM 12 case?

10:47:32AM 13 A. Yes.

10:47:33AM 14        MR. COCHRAN: Your Honor, Plaintiffs would like to

10:47:34AM 15 offer 135 into evidence.

10:47:36AM 16        THE COURT: Any objection?

10:47:37AM 17        MR. RAKOCZY: Objection. Relevance, Your Honor. This

10:47:39AM 18 is not from the FDA. The FDA allows methylene chloride. They

10:47:44AM 19 have very strict controls for it. I don't see that this has

10:47:47AM 20 relevance.

10:47:49AM 21        THE COURT: I don't see what NIOSH. He touched

10:47:52AM 22 generally on this being the kind of subject but this seems little

10:47:56AM 23 far afield what NIOSH says about it.

10:48:00AM 24        MR. COCHRAN: Your Honor, this is from the CDC.gov

10:48:04AM 25 website. There's a URL at the bottom.

|          |    |                                                             |
|----------|----|-------------------------------------------------------------|
| 10:48:09AM | 1  | THE COURT:  But it's about Occupational Safety &          |
| 10:48:14AM | 2  | Health.                                                     |
| 10:48:15AM | 3  | MR. COCHRAN:  This is something that he discussed in      |
| 10:48:16AM | 4  | his expert report.                                          |
| 10:48:23AM | 5  | THE COURT:  I think this is getting a little far          |
| 10:48:25AM | 6  | afield.  Keep it out on 403 grounds.                        |
| 10:48:25AM | 7  | BY MR. COCHRAN:                                              |
| 10:48:31AM | 8  | Q.   Let's turn to PTX-136.  This is tab 22.                |
| 10:48:37AM | 9  | Do you recognize this document?                             |
| 10:48:38AM | 10 | A.   Yes.  This is the EPA document that says methylene chloride |
| 10:48:44AM | 11 | poses unreasonable risk to human health.                    |
| 10:48:46AM | 12 | Q.   Did you rely on 136 in forming your opinions?          |
| 10:48:50AM | 13 | A.   Yes.                                                   |
| 10:48:51AM | 14 | Your Honor, we would like to offer PTX-136 into            |
| 10:48:52AM | 15 | evidence.                                                   |
| 10:48:53AM | 16 | MR. RAKOCZY:  Same objection.  Number one, relevance,     |
| 10:48:55AM | 17 | Your Honor.  Number two, EPA has nothing to do with regulating |
| 10:48:59AM | 18 | drug products in the United States.  And in fact, what the EPA |
| 10:49:02AM | 19 | says about methylene chloride, they specifically say does not |
| 10:49:05AM | 20 | apply to drugs, which is solely the jurisdiction of the FDA. |
| 10:49:09AM | 21 | MR. COCHRAN:  There is relevance, Your Honor.  This is    |
| 10:49:10AM | 22 | part of Dr. Rudnic's opinions that he presented in his opinion. |
| 10:49:14AM | 23 | THE COURT:  I believe he was discussing this in his       |
| 10:49:15AM | 24 | deposition and his report, correct?  You're not saying this is |
| 10:49:19AM | 25 | being sprung on us.                                          |

10:49:20AM 1      MR. RAKOCZY:  No, no, Your Honor, I'm saying relevance,

10:49:23AM 2  number one.  And number two, this is not anything to do with the

10:49:26AM 3  FDA and the regulation of drug products.

10:49:29AM 4      THE COURT:  It's attenuated, but I will allow this as

10:49:34AM 5  something that he talked about in his report.  I think you have

10:49:37AM 6  some very credible arguments that the weight I should give it is

10:49:42AM 7  very limited, but I will allow it to go to weight and not

10:49:45AM 8  admissibility.

10:49:47AM 9      MR. COCHRAN:  Thank you, Your Honor.

10:49:47AM 10      (Exhibit Number PTX-136 was admitted.)

10:49:47AM 11  BY MR. COCHRAN:

10:49:50AM 12  Q.   Now, Dr. Rudnic, did you form an opinion on why Lupin used

10:49:54AM 13  methylene chloride?

10:49:56AM 14  A.   I am not sure why they used it, but the effect of using it

10:50:00AM 15  was interesting.  You'll see that they start with a methylene

10:50:04AM 16  chloride coat in their sugar hardening stage.  Then they go to a

10:50:08AM 17  water coat for the drug stage and then another methylene chloride

10:50:15AM 18  coat to seal the drug coat, followed by a water-based coat for

10:50:22AM 19  the enteric coat and then fill in capsules.

10:50:22AM 20      So they're stacking like on unlike coatings.  Kind of

10:50:29AM 21  like a sandwich, with very different types of coatings.  In my

10:50:34AM 22  view, you could argue this is to adequately seal the drug in the

10:50:41AM 23  sugar.  This is not necessary -- or you know, Oracea does this

10:50:44AM 24  with water based coatings.  So why you would select this

10:50:47AM 25  particular solvent.  To do this became very questionable to me

10:50:53AM 1    until I saw this chart where I said, wow, they're stacking these.

10:50:58AM 2          And coatings are kind of interesting.  It's kind of

10:51:02AM 3    like painting your wall with a latex paint.  You wouldn't paint

10:51:06AM 4    it on wax paper, because it will just peel right off.  Well, when

10:51:10AM 5    you have a coating, the polymer has to be able to adhere to the

10:51:16AM 6    surface that it's being coated on or you'll have some space or

10:51:22AM 7    some lack of adhesion.  And it's primarily because methylene

10:51:28AM 8    chloride and the kinds of things that -- the kinds of surfaces

10:51:33AM 9    that set up with solvents don't allow for the polymers on top of

10:51:38AM 10   it to actually penetrate and form a nice weave.

10:51:43AM 11   Q.    Dr. Rudnic, do you have any evidence that this like and

10:51:46AM 12   unlike affects Lupin's pills?

10:51:50AM 13   A.    I can see from scanning electron images that Lupin provided.

10:51:56AM 14   So here, you can see that with Oracea, which these are on the

10:52:00AM 15   top, you can notice that where the blue arrows are there -- you

10:52:05AM 16   can't see any difference between where the coating of -- you can

10:52:10AM 17   see the talc and polymer coating there.

10:52:13AM 18         You don't really see any difference between that and

10:52:16AM 19   what's below it where there's no talc, of white specs, Your

10:52:20AM 20   Honor.  But you can see the coating and this is the lab scale

10:52:24AM 21   batch that we're going to talk about a in a minute, but at least

10:52:28AM 22   it's -- these images are instructive that even if this particular

10:52:33AM 23   batch questionable lab scale batch, you can see that there's

10:52:38AM 24   actual ridges of air that look like they occur in between one

10:52:44AM 25   coating and the other.

10:52:47AM 1    THE COURT:  What is it that you understand to be air,

10:52:48AM 2    the small little circular pocket?

10:52:52AM 3    THE WITNESS:  Well, not just the circular pockets, Your

10:52:54AM 4    Honor.  You can see that there seems to be -- so if you look at

10:52:57AM 5    the bottom left, you'll note bottom left figure, you'll notice

10:53:03AM 6    that the bottom arrow is pointing to an area between that talc

10:53:08AM 7    and enteric coat and the area underneath it.  So this is what I

10:53:16AM 8    was saying about like applying paint to a wall.  You want it to

10:53:20AM 9    adhere to the surface below.  That is not adhering to what's

10:53:24AM 10   below it.

10:53:24AM 11   BY MR. COCHRAN:

10:53:25AM 12   Q.   Let's turn to DTX-083.  This is Tab 23.

10:53:32AM 13        Do you recognize this document?

10:53:34AM 14   A.   Yes.

10:53:34AM 15   Q.   Is this the report that these MVA amendments came from?

10:53:38AM 16   A.   Yes.

10:53:38AM 17        MR. COCHRAN:  Your Honor, Plaintiffs would like to

10:53:39AM 18   offer DTX-083 into evidence.

10:53:43AM 19        THE COURT:  Any objection?

10:53:44AM 20        MR. RAKOCZY:  No objection, Your Honor.

10:53:45AM 21        THE COURT:  Admitted.

10:53:45AM 22        (Exhibit Number DTX-083 was admitted.)

10:53:45AM 23   BY MR. COCHRAN:

10:53:47AM 24   Q.   Let's take a look at your next slide, Dr. Rudnic.  What is

10:53:51AM 25   percent weight gain?

A.   So percent weight gain is an average number.  So if you were to take pellet and before you started the coating process that pellet was 100 percent of its weight.  At the end of the coating process, if it were 30 percent heavier, you would say that it had a 30 percent weight gain.

Now this is important because in these coatings, and we're talking specifically about the enteric coating.  There's a certain amount of that coating that is solid, principally the polymer and other parts that are water.  Now this particular coating, Eudragit L30D55 is 30 percent solids.  So 70 percent is water, going to come off.  And 30 percent are solid that are going to be retained ideally on the pellet.

THE COURT:  Come off when?  During the manufacturing process?

THE WITNESS:  Spraying the coating.

THE COURT:  It's like a latex paint?

THE WITNESS:  Exactly, but instead of putting it on with a brush or roller, you're spraying it on.

THE COURT:  Got it.

And so what happens when you apply the coating to the entire pellet population?

THE WITNESS:  Ideally you would like the pellets to be --

MR. RAKOCZY:  Objection, Your Honor.  This goes to our objection on the entire bell curve, it's a cartoon.  We have no

10:55:19AM 1  idea, there's no evidence if the bell curve looks like this, so

10:55:23AM 2  just renewing our earlier objection.

10:55:26AM 3  THE COURT:  It's just a very general demonstrative or

10:55:31AM 4  cartoon.  I don't think that it's admissible to prove anything

10:55:35AM 5  about the, you know, slope or shape or distribution or anything

10:55:38AM 6  like that.  It's just illustrating the idea of some kind of

10:55:43AM 7  curve.  And he's not saying it's precisely a normal distribution

10:55:47AM 8  or bell curve and I don't think he has a basis to say that.

10:55:52AM 9  MR. COCHRAN:  That's right, Your Honor.  This is just

10:55:54AM 10  an exemplary bell curve on the slide and Dr. Rudnic is going to

10:55:56AM 11  talk about what his opinion is on the distribution.

10:55:59AM 12  THE COURT:  Okay.  But I would also like to know what

10:56:01AM 13  the basis is for having a view of the distribution is that it is

10:56:05AM 14  a normal or bell curve distribution, if you have any evidence?

10:56:10AM 15  THE WITNESS:  Actually, it could be a skewed

10:56:12AM 16  distribution as well, depending on a lot of different aspects.

10:56:16AM 17  THE COURT:  If it's skewed then it's not a bell curve.

10:56:16AM 18  THE WITNESS:  Well, I understand that.

10:56:19AM 19  THE COURT:  Strictly speaking a bell curve, as

10:56:22AM 20  mathematicians would talk about.  This is just a figure of

10:56:24AM 21  speech?

10:56:26AM 22  THE WITNESS:  It's less likely to be anything but a

10:56:27AM 23  bell curve because we start with a sphere, Your Honor.

10:56:31AM 24  THE COURT:  I got it.  And in nature lots of things

10:56:33AM 25  turn into bell curves but we don't really know?

10:56:36AM 1          THE WITNESS:  It is -- I guess as a demonstrative the

10:56:39AM 2     point I'm trying to make, Your Honor, is that some of these

10:56:43AM 3     pellets will be less than the average and some of them will be

10:56:45AM 4     more than the average.  I am not trying to make any more detailed

10:56:50AM 5     point than that.

10:56:52AM 6          THE COURT:  Okay.

10:56:52AM 7     BY MR. COCHRAN:

10:56:53AM 8     Q.   So let's go to your next slide.  What have you shown here,

10:56:59AM 9     Dr. Rudnic?

10:57:00AM 10    A.   Well, that in terms of particle size, the Lupin ANDA product

10:57:06AM 11    and the Oracea product use pellets that are presorted to be the

10:57:11AM 12    same particle size.

10:57:12AM 13    Q.   And what weight gain would you expect for similar size

10:57:16AM 14    pellets?

10:57:18AM 15    A.   You would have -- if they're similar size, you would expect,

10:57:22AM 16    given the same coating, you would expect the same weight gain.

10:57:26AM 17    Q.   And did you look at the percent weight gain of Lupin

10:57:30AM 18    compared to Oracea?

10:57:31AM 19    A.   Yes.

10:57:31AM 20    Q.   What did you observe?

10:57:32AM 21    A.   Well, I know that Lupin's is 18 percent.  And what I'm about

10:57:39AM 22    to testify is that 18 percent is light and that you can tell from

10:57:46AM 23    the way it was selected that they selected the least possible

10:57:50AM 24    coating they could get away with.  So if you just simply think --

10:57:54AM 25          THE COURT:  You can't tell us the least possible they

10:57:57AM 1  could get away with.  You can tell it's on the light side?

10:58:01AM 2          THE WITNESS:  I am about to show you, Your Honor, it's

10:58:03AM 3  the least.

10:58:04AM 4          THE COURT:  Okay.

10:58:05AM 5          THE WITNESS:  So if it is the least, by logic some of

10:58:11AM 6  the pellets that are less coated than the average will be less

10:58:15AM 7  than weak.

10:58:19AM 8          MR. RAKOCZY:  Objection, Your Honor, to that line of

10:58:21AM 9  testimony.  And now showing, like I earlier objected to, we've

10:58:25AM 10  now got two bell curves with different numbers at the top

10:58:30AM 11  completely.

10:58:33AM 12          THE COURT:  There's a basis for, but idea is they

10:58:33AM 13  overlap only a little bit and have normal distribution entailed.

10:58:38AM 14  I'm not seeing anything and I still have not heard an explanation

10:58:42AM 15  how it's the least.  So I don't think you have a foundation for

10:58:45AM 16  any of that.  So maybe you want to go back or have him testify

10:58:48AM 17  about how he knows it's less, the least possible.

10:58:52AM 18          THE WITNESS:  Perhaps I can just get out one concept,

10:58:55AM 19  Your Honor, which is that a general principal in coating pellets

10:59:02AM 20  is that when you have a functional coat in a modified release

10:59:06AM 21  dosage form, the goal is to have as thick a coating as to ensure

10:59:11AM 22  that all of your pellets are robust.  This is a general concept.

10:59:16AM 23          THE COURT:  You are inferring from the fact it is so

10:59:19AM 24  much lighter, there was some kind of intent to do something out

10:59:23AM 25  of the ordinary?

10:59:24AM 1      THE WITNESS:  And I will show you from data, Your

10:59:26AM 2   Honor, that I believe that.

10:59:27AM 3      THE COURT:  Okay.  Show me the data.

10:59:27AM 4   BY MR. COCHRAN:

10:59:30AM 5   Q.   Let's go to your next slide, Dr. Rudnic.  What have you

10:59:34AM 6   shown here?

10:59:34AM 7   A.   Lupin, in their batch records, show that they have an

10:59:38AM 8   average weight gain of 18 percent at the enteric coating stage.

10:59:43AM 9   Oracea has a 30 percent weight gain at the enteric stage.

10:59:48AM 10  Q.   Why is that important to you?

10:59:49AM 11  A.   Well, because I have commercialized 6 other delayed release

10:59:53AM 12  products using Eudragit L30D55.  Some of these were very, very

11:00:00AM 13  broadly big sellers.  Adderall XR and others.  And all of them

11:00:06AM 14  had more than 32 percent weight gain.  Adderall XR had 40.  So I

11:00:13AM 15  am used to this polymer being coated to about 32 to 40 percent.

11:00:19AM 16  So when I see 18 percent, that looks light to me.  And so now I

11:00:25AM 17  am worried about how it functions and how it delivers.

11:00:30AM 18  Q.   Okay.  So how did Lupin select for that 18 percent weight

11:00:34AM 19  gain?

11:00:35AM 20  A.   They did two things.  They looked at in vitro testing and

11:00:39AM 21  they looked at their scanned electronic images but primarily in

11:00:46AM 22  vitro testing, quality control testing.

11:00:48AM 23  Q.   Let's start with in vitro quality control testing.  What did

11:00:54AM 24  they do?

11:00:54AM 25  A.   This is a QC test at pH 1.1.  This test is meant to be a

stress test on enteric polymer.  So you put it at pH 1.1.  Keep it there for 2 hours and hope you don't see anything.  And there are limits for that.  So what you notice is that on their development batch, they started at a 17 percent weight gain and then went up by 2 percent increments.  And they saw leakage at 17 percent but did not see it at 19 or some of the other increasing percentages.  Then they took a scale batch and did the same thing.  Exposed it to the QC test for 2 hours at pH 1.1.  And what you see at 16 percent, they had leakage.  But at 18 percent and higher, they did not.

THE COURT:  That's what you mean by the lowest?

THE WITNESS:  So yeah.  I think if 17 percent leaks and 16 percent leaks, 18 is about the lowest you can go and not see leakage.  And I just want to remind you that this QC test is a mandatory pass for these kinds of products.  So they have to pass this test.  And so for them, they selected the least thick coating to pass the QC test.

THE COURT:  Why is there anything improper about that?

THE WITNESS:  Because if your least coating that will show no leakage is 18 percent, and there are going to be some pellets that are less than 18 percent because 18 percent is the average, then that means some pellets are going to leak.

THE COURT:  All right.  But you don't have any evidence as to whether this is a normal distribution, squished distribution, flat distribution?

THE WITNESS:  No.  What I do have is data at a pH on
oral administration where I can show you that they do have
release.

BY MR. COCHRAN:

Q.    Let's move on to your next slide.  What do the SEM images
that Lupin provided you?

A.    So these particular pellets, these scanning electron images,
were provided by Lupin.  What you see is the development batch
that we talked earlier, 17 percent weight -- excuse me.  This is
the -- yeah, this is the development batch, where they had 17
percent weight gain.  And what you will notice between that and
19 percent weight gain is that in the 17 percent gain you see
some speckling there, that's talc in the coating.  Talc has got a
certain diameter, and it's flaky and all sorts of stuff.  So when
you don't have a very thick polymer coat, some of it tends to
stick out.  Well, this is important because talc is used in the
coating so that these acrylic coatings don't stick to one another
so you don't want that to happen because you might pull off some
of the coating and that kind of defeats the whole purpose.  So
you put talc in it.  That causes some imperfections.  When you
see the speckling that you see in that, there's channels along
that talc because it doesn't adhere to the methacrylate coating.
And in those channels, drug can escape.  So what you want to do
is have enough coating over and over so that you cover the talc
and that talc no longer can give you those channels.  And that's

11:04:34AM 1  what you see at the 19 percent weight gain.

11:04:37AM 2  Q.   Dr. Rudnic, let's turn to PTX-202.  This is Tab 24.  Do you

11:04:43AM 3  recognize it?

11:04:44AM 4  A.   Yes, these are SEMs from scanned electron micrographs from

11:04:51AM 5  the Lupin ANDA.

11:04:55AM 6  Q.   Are these the ANDA images you were just referring to?

11:04:57AM 7  A.   Yes.

11:04:58AM 8       MR. COCHRAN:  Your Honor, Plaintiffs would like to

11:04:59AM 9  offer PTX-202 into evidence.

11:05:02AM 10      THE COURT:  Any objection?

11:05:02AM 11      MR. RAKOCZY:  No objection, Your Honor.

11:05:04AM 12      THE COURT:  Admitted.

11:05:04AM 13      (Exhibit Number PTX-202 was admitted.)

11:05:08AM 14      THE COURT:  I think we should probably -- we have gone

11:05:11AM 15  quite a while, and I think it is appropriate to take a 10-minute

11:05:16AM 16  break and come back see if we can finish this up and take our

11:05:21AM 17  lunch break.

11:05:35AM 18      (Break from 11:05 a.m. until 11:17 a.m.)

11:17:43AM 19      THE COURT:  You may resume.

11:17:44AM 20      MR. COCHRAN:  Thank you, Your Honor.

11:17:44AM 21  BY MR. COCHRAN:

11:17:50AM 22  Q.   So Dr. Rudnic, now that we have talked about how Lupin

11:17:55AM 23  designed its ANDA product, let's talk about how Lupin's product

11:18:00AM 24  functions.  How does Lupin's product function?

11:18:02AM 25  A.   I believe it functions as a 30:10 IR DR composition.

| | | |
|---|---|---|
| 11:18:06AM | 1 | Q. And why do you say that? |
| 11:18:09AM | 2 | A. Well, you can see that part of what they call their DR |
| 11:18:15AM | 3 | portion actually releases immediately upon oral administration. |
| 11:18:23AM | 4 | And I believe it's because of their thin and weak enteric coat. |
| 11:18:29AM | 5 | And I believe that enteric coat is weak not only because of how |
| 11:18:34AM | 6 | thin it is but also because it's on an unstable platform of a |
| 11:18:39AM | 7 | methylene chloride coat. |
| 11:18:41AM | 8 | Q. So how do you know all of this? |
| 11:18:45AM | 9 | A. Well, there's two things. Mr. Avachat in his deposition |
| 11:18:50AM | 10 | says so. And secondly, I can take a look at Lupin's data from |
| 11:18:54AM | 11 | Lupin's ANDA that confirms those statements. |
| 11:18:57AM | 12 | Q. And what did Mr. Avachat say? |
| 11:19:00AM | 13 | A. Well, he said that the objective of their development was to |
| 11:19:03AM | 14 | develop a product that's equivalent in all aspects to Oracea. |
| 11:19:06AM | 15 | And when asked how he did that, he said they did whatever was |
| 11:19:11AM | 16 | required by the regulation to be equivalent in all aspects. |
| 11:19:15AM | 17 | Q. And what data did you rely on? |
| 11:19:18AM | 18 | A. Well, I took a look at their ANDA and the in vitro |
| 11:19:25AM | 19 | dissolution data at a biorelevant pH. This is also a QC test. |
| 11:19:29AM | 20 | And in vivo bioequivalence data in the context of doxycycline |
| 11:19:34AM | 21 | absorption window. And it was an objective of Lupin to obtain |
| 11:19:39AM | 22 | the desired drug release rate in order to make this product |
| 11:19:42AM | 23 | bioequivalence to Oracea using Mr. Avachat's words. |
| 11:19:43AM | 24 | Q. And before moving on, can you remind us what the Kalantzi |
| 11:19:48AM | 25 | article tells you? |

11:19:49AM 1    A.   Well, Kalantzi says that the pH upon administration of a

11:19:53AM 2    drug product with water will give you a pH of about 4 and a half.

11:19:59AM 3    And as I said before, not only the Kalantzi article but common

11:20:05AM 4    sense tells if you have a pH of about 2, and you are taking an

11:20:09AM 5    equal volume of fluid at a pH of 7, the total fluid meets in the

11:20:13AM 6    middle at pH 4 and a half.  So and there are other articles out

11:20:17AM 7    there that confirm that.

11:20:19AM 8    Q.   So let's go to Slide 67.  How did this relate to --

11:20:23AM 9         MR. RAKOCZY:  Your Honor, I am going to object to the

11:20:25AM 10   last portion of the testimony.  That's just yet another attempt

11:20:27AM 11   to try to wedge in the article that Your Honor excluded from

11:20:30AM 12   Schneider.  He was not allowed to testify at his deposition and

11:20:34AM 13   instructed him not to answer.  And he's now said twice other

11:20:38AM 14   articles.

11:20:39AM 15        MR. COCHRAN:  He did not mention --

11:20:40AM 16        THE COURT:  I am going to allow it.  I am going to

11:20:42AM 17   allow it.

11:20:42AM 18   BY MR. COCHRAN:

11:20:44AM 19   Q.   Let's go to Slide 67, Dr. Rudnic.  How does that relate to

11:20:49AM 20   what Lupin did?

11:20:50AM 21   A.   Well, Lupin did exactly what the FDA requires them to do.

11:20:54AM 22   They administered 240 MLs of water with a test article either the

11:21:00AM 23   Lupin ANDA product or Oracea at the time of bioequivalence

11:21:09AM 24   testing.

11:21:10AM 25   Q.   Let's go to PTX-194 in your witness book.  This is Tab 25.

11:21:16AM 1    A.    Yes.

11:21:17AM 2    Q.    What is this document?

11:21:19AM 3    A.    This is the clinical study report for the bioequivalence

11:21:25AM 4    study that I talked about.

11:21:26AM 5    Q.    Did you consider PTX-194 in forming your opinions in this

11:21:30AM 6    case?

11:21:30AM 7    A.    Yes.

11:21:31AM 8          MR. COCHRAN:  Your Honor, Plaintiffs would like to

11:21:32AM 9    offer PTX-194 into evidence.

11:21:35AM 10         MR. RAKOCZY:  No objection, Your Honor.

11:21:36AM 11         THE COURT:  Admitted.

11:21:36AM 12         (Exhibit Number PTX-194 was admitted.)

11:21:36AM 13   BY MR. COCHRAN:

11:21:38AM 14   Q.    Dr. Rudnic, what does the mean of this data 4.5 reveal?

11:21:44AM 15   A.    The mean reveals they release exactly as Oracea which is

11:21:51AM 16   undisputed 30:10 IR DR product.

11:21:55AM 17   Q.    And do you recall, Dr. Rudnic, that Lupin has accused you of

11:21:59AM 18   calling 150 minutes immediate release?

11:22:05AM 19   A.    Well, this is a QC test.  As I testified earlier and I am

11:22:12AM 20   testifying right now, the time frame in these QC tests is not

11:22:16AM 21   meant to mimic exactly the time frame in the body.  It's a QC

11:22:22AM 22   test.  And each test is trying to figure something out, so you

11:22:26AM 23   need to understand what it's trying to figure out.  So in this

11:22:29AM 24   particular case, the capsules are kept at pH 1.1 for 2 hours.

11:22:37AM 25   This is a stress test.  It's longer than the capsule will ever

reside in the stomach, so it has nothing to do with the time and the stomach or release or other things. Your stomach does a much better job of releasing than a USP dissolution apparatus. This is a big test tube, if you will, and it's got a little stirrer in there that revolves slowly.

THE COURT: This is a very strange graph. You say it's pH 1.1 for 20 minutes but you don't report any data from 20 minutes to 60 minutes. You jump from 0 to 150.

THE WITNESS: I am about to show you the individual data, Your Honor. What this shows you is that once you get to pH 4.5 -- and remember I said earlier that the FDA tells you for these modified release products you should test at, in fact, they want you to test at pH 4.5 all the way up to pH 7.5. So when you do that -- and that's the first time that you are changing from this pH 1.1 QC test to pH 4.5 QC test for another 2 hours, you will see that you have identical release at the very first time frame that Lupin takes a sample that happens to be at 30 minutes after you have changed the buffer. Once you change the buffer, it's like the clock starts over again. So this is 30 minutes after you have now exposed it to a higher pH. Now recall, Your Honor, that pH 1.1 is not a relevant pH in the stomach. It is actually a pH that is supposed to be a stress test.

THE COURT: But the FDA expects you to use it.

THE WITNESS: Absolutely.

THE COURT: You have used the 1.1 on your own

medicines?

THE WITNESS:  Without a doubt, Your Honor.  And it's a useful QC test.  But understand that whatever it releases in 2 hours does not equilibrate to whatever releases in the stomach for those 2 hours.

The other thing to remember is that the polymer that's being used here, and as the counsel for Lupin points out, it's the same polymer.  So the polymer in Oracea and the polymer in Lupin's ANDA product is a product from Evonik called Eudragit L30D55.  Tough to say but German.  What do you expect?

In that particular polymer, it has ammonium groups in the acrylic acid side chains.  These ammonium groups will ionize at a certain pH 5.5.  All right.  And so if you hold it at pH 1.1, nothing should ionize, nothing should come out, and that's why the QC test is so important.  But as you start to go up higher in pH and you come close to 5.5, about 5, the polymer will start to ionize and will start to flake off and dissolve at pH 5.5, which is the pH in the duodenum.

THE COURT:  Can you explain why that's the case?

THE WITNESS:  Sure.

THE COURT:  I mean, for someone who's not a chemist, it makes far more sense that a more acidic environment would cause it to dissolve.  But we're not extremely acidic or extremely basic.  We're at something in between.  Why is it dissolving more easily at a moderate pH?

11:26:19AM 1          THE WITNESS:  So this is the crux of enteric polymers,

11:26:23AM 2    Your Honor.  So for something to go into solution, it needs to be

11:26:30AM 3    ionized.  In other words, water, which is an ionic type solvent

11:26:37AM 4    likes ionic things.  If it's not ionic, in other words, if it's

11:26:41AM 5    not ionized at all, it will sit there like cement.  And this is

11:26:47AM 6    what the FDA wants to see from an enteric polymer.  Put it in

11:26:52AM 7    there for 2 hours, we should see nothing.  So this is a stress

11:26:56AM 8    test.  You can leave it there for a day.  I had Adderall XR

11:27:00AM 9    samples over a weekend.  Nothing.  And that was much more sizable

11:27:06AM 10   compound than this one.  So the polymer itself at 1.1 is locked

11:27:12AM 11   down.  You should see no release which is why, when I look at the

11:27:19AM 12   way that they selected the 18 percent weight gain, it was the

11:27:24AM 13   least possible percentage they could without seeing any release

11:27:30AM 14   at that pH 1.1.  So then I don't know.  You can keep it for 1

11:27:35AM 15   hour, 2 hours, 12 hours, doesn't matter.  That polymer is locked

11:27:39AM 16   down.  But as the pH starts to go up, the ammonium groups start

11:27:45AM 17   to become ionized.  Once they're ionized --

11:27:48AM 18          THE COURT:  Because ammonium is basic and --

11:27:52AM 19          THE WITNESS:  That's right, Your Honor.  Once you get

11:27:54AM 20   to higher pH, the ammonium groups ionize and then it starts to

11:27:59AM 21   flake off.  So it's a very clever thing.  And Eudragit was

11:28:08AM 22   created by a German company.  It basically replaced shellac, and

11:28:15AM 23   I'm serious about this, in the pharmaceutical industry.

11:28:20AM 24          THE COURT:  You mean shellac?

11:28:20AM 25          THE WITNESS:  Yes, Your Honor.

11:28:21AM 1    And shellac also ionizes and dissolves at higher pHs.

11:28:28AM 2  Anybody who's ever varnished a boat knows it will last for only a

11:28:31AM 3  certain amount of time and after a while it will flake off.  So

11:28:37AM 4  this is better than shellac.  Okay?

11:28:40AM 5    So the idea is that these QC tests are meant to test

11:28:46AM 6  the integrity of this coating.  And so what the FDA wants you to

11:28:51AM 7  do is, okay, let's start testing at 4.5 because we know that a

11:28:55AM 8  lot of these enteric coatings are designed to start releasing at

11:28:59AM 9  5.5.  We should see no release at 4.5 because it's not ionized

11:29:04AM 10  and we shouldn't see release.

11:29:07AM 11    Then they want you to test it at 5 or 5.5.  And I think

11:29:11AM 12  they say 4.5 or go to 6.5.  But they want to see a range of pH

11:29:17AM 13  between 4.5 and 7.5.  That's in an FDA guidance document 20 years

11:29:24AM 14  old that I helped do for modified-release dosage forms.  So

11:29:28AM 15  anyway, so this testing basically tests the integrity and

11:29:35AM 16  ionization of these polymers.

11:29:35AM 17  BY MR. COCHRAN:

11:29:38AM 18  Q.   Dr. Rudnic, before we move on, did you create this graph on

11:29:41AM 19  this Slide 68?

11:29:43AM 20  A.   No.

11:29:43AM 21  Q.   Who did?

11:29:45AM 22  A.   Lupin.

11:29:49AM 23  Q.   Let's go to your next slide and walk to the individual data.

11:29:49AM 24  Go ahead.

11:29:55AM 25  A.   Okay.  So what you see here is dissolution data from Lupin's

ANDA.  So these are Lupin's data but they are comparing
themselves, the ANDA product, with Oracea.

Q.    What have you shown here in the green box?

A.    So what we show here is the initial part of this QC test
where you have pH 1.1.  And you see it runs for 2 hours.  And
what you will notice is that 55 percent of the Lupin's ANDA
product is the immediate release pellet.  So here their immediate
release pellets are doing exactly what they are supposed to do.
They are releasing.  Doxycycline is soluble at pH 1.1 so it comes
off very easily.  You will notice that Oracea, which has 75
percent or 30 milligrams of doxycycline, releases almost entirely
its amount of immediate release pellets.  So again, their
immediate release pellets are doing exactly what they are doing.
Both sets of immediate release pellets are releasing 100 percent
of what they should be releasing.  So no problem.  No question
here.  This is exactly as you would expect.

Q.    Let's move on to the next part of the slide.

A.    So this is very interesting.  So what you will notice is
that this test then moves to pH 4.5.  And remember, the time
frames in this QC test have nothing to do with correlations to
exactly in the GI tract.  It's a QC test.  And so what you have
here in Oracea in green, no additional release from the Oracea.

          THE COURT:  I am trying to understand these figures
because you would have thought that the numbers would keep going
up as more time passed yet on the bottom we have some lower

11:32:00AM 1    numbers after 150, 180 minutes.

11:32:05AM 2            THE WITNESS:  Slightly lower.  And it may be due to

11:32:08AM 3    changing and eliminating some of the solution while adding in

11:32:13AM 4    some buffer.

11:32:14AM 5            THE COURT:  Oh, okay.  Yeah.

11:32:17AM 6            THE WITNESS:  But the important thing here, Your Honor,

11:32:19AM 7    is that you are not getting additional release above what has

11:32:24AM 8    already been released.  In other words, the delayed release

11:32:28AM 9    pellets of Oracea that are coated with Eudragit L30D55 are not

11:32:37AM 10   releasing at pH 4.5.  They are coated at 30 percent.  However,

11:32:42AM 11   pellets that are coated at 18 percent are releasing.  In fact,

11:32:46AM 12   all of them release a little bit and 5 of the 12 capsules are

11:32:50AM 13   releasing quite a bit.  And this is --

11:32:52AM 14           THE COURT:  Numbers 1, 3, 6, 7, and 8?

11:32:58AM 15           THE WITNESS:  Correct.  And you can see at the end of

11:33:00AM 16   this QC test, the average release is 75 percent.  75 percent of

11:33:04AM 17   40 milligrams is 30 milligrams, Your Honor.

11:33:07AM 18           THE COURT:  Okay.  Got it.

11:33:12AM 19           THE WITNESS:  This should not happen if you have a good

11:33:17AM 20   robust enteric coat of Eudragit L30D55.  We don't see this with

11:33:24AM 21   Oracea.  We do see this with the Lupin product.  And I will

11:33:27AM 22   remind Your Honor, these data are from Lupin's ANDA.  They

11:33:32AM 23   certified to the FDA that these data were accurate, they were

11:33:36AM 24   reliable, and they were released by the quality assurance unit.

11:33:42AM 25   If these data were unexpected, in fact, if they looked at these

compared to Oracea and they thought they had a problem, they were

legally obligated to do an investigation.  They were legally

obligated to do a retest.  They didn't.

THE COURT:  Okay.  This is about the FDA.  Got it.  I

understand that.  The Court still has to decide how that bears on

the meaning of the patent.

THE WITNESS:  Understood, Your Honor.  I just want to

talk about the function of their product, and I am using their

data to do it.

BY MR. COCHRAN:

Q.    Dr. Rudnic, what's the standard number of capsules that

should be tested in vitro dissolution test?

A.    Typically no less than 6, and 12 if you want to do an

instant repeat.  So 12 is a more robust number than 6.

Q.    Does this impact your opinion at all?

A.    It solidifies my opinion that their so-called DR pellets are

releasing at a pH 4.5 which is a pH, as I testified, that you

will see in the stomach upon immediately upon oral

administration.

THE COURT:  But you are saying this 150 figure, is that

after 120 minutes of pH 1.1 plus 30 minutes of 4.5?

THE WITNESS:  Yes.

THE COURT:  Okay.  So then for immediate for the

immediate release, I should be looking at that row of 150 where

the mean is 64 percent.  64 percent of 40 milligrams is about

11:35:17AM 1  two-thirds.  What is that?  Like 26, 27?

11:35:21AM 2       THE WITNESS:  Yeah.  So Your Honor, 30 milligrams, 30

11:35:25AM 3  minutes into this test is not 30 minutes immediate release in the

11:35:30AM 4  body.  The time frames have no --

11:35:33AM 5       THE COURT:  I see.  This is 30 minutes in vitro but you

11:35:36AM 6  are saying in vivo it probably looks different.

11:35:39AM 7       THE WITNESS:  It almost certainly would.  And the point

11:35:42AM 8  is that a lot of the release that you see in vivo especially in

11:35:52AM 9  the various parts of the intestinal tract are not correlated to

11:35:55AM 10  these tests.  These tests were never meant to tell you minute by

11:35:59AM 11  minute how much --

11:36:00AM 12       THE COURT:  Quality control test.  I got it.

11:36:04AM 13       THE WITNESS:  So it's important for us to understand

11:36:05AM 14  the limitations of these tests.  These are not meant to be

11:36:10AM 15  completely indicative of what you will see in the body.  So but

11:36:17AM 16  what this does tell you, the information this test does tell you

11:36:21AM 17  is that it releases 30 milligrams when it should only be

11:36:25AM 18  releasing 22 milligrams.  That's what these data tell me.

11:36:25AM 19  BY MR. COCHRAN:

11:36:30AM 20  Q.   Now, Dr. Rudnic, did Dr. Buckton and Ms. Gray attempt to

11:36:35AM 21  discredit these data?

11:36:36AM 22  A.   They did.

11:36:38AM 23  Q.   What is your understanding of their argument?

11:36:41AM 24  A.   Well, they called something called a hotspot.  I mean, this

11:36:48AM 25  is a ghost.  This is not scientific.  No one has ever proven that

11:36:53AM 1    it exists.  Certainly nobody has ever proven that it can impact

11:36:57AM 2    the way Eudragit L30D55 dissolves.

11:37:04AM 3    Q.    Dr. Rudnic, what is a hotspot?

11:37:06AM 4    A.    I am not sure.  But from what they are talking about, it

11:37:10AM 5    means that when you change the buffer, somehow all of this basic

11:37:17AM 6    buffer ended up at the capsule and somehow it just blew up.  This

11:37:22AM 7    is not supported by science.

11:37:24AM 8    Q.    Let's talk about that a little bit and let's go to PTX-223

11:37:29AM 9    in your witness book.  This is Tab 26.

11:37:31AM 10        THE COURT:  Perhaps you can also explain what exactly

11:37:33AM 11   the hotspot theory is to understand what you are rejecting.

11:37:39AM 12        THE WITNESS:  I will do my best, Your Honor.  I am sure

11:37:41AM 13   Dr. Buckton and Ms. Gray will probably have their own version of

11:37:45AM 14   this.  But I will tell you what I think it is.  So you can --

11:37:50AM 15   when you have acid buffer in that QC test at pH 1.1 and you want

11:37:57AM 16   to change it to pH 4.5, you have to do that by adding something

11:38:02AM 17   with a higher pH.  So when you do that, there has to be some

11:38:04AM 18   mixing that occurs for it to become uniform.  Before it becomes

11:38:10AM 19   uniform, there may be spots where some of the pH is low and some

11:38:16AM 20   of the pH is high.  I will concede that that might happen for a

11:38:20AM 21   second or two or 10 seconds but not for tens of minutes.  And no

11:38:28AM 22   one has ever shown that it actually exists to have an effect.  My

11:38:35AM 23   personal theory is that this is an excuse to retest a bad batch.

11:38:42AM 24   So people generally don't like to fail a batch or recall a batch

11:38:45AM 25   so they are desperate to find a reason to retest it.  I believe a

hotspot is a convenient excuse.  That's my personal opinion.

BY MR. COCHRAN:

Q.    Dr. Rudnic, let's look at the Miller paper.

A.    This paper in PTX-223 was written by someone named Dave
Miller.  And he was a student, graduate student in Bill Williams'
lab at the University of Texas.  I know both of them.  I used to
work with Dave Miller, and I used to work with Bill Williams.  So
what's interesting about this paper is that Dave -- and I didn't
know this about Dave until we got into this case.  But Dave had
done some work using nuclear magnetic resonance technology.  Lots
of words there, but what it means is that they looked at the
molecular basis of whether or not these things would mix quickly.
And they looked at molecules, not just general pHs.

        And what they found is that the mixing occurs pretty
much within seconds and that no difference in either slow -- so
they did one slow where it took maybe 10, 15 minutes.  And they
did one normally and showed that there's no difference between
the dissolution of this enteric polymer Eudragit L30D55 whether
it's slow or fast.

        And the important thing here is that you have to
remember there's 12 vessels that this analyst has to cover.  They
have 5 minutes, according to the USP method, to get that buffer
into all 12.  Wow.  So you can imagine.  You stop this and now
you have 5 minutes to get the aliquot into each of these 12
vessels.  You better be quick.  So they are probably more likely

11:40:45AM 1  to be on the quick side than the slow side.  So whatever it takes

11:40:49AM 2  to equilibrate these two pH media will happen in seconds.  And

11:40:56AM 3  that's what the Miller paper shows.

11:40:57AM 4  Q.  Dr. Rudnic, did you rely on PTX-223 in forming your

11:41:03AM 5  opinions?

11:41:03AM 6  A.  I did.

11:41:04AM 7       MR. COCHRAN:  Your Honor, Plaintiffs would like to

11:41:05AM 8  offer PTX-223 into evidence.

11:41:08AM 9       THE COURT:  Any objection?

11:41:09AM 10      MR. RAKOCZY:  No objection, Your Honor.

11:41:10AM 11      THE COURT:  Admitted.

11:41:14AM 12      MR. COCHRAN:  Thank you.

11:41:14AM 13      (Exhibit Number PTX-223 was admitted.)

11:41:14AM 14  BY MR. COCHRAN:

11:41:15AM 15  Q.  Was Ms. Gray able to identify a hotspot in the Miller paper?

11:41:20AM 16  A.  No.

11:41:22AM 17  Q.  What did she say?

11:41:23AM 18  A.  She said a lot of things but she just circled the whole page

11:41:26AM 19  so the whole thing was a hotspot.

11:41:28AM 20  Q.  What does that tell you?

11:41:30AM 21  A.  Well, there's no hotspot.  And you can see at the bottom of

11:41:33AM 22  the vessel where the capsules reside, quite uniform.

11:41:40AM 23  Q.  And what other challenges did Dr. Buckton and Ms. Gray make

11:41:43AM 24  to the data presented?

11:41:49AM 25  A.  To be charitable, this is a questionable batch of --

11:41:58AM  1        MR. RAKOCZY:  Objection, Your Honor.  This is opinions

11:42:02AM  2    we saw nowhere in his reports.

11:42:04AM  3        THE COURT:  But this is for purposes of rebuttal.  I

11:42:06AM  4    mean, we technically could bring him back after the testimony.

11:42:10AM  5    And it certainly seems more efficient to allow rebuttal now if

11:42:15AM  6    that's acceptable to the parties.

11:42:18AM  7        MR. COCHRAN:  I would also mention that this was all

11:42:19AM  8    discussed in Dr. Rudnic's deposition.

11:42:21AM  9        THE COURT:  I'm going to allow it rather than having to

11:42:24AM 10    bring him back in a day and a half.

11:42:28AM 11        MR. RAKOCZY:  Understood, Judge.

11:42:29AM 12        THE WITNESS:  Thank you, Your Honor.  So Lupin had an

11:42:34AM 13    opportunity to retest the existing ANDA batch, the one that was

11:42:42AM 14    submitted to the ANDA.  I mean, they had 230,000 capsules.  I

11:42:45AM 15    imagine they had a few of those laying around.  And my

11:42:49AM 16    understanding is that their excuse for not testing is, oh, it

11:42:53AM 17    expired 2 months ago.  Well, an interesting thing is that if they

11:42:58AM 18    had tested, they could have extended the expiration date.  So

11:43:02AM 19    merely testing it again would have extended the expiration date.

11:43:06AM 20    I don't believe they wanted to retest that ANDA batch.

11:43:09AM 21        THE COURT:  That's speculation.  Go on.

11:43:11AM 22        THE WITNESS:  I will move on to say, Your Honor, the

11:43:14AM 23    batch they made in response to this litigation differs

11:43:21AM 24    considerably from their ANDA batch.  It is 6,000 capsules versus

11:43:27AM 25    240,000 capsules. The FDA would mandate you to do bioequivalence

11:43:34AM 1    test because the size of these batches are so different.

11:43:37AM 2            THE COURT:  How do you know that the air flow particle

11:43:40AM 3    dynamics of the polymer enteric spray rate were different for

11:43:45AM 4    this batch?  What tells you that?

11:43:47AM 5            THE WITNESS:  There are two batch records that I looked

11:43:49AM 6    at.  One that was given to us a couple days ago which is the

11:43:54AM 7    batch record for this batch and one from their ANDA.  So I can

11:43:58AM 8    look at all of these things.  The spray rate is 10 fold.  The air

11:44:05AM 9    flow is 10 fold.  I mean, I don't know what could be.  The other

11:44:10AM 10   thing is that their justification for this was that the

11:44:15AM 11   manufacturer of the coating equipment says, well, there's a

11:44:18AM 12   general scale-up parameter.

11:44:23AM 13           THE COURT:  So you're criticizing their samples but you

11:44:25AM 14   didn't run any tests yourself.

11:44:28AM 15           THE WITNESS:  So Your Honor, the manufacturer says that

11:44:33AM 16   that scale-up parameter that they used could vary by up to 20

11:44:37AM 17   percent, plus or minus 20 percent.  So there's a lot of wiggle

11:44:42AM 18   room here.  And I have done scale-up my whole life, and I can

11:44:45AM 19   tell you that you have to do a lot of different iterations in the

11:44:49AM 20   process to figure out how they affect things.

11:44:52AM 21           THE COURT:  So they didn't do it well, but you didn't

11:44:54AM 22   do it at all.

11:44:55AM 23           THE WITNESS:  I didn't have to, Your Honor.  And the

11:44:58AM 24   reason why I say I didn't have to is because you look at the

11:45:00AM 25   performance of products to figure out if they are the same.

11:45:07AM  1          THE COURT:  You are looking at functionally how it

11:45:09AM  2   works in vivo in blood streams but that's like outputs, not

11:45:15AM  3   inputs.  Got it.

11:45:17AM  4          THE WITNESS:  Sure.  So the in vitro data at pH 4.5 is

11:45:21AM  5   different between the ANDA batch that they submitted to the FDA

11:45:27AM  6   and this batch which they didn't submit to the FDA and they

11:45:31AM  7   didn't do bioequivalence testing.  So what's going to happen is

11:45:36AM  8   you are going to see some of the experts for Lupin get up and

11:45:39AM  9   talk about how this batch is the same as the ANDA.  It is not, in

11:45:42AM 10   my opinion.  It is different in terms of the way it's

11:45:45AM 11   manufactured.  And it functions -- it performs differently from

11:45:49AM 12   based on the in vitro data.  So for those things alone, I say

11:45:53AM 13   it's different in a lot of different ways.  And it would take a

11:45:57AM 14   lot of research and a lot of time to figure out exactly how.

11:45:57AM 15   BY MR. COCHRAN:

11:46:03AM 16   Q.   Let's go back to the data.  What have you shown here?

11:46:08AM 17   A.   These are the plasma time curves for the Lupin ANDA product.

11:46:14AM 18          THE COURT:  We have a preserved Daubert objection here.

11:46:17AM 19   It's understood.  It's preserved for the record.  But I am

11:46:22AM 20   allowing this.

11:46:24AM 21          MR. RAKOCZY:  Thank you, Your Honor.

11:46:24AM 22          THE WITNESS:  Your Honor, it might be helpful if I

11:46:27AM 23   explain what you are looking at.  So these are plasma time curves

11:46:31AM 24   or blood level curves in the vernacular of the bioequivalence

11:46:38AM 25   study that was performed by Lupin.  These are Lupin data.  So

what you have on the left is a standard plot.  And that same
data, the same set of data are plotted in a semi-log plot on the
right.

So semi-log plots take out any difference, so we will
forget that for the moment.  If you look at the chart on the
left, what you see are two very similar curves.  Now, for
bioequivalence, what the FDA looks at are two measurements.  One
is the C-max or the peak concentration.  So the peaks that you
see pretty much at around 4 hours, 5 hours there.  That point
represents where the absorption of a drug product equals the
elimination of the drug product.

THE COURT:  Show me which peaks you are talking about.
The peak of the line at 6 hours on the left-hand graph?

THE WITNESS:  If you look at the left side of the left,
you see the highest data points.

THE COURT:  Mean concentration so the highest blood
concentration is getting 450 on the left-hand side and scale on
the right.

THE WITNESS:  That's harder to read.  But if you go to
about 450 on the left side, you can see that that is the C-max,
maximum concentration for both the Lupin ANDA product and Oracea.
Now, the FDA takes that measurement, C-max and says that is a
measure of the rate of drug absorption and release of a dosage
form.

THE COURT:  There's some in vivo similarity here.  The

11:48:36AM 1  FDA cares about it.  But it's not dispositive of the patent.

11:48:42AM 2           THE WITNESS:  I will leave that, Your Honor.  I just

11:48:44AM 3  want to finish my testimony that it is hard, very hard to be

11:48:53AM 4  statistically the same for both the C-max and the area under this

11:48:59AM 5  curve; two measurements for bioequivalence.  And they did that

11:49:02AM 6  not only for fasted but fed, a doubly-hard standard.

11:49:07AM 7           So these products match both the rate and extent of

11:49:14AM 8  drug absorption.  Not my opinion.  It's the FDA's opinion.  Now,

11:49:19AM 9  because the FDA says that these bioequivalence studies matter in

11:49:27AM 10 terms of release of a drug substance, I can come to the

11:49:33AM 11 conclusion that the Lupin ANDA product looks quite similar to a

11:49:40AM 12 known and proven 30:10 IR DR.

11:49:44AM 13          THE COURT:  By the way, is the reference product here

11:49:47AM 14 the Oracea and the test product is Lupin's?

11:49:50AM 15          THE WITNESS:  Correct.  It's hard to make out because

11:49:57AM 16 the graphs are so similar.

11:50:00AM 17          THE COURT:  Right.  Okay.

11:50:00AM 18 BY MR. COCHRAN:

11:50:02AM 19 Q.   Dr. Rudnic, let's go to PTX-190 in your witness book.  This

11:50:07AM 20 is Tab 27.  Do you recognize this document?

11:50:09AM 21 A.   Yes.

11:50:10AM 22 Q.   What is it?

11:50:12AM 23 A.   This is Lupin's bioequivalence fasting study of doxycycline

11:50:16AM 24 capsules that created the data that we just saw.

11:50:19AM 25 Q.   And did you consider PTX-190 in forming your opinions in

11:50:23AM 1    this case?

11:50:23AM 2    A.    Yes.

11:50:25AM 3          MR. COCHRAN:  Your Honor, Plaintiffs would like to

11:50:26AM 4    offer PTX-190 into evidence.

11:50:29AM 5          THE COURT:  Any objection?

11:50:30AM 6          MR. RAKOCZY:  No objection, Your Honor.

11:50:31AM 7          THE COURT:  Admitted.

11:50:31AM 8          (Exhibit Number PTX-190 was admitted.)

11:50:31AM 9    BY MR. COCHRAN:

11:50:33AM 10   Q.    So Dr. Rudnic, moving on to your next slide, what have you

11:50:37AM 11   concluded from the data in Lupin's own ANDA?

11:50:41AM 12   A.    Doxycycline's narrow absorption window requires a specific

11:50:46AM 13   ratio of IR DR.  I know this from the Oracea NDA, all the studies

11:50:52AM 14   that they did in developing Oracea.  The scintigraphic study that

11:51:00AM 15   I talked about.  30:10 is what's needed.  And you can't get off

11:51:03AM 16   far from 30 milligrams IR and still be bioequivalence to Oracea.

11:51:10AM 17   That is very clear from the data in the Oracea NDA.  What I

11:51:13AM 18   showed just recently is that Lupin's doxycycline has a so-called

11:51:22AM 19   DR component but 8 milligrams or 75 percent in total or 30

11:51:28AM 20   milligrams gets released at a pH immediately following oral

11:51:32AM 21   administration.  And 22 milligrams plus 8 milligrams equals 30.

11:51:38AM 22   So I am testifying today that I believe Lupin's doxycycline

11:51:43AM 23   product is a 30 milligram IR 10 milligram DR.

11:51:49AM 24         THE COURT:  Dr. Rudnic, let me go back to a basic

11:51:54AM 25   anatomical question.  Say you take an average pill like the kind

11:51:56AM 1  you develop. You told me from the time you ingest a pill with

11:52:00AM 2  what, a quarter liter of water, to the time it makes it to the

11:52:04AM 3  bottom of the stomach the polymer is about an hour?

11:52:08AM 4  THE WITNESS: Yes.

11:52:09AM 5  THE COURT: Can you generalize about how long that pill

11:52:11AM 6  spends in the duodenum, how long it spends in the jejunum, the

11:52:14AM 7  ilium, and the colon. Is there like a standard figure or a range

11:52:18AM 8  of figures that you were to ballpark it?

11:52:21AM 9  THE WITNESS: Sure. So the duodenum probably about an

11:52:27AM 10  hour and a half.

11:52:29AM 11  THE COURT: So 1.5 hours in duodenum.

11:52:33AM 12  THE WITNESS: It could be less. It could be less if

11:52:35AM 13  there were food moving it along.

11:52:37AM 14  THE COURT: So some drugs are instructed to take with

11:52:40AM 15  food, and that's going to affect it. And others you are told

11:52:43AM 16  don't take it within a couple of hours of a meal.

11:52:45AM 17  THE WITNESS: That's this one.

11:52:46AM 18  THE COURT: This one is don't take with food.

11:52:48AM 19  THE WITNESS: That's right.

11:52:49AM 20  THE COURT: If you don't take it with food, how long

11:52:51AM 21  does it spend in the duodenum?

11:52:53AM 22  THE WITNESS: Probably about an hour at the most.

11:52:56AM 23  THE COURT: Up to one hour if no food. Okay.

11:53:01AM 24  THE WITNESS: And then comes the jejunum and ilium.

11:53:05AM 25  And that depends, but that could be anywhere from 2 hours to 6

hours.

THE COURT:  2 to 6 hours assuming you haven't ingested food right then?

THE WITNESS:  That's right.

THE COURT:  And then the colon.

THE WITNESS:  And then the colon.  It could be in the colon for a day or two.  And it depends on again food.  So mother nature is pretty good at getting rid of waste and food, so it moves things along if you have a lot of --

THE COURT:  Right.  So your testimony was that the absorption rate is very high in the duodenum like in the 80s.

THE WITNESS:  Yes.

THE COURT:  And then falls to the 30s.  I don't know if it was 37 or --

THE WITNESS:  Almost 90 percent in the duodenum.  And about 37 --

THE COURT:  37.  So 37, 38 in the ilium in the jejunum but there's up to an hour for the medicine to be ingested into the duodenum.  So you know there's bioequivalence in terms of how long it lasts and the figures were for, you know, hour, hour and a half at a pH of 4.5 or whatever.  But you can't say like at what point in the duodenum this is all dissolving.  What's the pH in the duodenum?

THE WITNESS:  5.5, Your Honor.

THE COURT:  5.5.  Stomach you said there was a range,

11:54:26AM 1  you said 3 was like --

11:54:27AM 2  THE WITNESS:  Anywhere from 2 to 5, and let's call it 3

11:54:31AM 3  in the middle.

11:54:32AM 4  THE COURT:  2 to 5 pH.  And then 5.5 pH in duodenum.

11:54:40AM 5  And what would you say the pH is in jejunum and ilium?

11:54:44AM 6  THE WITNESS:  Jejunum probably about 6.  Slightly

11:54:48AM 7  higher.

11:54:51AM 8  THE COURT:  And the ilium?

11:54:52AM 9  THE WITNESS:  About 6 and a half to 7 depending on what

11:54:56AM 10  kind of diet you typically have.  High fiber diets are slightly

11:55:04AM 11  higher.

11:55:06AM 12  THE COURT:  These figures are going to hold basically

11:55:08AM 13  true for medicines that are not ingested with food.

11:55:08AM 14  THE WITNESS:  That's correct.

11:55:12AM 15  THE COURT:  That's helpful.  I do not have the benefit

11:55:18AM 16  of premed or biochem background.  Thank you.

11:55:18AM 17  THE WITNESS:  Understood, Your Honor.  You're welcome.

11:55:18AM 18  BY MR. COCHRAN:

11:55:22AM 19  Q.  Dr. Rudnic, what's the current status of Lupin's ANDA at the

11:55:28AM 20  FDA?

11:55:29AM 21  A.  It is tentatively approved.

11:55:33AM 22  Q.  Let's go to PTX-049, Tab 28.

11:55:33AM 23  A.  Yes.

11:55:34AM 24  Q.  Do you recognize this document?

11:55:35AM 25  A.  I do.

Q.   What is it?

A.   It's the tentative approval letter from the FDA to Lupin for their ANDA.

Q.   Did you consider PTX-049 in forming your opinions in this case?

A.   I did.

        MR. COCHRAN:  Your Honor, Plaintiffs would like to enter PTX-049 into evidence.

        THE COURT:  Any objection?

        MR. RAKOCZY:  No objection.

        THE COURT:  Admitted.

        (Exhibit Number PTX-049 was admitted.)

BY MR. COCHRAN:

Q.   All right.  Let's go to your next slide.  What conclusions have you drawn based on all the data and Lupin's own ANDA?

A.   My conclusion is that Lupin's ANDA product infringes the Chang patents.

Q.   Let's talk about your opinions on infringement.  Let's go to the next slide.  Can you walk us through this claim in relation to your --

A.   This is claim one of the Chang 532 patent, and you can see that it starts as an oral pharmaceutical composition of doxycycline.  And on the right, I have Lupin's label and you can see doxycycline for oral use and it's 40 milligrams once daily.

        THE COURT:  We can go through 076, 077, 078.  None of

11:56:44AM 1  those is really in dispute.  Why don't we go to 079.

11:56:48AM 2          MR. COCHRAN:  Understood, Your Honor.

11:56:48AM 3  BY MR. COCHRAN:

11:56:53AM 4  Q.    What are we showing here?

11:56:54AM 5  A.    This is Claim 1 of the Chang 532 patent.  Again, composition

11:56:58AM 6  consisting of an immediate release IR portion comprising a drug

11:57:02AM 7  wherein the drug consists of about 30 milligrams doxycycline.  My

11:57:08AM 8  contention and my testimony today is that because they have a

11:57:16AM 9  like unlike layering of coatings which in my view is a fragile

11:57:23AM 10  platform and a very light weight gain, they have designed a

11:57:30AM 11  product that will leak, and it leaks at pH 4.5 which is where you

11:57:37AM 12  are going to see the pH at the time of oral administration.  They

11:57:45AM 13  release 30 milligrams of doxycycline at that pH.  75 percent of

11:57:50AM 14  the product.  And the in vivo data they have is remarkably

11:57:57AM 15  similar bioequivalence data to Oracea and undisputed 30:10 IR DR

11:58:02AM 16  product.

11:58:03AM 17  Q.    In your opinion, does Lupin's ANDA product meet this claim

11:58:08AM 18  limitation?

11:58:08AM 19  A.    Yes.

11:58:09AM 20  Q.    Let's move on to the next slide.  Have you formed an opinion

11:58:12AM 21  on whether this claim element is met under the doctrine of

11:58:16AM 22  equivalents?

11:58:17AM 23  A.    Yes, it's insubstantially different from a pharmaceutical

11:58:20AM 24  composition containing a 30 milligram IR portion.

11:58:22AM 25  Q.    Why do you say that?

A.   Well, it functions in substantially the same way to achieve substantially the same result.  And the function is that it releases 30 milligrams of doxycycline immediately on oral administration to alter subject's steady state blood levels.  And the way it does it is about 8 milligrams of doxycycline in the DR portion is intentionally and immediately released by Lupin's thin and weak enteric coat.  The result of all this is that their ANDA product functions as a 30 milligram IR 10 milligram DR in the body that is equivalent to Oracea.

THE COURT:  Can I ask?  Is there anything done to pills to cause them to linger in the duodenum or jejunum or ilium longer than they otherwise would or do they all pass at roughly the same rate?

THE WITNESS:  There are actual polymers, Your Honor, that can be added to the surface of either capsules or pellets that are what we call bioadhesive.  And they tend to be some cellulose derivatives and some others.  This is a poly methacrylic acid copolymer.  There's some acrylic acid versions that are also bioadhesive.

THE COURT:  It can be done but there's no reason to think that was done here.

THE WITNESS:  Absolutely not, Your Honor.  And generally, the idea if you want to slow things down, pellets are good because they tend to get into the folds of the intestinal tract.  And if they're somewhat adhesive, they go slower.  So

1  they never really suck onto the intestines; they'll just go

2  slower.

3          THE COURT:  Because the absorption rate for a lot of

4  meds is higher earlier in the intestinal tract.  You might want

5  it to go slower.

6          THE WITNESS:  So a big, big effort in the 1990s and

7  early 2000s was bioadhesion and what they call gastro retentive

8  dosage forms, there's a whole company formed on this, where the

9  idea was to get the release so far high up you would hit all the

10  absorption windows and get higher bioavailability.  By and large,

11  they have not succeeded.  Mother nature is a lot smarter than we

12  chemists are.

13          THE COURT:  I don't know if it matters whether you're

14  eating roughage or not.

15          THE WITNESS:  Food is going to move things along.

16  BY MR. COCHRAN:

17  Q.   Dr. Rudnic, in your opinion, does Lupin's product infringe

18  this claim under the doctrine of equivalents?

19  A.   Yes, it does.

20  Q.   Let's move on to the next slide.  What do they show here?

21  A.   This is Claim 1 of the Chang 532 patent.  Showing that it

22  has a delayed release or DR portion wherein the drug consists of

23  about 10 milligrams of doxycycline.

24  Q.   And in your opinion, does Lupin's ANDA product infringe this

25  claim element?

A.     It does because as I testified, I believe that 8 milligrams

12:01:22PM 1

is released as an IR portion to join the 22 milligrams of IR

12:01:28PM 2

pellets to be 30 milligrams of IR.  In a 40 milligram dosage

12:01:33PM 3

form, that leaves 10 milligrams.  And what you see is that is at

12:01:38PM 4

a time other than immediately following oral administration.

12:01:43PM 5

Q.     Have you formed an opinion on whether this claim element is

12:01:48PM 6

met under the doctrine of equivalents?

12:01:51PM 7

A.     Yes.

12:01:53PM 8

Q.     What is that opinion?

12:01:54PM 9

A.     Is that it does infringe on the doctrine of equivalents

12:01:55PM 10

because it is insubstantially different from a pharmaceutical

12:01:58PM 11

composition containing 10 milligram DR portion.

12:02:02PM 12

Q.     Why do you say that?

12:02:05PM 13

A.     Well, it has the same function and substantially the same

12:02:06PM 14

way to achieve substantially the same result.  The function is

12:02:10PM 15

that it releases 10 milligrams of doxycycline at a time other

12:02:14PM 16

than immediately following oral administration and about 8

12:02:18PM 17

milligrams of doxycycline in that what is called DR portion is

12:02:23PM 18

intentionally and immediately released by Lupin's thin and weak

12:02:26PM 19

enteric coat.  This leaves 10 milligrams to be released at a time

12:02:31PM 20

other than immediately following oral administration.  The result

12:02:34PM 21

of all this is that Lupin's ANDA product functions as a 30

12:02:38PM 22

milligram IR 10 milligram DR product in the body that is

12:02:43PM 23

bioequivalence to Oracea, an undisputed 30 milligram IR 10

12:02:48PM 24

milligram DR product.

12:02:53PM 25

| | |
|---|---|
| 12:02:55PM | 1 |

Q.    In your opinion, does Lupin's product infringe this claim element under the doctrine of equivalents?

A.    It does.

Q.    And --

THE COURT:  We can skip 085 and 086.

MR. COCHRAN:  You read my mind, Your Honor.

BY MR. COCHRAN:

Q.    Let's go to Slide 87.  Dr. Rudnic, what have you shown here?

A.    So this is Claim 15.  I mentioned before this is a method claim for treating rosacea which is a form of acne in a human if you consider the dependent Claim 16.  And you can see that Lupin's ANDA product infringes literally and under the doctrine of equivalents.  And the composition parts of that claim we have already discussed at length.

THE COURT:  It's the same for the methods as for Claim 1; correct?

THE WITNESS:  Yes, Your Honor.

THE COURT:  So the key here is going to be -- well, that's the end of the 532.  And then on the 740, we can go straight to Slide 91.  Your analysis on the 740 patent of the 30:10 ratio is going to be the same for the 740 as for the 532; correct?

THE WITNESS:  You are correct, Your Honor.

THE COURT:  And then your analysis of the function and the doctrine of equivalents on 93 is the same for the 740 and the

532?

THE WITNESS:  You are correct, Your Honor.

THE COURT:  And I don't know if there's anything you want to say about Slide 94 about the delayed release.  Is this the same as what we saw earlier or do you need to say anything further about this?

THE WITNESS:  It is the same, Your Honor.

THE COURT:  94, 95, 96, the gelatin, the excipients, the coatings.  So there's the method claim is the same on the 740 and the 532; right?

THE WITNESS:  Correct, Your Honor.

THE COURT:  Was there anything else you needed to add about differences in the method claims or differences in the 740?

BY MR. COCHRAN:

Q.    One quick question.  Dr. Rudnic, if we can go back one second?  This will be very quick.  Go back to Slide 98.  Can you remind us what Lupin's ANDA product is indicated for?

A.    It's indicated for the treatment of rosacea.

Q.    Thank you.

THE COURT:  And rosacea is a kind of skin disorder, isn't it?

THE WITNESS:  Sure.  The most notable patient that suffers from rosacea is former President Clinton, Your Honor.  So if you see Mr. Clinton, often his face is red.  And a lot of people suggest that's because he's imbibing.  It's not.  It's

12:05:43PM 1  because he suffers from rosacea.  Rosacea is a form of acne.

12:05:47PM 2  It's really like little red dots in your skin which cause your

12:05:50PM 3  face to look red.  So doxycycline, like most of the tetracyclines

12:05:58PM 4  at low doses, very low doses, has an antiinflammatory effect.

12:06:04PM 5          THE COURT:  Does anyone understand why that is?

12:06:06PM 6  Because people thought this was a subtherapeutic dose.

12:06:10PM 7          THE WITNESS:  Well, it's a subtherapeutic dose for an

12:06:11PM 8  antibiotic.  But most antibiotics, almost all of them,

12:06:15PM 9  amoxicillin and others, at the very lowest of their doses are

12:06:20PM 10  somewhat anti-inflammatory.  The problem is, if you were to give

12:06:25PM 11  them every day for the rest of your lives, you would probably get

12:06:28PM 12  a superinfection and resistant bacteria and all sorts of things.

12:06:31PM 13          THE COURT:  You think the max level at 1.0 microgram

12:06:36PM 14  seems to work?

12:06:37PM 15          THE WITNESS:  It does.  So you're maximizing over the

12:06:40PM 16  course of a day the anti-inflammatory effect for rosacea but not

12:06:45PM 17  triggering the antibiotic effect which as we know causes all

12:06:49PM 18  sorts of problems.

12:06:51PM 19          THE COURT:  Sorry.  I know you crafted your direct

12:06:58PM 20  examination very well and very carefully.  Is there anything else

12:07:00PM 21  you want to add?

12:07:01PM 22          MR. COCHRAN:  No, Your Honor.

12:07:28PM 23          (Lunch break at 12:07 p.m.)

24

25

1          C E R T I F I C A T I O N

2

3              I certify that the foregoing is a correct transcript

4      from the record of proceedings in the above-entitled matter.

5

6      /s/ Bobbie J. Shanfelder

7      Bobbie J. Shanfelder, RDR, CRR

8      Official Court Reporter

9      Date:  January 9, 2024

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## $

**$100** [1] - 58:9
**$40** [1] - 53:22

## '

**'80s** [2] - 92:4, 92:5

## /

**/s** [1] - 139:6

## 0

**0** [1] - 111:8
**0.1** [1] - 75:24
**002** [2] - 78:19, 79:5
**076** [1] - 131:25
**077** [1] - 131:25
**078** [1] - 131:25
**079** [1] - 132:1
**085** [1] - 136:5
**086** [1] - 136:5

## 1

**1** [31] - 9:9, 35:10, 36:4, 36:18, 36:23, 39:15, 40:2, 40:4, 40:6, 50:1, 54:19, 55:15, 59:15, 67:10, 79:13, 79:14, 79:15, 79:16, 79:20, 80:6, 81:2, 81:14, 81:22, 85:15, 85:16, 87:14, 113:14, 116:14, 132:5, 134:21, 136:16
**1-hour** [1] - 39:6
**1.0** [5] - 76:2, 77:5, 79:21, 87:14, 138:13
**1.029** [1] - 27:23
**1.1** [38] - 23:11, 25:11, 25:13, 25:19, 34:21, 35:2, 35:12, 37:6, 38:2, 38:9, 38:14, 39:5, 42:5, 42:14, 64:19, 64:21, 66:25, 67:5, 68:7, 68:12, 68:20, 69:4, 104:25, 105:1, 105:8, 110:24, 111:7, 111:15, 111:21, 111:25, 112:14, 113:10, 113:14, 115:5, 115:9, 117:21, 119:15
**1.5** [1] - 128:11
**10** [42] - 5:6, 13:19,

14:1, 17:7, 17:12, 19:5, 19:8, 19:17, 20:24, 23:21, 26:18, 27:6, 28:14, 28:21, 29:16, 33:9, 33:21, 36:14, 37:6, 37:8, 38:24, 39:16, 39:18, 40:14, 78:19, 80:1, 80:10, 84:3, 119:21, 120:16, 123:8, 123:9, 127:23, 133:8, 134:23, 135:4, 135:12, 135:16, 135:20, 135:23, 135:24
**10-hour** [1] - 5:1
**10-milligram** [2] - 30:20, 61:19
**10-minute** [1] - 107:15
**100** [2] - 100:3, 115:14
**10005** [1] - 1:17
**106** [1] - 35:11
**107** [1] - 2:24
**11** [1] - 78:20
**110** [1] - 2:23
**11:05** [1] - 107:18
**11:17** [1] - 107:18
**12** [1] - 38:21, 58:2, 74:15, 82:4, 113:15, 116:12, 117:13, 117:14, 120:21, 120:23, 120:24
**120** [4] - 27:24, 35:19, 42:22, 117:21
**1200** [1] - 1:23
**1201** [1] - 1:13
**121** [1] - 2:25
**127** [1] - 2:22
**12:07** [1] - 138:23
**13** [2] - 39:3, 48:3
**13.6** [1] - 15:18
**131** [1] - 2:15
**1347** [1] - 1:13
**135** [1] - 95:15
**136** [1] - 96:12
**14** [4] - 47:22, 48:3, 71:4, 84:19
**15** [7] - 5:2, 30:25, 80:16, 80:20, 86:5, 120:16, 136:9
**150** [6] - 50:3, 110:18, 111:8, 116:1, 117:20, 117:24
**16** [9] - 30:25, 40:12, 40:13, 40:16, 79:14, 86:22, 105:9, 105:13, 136:11
**167** [1] - 2:4
**17** [8] - 8:15, 89:13, 105:4, 105:5,

105:12, 106:9, 106:10, 106:12
**18** [31] - 15:4, 19:10, 22:24, 23:5, 23:8, 23:17, 33:1, 33:7, 35:22, 40:3, 41:17, 43:9, 43:15, 46:4, 48:24, 49:4, 88:1, 88:4, 89:20, 102:21, 102:22, 104:8, 104:16, 104:18, 105:9, 105:13, 105:20, 105:21, 113:12, 116:11
**180** [2] - 50:3, 116:1
**185** [1] - 90:23
**186** [1] - 90:23
**187** [1] - 90:23
**19** [7] - 30:24, 40:9, 80:16, 90:5, 105:6, 106:12, 107:1
**19106** [1] - 1:9
**198** [2] - 87:7, 91:2
**19806** [1] - 1:23
**1982** [1] - 53:2
**1984** [1] - 92:7
**1988** [1] - 91:20
**19899** [1] - 1:14
**1990s** [1] - 134:6

## 2

**2** [32] - 15:12, 37:12, 37:24, 38:2, 38:9, 38:12, 38:14, 47:5, 55:15, 55:20, 62:4, 67:8, 68:12, 68:20, 70:14, 70:16, 105:2, 105:5, 105:8, 109:4, 110:24, 111:5, 112:3, 112:5, 113:7, 113:15, 115:5, 122:17, 128:25, 129:2, 130:2, 130:4
**2-hour** [1] - 39:6
**2.2** [2] - 64:25, 70:14
**2.3** [1] - 70:14
**2.4** [1] - 25:16
**20** [17] - 11:5, 11:11, 30:25, 37:7, 37:8, 56:3, 68:25, 70:7, 70:10, 79:13, 80:19, 90:13, 111:7, 114:13, 123:16, 123:17
**2000s** [1] - 134:7
**2002** [1] - 13:21
**2003** [1] - 40:3
**2006** [1] - 84:16
**2011** [2] - 14:9, 61:13

**2018** [1] - 15:9
**2024** [3] - 1:10, 4:1, 139:9
**21-CV-1710** [2] - 1:3, 4:4
**22** [18] - 15:3, 18:7, 20:13, 27:11, 29:12, 32:25, 35:21, 41:16, 42:15, 42:24, 43:9, 43:15, 46:4, 88:1, 96:8, 118:18, 127:21, 135:2
**221** [1] - 95:6
**22:18** [15] - 33:2, 34:21, 35:8, 40:22, 40:24, 41:18, 43:1, 43:13, 43:21, 45:8, 45:11, 45:14, 46:4
**23** [7] - 40:12, 40:13, 40:16, 41:21, 42:20, 43:25, 99:12
**230,000** [2] - 31:21, 122:14
**23:16** [3] - 40:19, 40:23, 41:10
**24** [5] - 42:19, 42:20, 43:25, 76:17, 107:2
**240** [8] - 25:17, 25:24, 26:11, 50:3, 70:1, 71:8, 71:10, 109:22
**240,000** [1] - 122:25
**245** [1] - 2:3
**25** [8] - 17:13, 36:12, 36:13, 38:24, 38:25, 39:10, 43:3, 109:25
**250** [3] - 58:2, 64:10, 70:13
**26** [6] - 25:21, 41:6, 43:13, 84:16, 118:1, 119:9
**26.4** [1] - 15:18
**27** [6] - 6:22, 6:24, 84:2, 84:3, 118:1, 126:20
**28** [3] - 6:22, 26:8, 130:22

## 3

**3** [16] - 5:7, 35:10, 38:21, 39:3, 42:3, 46:22, 54:16, 54:20, 55:15, 63:4, 65:3, 116:14, 130:1, 130:2
**3.2.P.1** [1] - 89:25
**30** [69] - 13:19, 13:25, 17:6, 17:12, 18:3, 19:7, 19:16, 20:10, 20:23, 23:5, 23:17, 23:20, 26:18, 27:2,

27:6, 27:23, 27:24, 28:14, 28:21, 29:10, 29:15, 35:19, 36:14, 37:7, 37:8, 37:19, 38:24, 39:16, 39:17, 40:14, 40:16, 40:18, 42:21, 43:5, 43:8, 43:9, 49:5, 61:10, 79:24, 80:8, 84:1, 100:4, 100:5, 100:10, 100:11, 104:9, 111:17, 111:19, 115:11, 116:10, 116:17, 117:21, 118:2, 118:3, 118:5, 118:17, 127:16, 127:19, 127:21, 127:23, 132:7, 132:13, 132:24, 133:3, 133:8, 135:3, 135:22, 135:24
**30-milligram** [3] - 30:19, 60:19, 61:19
**30-minute** [2] - 27:18, 50:8
**300** [13] - 3:4, 3:4, 3:5, 3:5, 3:6, 3:6, 3:7, 3:8, 3:13, 3:14, 3:14, 3:15
**30:10** [24] - 30:16, 33:3, 34:22, 35:23, 36:15, 39:19, 39:21, 40:10, 40:17, 40:22, 40:24, 42:4, 43:2, 43:4, 46:5, 76:13, 87:19, 88:12, 107:25, 110:16, 126:12, 127:15, 132:15, 136:21
**30s** [1] - 129:13
**31** [1] - 28:10
**32** [3] - 1:16, 104:14, 104:15
**329** [1] - 2:5
**33** [2] - 84:2, 84:4
**332** [1] - 3:10
**334** [1] - 3:4
**335** [1] - 3:5
**338** [1] - 3:11
**348** [1] - 3:9
**349** [1] - 3:8
**351** [1] - 3:21
**353** [1] - 3:9
**356** [1] - 3:5
**362** [1] - 3:19
**365** [2] - 3:11, 3:18
**366** [1] - 2:4
**37** [4] - 129:14, 129:16, 129:17

**376** [1] - 2:7
**38** [3] - 15:10, 31:22, 129:17
**380** [1] - 3:10
**386** [1] - 3:19
**387** [1] - 3:3
**388** [1] - 3:12
**389** [1] - 3:10
**39** [1] - 86:20
**396** [1] - 3:22
**397** [1] - 3:24

## 4

**4** [7] - 65:12, 70:16, 70:18, 70:21, 109:2, 109:6, 125:9
**4.5** [52] - 7:24, 8:18, 9:1, 25:8, 25:11, 25:16, 25:18, 26:7, 26:13, 26:17, 26:25, 27:1, 27:5, 27:7, 31:11, 32:1, 33:23, 34:2, 34:22, 34:23, 44:4, 44:5, 44:6, 44:24, 45:2, 45:13, 45:17, 45:19, 45:24, 68:13, 68:24, 69:4, 71:13, 71:15, 72:9, 110:14, 111:11, 111:13, 111:15, 114:7, 114:9, 114:12, 114:13, 115:19, 116:10, 117:17, 117:21, 119:16, 124:4, 129:21, 132:11
**40** [11] - 13:23, 17:6, 39:4, 70:7, 77:19, 104:14, 104:15, 116:17, 117:25, 131:24, 135:3
**40-milligram** [1] - 36:13
**400,000** [1] - 57:17
**403** [1] - 96:6
**404** [1] - 3:20
**410** [1] - 3:4
**412** [1] - 2:8
**430** [3] - 3:22, 3:23, 3:23
**45** [5] - 41:13, 41:14, 46:21, 51:20, 88:7
**450** [2] - 125:17, 125:20
**456** [1] - 3:11
**46** [1] - 88:9
**467** [1] - 2:9
**474** [1] - 3:10
**494** [1] - 3:7
**496** [1] - 3:9
**497** [1] - 3:9
**499** [1] - 3:11

## 5

**5** [15] - 5:6, 36:4, 54:2, 65:1, 66:2, 69:4, 75:2, 112:16, 114:11, 116:12, 120:22, 120:24, 125:9, 130:2, 130:4
**5.5** [8] - 112:13, 112:16, 112:18, 114:9, 114:11, 129:24, 129:25, 130:4
**50** [4] - 35:19, 43:8, 46:20, 46:21
**50-805** [1] - 84:15
**500** [2] - 1:20, 3:13
**508** [1] - 3:15
**50s** [1] - 92:1
**518** [1] - 3:6
**52** [1] - 2:3
**527** [1] - 3:17
**53** [3] - 42:22, 48:14, 48:16
**532** [22] - 13:13, 14:5, 14:12, 16:20, 30:25, 78:6, 78:25, 79:14, 80:7, 80:8, 80:12, 80:17, 80:20, 81:1, 83:23, 131:21, 132:5, 134:21, 136:19, 136:21, 137:1, 137:10
**54** [1] - 35:19
**55** [12] - 8:15, 27:17, 41:12, 41:13, 42:15, 42:22, 42:23, 43:9, 45:14, 47:24, 48:17, 115:6
**55.4** [1] - 44:24
**559** [1] - 3:12
**55:45** [2] - 41:15, 41:18
**56** [2] - 42:23, 48:17
**572** [2] - 3:7, 3:8
**58** [3] - 57:23, 58:1, 58:3
**59** [2] - 57:25, 58:1

## 6

**6** [12] - 1:20, 36:19, 69:6, 104:11, 116:14, 117:13, 117:14, 125:13, 128:25, 129:2,
130:6, 130:9
**6,000** [2] - 44:19, 122:24
**6,000-capsule** [1] - 31:16
**6.5** [1] - 114:12
**60** [4] - 2:25, 42:22, 70:8, 111:8
**601** [1] - 1:9
**60654** [1] - 1:21
**61** [2] - 41:3, 47:24
**612** [1] - 3:16
**613** [11] - 2:10, 3:3, 3:3, 3:6, 3:8, 3:16, 3:17, 3:20, 3:21, 3:24
**62** [2] - 2:17, 47:24
**63** [1] - 2:19
**64** [2] - 117:25
**658** [1] - 2:12
**66** [4] - 2:16, 2:17, 47:22, 48:3
**67** [4] - 47:22, 48:4, 109:8, 109:19
**68** [2] - 49:25, 114:19
**69** [2] - 2:18, 49:25

## 7

**7** [7] - 36:24, 40:5, 70:15, 70:16, 109:5, 116:14, 130:9
**7.0** [1] - 38:3
**7.5** [4] - 68:14, 68:24, 111:13, 114:13
**70** [1] - 100:10
**70:30** [1] - 40:6
**72** [1] - 2:23
**73** [1] - 50:13
**740** [22] - 13:13, 14:5, 16:20, 30:25, 78:5, 78:25, 79:13, 79:15, 79:16, 80:6, 80:16, 80:19, 81:2, 81:14, 81:22, 85:15, 136:19, 136:20, 136:21, 136:25, 137:9, 137:13
**75** [16] - 2:20, 17:12, 27:2, 27:12, 36:12, 36:13, 38:23, 39:7, 42:6, 43:5, 115:10, 116:16, 127:19, 132:13
**75:25** [2] - 36:14, 42:7
**75th** [1] - 70:18
**7749532** [1] - 78:5
**79** [2] - 2:14, 2:15

## 8

**8** [22] - 17:16, 17:19, 17:23, 18:8, 19:5, 19:10, 20:17, 25:25, 27:13, 29:13, 33:8, 33:20, 34:13, 53:7, 57:17, 71:17, 116:14, 127:19, 127:21, 133:5, 135:1, 135:17
**80** [3] - 58:6, 58:7, 58:10
**80s** [1] - 129:11
**8206740** [1] - 78:5
**85** [2] - 2:18, 27:18
**86** [1] - 2:19
**87** [2] - 2:24, 136:8
**8:30** [2] - 1:10, 4:1

## 9

**9** [6] - 1:10, 4:1, 37:12, 54:25, 75:5, 139:9
**90** [1] - 129:15
**900** [1] - 64:14
**91** [5] - 2:20, 2:21, 2:21, 2:22, 136:20
**93** [1] - 136:25
**94** [2] - 137:4, 137:8
**95** [1] - 137:8
**96** [1] - 137:8
**97** [1] - 2:16
**98** [1] - 137:16
**99** [3] - 3:18, 40:6, 93:15

## A

**a.m** [4] - 1:10, 4:1, 107:18
**a10-milligram** [1] - 60:19
**ability** [2] - 21:23, 56:14
**able** [5] - 55:14, 64:6, 70:11, 98:5, 121:15
**above-entitled** [1] - 139:4
**absolutely** [5] - 51:12, 93:5, 94:10, 111:24, 133:22
**absorb** [2] - 55:12, 73:23
**absorbed** [4] - 10:5, 72:17, 74:20
**absorption** [25] - 13:22, 55:11, 61:10, 72:15, 72:20, 72:21, 72:24, 73:5, 74:10,
74:12, 74:13, 74:23, 75:3, 76:14, 76:18, 76:24, 108:21, 125:10, 125:23, 126:8, 127:12, 129:11, 134:3, 134:10
**absorption's** [1] - 75:17
**absorptive** [1] - 73:19
**academic** [1] - 55:23
**acceptable** [2] - 80:4, 122:6
**accepted** [1] - 7:9
**accomplished** [1] - 40:18
**accomplishments** [1] - 59:21
**according** [7] - 32:24, 33:6, 41:19, 42:25, 44:21, 45:12, 120:22
**account** [2] - 29:7, 31:14
**accounts** [1] - 22:17
**accurate** [4] - 24:3, 28:20, 43:19, 116:23
**accurately** [1] - 59:20
**accused** [2] - 94:2, 110:17
**achieve** [8] - 13:16, 13:18, 14:2, 19:20, 27:20, 57:20, 133:1, 135:15
**achieved** [1] - 76:12
**acid** [6] - 67:2, 73:22, 112:12, 119:15, 133:18
**acidic** [4] - 25:11, 37:16, 112:22, 112:23
**acids** [1] - 73:22
**acne** [3] - 75:23, 136:10, 138:1
**acquired** [2] - 53:23, 54:8
**acrylic** [3] - 106:17, 112:12, 133:18
**action** [1] - 14:24
**active** [1] - 56:19
**activities** [1] - 54:1
**activity** [1] - 66:11
**actual** [7] - 25:8, 25:18, 42:9, 42:19, 48:22, 98:24, 133:14
**add** [5] - 19:11, 48:15, 70:14, 137:12, 138:21
**added** [2] - 59:10, 133:15
**Adderall** [6] - 16:13,

54:5, 58:14, 104:13, 104:14, 113:8
**adding** [4] - 28:3, 48:18, 116:3, 119:16
**addition** [3] - 61:9, 64:15, 68:23
**additional** [6] - 27:12, 27:13, 34:5, 53:7, 115:22, 116:7
**address** [1] - 6:1
**addressed** [4] - 7:2, 7:3, 7:15, 83:24
**adequately** [1] - 97:22
**adhere** [4] - 21:24, 98:5, 99:9, 106:22
**adhering** [1] - 99:9
**adhesion** [1] - 98:7
**adhesive** [1] - 133:25
**adjective** [1] - 73:10
**adjust** [1] - 5:4
**administer** [1] - 71:8
**administered** [1] - 109:22
**administration** [25] - 17:14, 22:2, 26:7, 26:11, 29:18, 38:10, 38:12, 39:11, 41:24, 42:2, 65:5, 71:15, 81:25, 83:3, 83:6, 106:2, 108:3, 109:1, 117:19, 127:21, 132:12, 133:4, 135:5, 135:17, 135:21
**admissibility** [1] - 97:8
**admissible** [1] - 101:4
**admit** [5] - 35:18, 35:20, 82:14, 82:16, 86:2
**admits** [1] - 41:11
**admitted** [39] - 60:3, 62:21, 62:22, 63:16, 63:17, 65:24, 65:25, 66:19, 66:20, 69:21, 69:22, 72:7, 75:14, 75:15, 79:8, 79:9, 83:15, 85:7, 85:8, 86:17, 86:18, 87:10, 87:11, 91:3, 91:6, 91:10, 97:10, 99:21, 99:22, 107:12, 107:13, 110:11, 110:12, 121:11, 121:13, 127:7, 127:8, 131:11, 131:12
**ADMITTED** [3] - 2:14, 3:2
**adopted** [1] - 29:22

**Adrianne** [1] - 4:16
**ADRIANNE** [1] - 1:19
**adult** [1] - 13:8
**advisement** [1] - 8:6
**affairs** [1] - 54:14
**affect** [2] - 123:20, 128:15
**affected** [1] - 56:14
**affects** [1] - 98:12
**afield** [2] - 95:23, 96:6
**agitation** [1] - 64:16
**ago** [4] - 12:3, 55:20, 122:17, 123:6
**agree** [4] - 34:2, 45:10, 78:17, 88:1
**agreed** [1] - 69:16
**agrees** [1] - 24:8
**ahead** [2] - 51:2, 114:24
**air** [4] - 98:24, 99:1, 123:2, 123:8
**aliquot** [1] - 120:24
**alleges** [1] - 60:22
**allergy** [1] - 53:20
**allow** [10] - 12:16, 29:25, 37:16, 97:4, 97:7, 98:9, 109:16, 109:17, 122:5, 122:9
**allowed** [5] - 33:18, 40:8, 40:11, 52:22, 109:12
**allowing** [3] - 48:11, 95:2, 124:20
**allows** [1] - 95:18
**almost** [7] - 55:20, 64:14, 89:8, 115:11, 118:7, 129:15, 138:8
**alone** [1] - 124:12
**alter** [2] - 29:10, 133:4
**alternates** [1] - 21:17
**alters** [1] - 81:16
**Alyssa** [1] - 4:11
**amendments** [2] - 40:9, 99:15
**American** [1] - 56:18
**Amgen** [1] - 57:20
**Amidon** [3] - 66:5, 66:6, 66:8
**amino** [1] - 73:22
**ammonium** [5] - 112:11, 112:12, 113:16, 113:18, 113:20
**Amneal** [8] - 15:2, 15:6, 16:3, 18:1, 35:1, 35:7, 35:13, 45:6
**amount** [9] - 19:6, 19:7, 26:1, 30:2, 56:12, 60:21, 100:8,

114:3, 115:12
**amounted** [1] - 21:10
**amounts** [2] - 44:22, 93:18
**amoxicillin** [1] - 138:9
**analogous** [2] - 14:19, 30:6
**analysis** [2] - 136:20, 136:24
**analyst** [1] - 120:21
**analyze** [1] - 42:17
**anatomical** [1] - 127:25
**ANDA** [101] - 13:11, 15:6, 15:24, 16:5, 17:9, 18:3, 18:22, 19:8, 19:18, 20:12, 20:16, 20:22, 20:25, 21:4, 23:2, 23:8, 23:20, 23:24, 24:2, 24:14, 24:24, 25:4, 25:5, 26:19, 27:2, 27:10, 28:12, 28:17, 28:20, 28:23, 29:9, 29:16, 30:14, 30:19, 30:22, 31:11, 31:20, 31:21, 42:9, 42:10, 43:1, 43:3, 43:7, 43:19, 44:2, 44:17, 44:20, 45:22, 53:19, 71:9, 78:3, 78:10, 78:11, 84:17, 84:24, 86:9, 87:2, 88:8, 88:11, 88:13, 88:14, 89:19, 90:1, 90:10, 90:18, 91:13, 102:10, 107:5, 107:6, 107:23, 108:11, 108:18, 109:23, 112:9, 115:1, 115:2, 115:6, 116:22, 122:13, 122:14, 122:20, 122:24, 123:7, 124:5, 124:9, 124:17, 125:21, 126:11, 127:11, 130:19, 131:3, 131:15, 131:16, 132:17, 133:7, 134:24, 135:22, 136:12, 137:17
**Andrew** [1] - 4:10
**ANDREW** [1] - 1:15
**ane** [1] - 60:5
**anew** [2] - 14:17, 14:19
**animal** [1] - 74:22
**answer** [11] - 7:7, 7:16, 8:9, 8:19, 8:22,

9:2, 10:8, 10:22, 44:9, 44:10, 109:13
**answered** [1] - 8:20
**answering** [1] - 94:25
**anti** [2] - 138:10, 138:16
**anti-inflammatory** [2] - 138:10, 138:16
**antibacterial** [1] - 75:24
**antibacterials** [1] - 52:18
**antibiotic** [8] - 13:17, 54:18, 76:3, 76:5, 76:20, 77:4, 138:8, 138:17
**antibiotics** [3] - 54:23, 54:24, 138:8
**antifungals** [1] - 52:18
**antiinfectives** [1] - 52:18
**antiinflammatory** [3] - 75:25, 76:16, 138:4
**anyway** [1] - 114:15
**apart** [2] - 49:14, 91:6
**apologize** [1] - 36:8
**apparatus** [2] - 64:8, 111:3
**APPEARANCES** [1] - 1:11
**appearances** [1] - 4:5
**applicants** [2] - 39:24, 40:15
**application** [2] - 16:5, 84:15
**applied** [1] - 22:15
**apply** [5] - 14:16, 23:9, 37:18, 96:20, 100:20
**applying** [1] - 99:8
**approach** [2] - 6:11, 47:16
**appropriate** [3] - 7:24, 12:16, 107:15
**approval** [3] - 54:24, 72:11, 131:2
**approve** [1] - 24:19
**approved** [10] - 13:11, 20:3, 26:23, 42:12, 43:17, 43:18, 43:19, 43:21, 84:16, 130:21
**approximation** [1] - 12:8
**April** [1] - 40:3
**APS** [1] - 56:23
**aqueous** [4] - 21:16, 21:17, 21:23, 22:3
**Arden** [1] - 56:22
**area** [7] - 7:4, 72:18, 72:19, 72:20, 99:6, 99:7, 126:4

**argue** [2] - 17:24, 97:22
**arguing** [2] - 14:22, 16:19
**argument** [6] - 12:2, 14:15, 18:1, 20:7, 25:23, 118:23
**arguments** [3] - 14:10, 16:25, 97:6
**arrow** [1] - 99:6
**arrows** [1] - 98:15
**Arsht** [1] - 1:12
**art** [4] - 65:8, 71:13, 77:9, 77:10
**article** [15] - 6:24, 7:25, 8:1, 9:5, 9:20, 10:11, 25:22, 66:12, 69:24, 70:24, 91:7, 108:25, 109:3, 109:11, 109:22
**articles** [8] - 8:1, 9:24, 26:4, 73:4, 73:6, 109:6, 109:14
**aside** [4] - 41:14, 45:4
**aspects** [4] - 25:1, 101:16, 108:14, 108:16
**aspirated** [1] - 70:7
**asserted** [17] - 15:17, 15:25, 16:16, 28:24, 30:21, 30:24, 32:6, 32:15, 39:13, 60:17, 61:20, 79:11, 79:13, 79:14, 84:11, 84:18, 85:13
**assertion** [1] - 94:24
**assess** [1] - 63:1
**assist** [1] - 52:8
**assistance** [1] - 52:12
**assistant** [1] - 55:24
**associate** [3] - 55:24, 55:25
**associated** [3] - 78:10, 78:11, 91:23
**Association** [1] - 56:18
**association** [1] - 57:16
**assuming** [1] - 129:2
**assumption** [2] - 34:20, 34:21
**assurance** [1] - 116:24
**AstraZeneca** [1] - 57:20
**atmosphere** [1] - 93:7
**attempt** [5] - 14:11, 31:6, 48:21, 109:10, 118:20
**attempted** [2] - 15:16,

30:5
**attempting** [1] - 50:15
**attempts** [1] - 15:25
**attention** [4] - 30:7, 47:18, 54:7, 57:11
**attenuated** [1] - 97:4
**attorney** [1] - 15:7
**audio** [1] - 4:21
**Austin** [2] - 52:15, 55:9
**Australian** [1] - 55:5
**author** [1] - 9:1
**Authority** [1] - 25:3
**authority** [1] - 24:16
**AVACHAT** [1] - 2:5
**Avachat** [8] - 23:23, 24:4, 24:22, 44:18, 46:9, 46:20, 108:9, 108:12
**Avachat's** [1] - 108:23
**available** [1] - 92:4
**average** [13] - 29:13, 42:23, 49:5, 49:13, 65:3, 100:1, 102:3, 102:4, 103:6, 104:8, 105:22, 116:16, 127:25
**averages** [1] - 48:23
**awarded** [1] - 57:11
**aware** [2] - 8:3, 57:7
**awful** [1] - 91:19
**axis** [1] - 70:20

## B

**Bachelor's** [2] - 52:22, 77:13
**background** [6] - 13:6, 52:20, 61:1, 61:22, 72:15, 130:16
**backup** [1] - 34:10
**backwards** [1] - 70:20
**bacteria** [2] - 76:21, 138:12
**bad** [7] - 11:24, 11:25, 12:2, 12:4, 76:21, 119:23
**ballpark** [1] - 128:8
**BanchiK** [1] - 4:11
**bar** [2] - 10:16
**barely** [1] - 49:11
**base** [1] - 84:14
**based** [18] - 8:19, 23:7, 29:9, 31:21, 34:19, 34:20, 37:7, 43:18, 43:22, 64:7, 92:4, 92:5, 93:22, 93:24, 97:18, 97:24, 124:12, 131:15
**basic** [8] - 54:15,

66:22, 66:23, 73:9, 112:24, 113:18, 119:5, 127:24
**basis** [11] - 10:11, 11:2, 11:17, 12:11, 49:13, 94:5, 94:23, 101:8, 101:13, 103:12, 120:12
**batch** [36] - 24:5, 24:9, 24:12, 24:17, 31:16, 31:19, 31:22, 42:10, 43:7, 44:15, 44:17, 45:24, 98:21, 98:23, 104:7, 105:4, 105:7, 106:8, 106:10, 119:23, 119:24, 121:25, 122:13, 122:20, 122:23, 122:24, 123:4, 123:5, 123:7, 124:5, 124:6, 124:9
**batches** [2] - 43:3, 123:1
**bathroom** [1] - 51:11
**battle** [1] - 14:3
**battle-tested** [1] - 14:3
**bead** [7] - 36:20, 36:21, 36:22, 37:13, 37:21, 37:22, 38:17
**beads** [23] - 11:24, 12:1, 12:2, 12:4, 33:8, 33:13, 33:20, 34:1, 34:6, 34:14, 37:7, 37:8, 38:13, 38:14, 38:22, 41:14, 41:15, 44:5, 44:7, 44:25, 45:19
**bears** [1] - 117:5
**became** [5] - 54:1, 54:9, 55:8, 92:4, 97:25
**become** [4] - 52:23, 54:3, 113:17, 119:18
**becomes** [1] - 119:18
**BEFORE** [1] - 1:7
**began** [1] - 46:1
**begin** [1] - 13:2
**beginning** [3] - 41:3, 61:16, 73:13
**begins** [1] - 5:12
**behalf** [2] - 4:7, 13:4
**belabor** [1] - 39:14
**bell** [21] - 11:8, 11:14, 11:19, 11:20, 12:3, 12:6, 12:7, 12:11, 48:9, 48:21, 49:7, 100:25, 101:1, 101:8, 101:10, 101:14, 101:17, 101:19, 101:23,

101:25, 103:10
**belong** [1] - 49:3
**below** [4] - 75:1, 98:19, 99:9, 99:10
**Bench** [1] - 1:5
**bench** [1] - 5:1
**Benckiser** [1] - 30:6
**beneficial** [1] - 75:21
**benefit** [2] - 45:20, 130:15
**best** [5] - 14:1, 44:4, 66:8, 93:15, 119:12
**better** [5] - 28:7, 55:3, 111:3, 114:4, 120:25
**between** [17] - 13:16, 16:20, 22:8, 25:16, 43:2, 49:7, 69:5, 70:16, 98:16, 98:18, 98:24, 99:6, 106:11, 112:24, 114:13, 120:17, 124:5
**biased** [1] - 94:2
**BIBAS** [1] - 1:7
**big** [7] - 53:17, 53:22, 68:19, 104:13, 111:4, 134:6
**bilayer** [1] - 15:17
**Bill** [3] - 4:16, 120:5, 120:7
**billion** [2] - 53:22, 58:9
**binder** [1] - 6:9
**bio** [1] - 67:5
**bioadhesion** [1] - 134:7
**bioadhesive** [2] - 133:16, 133:19
**bioavailability** [2] - 76:15, 134:10
**biochem** [1] - 130:16
**bioequivalence** [32] - 20:1, 20:4, 20:5, 25:25, 26:2, 26:9, 26:11, 26:20, 26:21, 26:23, 26:25, 28:12, 31:13, 65:11, 71:6, 71:22, 108:20, 108:23, 109:23, 110:3, 122:25, 124:7, 124:24, 125:7, 126:5, 126:9, 126:23, 127:16, 129:19, 132:15, 135:24
**biorelevant** [1] - 108:19
**Biosciences** [3] - 52:15, 52:16, 55:19
**biotech** [2] - 57:19, 57:20

**biotechnology** [1] - 57:3
**bit** [9] - 36:3, 59:2, 61:22, 65:5, 88:7, 103:13, 116:12, 116:13, 119:8
**black** [1] - 42:4
**blew** [1] - 119:6
**block** [1] - 10:25
**blood** [19] - 13:15, 14:2, 26:22, 29:8, 29:11, 34:10, 34:11, 34:17, 36:3, 39:25, 40:4, 50:21, 75:21, 79:19, 81:16, 124:2, 124:24, 125:16, 133:4
**bloodstream** [1] - 72:16
**blow** [1] - 93:13
**blowing** [1] - 93:2
**blue** [3] - 36:8, 43:6, 98:15
**board** [1] - 55:7
**boat** [1] - 114:2
**Bobbie** [3] - 1:24, 139:6, 139:7
**Bobbie_Shanfelder@paed.uscourts.gov** [1] - 1:25
**Boda** [1] - 4:16
**BODA** [1] - 1:19
**body** [16] - 13:23, 18:19, 25:14, 28:2, 29:8, 56:15, 63:25, 64:7, 64:9, 73:23, 73:24, 110:21, 118:4, 118:15, 133:9, 135:23
**boiled** [1] - 78:2
**book** [17] - 56:4, 59:12, 62:4, 65:12, 69:6, 71:16, 73:4, 75:5, 78:20, 82:4, 84:19, 86:21, 89:13, 95:6, 109:25, 119:9, 126:19
**books** [4] - 47:11, 47:12, 47:25, 48:1
**bothered** [1] - 51:13
**bottom** [7] - 95:25, 99:5, 99:6, 115:25, 121:21, 128:3
**bound** [1] - 14:22
**Box** [1] - 1:13
**box** [1] - 115:3
**brain** [1] - 94:10
**brand** [1] - 31:16
**breach** [1] - 77:5
**break** [15] - 5:2, 5:3,

5:4, 8:6, 10:20, 51:10, 51:11, 51:16, 51:20, 73:22, 107:16, 107:17, 107:18, 138:23
**breaking** [1] - 5:5
**breaks** [1] - 8:8
**brief** [1] - 13:6
**briefly** [5] - 20:9, 32:14, 39:13, 46:7, 53:3
**bring** [3] - 40:20, 122:4, 122:10
**Bristol** [2] - 53:10, 91:24
**British** [1] - 54:8
**broad** [2] - 40:2, 40:5
**broader** [1] - 4:10
**broadest** [2] - 39:17, 39:19
**broadly** [1] - 104:13
**Broom** [1] - 1:23
**brought** [1] - 30:6
**brush** [1] - 100:18
**BUCKTON** [1] - 2:9
**Buckton** [11] - 24:8, 31:5, 31:7, 31:15, 31:24, 46:14, 46:22, 78:15, 118:20, 119:13, 121:23
**buffer** [7] - 111:18, 116:4, 119:5, 119:6, 119:15, 120:22
**buffers** [1] - 64:23
**bunch** [1] - 70:6
**bursting** [1] - 27:20
**business** [1] - 52:16
**BY** [49] - 52:2, 58:24, 60:13, 62:23, 63:18, 65:6, 66:1, 66:21, 68:6, 69:23, 72:13, 74:9, 75:4, 75:16, 77:1, 79:10, 82:22, 83:20, 85:9, 86:4, 86:19, 88:6, 89:10, 91:11, 95:4, 96:7, 97:11, 99:11, 99:23, 102:7, 104:4, 106:4, 107:21, 109:18, 110:13, 114:17, 117:10, 118:19, 120:2, 121:14, 124:15, 126:18, 127:9, 130:18, 131:13, 132:3, 134:16, 136:7, 137:14
**Byrne** [1] - 1:8

# C

**C-max** [4] - 125:8, 125:20, 125:22, 126:4
**Cahill** [2] - 1:16, 4:9
**calms** [1] - 76:1
**cancer** [1] - 91:24
**candy** [1] - 89:2
**cap** [1] - 44:19
**capsule** [14] - 27:7, 27:16, 31:22, 38:20, 38:22, 39:1, 39:5, 39:6, 39:11, 42:14, 42:22, 43:15, 110:25, 119:6
**capsules** [25] - 27:19, 33:24, 34:1, 43:23, 44:7, 44:19, 44:22, 45:8, 45:13, 45:18, 45:20, 53:16, 56:8, 84:16, 88:21, 97:19, 110:24, 116:12, 117:11, 121:22, 122:14, 122:24, 122:25, 126:24, 133:15
**Carbatrol** [2] - 54:6, 58:14
**carcinogen** [1] - 92:19
**care** [2] - 47:9, 92:13
**career** [4] - 56:12, 58:5, 74:16, 91:19
**careers** [1] - 58:19
**carefully** [2] - 62:1, 138:20
**cares** [1] - 126:1
**cartoon** [5] - 12:19, 12:20, 48:12, 100:25, 101:4
**case** [66] - 6:25, 7:5, 8:17, 8:25, 9:2, 9:20, 9:22, 13:4, 14:8, 14:14, 15:11, 15:15, 16:4, 16:16, 16:17, 17:15, 18:13, 24:16, 30:5, 30:6, 30:8, 30:13, 30:24, 32:19, 33:4, 33:25, 34:9, 34:25, 35:25, 40:16, 40:17, 41:6, 42:13, 44:12, 60:15, 61:12, 62:12, 63:21, 64:2, 64:5, 65:18, 67:1, 68:12, 69:12, 71:25, 73:2, 75:18, 77:24, 78:8, 79:2, 82:2, 83:8, 85:1, 86:11, 87:4, 87:19, 90:3, 90:20, 95:12, 110:6,

110:24, 112:19, 120:9, 127:1, 131:5
**Case** [1] - 4:3
**cases** [6] - 15:2, 17:2, 35:1, 41:10, 46:3
**caught** [2] - 54:7, 57:11
**caused** [1] - 22:13
**causes** [2] - 106:20, 138:17
**caveat** [1] - 12:16
**CDC** [1] - 95:9
**CDC.gov** [1] - 95:24
**cellulose** [1] - 133:17
**cement** [1] - 113:5
**Centers** [2] - 92:18, 95:9
**CEO** [6] - 54:18, 54:25, 55:4, 55:6, 55:8, 55:12
**CEOs** [1] - 57:21
**certain** [9] - 63:3, 63:23, 72:17, 89:4, 100:8, 106:14, 112:13, 114:3
**certainly** [7] - 5:17, 50:10, 67:8, 69:5, 118:7, 119:1, 122:5
**certification** [1] - 14:25
**certified** [3] - 15:8, 28:19, 116:23
**certify** [1] - 139:3
**chains** [1] - 112:12
**chair** [1] - 57:3
**chairman** [4] - 54:17, 57:4, 57:13
**challenge** [2] - 45:9
**challenges** [5] - 14:7, 14:13, 15:1, 58:25, 121:23
**chance** [2] - 9:3, 12:5
**Chang** [42] - 13:5, 13:13, 14:7, 14:12, 15:1, 16:1, 16:17, 17:3, 17:10, 18:1, 30:14, 30:23, 32:6, 75:19, 75:20, 78:3, 78:4, 78:5, 78:6, 78:9, 78:13, 78:25, 79:11, 79:13, 79:14, 80:8, 80:16, 80:17, 80:19, 80:20, 83:23, 84:11, 84:13, 85:15, 85:20, 85:25, 88:13, 131:17, 131:21, 132:5, 134:21
**chang** [1] - 14:5
**change** [4] - 18:11, 111:18, 119:5,

119:16
**changed** [2] - 48:13, 111:18
**changes** [1] - 63:3
**changing** [2] - 111:14, 116:3
**channels** [3] - 106:21, 106:23, 106:25
**chapters** [2] - 56:4, 73:4
**charge** [1] - 53:10
**charitable** [1] - 121:25
**chart** [2] - 98:1, 125:5
**charter** [1] - 56:18
**checked** [1] - 58:9
**chemical** [1] - 52:17
**chemist** [1] - 112:21
**chemists** [1] - 134:12
**cherry** [3] - 31:8, 43:23, 44:1
**cherry-picked** [1] - 31:8
**Chicago** [2] - 1:21, 4:17
**chief** [2] - 52:14, 55:4
**child** [1] - 89:3
**chloride** [24] - 21:6, 21:13, 21:16, 21:23, 91:15, 91:17, 91:18, 91:21, 91:25, 92:3, 92:22, 92:24, 93:12, 93:17, 94:18, 95:10, 95:18, 96:10, 96:19, 97:13, 97:16, 97:17, 98:8, 108:7
**choices** [2] - 21:5, 21:9
**choose** [1] - 57:8
**Christos** [1] - 69:10
**circled** [1] - 121:18
**Circuit** [2] - 24:16, 25:3
**circular** [2] - 99:2, 99:3
**cited** [8] - 7:2, 7:23, 8:3, 8:25, 9:19, 10:14, 24:16, 30:4
**Civil** [2] - 1:3, 1:5
**civil** [1] - 5:1
**claim** [33] - 20:10, 30:4, 30:24, 32:20, 32:23, 39:25, 40:4, 40:5, 50:9, 80:16, 80:19, 80:20, 80:22, 81:9, 83:2, 83:4, 83:25, 84:7, 85:14, 131:19, 131:21, 132:17, 132:21, 134:18, 134:25, 135:6, 136:1,

136:10, 136:13, 137:9
**Claim** [23] - 30:25, 39:15, 40:2, 78:12, 79:15, 79:16, 80:6, 81:2, 81:7, 81:12, 81:14, 81:22, 82:6, 83:10, 83:12, 84:5, 85:15, 85:16, 132:5, 134:21, 136:9, 136:11, 136:15
**claimed** [7] - 19:18, 29:2, 29:4, 29:21, 29:25, 33:3, 42:4
**Claims** [1] - 30:25
**claims** [40] - 15:17, 15:25, 16:1, 16:16, 16:23, 18:17, 18:18, 28:24, 29:6, 30:21, 30:23, 30:24, 31:1, 31:2, 32:6, 39:13, 39:17, 39:19, 39:22, 39:24, 40:7, 40:10, 40:13, 40:20, 57:25, 60:17, 61:20, 79:11, 79:13, 79:14, 80:17, 80:24, 81:4, 81:6, 84:11, 84:18, 85:13, 137:13
**Claritin** [1] - 53:19
**clear** [4] - 8:24, 32:24, 64:1, 127:17
**clearly** [3] - 24:15, 42:14, 43:14
**clerk** [1] - 6:10
**clever** [1] - 113:21
**cleverly** [1] - 16:1
**client** [1] - 4:10
**clinical** [6] - 54:10, 54:11, 54:14, 55:15, 86:8, 110:3
**Clinton** [2] - 137:23, 137:24
**clock** [1] - 111:19
**close** [5] - 12:8, 33:2, 35:22, 46:5, 112:16
**closely** [1] - 23:3
**closing** [1] - 5:4
**co** [1] - 4:8
**co-counsel** [1] - 4:8
**coasting** [1] - 92:25
**coat** [36] - 19:23, 20:20, 20:22, 21:5, 21:8, 21:18, 21:23, 22:12, 22:15, 22:18, 22:21, 22:24, 22:25, 23:8, 41:15, 88:11, 88:20, 88:21, 89:6, 91:16, 97:16, 97:17, 97:18, 97:19, 99:7,

103:20, 106:15, 108:4, 108:5, 108:7, 116:20, 133:7, 135:20
**coated** [9] - 49:8, 80:13, 98:6, 103:6, 104:15, 116:9, 116:10, 116:11
**coating** [43] - 16:24, 21:10, 23:3, 33:15, 33:16, 33:17, 37:14, 37:15, 37:19, 37:20, 37:21, 49:5, 49:13, 56:7, 88:19, 93:1, 93:13, 98:5, 98:16, 98:17, 98:20, 98:25, 100:2, 100:3, 100:7, 100:8, 100:10, 100:15, 100:20, 102:16, 102:24, 103:19, 103:21, 104:8, 105:17, 105:19, 106:13, 106:17, 106:19, 106:22, 106:24, 114:6, 123:11
**coatings** [14] - 22:19, 92:4, 92:5, 93:22, 93:25, 97:20, 97:21, 97:24, 98:2, 100:6, 106:17, 114:8, 132:9, 137:9
**coats** [1] - 21:25
**COCHRAN** [97] - 1:15, 47:1, 47:5, 48:23, 49:17, 51:22, 52:2, 58:24, 59:23, 60:4, 60:13, 62:17, 62:23, 63:12, 63:18, 65:6, 65:20, 66:1, 66:15, 66:21, 68:6, 69:14, 69:23, 72:2, 72:13, 74:9, 75:4, 75:11, 75:16, 77:1, 79:4, 79:10, 82:9, 82:21, 82:22, 83:20, 85:3, 85:9, 85:21, 86:1, 86:4, 86:13, 86:19, 87:6, 87:20, 88:6, 89:10, 90:22, 91:4, 91:8, 91:11, 94:18, 95:3, 95:4, 95:14, 95:24, 96:3, 96:7, 96:21, 97:9, 97:11, 99:11, 99:17, 99:23, 101:9, 102:7, 104:4, 106:4, 107:8, 107:20, 107:21, 109:15, 109:18, 110:8, 110:13,

114:17, 117:10, 118:19, 120:2, 121:7, 121:12, 121:14, 122:7, 124:15, 126:18, 127:3, 127:9, 130:18, 131:7, 131:13, 132:2, 132:3, 134:16, 136:6, 136:7, 137:14, 138:22
**Cochran** [4] - 2:3, 2:6, 2:12, 4:10
**coinventor** [1] - 57:23
**cold** [1] - 53:20
**CollaGenex** [1] - 13:21
**collectively** [1] - 58:7
**colon** [7] - 68:5, 74:4, 75:1, 128:7, 129:5, 129:6, 129:7
**Colon** [1] - 74:5
**combination** [3] - 18:4, 29:12, 38:20
**combined** [1] - 36:10
**Comfort** [1] - 58:15
**coming** [2] - 35:20, 83:10
**commercial** [3] - 16:14, 37:20, 84:12
**commercialization** [2] - 16:11, 60:6
**commercialized** [5] - 58:5, 58:8, 58:10, 58:17, 104:11
**commercializing** [1] - 58:25
**commissioned** [1] - 13:22
**common** [6] - 58:16, 58:18, 92:6, 92:24, 93:3, 109:3
**community** [1] - 26:4
**companies** [3] - 57:18, 57:19, 57:20
**company** [17] - 53:15, 54:4, 54:8, 54:18, 54:19, 54:23, 54:25, 55:5, 55:6, 55:9, 55:10, 55:12, 55:16, 55:17, 113:22, 134:8
**comparable** [1] - 28:1
**compare** [1] - 26:21
**compared** [3] - 22:5, 102:18, 117:1
**comparing** [1] - 115:1
**compatible** [1] - 21:19
**complaining** [1] - 45:21
**completely** [9] - 30:9,

33:9, 33:20, 34:7, 45:1, 45:2, 93:12, 103:11, 118:15
**complex** [1] - 10:3
**complicated** [1] - 88:17
**complimentary** [1] - 9:13
**component** [4] - 36:7, 36:9, 40:1, 127:19
**components** [5] - 13:20, 15:13, 36:17, 59:1, 80:11
**composed** [1] - 19:1
**composites** [1] - 43:7
**composition** [34] - 17:25, 27:6, 28:15, 30:1, 30:16, 31:2, 32:23, 34:16, 36:2, 36:6, 39:16, 39:21, 39:25, 40:4, 40:12, 42:4, 46:15, 50:15, 79:17, 79:23, 80:23, 80:24, 83:2, 83:4, 85:17, 87:13, 88:12, 90:1, 107:25, 131:22, 132:5, 132:24, 135:12, 136:13
**compositions** [1] - 46:13
**compound** [2] - 62:1, 113:10
**compounds** [3] - 55:14, 55:17, 59:6
**comprising** [3] - 79:24, 80:1, 132:6
**compromise** [1] - 74:2
**compromised** [1] - 21:10
**compromises** [1] - 21:21
**concede** [1] - 119:20
**concentration** [5] - 50:16, 125:8, 125:16, 125:17, 125:21
**concentrations** [1] - 28:16
**concept** [4] - 11:20, 11:21, 103:18, 103:22
**concepts** [2] - 39:14, 60:23
**conceptualized** [1] - 29:21
**concern** [4] - 64:6, 68:18, 77:4, 91:17
**concerning** [1] - 92:17
**concluded** [1] -

127:11
**conclusion** [4] - 16:3, 32:5, 126:11, 131:16
**conclusions** [2] - 12:21, 131:14
**condition** [9] - 8:19, 9:2, 25:19, 26:13, 35:2, 35:12, 37:6, 37:16, 76:7
**conditions** [7] - 7:24, 26:6, 35:1, 62:2, 71:5, 81:10, 84:9
**conducted** [2] - 13:24, 33:25
**conducting** [3] - 25:25, 26:2, 28:22
**confections** [1] - 89:2
**Conference** [1] - 56:22
**conferences** [1] - 56:24
**confirm** [2] - 35:2, 109:7
**confirmed** [1] - 24:3
**confirming** [1] - 39:10
**confirms** [1] - 108:11
**Congressman** [1] - 92:16
**connected** [1] - 16:7
**consider** [12] - 62:11, 66:14, 67:5, 69:11, 71:24, 82:17, 84:25, 92:18, 110:5, 126:25, 131:4, 136:11
**considerably** [2] - 68:3, 122:24
**consideration** [1] - 81:10
**considered** [2] - 72:20, 78:14
**considering** [1] - 28:18
**consistent** [3] - 17:6, 29:19, 65:2
**consistently** [1] - 64:5
**consisting** [3] - 39:16, 79:23, 132:6
**consists** [3] - 36:6, 132:7, 134:22
**Construction** [3] - 81:7, 82:6, 83:12
**construction** [6] - 18:17, 29:4, 29:20, 31:14, 81:9, 81:23
**Constructions** [4] - 78:13, 81:12, 83:11, 84:6
**constructions** [1] - 41:22

**construed** [12] - 18:10, 18:18, 19:22, 29:25, 30:8, 30:10, 30:11, 50:9, 81:8, 81:15, 83:2, 84:7
**contacted** [2] - 25:15, 92:21
**contain** [1] - 44:21
**contained** [1] - 93:5
**containing** [4] - 59:1, 59:12, 132:24, 135:12
**contains** [5] - 18:22, 18:23, 43:15, 60:18
**contention** [1] - 132:8
**contents** [1] - 70:7
**context** [6] - 10:20, 11:22, 28:22, 31:4, 75:19, 108:20
**contexts** [1] - 30:9
**continually** [1] - 63:23
**continue** [2] - 33:10, 33:21
**continuing** [1] - 63:3
**continuum** [1] - 27:17
**contradiction** [2] - 33:5, 33:12
**contrary** [1] - 30:3
**contrast** [4] - 22:3, 24:4, 43:2, 93:21
**contrasts** [1] - 80:6
**contribute** [1] - 30:1
**contributes** [1] - 17:23
**Control** [2] - 92:18, 95:9
**control** [15] - 23:11, 23:13, 24:17, 25:13, 25:19, 25:20, 30:13, 56:9, 56:10, 63:22, 64:4, 104:22, 104:23, 118:12
**controlled** [4] - 53:10, 62:2, 68:16, 93:5
**controlling** [2] - 24:15, 68:21
**controls** [3] - 24:19, 25:8, 95:19
**convenient** [1] - 120:1
**Convention** [1] - 57:2
**convinced** [1] - 54:17
**copolymer** [1] - 133:18
**copy** [1] - 17:10
**corporate** [1] - 23:23
**correct** [5] - 5:21, 14:17, 14:18, 14:23, 14:24, 18:16, 20:2, 28:20, 38:7, 41:9, 52:9, 68:1, 69:17,

69:19, 74:7, 74:22, 76:10, 96:24, 116:15, 126:15, 130:14, 136:16, 136:22, 136:23, 137:2, 137:11, 139:3
**correlated** [1] - 118:9
**correlation** [1] - 66:11
**correlations** [1] - 115:20
**corroborate** [1] - 34:11
**corroborated** [1] - 70:25
**Council** [2] - 57:14, 57:16
**counsel** [10] - 4:5, 4:8, 4:9, 7:19, 51:18, 52:12, 57:4, 57:5, 83:16, 112:7
**count** [1] - 73:16
**couple** [6] - 7:6, 10:4, 12:3, 41:21, 123:6, 128:16
**course** [3] - 21:12, 59:5, 138:16
**COURT** [241] - 1:1, 4:2, 4:13, 4:19, 4:22, 4:23, 5:13, 5:25, 6:2, 6:6, 6:8, 6:12, 6:16, 6:17, 6:18, 6:20, 7:19, 8:5, 8:14, 9:6, 9:10, 9:16, 9:23, 10:10, 10:16, 10:21, 10:24, 11:11, 11:16, 12:6, 12:8, 12:20, 13:1, 14:5, 14:15, 14:21, 15:3, 16:6, 16:19, 17:15, 17:20, 18:13, 19:10, 19:21, 25:10, 27:22, 28:5, 28:9, 32:11, 32:13, 38:4, 41:5, 43:22, 46:17, 46:24, 47:3, 47:11, 47:17, 47:20, 47:25, 48:5, 48:7, 48:11, 48:16, 48:19, 48:25, 49:10, 49:20, 50:5, 50:19, 51:2, 51:5, 51:25, 58:21, 59:25, 60:2, 60:8, 60:12, 62:14, 62:19, 62:21, 63:14, 63:16, 64:12, 65:22, 65:24, 66:17, 66:19, 67:11, 67:14, 67:18, 67:20, 67:23, 67:25, 69:16, 69:21, 72:4, 72:8, 72:11, 73:9, 73:13, 73:16, 73:20, 74:1,

74:5, 75:14, 76:8, 79:6, 79:8, 82:11, 82:13, 82:16, 83:15, 85:5, 85:7, 85:19, 85:23, 86:3, 86:15, 86:17, 87:8, 87:10, 87:12, 87:18, 87:23, 88:3, 88:22, 90:24, 91:2, 91:6, 92:6, 92:11, 92:14, 92:24, 93:3, 93:9, 93:16, 93:20, 94:5, 94:23, 95:16, 95:21, 96:1, 96:5, 96:23, 97:4, 99:1, 99:19, 99:21, 100:13, 100:16, 100:19, 101:3, 101:12, 101:17, 101:19, 101:24, 102:6, 102:25, 103:4, 103:12, 103:23, 104:3, 105:11, 105:18, 105:23, 107:10, 107:12, 107:14, 107:19, 109:16, 110:11, 111:6, 111:23, 111:25, 112:19, 112:21, 113:18, 113:24, 115:23, 116:5, 116:14, 116:18, 117:4, 117:20, 117:23, 118:5, 118:12, 119:10, 121:9, 121:11, 122:3, 122:9, 122:21, 123:2, 123:13, 123:21, 124:1, 124:18, 125:12, 125:16, 125:25, 126:13, 126:17, 127:5, 127:7, 127:24, 128:5, 128:11, 128:14, 128:18, 128:20, 128:23, 129:2, 129:5, 129:10, 129:13, 129:17, 129:25, 130:4, 130:8, 130:12, 130:15, 131:9, 131:11, 131:25, 133:10, 133:20, 134:3, 134:13, 136:5, 136:15, 136:18, 136:24, 137:3, 137:8, 137:12, 137:20, 138:5, 138:13, 138:19

**court** [3] - 4:20, 6:14, 6:16
**Court** [22] - 1:25, 4:3, 5:24, 6:5, 7:12, 18:10, 29:19, 29:22, 29:23, 30:8, 30:11, 31:7, 32:14, 45:4, 50:7, 81:15, 82:14, 83:2, 83:24, 117:5, 139:8
**Court's** [12] - 29:4, 29:20, 30:3, 30:4, 31:14, 41:22, 78:12, 81:7, 81:23, 82:6, 83:12, 83:13
**Courthouse** [1] - 1:8
**courtroom** [1] - 51:13
**cover** [5] - 13:5, 13:14, 60:17, 106:24, 120:21
**covered** [2] - 40:19, 84:11
**covering** [1] - 40:6
**crafted** [1] - 138:19
**crazy** [1] - 94:8
**creams** [1] - 53:16
**create** [5] - 20:23, 21:18, 76:20, 88:25, 114:18
**created** [2] - 113:22, 126:24
**creating** [2] - 53:5, 76:20
**credible** [2] - 33:16, 97:6
**credit** [1] - 17:16
**cried** [1] - 40:15
**critical** [1] - 39:23
**criticize** [2] - 37:2, 44:16
**criticizing** [1] - 123:13
**cross** [6] - 9:21, 10:2, 22:4, 48:18, 49:8, 95:2
**cross-examination** [1] - 9:21
**cross-examine** [1] - 10:2
**CRR** [2] - 1:24, 139:7
**crux** [1] - 113:1
**cumulative** [3] - 9:24, 53:21, 58:7
**current** [1] - 130:19
**curve** [22] - 11:8, 11:14, 11:19, 11:20, 12:3, 12:6, 12:7, 12:11, 22:20, 37:8, 48:9, 48:21, 100:25, 101:1, 101:7, 101:8, 101:10, 101:14,

101:17, 101:19, 101:23, 126:5
**curves** [10] - 49:7, 49:14, 49:18, 101:25, 103:10, 124:17, 124:23, 124:24, 125:6
**cuts** [1] - 89:5
**CV** [2] - 59:19, 59:20

**D**

**D-55** [1] - 37:19
**daily** [5] - 13:6, 13:14, 79:19, 87:14, 131:24
**data** [71] - 23:7, 23:23, 24:1, 24:14, 25:4, 25:5, 25:7, 26:13, 26:17, 26:18, 26:22, 27:4, 27:7, 27:10, 27:17, 28:18, 31:9, 31:11, 31:12, 31:16, 31:21, 34:20, 35:12, 42:4, 42:10, 42:12, 42:14, 42:17, 42:18, 43:7, 43:25, 44:1, 44:2, 50:16, 61:5, 104:1, 104:3, 106:1, 108:10, 108:17, 108:19, 108:20, 110:14, 111:7, 111:10, 114:23, 114:25, 115:1, 116:22, 116:23, 116:25, 117:9, 118:18, 118:21, 121:24, 124:4, 124:12, 124:16, 124:25, 125:2, 125:15, 126:24, 127:11, 127:17, 131:15, 132:14, 132:15
**date** [2] - 122:18, 122:19
**Date** [1] - 139:9
**Daubert** [5] - 50:14, 50:16, 60:10, 72:5, 124:18
**Dave** [5] - 120:4, 120:7, 120:8, 120:9
**David** [1] - 4:11
**day's** [1] - 68:19
**days** [4] - 5:7, 10:4, 12:3, 123:6
**DDX** [2] - 35:10, 36:4
**DE** [2] - 1:14, 1:23
**deadlines** [1] - 9:6
**deal** [3] - 5:13, 8:7, 53:22

**dealing** [1] - 76:23
**Deanna** [1] - 66:5
**death** [1] - 91:24
**decade** [1] - 14:7
**decide** [2] - 17:21, 117:5
**decided** [3] - 55:16, 55:18, 81:5
**deciding** [2] - 14:17, 14:18
**decision** [2] - 21:12, 82:15
**decrease** [2] - 72:19
**dedicated** [1] - 58:19
**defeats** [1] - 106:19
**defect** [1] - 22:9
**Defendant** [1] - 37:4
**Defendants** [3] - 14:16, 16:7, 32:9
**DEFENDANTS** [2] - 1:18, 1:22
**defense** [4] - 4:13, 6:18, 24:7, 60:20
**defer** [1] - 51:21
**define** [1] - 61:24
**definition** [7] - 27:22, 77:8, 77:18, 77:23, 81:18, 82:1, 83:21
**definitions** [1] - 83:7
**definitively** [1] - 33:6
**degree** [6] - 52:21, 53:6, 53:8, 72:18, 77:14, 77:15
**degrees** [1] - 77:20
**DELAWARE** [1] - 1:1
**Delaware** [2] - 4:3, 4:15
**delay** [2] - 33:10, 37:15
**delayed** [53] - 13:20, 14:1, 15:11, 17:7, 17:18, 18:5, 18:9, 18:10, 18:24, 19:1, 19:2, 19:5, 19:8, 19:10, 20:17, 20:19, 20:24, 22:1, 22:25, 23:21, 27:8, 27:14, 28:15, 29:1, 29:13, 29:20, 30:1, 30:20, 32:1, 33:1, 33:7, 35:22, 37:11, 37:14, 37:22, 37:24, 41:24, 43:16, 46:5, 59:1, 60:19, 60:21, 80:1, 81:23, 82:1, 83:1, 83:3, 87:22, 88:2, 104:11, 116:8, 134:22, 137:4
**delays** [2] - 41:25, 83:4

**deliberate** [2] - 17:10, 21:13
**deliberately** [2] - 19:23, 89:4
**delivers** [1] - 104:17
**delivery** [4] - 56:8, 56:15, 77:11
**demonstrate** [2] - 20:21, 21:1
**demonstrative** [10] - 5:20, 11:5, 12:19, 12:20, 12:24, 48:12, 49:21, 52:8, 101:3, 102:1
**demonstratives** [1] - 5:23
**denied** [2] - 50:17, 60:10
**dep** [1] - 44:8
**dependent** [4] - 31:1, 80:19, 80:22, 136:11
**deposited** [1] - 21:22
**deposition** [24] - 7:4, 7:11, 7:15, 8:2, 8:9, 9:8, 9:14, 9:18, 10:5, 10:7, 10:20, 11:20, 11:23, 12:1, 12:13, 12:14, 12:15, 23:22, 70:24, 96:24, 108:9, 109:12, 122:8
**depositions** [1] - 10:17
**derivatives** [1] - 133:17
**describe** [3] - 32:24, 52:20, 53:3
**description** [1] - 89:25
**design** [11] - 15:16, 15:24, 16:10, 20:25, 21:4, 30:18, 60:5, 61:18, 64:8, 88:8, 88:12
**designed** [12] - 13:15, 20:19, 20:22, 37:9, 41:12, 43:12, 62:25, 88:11, 88:14, 107:23, 114:8, 132:10
**designer** [1] - 16:12
**desired** [1] - 108:22
**desperate** [1] - 119:25
**despite** [2] - 15:22, 23:4
**detailed** [1] - 102:4
**detectible** [1] - 23:10
**determine** [1] - 13:22
**determined** [1] - 13:25
**determining** [2] - 24:20, 25:4
**develop** [4] - 52:17,

76:6, 108:14, 128:1
**developed** [6] - 53:18, 72:8, 74:14, 74:21, 76:11, 77:7
**developer** [1] - 16:13
**developing** [1] - 127:14
**development** [21] - 16:10, 46:10, 46:15, 52:15, 53:11, 53:13, 53:19, 53:25, 54:1, 54:13, 59:5, 60:5, 63:2, 77:21, 89:24, 90:9, 90:17, 105:4, 106:8, 106:10, 108:13
**diameter** [1] - 106:14
**dictated** [1] - 22:19
**dictates** [1] - 25:3
**died** [1] - 92:1
**diet** [1] - 130:10
**diets** [1] - 130:10
**difference** [8] - 15:12, 16:20, 22:6, 98:16, 98:18, 120:15, 120:17, 125:4
**differences** [5] - 15:22, 15:23, 16:23, 137:13
**different** [30] - 13:23, 15:10, 17:25, 19:13, 19:16, 28:3, 30:5, 30:9, 30:10, 30:16, 32:16, 40:16, 43:25, 64:17, 81:2, 93:13, 97:21, 101:16, 103:10, 118:6, 123:1, 123:3, 123:19, 124:5, 124:10, 124:13, 132:23, 135:11
**differently** [2] - 88:5, 124:11
**differs** [1] - 122:23
**difficult** [1] - 57:8
**dire** [1] - 60:8
**DIRECT** [1] - 52:1
**direct** [4] - 47:4, 94:7, 94:24, 138:19
**directly** [1] - 28:1
**director** [1] - 53:24
**disagree** [1] - 44:14
**disciplines** [1] - 77:21
**disclaimed** [1] - 40:20
**disclaimer** [1] - 65:16
**disclose** [1] - 44:13
**disclosed** [7] - 7:17, 10:7, 11:9, 11:13, 11:21, 44:11
**discover** [1] - 52:17

**discovery** [1] - 11:1
**discredit** [1] - 118:21
**discuss** [1] - 22:23
**discussed** [6] - 18:21, 61:12, 80:25, 96:3, 122:8, 136:14
**discussing** [2] - 47:14, 96:23
**discussion** [4] - 36:1, 36:2, 56:21, 83:17
**discussions** [1] - 64:1
**Disease** [2] - 92:18, 95:9
**disguised** [1] - 16:1
**dish** [1] - 38:5
**disorder** [1] - 137:20
**dispersion** [1] - 36:19
**DisperSol** [1] - 55:9
**dispositive** [3] - 50:5, 50:8, 126:1
**disproved** [2] - 34:8, 34:15, 45:24
**disproven** [2] - 33:5, 34:23
**disproves** [1] - 45:2
**dispute** [22] - 13:9, 18:14, 18:17, 20:15, 28:23, 29:1, 35:3, 35:7, 41:3, 46:3, 50:24, 61:16, 85:19, 85:23, 85:25, 87:12, 87:13, 87:16, 87:21, 87:23, 87:24, 132:1
**disputed** [1] - 85:22
**dissolution** [32] - 23:10, 25:7, 26:17, 27:5, 28:1, 28:4, 31:9, 31:16, 31:21, 37:5, 38:1, 42:3, 46:12, 55:11, 61:3, 61:23, 61:24, 61:25, 62:10, 62:24, 63:7, 63:19, 63:24, 65:8, 65:15, 66:9, 68:8, 108:19, 111:3, 114:25, 117:12, 120:18
**dissolve** [4] - 25:10, 38:11, 112:17, 112:23
**dissolves** [3] - 25:11, 114:1, 119:2
**dissolving** [2] - 112:24, 129:22
**distal** [1] - 73:17
**distinguishes** [1] - 41:5
**distribution** [16] - 11:15, 11:17, 11:19, 22:20, 49:7, 89:7,

101:5, 101:7, 101:11, 101:13, 101:14, 101:16, 103:13, 105:24, 105:25
**distributions** [2] - 48:22, 49:11
**District** [2] - 4:3
**DISTRICT** [2] - 1:1, 1:1
**Docket** [1] - 1:3
**doctrine** [16] - 15:14, 15:21, 17:5, 18:15, 19:14, 20:8, 20:11, 30:15, 78:4, 132:21, 134:18, 135:7, 135:10, 136:2, 136:12, 136:25
**document** [25] - 59:16, 62:6, 63:6, 65:14, 66:4, 69:8, 71:19, 75:7, 84:21, 86:7, 86:10, 86:24, 87:3, 89:15, 89:21, 90:6, 90:14, 95:8, 96:9, 96:10, 99:13, 110:2, 114:13, 126:20, 130:24
**documented** [2] - 61:10, 61:11
**documents** [6] - 21:11, 59:12, 78:10, 78:11, 78:22
**done** [14] - 15:7, 42:2, 42:13, 49:6, 57:9, 73:2, 74:15, 88:25, 92:11, 120:10, 123:18, 133:10, 133:20, 133:21
**dosage** [18] - 36:10, 38:11, 53:11, 53:15, 56:7, 59:7, 63:8, 66:25, 68:10, 68:11, 68:17, 79:19, 87:14, 103:21, 114:14, 125:23, 134:8, 135:3
**dose** [8] - 36:13, 40:1, 68:18, 68:19, 68:21, 86:8, 138:6, 138:7
**doses** [3] - 138:4, 138:9
**dots** [1] - 138:2
**doubly** [1] - 126:6
**doubly-hard** [1] - 126:6
**doubt** [2] - 45:21, 112:2
**down** [11] - 46:7, 53:25, 54:1, 70:11, 73:22, 76:1, 78:2, 88:18, 113:11,

113:16, 133:23
**doxycycline** [52] - 13:6, 13:15, 13:16, 15:11, 15:18, 18:4, 18:23, 18:24, 22:1, 29:10, 29:16, 30:20, 31:25, 36:6, 36:20, 60:18, 60:22, 61:9, 61:13, 72:23, 72:24, 73:5, 74:10, 75:17, 77:3, 79:17, 79:20, 79:24, 80:2, 80:9, 80:10, 81:17, 84:2, 85:18, 87:13, 108:20, 115:9, 115:11, 126:23, 127:18, 127:22, 131:23, 131:24, 132:7, 132:13, 133:3, 133:5, 134:23, 135:16, 135:18, 138:3
**doxycycline's** [2] - 13:22, 127:12
**dozens** [4] - 42:11, 43:18, 45:12, 73:4
**DR** [59] - 2:3, 2:9, 2:11, 13:20, 33:8, 33:13, 33:20, 34:6, 34:14, 35:2, 36:8, 36:12, 36:13, 36:14, 37:12, 37:22, 38:8, 38:12, 38:14, 38:17, 38:24, 38:25, 39:10, 39:17, 40:12, 40:13, 41:13, 41:15, 41:17, 41:22, 41:25, 42:7, 43:10, 44:5, 44:25, 61:17, 61:19, 76:13, 80:1, 80:11, 80:13, 83:1, 107:25, 108:2, 110:16, 117:16, 126:12, 127:13, 127:19, 127:23, 132:15, 133:5, 133:8, 134:22, 135:12, 135:18, 135:23, 135:25
**Dr** [79] - 8:16, 15:1, 16:9, 21:3, 21:12, 21:15, 22:7, 22:11, 22:23, 23:7, 24:1, 24:8, 25:23, 26:16, 27:4, 27:16, 28:7, 28:11, 31:5, 31:7, 31:15, 31:19, 31:24, 46:14, 46:22, 47:1, 49:17, 52:3, 52:13, 59:12, 60:4, 61:21, 62:24, 63:19, 65:7,

66:22, 68:7, 69:1, 69:24, 70:23, 71:5, 71:16, 72:14, 75:17, 78:1, 78:15, 80:23, 85:10, 88:9, 96:22, 97:12, 98:11, 99:24, 101:10, 102:9, 104:5, 107:2, 107:22, 109:19, 110:14, 110:17, 114:18, 117:11, 118:20, 119:3, 119:13, 120:3, 121:4, 121:23, 122:8, 126:19, 127:10, 127:24, 130:19, 134:17, 136:8, 137:15
**draw** [3] - 47:17, 50:23, 50:25
**drawn** [3] - 49:7, 50:6, 131:15
**dries** [1] - 93:12
**drink** [1] - 92:2
**drinking** [1] - 25:24
**driven** [2] - 24:12, 91:19
**drop** [1] - 74:25
**dropped** [2] - 12:1, 15:1
**drug** [62] - 16:11, 16:14, 21:20, 21:21, 37:9, 38:10, 38:11, 38:14, 38:18, 39:9, 42:6, 42:8, 42:15, 54:5, 56:8, 56:15, 57:10, 58:17, 58:20, 58:25, 59:3, 60:6, 63:1, 65:4, 66:22, 66:23, 68:17, 68:19, 70:1, 71:15, 74:18, 74:20, 76:19, 76:23, 77:11, 81:24, 83:3, 83:5, 84:15, 88:20, 89:18, 90:1, 93:20, 93:21, 94:1, 96:18, 97:3, 97:17, 97:18, 97:22, 106:23, 108:22, 109:2, 125:10, 125:11, 125:23, 126:8, 126:10, 132:6, 132:7, 134:22
**drugs** [9] - 55:12, 58:4, 62:15, 72:8, 72:16, 72:22, 96:20, 128:14
**drying** [2] - 93:4, 93:5
**DTX-083** [3] - 99:12, 99:18, 99:22

**DTX-101** [1] - 3:19
**DTX-102** [1] - 3:20
**DTX-109** [1] - 3:20
**DTX-114** [1] - 3:21
**DTX-124** [1] - 3:21
**DTX-141** [1] - 3:22
**DTX-142** [1] - 3:22
**DTX-148** [1] - 3:23
**DTX-150** [1] - 3:23
**DTX-151** [1] - 3:24
**DTX-182** [1] - 3:24
**DTX-200** [1] - 3:3
**DTX-23** [1] - 3:4
**DTX-24** [1] - 3:5
**DTX-25** [1] - 3:5
**DTX-26** [1] - 3:6
**DTX-27** [1] - 3:6
**DTX-284** [1] - 3:3
**DTX-313** [1] - 3:4
**DTX-32** [1] - 3:7
**DTX-36** [1] - 3:7
**DTX-37** [1] - 3:8
**DTX-398** [1] - 3:4
**DTX-4.15** [1] - 3:3
**DTX-40** [1] - 3:8
**DTX-401** [1] - 3:5
**DTX-402** [1] - 3:5
**DTX-405** [1] - 3:6
**DTX-420** [1] - 3:6
**DTX-422** [1] - 3:7
**DTX-43** [1] - 3:9
**DTX-44** [1] - 3:9
**DTX-45** [1] - 3:10
**DTX-46** [1] - 3:10
**DTX-47** [1] - 3:11
**DTX-479** [1] - 3:7
**DTX-48** [1] - 3:11
**DTX-49** [1] - 3:12
**DTX-50** [1] - 3:12
**DTX-52** [1] - 3:13
**DTX-53** [1] - 3:13
**DTX-54** [1] - 3:14
**DTX-55** [1] - 3:14
**DTX-56** [1] - 3:15
**DTX-57** [1] - 3:15
**DTX-588** [1] - 3:8
**DTX-604** [1] - 3:9
**DTX-605** [1] - 3:9
**DTX-606** [1] - 3:9
**DTX-607** [1] - 3:10
**DTX-611** [1] - 3:10
**DTX-613** [1] - 3:11
**DTX-614** [1] - 3:11
**DTX-64** [1] - 3:16
**DTX-65** [1] - 3:16
**DTX-75** [1] - 3:17
**DTX-77** [1] - 3:17
**DTX-8** [1] - 3:3
**DTX-83** [1] - 3:18

**DTX-85** [1] - 3:18
**DTX-86** [1] - 3:19
**DTX-9** [1] - 3:4
**due** [2] - 92:2, 116:2
**dumping** [2] - 68:18, 68:21
**duodenum** [21] - 67:23, 67:25, 68:2, 68:4, 73:8, 73:11, 73:13, 74:2, 74:24, 112:18, 128:6, 128:9, 128:11, 128:21, 129:11, 129:15, 129:19, 129:22, 129:23, 130:4, 133:11
**Duodenum** [1] - 67:24
**DUR** [1] - 58:14
**duress** [1] - 55:6
**during** [9] - 8:7, 9:17, 12:1, 23:10, 25:22, 36:25, 38:13, 59:5, 100:13
**dying** [1] - 37:3
**dynamics** [1] - 123:3

**E**

**early** [6] - 7:1, 56:12, 74:23, 91:18, 92:1, 134:7
**earn** [1] - 53:1
**earned** [1] - 58:8
**easily** [2] - 112:25, 115:10
**easy** [1] - 36:19
**eating** [1] - 134:14
**education** [2] - 59:20, 77:11
**educational** [2] - 52:20, 77:20
**Edward** [3] - 16:9, 47:1, 52:5
**EDWARD** [3] - 2:3, 2:11, 51:4
**effect** [13] - 41:24, 75:22, 75:24, 75:25, 76:3, 76:17, 76:20, 77:4, 97:14, 119:22, 138:4, 138:16, 138:17
**effective** [1] - 75:21
**effects** [2] - 13:17, 94:19
**efficacy** [1] - 13:17
**efficient** [1] - 122:5
**effort** [1] - 134:6
**either** [8] - 8:25, 20:11, 51:17, 56:14, 71:9, 109:22,

120:15, 133:15
**elected** [1] - 57:21
**electron** [4] - 22:4, 98:13, 106:7, 107:4
**electronic** [1] - 104:21
**element** [5] - 20:10, 132:21, 134:25, 135:6, 136:2
**elements** [4] - 28:24, 28:25, 80:23, 80:24
**eliminating** [1] - 116:3
**elimination** [1] - 125:11
**elucidated** [1] - 29:23
**embodiment** [2] - 37:20, 84:12
**embody** [1] - 85:20
**emerged** [1] - 14:7
**emeritus** [1] - 57:4
**emphasize** [3] - 35:5, 39:20, 45:16
**employed** [1] - 52:13
**Employee** [1] - 54:19
**employment** [1] - 59:21
**end** [8] - 32:17, 34:18, 34:25, 43:12, 46:1, 100:3, 116:15, 136:19
**ended** [1] - 119:6
**ends** [1] - 18:19
**enforceability** [1] - 16:18
**engineered** [1] - 17:11
**enhance** [1] - 56:14
**ensure** [3] - 21:5, 21:25, 103:21
**ensures** [2] - 22:25, 63:2
**entailed** [1] - 103:13
**enter** [3] - 4:5, 83:13, 131:8
**entered** [1] - 60:2
**enteric** [36] - 16:23, 19:23, 20:20, 20:22, 21:5, 21:8, 21:10, 21:25, 22:12, 22:15, 22:18, 22:24, 33:15, 37:14, 37:19, 41:15, 80:14, 88:11, 88:21, 91:15, 97:19, 99:7, 100:7, 104:8, 104:9, 105:1, 108:4, 108:5, 113:1, 113:6, 114:8, 116:20, 120:18, 123:3, 133:7, 135:20
**entering** [1] - 67:18
**entire** [5] - 22:17, 58:19, 74:5, 100:21, 100:25

**entirely** [3] - 12:10, 30:9, 115:11
**entirety** [1] - 74:1
**entities** [1] - 52:17
**entitled** [2] - 12:10, 139:4
**environment** [2] - 93:6, 112:22
**enzymes** [1] - 73:22
**EPA** [6] - 91:21, 92:8, 92:11, 96:10, 96:17, 96:18
**equal** [1] - 109:5
**equals** [4] - 19:4, 19:5, 125:10, 127:21
**equates** [1] - 35:21
**Equetro** [2] - 54:6, 58:14
**equilibrate** [2] - 112:4, 121:2
**equipment** [1] - 123:11
**equivalence** [2] - 40:25, 46:6
**equivalent** [9] - 17:5, 20:8, 24:25, 30:21, 70:14, 95:1, 108:14, 108:16, 133:9
**equivalents** [16] - 15:15, 15:21, 17:5, 18:15, 19:14, 20:8, 20:12, 30:15, 78:4, 132:22, 134:18, 135:7, 135:10, 136:2, 136:13, 136:25
**escape** [1] - 106:23
**especially** [2] - 63:21, 118:8
**ESQUIRE** [8] - 1:12, 1:15, 1:15, 1:18, 1:18, 1:19, 1:19, 1:22
**essentially** [3] - 12:19, 16:24, 17:2
**establish** [1] - 31:13
**estimate** [2] - 46:18, 47:3
**estopped** [1] - 14:15
**estoppel** [1] - 14:16
**etc** [1] - 49:14
**ethically** [1] - 94:11
**Eudragit** [10] - 23:4, 37:19, 100:10, 104:12, 112:9, 113:21, 116:9, 116:20, 119:2, 120:18
**evade** [1] - 16:1
**evaluates** [1] - 61:25

**evaluation** [2] - 53:12, 66:9
**evening** [1] - 5:24
**event** [1] - 19:12
**events** [1] - 56:24
**evidence** [61] - 11:16, 16:4, 17:4, 17:9, 18:2, 18:21, 19:18, 20:4, 20:9, 20:18, 20:21, 28:19, 29:9, 30:18, 31:10, 31:18, 32:2, 32:5, 32:15, 32:18, 32:19, 33:13, 33:16, 34:15, 40:21, 41:1, 43:11, 45:11, 59:24, 62:18, 63:13, 66:16, 69:15, 72:3, 75:12, 79:5, 82:10, 82:16, 82:18, 83:16, 83:18, 85:4, 86:1, 86:14, 87:7, 89:11, 90:23, 94:7, 94:25, 95:15, 96:15, 98:11, 99:18, 101:1, 101:14, 105:23, 107:9, 110:9, 121:8, 127:4, 131:8
**Evonik** [1] - 112:9
**exact** [5] - 23:4, 30:12, 33:13, 37:19, 42:12
**exactly** [21] - 19:12, 20:2, 22:18, 27:2, 36:16, 36:23, 39:4, 41:18, 64:7, 71:7, 87:25, 100:17, 109:21, 110:15, 110:21, 115:8, 115:13, 115:16, 115:21, 119:10, 124:14
**examination** [4] - 9:21, 47:4, 47:8, 138:20
**EXAMINATION** [2] - 2:2, 52:1
**examine** [2] - 10:2, 12:5
**examined** [1] - 10:5
**examiner** [2] - 40:12, 40:17
**example** [6] - 36:18, 37:12, 37:13, 38:21, 38:23, 42:19
**except** [1] - 31:3
**exception** [1] - 81:1
**excerpt** [3] - 62:9, 89:24, 95:9
**exchanged** [1] - 5:24
**excipients** [3] - 80:4, 87:15, 137:8

excluded [2] - 9:5, 109:11
exclusively [1] - 65:8
excretes [1] - 67:2
excuse [5] - 43:9, 106:9, 119:23, 120:1, 122:16
executive [1] - 46:9
exemplary [2] - 49:18, 101:10
exert [1] - 75:23
exhibit [5] - 42:9, 43:3, 43:7, 44:15, 86:21
Exhibit [20] - 60:3, 62:22, 63:17, 65:25, 66:20, 69:22, 72:7, 75:15, 79:9, 85:8, 86:18, 87:11, 91:9, 97:10, 99:22, 107:13, 110:12, 121:13, 127:8, 131:12
EXHIBITS [2] - 2:13, 3:1
exhibits [11] - 5:11, 5:15, 5:20, 6:5, 6:9, 47:9, 47:13, 47:17, 47:19, 89:11
exist [3] - 32:3, 64:19, 67:6
existing [1] - 122:13
exists [2] - 119:1, 119:22
exit [1] - 73:11
expect [7] - 37:23, 38:18, 102:13, 102:15, 102:16, 112:10, 115:16
expected [1] - 42:6
expects [1] - 111:23
expensive [1] - 74:18
experience [7] - 23:15, 53:3, 77:11, 77:14, 77:15, 77:16
experiment [3] - 28:2, 28:4, 61:25
expert [13] - 6:25, 8:16, 9:6, 10:25, 16:9, 16:10, 24:8, 44:8, 46:12, 46:14, 60:5, 94:19, 96:4
experts [9] - 11:14, 24:4, 28:23, 31:5, 31:12, 33:7, 63:23, 66:8, 124:8
expiration [2] - 122:18, 122:19
expired [2] - 44:15, 122:17

explain [17] - 21:4, 21:19, 21:20, 22:14, 23:7, 23:11, 23:15, 25:24, 26:4, 26:16, 27:4, 27:16, 31:19, 31:25, 112:19, 119:10, 124:23
explaining [1] - 28:8
explanation [1] - 103:14
exposed [4] - 26:25, 93:7, 105:8, 111:20
exposure [3] - 27:1, 27:7, 92:3
extended [4] - 58:21, 59:7, 122:18, 122:19
extent [3] - 48:7, 62:1, 126:7
extra [2] - 6:10, 6:17
extreme [2] - 25:14, 69:4
extremely [4] - 40:5, 49:7, 112:23
extremes [2] - 69:3, 69:5
exudes [1] - 64:20

F

fabulous [1] - 55:10
face [3] - 76:1, 137:24, 138:3
fact [28] - 7:12, 7:25, 13:11, 14:20, 17:11, 17:16, 18:11, 28:16, 30:5, 33:14, 33:17, 39:10, 41:12, 44:8, 45:5, 63:23, 63:25, 65:10, 73:5, 76:13, 77:6, 87:21, 93:24, 96:18, 103:23, 111:12, 116:11, 116:25
factors [1] - 68:4
factory [1] - 91:19
facts [7] - 14:19, 18:14, 34:20, 35:11, 41:4, 77:6, 87:16
factual [2] - 17:20, 19:2
factually [1] - 24:13
fail [3] - 31:13, 33:21, 119:24
failed [2] - 34:7, 45:1
failure [3] - 59:9, 64:6, 92:2
fair [2] - 56:12, 82:20
fairly [5] - 11:9, 37:12, 59:20, 75:2, 88:17
faith [1] - 11:2

fall [1] - 16:21
falls [5] - 17:16, 33:17, 34:10, 60:21, 129:13
far [10] - 20:15, 41:9, 41:10, 49:14, 95:23, 96:5, 112:22, 127:16, 134:9
fast [1] - 120:19
fasted [6] - 8:18, 9:1, 26:10, 26:12, 28:11, 126:6
fasting [5] - 25:17, 26:2, 26:5, 26:10, 126:23
FDA [59] - 13:11, 16:5, 20:3, 24:3, 24:10, 24:11, 24:14, 24:18, 25:24, 26:6, 26:18, 26:20, 28:19, 35:14, 42:11, 42:12, 42:13, 43:17, 43:21, 44:2, 45:12, 50:21, 54:24, 55:7, 63:7, 63:9, 63:25, 65:10, 65:15, 68:9, 68:23, 68:24, 69:25, 70:4, 71:7, 78:12, 84:16, 92:11, 95:18, 96:20, 97:3, 109:21, 111:11, 111:23, 113:6, 114:6, 114:13, 116:23, 117:4, 122:25, 124:5, 124:6, 125:7, 125:22, 126:1, 126:9, 130:20, 131:2
FDA's [2] - 45:7, 126:8
fed [1] - 126:6
Federal [2] - 24:15, 25:3
fee [1] - 58:1
fell [1] - 14:13
fellow [2] - 57:2, 57:6
fellowship [1] - 57:12
few [4] - 35:25, 88:25, 89:11, 122:15
fiber [1] - 130:10
figment [1] - 32:3
Figure [6] - 36:23, 37:24, 38:12, 39:3, 42:3
figure [11] - 36:24, 51:18, 99:5, 101:20, 110:22, 110:23, 117:20, 123:20, 123:25, 124:14, 128:7
figures [4] - 115:23, 128:8, 129:20, 130:12

filed [2] - 5:23, 24:23
filing [3] - 7:11, 53:19, 54:21
fill [3] - 38:22, 88:21, 97:19
finally [2] - 38:20, 40:9
fine [5] - 4:21, 14:21, 48:8, 51:12, 77:22
finish [2] - 107:16, 126:3
firm [1] - 4:9
first [24] - 6:21, 8:15, 11:23, 14:8, 18:22, 20:18, 21:6, 38:9, 38:14, 46:8, 48:2, 53:9, 54:20, 60:25, 69:25, 70:11, 73:2, 74:21, 86:21, 91:18, 92:9, 92:21, 111:14, 111:16
five [1] - 88:18
flake [3] - 112:17, 113:21, 114:3
flaky [1] - 106:14
flat [1] - 105:25
Flattmann [5] - 2:8, 2:10, 4:9, 13:4, 61:16
FLATTMANN [27] - 1:15, 6:4, 6:7, 6:11, 6:13, 7:21, 9:12, 9:17, 10:13, 10:19, 10:22, 13:3, 14:6, 14:18, 14:23, 15:5, 16:8, 16:22, 17:18, 17:22, 18:16, 19:12, 20:2, 25:12, 27:25, 28:7, 28:10
Flattmann's [1] - 50:20
flawed [1] - 31:6
flexibility [1] - 5:6
flora [1] - 76:8
Florida [1] - 53:24
flow [3] - 8:7, 123:2, 123:9
fluid [6] - 64:10, 64:20, 64:25, 70:13, 109:5
focus [2] - 31:8, 81:5
focusing [1] - 8:15
fold [2] - 123:8, 123:9
folds [1] - 133:24
folks [3] - 74:14, 74:21, 76:11
follow [2] - 6:7, 74:19
followed [3] - 8:22, 20:6, 97:18
following [11] - 17:13, 19:22, 29:17, 42:1,

53:9, 81:25, 83:5, 127:20, 135:5, 135:17, 135:21
follows [1] - 11:16
food [10] - 128:13, 128:15, 128:18, 128:20, 128:23, 129:3, 129:7, 129:8, 130:13, 134:15
FOR [4] - 1:12, 1:15, 1:18, 1:22
foregoing [1] - 139:3
forget [1] - 125:5
form [15] - 24:1, 32:4, 36:10, 36:18, 38:11, 40:8, 68:11, 80:13, 97:12, 98:10, 103:21, 125:24, 135:4, 136:10, 138:1
formed [4] - 84:10, 132:20, 134:8, 135:6
former [1] - 137:23
forming [21] - 62:11, 65:17, 69:11, 71:24, 77:17, 77:23, 78:7, 79:1, 81:19, 84:25, 86:10, 87:3, 90:2, 90:11, 90:19, 95:11, 96:12, 110:5, 121:4, 126:25, 131:4
forms [12] - 17:1, 53:11, 53:15, 56:7, 59:8, 62:1, 63:8, 66:25, 68:10, 68:17, 114:14, 134:8
formulate [1] - 13:18
formulated [2] - 15:17, 23:2
formulation [15] - 13:15, 15:10, 23:2, 23:3, 46:15, 53:12, 53:25, 54:13, 60:7, 60:18, 60:22, 63:2, 77:12, 85:11
formulations [1] - 16:12
formulator [2] - 23:22, 24:3
foul [1] - 40:15
foundation [5] - 49:2, 49:15, 49:16, 49:21, 103:15
founding [1] - 56:20
four [4] - 47:19, 47:21, 47:24, 90:25
fragile [1] - 132:9
frame [3] - 110:20, 110:21, 111:17
frames [2] - 115:20, 118:4

**friend** [1] - 43:22
**front** [1] - 11:6
**full** [6] - 6:5, 40:4, 52:4, 53:9, 68:17, 68:19
**full-time** [1] - 53:9
**function** [13] - 19:19, 20:25, 29:16, 30:18, 38:10, 84:8, 88:8, 107:24, 117:8, 133:2, 135:14, 135:15, 136:24
**functional** [10] - 19:11, 29:6, 29:24, 30:12, 31:14, 41:23, 41:25, 81:9, 84:7, 103:20
**functionally** [4] - 16:2, 18:18, 19:24, 124:1
**functioning** [1] - 42:25
**functions** [17] - 18:11, 20:23, 23:20, 25:6, 32:21, 32:25, 35:8, 41:19, 46:4, 61:18, 104:17, 107:24, 107:25, 124:11, 133:1, 133:8, 135:22
**fund** [2] - 54:19, 55:2
**funding** [1] - 54:18

## G

**gain** [25] - 21:8, 22:12, 22:14, 22:24, 23:5, 23:6, 23:8, 91:15, 99:25, 100:1, 100:5, 102:13, 102:16, 102:17, 104:8, 104:9, 104:14, 104:19, 105:4, 106:11, 106:12, 107:1, 113:12, 132:10
**gains** [1] - 23:16
**Galderma** [10] - 4:4, 15:14, 33:6, 33:22, 33:25, 37:25, 41:11, 42:13, 84:15, 85:16
**GALDERMA** [1] - 1:3
**Galderma's** [5] - 13:21, 33:19, 34:19, 35:10, 41:3
**games** [1] - 10:17
**gamma** [1] - 74:19
**gastric** [10] - 8:18, 9:2, 25:15, 26:13, 64:10, 64:24, 67:15, 70:7, 70:13, 73:10
**gastro** [1] - 134:7

**gastroenterologists** [1] - 74:7
**gastrointestinal** [1] - 67:12
**gelatin** [1] - 137:8
**general** [10] - 35:3, 56:6, 67:3, 67:6, 74:12, 101:3, 103:19, 103:22, 120:13, 123:12
**generalities** [1] - 73:6
**generalize** [1] - 128:5
**generally** [4] - 78:18, 95:22, 119:24, 133:23
**generic** [1] - 13:9
**genuine** [1] - 46:3
**GERALD** [1] - 1:15
**Gerald** [2] - 4:9, 13:3
**German** [2] - 112:10, 113:22
**ghost** [1] - 118:25
**GI** [6] - 58:15, 67:8, 67:11, 73:7, 74:20, 115:21
**given** [4] - 64:23, 70:4, 102:16, 123:6
**glad** [1] - 70:8
**goal** [4] - 13:16, 13:18, 14:2, 103:21
**goodNight** [1] - 58:14
**Gordan** [1] - 4:9
**gordan** [1] - 66:8
**Gordon** [2] - 1:16, 66:5
**governing** [1] - 50:22, 82:18
**grad** [1] - 70:8
**graduate** [4] - 53:5, 53:8, 70:6, 120:5
**graduation** [1] - 53:9
**Graham** [2] - 46:14, 78:15
**GRAHAM** [1] - 2:9
**granted** [1] - 57:25
**graph** [5] - 42:4, 48:18, 111:6, 114:18, 125:13
**graphs** [2] - 10:4, 126:16
**Gray** [11] - 31:5, 31:7, 31:15, 31:24, 46:12, 46:21, 78:14, 118:20, 119:13, 121:15, 121:23
**GRAY** [1] - 2:7
**great** [1] - 5:13
**greater** [1] - 40:18
**Greece** [1] - 69:10
**green** [5] - 42:9,

42:20, 43:6, 115:3, 115:22
**Greg** [1] - 66:5
**ground** [1] - 40:13
**grounds** [2] - 60:9, 96:6
**group** [1] - 69:10
**groups** [6] - 56:21, 112:11, 112:12, 113:16, 113:20
**guess** [1] - 102:1
**guessing** [1] - 58:22
**guidance** [3] - 63:7, 63:9, 114:13
**guidances** [2] - 68:25, 78:12
**guides** [1] - 63:2
**gut** [2] - 76:6, 76:8

## H

**half** [17] - 7:9, 7:18, 9:5, 19:22, 19:25, 46:23, 51:20, 70:16, 70:19, 70:21, 75:1, 109:2, 109:6, 122:10, 128:10, 129:21, 130:9
**halfway** [1] - 70:16
**Hall** [2] - 1:22, 4:15
**hand** [9] - 4:24, 6:5, 6:9, 11:7, 11:8, 47:11, 47:12, 125:13, 125:17
**hands** [1] - 55:1
**HANEY** [2] - 1:22, 4:14
**Haney** [1] - 4:14
**happy** [1] - 66:6
**harbor** [1] - 41:8
**hard** [8] - 34:20, 40:1, 50:21, 55:11, 126:3, 126:6, 126:15
**harden** [1] - 88:19
**hardening** [2] - 88:18, 97:16
**harder** [1] - 125:19
**harm** [1] - 94:12
**hatch** [1] - 48:18
**hatching** [1] - 49:9
**head** [6] - 44:18, 51:7, 51:8, 52:14, 54:3, 54:9
**health** [4] - 91:22, 94:19, 94:21, 96:11
**Health** [1] - 96:2
**hear** [10] - 4:20, 16:4, 16:8, 32:16, 36:1, 36:25, 45:8, 47:23, 51:6, 51:8
**heard** [5] - 14:10,

17:1, 32:17, 36:2, 103:14
**heart** [1] - 87:19
**heavier** [1] - 100:4
**hedge** [1] - 55:2
**height** [1] - 12:21
**held** [1] - 14:12
**help** [4] - 15:7, 47:13, 48:1, 64:24
**helped** [1] - 114:14
**helpful** [4] - 6:4, 6:8, 124:22, 130:15
**hesitate** [1] - 4:24
**high** [13] - 36:4, 57:18, 60:14, 72:18, 72:20, 74:17, 75:21, 75:23, 88:15, 119:20, 129:11, 130:10, 134:9
**high-level** [1] - 60:14
**higher** [18] - 23:17, 37:17, 38:16, 39:9, 42:16, 64:25, 65:5, 77:14, 105:10, 111:20, 112:16, 113:20, 114:1, 119:17, 130:7, 130:11, 134:4, 134:10
**highest** [3] - 65:1, 125:15, 125:16
**highlight** [1] - 35:24
**highly** [4] - 21:13, 25:11, 31:11, 37:2
**history** [1] - 41:11
**hit** [1] - 134:9
**hits** [2] - 25:16, 40:4
**hoc** [1] - 24:5
**hold** [3] - 55:23, 112:13, 130:12
**holds** [2] - 64:14, 84:15
**holes** [1] - 44:22
**Honor** [187] - 4:6, 4:14, 5:10, 6:4, 6:13, 6:21, 6:25, 7:22, 8:12, 9:3, 9:12, 10:1, 10:13, 10:19, 11:4, 11:12, 11:20, 12:18, 12:23, 13:3, 13:4, 14:3, 14:6, 14:23, 16:15, 17:3, 17:22, 18:17, 20:2, 20:6, 30:7, 31:2, 32:5, 32:7, 32:8, 32:10, 32:12, 32:22, 33:12, 34:9, 34:18, 35:9, 35:24, 37:2, 37:15, 38:7, 39:4, 39:17, 40:21, 41:9, 41:11,

42:11, 43:11, 43:24, 45:4, 45:15, 46:1, 46:7, 46:16, 47:1, 47:6, 47:16, 47:19, 47:22, 48:10, 48:13, 48:17, 48:23, 49:4, 49:23, 50:11, 50:17, 51:1, 51:22, 58:23, 59:23, 60:10, 63:12, 63:15, 65:20, 65:23, 66:15, 66:18, 67:13, 69:14, 69:19, 72:2, 72:6, 72:10, 72:12, 73:19, 75:11, 75:13, 79:4, 82:9, 82:12, 82:20, 82:21, 83:14, 83:19, 85:3, 85:6, 86:2, 86:13, 87:6, 87:17, 87:25, 88:2, 88:24, 90:22, 91:1, 91:8, 92:7, 92:13, 93:4, 93:18, 94:10, 94:16, 94:20, 94:22, 95:3, 95:14, 95:17, 95:24, 96:14, 96:17, 96:21, 97:1, 97:9, 98:20, 99:4, 99:17, 99:20, 100:24, 101:9, 101:23, 102:2, 103:2, 103:8, 103:19, 104:2, 107:8, 107:11, 107:20, 109:9, 109:11, 110:8, 110:10, 111:10, 111:21, 112:2, 113:2, 113:19, 113:25, 116:6, 116:17, 116:22, 117:7, 118:2, 119:12, 121:7, 121:10, 122:1, 122:12, 122:22, 123:15, 123:23, 124:21, 124:22, 126:2, 127:3, 127:6, 129:24, 130:17, 131:7, 132:2, 133:14, 133:22, 136:6, 136:17, 136:23, 137:2, 137:7, 137:11, 137:23, 138:22
**HONORABLE** [1] - 1:7
**hope** [2] - 94:4, 105:2
**hotspot** [9] - 31:25, 32:2, 118:24, 119:3, 119:11, 120:1, 121:15, 121:19, 121:21
**hour** [18] - 5:3, 19:22,

19:25, 38:9, 46:21, 51:11, 51:20, 67:8, 67:16, 67:25, 113:15, 128:3, 128:10, 128:22, 128:23, 129:18, 129:20
**hours** [26] - 38:2, 38:14, 46:23, 47:5, 67:8, 68:12, 68:20, 76:17, 105:2, 105:8, 110:24, 111:15, 112:4, 112:5, 113:7, 113:15, 115:5, 125:9, 125:13, 128:11, 128:16, 128:25, 129:1, 129:2
**House** [1] - 56:22
**Hubbard** [1] - 1:20
**human** [7] - 64:9, 80:20, 80:22, 91:22, 96:11, 136:10
**humans** [1] - 31:4
**hundreds** [3] - 33:25, 44:6, 57:20

**I**

**I-95** [1] - 91:20
**IBM** [1] - 57:19
**idea** [6] - 101:1, 101:6, 103:12, 114:5, 133:23, 134:9
**ideally** [2] - 100:12, 100:22
**identical** [4] - 31:2, 81:1, 89:8, 111:16
**identified** [1] - 6:25
**identify** [2] - 9:4, 121:15
**ignore** [2] - 31:12, 45:5
**ignores** [1] - 31:10
**IL** [1] - 1:21
**ilium** [10] - 68:4, 73:18, 74:2, 74:25, 128:7, 128:24, 129:17, 130:5, 130:8, 133:11
**illustrating** [1] - 101:6
**illustrative** [1] - 42:11
**images** [7] - 22:5, 98:13, 98:22, 104:21, 106:5, 106:7, 107:6
**imagination** [1] - 32:3
**imagine** [2] - 120:23, 122:15
**imbibing** [1] - 137:25
**immediate** [70] -

13:19, 13:24, 14:1, 17:7, 17:12, 17:17, 17:19, 17:23, 18:5, 18:7, 18:8, 18:23, 18:24, 19:2, 19:4, 19:6, 19:11, 19:17, 20:11, 20:13, 20:14, 20:23, 23:21, 28:14, 28:25, 29:5, 29:12, 29:15, 30:1, 30:19, 32:25, 34:6, 35:20, 35:21, 36:6, 36:17, 41:16, 42:16, 42:24, 43:15, 45:14, 46:4, 50:4, 50:8, 59:9, 60:19, 60:21, 63:8, 66:25, 68:10, 77:2, 79:23, 81:8, 81:9, 81:14, 81:18, 83:1, 87:21, 87:23, 88:1, 110:18, 115:7, 115:12, 115:13, 115:14, 117:23, 117:24, 118:3, 132:6
**immediately** [34] - 18:4, 19:21, 20:13, 20:16, 21:6, 22:2, 22:22, 23:1, 26:7, 27:11, 29:10, 29:17, 33:9, 33:20, 34:7, 39:7, 41:24, 42:1, 43:5, 45:1, 71:15, 81:24, 83:3, 83:5, 91:14, 108:3, 117:18, 127:20, 133:3, 133:6, 135:5, 135:17, 135:19, 135:21
**impact** [3] - 56:13, 117:15, 119:1
**impacts** [1] - 29:7
**imparts** [1] - 29:6
**imperfections** [1] - 106:20
**implying** [1] - 48:22
**important** [21] - 4:19, 25:20, 51:6, 57:10, 61:1, 61:2, 61:6, 61:7, 63:21, 64:3, 71:12, 75:19, 76:22, 89:6, 100:6, 104:10, 106:16, 112:15, 116:6, 118:13, 120:20
**improper** [2] - 24:15, 105:18
**improvement** [1] - 55:11
**IN** [1] - 1:1
**inadmissible** [2] -

50:10, 50:25
**INC** [1] - 1:5
**includes** [1] - 10:3
**including** [9] - 9:14, 13:23, 16:11, 21:24, 23:3, 28:24, 34:10, 39:23, 60:6
**inconsistent** [1] - 24:14
**increasing** [1] - 105:6
**incredibly** [1] - 58:18
**increments** [1] - 105:5
**indeed** [3] - 13:20, 24:22, 74:23
**independent** [4] - 33:24, 34:5, 39:22, 44:23
**INDEX** [3] - 2:1, 2:13, 3:1
**indicated** [4] - 13:7, 25:8, 137:17, 137:18
**indication** [1] - 13:10
**indicative** [1] - 118:15
**individual** [5] - 27:4, 27:7, 27:16, 111:9, 114:23
**industry** [8] - 35:14, 38:7, 41:19, 43:18, 59:3, 63:7, 66:22, 113:23
**infer** [2] - 34:16, 50:15
**inference** [1] - 50:6, 50:24
**inferences** [1] - 50:23
**inferring** [2] - 94:9, 103:23
**inflammatory** [3] - 13:7, 138:10, 138:16
**information** [2] - 53:6, 62:24, 118:16
**informed** [1] - 57:24
**infringe** [11] - 14:12, 18:1, 32:19, 35:4, 40:24, 45:15, 50:20, 134:17, 134:24, 135:10, 136:1
**infringed** [1] - 15:20
**infringement** [20] - 15:14, 16:17, 24:7, 24:18, 24:19, 24:20, 25:4, 29:5, 29:7, 29:23, 31:7, 34:19, 39:23, 60:20, 61:17, 78:7, 78:15, 78:18, 84:9, 131:18
**infringes** [12] - 16:16, 17:3, 17:4, 21:1, 30:14, 30:22, 32:6, 61:20, 78:3, 88:13, 131:16, 136:12

**ingest** [1] - 128:1
**ingested** [4] - 93:9, 129:2, 129:18, 130:13
**ingesting** [1] - 93:17
**ingestion** [2] - 20:12, 25:8
**ingredients** [2] - 33:14, 44:22
**initial** [2] - 54:10, 115:4
**initiating** [1] - 15:8
**inputs** [1] - 124:3
**inquiry** [4] - 24:18, 24:20, 29:7, 84:9
**inspired** [2] - 24:17, 31:8
**instance** [3] - 15:5, 16:23, 22:3
**instant** [1] - 117:14
**instead** [1] - 100:17
**instructed** [9] - 7:7, 7:16, 7:22, 8:9, 8:22, 10:8, 44:9, 109:13, 128:14
**instructing** [1] - 7:19
**instruction** [3] - 7:9, 8:19, 8:23
**instructive** [1] - 98:22
**insubstantially** [5] - 19:13, 19:16, 30:16, 132:23, 135:11
**integrity** [3] - 21:22, 114:6, 114:15
**intend** [2] - 9:21, 59:13
**intended** [4] - 33:11, 37:9, 38:13, 39:11
**intent** [4] - 94:5, 94:24, 94:25, 103:24
**intentional** [3] - 22:23, 94:3, 94:4
**intentionally** [6] - 17:11, 20:19, 22:13, 94:7, 133:6, 135:19
**interest** [1] - 16:6
**interesting** [6] - 54:22, 97:15, 98:2, 115:18, 120:8, 122:17
**interface** [2] - 21:24, 22:8
**international** [1] - 58:2
**internship** [1] - 53:4
**intestinal** [6] - 67:17, 72:18, 73:23, 118:9, 133:24, 134:4
**intestine** [9] - 37:17, 38:17, 67:22, 73:14, 73:17, 74:1, 74:4,

74:6, 74:23
**intestines** [1] - 134:1
**introduce** [1] - 46:8
**invalidity** [1] - 16:18
**invented** [2] - 54:5, 54:23
**invention** [3] - 16:10, 36:5, 60:5
**inventor** [2] - 57:22, 57:23, 58:11, 58:16
**inventor's** [1] - 14:2
**investigation** [1] - 117:2
**invited** [2] - 56:21, 56:23
**involve** [1] - 15:3
**involved** [4] - 26:11, 56:16, 56:20, 58:21
**ionic** [3] - 113:3, 113:4
**ionization** [1] - 114:16
**ionize** [4] - 112:12, 112:14, 112:17, 113:20
**ionized** [3] - 113:3, 113:5, 113:17, 114:9
**ionizes** [1] - 114:1
**IPO** [1] - 54:22
**IR** [50] - 13:19, 35:2, 36:6, 36:12, 36:13, 36:14, 36:17, 36:21, 36:22, 37:7, 37:8, 37:13, 37:21, 38:8, 38:23, 38:24, 39:7, 39:16, 40:12, 40:13, 41:13, 41:14, 41:22, 41:23, 42:7, 43:9, 44:25, 61:17, 61:19, 67:3, 76:15, 79:24, 80:10, 81:15, 83:1, 107:25, 110:16, 126:12, 127:13, 127:16, 127:23, 132:6, 132:15, 132:24, 133:8, 135:2, 135:3, 135:23, 135:24
**IR/DR** [4] - 33:2, 40:5, 40:10, 76:13
**Island** [2] - 52:25, 56:1
**issuance** [1] - 39:24
**issue** [10] - 7:1, 13:12, 16:15, 17:20, 48:13, 49:16, 57:25, 58:1, 74:8
**issued** [1] - 57:23
**issues** [4] - 5:17, 8:7, 59:4, 60:14
**italics** [1] - 6:24
**iterations** [1] - 123:19
**itself** [1] - 113:10

**IV** [2] - 14:25, 15:8

## J

**James** [1] - 1:8
**January** [3] - 1:10, 4:1, 139:9
**JAROS** [17] - 1:18, 5:10, 5:22, 6:1, 6:3, 6:19, 6:21, 8:12, 8:15, 9:8, 10:1, 11:4, 11:12, 11:18, 12:7, 12:18, 12:23
**Jaros** [3] - 2:7, 2:9, 4:16
**jejunum** [9] - 73:18, 74:2, 74:25, 128:6, 128:24, 129:17, 130:5, 130:6, 133:11
**JEREMY** [1] - 1:12
**Jeremy** [1] - 4:7
**Jersey** [2] - 91:20, 92:9
**job** [5] - 28:8, 53:9, 53:14, 53:17, 111:3
**jobs** [1] - 57:17
**Joe** [1] - 4:16
**join** [1] - 135:2
**joined** [2] - 4:8, 4:15
**JOSEPH** [1] - 1:18
**journals** [1] - 56:3
**JR** [1] - 1:15
**Judge** [6] - 14:9, 15:9, 15:20, 82:13, 83:25, 122:11
**juice** [1] - 25:15
**July** [1] - 14:9
**jump** [2] - 36:24, 111:8
**jurisdiction** [1] - 96:20
**justification** [1] - 123:10

## K

**Kalantzi** [17] - 9:15, 9:23, 25:22, 26:5, 48:5, 48:6, 48:8, 69:9, 69:16, 69:20, 69:24, 69:25, 70:3, 70:25, 108:24, 109:1, 109:3
**Katie** [1] - 4:16
**KATIE** [1] - 1:19
**keep** [5] - 94:6, 96:6, 105:1, 113:14, 115:24
**kept** [1] - 110:24
**Key** [1] - 53:23
**key** [2] - 34:20, 136:18

**kill** [1] - 76:8
**kind** [18] - 10:17, 10:25, 14:16, 54:21, 67:1, 77:15, 88:22, 93:25, 95:22, 97:20, 98:2, 101:6, 103:24, 106:19, 127:25, 130:10, 137:20
**kinds** [3] - 98:8, 105:15
**Klapper** [1] - 4:12
**knowing** [2] - 93:24
**knowledge** [1] - 16:8
**known** [5] - 16:13, 54:1, 74:12, 89:25, 126:12
**knows** [2] - 103:17, 114:2

## L

**L.P** [1] - 1:3
**L30D55** [7] - 100:10, 104:12, 112:10, 116:9, 116:20, 119:2, 120:18
**lab** [3] - 98:20, 98:23, 120:6
**label** [10] - 17:24, 43:14, 43:17, 74:18, 84:17, 84:24, 85:10, 85:16, 87:2, 131:23
**labeled** [2] - 43:13, 43:21
**labeling** [1] - 15:23
**labels** [2] - 18:10, 61:15
**LABORATORIES** [1] - 1:3
**Laboratories** [1] - 4:4
**laboratory** [4] - 33:24, 34:5, 44:23, 53:11
**lack** [1] - 98:7
**Lakes** [1] - 56:24
**Land** [1] - 56:24
**large** [3] - 74:3, 74:5, 134:10
**largely** [1] - 31:12
**larger** [1] - 31:22
**largest** [1] - 57:16
**last** [12] - 5:24, 7:3, 9:3, 49:23, 50:13, 52:6, 58:9, 61:10, 76:16, 80:3, 109:10, 114:2
**lasts** [1] - 129:20
**late** [3] - 7:13, 22:5, 92:5
**latest** [1] - 15:24
**latex** [4] - 92:4, 98:3,

100:16
**law** [2] - 18:15, 82:19
**layer** [4] - 15:12, 15:18, 21:16, 21:17
**layering** [3] - 21:19, 21:21, 132:9
**layers** [3] - 21:22, 21:23, 22:8
**laying** [1] - 122:15
**lead** [6] - 6:25, 23:22, 24:3, 58:11, 58:16, 76:9
**leak** [9] - 22:2, 22:13, 22:22, 22:25, 23:1, 23:14, 105:22, 132:11
**leakage** [5] - 23:10, 105:5, 105:9, 105:14, 105:20
**leaking** [1] - 27:9
**leaks** [4] - 21:10, 105:12, 105:13, 132:11
**leaky** [1] - 21:18
**learned** [1] - 11:23
**least** [18] - 17:1, 17:5, 19:13, 20:15, 30:15, 67:8, 80:14, 89:9, 98:21, 102:23, 102:25, 103:3, 103:5, 103:15, 103:17, 105:16, 105:19, 113:13
**leave** [3] - 54:17, 113:8, 126:2
**leaves** [2] - 67:21, 135:4, 135:20
**lecture** [1] - 56:23
**lecturer** [1] - 56:23
**left** [20] - 11:7, 11:13, 29:18, 34:24, 41:21, 53:23, 54:3, 54:25, 55:8, 64:22, 85:15, 99:5, 125:1, 125:6, 125:13, 125:14, 125:17, 125:20
**left-hand** [3] - 11:7, 125:13, 125:17
**legal** [2] - 50:22, 91:7
**legally** [3] - 24:15, 117:2
**legs** [1] - 45:17
**length** [2] - 47:4, 136:14
**lesions** [1] - 13:7
**less** [14] - 34:7, 45:1, 67:9, 67:16, 75:1, 101:22, 102:3, 103:6, 103:17, 105:21, 117:13,

128:12
**lesser** [1] - 77:15
**letter** [1] - 131:2
**level** [11] - 34:10, 34:17, 36:4, 60:14, 74:17, 75:21, 76:22, 81:16, 88:15, 124:24, 138:13
**levels** [10] - 13:15, 14:2, 29:8, 29:11, 34:11, 40:1, 40:4, 50:22, 79:20, 133:4
**license** [1] - 55:16
**Lida** [1] - 69:9
**lie** [1] - 19:9
**life** [3] - 76:4, 76:7, 123:18
**lifetime** [2] - 93:20, 93:21
**light** [4] - 102:22, 103:1, 104:16, 132:10
**lighter** [1] - 103:24
**lightly** [2] - 85:24, 87:18
**likely** [2] - 101:22, 120:25
**limine** [2] - 50:1, 50:2
**limitation** [8] - 29:24, 40:1, 40:2, 79:18, 84:18, 85:12, 132:18
**limitations** [9] - 29:6, 61:3, 61:7, 63:19, 66:10, 81:9, 84:8, 118:14
**limited** [1] - 97:7
**LIMITED** [1] - 1:5
**limits** [1] - 105:3
**line** [6] - 15:24, 20:7, 23:17, 53:21, 103:8, 125:13
**Line** [1] - 8:15
**lines** [1] - 26:20
**linger** [1] - 133:11
**lining** [1] - 64:24
**liquids** [1] - 53:17
**list** [1] - 14:8
**liter** [3] - 64:12, 64:15, 128:2
**literally** [7] - 15:21, 17:4, 20:11, 40:24, 46:6, 78:3, 136:12
**literature** [12] - 7:23, 8:4, 8:18, 9:14, 9:19, 10:14, 32:4, 56:2, 74:22, 78:12
**litigation** [14] - 14:4, 14:25, 15:8, 24:7, 24:9, 24:12, 24:17, 31:8, 31:17, 35:7,

35:13, 81:19, 82:7, 122:23
**live** [2] - 46:8, 46:18
**liver** [2] - 91:24, 92:2
**lives** [1] - 138:11
**LLP** [2] - 1:12, 1:16
**load** [1] - 88:20
**locked** [2] - 113:10, 113:15
**Lockheed** [1] - 57:19
**log** [2] - 125:2, 125:4
**logic** [1] - 103:5
**logical** [1] - 51:17
**look** [27] - 10:9, 10:20, 15:10, 39:13, 45:15, 47:13, 48:14, 50:19, 68:18, 69:3, 69:4, 81:7, 89:1, 93:25, 98:24, 99:4, 99:24, 102:17, 108:10, 108:18, 113:11, 120:3, 123:8, 123:24, 125:5, 125:14, 138:3
**looked** [9] - 39:15, 43:25, 92:21, 104:20, 104:21, 116:25, 120:11, 120:13, 123:5
**looking** [7] - 27:18, 34:16, 45:6, 70:20, 117:24, 124:1, 124:23
**looks** [6] - 94:8, 101:1, 104:16, 118:6, 125:7, 126:11
**lot-to-lot** [1] - 63:1
**low** [5] - 21:7, 22:16, 119:19, 138:4
**lower** [3] - 76:14, 115:25, 116:2
**lowest** [4] - 65:1, 105:11, 105:13, 138:9
**LP** [1] - 1:3
**lunch** [3] - 5:3, 107:17, 138:23
**Lupin** [98] - 4:4, 8:17, 9:20, 14:10, 14:13, 15:7, 16:6, 16:16, 17:3, 17:11, 17:24, 18:10, 20:10, 20:18, 21:4, 21:21, 21:25, 22:11, 23:1, 23:2, 23:9, 24:6, 24:18, 24:24, 25:1, 26:1, 27:10, 28:19, 28:23, 30:4, 31:10, 31:12, 32:6, 32:9, 32:10, 32:16, 33:15, 33:17,

40:23, 41:12, 41:13, 41:18, 42:9, 42:21, 42:25, 43:6, 44:17, 44:18, 44:25, 45:11, 46:3, 46:10, 48:24, 61:15, 63:22, 67:10, 68:7, 71:5, 71:22, 78:10, 78:11, 79:12, 87:2, 88:11, 88:14, 88:15, 88:18, 89:19, 90:9, 91:12, 94:2, 97:12, 98:13, 102:10, 102:17, 104:7, 104:18, 106:6, 106:8, 107:5, 107:22, 108:21, 109:20, 109:21, 109:23, 110:17, 111:17, 112:7, 114:22, 116:21, 122:12, 124:8, 124:17, 124:25, 125:21, 126:11, 131:2
**LUPIN** [2] - 1:5
**Lupin's** [111] - 13:9, 13:11, 15:24, 16:4, 16:25, 17:9, 17:10, 18:3, 18:22, 18:25, 19:7, 19:8, 19:13, 20:3, 20:12, 20:16, 20:22, 20:25, 21:4, 21:11, 21:12, 21:17, 22:5, 22:7, 22:23, 23:7, 23:20, 23:22, 23:24, 24:2, 24:3, 24:4, 24:8, 24:14, 25:5, 26:9, 26:10, 26:19, 26:21, 27:1, 27:6, 27:10, 27:16, 28:12, 28:17, 28:20, 28:23, 29:9, 29:16, 30:14, 30:19, 30:22, 31:5, 31:11, 31:20, 31:21, 32:1, 32:18, 32:20, 32:25, 33:7, 33:13, 33:23, 34:12, 34:21, 35:3, 35:8, 35:18, 37:20, 40:22, 41:2, 43:3, 43:12, 43:14, 44:5, 60:20, 61:18, 78:3, 86:20, 88:8, 90:1, 90:18, 98:12, 102:21, 107:23, 107:24, 108:10, 108:11, 112:9, 114:25, 115:1, 115:6, 116:22, 126:14, 126:23, 127:11, 127:18, 127:22,
130:19, 131:15, 131:16, 131:23, 132:17, 133:6, 134:17, 134:24, 135:19, 135:22, 136:1, 136:12, 137:17

**M**

**magnetic** [1] - 120:10
**maintain** [3] - 13:15, 76:16, 76:22
**maintaining** [1] - 14:2
**major** [1] - 53:19
**majority** [2] - 66:24, 67:4
**Makarand** [1] - 46:9
**MAKARAND** [1] - 2:5
**mammal** [3] - 80:18, 80:20, 80:21
**manage** [1] - 53:14
**manager** [1] - 53:13
**mandate** [1] - 122:25
**mandated** [1] - 26:6
**mandatory** [1] - 105:15
**manufacture** [3] - 16:11, 88:15, 88:17
**manufactured** [10] - 22:6, 24:6, 24:9, 31:17, 37:10, 38:13, 38:19, 39:8, 41:12, 124:11
**manufacturer** [2] - 123:11, 123:15
**manufacturers** [2] - 89:3, 91:13
**manufacturing** [7] - 21:7, 21:9, 21:20, 54:13, 60:6, 90:17, 100:13
**mark** [1] - 27:18
**Market** [2] - 1:9, 1:13
**market** [3] - 53:20, 58:20, 59:4
**marketing** [3] - 54:12, 55:1, 55:18
**Martin** [1] - 57:19
**Maryland** [5] - 55:25, 57:4, 57:5, 57:14, 57:16
**Master's** [2] - 52:23, 53:6
**match** [1] - 126:7
**matches** [1] - 26:25
**material** [3] - 57:10, 94:1, 94:14
**materials** [1] - 62:16
**math** [3] - 19:6, 19:9,
29:18
**mathematical** [1] - 18:20
**mathematicians** [1] - 101:20
**matter** [12] - 7:14, 9:25, 24:19, 24:23, 42:17, 44:7, 45:15, 56:6, 113:15, 126:9, 139:4
**matters** [4] - 10:1, 24:23, 77:16, 134:13
**max** [5] - 125:8, 125:20, 125:22, 126:4, 138:13
**maximizing** [1] - 138:15
**maximum** [2] - 79:21, 125:21
**Maxwell** [3] - 52:15, 52:16, 55:19
**Mazzochi** [2] - 1:20, 4:17
**McLaughlin** [2] - 1:22, 4:15
**meal** [1] - 128:16
**mean** [26] - 26:19, 27:1, 27:12, 27:20, 28:16, 50:15, 56:11, 57:6, 57:13, 64:11, 78:5, 82:17, 83:2, 83:4, 84:6, 105:11, 110:14, 110:15, 112:21, 113:24, 117:25, 118:24, 122:4, 122:14, 123:9, 125:16
**meaning** [4] - 30:10, 38:10, 83:24, 117:6
**means** [5] - 36:12, 66:9, 105:22, 119:5, 120:11
**meant** [9] - 38:9, 64:4, 64:19, 67:7, 104:25, 110:21, 114:5, 118:10, 118:14
**measure** [5] - 12:21, 22:14, 23:13, 38:8, 125:23
**measured** [1] - 26:5
**measurement** [1] - 125:22
**measurements** [2] - 125:7, 126:5
**measuring** [1] - 37:6
**mechanically** [1] - 5:14
**mechanism** [1] - 68:22
**media** [3] - 28:3,
64:18, 121:2
**median** [1] - 71:15
**medical** [1] - 54:14
**medicine** [1] - 129:18
**medicines** [2] - 112:1, 130:13
**meds** [1] - 134:4
**meet** [1] - 132:17
**meetings** [1] - 56:25
**meets** [5] - 20:10, 28:24, 84:18, 85:12, 109:5
**Megan** [1] - 4:14
**MEGAN** [1] - 1:22
**member** [1] - 56:18
**men** [1] - 77:19
**mention** [4] - 9:17, 48:21, 109:15, 122:7
**mentioned** [10] - 11:22, 12:6, 12:14, 17:2, 21:3, 25:22, 41:6, 59:2, 83:23, 136:9
**Merck** [2] - 53:5, 53:14
**merely** [1] - 122:19
**met** [2] - 132:21, 135:7
**methacrylate** [1] - 106:22
**methacrylic** [1] - 133:18
**method** [10] - 30:23, 31:3, 80:17, 80:23, 81:4, 81:6, 120:22, 136:9, 137:9, 137:13
**methods** [2] - 65:15, 136:15
**methylene** [24] - 21:6, 21:13, 21:16, 21:22, 91:15, 91:17, 91:18, 91:21, 91:25, 92:3, 92:22, 92:24, 93:12, 93:17, 94:18, 95:10, 95:18, 96:10, 96:19, 97:13, 97:15, 97:17, 98:7, 108:7
**Miami** [2] - 53:24, 54:2
**Michael** [1] - 52:5
**Michigan** [1] - 66:6
**microgram** [1] - 138:13
**micrograms** [5] - 75:24, 76:2, 77:5, 79:20, 79:21
**micrographs** [1] - 107:4
**microphone** [1] - 51:24
**microscope** [1] - 22:4
**mid** [1] - 92:3
**midafternoon** [1] - 5:4
**middle** [4] - 5:5, 49:11, 109:6, 130:3
**midmorning** [2] - 5:2, 51:11
**might** [9] - 15:23, 69:2, 74:7, 77:2, 89:3, 106:18, 119:20, 124:22, 134:4
**MIL** [1] - 50:1
**Miller** [5] - 120:3, 120:5, 120:7, 121:3, 121:15
**milligram** [24] - 17:7, 19:16, 19:17, 20:23, 20:24, 28:14, 29:12, 35:21, 39:4, 87:14, 88:1, 127:23, 132:24, 133:8, 135:3, 135:12, 135:23, 135:24, 135:25
**milligrams** [92] - 13:19, 13:20, 13:24, 15:10, 15:12, 15:18, 17:6, 17:7, 17:12, 17:13, 17:17, 17:19, 17:23, 18:3, 18:7, 18:8, 19:5, 19:7, 19:8, 20:10, 20:13, 20:17, 23:21, 27:2, 27:11, 27:13, 29:10, 29:13, 29:15, 29:16, 32:25, 33:1, 33:7, 33:8, 33:10, 33:20, 33:21, 34:14, 35:22, 36:14, 38:24, 38:25, 39:16, 39:17, 41:16, 41:17, 42:15, 42:24, 43:5, 43:9, 43:15, 43:16, 46:4, 46:5, 79:24, 80:1, 80:9, 80:10, 84:1, 84:2, 84:4, 115:11, 116:17, 117:25, 118:2, 118:17, 118:18, 127:16, 127:19, 127:20, 127:21, 131:24, 132:7, 132:13, 133:3, 133:5, 134:23, 135:1, 135:2, 135:3, 135:4, 135:16, 135:18, 135:20
**milliliters** [1] - 25:24
**million** [1] - 57:17
**mimic** [1] - 110:21
**mind** [1] - 136:6
**mindful** [1] - 50:7

**minimum** [1] - 79:20
**minor** [1] - 16:22
**minus** [1] - 123:17
**minute** [5] - 64:16, 81:11, 98:21, 118:10, 118:11
**minutes** [39] - 5:2, 5:6, 27:23, 27:24, 35:19, 35:20, 37:8, 42:21, 42:22, 42:23, 43:8, 46:21, 46:22, 50:3, 51:20, 70:7, 70:8, 70:10, 110:18, 111:7, 111:8, 111:17, 111:19, 116:1, 117:21, 118:3, 118:5, 119:21, 120:16, 120:22, 120:24
**minutes,they** [1] - 37:7
**mix** [1] - 120:12
**mixed** [1] - 68:11
**mixing** [2] - 119:18, 120:14
**mL** [5] - 75:24, 76:2, 77:5, 79:20, 79:21
**ML** [2] - 70:1, 70:13
**MLs** [6] - 64:10, 64:11, 64:14, 71:8, 71:10, 109:22
**mLs** [2] - 25:17, 26:11
**model** [1] - 55:17
**modeling** [1] - 77:6
**moderate** [1] - 112:25
**Modern** [1] - 56:5
**modified** [7] - 53:11, 59:7, 60:18, 68:10, 103:20, 111:12, 114:14
**modified-release** [1] - 114:14
**modify** [1] - 59:6
**molecular** [2] - 56:13, 120:12
**molecules** [1] - 120:13
**Molino** [2] - 1:20, 4:17
**moment** [4] - 52:19, 73:9, 82:12, 125:5
**month** [3] - 7:9, 7:17, 9:4
**months** [2] - 53:7, 122:17
**Morning** [1] - 1:4
**morning** [9] - 4:2, 4:6, 4:13, 4:14, 4:19, 32:8, 51:5, 52:3, 66:7
**Morris** [2] - 1:12, 4:7

**most** [17] - 4:19, 15:5, 25:13, 36:11, 36:18, 38:23, 39:18, 51:5, 61:2, 73:5, 74:22, 84:3, 93:14, 128:22, 137:22, 138:3, 138:8
**mostly** [1] - 52:18
**Mother** [1] - 64:23
**mother** [2] - 129:7, 134:11
**motion** [4] - 50:1, 50:2, 60:10, 72:5
**mouth** [1] - 67:25
**move** [13] - 47:23, 70:23, 72:14, 77:8, 87:18, 95:5, 106:5, 114:18, 115:17, 122:22, 132:20, 134:15, 134:20
**moved** [3] - 53:12, 55:19, 91:2
**moves** [2] - 115:19, 129:9
**moving** [4] - 11:1, 108:24, 127:10, 128:13
**Moxatag** [1] - 58:14
**MR** [200] - 4:6, 5:10, 5:22, 6:1, 6:3, 6:4, 6:7, 6:11, 6:13, 6:19, 6:21, 7:21, 8:12, 8:15, 9:8, 9:12, 9:17, 10:1, 10:13, 10:19, 10:22, 11:4, 11:12, 11:18, 12:7, 12:18, 12:23, 13:3, 14:6, 14:18, 14:23, 15:5, 16:8, 16:22, 17:18, 17:22, 18:16, 19:12, 20:2, 25:12, 27:25, 28:7, 28:10, 32:8, 32:12, 32:14, 38:7, 41:9, 43:24, 46:20, 47:1, 47:5, 47:7, 47:16, 47:19, 47:21, 48:3, 48:6, 48:9, 48:13, 48:17, 48:20, 48:23, 49:4, 49:17, 49:23, 50:11, 51:1, 51:22, 52:2, 58:24, 59:23, 60:1, 60:4, 60:9, 60:13, 62:17, 62:20, 62:23, 63:12, 63:15, 63:18, 65:6, 65:20, 65:23, 66:1, 66:15, 66:18, 66:21, 68:6, 69:14, 69:19, 69:23, 72:2, 72:5, 72:13, 74:9, 75:4, 75:11, 75:13, 75:16,

77:1, 79:4, 79:7, 79:10, 82:9, 82:12, 82:14, 82:20, 82:21, 82:22, 83:19, 83:20, 85:3, 85:6, 85:9, 85:21, 85:22, 86:1, 86:4, 86:13, 86:16, 86:19, 87:6, 87:9, 87:16, 87:20, 87:25, 88:4, 88:6, 89:10, 90:22, 91:1, 91:4, 91:5, 91:8, 91:11, 94:16, 94:18, 94:21, 95:3, 95:4, 95:14, 95:17, 95:24, 96:3, 96:7, 96:16, 96:21, 97:1, 97:9, 97:11, 99:11, 99:17, 99:20, 99:23, 100:24, 101:9, 102:7, 103:8, 104:4, 106:4, 107:8, 107:11, 107:20, 107:21, 109:9, 109:15, 109:18, 110:8, 110:10, 110:13, 114:17, 117:10, 118:19, 120:2, 121:7, 121:10, 121:12, 121:14, 122:1, 122:7, 122:11, 124:15, 124:21, 126:18, 127:3, 127:6, 127:9, 130:18, 131:7, 131:10, 131:13, 132:2, 132:3, 134:16, 136:6, 136:7, 137:14, 138:22
**MS** [1] - 4:14
**Mudie** [2] - 66:5, 66:12
**multiple** [1] - 86:8
**must** [1] - 29:7
**MVA** [1] - 99:15
**Myers** [2] - 53:10, 91:24
**Mylan** [3] - 14:8, 14:12, 14:14
**mysterious** [1] - 25:10
**mystery** [1] - 25:12

# N

**name** [6] - 4:6, 6:24, 52:4, 52:6, 57:22, 58:13
**named** [1] - 120:4
**namely** [2] - 24:16, 24:24

**narrow** [2] - 76:19, 127:12
**NASA** [1] - 57:19
**NASDAQ** [1] - 54:20
**national** [1] - 56:24
**nature** [3] - 101:24, 129:8, 134:11
**Nature** [1] - 64:23
**NDA** [4] - 61:11, 78:9, 127:13, 127:17
**near** [1] - 15:3
**nearly** [1] - 31:2
**necessarily** [3] - 12:9, 26:12, 83:14
**necessary** [1] - 97:23
**need** [7] - 19:14, 51:13, 51:17, 83:14, 94:13, 110:23, 137:5
**needed** [2] - 127:15, 137:12
**needs** [3] - 73:25, 83:15, 113:2
**neuro** [1] - 91:23
**never** [7] - 24:10, 40:8, 58:20, 59:3, 118:10, 134:1
**new** [9] - 6:23, 17:1, 31:16, 44:17, 45:23, 52:17, 54:17, 63:2, 84:15
**New** [4] - 1:17, 53:7, 91:20, 92:9
**next** [39] - 21:2, 22:10, 23:19, 23:25, 24:21, 25:2, 26:15, 27:3, 29:3, 29:14, 30:17, 48:8, 48:9, 51:11, 70:23, 79:18, 79:22, 79:25, 80:5, 80:15, 80:21, 81:12, 81:21, 82:23, 83:21, 84:5, 89:20, 90:5, 99:24, 102:8, 104:5, 106:5, 114:23, 115:17, 127:10, 131:14, 131:19, 132:20, 134:20
**nice** [1] - 98:10
**Nichols** [2] - 1:12, 4:7
**NIOSH** [2] - 95:21, 95:23
**nobody** [1] - 119:1
**nominally** [2] - 17:25, 19:10
**non** [4] - 21:16, 31:7, 53:14, 60:20
**non-aqueous** [1] - 21:16
**non-infringement** [2] - 31:7, 60:20

**non-sterile** [1] - 53:14
**none** [5] - 34:6, 44:7, 44:25, 131:25
**nonpareils** [1] - 89:2
**normal** [7] - 11:17, 11:19, 59:5, 101:7, 101:14, 103:13, 105:24
**normally** [1] - 120:17
**North** [2] - 1:13, 1:23
**notable** [1] - 137:22
**notably** [4] - 16:12, 16:25, 20:3, 24:1
**note** [2] - 63:22, 99:5
**noted** [2] - 7:23, 84:1
**nothing** [12] - 36:3, 45:22, 93:7, 93:22, 96:17, 111:1, 112:14, 113:7, 113:9, 115:20
**notice** [8] - 10:4, 98:15, 99:5, 105:3, 106:11, 115:6, 115:10, 115:18
**notwithstanding** [1] - 15:9
**novel** [1] - 56:8
**November** [2] - 7:10, 9:9
**nowhere** [1] - 122:2
**nub** [1] - 88:23
**nuclear** [1] - 120:10
**NUMBER** [3] - 2:14, 3:2
**Number** [22] - 4:4, 50:1, 59:15, 60:3, 62:22, 63:17, 65:25, 66:20, 69:22, 72:7, 75:15, 85:8, 86:18, 87:11, 96:16, 97:10, 99:22, 107:13, 110:12, 121:13, 127:8, 131:12
**number** [14] - 10:3, 11:24, 27:12, 48:16, 57:25, 65:3, 91:14, 96:17, 97:2, 100:1, 117:11, 117:14
**Numbers** [2] - 79:9, 91:9
**numbers** [12] - 15:3, 19:11, 41:7, 42:20, 42:21, 48:15, 48:18, 49:3, 103:10, 115:24, 116:1, 116:14
**NY** [1] - 1:17

# O

oath [1] - 24:18
object [1] - 109:9
objected [1] - 103:9
objecting [2] - 11:12, 48:6
objection [58] - 11:4, 12:15, 12:24, 50:12, 50:13, 50:14, 59:25, 60:1, 60:8, 60:11, 62:19, 62:20, 63:14, 63:15, 65:22, 65:23, 66:17, 66:18, 69:18, 69:19, 72:4, 72:6, 75:13, 79:6, 79:7, 82:11, 82:17, 83:16, 83:19, 85:5, 85:6, 86:15, 86:16, 87:8, 87:9, 90:24, 91:1, 94:16, 95:16, 95:17, 96:16, 99:19, 99:20, 100:24, 100:25, 101:2, 103:8, 107:10, 107:11, 110:10, 121:9, 121:10, 122:1, 124:18, 127:5, 127:6, 131:9, 131:10
objections [6] - 5:10, 5:20, 6:21, 10:17, 47:8, 49:23
objective [3] - 75:20, 108:13, 108:21
obligated [2] - 117:2, 117:3
obligation [1] - 39:22
observe [1] - 102:20
obtain [1] - 108:21
obvious [1] - 19:25
obviously [5] - 39:21, 40:15, 77:15, 78:9, 88:4
Occupational [1] - 96:1
occupational [1] - 92:19
occur [5] - 25:14, 72:21, 72:22, 74:23, 98:24
occurred [1] - 24:20
occurs [2] - 119:18, 120:14
odd [2] - 82:14, 82:16
OF [1] - 1:1
offer [23] - 59:24, 60:4, 62:17, 63:12, 65:21, 66:16, 69:15, 72:3, 75:12, 79:5, 82:10, 85:4, 86:14, 87:7,

89:11, 90:23, 95:15, 96:14, 99:18, 107:9, 110:9, 121:8, 127:4
office [2] - 40:7, 57:24
officer [2] - 52:14, 55:4
Official [2] - 1:25, 139:8
often [1] - 137:24
ointments [1] - 53:16
old [1] - 114:14
Old [1] - 1:16
once [10] - 13:6, 13:14, 17:6, 79:19, 87:14, 111:10, 111:18, 113:17, 113:19, 131:24
once-daily [2] - 13:6, 13:14
one [60] - 6:10, 6:14, 6:16, 6:17, 8:2, 9:16, 11:24, 14:8, 15:6, 15:18, 16:22, 21:24, 34:24, 42:19, 48:2, 48:20, 50:8, 53:4, 60:17, 63:24, 64:6, 64:14, 64:16, 66:8, 66:24, 67:25, 71:2, 72:9, 73:7, 77:21, 78:2, 79:22, 80:4, 80:14, 82:12, 88:11, 91:14, 93:16, 96:16, 97:2, 98:24, 103:18, 106:17, 113:10, 118:25, 119:22, 120:16, 120:17, 122:13, 123:6, 123:7, 128:17, 128:18, 128:23, 131:21, 137:15
One [2] - 1:4, 125:7
one-to-one [1] - 63:24
one-year [1] - 53:4
ones [1] - 47:24
onsite [2] - 53:4, 53:7
opening [9] - 5:8, 5:11, 5:22, 7:1, 7:14, 10:6, 11:21, 36:25, 50:20
openings [1] - 5:9
operating [2] - 52:14, 55:4
operational [1] - 55:3
operations [2] - 55:19, 88:16
opinion [23] - 65:7, 82:6, 82:13, 83:13, 84:10, 84:14, 96:22, 97:12, 101:11, 117:15,

117:16, 120:1, 124:10, 126:8, 132:17, 132:20, 134:17, 134:24, 135:6, 135:9, 136:1
opinions [33] - 8:16, 24:2, 31:6, 60:16, 62:11, 65:17, 69:11, 71:24, 77:23, 78:1, 78:2, 78:8, 78:14, 78:17, 79:1, 81:19, 82:16, 84:25, 86:10, 87:3, 90:2, 90:11, 90:19, 91:7, 95:11, 96:12, 96:22, 110:5, 121:5, 122:1, 126:25, 131:4, 131:18
opportunity [3] - 10:2, 10:19, 122:13
opposed [1] - 25:15
opposing [1] - 73:3
opposite [1] - 30:12
Oracea [66] - 13:5, 13:6, 13:12, 13:19, 22:3, 22:5, 22:8, 23:5, 25:1, 28:13, 28:17, 30:22, 33:15, 34:12, 35:17, 37:20, 41:20, 43:4, 48:24, 61:11, 61:15, 71:9, 73:3, 74:14, 74:21, 76:12, 77:7, 78:9, 84:10, 84:12, 84:15, 84:17, 84:24, 85:10, 85:12, 85:19, 85:25, 86:9, 93:22, 93:24, 97:23, 98:14, 102:11, 102:18, 104:9, 108:14, 108:23, 109:23, 110:15, 112:8, 115:2, 115:10, 115:22, 116:9, 116:21, 117:1, 125:21, 126:14, 127:13, 127:14, 127:16, 127:17, 132:15, 133:9, 135:24
Oracea's [7] - 13:14, 23:2, 23:17, 26:22, 27:8, 45:8, 85:11
oral [22] - 17:13, 22:2, 29:17, 39:15, 56:7, 63:8, 79:16, 81:25, 83:6, 85:17, 87:12, 106:2, 108:3, 117:18, 127:20, 131:22, 131:24,

132:12, 133:3, 135:5, 135:17, 135:21
order [4] - 5:11, 47:7, 72:16, 108:22
ordinary [4] - 65:7, 77:9, 77:10, 103:25
organ [1] - 73:19
organization [2] - 35:15, 56:20
organizations [2] - 56:16, 57:1
original [2] - 14:13, 45:22
originally [2] - 39:24, 40:11
otherwise [3] - 16:7, 16:24, 133:12
ounces [1] - 25:25
ourselves [1] - 44:4
outlawed [1] - 21:14
outline [1] - 66:10
outlined [1] - 61:16
outputs [1] - 124:2
overall [1] - 89:18
overlap [5] - 26:21, 28:17, 49:11, 49:12, 103:13
overnight [1] - 26:12
oversaw [1] - 46:10
overshoot [1] - 76:14
overview [1] - 61:14
own [15] - 16:4, 21:11, 25:5, 26:9, 31:11, 35:6, 35:10, 35:13, 37:1, 37:3, 89:1, 111:25, 119:13, 127:11, 131:15

# P

P.A [1] - 1:22
p.m [1] - 138:23
P.O [1] - 1:13
PA [1] - 1:9
paddle [1] - 64:15
Page [1] - 8:15
page [2] - 25:21, 121:18
paid [1] - 57:25
pain [1] - 55:5
paint [6] - 91:19, 92:4, 98:3, 99:8, 100:16
painting [1] - 98:3
paper [9] - 66:5, 66:10, 69:9, 98:4, 120:3, 120:4, 120:8, 121:3, 121:15
papules [1] - 13:8
Paragraph [3] - 14:25,

15:8, 35:11
paragraph [1] - 41:3
parameter [2] - 123:12, 123:16
parameters [1] - 70:4
parse [1] - 42:17
part [18] - 9:13, 17:24, 19:4, 29:25, 38:9, 41:23, 67:11, 72:11, 72:17, 73:7, 83:2, 83:4, 84:17, 96:22, 108:2, 115:4, 115:17
participated [1] - 70:6
particle [6] - 89:4, 89:5, 89:7, 102:10, 102:12, 123:2
particular [8] - 29:24, 73:7, 97:25, 98:22, 100:9, 106:7, 110:24, 112:11
particularly [1] - 55:2
parties [1] - 122:6
parts [6] - 11:6, 19:2, 73:16, 100:9, 118:9, 136:13
pass [4] - 105:15, 105:17, 133:12
passed [1] - 115:25
past [2] - 57:3, 57:4
patent [51] - 14:12, 14:13, 16:1, 16:17, 35:6, 35:13, 36:1, 36:2, 36:11, 36:21, 36:22, 37:11, 37:23, 39:2, 40:7, 40:11, 41:20, 42:2, 45:5, 45:6, 46:2, 50:20, 57:24, 60:17, 78:25, 79:13, 79:14, 79:15, 79:16, 80:6, 80:7, 80:8, 80:13, 80:16, 80:17, 80:19, 80:20, 81:2, 81:14, 81:22, 83:23, 85:16, 117:6, 126:1, 131:21, 132:5, 134:21, 136:20
patentee [1] - 37:2
patents [41] - 13:5, 13:12, 13:13, 13:14, 14:3, 14:5, 14:7, 15:1, 15:21, 16:22, 17:3, 17:10, 18:1, 28:22, 30:14, 32:7, 32:15, 32:20, 32:22, 33:18, 36:16, 57:22, 57:24, 58:2, 75:20, 78:3, 78:4, 78:6, 78:9, 78:13, 79:1, 79:11, 81:3, 84:11,

84:13, 85:20, 85:25, 88:13, 131:17
**patient** [1] - 137:22
**patients** [4] - 13:8, 26:12, 94:12, 94:22
**patterns** [2] - 14:19, 14:20
**pause** [1] - 45:16
**PDX** [1] - 6:22
**PDX-2** [2] - 48:3, 48:14
**PDX-2.13** [1] - 47:22
**PDX-2.53** [1] - 47:24
**peak** [2] - 125:8, 125:13
**peaks** [3] - 49:3, 125:8, 125:12
**pearl** [1] - 88:23
**peek** [1] - 76:15
**peel** [1] - 98:4
**peer** [6] - 8:17, 8:21, 8:25, 9:13, 56:3, 57:21
**pellet** [14] - 18:22, 18:23, 18:25, 19:4, 22:15, 22:17, 22:19, 88:25, 100:2, 100:3, 100:12, 100:21, 115:7
**pellets** [29] - 15:11, 22:13, 22:20, 23:3, 23:13, 43:15, 43:16, 56:8, 80:13, 100:22, 102:3, 102:11, 102:14, 103:6, 103:19, 103:22, 105:21, 105:22, 106:7, 115:8, 115:12, 115:13, 115:14, 116:9, 116:11, 117:16, 133:15, 133:23, 135:3
**pending** [1] - 58:2
**penetrate** [1] - 98:10
**Pennsylvania** [1] - 53:5
**people** [9] - 5:15, 51:12, 57:18, 58:19, 59:3, 70:22, 119:24, 137:25, 138:6
**per** [7] - 5:1, 64:16, 75:24, 76:2, 77:5, 79:20, 79:21
**percent** [95] - 17:12, 17:13, 21:8, 22:12, 22:14, 22:24, 23:5, 23:6, 23:8, 23:16, 23:17, 23:18, 27:2, 27:12, 27:18, 35:19,

36:13, 38:23, 38:25, 39:7, 39:10, 39:18, 40:16, 40:18, 41:13, 41:14, 42:6, 42:15, 42:22, 42:23, 43:5, 43:9, 44:24, 45:14, 48:24, 49:5, 75:2, 84:3, 91:15, 93:15, 99:25, 100:1, 100:3, 100:4, 100:5, 100:10, 100:11, 102:17, 102:21, 102:22, 104:8, 104:9, 104:14, 104:15, 104:16, 104:18, 105:4, 105:5, 105:6, 105:9, 105:12, 105:13, 105:20, 105:21, 106:9, 106:11, 106:12, 107:1, 113:12, 115:6, 115:11, 115:14, 116:10, 116:11, 116:16, 117:25, 123:17, 127:19, 129:15, 132:13
**percentage** [1] - 113:13
**percentages** [1] - 105:7
**percentile** [1] - 70:18
**perfectly** [4] - 33:10, 33:21, 89:8
**perform** [1] - 45:8
**performance** [3] - 63:3, 66:11, 123:25
**performed** [1] - 124:25
**performs** [2] - 19:19, 124:11
**perhaps** [2] - 103:18, 119:10
**person** [13] - 4:19, 36:16, 36:23, 40:18, 51:6, 65:7, 71:13, 77:9, 77:10, 77:11, 77:13, 93:10
**personal** [2] - 119:23, 120:1
**perspective** [1] - 32:17
**persuaded** [1] - 14:21
**petri** [1] - 38:5
**Pfizer** [1] - 53:7
**pH** [128] - 7:1, 7:5, 7:8, 7:23, 8:18, 9:1, 23:10, 23:12, 25:7, 25:8, 25:12, 25:15, 26:5, 26:6, 26:13,

26:25, 27:1, 27:5, 27:7, 31:11, 32:1, 33:23, 34:2, 34:21, 34:22, 34:23, 35:2, 35:12, 37:6, 37:17, 38:2, 38:3, 38:14, 38:16, 39:5, 39:9, 42:5, 42:14, 42:17, 44:4, 44:6, 44:24, 45:2, 45:13, 45:17, 45:19, 64:18, 64:20, 64:25, 65:3, 65:4, 66:25, 67:1, 67:2, 67:3, 67:5, 67:6, 67:10, 68:7, 68:12, 68:13, 68:14, 68:20, 69:1, 69:2, 69:4, 70:3, 70:12, 70:14, 71:13, 71:14, 71:15, 72:9, 104:25, 105:1, 105:8, 106:1, 108:19, 109:1, 109:2, 109:4, 109:5, 109:6, 110:24, 111:7, 111:10, 111:13, 111:15, 111:20, 111:21, 111:22, 112:13, 112:16, 112:17, 112:18, 112:25, 113:14, 113:16, 113:20, 114:12, 115:5, 115:9, 115:19, 116:10, 117:17, 117:21, 119:15, 119:16, 119:17, 119:19, 119:20, 121:2, 124:4, 127:20, 129:21, 129:22, 130:4, 130:5, 132:11, 132:12, 132:13
**Ph.D** [1] - 52:24
**PH.D** [1] - 53:1
**pharmaceutical** [23] - 16:12, 36:5, 39:15, 46:10, 46:13, 46:15, 52:24, 53:13, 55:8, 60:7, 62:16, 77:21, 79:17, 80:4, 85:17, 90:9, 92:20, 92:23, 92:25, 113:23, 131:22, 132:23, 135:11
**Pharmaceutical** [1] - 56:19
**pharmaceuticals** [2] - 35:16, 56:17
**Pharmaceuticals** [3] -

13:21, 53:24, 54:8
**pharmaceutics** [1] - 52:24
**Pharmaceutics** [3] - 55:25, 56:1, 56:5
**pharmacist** [1] - 52:23
**Pharmacopeia** [1] - 35:15
**pharmacopeia** [1] - 62:15
**Pharmacopeial** [1] - 57:2
**pharmacy** [1] - 52:22
**Pharmavene** [3] - 54:4, 54:5, 54:9
**Phase** [2] - 55:14, 55:15
**phenomenon** [2] - 31:25, 32:3
**Philadelphia** [1] - 1:9
**Phillips** [2] - 1:22, 4:15
**phrase** [1] - 80:12
**pHs** [4] - 68:24, 69:3, 114:1, 120:13
**physiological** [4] - 23:12, 25:19, 81:10, 84:8
**physiologically** [3] - 25:7, 31:4, 71:14
**physiology** [1] - 73:10
**pick** [1] - 65:3
**picked** [3] - 31:8, 43:23, 44:1
**pill** [4] - 93:17, 127:25, 128:1, 128:5
**pills** [2] - 98:12, 133:10
**pilot** [1] - 54:13
**pivotal** [1] - 54:11
**PK** [1] - 26:21
**place** [2] - 31:15, 89:9
**Plaintiff** [2] - 46:25, 47:12
**PLAINTIFFS** [2] - 1:12, 1:15
**Plaintiffs** [24] - 4:8, 13:1, 13:4, 47:1, 59:23, 62:17, 65:20, 66:15, 69:14, 72:2, 75:11, 79:4, 82:9, 85:3, 86:13, 87:6, 90:22, 95:14, 99:17, 107:8, 110:8, 121:7, 127:3, 131:7
**Plaintiffs'** [6] - 4:5, 5:11, 5:22, 6:22, 11:5, 16:9
**plan** [1] - 60:23
**plasma** [4] - 28:16,

50:15, 124:17, 124:23
**platform** [2] - 108:6, 132:10
**plausible** [1] - 10:11
**played** [1] - 53:18
**plays** [1] - 49:14
**plenty** [1] - 50:24
**plot** [3] - 42:20, 125:1, 125:2
**plots** [1] - 125:4
**plotted** [2] - 42:9, 125:2
**plural** [1] - 30:12
**plus** [4] - 27:24, 117:21, 123:17, 127:21
**pocket** [1] - 99:2
**pockets** [1] - 99:3
**podium** [1] - 6:3
**point** [15] - 8:8, 9:22, 12:10, 18:6, 19:12, 35:5, 43:13, 63:23, 68:3, 87:20, 102:2, 102:5, 118:7, 125:9, 129:22
**pointed** [1] - 67:1
**pointing** [1] - 99:6
**points** [8] - 35:25, 37:24, 39:2, 39:6, 42:24, 50:3, 112:7, 125:15
**poly** [1] - 133:17
**polymer** [24] - 23:4, 23:16, 36:20, 56:9, 56:11, 80:14, 98:5, 98:17, 100:9, 104:15, 105:1, 106:15, 112:6, 112:8, 112:11, 112:16, 113:6, 113:10, 113:15, 120:18, 123:3, 128:3
**polymers** [6] - 56:13, 57:11, 98:9, 113:1, 114:16, 133:14
**polymers'** [1] - 56:14
**population** [3] - 22:16, 22:17, 100:21
**portion** [55] - 17:7, 17:8, 17:17, 18:5, 18:6, 18:8, 18:9, 18:11, 19:1, 19:17, 20:14, 20:19, 20:23, 20:24, 22:1, 23:1, 27:15, 28:25, 29:1, 29:12, 29:13, 29:21, 29:24, 30:9, 30:10, 30:12, 35:21, 41:22, 41:23, 41:25, 43:14,

44:25, 60:19, 60:20, 79:24, 80:1, 80:13, 81:8, 82:24, 82:25, 83:2, 83:7, 87:22, 87:24, 108:3, 109:10, 132:6, 132:24, 133:6, 134:22, 135:2, 135:12, 135:18
**portions** [2] - 27:8, 32:1
**POSA** [3] - 77:10, 77:18, 84:1
**poses** [1] - 96:11
**position** [7] - 7:13, 53:13, 53:23, 54:3, 54:12, 54:16, 88:4
**positions** [1] - 55:23
**posits** [1] - 45:2
**possible** [6] - 25:14, 89:12, 102:23, 102:25, 103:17, 113:13
**possibly** [2] - 23:9, 92:22
**post** [4] - 24:5, 54:11, 54:21, 83:13
**potentially** [1] - 9:21
**powders** [1] - 53:17
**precedents** [1] - 41:6
**precise** [5] - 10:14, 12:17, 12:21, 32:24, 76:24
**precisely** [2] - 32:22, 101:7
**preclinical** [1] - 54:10
**predecessor** [3] - 13:21, 16:3, 16:6
**predecessors** [1] - 18:18
**preferred** [3] - 36:11, 38:23
**preliminaries** [1] - 5:9
**prematurely** [1] - 21:5
**premed** [1] - 130:16
**prepared** [1] - 52:11
**preparing** [1] - 8:16
**prescribing** [2] - 84:17, 87:2
**present** [3] - 5:8, 27:17, 32:19
**presented** [2] - 96:22, 121:24
**presenting** [1] - 5:16
**preserve** [1] - 50:12
**preserved** [2] - 124:18, 124:19
**President** [1] - 137:23
**president** [2] - 46:9, 54:3

**presorted** [1] - 102:11
**prestigious** [3] - 56:22, 57:7, 57:15
**presume** [1] - 83:16
**pretrial** [2] - 5:11, 47:7
**pretty** [6] - 60:16, 68:9, 70:12, 120:14, 125:9, 129:8
**preview** [1] - 32:14
**previously** [1] - 83:24
**primarily** [2] - 98:7, 104:21
**primary** [1] - 63:22
**principal** [1] - 103:19
**principally** [1] - 100:8
**privilege** [5] - 7:20, 8:20, 10:25, 11:2, 44:9
**privileged** [3] - 10:10, 10:12, 10:15
**probative** [1] - 31:11
**problem** [5] - 11:9, 11:10, 115:15, 117:1, 138:10
**problems** [2] - 4:23, 138:18
**procedurally** [1] - 5:14
**proceed** [6] - 6:19, 11:3, 32:12, 46:25, 60:12, 91:7
**proceedings** [1] - 139:4
**process** [12] - 21:7, 33:14, 37:13, 53:13, 72:11, 88:17, 90:17, 100:2, 100:4, 100:14, 123:20
**processes** [4] - 21:20, 44:21, 92:25, 93:1
**produced** [2] - 9:20, 43:23
**Product** [1] - 27:11
**product** [146] - 13:5, 13:9, 13:24, 15:7, 15:9, 15:20, 16:2, 17:4, 17:5, 17:6, 17:9, 17:11, 17:25, 18:3, 18:22, 19:7, 19:8, 19:13, 19:18, 20:3, 20:13, 20:16, 20:22, 21:1, 21:4, 21:17, 21:21, 22:6, 22:8, 23:2, 23:20, 24:6, 25:6, 26:20, 26:23, 26:24, 26:25, 27:2, 28:12, 28:17, 28:20, 28:23, 29:9, 29:16, 30:14, 30:19, 30:20, 30:22, 31:3, 31:20, 32:18, 32:21,

32:25, 34:21, 34:22, 35:3, 35:8, 35:18, 35:22, 37:20, 37:21, 40:22, 41:2, 41:12, 41:13, 41:16, 41:19, 42:25, 43:3, 43:4, 43:12, 43:20, 44:17, 44:20, 46:4, 46:11, 53:20, 53:21, 58:20, 59:3, 61:14, 61:15, 63:3, 69:1, 70:1, 70:2, 71:9, 71:11, 76:4, 78:3, 86:21, 88:8, 88:11, 88:13, 88:14, 88:15, 89:18, 89:24, 90:1, 90:10, 90:18, 91:13, 92:20, 92:23, 94:1, 102:10, 102:11, 107:23, 107:24, 108:14, 108:22, 109:2, 109:23, 110:16, 112:9, 115:2, 115:7, 116:21, 117:8, 124:17, 125:10, 125:11, 125:21, 126:11, 126:13, 126:14, 127:23, 131:16, 132:11, 132:14, 132:16, 132:17, 133:8, 134:17, 134:24, 135:22, 135:23, 135:25, 136:1, 136:12, 137:17
**products** [25] - 16:11, 16:14, 32:16, 43:6, 49:6, 53:18, 54:5, 54:7, 54:24, 58:6, 58:8, 58:10, 58:17, 59:1, 60:6, 62:16, 63:2, 67:4, 96:18, 97:3, 104:12, 105:15, 111:12, 123:25, 126:7
**professional** [4] - 53:3, 56:16, 57:1, 59:21
**Professor** [1] - 55:24
**professor** [1] - 56:1
**profile** [4] - 27:20, 27:21, 37:6, 38:1
**profiles** [1] - 27:17
**promoted** [1] - 53:24
**promptly** [2] - 9:20, 11:1
**pronounced** [1] - 61:9, 75:2, 76:23
**proofs** [2] - 16:4, 20:9
**proper** [2] - 34:2,

44:14
**properly** [2] - 43:13, 43:21
**properties** [1] - 21:15
**proposed** [2] - 13:9, 15:6
**prosecution** [1] - 41:11
**protect** [1] - 64:24
**proteins** [2] - 73:22, 73:24
**protocol** [1] - 26:2
**prove** [5] - 23:24, 35:9, 40:23, 50:3, 101:4
**proved** [1] - 15:14
**proven** [3] - 118:25, 119:1, 126:12
**provide** [3] - 60:14, 62:25, 85:10
**provided** [4] - 78:11, 98:13, 106:6, 106:8
**provides** [1] - 88:22
**providing** [1] - 13:17
**pTX-001** [1] - 2:14
**PTX-001** [3] - 78:19, 79:5, 79:9
**PTX-002** [2] - 2:15, 79:9
**PTX-049** [5] - 2:15, 130:22, 131:4, 131:8, 131:12
**PTX-135** [2] - 95:5, 95:11
**PTX-136** [4] - 2:16, 96:8, 96:14, 97:10
**PTX-137** [5] - 2:16, 65:12, 65:17, 65:21, 65:25
**PTX-143** [5] - 2:17, 62:3, 62:11, 62:17, 62:22
**PTX-145** [4] - 2:17, 66:2, 66:16, 66:20
**PTX-149** [5] - 2:18, 69:6, 69:11, 69:15, 69:22
**PTX-160** [2] - 82:4, 82:10
**PTX-162** [5] - 2:18, 84:19, 84:25, 85:4, 85:8
**PTX-163** [4] - 2:19, 63:4, 63:12, 63:17
**PTX-175** [4] - 2:19, 86:5, 86:14, 86:18
**PTX-176** [4] - 2:20, 75:5, 75:12, 75:15
**PTX-184** [4] - 2:20, 89:12, 90:23, 91:9

**PTX-185** [4] - 2:21, 89:20, 90:2, 91:9
**PTX-186** [4] - 2:21, 90:5, 90:11, 91:9
**PTX-187** [4] - 2:22, 90:13, 90:19, 91:10
**PTX-190** [5] - 2:22, 126:19, 126:25, 127:4, 127:8
**PTX-191** [5] - 2:23, 71:16, 71:24, 72:3, 72:7
**PTX-194** [5] - 2:23, 109:25, 110:5, 110:9, 110:12
**PTX-198** [5] - 2:24, 86:21, 87:11
**PTX-202** [4] - 2:24, 107:2, 107:9, 107:13
**PTX-214** [4] - 2:25, 59:15, 59:24, 60:3
**PTX-223** [5] - 119:8, 120:4, 121:4, 121:8, 121:13
**pTX-223** [1] - 2:25
**public** [4] - 54:20, 54:21
**publication** [7] - 6:23, 7:10, 7:17, 9:1, 9:4, 9:9, 10:3
**publications** [7] - 7:2, 7:8, 8:21, 56:3, 56:6, 58:3, 59:21
**publicly** [1] - 55:4
**published** [1] - 56:2
**pull** [2] - 93:11, 106:18
**pulled** [1] - 14:25
**pure** [1] - 12:23
**purple** [4] - 36:7, 39:16, 43:4
**purpose** [6] - 13:12, 63:21, 63:22, 68:20, 73:21, 106:19
**purposes** [4] - 24:6, 25:4, 39:23, 122:3
**pustules** [1] - 13:8
**put** [21] - 8:13, 11:7, 23:1, 28:22, 38:5, 38:21, 38:25, 39:5, 39:8, 45:19, 49:6, 49:8, 50:1, 54:25, 70:11, 75:19, 93:25, 94:12, 105:1, 106:20, 113:6
**putting** [3] - 45:4, 92:19, 100:17
**pylorus** [2] - 67:17, 73:11

# Q

**QC** [19] - 67:7, 104:25, 105:8, 105:14, 105:17, 108:19, 110:19, 110:20, 110:21, 111:15, 112:3, 112:15, 114:5, 115:4, 115:20, 115:21, 116:16, 119:15
**QRx** [2] - 55:5, 55:8
**quality** [15] - 23:11, 23:13, 25:13, 25:20, 56:9, 63:1, 63:3, 63:22, 64:4, 89:18, 104:22, 104:23, 116:24, 118:12
**quantities** [1] - 61:17
**quarter** [2] - 64:12, 128:2
**questionable** [4] - 24:13, 97:25, 98:23, 121:25
**questions** [5] - 7:4, 7:6, 7:23, 9:19, 92:20
**quick** [4] - 120:25, 121:1, 137:15, 137:16
**quickly** [1] - 120:12
**quietly** [1] - 51:14
**quite** [8] - 59:2, 80:7, 88:25, 89:5, 107:15, 116:13, 121:22, 126:11
**quote** [2] - 24:22, 24:24

# R

**R&D** [3] - 22:6, 44:18, 46:10
**R-U-D-N-I-C** [1] - 52:7
**radio** [1] - 74:18
**raise** [2] - 4:24, 47:8
**raised** [1] - 94:6
**raises** [1] - 92:20
**RAKOCZY** [62] - 1:18, 32:8, 32:12, 32:14, 38:7, 41:9, 43:24, 46:20, 47:7, 47:16, 47:19, 47:21, 48:3, 48:6, 48:9, 48:13, 48:17, 48:20, 49:4, 49:23, 50:11, 51:1, 60:1, 60:9, 62:20, 63:15, 65:23, 66:18, 69:19, 72:5, 75:13, 79:7, 82:12, 82:14,

82:20, 83:19, 85:6, 85:22, 86:16, 87:9, 87:16, 87:25, 88:4, 91:1, 91:5, 94:16, 94:21, 95:17, 96:16, 97:1, 99:20, 100:24, 103:8, 107:11, 109:9, 110:10, 121:10, 122:1, 122:11, 124:21, 127:6, 131:10
**Rakoczy** [8] - 1:20, 2:4, 2:5, 4:16, 4:17, 32:9, 47:14, 90:24
**range** [9] - 23:16, 33:18, 70:12, 76:11, 84:2, 84:3, 114:12, 128:7, 129:25
**ranges** [1] - 25:16
**ranging** [1] - 27:17
**rate** [9] - 61:25, 108:22, 123:3, 123:8, 125:23, 126:7, 129:11, 133:13, 134:3
**rather** [2] - 5:5, 122:9
**ratio** [25] - 14:1, 17:25, 26:18, 27:6, 28:21, 29:2, 30:16, 33:2, 33:3, 34:12, 35:2, 36:11, 38:22, 38:23, 39:21, 40:2, 40:5, 41:5, 41:15, 43:17, 76:13, 88:12, 127:13, 136:21
**ratios** [6] - 13:23, 34:11, 34:16, 36:2, 36:3, 50:15
**raw** [2] - 42:19, 42:21
**RDR** [2] - 1:24, 139:7
**reach** [1] - 16:3
**read** [4] - 41:8, 85:24, 125:19, 136:6
**ready** [1] - 8:13
**real** [2] - 18:14, 61:16
**really** [14] - 9:25, 16:19, 18:6, 45:17, 74:17, 80:7, 89:5, 89:6, 94:4, 98:18, 101:25, 132:1, 134:1, 138:2
**reason** [5] - 40:20, 93:23, 119:25, 123:24, 133:20
**reasonable** [2] - 40:25, 46:6
**reasonably** [1] - 59:19
**reassemble** [1] - 73:24
**Rebuttal** [1] - 2:11

**rebuttal** [6] - 9:7, 33:4, 34:23, 44:3, 122:3, 122:5
**receive** [1] - 22:20
**received** [3] - 7:10, 9:9, 12:3
**recent** [2] - 15:6, 59:19
**recently** [2] - 57:24, 127:18
**Reckitt** [2] - 30:6, 30:13
**recognize** [19] - 59:16, 62:6, 63:6, 68:16, 71:19, 75:7, 78:22, 84:21, 86:24, 89:15, 89:21, 90:6, 90:14, 95:8, 96:9, 99:13, 107:3, 126:20, 130:24
**recommend** [1] - 68:13
**reconcile** [1] - 33:19
**record** [9] - 4:25, 49:24, 50:2, 50:18, 51:7, 52:3, 123:7, 124:19, 139:4
**records** [2] - 104:7, 123:5
**recover** [1] - 93:6
**red** [4] - 43:6, 137:24, 138:2, 138:3
**reddening** [1] - 75:22
**Reddy's** [1] - 15:1
**redness** [1] - 76:1
**refer** [2] - 6:23, 82:18
**reference** [2] - 56:4, 126:13
**referencing** [1] - 63:9
**referring** [8] - 44:1, 44:3, 48:1, 75:9, 80:10, 82:7, 83:17, 107:6
**reflect** [1] - 18:19
**reformulated** [1] - 15:6
**refused** [1] - 44:10
**regarding** [3] - 28:25, 32:15, 84:10
**regions** [1] - 74:20
**registered** [1] - 52:23
**regression** [1] - 70:20
**regulating** [1] - 96:17
**regulation** [3] - 24:25, 97:3, 108:16
**regulatory** [1] - 54:14
**Reindel** [1] - 1:16
**rejected** [4] - 17:2, 18:2, 40:8, 40:13
**rejecting** [1] - 119:11

**relate** [3] - 80:24, 109:8, 109:19
**related** [2] - 56:16, 58:3
**relates** [1] - 77:12
**relation** [1] - 131:19
**relationships** [1] - 63:24
**relatively** [2] - 10:3, 57:9
**release** [188] - 13:19, 13:20, 13:24, 14:1, 15:11, 17:7, 17:8, 17:11, 17:12, 17:17, 17:19, 17:23, 18:3, 18:5, 18:8, 18:9, 18:11, 18:12, 18:23, 18:24, 19:1, 19:2, 19:4, 19:5, 19:7, 19:8, 19:10, 19:11, 19:17, 20:11, 20:14, 20:17, 20:19, 20:23, 20:24, 22:1, 23:1, 23:20, 23:21, 23:22, 26:19, 27:1, 27:7, 27:8, 27:11, 27:12, 27:13, 27:14, 27:17, 27:20, 28:14, 28:15, 28:25, 29:1, 29:5, 29:6, 29:7, 29:12, 29:13, 29:15, 29:17, 29:20, 30:1, 30:2, 30:19, 30:20, 31:25, 32:1, 33:1, 33:8, 33:9, 33:10, 34:6, 35:21, 35:22, 36:7, 36:17, 37:6, 37:8, 37:11, 37:14, 37:16, 37:17, 37:22, 37:24, 38:1, 38:11, 41:17, 42:1, 42:16, 42:23, 42:24, 43:15, 43:16, 44:5, 44:24, 45:14, 46:4, 46:5, 50:4, 50:8, 53:11, 58:22, 59:1, 59:6, 59:7, 59:10, 60:18, 60:19, 60:20, 60:21, 63:8, 63:24, 64:4, 66:23, 66:25, 68:10, 68:11, 68:16, 77:3, 79:23, 80:1, 81:8, 81:10, 81:15, 81:16, 81:18, 81:23, 81:24, 82:1, 83:1, 83:4, 83:5, 87:22, 87:24, 88:1, 88:2, 103:20, 104:11, 106:3, 108:22, 110:15, 110:18, 111:2,

111:12, 111:16, 113:11, 113:13, 114:9, 114:10, 114:14, 115:7, 115:8, 115:12, 115:13, 115:14, 115:22, 116:7, 116:8, 116:12, 116:16, 117:24, 118:3, 118:8, 125:23, 126:10, 132:6, 132:13, 134:9, 134:22, 137:4
**released** [9] - 19:24, 64:7, 116:8, 116:24, 127:20, 133:6, 135:2, 135:19, 135:20
**releases** [15] - 18:7, 20:13, 20:16, 21:6, 29:10, 35:18, 41:24, 83:3, 108:3, 112:3, 112:4, 115:11, 118:17, 133:3, 135:16
**releasing** [23] - 25:18, 38:14, 38:17, 39:7, 39:9, 39:11, 42:5, 42:7, 42:15, 42:16, 42:22, 43:5, 43:8, 111:3, 114:8, 115:9, 115:14, 115:15, 116:10, 116:11, 116:13, 117:17, 118:18
**relevance** [6] - 94:16, 95:17, 95:20, 96:16, 96:21, 97:1
**relevant** [13] - 15:6, 23:12, 25:3, 25:7, 25:19, 26:13, 31:4, 67:5, 71:14, 75:17, 77:16, 84:9, 111:21
**reliable** [3] - 31:23, 32:4, 116:24
**relied** [5] - 7:25, 24:9, 25:23, 31:13, 78:7
**rely** [23] - 24:5, 27:19, 31:5, 31:24, 65:8, 65:17, 66:12, 77:17, 77:23, 81:18, 81:23, 82:1, 83:7, 83:10, 86:10, 87:3, 90:2, 90:11, 90:19, 95:11, 96:12, 108:17, 121:4
**relying** [1] - 32:2
**remainder** [2] - 39:9, 42:16
**remaining** [1] - 33:9
**remarkably** [2] - 21:7,

132:14
**remember** [5] - 76:3, 111:11, 112:6, 115:19, 120:21
**remind** [6] - 5:19, 62:14, 105:14, 108:24, 116:22, 137:17
**Remingtons** [1] - 56:5
**renders** [1] - 61:19
**renew** [4] - 49:24, 50:2, 50:14, 50:17
**renewing** [1] - 101:2
**repeat** [1] - 117:14
**replaced** [1] - 113:22
**reply** [4] - 7:2, 7:15, 10:6, 11:22
**report** [20] - 7:2, 7:3, 7:15, 9:6, 10:6, 11:21, 11:22, 25:23, 71:22, 86:8, 89:24, 90:9, 94:19, 95:1, 96:4, 96:24, 97:5, 99:15, 110:3, 111:7
**reporter** [3] - 4:20, 6:14, 6:16
**Reporter** [2] - 1:25, 139:8
**REPORTER** [2] - 4:22, 6:17
**reporting** [2] - 54:14, 54:15
**reports** [4] - 8:25, 9:7, 94:17, 122:2
**Reppas'** [1] - 69:10
**representation** [1] - 18:20
**representative** [3] - 4:18, 30:24, 31:20
**representatives** [1] - 4:11
**representing** [2] - 12:4, 12:13
**represents** [5] - 11:14, 57:17, 57:18, 84:2, 125:10
**reproduced** [1] - 70:22
**request** [2] - 55:6, 60:8
**require** [2] - 16:23, 65:10
**required** [3] - 24:25, 71:7, 108:16
**requirement** [1] - 39:22
**requires** [5] - 25:24, 69:25, 81:10, 109:21, 127:12
**research** [13] - 52:14,

53:4, 53:6, 53:8, 54:4, 54:9, 54:10, 54:15, 55:12, 55:19, 55:21, 56:12, 124:14
**researcher** [1] - 69:9
**researchers** [1] - 57:9
**reside** [2] - 111:1, 121:22
**resistant** [3] - 76:9, 76:21, 138:12
**resonance** [1] - 120:10
**respect** [4] - 6:22, 7:7, 7:8, 11:5
**respectively** [1] - 31:1
**respond** [2] - 7:20, 7:22
**responding** [1] - 95:1
**response** [3] - 7:6, 9:11, 122:23
**responsible** [1] - 54:2
**rest** [4] - 34:9, 42:7, 76:4, 138:11
**restroom** [1] - 51:14
**result** [15] - 14:14, 17:10, 19:20, 19:24, 19:25, 23:9, 26:13, 29:15, 30:19, 61:20, 88:13, 133:2, 133:7, 135:15, 135:21
**results** [10] - 7:7, 24:5, 24:13, 28:11, 28:13, 34:4, 43:20, 45:9, 45:10, 88:12
**resume** [1] - 107:19
**retained** [1] - 100:12
**retentive** [1] - 134:7
**retest** [5] - 117:3, 119:23, 119:25, 122:13, 122:20
**reuse** [1] - 93:6
**reveal** [2] - 25:6, 110:14
**reveals** [1] - 110:15
**review** [2] - 47:14, 56:3
**reviewed** [7] - 8:17, 8:21, 8:25, 9:14, 24:10, 31:3, 79:1
**revolution** [1] - 64:16
**revolves** [2] - 29:1, 111:5
**Rhode** [2] - 52:25, 56:1
**rid** [1] - 129:8
**ride** [1] - 54:22
**ridges** [1] - 98:24
**right-hand** [1] - 11:8
**rises** [2] - 17:15, 60:20
**risk** [3] - 59:10, 91:22,

96:11
**risks** [2] - 94:19, 94:21
**roadmap** [1] - 88:10
**robust** [4] - 68:22, 103:22, 116:20, 117:14
**robustly** [1] - 49:8
**role** [3] - 53:19, 55:12, 57:15
**roles** [1] - 55:3
**roller** [1] - 100:18
**room** [4] - 4:20, 50:24, 51:6, 123:18
**rosacea** [14] - 13:8, 31:4, 75:22, 76:1, 76:5, 80:18, 80:21, 136:10, 137:18, 137:20, 137:23, 138:1, 138:16
**Rose** [1] - 4:16
**ROSE** [1] - 1:19
**rose** [1] - 14:13
**rough** [2] - 47:3, 89:1
**roughage** [1] - 134:14
**roughly** [5] - 50:7, 64:9, 64:16, 70:14, 133:12
**row** [1] - 117:24
**ROYALTY** [1] - 1:3
**Rudnic** [66] - 8:16, 16:9, 21:3, 21:15, 22:7, 22:11, 22:23, 23:7, 24:1, 25:23, 26:16, 27:4, 27:16, 28:7, 28:11, 31:19, 47:2, 49:17, 51:5, 52:3, 52:5, 52:13, 59:12, 60:4, 61:21, 62:24, 63:19, 65:7, 66:22, 68:7, 69:1, 69:24, 70:23, 71:5, 71:16, 72:14, 75:17, 78:1, 80:23, 85:10, 88:9, 97:12, 98:11, 99:24, 101:10, 102:9, 104:5, 107:2, 107:22, 109:19, 110:14, 110:17, 114:18, 117:11, 118:20, 119:3, 120:3, 121:4, 126:19, 127:10, 127:24, 130:19, 134:17, 136:8, 137:15
**RUDNIC** [3] - 2:3, 2:11, 51:4
**Rudnic's** [3] - 21:12, 96:22, 122:8
**run** [3] - 37:3, 53:25,

123:14
**running** [1] - 38:5
**runs** [2] - 67:7, 115:5

## S

**S1** [1] - 54:20
**sadly** [1] - 92:15
**safe** [1] - 41:8
**safely** [1] - 94:11
**Safety** [1] - 96:1
**sales** [4] - 53:21, 55:1, 55:18, 58:7
**salts** [1] - 64:23
**sample** [1] - 111:17
**samples** [8] - 22:5, 22:7, 44:15, 45:23, 70:11, 113:9, 123:13
**Sandoz** [1] - 14:24
**sandwich** [1] - 97:21
**satisfactory** [1] - 22:21
**save** [1] - 55:7
**saw** [9] - 28:13, 42:5, 44:24, 92:21, 98:1, 105:5, 122:2, 126:24, 137:5
**scale** [16] - 12:9, 12:12, 12:17, 48:12, 53:14, 54:1, 54:13, 54:14, 56:9, 98:20, 98:23, 105:7, 123:12, 123:16, 123:18, 125:17
**scale-up** [4] - 54:1, 123:12, 123:16, 123:18
**scanned** [2] - 104:21, 107:4
**scanning** [3] - 22:4, 98:13, 106:7
**Schering** [1] - 54:2
**Schneider** [10] - 6:23, 7:10, 9:16, 47:20, 47:21, 47:23, 48:3, 69:17, 91:7, 109:12
**school** [1] - 53:5
**science** [6] - 34:19, 52:22, 56:9, 56:11, 77:12, 119:7
**Science** [1] - 52:24
**sciences** [1] - 52:25
**scientific** [6] - 26:4, 56:2, 60:25, 61:22, 72:14, 118:25
**Scientists** [1] - 56:19
**scintigraphic** [3] - 74:14, 74:15, 127:14
**scintigraphy** [1] - 74:19

**Scintipharma** [1] - 75:9
**scope** [3] - 7:14, 40:25, 46:6
**screen** [3] - 5:16, 8:13, 11:7
**screens** [1] - 5:17
**scrubber** [1] - 93:14
**scrubbers** [1] - 93:15
**seal** [2] - 97:18, 97:22
**search** [1] - 8:17
**searches** [1] - 7:8
**second** [12] - 7:25, 11:4, 17:16, 18:23, 18:25, 19:4, 20:21, 21:7, 46:12, 92:10, 119:21, 137:16
**secondly** [1] - 108:10
**seconds** [3] - 119:21, 120:15, 121:2
**sectional** [1] - 22:4
**see** [90] - 5:7, 6:23, 14:19, 15:22, 21:11, 22:7, 26:10, 26:19, 27:6, 33:24, 34:3, 36:12, 37:7, 38:13, 38:17, 39:3, 39:6, 40:2, 40:9, 42:5, 42:21, 43:2, 43:4, 43:6, 48:1, 48:16, 55:7, 59:8, 59:9, 70:12, 70:19, 80:8, 80:17, 80:18, 81:3, 81:11, 85:15, 85:17, 88:16, 95:19, 95:21, 97:15, 98:13, 98:14, 98:16, 98:17, 98:18, 98:20, 98:23, 99:4, 104:16, 105:2, 105:6, 105:9, 105:13, 106:8, 106:12, 106:21, 107:1, 107:16, 108:2, 111:16, 113:6, 113:7, 113:11, 114:9, 114:10, 114:12, 114:25, 115:5, 116:15, 116:20, 116:21, 117:18, 118:5, 118:8, 118:15, 121:21, 124:8, 125:6, 125:9, 125:15, 125:20, 131:21, 131:24, 132:12, 135:4, 136:11, 137:24
**seed** [1] - 36:20
**seeing** [2] - 103:14, 113:13

**seem** [2] - 9:23, 49:12

**segmented** [1] - 88:5

**select** [2] - 97:24, 104:18

**selected** [5] - 22:11, 102:23, 105:16, 113:12

**selection** [1] - 22:24

**sellers** [1] - 104:13

**SEM** [1] - 106:5

**semi** [2] - 125:2, 125:4

**semi-log** [2] - 125:2, 125:4

**SEMs** [1] - 107:4

**sense** [6] - 5:5, 51:19, 70:13, 70:17, 109:4, 112:22

**separate** [1] - 39:21

**September** [1] - 9:9

**series** [3] - 15:25, 31:6, 40:9

**serious** [3] - 35:7, 41:3, 113:23

**seriously** [1] - 34:16

**services** [1] - 55:17

**Session** [1] - 1:4

**set** [10] - 6:5, 6:9, 6:18, 23:12, 27:20, 41:14, 48:9, 61:5, 98:9, 125:2

**sets** [3] - 42:3, 43:25, 115:14

**setting** [1] - 35:15

**seven** [3] - 56:4, 58:16, 72:8

**Seven** [1] - 58:12

**several** [4] - 7:4, 14:10, 15:2, 47:9

**shaking** [1] - 51:7

**Shanfelder** [3] - 1:24, 139:6, 139:7

**shape** [2] - 12:17, 101:5

**shellac** [4] - 113:22, 113:24, 114:1, 114:4

**Shire** [4] - 54:8, 54:9, 54:17

**short** [2] - 32:22, 41:13

**shortcut** [1] - 89:12

**shots** [1] - 10:6

**shoulder** [2] - 77:19

**show** [42] - 5:16, 8:11, 17:4, 17:9, 18:2, 18:21, 18:25, 19:18, 20:4, 20:10, 20:18, 22:6, 23:13, 27:7, 27:10, 30:18, 31:6, 31:10, 31:18, 32:2, 32:5, 32:15, 32:18,

33:4, 33:18, 34:16, 38:9, 40:21, 41:1, 43:12, 65:4, 74:21, 103:2, 104:1, 104:3, 104:7, 105:20, 106:2, 111:9, 115:4, 125:12, 134:20

**showed** [7] - 34:5, 70:5, 70:10, 70:18, 77:7, 120:17, 127:18

**showing** [5] - 36:8, 45:14, 103:9, 132:4, 134:21

**shown** [12] - 75:25, 80:5, 80:15, 81:13, 81:21, 88:9, 102:8, 104:6, 115:3, 119:22, 124:16, 136:8

**shows** [8] - 22:9, 23:8, 28:20, 42:14, 45:11, 84:17, 111:10, 121:3

**side** [13] - 5:1, 5:8, 11:7, 11:8, 43:22, 73:3, 103:1, 112:12, 121:1, 125:14, 125:17, 125:20

**sieve** [1] - 89:4

**significant** [1] - 72:19

**silico** [2] - 13:25, 77:6

**similar** [11] - 11:20, 15:16, 16:22, 23:3, 34:12, 80:7, 81:3, 102:13, 102:15, 125:6, 126:11, 126:16, 132:15

**similarities** [1] - 23:5

**similarity** [1] - 125:25

**similarly** [1] - 80:21

**simple** [3] - 34:24, 37:13, 37:18

**simplest** [1] - 36:18

**simply** [8] - 6:22, 7:25, 11:22, 23:1, 25:13, 36:12, 38:21, 102:24

**simulations** [1] - 13:25

**single** [3] - 16:15, 45:9, 73:2

**singular** [1] - 30:11

**sit** [1] - 113:5

**situation** [1] - 25:14

**Siwik** [2] - 1:20, 4:17

**sizable** [1] - 113:9

**size** [10] - 87:24, 89:4, 89:5, 89:7, 89:9, 102:10, 102:12, 102:13, 102:15, 123:1

**sized** [1] - 23:3

**sizes** [1] - 89:4

**skeptical** [1] - 94:24

**skewed** [2] - 101:15, 101:17

**skill** [4] - 65:8, 71:13, 77:9, 77:10

**skilled** [3] - 36:16, 36:23, 40:17

**skin** [3] - 75:23, 137:20, 138:2

**skip** [1] - 136:5

**slide** [43] - 11:5, 20:7, 21:2, 22:10, 24:21, 26:9, 26:10, 26:15, 27:3, 27:23, 28:10, 35:9, 38:21, 42:20, 43:25, 47:25, 48:1, 48:2, 48:17, 63:10, 70:23, 80:5, 80:15, 81:12, 81:21, 82:23, 83:21, 84:5, 85:24, 86:20, 99:24, 101:10, 102:8, 104:5, 106:5, 114:23, 115:17, 127:10, 131:14, 131:19, 132:20, 134:20

**Slide** [32] - 6:22, 6:24, 11:5, 11:11, 25:21, 35:10, 36:4, 36:19, 36:24, 37:12, 39:3, 40:3, 40:9, 41:21, 42:19, 42:20, 43:3, 43:13, 48:3, 48:14, 49:25, 50:13, 71:4, 88:7, 88:9, 109:8, 109:19, 114:19, 136:8, 136:20, 137:4, 137:16

**slides** [3] - 32:10, 47:21, 47:24

**slight** [1] - 74:8

**slightly** [4] - 81:2, 116:2, 130:6, 130:10

**Slip** [1] - 1:16

**slip** [1] - 51:14

**slope** [1] - 101:5

**slow** [5] - 120:15, 120:16, 120:19, 121:1, 133:23

**slower** [3] - 133:25, 134:2, 134:5

**slowly** [2] - 64:15, 111:5

**small** [8] - 54:4, 57:20, 67:22, 73:13, 73:17, 74:1, 74:23, 99:2

**smaller** [1] - 44:17

**smart** [1] - 58:19

**smarter** [1] - 134:11

**smelled** [1] - 91:20

**smells** [1] - 91:19

**so-called** [8] - 18:7, 18:9, 20:17, 27:14, 31:24, 33:4, 117:16, 127:18

**solely** [5] - 24:6, 24:9, 31:8, 31:17, 96:20

**solid** [4] - 56:7, 63:8, 100:8, 100:11

**solidifies** [1] - 117:16

**solids** [1] - 100:10

**soluble** [1] - 115:9

**solution** [3] - 62:1, 113:2, 116:3

**solvent** [6] - 21:13, 21:16, 21:17, 93:6, 97:25, 113:3

**solvents** [2] - 22:3, 98:9

**someone** [5] - 58:16, 93:16, 94:8, 112:21, 120:4

**sometime** [1] - 51:11

**someway** [1] - 33:8

**somewhat** [3] - 67:16, 133:25, 138:10

**somewhere** [1] - 27:14

**soon** [2] - 58:1, 76:15

**sorry** [6] - 30:23, 38:24, 47:25, 48:17, 67:13, 138:19

**sort** [1] - 70:19

**sorts** [4] - 76:21, 106:14, 138:12, 138:18

**space** [1] - 98:6

**speaking** [1] - 101:19

**special** [1] - 37:15

**specific** [3] - 13:16, 76:13, 127:12

**specifically** [5] - 13:13, 18:25, 25:6, 96:19, 100:7

**specifications** [1] - 57:10

**specified** [1] - 74:17

**speckling** [2] - 106:13, 106:21

**specs** [1] - 98:19

**speculation** [3] - 48:19, 49:2, 122:21

**speech** [1] - 101:21

**spell** [1] - 52:6

**spend** [1] - 128:21

**spends** [2] - 128:6

**spent** [1] - 53:6

**sphere** [2] - 88:19,

101:23

**spheres** [2] - 89:2, 89:6

**spherical** [2] - 89:1, 89:8

**spike** [1] - 68:19

**spots** [1] - 119:19

**spray** [9] - 36:20, 37:14, 37:21, 93:4, 93:5, 123:3, 123:8

**spraying** [2] - 100:15, 100:18

**sprung** [1] - 96:25

**squarely** [1] - 33:17

**Squibb** [2] - 53:10, 91:25

**squished** [1] - 105:24

**stack** [2] - 93:2, 93:14

**stacking** [2] - 97:20, 98:1

**stage** [10] - 21:8, 22:12, 22:24, 39:5, 88:19, 91:16, 97:16, 97:17, 104:8, 104:9

**stages** [2] - 38:1, 88:18

**stand** [2] - 10:18, 16:21

**standard** [13] - 22:20, 35:14, 35:15, 38:8, 41:19, 43:18, 56:4, 66:22, 66:24, 117:11, 125:1, 126:6, 128:7

**standards** [2] - 57:10, 78:12

**stands** [1] - 91:12

**stark** [1] - 43:2

**Stark** [4] - 14:9, 15:9, 15:20, 84:1

**Stark's** [1] - 82:13

**starker** [1] - 15:12

**start** [26] - 13:2, 35:25, 36:17, 48:21, 51:23, 54:17, 59:10, 67:15, 68:12, 69:4, 70:13, 71:11, 75:25, 76:3, 76:20, 88:19, 89:7, 97:15, 101:23, 104:23, 112:15, 112:17, 113:16, 114:7, 114:8

**started** [8] - 48:14, 48:15, 53:4, 54:19, 71:10, 92:8, 100:2, 105:4

**starting** [6] - 5:2, 5:6, 43:8, 52:21, 61:23, 89:9

**starts** [9] - 38:2, 47:8,

56:7, 59:10, 79:16, 111:19, 113:16, 113:20, 131:22

**state** [14] - 26:11, 28:12, 29:8, 29:11, 30:5, 39:25, 52:3, 57:17, 75:20, 79:19, 81:16, 92:9, 133:4

**statement** [7] - 5:8, 5:12, 5:23, 35:10, 41:4, 50:21, 78:2

**statements** [3] - 7:11, 60:17, 108:11

**States** [7] - 4:2, 21:14, 35:16, 57:2, 62:15, 92:25, 96:18

**states** [2] - 17:24, 92:8

**STATES** [1] - 1:1

**stating** [1] - 8:18

**statistically** [1] - 126:4

**status** [1] - 130:19

**stay** [1] - 76:10

**steady** [8] - 29:8, 29:11, 39:25, 75:20, 79:19, 81:16, 87:14, 133:4

**step** [1] - 46:7

**STEPHANOS** [1] - 1:7

**sterile** [1] - 53:14

**stick** [3] - 55:18, 106:16, 106:17

**still** [5] - 53:20, 55:21, 103:14, 117:5, 127:16

**stirrer** [1] - 111:4

**stirs** [1] - 64:15

**stomach** [39] - 7:1, 7:5, 7:8, 7:24, 25:16, 25:17, 26:5, 27:8, 37:16, 64:9, 64:17, 64:19, 64:20, 64:21, 64:24, 65:3, 67:2, 67:3, 67:6, 67:15, 67:18, 67:21, 68:22, 69:2, 70:4, 71:14, 73:10, 73:11, 73:19, 73:21, 111:1, 111:2, 111:21, 112:4, 117:18, 128:3, 129:25

**stop** [3] - 40:1, 40:4, 120:23

**straight** [1] - 136:20

**strange** [1] - 111:6

**stratified** [1] - 22:7

**stream** [1] - 87:14

**streams** [1] - 124:2

**Street** [4] - 1:9, 1:13, 1:20, 1:23

**stress** [4] - 105:1,

110:25, 111:22, 113:7

**strict** [1] - 95:19

**strictly** [1] - 101:19

**strike** [1] - 91:14

**strong** [1] - 50:24

**structural** [1] - 30:11

**structure** [1] - 56:13

**student** [3] - 70:8, 120:5

**students** [1] - 70:6

**studies** [10] - 25:25, 28:12, 54:11, 54:12, 71:6, 74:15, 74:18, 74:22, 126:9, 127:13

**study** [14] - 13:22, 26:10, 26:11, 54:11, 70:9, 71:23, 74:15, 75:9, 86:8, 110:3, 110:4, 124:25, 126:23, 127:14

**stuff** [3] - 53:17, 76:21, 106:14

**SUB** [1] - 1:3

**subject** [11] - 7:14, 24:19, 49:25, 50:16, 56:6, 60:9, 69:17, 71:8, 72:5, 81:16, 95:22

**subject's** [3] - 29:8, 29:11, 133:4

**subjects** [1] - 71:14

**submit** [7] - 16:2, 32:18, 34:18, 34:24, 46:3, 48:20, 124:6

**submitted** [13] - 24:2, 24:10, 24:14, 25:5, 26:18, 26:20, 28:19, 42:10, 42:12, 44:2, 45:12, 122:14, 124:5

**subsequent** [1] - 9:18

**subset** [10] - 22:13, 22:21, 33:5, 33:6, 33:23, 34:2, 34:8, 34:13, 43:23

**substance** [4] - 5:19, 10:2, 25:10, 126:10

**substantial** [1] - 28:17

**substantially** [10] - 19:19, 19:20, 20:6, 27:23, 38:18, 133:1, 133:2, 135:14, 135:15

**substantiated** [1] - 48:7

**substantively** [1] - 5:14

**subtherapeutic** [2] - 138:6, 138:7

**succeed** [1] - 94:13

**succeeded** [2] - 25:1, 134:11

**successful** [1] - 53:20

**suck** [1] - 134:1

**suffers** [2] - 137:23, 138:1

**suffice** [1] - 32:16

**sufficient** [1] - 6:13

**sugar** [7] - 36:20, 88:18, 88:19, 88:22, 89:2, 97:16, 97:23

**suggest** [2] - 33:7, 137:25

**suggested** [1] - 49:10

**Suite** [1] - 1:20

**sum** [1] - 19:6

**summarize** [1] - 59:20

**summarized** [1] - 60:16

**summary** [3] - 36:5, 60:14, 89:18

**Sun** [19] - 15:15, 15:16, 15:17, 16:3, 18:1, 29:19, 29:22, 29:23, 30:3, 30:11, 35:1, 35:7, 35:13, 45:7, 81:23, 82:6, 83:1, 83:13, 83:24

**Sun's** [1] - 15:20

**Sunovion** [1] - 24:16

**superbugs** [1] - 76:9

**superficial** [1] - 15:22

**superficially** [2] - 15:10, 15:16

**superinfection** [3] - 76:6, 76:21, 138:12

**support** [3] - 33:12, 34:8, 85:10

**supported** [2] - 34:22, 119:7

**supports** [4] - 26:18, 27:5, 29:5, 29:22

**supposed** [4] - 12:17, 47:7, 111:22, 115:8

**suppress** [1] - 56:14

**surface** [3] - 98:6, 99:9, 133:15

**surfaces** [1] - 98:8

**surprising** [2] - 26:3, 26:22

**suspensions** [1] - 53:17

**swallowing** [2] - 67:19, 67:20

**swear** [2] - 47:15, 51:2

**switched** [1] - 92:5

**switches** [1] - 38:16

**sworn** [1] - 51:4

**synonym** [1] - 74:5

**synopsis** [1] - 71:22

**systems** [1] - 56:8

## T

**Tab** [14] - 59:15, 62:4, 82:4, 89:13, 89:20, 90:5, 90:13, 95:6, 99:12, 107:2, 109:25, 119:9, 126:20, 130:22

**tab** [12] - 63:4, 65:12, 66:2, 69:6, 71:17, 75:5, 84:19, 86:5, 86:22, 89:20, 90:5, 96:8

**table** [1] - 4:9

**tablet** [1] - 15:17

**tablets** [2] - 53:16, 56:7

**tabs** [1] - 78:19

**talc** [12] - 98:17, 98:19, 99:6, 106:13, 106:16, 106:20, 106:22, 106:24, 106:25

**talks** [3] - 73:7, 80:21, 80:22

**TCD** [1] - 1:3

**teach** [3] - 32:20, 32:22, 36:16

**teaches** [2] - 37:11, 37:23

**teachings** [1] - 32:25

**team** [2] - 4:10, 55:1

**tech** [3] - 5:14, 57:3, 57:5

**Tech** [2] - 57:14, 57:15

**technically** [3] - 82:18, 83:18, 122:4

**technician** [1] - 91:25

**Technologies** [1] - 55:10

**technology** [5] - 55:9, 55:10, 55:13, 57:18, 120:10

**tend** [2] - 133:16, 133:24

**tends** [1] - 106:15

**tens** [1] - 119:21

**tentative** [1] - 131:2

**tentatively** [3] - 13:11, 20:3, 130:21

**term** [12] - 29:4, 29:6, 29:20, 29:21, 29:24, 29:25, 30:8, 30:10, 82:24, 82:25, 83:25

**terms** [15] - 18:9, 19:25, 30:4, 50:20, 61:17, 66:8, 78:13, 81:8, 84:7, 89:5,

89:8, 102:10, 124:10, 126:10, 129:19

**test** [104] - 23:10, 23:11, 25:13, 25:19, 25:20, 26:17, 26:20, 27:5, 28:1, 32:1, 32:23, 34:2, 34:3, 34:25, 35:6, 35:12, 35:14, 35:16, 35:18, 37:1, 37:3, 37:4, 37:5, 37:6, 37:24, 37:25, 38:1, 39:2, 39:5, 39:10, 42:3, 44:5, 44:6, 44:8, 44:13, 44:14, 45:5, 45:6, 45:7, 45:8, 45:21, 45:23, 45:24, 46:2, 50:19, 50:22, 61:5, 62:10, 64:1, 67:7, 68:11, 68:13, 68:23, 69:1, 70:1, 70:2, 71:11, 72:8, 104:25, 105:1, 105:8, 105:14, 105:16, 105:17, 108:19, 109:22, 110:19, 110:22, 110:25, 111:4, 111:12, 111:13, 111:15, 111:22, 112:3, 112:15, 113:8, 114:5, 114:11, 115:4, 115:19, 115:20, 115:21, 116:16, 117:12, 118:3, 118:12, 118:16, 119:15, 123:1, 126:14

**tested** [16] - 13:23, 14:3, 33:22, 33:23, 36:22, 37:7, 43:12, 44:7, 44:16, 44:23, 45:18, 45:22, 66:25, 70:3, 117:12, 122:18

**testified** [5] - 24:22, 24:24, 110:19, 117:17, 135:1

**testify** [10] - 21:3, 21:9, 21:15, 22:7, 22:11, 28:11, 44:19, 102:22, 103:16, 109:12

**testifying** [5] - 48:25, 49:19, 94:21, 110:20, 127:22

**testimony** [14] - 8:7, 16:9, 21:12, 23:22, 50:14, 50:15, 52:9,

66:12, 103:9, 109:10, 122:4, 126:3, 129:10, 132:8

**testing** [47] - 13:25, 16:10, 23:12, 24:5, 24:13, 33:18, 33:24, 33:25, 34:5, 34:23, 38:12, 42:14, 44:11, 44:12, 46:13, 46:15, 53:12, 60:5, 61:3, 61:4, 61:24, 62:24, 63:8, 63:20, 63:24, 64:14, 65:9, 65:11, 66:9, 66:10, 66:23, 67:4, 68:8, 68:20, 70:4, 71:10, 71:11, 104:20, 104:22, 104:23, 109:24, 114:7, 114:15, 122:16, 122:19, 124:7

**tests** [21] - 17:10, 38:4, 38:8, 41:19, 41:20, 42:12, 42:25, 43:18, 45:12, 64:4, 64:5, 64:6, 64:7, 110:20, 114:5, 114:15, 118:10, 118:14, 123:14

**tetracyclines** [1] - 138:3

**Texas** [3] - 52:15, 55:9, 120:6

**text** [3] - 11:8, 11:9, 11:13

**textbooks** [1] - 56:4

**thankfully** [1] - 92:3

**THE** [347] - 1:1, 1:7, 1:12, 1:15, 1:18, 1:22, 4:2, 4:13, 4:19, 4:22, 4:23, 5:13, 5:25, 6:2, 6:6, 6:8, 6:12, 6:16, 6:17, 6:18, 6:20, 7:19, 8:5, 8:14, 9:6, 9:10, 9:16, 9:23, 10:10, 10:16, 10:21, 10:24, 11:11, 11:16, 12:6, 12:8, 12:20, 13:1, 14:5, 14:15, 14:21, 15:3, 16:6, 16:19, 17:15, 17:20, 18:13, 19:10, 19:21, 25:10, 27:22, 28:5, 28:9, 32:11, 32:13, 38:4, 41:5, 43:22, 46:17, 46:24, 47:3, 47:11, 47:17, 47:20, 47:25, 48:5, 48:7, 48:11, 48:16, 48:19, 48:25, 49:10,

49:20, 50:5, 50:19, 51:2, 51:5, 51:23, 51:25, 58:21, 58:23, 59:25, 60:2, 60:8, 60:12, 62:14, 62:15, 62:19, 62:21, 63:14, 63:16, 64:12, 64:13, 65:22, 65:24, 66:17, 66:19, 67:11, 67:13, 67:14, 67:15, 67:18, 67:19, 67:20, 67:21, 67:23, 67:24, 67:25, 68:1, 69:16, 69:21, 72:4, 72:8, 72:10, 72:11, 72:12, 73:9, 73:12, 73:13, 73:15, 73:16, 73:18, 73:20, 73:21, 74:1, 74:3, 74:5, 74:7, 75:14, 76:8, 76:10, 79:6, 79:8, 82:11, 82:13, 82:16, 83:15, 85:5, 85:7, 85:19, 85:23, 86:3, 86:15, 86:17, 87:8, 87:10, 87:12, 87:18, 87:23, 88:3, 88:22, 88:24, 90:24, 91:2, 91:6, 92:6, 92:7, 92:11, 92:13, 92:14, 92:15, 92:24, 93:1, 93:3, 93:4, 93:9, 93:11, 93:16, 93:18, 93:20, 93:21, 94:5, 94:10, 94:23, 95:16, 95:21, 96:1, 96:5, 96:23, 97:4, 99:1, 99:3, 99:19, 99:21, 100:13, 100:15, 100:16, 100:17, 100:19, 100:22, 101:3, 101:12, 101:15, 101:17, 101:18, 101:19, 101:22, 101:24, 102:1, 102:6, 102:25, 103:2, 103:4, 103:5, 103:12, 103:18, 103:23, 104:1, 104:3, 105:11, 105:12, 105:18, 105:19, 105:23, 106:1, 107:10, 107:12, 107:14, 107:19, 109:16, 110:11, 111:6, 111:9, 111:23, 111:24, 111:25, 112:2, 112:19, 112:20, 112:21, 113:1, 113:18,

113:19, 113:24, 113:25, 115:23, 116:2, 116:5, 116:6, 116:14, 116:15, 116:18, 116:19, 117:4, 117:7, 117:20, 117:22, 117:23, 118:2, 118:5, 118:7, 118:12, 118:13, 119:10, 119:12, 121:9, 121:11, 122:3, 122:9, 122:12, 122:21, 122:22, 123:2, 123:5, 123:13, 123:15, 123:21, 123:23, 124:1, 124:4, 124:18, 124:22, 125:12, 125:14, 125:16, 125:19, 125:25, 126:2, 126:13, 126:15, 126:17, 127:5, 127:7, 127:24, 128:4, 128:5, 128:9, 128:11, 128:12, 128:14, 128:17, 128:18, 128:19, 128:20, 128:22, 128:23, 128:24, 129:2, 129:4, 129:5, 129:6, 129:10, 129:12, 129:13, 129:15, 129:17, 129:24, 129:25, 130:2, 130:4, 130:6, 130:8, 130:9, 130:12, 130:14, 130:15, 130:17, 131:9, 131:11, 131:25, 133:10, 133:14, 133:20, 133:22, 134:3, 134:6, 134:13, 134:15, 136:5, 136:15, 136:17, 136:18, 136:23, 136:24, 137:2, 137:3, 137:7, 137:8, 137:11, 137:12, 137:20, 137:22, 138:5, 138:7, 138:13, 138:15, 138:19

**themselves** [1] - 115:2

**theories** [2] - 11:23, 34:19

**theory** [20] - 11:14, 19:23, 33:5, 33:6,

33:19, 33:22, 33:23, 34:1, 34:8, 34:10, 34:11, 44:4, 44:14, 45:1, 45:3, 45:17, 45:21, 45:25, 119:11, 119:23

**therapeutic** [2] - 13:17, 59:9

**thereafter** [2] - 39:9, 42:8

**they've** [2] - 14:4, 44:11

**thick** [3] - 103:21, 105:16, 106:15

**thickness** [1] - 22:18

**thin** [6] - 19:24, 21:8, 108:4, 108:6, 133:6, 135:19

**thinnest** [1] - 23:8

**third** [3] - 15:25, 20:25, 46:14

**thirds** [1] - 118:1

**thousands** [2] - 34:1, 44:7

**threatening** [1] - 76:7

**three** [2] - 54:5, 54:7

**thresholds** [1] - 13:16

**throughout** [1] - 64:5

**throw** [1] - 45:13

**thrown** [1] - 73:3

**Tigan** [1] - 4:7

**TIGAN** [2] - 1:12, 4:6

**tight** [2] - 76:18, 89:5

**timeline** [1] - 11:1

**timelines** [1] - 27:25

**timer** [1] - 13:2

**timing** [1] - 30:2

**TO** [3] - 2:1, 2:13, 3:1

**today** [11] - 4:8, 4:15, 40:10, 52:9, 53:21, 55:16, 59:13, 60:24, 92:23, 127:22, 132:8

**together** [5] - 16:21, 18:21, 28:18, 28:22, 54:7

**took** [9] - 34:1, 44:22, 54:20, 55:6, 71:9, 71:10, 105:7, 108:18, 120:16

**top** [6] - 33:22, 34:15, 49:6, 98:9, 98:15, 103:10

**topic** [3] - 51:19, 72:14, 77:8

**total** [4] - 19:6, 19:7, 109:5, 127:19

**touch** [1] - 41:1

**touched** [1] - 95:21

**tough** [1] - 112:10

**towards** [1] - 70:20

**toxic** [1] - 21:13

**toxicity** [3] - 59:8, 91:23, 91:24

**toxicology** [1] - 59:4

**trace** [1] - 93:18

**track** [1] - 23:2

**tract** [10] - 67:12, 67:17, 72:18, 73:7, 73:23, 74:20, 115:21, 118:9, 133:25, 134:4

**traded** [2] - 55:4, 57:16

**transcript** [5] - 8:10, 8:12, 9:13, 139:3

**transforms** [1] - 34:22

**transit** [2] - 67:8, 67:16

**transitioning** [1] - 51:19

**transits** [1] - 67:11

**translate** [1] - 28:6

**translates** [2] - 36:14, 41:16

**treat** [2] - 49:12, 94:11

**treating** [4] - 31:3, 80:18, 80:21, 136:10

**treatment** [6] - 13:7, 30:23, 75:22, 80:24, 81:6, 137:18

**trial** [7] - 5:1, 13:13, 14:9, 14:11, 70:6, 83:13

**Trial** [2] - 1:4, 1:5

**trials** [1] - 55:15

**tried** [3] - 15:9, 16:15, 39:24

**triggering** [1] - 138:17

**true** [4] - 43:19, 63:25, 64:8, 130:13

**truth** [1] - 34:24

**try** [8] - 8:6, 45:20, 51:23, 63:23, 88:25, 89:11, 93:14, 109:11

**trying** [8] - 10:24, 68:18, 94:11, 102:2, 102:4, 110:22, 110:23, 115:23

**tube** [2] - 70:11, 111:4

**Tuesday** [1] - 4:1

**Tunnell** [1] - 1:12

**turn** [20] - 55:17, 59:15, 62:3, 63:4, 65:12, 66:2, 69:6, 71:16, 80:5, 82:23, 86:5, 86:21, 89:12, 89:20, 90:5, 95:5, 96:8, 99:12, 101:25, 107:2

**twice** [1] - 109:13

**two** [33] - 5:10, 6:13, 10:6, 11:6, 11:23, 11:24, 16:22, 17:2, 21:5, 21:9, 30:23, 38:1, 39:5, 42:3, 43:24, 49:23, 54:23, 55:14, 60:16, 91:14, 96:17, 97:2, 103:10, 104:20, 108:9, 118:1, 119:21, 121:2, 123:5, 125:6, 125:7, 126:5, 129:7
**two-stage** [1] - 39:5
**two-thirds** [1] - 118:1
**type** [4] - 18:20, 18:25, 75:23, 113:3
**types** [1] - 97:21
**typically** [6] - 23:16, 64:25, 67:7, 70:15, 117:13, 130:10

## U

**U.S** [1] - 1:8
**ultimate** [1] - 50:19
**ultimately** [6] - 19:9, 54:24, 55:4, 55:15, 68:5, 76:6
**unchallenged** [3] - 42:13, 43:20, 45:12
**uncommon** [1] - 59:2
**under** [25] - 5:11, 7:24, 8:5, 15:8, 15:14, 15:21, 17:5, 20:8, 20:11, 24:15, 24:18, 26:5, 30:15, 40:24, 46:6, 47:7, 55:6, 62:1, 78:4, 126:4, 132:21, 134:18, 135:7, 136:2, 136:12
**undergraduate** [1] - 52:21
**underneath** [1] - 99:7
**understood** [10] - 48:12, 50:11, 51:1, 64:12, 88:5, 117:7, 122:11, 124:19, 130:17, 132:2
**undisputed** [5] - 28:14, 42:17, 110:16, 132:15, 135:24
**undue** [1] - 31:15
**unexpected** [1] - 116:25
**unfortunate** [1] - 70:6
**unfortunately** [1] - 70:5
**UNI** [1] - 58:14
**UNI-DUR** [1] - 58:14

**uniform** [4] - 88:24, 119:18, 119:19, 121:22
**unique** [2] - 13:14, 55:10
**unit** [3] - 36:10, 88:16, 116:24
**UNITED** [1] - 1:1
**United** [7] - 4:2, 21:14, 35:16, 57:2, 62:15, 92:25, 96:18
**University** [5] - 52:25, 55:25, 56:1, 66:6, 120:6
**unless** [1] - 47:22
**unlike** [3] - 97:20, 98:12, 132:9
**unnecessary** [1] - 93:23
**unobtrusively** [1] - 51:15
**unreasonable** [2] - 91:22, 96:11
**unreliable** [1] - 24:13
**unscathed** [1] - 14:7
**unstable** [1] - 108:6
**untimely** [1] - 9:10
**unusual** [1] - 37:2
**up** [39] - 4:24, 5:7, 6:5, 6:9, 9:24, 11:7, 18:19, 19:11, 27:1, 36:8, 38:2, 40:21, 44:3, 47:11, 51:7, 54:1, 54:13, 56:9, 68:14, 70:20, 83:10, 92:7, 98:9, 105:5, 107:16, 111:13, 112:15, 113:16, 115:25, 119:6, 123:12, 123:16, 123:18, 124:8, 128:23, 129:18, 134:9
**upper** [1] - 73:6
**URL** [1] - 95:25
**US** [4] - 13:24, 54:9, 57:23, 78:5
**useful** [2] - 88:22, 112:3
**uses** [5] - 22:3, 23:5, 24:1, 25:13, 33:15
**USP** [9] - 45:7, 57:6, 61:23, 62:9, 62:14, 64:1, 78:12, 111:3, 120:22

## V

**vacuum** [1] - 93:11
**vague** [1] - 46:17

**valid** [1] - 10:22
**validated** [1] - 55:13
**values** [3] - 26:22, 69:2
**variability** [1] - 27:19
**variance** [2] - 39:18, 40:18
**variation** [1] - 84:3
**variations** [1] - 56:13
**varies** [1] - 68:3
**variety** [1] - 61:1
**various** [5] - 56:21, 56:23, 77:20, 118:9
**varnished** [1] - 114:2
**vary** [1] - 123:16
**venture** [2] - 54:19, 55:2
**vernacular** [1] - 124:24
**version** [2] - 59:19, 119:13
**versions** [1] - 133:18
**versus** [2] - 4:4, 122:24
**vessel** [2] - 64:14, 121:22
**vessels** [2] - 120:21, 120:25
**viable** [1] - 16:2
**vice** [3] - 46:9, 54:3, 57:3
**view** [9] - 9:3, 48:21, 97:22, 101:13, 132:9
**virtually** [4] - 21:14, 28:13, 37:9, 61:12
**visualizes** [1] - 12:9
**visually** [1] - 12:13
**vitro** [30] - 23:10, 25:7, 26:16, 27:5, 27:25, 28:3, 28:6, 31:8, 31:12, 31:16, 31:20, 38:4, 61:2, 61:4, 61:23, 61:24, 62:24, 63:19, 64:4, 65:8, 66:10, 68:7, 104:20, 104:22, 104:23, 108:18, 117:12, 118:5, 124:4, 124:12
**VIVIAN** [1] - 2:7
**Vivian** [2] - 46:12, 78:14
**vivo** [10] - 25:9, 31:4, 66:9, 66:11, 108:20, 118:6, 118:8, 124:2, 125:25, 132:14
**voir** [1] - 60:8
**volume** [2] - 70:15, 109:5

## W

**waived** [1] - 49:25
**walk** [7] - 20:9, 60:23, 79:15, 85:14, 85:24, 114:23, 131:19
**walked** [1] - 14:24
**wall** [2] - 98:3, 99:8
**wants** [3] - 5:8, 113:6, 114:6
**Washington** [1] - 92:9
**waste** [1] - 129:8
**water** [21] - 25:17, 25:25, 26:1, 26:12, 70:1, 70:15, 71:8, 71:10, 92:4, 92:5, 93:22, 93:24, 97:17, 97:18, 97:24, 100:9, 100:11, 109:2, 109:22, 113:3, 128:2
**water-based** [4] - 92:5, 93:22, 93:24, 97:18
**wax** [1] - 98:4
**ways** [1] - 124:13
**weak** [12] - 19:24, 20:20, 21:10, 22:13, 33:16, 50:7, 88:11, 103:7, 108:4, 108:5, 133:7, 135:19
**weakly** [2] - 20:22, 49:8
**weakly-designed** [1] - 20:22
**weave** [1] - 98:10
**website** [5] - 61:23, 62:9, 65:15, 95:10, 95:25
**wedge** [1] - 109:11
**weekend** [1] - 113:9
**weight** [31] - 21:8, 22:12, 22:14, 22:24, 23:5, 23:6, 23:8, 23:16, 31:15, 50:10, 91:15, 97:6, 97:7, 99:25, 100:1, 100:3, 100:5, 102:13, 102:16, 102:17, 104:8, 104:9, 104:14, 104:18, 105:4, 106:9, 106:11, 106:12, 107:1, 113:12, 132:10
**weights** [2] - 49:5, 49:13
**welcome** [1] - 130:17
**well-known** [1] - 16:13
**West** [1] - 1:20
**whatsoever** [2] -

38:15, 44:12
**whereas** [3] - 22:8, 27:8, 30:11
**wherein** [2] - 132:7, 134:22
**whispered** [1] - 94:8
**white** [1] - 98:19
**whole** [7] - 36:1, 64:17, 106:19, 121:18, 121:19, 123:18, 134:8
**wide** [2] - 49:7, 70:12
**width** [1] - 12:21
**wiggle** [1] - 123:17
**William** [1] - 32:8
**WILLIAM** [1] - 1:18
**Williams** [1] - 120:7
**Williams'** [1] - 120:5
**Wilmington** [3] - 1:14, 1:23, 4:7
**wind** [2] - 9:24, 51:7
**window** [17] - 13:22, 61:10, 72:15, 72:21, 72:24, 73:5, 74:11, 74:12, 74:13, 75:3, 75:17, 76:14, 76:18, 76:19, 76:24, 108:21, 127:12
**windows** [1] - 134:10
**wired** [2] - 94:11, 94:13
**withdraw** [1] - 12:24
**witness** [22] - 5:5, 5:6, 23:23, 47:12, 47:15, 48:25, 49:1, 51:3, 59:12, 62:3, 65:12, 69:6, 71:16, 75:5, 78:20, 82:4, 84:19, 89:13, 95:5, 109:25, 119:9, 126:19
**WITNESS** [102] - 2:2, 51:23, 58:23, 62:15, 64:13, 67:13, 67:15, 67:19, 67:21, 67:24, 68:1, 72:10, 72:12, 73:12, 73:15, 73:18, 73:21, 74:3, 74:7, 76:10, 88:24, 92:7, 92:13, 92:15, 93:1, 93:4, 93:11, 93:18, 93:21, 94:10, 99:3, 100:15, 100:17, 100:22, 101:15, 101:18, 101:22, 102:1, 103:2, 103:5, 103:18, 104:1, 105:12, 105:19, 106:1, 111:9, 111:24, 112:2, 112:20, 113:1,

113:19, 113:25, 116:2, 116:6, 116:15, 116:19, 117:7, 117:22, 118:2, 118:7, 118:13, 119:12, 122:12, 122:22, 123:5, 123:15, 123:23, 124:4, 124:22, 125:14, 125:19, 126:2, 126:15, 128:4, 128:9, 128:12, 128:17, 128:19, 128:22, 128:24, 129:4, 129:6, 129:12, 129:15, 129:24, 130:2, 130:6, 130:9, 130:14, 130:17, 133:14, 133:22, 134:6, 134:15, 136:17, 136:23, 137:2, 137:7, 137:11, 137:22, 138:7, 138:15

**witnesses** [3] - 7:20, 46:8, 46:18
**WITNESSES** [1] - 2:1
**woman** [1] - 77:20
**won** [1] - 54:24
**wonderful** [1] - 46:17
**word** [6] - 7:3, 12:7, 35:9, 80:8, 80:9, 81:14
**words** [6] - 84:3, 108:23, 113:3, 113:4, 116:8, 120:11
**worker** [1] - 93:8
**workers** [2] - 94:19, 94:22
**works** [4] - 13:9, 20:5, 77:22, 124:2
**world** [1] - 10:10
**worried** [1] - 104:17
**worst** [2] - 67:1, 68:12
**wow** [2] - 98:1, 120:23
**wrapped** [1] - 5:7
**written** [1] - 120:4

# X

**XR** [6] - 16:13, 54:5, 58:14, 104:13, 104:14, 113:8

# Y

**year** [2] - 53:1, 53:4
**years** [12] - 54:3,
54:16, 54:20, 54:25, 55:20, 61:11, 68:25, 73:3, 77:14, 77:15, 77:19, 114:13
**yellow** [2] - 27:13, 36:5
**York** [2] - 1:17, 53:7
**young** [1] - 57:9
**yourself** [1] - 123:14

# Z

**zero** [2] - 71:10, 93:19