IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

– – –

GALDERMA LABORATORIES, L.P.  :  Civil Docket 21-CV-1710
and TCD ROYALTY SUB LP       :
                             :  Trial Day Two
            V.               :  Morning Session
                             :
LUPIN INC. and LUPIN LIMITED :  Civil Bench Trial

---

BEFORE THE HONORABLE STEPHANOS BIBAS

---

James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106
January 10, 2024 at 9:00 a.m.

APPEARANCES:

FOR THE PLAINTIFFS:   JEREMY A. TIGAN, ESQUIRE
                      Morris, Nichols, Arsht & Tunnell LLP
                      1201 North Market Street
                      P.O. Box 1347
                      Wilmington, DE 19899

FOR THE PLAINTIFFS:   GERALD J. FLATTMANN, JR., ESQUIRE
                      ANDREW J. COCHRAN, ESQUIRE
                      Cahill Gordon & Reindel LLP
                      32 Old Slip
                      New York, NY 10005

FOR THE DEFENDANTS:   WILLIAM A. RAKOCZY, ESQUIRE
                      JOSEPH T. JAROS, ESQUIRE
                      KATIE BODA, ESQUIRE
                      ADRIANNE C. ROSE, ESQUIRE
                      Rakoczy Molino Mazzochi Siwik
                      6 West Hubbard Street, Suite 500
                      Chicago, IL 60654

FOR THE DEFENDANTS:   MEGAN C. HANEY, ESQUIRE
                      Phillips, McLaughlin & Hall, P.A.
                      1200 North Broom Street
                      Wilmington, DE 19806

Bobbie J. Shanfelder, RDR, CRR
Official Court Reporter
Bobbie_Shanfelder@paed.uscourts.gov

(Wednesday, January 10, 2024 at 9:00 a.m.)

THE COURT:  Good morning, everyone.  Thank you for being here early.  Plaintiff has rested.  I have deferred the motions for judgment as a matter of law.  We've had all the video deps.  We have three live witnesses and we probably will not get through all of them, but I believe we were going to start with -- the defense was going to start with Mr. Makarand Avachat.

MR. RAKOCZY:  Makarand Avachat, Yes, Your Honor.

THE COURT:  Very good.  Any preliminary matters to take up before that?  It seems like your friend on the other side does.

MR. COCHRAN:  Yes, Your Honor.  We believe they will be offering into evidence through Mr. Avachat DTX-612.

THE COURT:  Could I see a copy of that?  Is it in the binders?  So there's one for me and one for the reporter and one for my law clerk.  Who prepared this document?

MR. COCHRAN:  Well, that's just the thing, Your Honor.  We don't know.  This came in on January 2nd, a week ago.  And we don't really know exactly what it is and it also came with a third-party declaration signed by someone in India, which we never heard of before.

We believe it might be -- we don't really know, but we believe it might be a correlation between scaling up from Lupin's developmental batches to their commercial batches that were submitted in their ANDA, and scaling back down to the late

produced litigation inspired batches that were produced after fact discovery.

THE COURT:  It's dated two weeks ago by a Suraj Datir.. So why is this -- Mr. Rakoczy, why is this being provided at such a late date?

MR. RAKOCZY:  If I could provide a little background, Your Honor?  It's pure rebuttal, so to reorient ourselves, the -- when the pH 4.5 theory arose in the case, Lupin didn't have any unexpired ANDA samples left, so they wanted to test the theory, so they manufactured the June 2023 samples.

THE COURT:  Right.

MR. RAKOCZY:  Then in Dr. Rudnic's August 2023 report, he didn't say much about them.  He acknowledged them.  He said they weren't ANDA batches, but that was about the extent of the criticism.  Then in his November 2023 deposition, he then added on some of the criticisms you heard yesterday about some differing process parameters.

THE COURT:  Right.

MR. RAKOCZY:  So this --

THE COURT:  Went through a long list of things that he says were different between the manufacturing process, the original and this.

MR. RAKOCZY:  Yes.

THE COURT:  When was the close of discovery?

MR. RAKOCZY:  I'm sorry?

MR. COCHRAN:  I believe the close of discovery, and I need to double-check that, was around April.

THE COURT:  And the close of expert discovery?

MR. RAKOCZY:  Dr. Rudnic was November.

MR. COCHRAN:  Dr. Rudnic was deposed on September 1st.

MR. RAKOCZY:  I'm sorry.  September, yes.

THE COURT:  Was deposed September 1?

MR. COCHRAN:  Yes.

THE COURT:  So he raises this in September.

MR. COCHRAN:  Exactly, Your Honor.

THE COURT:  All right.  And so why the delay from the beginning of September to the end of December?

MR. RAKOCZY:  Frankly, Your Honor, we weren't sure if Dr. Rudnic would be allowed to raise the issue -- the differing process parameters at trial because it was not in his expert reports.  It was just something he mentioned briefly in his deposition.  And so to prepare for trial, Mr. Avachat and his team prepared a chart summary.

THE COURT:  Would you agree that his mention of it was brief and not in the expert report?

MR. COCHRAN:  His mention of it was brief and not in the expert report, Your Honor.  But he talked about it extensively at his deposition.  And also remind Your Honor --

THE COURT:  I was asking whether his mention of it was brief at the deposition.

MR. COCHRAN:  No.  He talked about it extensively at his deposition.  And to Mr. Rakoczy's point about not knowing if it was going to be allowed at trial, remind the Court that Lupin submitted a motion in limine about supplemental opinions and said it would not be challenging any opinions that Dr. Rudnic said from September 1st and before.  Only anything after.  And he mentioned this September 1st.

THE COURT:  That's correct.

MR. RAKOCZY:  We did say in our motion in limine we wouldn't be challenging what Dr. Rudnic said in his reports or his deposition, but we did not say that we were waiving rebuttal rights at trial.

THE COURT:  I'm not going to allow the document in.  However, to the extent that Mr. Avachat has personal knowledge or knowledge through business records of the facts contained in here, he may testify about them.  If this is, in fact, even a present recollection refreshed or past recollection recorded, I will allow him to consult it.  But I'm going to require him to lay some foundation for how either he has personal knowledge of it or how it otherwise comes in through him in the ordinary course of his business, but I will not allow the document itself in.

MR. RAKOCZY:  Understood, Your Honor.

MR. COCHRAN:  Understood, Your Honor.  Thank you.

THE COURT:  All right.  Anything else before we get to

Mr. Avachat?

MR. RAKOCZY:  That was all Lupin had, Your Honor.

THE COURT:  Okay.

MR. FLATTMANN:  Nothing from Plaintiffs, Your Honor.

THE COURT:  All right.  Let's take Mr. Avachat's direct.  If it is, in fact, within the 60 minutes, we might get through the cross as well, but we will definitely get through the direct before the morning break and get through the witness this morning.  So please.

MR. RAKOCZY:  Thank you, Judge.  Lupin calls as its first live witness Mr. Makarand Avachat.

MAKARAND AVACHAT, called and sworn.

THE COURT:  Good morning, Mr. Avachat.  Am I saying it right?

THE WITNESS:  Yes.

THE COURT:  Please have a seat.  Are you based in India or here?

THE WITNESS:  India.

THE COURT:  When did you fly over?

THE WITNESS:  I came last week.

THE COURT:  That is a long flight.  Have you recovered from the jet lag?

THE WITNESS:  Yes.

THE COURT:  Please have a seat.

THE WITNESS:  Thank you.

THE COURT:  You had the pleasant experience of watching yourself on video deposition.  I always hate watching myself on tape.  My voice sounds different.  So thank you for being here in person.

MR. RAKOCZY:  Your Honor, may I approach with a witness binder?

THE COURT:  Yes.

MR. RAKOCZY:  May I proceed?

THE COURT:  Please.

DIRECT EXAMINATION

BY MR. RAKOCZY:

Q.   Good morning, Mr. Avachat.

A.   Good morning.

Q.   Please state and spell your full name for the record, sir.

A.   Makarand Avachat, M-A-K-A-R-A-N-D A-V-A-C-H-A-T.

THE COURT:  Do you have any middle name?

THE WITNESS:  Krishnakumar, K-R-I-S-H-N-A-K-U-M-A-R.

BY MR. RAKOCZY:

Q.   Are you here today, sir, as a representative of Lupin?

A.   Yes.

Q.   And did you help prepare any demonstrative slides to assist the Court with your testimony today?

A.   Yes.

Q.   Could we please have on screen DDX-3, Slide 3.  And are these the slides that you helped prepare, sir?

A.   Yes.

Q.   Let's look at DDX-3, Slide 2 on screen.  And you are currently employed by Lupin; is that correct?

A.   Yes.

Q.   What is your current position at Lupin?

A.   I'm working as executive vice president of pharmaceutical research and development.

Q.   And what are your current duties and responsibilities at Lupin?

A.   So I am responsible for overseeing the development activities of various formulations of various dosage products.

        (Reporter interruption for clarification.)

        THE WITNESS:  I am responsible for overseeing the formulation and activities of various products on dosage products.

BY MR. RAKOCZY:

Q.   And let's talk a little bit about your background.  Can you please describe your education, Mr. Avachat?

A.   So I did my Bachelor of Pharmacy way back in 1986 after which I went for the post graduation, that's Master of Pharmacy, which I finished in 1988.  And after completing my Masters of Pharmacy, I joined the pharma industry.  In fact, I joined Lupin in 1988.

Q.   And did your study of pharmacy involve the formulation of pharmaceutical dosage forms?

A.    Yes.

Q.    And what were your initial duties at Lupin?

A.    So I joined as training at Lupin and my responsibilities were to help develop the formulations.

Q.    And were you at Lupin the entire time?

A.    So I worked for Lupin for 6 years.  I had different responsibilities and I moved up the ladder.  After 6 years, I left Lupin and I joined another company called Lupus where I headed the R&D and I worked there for 8 years.  And then in 2002 I joined back Lupin as assistant director for the pharma research.

Q.    And then you worked your way up to the ladder to the head of R&D?

A.    Yeah, I moved various stages of growth in the organization.  I moved from assistant director to associate director and then to director, vice president, senior vice president, and now I'm working as executive vice president.

Q.    About how long have you been working in the pharmaceutical industry, sir?

A.    So all -- all my experience of more than 35 years is all associated with formulation activities of all kinds of dosage forms for all kinds of markets.

Q.    Let's talk a little bit about the ANDA product in this case. As executive vice president of pharmaceutical research and development, were you responsible for overseeing the development

Q.    of Lupin's 40 milligram doxycycline product?

A.    Yes.

Q.    And what was your role in developing that product?

A.    So I was involved from the conceptualization of the strategy of development to the development activity, the exhibit batches inclusion, various responses to the product.

Q.    When Lupin developed a drug product, does it record that development work?

A.    Yes.

Q.    Please turn to DTX-46 in your witness binder.

Can you please confirm this is part 1 of the pharmaceutical development report for Lupin's doxycycline product?

A.    Yes.

MR. RAKOCZY:  Your Honor, we move to admit DTX-46.

THE COURT:  Any objection?

MR. COCHRAN:  No objection.

THE COURT:  Admitted.

(Exhibit Number DTX-46 was admitted.)

BY MR. RAKOCZY:

Q.    Let's look at DDX-3, Slide 3 on screen.

And Mr. Avachat, is this a section from the Pharmaceutical Development Report at Page 10 of DTX-46?

A.    Yes.

Q.    And what formulation did Lupin design and test during

development?

A.    So Lupin had executed the formulation of doxycycline, which contained 55 percent of the immediate release pellets at 22 milligrams of doxycycline and 45 percent of delayed release pellets equaling to 18 milligram of doxycycline put together considering 40 milligram of doxycycline in the capsule.

Q.    And is that the same ratio of a current tentatively approved formulation of Lupin's product?

A.    Yes.

Q.    Why did Lupin --

THE COURT:  Can I just interrupt for a second?  There's a reference here to a anhydrous doxycycline.  Can I take it that all the references to the documents we've been talking about doxycycline had been anhydrous that Galderma's product, Lupin's product, all of the ones floating around, we're not talking about different kinds of doxycycline here?

MR. RAKOCZY:  To my knowledge we are not.

THE WITNESS:  You are absolutely right.  You are required to add equivalent component for the moisture.

THE COURT:  Okay.

BY MR. RAKOCZY:

Q.    Mr. Avachat, why did Lupin select the particular ratio of its composition?

A.    So Lupin had knowledge that Oracea has 75 percent of immediate release and 25 percent of delayed release, and Lupin

wanted to have a different formulation than the ratio composition.  And that's why Lupin decided to have 55 percent of the immediate release portion and 25 percent as the delayed release portion.

Q.   Is the ratio of 22 milligrams immediate release and 18 milligrams delayed release included on the label in the prescribing information for Lupin's product?

A.   Yes.

Q.   I would like to very briefly look at those two documents. Please turn to DTX-23 in your witness binder.

And can you confirm this is the label for Lupin's product?

A.   Yes.

MR. RAKOCZY:  Your Honor, move to admit DTX-23.

THE COURT:  So this is the label but there's also 200 percent enlarged version of it.  Any objection?

MR. COCHRAN:  No objection, Your Honor.

THE COURT:  Admitted.

(Exhibit Number DTX-23 was admitted.)

BY MR. RAKOCZY:

Q.   Mr. Avachat, we now have on screen DDX-3, Slide 4.  And is this a section from Lupin's label at Page 1 of DTX-23?

A.   Yes.

Q.   What ratio is reported on this label?

A.   So this label states that Lupin's capsule contains 22

milligram of immediate release pellets and 18 milligram of delayed release pellets of doxycycline, constituting 40 milligrams of doxycycline in an anhydrous form.

Q.    Let's take a look at the other document, the prescribing information.

THE COURT:  Before we go, just one side question. There's a reference in the patent to various excipients.  Does excipient include all of the other ingredients here or is there a technical definition or narrow subset of them?

THE WITNESS:  No.  When it is said excipients, it includes all the excipients used in the formulation.

THE COURT:  Excipient includes all these American ingredients here like the gelatin and the shellac and the sodium and the ammonium sugar spheres, all of those are excipients?

THE WITNESS:  Yes.

THE COURT:  Please go on.

BY MR. RAKOCZY:

Q.    Please turn to DTX-24 in your witness binder.

Can you confirm that is the proposed prescribing information for Lupin's product?

A.    Yes.

MR. RAKOCZY:  Move to admit DTX-24, Your Honor.

MR. COCHRAN:  No objection.

(Exhibit Number DTX-24 was admitted.)

THE COURT:  So the author of this Lupin collectively

people at Lupin drafted this and issued it to physicians and pharmacists?

THE WITNESS:  So Lupin compiled this prescribing information using the reference product information and submitted to the FDA.  FDA approves that prescribing information and then after commercialization the information is sent to the patients.

THE COURT:  It's sent to patients?  I presume pharmacists and physicians have access to this when deciding whether to prescribe?

THE WITNESS:  Yes.

BY MR. RAKOCZY:

Q.   Let's look very quickly at DDX-3, Slide 5 on screen. Mr. Avachat, is this a section from the prescribing information at Page 11 of DTX-24?

A.   Yes.

Q.   And what's the ratio identified here for Lupin's product?

A.   So here also it is the same ratio 22 milligram of immediate release pellets and 18 milligram of enteric coated pellets used in capsule to cause 40 milligram of anhydrous doxycycline.

THE COURT:  It says enteric coat.  Enteric is not necessarily the same as delayed release, is it?

THE WITNESS:  Actually, enteric coating is the means to achieve the delayed release.

THE COURT:  If you're going to have delayed release, you're going to use an enteric coating.  But is every enteric

coating delayed release?

THE WITNESS:  Yes.

MR. RAKOCZY:  You pre-empted my next question.

BY MR. RAKOCZY:

Q.   I was going to ask you.  You were in court yesterday, Mr. Avachat?  Were you in court yesterday?

A.   Yes.

Q.   Did you hear Dr. Rudnic say Lupin was being clever by including this enteric coated language in its prescribing information?

A.   I heard that.

Q.   Did Lupin include that language to be clever?

A.   No.  Actually -- actually, to me, it means both delayed release and it means safe.

Q.   Thank you, sir.

Let's turn to the next slide on screen which is DDX-3.7.

THE COURT:  Sorry to steal your thunder.

MR. RAKOCZY:  That's okay, Your Honor.  You saw where I was going.

BY MR. RAKOCZY:

Q.   Let's turn to DDX-3, Slide 7 on screen and this shows Page 7 of DTX-46.  And we're going to talk a little more about the process.

But to start us off, Mr. Avachat, how does Lupin ensure

that the ratio of its product includes 55 percent of immediate release pellets and 45 percent of the delayed release pellets?

A.    So during the manufacturing operation up to a stage of coating, which we can look at the manufacturing operation, the pellets are made as combined pellets and at that stage the pellets are subdivided.  55 percent of the pellets are kept as it is, as they are individual pellets.  And 45 percent of the pellets are taken for next stage of manufacturing where enteric coating is applied to the pellet to render them enteric coated.

            THE COURT:  And these are weights before the coating because after the coating the enteric coated ones are going to weigh more.

            THE WITNESS:  Yes.

BY MR. RAKOCZY:

Q.    Let's talk a little bit more about how Lupin manufactures the product.  Can you please turn to DTX-48 in your witness binder?

            Can you confirm this is the description and composition of the drug product for Lupin's ANDA?

A.    Yes.

            MR. RAKOCZY:  Your Honor, move to admit DTX-48.

            THE COURT:  Any objection?

            MR. COCHRAN:  No objection.

            THE COURT:  Admitted.

            (Exhibit Number DTX-48 was admitted.)

BY MR. RAKOCZY:

Q.   Let's look quickly at DDX-3, Slide 8 on screen, please.  And here we have sections from Pages 7 and 8 of DTX-48.

Can you briefly summarize for the Court the process stages that Lupin uses to manufacture its product?

A.   Yes.  So the manufacturing process of making the doxycycline capsule was five stage operations.  In that five stage operation the first stage is the sugar hardening stage, wherein the sugar spheres are taken and they are coated with hydroxypropyl methyl cellulose which is sprayed onto the pellets to harden these pellets.

And the purpose of doing this is to make the pellets strong enough to withstand the next stages of operation and they don't leave any kind of dusting in the operation.

Now after this stage, second stage is manufacture wherein the drug suspension along with the binder solution is applied onto the previously hardened sugar spheres.  And those sugar spheres, once the operation is completed, are called the drug loaded pellets.

The drug loaded pellets are taken to the next stage where the seal coating is done.  In this stage, HPMC coating is applied onto the drug loaded pellet to make them seal coated pellets.  Now at this stage, by weight the 55 percent pellets are kept aside and 45 percent of the pellets are taken for the next stage.

Now, in the next stage the enteric coating is performed wherein the enteric coating suspension is applied to the spraying methodology in equipment to get the enteric coated pellets.  Now, after completing this particular stage, the stage 3 pellets, which have the seal coated pellets, and the stage four pellets, which are enteric coated pellets are taken onto the capsule filling machine, which is to protect wherein one hand fills the immediate release pellets and the second hand with the enteric coated pellets into the capsule.

THE COURT:  But at that stage, how is it ensuring 55:45?  By volume, by weight?

THE WITNESS:  By weight.

THE COURT:  So it's figured out what the average weight is of the enteric coated portions?

THE WITNESS:  Yes.

THE COURT:  And adjusting it so that -- understood.

THE WITNESS:  Yes.  So that particular operation ensures because it's a two-head operation, it's not mixed.

THE COURT:  Right.

THE WITNESS:  So it's two-head operation, which ensures that each capsule gets 55 percent of immediate release pellets and 45 percent of the enteric coated pellets.

BY MR. RAKOCZY:

Q.   Let's turn to DDX-3, Slide 9 on screen, which is Page 119 of DTX-46.

We heard a little bit about this yesterday, but what is the percentage weight build up of the enteric coating on the delayed release pellets in Lupin's product?

A.   So we apply 18 percent of the weight to the pellets and the polymer weight based on the polymer weight.

Q.   And are all of Lupin's delayed release pellets manufactured in the same manner?

A.   Yes.

Q.   Now did Lupin select 18 percent for enteric coat weight build up in order to have a weak coat on the pellets?

A.   No.  I think no formulator develops a weak product.  We develop a product which is having absolutely strong coating, because see, this product has to withstand that test of two hours.  It's a pretty harsh condition.  And that's where the pellets have to withstand without releasing the contents in that medium.

Q.   Now, have you developed or made other pellets with coating weight percentages in that same range?

A.   Well, I have worked on several products which are enteric coated during my career.  And in fact, it's -- it's pretty -- pretty much common to get good enteric coated pellets in the range of 15 to 20 percent.

Q.   And are any of those other products you've worked on with coating, weight ranges in 15 to 20 percent range, have those been approved by the FDA?

A.   Yes.  Some of them are approved.  Some of them are -- those are commercialized.

Q.   So why did Lupin choose or decide to use an 18 percent enteric coat weight for its doxycycline product?

A.   So Lupin did not decide randomly at 18 percent.  In fact, 12 of the development Lupin has worked with different coat build ups and evaluated different coat build ups in the optimization side.  Also, wherein you are required by FDA to perform quality by design evaluation on your formulation to demonstrate.  And in that experiment, lessening the scale of experiment we have found that 18 percent is the absolutely enough build up required for getting a satisfactory enteric coating.  And that's how we arrived at 18 percent as the coat build up.

Q.   Would you add more coating just for the sake of adding more coating?

A.   In fact, we don't believe that we should load the patient with unnecessary polymer in the body given that the job can be done at 18 percent.

Q.   Let's turn to DDX-3, Slide 10 on screen.  And this is from Pages 9 and 10 of DTX-48.  And I'd like to focus on stage 1 sugar hardening and the stage 3 seal coating process.

In those two stages, does Lupin use methylene chloride?

A.   Yes, it is one of the solvent which is used in this process.

Q.   And why did Lupin decide to use methylene chloride in its manufacturing process?

A.   So I would say that this is the age-old most robust and commonly practiced non-aqueous solvent coating process.  This process has several advantages that this process is very fast, very time efficient.  You can -- you can do the coating at a reasonably low temperature.  And the most important reason why we chose this process was that the organic solvents are extremely volatile.  So removal of the solvent is actually very easy in comparison to the aqueous.  While it's thought that it's very difficult in aqueous, but in comparison aqueous, non-aqueous is much easier.  So the remaining solvent, organic solvent is much less in comparison to the aqueous.

THE COURT:  Can you talk about this slide that's up here?  Are we talking about the amounts that remain in the capsule after evaporation or reclaiming the excess solvent?  I'm trying to understand what these numbers here in the column indicate.

THE WITNESS:  These numbers are the solvents used to start with as a solution.

THE COURT:  Used to start with.  This is not the amount that remains in the capsule afterwards?

THE WITNESS:  No.

THE COURT:  So it says 124.  What units are these?  Milligrams?

THE WITNESS:  Yes.

THE COURT:  So you start with 124 milligrams, but

obviously you're not winding up with 124 milligrams.  Do you have a way of telling how much remains in the capsule afterwards?

THE WITNESS:  Yes.

MR. RAKOCZY:  You pre-empted my next line of questioning, Your Honor.

THE COURT:  Go on.

MR. RAKOCZY:  But yes, they do.  And I can go into that very shortly.  Now just a couple questions before we get there, Your Honor, if that's okay.

THE COURT:  Of course.

BY MR. RAKOCZY:

Q.    Mr. Avachat, did Lupin use methylene chloride in order to make a weak, thin, or incomplete enteric coating?

A.    I think -- I think I don't believe in that kind of theory.  And I already said that no formulator tries to make his product fail by making it weak.  In fact, I also would like to highlight here that these solvents are all completely removed.  So they have no role whatsoever on the next stage of operation.  It's the only HPMC which is applied as the coat which remains there.

Q.    Now I want to ask a similar question or related.  Did Lupin intend to make a weak coating by layering the enteric coating pellets with like and unlike layers or aqueous and nonaqueous layers?

A.    Again, I would simply answer that this aqueous, non-aqueous layers are -- at the time of applying the solution, but after

coating is applied, is the HPMC coat.  You apply HPMC coat as aqueous or whether you apply HPMC coat as non-aqueous.  The final coat is of HPMC and not of solvent.  Whether it is water or organic solvent, that gets evaporated completely in the process.

THE COURT:  Why are you alternating water soluble, I guess that's what you mean by aqueous and non-water soluble?  It's like the equivalent of putting latex paint, oil paint, latex paint, oil paint.  Why put the same thing in each layer?

THE WITNESS:  They thought -- I think -- I think it's a very -- to be very honest, with your permission, I can use the word -- that it's not like that.  Actually, HPMC dissolves both in aqueous or non-aqueous solvent.  So the resulting coat of HPMC, as in this case, is going to be same, whether you apply it using water or you apply it using organic solvent.

The only reason why we've done that to achieve the process efficiently.  At the end of the day, if you are to provide a cost effective medicine, you have to really look at every stage in terms of optimization.

THE COURT:  So why is it cost effective to go aqueous, non-aqueous, aqueous, non-aqueous?  Your stages alternate.

THE WITNESS:  No, it actually appears to be alternating.  It has no intention of keeping it alternate.  It's just like that the hardening of sugar, where there's no drug, there's nothing.  So we want to do it as quickly as possible so that your process time gets reduced.

THE COURT:  Oh, it's faster to do it that way.

THE WITNESS:  Yes.

MR. RAKOCZY:  I'm sorry, Your Honor.

BY MR. RAKOCZY:

Q.   Mr. Avachat, at Lupin, have you worked on other products where you did this type of layering with aqueous and non-aqueous coatings?

A.   In fact, as I said, the non-aqueous coating process, it is one of the most common and it's actually very robust process, if you ask me.  You perform the operation.  That's where it is robust.

Q.   But how many --I'm sorry.

A.   We have done it several times in our past..

Q.   Now, I want to get back to the Judge's question and I believe you answered this, but what happens to the methylene chloride used in the Lupin process?

A.   So methylene chloride gets evaporated during the operation of manufacturing.

Q.   And what happens to the methylene chloride as it evaporates in the process?

A.   So this methylene chloride, you know, so this operation is simultaneous operation.  The spray is applied and simultaneously the pellets are fluidizing.  And it's a constant inflow of air which carries the evaporated methylene chloride.  And to the exhaust that air is connected to a closed loop system to a

scrubber where there's water.

Now this air is passed through that scrubber where the methylene chloride gets condensed and gets trapped.  And then the rest of the air, which is processed, which is divided up and is then allowed to go out.

Q.    So is Lupin releasing methylene chloride into the atmosphere?

A.    No.

Q.    Now, would Lupin be able to perform its manufacturing process using methylene chloride in the United States?

A.    Yes.

Q.    Are there certain levels of methylene chloride that are permitted in pharmaceutical products?

A.    Absolutely, yes.

Q.    Now, has the FDA tentatively approved Lupin's product that uses methylene chloride?

A.    Yes.

Q.    Let's talk about the methylene chloride specification for Lupin's product.  Can you, please, turn to DTX-606 in your witness binder?

And can you confirm this is the justification of specifications from Lupin's ANDA, please?

A.    Yes.

MR. RAKOCZY:  Your Honor, move to admit DTX-606.

THE COURT:  So this is Lupin's drug products

specifications.  Any objection?

MR. COCHRAN:  No, Your Honor.

THE COURT:  Admitted.

(Exhibit Number DTX-606 admitted.)

BY MR. RAKOCZY:

Q.   Let's look at DDX-3, Slide 11 on screen.  And this is from Page 11 of DTX-606.  And what is the industry standard permitted daily exposure of methylene chloride for Lupin's product?

A.   So I seek guidance on the residual solvents that are permitted on any kind of product.  And as for that guidance, based on the maximum daily dose, the permissible daily intake is calculated.  And as for that, up to 24,000 PPM of methylene chloride can be allowed.  Why nobody allows in reality that level, but it technically can be present.  But Lupin had proposed to the agency a limit of not more than 3,000 PPM as against allowed limit of 24,000 PPM at the time of filing this ANDA.

Q.   And was that specification eventually lowered even further from there?

A.   So there were two rounds of discussion within Lupin and FDA.  And eventually after that discussion, based on the actual values FDA asked Lupin to tighten it and Lupin had agreed to tighten those limits to 2,000 PPM.

Q.   Would you look at DTX-604 in your witness binder?

THE COURT:  Before we go there, where is the PPM limit coming from?

THE WITNESS:  So the ICH guidance which --

THE COURT:  Who is ICH?

THE WITNESS:  International Conference and Harmonization which is --

THE COURT:  Okay.  So the International drug body that said environmental toxins says 24,000 PPM is recommended max.  You're working backwards assuming somebody is going to take one of these a day, 24,000 PPM that would be okay, but you're going to do one-eighth of that, just to be safe?

THE WITNESS:  To start with but then we eventually went further down to 2,000 PPM.

THE COURT:  Okay.  So I think he was going to take you to that next exhibit.  Let's go there.

BY MR. RAKOCZY:

Q.  Can you please confirm in your witness binder that DTX-604 is Lupin's response to the FDA's July 5th, 2022 complete response letter?

A.  Yes.

MR. RAKOCZY:  Move to admit DTX-604, Your Honor.

THE COURT:  Any objection?

MR. COCHRAN:  No objection.

THE COURT:  Admitted.

(Exhibit Number DTX-604 admitted.)

THE COURT:  Which page are we turning to?

MR. RAKOCZY:  We're going to look at DDX-3, Slide 12,

which is Page 4 of DTX-604.

THE COURT:  Okay.

BY MR. RAKOCZY:

Q.    Mr. Avachat, can you remind us?  What was the FDA's request regarding the specification for methylene chloride in Lupin's product?

A.    FDA asked Lupin to tighten the limits based on the actual results observed in the test product, and we honored that request and we tightened the limit to 2,000 PPM.  2,000 parts --

THE COURT:  Its' gone down from 24,000 to 6,000 to 1,500 in the left-hand column to 1,000 here.  So we're now at 1/24th.  4 percent.

THE WITNESS:  Yes.

BY MR. RAKOCZY:

Q.    And then let's talk about how Lupin tests for it and what actually shows up.

If we could, Your Honor?

And Lupin complied with the FDA request to tighten the specification?

A.    Yes.

Q.    And did Lupin, in fact, make this change to its finished product specification?

A.    Yes.

Q.    Can you please turn to DTX-124 in your witness binder and confirm this is, in fact, the finished product specification.

THE COURT:  Again, this is a specification ahead of time.  This is not retrospective testing.

MR. RAKOCZY:  Correct.

BY MR. RAKOCZY:

Q.   Is DTX-124 the finished product specification, Mr. Avachat?

A.   Yes.

MR. RAKOCZY:  Move to admit DTX-124, Your Honor.

THE COURT:  Any objection?

MR. COCHRAN:  No objection.

THE COURT:  Admitted.

(Exhibit Number DTX-124 was admitted.)

BY MR. RAKOCZY:

Q.   Before we look at DTX-124, Mr. Avachat, can you explain what is a finished product specification?

A.   So the finished product specification is the document which has been prepared by the manufacturer and submitted to the FDA which enlists all the tests which manufacturer intends to perform and the proposed limits which manufacturer intends to follow.

Now this document is eventually approved by FDA by the time of product approval.  And that becomes the limit for every test to perform for the product and competency to perform on the product.

Q.   If a product fails the finished product specification, can it be released and sold?

A.   No.

THE COURT: Fails it in terms of when you do sampling or quality control on batches as they come off the assembly line?

THE WITNESS: Yes.

THE COURT: And how frequently are you sampling these batches?

THE WITNESS: So every batch of the product, which is manufactured in the plant has to undergo this finished product testing every time. And if it passes all the tests, then only it is released to the market.

THE COURT: Okay.

THE WITNESS: Moreover, if every fourth test batches of product manufacture have to be kept on stability for all of shelf life and has to be periodically tested as for the specification. And even during the course of shelf life, if the product fails, the company has to recall the product.

THE COURT: Because of the possibility of decay over time. And you're using some kind of statistical formula to figure out how much sampling you have to do of the batches because there's going to be some kind of variation entailed in order to ensure that the batch as a whole complies?

THE WITNESS: Yes. Yes. There's a sampling plan, which is also approved so that the samples are picked up as a representative of the batch and those samples are analyzed.

THE COURT: Okay.

BY MR. RAKOCZY:

Q.   So let's look at DDX-3, Slide 13 on screen.  And this is a section from Page 2 of DTX-124.

Is this the finished product specification for methylene chloride?

A.   Yes.

Q.   And what is the limit?

A.   Not more than 1,000 PPM.

Q.   Is that the same limit Lupin proposed to the FDA?

A.   Yes.

Q.   Now if Lupin's product is tested and it is above 1,000 parts per million methylene chloride, can that product be released?

A.   No.

Q.   Let's talk about the testing Lupin actually does to evaluate methylene chloride.

Can you please turn to DTX-605 in your witness binder and confirm this is the method validation report for the methylene chloride test?

A.   Yes.

MR. RAKOCZY:  Move to admit DTX-605, Your Honor.

MR. COCHRAN:  No objection.

THE COURT:  Admitted.

(Exhibit Number DTX-605 was admitted.)

BY MR. RAKOCZY:

Q.   Let's look at DDX-3, Slide 14, which is from Page 14 of DTX-605.

And what is the limit of detection Lupin's methylene chloride tests?

A.    The limit of detection based on this validation report is 90 parts per million.

Q.    So does that mean Lupin's test can detect all the way down to 90 parts per million?

A.    Yes.

Q.    Now let's turn to the Certificate of Analysis and see what the results are for this test on the Lupin product.

THE COURT:  Below that, what's the limit of quantitation?  The very bottom of that page.  What does that mean?

THE WITNESS:  So there are two things.  When you have methodology, you have to establish that at what minimum level you can detect that particular component.  And another limit below in that which is limit of quantitation means, that about that limit you can quantitate that component in an assured manner so that's called a limit of quantitation.

THE COURT:  So you have some kind of reliable figure for the amount.  So there's going to be some amounts that you can detect above 90, but you are not going to have an accurate measurement of it unless it's above 80.

THE WITNESS:  Yes.  So in this case, the limit of detection is 90 parts per million and the limit of quantitation is at 180 parts per million.

THE COURT:  So if there were 120 parts per million in here, you would be able to tell it was there but you wouldn't be able to accurately measure the amount?

THE WITNESS:  So if it is 120 parts per million, then you can surely say that okay, there is methylene chloride which is above the limit of detection, but 120 parts per million could be 100, could be 140 also.  So you don't represent that value in your analysis.

THE COURT:  Once read at 180 or 200 are simply the measurement of the amount is pretty liable?

THE WITNESS:  Absolutely.

THE COURT:  Please go on.

BY MR. RAKOCZY:

Q.    Last, I would like to turn to the Certificate of Analysis for the testing of methylene chloride.

First for background, what is a Certificate of Analysis, also called a COA?

A.    So this is the document which is generated like we looked at specification.  Now the samples are returned to analyze as for the standard testing processes.  And the values are checked against the specification and a certificate is generated based on that.  About for every batch Certificate of Analysis is generated that's the document which talks about all those specifications and the values observed and there's a remark where the product passes or it fails.

Q.   Now, we heard a lot of the term exhibit batch yesterday and we're going to get to that more in a moment, but remind us, what is an exhibit batch, exactly?

A.   So exhibit batch is the batch which is manufactured using the same manufacturing equipment which a manufacturer intends to commercialize.  And there -- as per the statute, you are required to do three exhibit batches and the data has to be submitted to FDA.  All kinds of data has to be submitted for these batches to be for their review before they consider approval of the product.

Q.   All right.  Can you please turn to DTX-25 in your witness binder and confirm that this contains the Certificates of Analysis or COAs for Lupin's exhibit batches?

A.   Yes.

         MR. RAKOCZY:  Move to admit DTX-25, Your Honor.

         THE COURT:  Any objection?

         MR. COCHRAN:  No objection.

         THE COURT:  Admitted.

         (Exhibit Number DTX-25 was admitted.)

BY MR. RAKOCZY:

Q.   Let's look at DDX-3, Slide 15 on the screen.  And in particular, this is from Pages 3, 10, and 17 of DTX-25.

         And do these documents contain the methylene chloride results from the testing on Lupin's exhibit batches?

A.   Yes.

Q.   And was methylene chloride detected in any of Lupin's ANDA

Q. product?

A. No.

Q. So all of the exhibit batches would contain less than 90 parts per million methylene chloride; is that correct?

A. Yes, you can integrate it that way.

Q. I'd like to move on to a different topic. Let's talk about the ANDA product samples that Lupin manufactured in May of 2023 that the parties have been referring to as the June 2023 samples.

Do you understand, Mr. Avachat, that the data from the June 2023 samples was not submitted to the FDA?

A. Yes.

Q. Do you understand that the June 2023 samples were manufactured for rebuttal testing for this case?

THE COURT: You know how to ask non-leading questions.

MR. RAKOCZY: I do, Your Honor. I was just trying to move it along.

THE COURT: I understand.

MR. RAKOCZY: Withdrawn --

THE COURT: That one is fine, but basic trial practice going forward.

MR. RAKOCZY: Absolutely, Your Honor.

BY MR. RAKOCZY:

Q. Mr. Avachat, did you manufacture an additional batch of capsules with data that was not provided to the FDA?

A. Yes.

Q.   And was that batch, which I will call the June 2023 samples, was it the same size as the ANDA exhibit batches?

A.   No.

Q.   What was the size of the June 2023 batch?

A.   So the batch -- that batch was 6,000 capsules.

Q.   And what was the size of the ANDA exhibit batch?

A.   That was 230,000 capsules.

Q.   Now were the June 2023 samples, the 6,000 capsule batch, were those manufactured using the same process stages as the ANDA exhibit batches?

A.   Yes.

Q.   Were the June 2023 samples manufactured using the same ingredients and amounts?

A.   Yes.

Q.   And let me back up.  Let me finish that question.

         Were the June 2023 samples manufactured using the same ingredients and amounts as the ANDA exhibit batches?

A.   Yes.

Q.   Did Lupin make any changes to any of the process parameters when it manufactured the June 2023 samples?

A.   So you know when you change the scale of the batch, you have to adjust certain scale parameters, but you can operate in an operating range, which has been previously approved and Lupin did those changes for manufacturing this small batch with the scale-up parameters.  And using the guidance of scale-up and

scale-down parameters, we arrived at the parameters and within those parameters we operated this batch. So I would say that in that sense, both the exhibit batch parameters and the equivalent of parameters for the smaller batch were adopted.

THE COURT: Could I ask you? There's a whole bunch of parameters that use equipment number, equipment capacity. Obviously the batch size is different. Percentage of weight build-up, product temperature. Which of those things have to change when you're doing a small batch and which of those things didn't have to change? Did they stay the same or not?

THE WITNESS: So there are essentially this small batch operation there are essentially two parameters, which are done as an acceptable scale-up parameters.

THE COURT: Say those again.

THE WITNESS: So they are several parameters which have to be followed for manufacturing of the batch.

THE COURT: Right.

THE WITNESS: Now there are only two parameters in this operation which are scale-dependent parameters.

THE COURT: Atomization, air pressure, air flow, and spray rate?

THE WITNESS: Absolutely.

THE COURT: For the other ones that are not scale dependant, did they stay the same for this batch?

THE WITNESS: So they -- like the equipment, the

equipment would change.

THE COURT:  Right.

THE WITNESS:  But that's the equipment given.  But there's nothing like parameter, so in that sense they remain the same or in that sense they don't contradict, I will say.

THE COURT:  So you have no reason -- do you have any reason to think that inlet temperature of the exhaust temperature of the column height was different?

THE WITNESS:  No, those are the parameters used for only monitoring.  You don't have any obligation of those parameters having impacted the product.

THE COURT:  Pellet fraction, absolute humidity?

THE WITNESS:  No.

THE COURT:  Product temperature?

THE WITNESS:  No.

THE COURT:  Percent weight build up?

THE WITNESS:  That is to be constant.

THE COURT:  That's constant?

THE WITNESS:  It has to be same if the batches are considered equal.

THE COURT:  The equipment number and equipment capacity the same?

THE WITNESS:  Those are changing because of the batch size.

THE COURT:  Those change because of the batch size.  So

those are actually scale dependent?

THE WITNESS:  Those are -- those are -- I will say that suitable for that batch size.

THE COURT:  What is IPA, DCM, HPMCE 5?

THE WITNESS:  So IPA is a short form of isopropyl alcohol.  DCM is a short form of dichloromethane.

THE COURT:  So the ratios of these things, is that staying basically the same?

THE WITNESS:  Absolutely the same.

THE COURT:  I thought I would cut through what would have taken you a lot longer.

MR. RAKOCZY:  You did, Your Honor.  You preempted it, so I will have a very short section on a 1006 summary just on the stages and ingredients.

THE COURT:  Sure.

MR. RAKOCZY:  So I will move past the process parameters.

Can you please turn to DTX-86 in your witness binder and confirm this is the batch record for the June 2023 samples?

I won't be going through that document, Your Honor.  I have a 1006 summary.

THE COURT:  Sure.

THE WITNESS:  It is 86 you said, correct?

MR. RAKOCZY:  DTX-86, yes.

THE WITNESS:  Yes.

MR. RAKOCZY:  Move to admit DTX-86, Your Honor.

THE COURT:  Any objection?

MR. COCHRAN:  No objection.

THE COURT:  Admitted.

(Exhibit Number DTX-86 was admitted.)

BY MR. RAKOCZY:

Q.    For the Court's convenience, Mr. Avachat, did you help prepare charts comparing the ingredients and process stages used to make the exhibit batches with the ingredients and process stages used to make the June 2023 samples?

A.    Yes.

Q.    And in helping create those charts, did you review the DTX-48, the description and composition of drug product from the ANDA and DTX-86, the batch record for the June 2023 samples?

A.    Yes.

Q.    And did you confirm the information in the charts I'm about to show you as accurate?

A.    Yes.

Q.    Let's look at DDX-3, 25 on screen.  What is the first process stage that was used to manufacture the exhibit batches in the June 2023 samples?

A.    So the first stage by and large was for exhibit for the June 2023 batch, was the sugar hardening stage.  And as we can see on the screen, the composition was identical between the exhibit batch and the June 2023 batch.

Q.   Staying on screen, what was the second stage in process for making exhibit batches and making the June 2023 samples?

A.   Second stage is the drug loading stage.  Now in the second stage also, if you look at it, the quantities of active, because active is coming into the picture here and the quantities of excipients are identical within the exhibit batch and the June 2023 batch.

Q.   Let's turn to DDX-3, Slide 26 on screen, please.

And what is the third stage in the process for making the exhibit batches and the June 2023 samples?

A.   So this is the stage where the seal coating is done.  Now both for exhibit batch and for June 2023 batch, the amount of pellets taken for this coating and the amount of HPMC and the solvents system used for coating for both the batches is identical.

Q.   And let's turn to DDX-3, Slide 27.

A.   I would like to add one more thing because the Honorable Judge had asked the question here.  If we -- if we go back to the slide, this is the part where we strip the pellets in terms of quantity.  And it's 99 milligram.  But when we actually build the product, because the coating is applied, it becomes higher in quantity.  So at this stage, as a percentage of this weight it is taken.

THE COURT:  Right.

BY MR. RAKOCZY:

Q.    Let's go to DDX-3, Slide 27 on screen.

What is the fourth stage, process stage for making exhibit batches and June 2023 samples?

A.    So this is the enteric coating stage operation.  The seal coated IR pellets are taken here in the same amount and exactly at enteric coating build-up as a composition and as a quantity is applied for both the batches, exhibit as the June 2023 batch.

Q.    What was the percentage weight build up for the enteric coating on the exhibit batches and the June 2023 samples?

A.    So the percentage was 18 percent.

Q.    Let's quickly turn to the last stage, DDX-3, Slide 28.

What is the fifth stage for the exhibit batch and the June 2023 samples?

A.    So this is the final stage of the operation.  Now here we can see that the 125 milligram of enteric coated.  It is amounted to only 45 percent, but because there's a higher coat and higher in quantity, they are less in percent.

THE COURT:  Right.  The gross weight is higher but the net weight is still 45 percent?

THE WITNESS:  Exactly.  Exactly.

MR. RAKOCZY:  Your Honor, move to admit DTX-613, which are the charts from Slides 25 to 28 that we just looked at as summary exhibits under Federal Rule of Evidence 1006.

THE COURT:  Any objection?

MR. COCHRAN:  No objection.

THE COURT:  608 you said?  Which number was this?

MR. RAKOCZY:  DTX-613.

THE COURT:  613.

MR. RAKOCZY:  Is the 1006 summary.

THE COURT:  It will be admitted as summaries.

(Exhibit Number DTX-613 was admitted.)

MR. RAKOCZY:  Thank you, Your Honor.

BY MR. RAKOCZY:

Q.   To summarize, Mr. Avachat, were the June 2023 samples manufactured using the same five process stages as the ANDA exhibit batches?

A.   Yes.

Q.   And with the same ingredients and amounts?

A.   Yes.

Q.   Can you please turn to DTX-85 in your witness binder?

And confirm, is this the Certificate of Analysis for the June 2023 samples?

A.   Yes.

MR. RAKOCZY:  Your Honor, move to admit DTX-85.

MR. COCHRAN:  No objection.

THE COURT:  Admitted.

(Exhibit Number DTX-85 was admitted.)

BY MR. RAKOCZY:

Q.   Let's look briefly at DDX-3, Slide 29 on screen.  This is a section from Page 2 of DTX-85.

Mr. Avachat, did Lupin perform dissolution testing on the June 2023 samples?

A.   Yes.

Q.   And what were the results of the acid stage?

A.   So the acid dissolution was 54 percent.

Q.   And is this similar to the dissolution results for the exhibit batches?

A.   Yes.

Q.   Sir, do you have any reason to believe that the June 2023 samples are not representative of Lupin's product?

A.   No, I don't have any reason to believe that.

MR. RAKOCZY:  Pass the witness, Your Honor.

THE COURT:  Okay.  Unless anyone needs a break, let's go to cross.

CROSS-EXAMINATION

BY MR. COCHRAN:

Q.   Hello, Mr. Avachat.  Nice to see you again.

A.   Yes.

Q.   So Mr. Avachat, do you agree that the new batch that you just spoke of appears nowhere in your ANDA; right?

A.   Yes, it's not part of the ANDA.

Q.   Right.  And there is no data about that batch in your ANDA; right?

A.   Yes.

Q.   The FDA actually has no idea that that batch exists; right?

A.   Yes.

Q.   And Lupin did not do any bioequivalence testing on that batch; correct?

A.   I would say yes that it's no bioequivalence testing has been done, but you don't need to do bioequivalence testing for every batch.  And we have not done it for that batch.

Q.   Right.  You haven't done any bioequivalence testing for that batch; correct?

A.   Yes.

Q.   Now you mentioned that Lupin's manufacturing process was the basis for Lupin's ratio; right?

A.   Which ratio?

Q.   The ratio of immediate release enteric coating pellets?

A.   No.  Can you repeat the question?  I didn't get the question.

Q.   I believe you testified earlier that the manufacturing process was a basis for the ratio between Lupin's immediate release pellets and enteric coated pellets; is that right?

A.   No.

Q.   It's not.  One more question, Mr. Avachat.  Is methylene chloride more expensive than water?

A.   Sorry?

Q.   Is methylene chloride more expensive than water?

A.   Yes.

Q.   And Lupin doesn't collect the methylene chloride for reuse

in its manufacturing procedures; right?

A.   We don't reuse that methylene chloride.

THE COURT:  Since counsel brought up the subject of cost and since you were mentioning on direct the role of speed, talk to me about the economic values of speeding up the assembly line and the drying process by using a non-aqueous solvent versus the cost of the solvent.

What's the trade off there?  On balance, is it more economical just to be able to make more pills at a slightly higher cost?

THE WITNESS:  I would say that in the financial term probably the aqueous would be more economical than --

THE COURT:  It would be cheaper?

THE WITNESS:  Absolutely.  There's no argument around that.  That only thing is that it's -- in fact, we found that it's much safer from the perspective of removal of the residual solvent, you know, because then we are applying the seal coat.

Now that spray, we don't want that seal coat to have, you know, any kind of doubts of residual solvent.  And we thought when we were developing the product, it's more tedious because it has more affinity to water.  Whereas the organic solvent is much more easier.  So we took that safer road while there were certain advantages of manufacturing time and all that and from the economic perspective it was not what they wanted, but we eventually turned it off.  .

THE COURT:  Maybe this is a very lay question.  Any time you buy a medicine, there are always those silicone drying agents and blocks, cotton and other things in the bottle.  Is that because moisture is going to degrade the shelf life or efficacy of the drug in many cases?

THE WITNESS:  Yes.  Many, many drug molecules are very sensitive to the moisture.  And this has some kind of ability so in order to protect the drug content, those kind are called desiccant we are having to put in the bottle so that you protect the shelf life.

THE COURT:  Go on.

MR. COCHRAN:  Thank you, Your Honor.

BY MR. COCHRAN:

Q.    Can I take you to DTX-85 in your book you have in front of you.

And this -- to reorient ourselves, is the finished product test report for that batch manufactured in May of 2023; right?

A.    Yes.

Q.    And this batch was manufactured at Lupin Research Park in Pune, India; right?

A.    Yes.

Q.    Did you personally manufacture this batch?

A.    My scientist did.

Q.    But you didn't do it personally; right?

A.    No.

MR. COCHRAN:  I have binders I would like to hand up. May I approach, Your Honor?

THE COURT:  Yes, please.

BY MR. COCHRAN:

Q.    Take you to Tab 3, sir.

THE COURT:  This appears to be another version of the exhibit we saw in direct.

MR. COCHRAN:  You're right.  I can find that version.

THE COURT:  Doesn't matter.  I've got your version in front of me.

MR. COCHRAN:  But I do believe you're right.  It's the same version.

BY MR. COCHRAN:

Q.    Can you explain to me what this is, Mr. Avachat?

A.    This is the Certificate of Analysis for the finished product of doxycycline 40-milligram capsules.

Q.    How many capsules was manufactured in this batch?

A.    230,000 capsules.

Q.    And the batch number is M-090254; right?

A.    Yes.

Q.    And this is a batch that appears in Lupin's ANDA; right?

A.    Yes.

Q.    And the data for this batch also appears in Lupin's ANDA?

A.    Yes.

Q.    Take you to Page, I believe it's 4.  It has Bates Number ending in 3314.

A.    Yes.

Q.    If we're on the right page, you should see a remarks box towards the middle of the page.

A.    Yes.

MR. RAKOCZY:  Your Honor, I apologize to interrupt.  I didn't catch it.  There's no exhibit number on this.  This -- I just want the exhibit number.  That's all.

THE COURT:  I'm following in the version in the binder, but let's correlate with the exhibit number that we were just looking at on Makarand Avachat's direct.  Those exhibits were 25, DTX-25, so this is the page that's Bates Number LDOX-330 -- it's 3314.  I see it.  So it's LDOX-3314 and under that was DTX-025.001.  So if that is the same page.  I don't care which version you use.  I think we are looking at the same page.

MR. COCHRAN:  It's actually a different version, Your Honor, but I can use this for the time being.

THE COURT:  The version in yours has a blue ink, looks like it was copied in color.  But the text on the pages is the same, so whichever you prefer.  Go ahead.

MR. RAKOCZY:  I have no objection to either one, Your Honor.  I just want to be able to identify it in the record later.

THE COURT:  Yes.  So for the record, this is what you

had as DTX-025.  Bates number LDOX-003315.

MR. COCHRAN:  Correct.  I can use for the time being DTX-025 what -- that was part of his direct.

THE COURT:  Yeah, it also bears the stamp DTX-25.011.

MR. COCHRAN:  For bit of clarity, Your Honor, this is actually to a different batch.  But I can ask my questions with this one as well.

THE COURT:  Where is the batch number?

MR. COCHRAN:  Up at the top of the first page.  I was asking about batch number ending in 54.  This is for batch 53.

THE COURT:  No.  I'm looking at --- the one I am looking at ends in MO -- MO909254.

MR. COCHRAN:  Oh, I see.  Maybe I have the wrong -- well sorry about that, Your Honor.

THE COURT:  Go ahead.  Ask about that batch.  We're talking about the same batch.

BY MR. COCHRAN:

Q.   Let's go to DTX-025, fourth page.  Start where I was.

THE COURT:  You're going back to the --

MR. COCHRAN:  This is now a different batch.

THE COURT:  Fourth page.  That's the batch pending in 0253.

BY MR. COCHRAN:

Q.   Let's go to DTX-0250011.

THE COURT:  That's the batch ending in 0254.

BY MR. COCHRAN:

Q.   What I would like to ask you, Mr. Avachat, is in the remarks section that this batch, M090254 is applicable for the packaging batch M-190018, M-190019, and M-190020; right?

A.   Yes.

Q.   Are those sub batches of this larger batch?

A.   So this is the parent batch which is manufactured as these capsules.  All those capsules are filled into bottles, so this batch number was for those bottles.

Q.   But it's all the same batches identified by different?

A.   Yes, batches 0254.

Q.   And at the bottom of this page, as well as every other page in this batch record, the footer at the bottom says, Lupin Limited; right?

A.   Yes.

Q.   And it has an address for the plant in Nagpur, India; right?

A.   Yes.

Q.   And that's where this batch was manufactured; right?

A.   Yes.

Q.   And Nagpur, India is not the same city as Pune, India, is it?

A.   No, they are different cities.

Q.   They're different cities.

     And they use different equipment at each facility to manufacture their batches; right?

A.    So this batch is manufactured with the equipment which is all contents used in the ANDA.

Q.    Sorry, I didn't catch that.

A.    All the contents of manufacturing equipment for ANDA manufacturing process following the batch is given in India.

Q.    Understood.  But Lupin doesn't move equipment from one city to the next.

THE COURT:  You've made your point.  This was made in a different city and we can talk about what that -- what parameters were kept the same and what were different, but it was made at a different facility.

MR. COCHRAN:  Understood, Your Honor.  I will move on.

BY MR. COCHRAN:

Q.    Let's go to Tab 5 in the book that I had provided to you, sir.

THE COURT:  I thought this was the exhibit to which you objected and didn't want it admitted in and now you are taking him to it.

MR. COCHRAN:  We're going to maintain our objection, Your Honor, and we're going to -- I will pass the witness.

THE COURT:  Okay.  That's fine.  I mean, you can ask about the topics in here, but it does seem like if you kept it out that it's not the document itself, it's the subtopics.  If you want to talk about the spray rate or the inlet temperature or the batch size, you're welcome to.  I just was noting the

document itself is not in and I have kept it out at your request.

MR. COCHRAN:  Understood, Your Honor.

THE COURT:  All right.  Mr. Rakoczy?

MR. RAKOCZY:  No further questions, Your Honor.

Mr. Avachat, thank you for traveling here today and testifying.

THE COURT:  All right.  You are excused.

Now my understanding is the next witness, Ms. Gray, for 45-minute direct and then cross.  Do you guys prefer to take our morning break now?  Let's take our morning break now.  Let's take our lunch break after Ms. Gray.  Is 10 minutes enough?

(Break from 10:13 a.m. to 10:23 a.m.)

THE COURT:  Are we ready to proceed to Ms. Gray?  Any preliminary matters before we get to her?

MR. JAROS:  We're ready to call her, Your Honor.  I think Plaintiffs may have an issue or two.

MR. FLATTMANN:  Your Honor, there are a few of these demonstrative exhibits that as we said yesterday are a bit cartoonish, but we're not going to object to those on that basis. They're simply demonstratives.

THE COURT:  I will take that under advisement and, you know, some of the figures, things may not be to scale.  I won't presume that they are unless there's a foundation laid for that.

MR. JAROS:  Lupin calls Ms. Vivian Gray.

VIVIAN GRAY, called and sworn.

THE COURT:  Good morning, Ms. Gray.

THE WITNESS:  Good morning.

MR. JAROS:  May I proceed, Your Honor?

THE COURT:  Go ahead.

DIRECT EXAMINATION

BY MR. JAROS:

Q.    Good morning, Ms. Gray.

A.    Good morning.

Q.    Please state your name.

A.    Vivian Gray.

Q.    Did you help prepare slides to support your testimony today?

A.    Yes, I did.

Q.    We have DDX-4 on the screen.  Are these your slides?

A.    Yes, they are.

Q.    Can you explain your academic experience, please?

A.    So I received a Bachelor of Science degree from Mary Washington College, which was the woman's extension of the University of Virginia with a major in chemistry.

THE COURT:  Did you do any graduate work there?

THE WITNESS:  Not there.  I did some -- took some graduate courses, but I did not have a graduate degree.

THE COURT:  Where?

THE WITNESS:  At Mary Washington.

THE COURT:  At Mary Washington.  So Master's level chemistry classes?

THE WITNESS:  Yes, I did.  Advanced organic chemistry, things like calculous, things like that.

BY MR. JAROS:

Q.    Let's walk through your industry experience.  Please start with USP.

A.    So I worked at USP for over 23 years and the USP as we said yesterday stands for the United States Pharmacopeia.  And this is the standard setting organization for the pharmaceutical industry.

The USP provides dissolution chapters and tests which are legally enforceable standards.  And the FDA uses these standards for guidance and for their enforcement.  So I began USP and my work at USP began as a bench chemist.  I've worked in the USP laboratory.  During that time, I did many tests but the majority of my testing was dissolution testing.

Then I became supervisor of methods group in the USP lab.  We -- I supervised I don't know how many chemists, maybe two or three chemists.  And we -- our main task was to develop or evaluate existing dissolution methods.

And then my last position at USP for about 8 years, I was a scientific liaison to the expert USP Volunteer Committee on Dissolution.  This expert volunteer committee on dissolution approved the dissolution standards that went into the compendial.

Along with this committee, I also interacted with FDA and industry in this position.  And our main task was to review

existing chapters or revised chapters. The -- after -- let's see. I think I've -- I covered everything.

The -- the expert committee, the USP expert committee is a volunteer committee. They make -- like I said, they make the decisions as to what is approved. It goes into the USP. And after I left USP, I was elected to be on that committee. And I'm still on that committee to this day.

Q. Very good. Can you describe your experience at Dupont Merck?

A. At Dupont Merck, I was the head of the dissolution group in the R&D department. I supervised over 13 analysts. Our task was to do the dissolution testing which included method development, method validation, stability testing. And one of our major tasks was to always troubleshoot any methods where there was high variability or problems like that.

Q. How many years of experience do you have with dissolution testing?

A. I have over 40 years.

Q. And in those 40 years, about how many dissolution results have you evaluated?

A. Several hundred a year, so well over a thousand dissolution results.

Q. In your consulting to the pharmaceutical industry, do other experts consult you about dissolution methods and results?

A. Yes, they do. That's the nature of my business.

Q.    Do you have publications about dissolution testing?

A.    Yes, I have numerous publications and presentations.  I have given -- including about seven book chapters on dissolution.  And I coauthored a book on dissolution called The Handbook of Dissolution Testing.

Q.    And what are your current positions?

A.    I am currently president of V.A. Gray Consulting and this is a consultancy that consults with the pharmaceutical industry, including both the generic and the brand companies.  My main work is that I work with these companies.  Nowadays it's to help them develop methods that will be approved by the FDA or if they've had trouble with their methods being approved by the FDA, I'm called in to help them revise these methods.

        I'm also -- one of my functions is to have -- I'm brought in many times when people are having trouble with their data, their -- you know, they need somebody to troubleshoot with them and figure out the causes of any issues that they have.  And this is what I've been doing for most of my consulting career is to help analyze data and figure out what's going wrong, if there's some fault in the data.

Q.    So currently employed full time working with the pharmaceutical industry and dissolution methods?

A.    Yes, I am.  It is a full-time job.

Q.    Please turn to DTX-611 in your binder.

A.    One more thing is that I'm managing director and research

editor of Dissolution Technologies which is a journal that is a peer review journal on dissolution issues.

Q.   A whole journal about dissolution testing?

A.   That's right.

Q.   Very good.  Got it.  Please turn to DTX-611 in your binder.

Is that your current CV?

A.   Yes, it is.

MR. JAROS:  Your Honor, we move to admit DTX-611 and proffer Ms. Gray as an expert in dissolution testing and pharmaceutical compositions.

THE COURT:  Any objection?

MR. FLATTMANN:  No, Your Honor.

THE COURT:  And there was no Daubert motion or anything on Ms. Gray?

MR. JAROS:  No, Your Honor.

MR. FLATTMANN:  No, Your Honor.

THE COURT:  She will be -- Exhibit 611 is admitted and Ms. Gray will be accepted as an expert on dissolution.

(Exhibit Number DTX-611 was admitted.)

BY MR. JAROS:

Q.   Let's turn to your opinions.  Slide 5.

Can you provide a summary?

A.   So the summary of my opinions is that Lupin uses a standard two-stage dissolution test method.  Lupin's product releases 55 percent doxycycline at pH 1.1 as confirmed by ARL.  And ARL is an

independent testing laboratory located in Oklahoma.

Lupin's product releases -- release product profile at pH 1.1 is substantially different than that of Oracea and in Figure 3 in the patent.

Dr. Rudnic's reliance on Lupin's pH 1.1 to pH 4.5 data is flawed as shown by ARL's testing at pH 4.5.

Q.    Let's start with Lupin's method.  What is shown on Slide 6?

A.    So this is a -- these are several methods and these are the methods that were used for the doxycycline test.  And these methods came from the asserted patents, the Galderma 516 patent, the Oracea NDA patent -- excuse me, the Oracea NDA method.  The FDA, which is -- this came from the recommended method that's in the FDA data, database on dissolution methods.  Lupin's ANDA and the ARL method.

Q.    And we will look at the details later.  What conclusion did you draw from this table?

A.    That Lupin uses the industry standard test method.

Q.    Let's go to how Lupin's product releases.

What is shown on Slide 7?

A.    So what is shown here is the Lupin product average release for batches and the Oracea average release for their batches, their three batches each.  The data either goes from 30 to 60 to 120 minutes.  For the Lupin product, it is around 55 percent. For the Oracea product, it is around 75 percent.  And this is all the data at pH 1.1.

Q.   And we will look at those details as well.  What is shown on Slide 8?

A.   So this is the patent Figure 3 and these are the dissolution curves in the patent.  The patent is represented by the black lines and the Lupin exhibit batch is represented by the green lines.

And you can see that there is a significant difference between the Lupin batch and the patent.  And the Lupin data is around 55 percent released and the patent data is around 75 percent released.  And they are substantially different.

Q.   Ms. Gray, we've seen these several times.  Are you the person who plotted both the black and green data?

A.   Yes, I did.

Q.   You mentioned Figure 3 from the patents.

What is shown on Slide 10?

A.   So this is the Example 3 and the Figure 3 from the patent. And the patent describes that the dissolution in vitro dissolution testing is used in the patent.

Q.   What is shown on Slide 11?

A.   So this is the in vitro dissolution equipment.  You see on the right this is a photograph of the dissolution equipment. This is the tester what we call the dissolution tester.  The very big box at the top is the drive unit that operates the shafts so that they rotate the paddle on the shaft.  Rotate the sort of water bath that you see where it is housing the vessels is a

water bath that's maintained at around 37 degrees centigrade or 98.6 degrees Fahrenheit, which is body temperature.

It has multiple vessels in there.  So if we take -- if we just go over to the left-hand side, this is a diagram of the dissolution vessel.  The vessel is filled with liquid, which we call dissolution medium.  And the capsules -- well, let's see and the dissolution vessel is in the bath that's heated at 37 degrees centigrade so the medium is also heated at 37 degrees centigrade.

The medium, in this case, it's in blue.  We referred to pH 1.1 many times so far, so we can assume maybe that would be the medium in there.  The capsule is dropped into the vessel.  And then the paddle rotates and the dissolution begins.  As the dissolution continues, we take samples over time.  In this case, it was 30, 60, and 120 minutes.

Q.    You mentioned middle of that apparatus and the paddles extending beneath it.  Does that go up and down?

A.    The paddle, yes, it does.  And you can see that on the right the paddle is down in the vessel.  And when you perform some operations, especially the pH change, the paddles go up.

Q.    What is shown on Slide 12?

A.    So this is the two-stage dissolution method.  The first stage is acidic medium pH 1.1.  Simulated fasted gastric fluid. The process is, as again, you drop the capsule in there.  You start the paddle rotating at 75 RPM and the first, the IR pellets dissolve.  And you can see that -- and this is -- the time scale

on the bottom is just merely to tell you how long these stages are. They're not to be --

THE COURT: So there's no grinding going on. This is not through pressure. This is entirely through the effect of the pH liquid?

THE WITNESS: Exactly.

THE COURT: Okay.

THE WITNESS: You know, you can see in the second vessel where the capsule is emptying and the capsule takes about 5 minutes to dissolve. And then the contents, all the pellets are emptied and over time the 30, 60, 120 minutes, this -- the IR pellets dissolve.

And then this dotted line represents the pH change where you go from pH 1.1 to pH 6 in this case. And what this takes is the addition of -- and you can see the level in the vessels on the right-hand side and Stage 1 the level is around 750. And then you add 200 of this high pH solution and it goes up to 950.

In the second stage, the buffer solution is at 6.1 and 6.0 and it's simulated intestinal fluid. And at this stage, the pH is high enough to erode the delayed release coating and the coating dissolves. The coating dissolves and releases the pellets and they dissolve.

BY MR. JAROS:

Q. We can see this is a two-stage method. I believe you

touched on this.

What is the purpose of a two-stage dissolution method?

A.   So the first stage is -- the purpose of it is to challenge the DR pellets to be sure they don't release anything in the acid stage.

And then the second stage is to actually -- and the IR pellets dissolve in the first stage.  At least that's what they're supposed to do.  In the second stage, the DR pellets dissolve because of the high pH that dissolves the coating.

Q.   Do the two stages, are they intended to represent two parts of the body?

A.   Yes.  The first stage is stomach and the second stage is the small intestine.

Q.   Slide 13.  We have DTX-101.7 on Slide 13.

What is shown here?

A.   So this is USP 1092 and this gives you an example what is in the USP.  This chapter is called The Dissolution Procedure Development and Validation.  This is typical of the standard that is in the USP.  And just from this general chapter there is a description in case of enteric coated dosage forms, the functionality the coating is usually proven by challenge in an acidic medium followed by demonstration of dissolution in a higher pH medium.  The timing of the acid stage is typically 2 hours.

MR. JAROS:  Your Honor, we move to admit DTX-101.

THE COURT:  Any objection?

MR. FLATTMANN:  No objection, Your Honor.

THE COURT:  Admitted.

(Exhibit Number DTX-101 was admitted.)

BY MR. JAROS:

Q.    Just to clear one thing up, Ms. Gray.  You worked at USP. Now you're calling this book a USP.  Is this a book of standards produced by USP?

A.    Correct.  The USP produces the compendial and the USP is a book.  Well, it used to be a book.  Now it's all online.  But it's a very big book, big red book.  And it has chapters like this.  It has monographs.  Monographs are simply a list of all the tests that a product has to pass.  And that's what the FDA uses to enforce, you know, recalls or taking something off the market.  They take these USP tests and see if they fail or pass, and that's where they get their power.

Q.    Let's go back to your summary of the test methods.

How did you prepare the table on Slide 15?

A.    Well, I looked at the underlying, the exhibits down at the bottom that had identified the methods in the documents from these exhibits.

Q.    And are all of those documents cited at the bottom of this slide in binder 2 of 2 in front of you?

A.    Yes.

Q.    Can you confirm that the Slide 15 table is an accurate

summary of the methods and test conditions described in those documents?

A.    Yes, it is.

MR. JAROS:  Your Honor, we move to admit DDX-4.15 as a summary exhibit according to Rule 1006.

THE COURT:  Any objection?

MR. FLATTMANN:  No objection to its admission as a summary, Your Honor.

THE COURT:  As a summary.  Admitted summary of the underlying evidence that is itself the law, information.

(Exhibit Number DDX-4.15 was admitted.)

BY MR. JAROS:

Q.    Briefly, Ms. Gray, can you summarize the table on Slide 15?

A.    Yes.  So you see on the left-hand side the dissolution method parameters and then you have the documents across the row at the top.  So in the first stage, the pH is 1.1 for all these docu -- all these methods.  The apparatus is apparatus 2 with the paddles for all these methods, the speed is 75 RPM for all these methods.  The temperature is 37 degrees centigrade for all these methods.  The time points go 30, 60, and 120 for all these methods.

The second stage pH of 6 is in all the methods, except for the asserted patents.  And when Galderma was doing their optimization and method development, they decided that pH 6 was more appropriate and more optimal for their product and they used

this method in their ANDA filing.

Q.   From this table, what conclusion can you draw about the Lupin method, 1.1/6.0 method, in the ANDA?

A.   It is -- Lupin used the industry standard test method.

Q.   Let's go to Slide 16.  We have DTX-50.68.

What is this document?

A.   So this is the analytical validation report for the Lupin product.  It is the validation for the pH 1.1 to pH 6 method. This method is precise and reliable, accurate.  In the conclusion here, it says that it's concluded that the analytical method is specific, precise, linear, accurate, robust and that it's appropriate for its intended use, purpose.

MR. JAROS:  Your Honor, we move to admit DTX-50.

THE COURT:  Any objection?

MR. FLATTMANN:  No, Your Honor.

THE COURT:  Admitted.

(Exhibit Number DTX-50 was admitted.)

BY MR. JAROS:

Q.   Let's turn to the high level to the dissolution results in this case.  We've seen them quite a bit so we can breeze through.

What is shown on Slide 18?

A.   So this is Figure 3 of the patent.  This is the release profile.  And you can see that this represents a -- six vessels, as you saw in the -- in the demonstrative about the tester that six vessels were tested.

The dotted line represents the switch over from pH 1.1 to pH 7, using the alkaline neutralizing buffer solution.  And the data are that -- the profile is that doxycycline capsules, they contain 75 percent IR and 25 percent DR beads.

Q.   Let's go to Oracea NDA results.  We're talking about now the registration batches that were used for approval of Oracea.

Did you review dissolution results for Oracea NDA batches?

A.   Yes, I did.

Q.   Please turn to DTX-45 in your binder.

Please confirm those are the results.

A.   Yes, they are.

MR. JAROS:  Your Honor, we move to admit DTX-45.

THE COURT:  Any objection?

MR. FLATTMANN:  No objection.

THE COURT:  Admitted.

(Exhibit Number DTX-45 was admitted.)

BY MR. JAROS:

Q.   Let's go to Slide 19.

What is shown here?

A.   This is showing the Oracea NDA batches.  The average release, this is the first stage, pH 1.1, and you can see the data there on the graph.

Q.   Are these results consistent with the Figure 3 results we just looked at?

A.   Yes, they are.  75 percent released.

Q.   Let's go to Lupin's ANDA exhibit batch results.

Did you review those results?

A.   Yes, I did.

Q.   What is shown on Slide 20?

A.   This is the exhibit batches, the Lupin exhibit batches in the first stage pH 1.1.  And these are the -- I have put the percentages there for each one of these batches.

Q.   Are those the same percentages we looked at on that table in front of your slides?

A.   Yes.

Q.   Let's go to Slide 21.

What is shown here?

A.   This is a -- what I will call both the Oracea and the Lupin product.  You can see the percentages there, which I plotted from the previous slide with percentages, so it's easier to see.  You can see with the blue line it's Oracea and the percent dissolved is around -- percent released is around 75 percent for most of those three time points.  And then for the Lupin ANDA data, it's around 55 percent throughout those three time periods.

Q.   How would you describe the percentage releases between the blue and the green data?

A.   They are substantially different.

Q.   What is shown on Slide 22?

A.   This is the patent Figure 3 versus the Lupin exhibit batch

1.  And the patent figure is in the black lines and the green figure is in -- the Lupin data is represented by green lines. And you can see the first stage that there is around 75 percent of release of the patent.  And the Lupin results are around 55 percent, and then they go through this transition and it goes -- the rest is released up to 5 hours.

Q.   Earlier you mentioned your plots.  Let's look at those. Let's turn to DTX-148 in your binder.

Can you confirm those are your plots of this data?

A.   Yes.

MR. JAROS:  Your Honor, we move to admit DTX-148.

THE COURT:  Any objection?

MR. FLATTMANN:  No objection, Your Honor.

THE COURT:  Ms. Gray, I have a question for you.  Take a look at DDX-4.22.  There are two weird things happening on this graph.  One of them, couple of the percentages exceed 100 percent which mathematically is impossible.

Number two, percentage dissolved goes down from two and a half to three in a couple of them, which again is not mathematically possible.  What explanations are there for why we get this -- these oddities showing up from time two and a half to time three hours in at least three or four of the vessels?

THE WITNESS:  Well, first off, you do get an excess of 100 percent pretty -- pretty often, because that's just the uniformity of the dosage form.  In other words, there is a range

that you can that you are allowed to have for your potency and it can be a little bit above 100, maybe a little bit below 100.

THE COURT:  So the Y axis is not the percentage of the total pill that has been dissolved.  Because no more than 100 percent of a pill exists.  What is percent dissolved of?

THE WITNESS:  It's percent dissolved of the label claim.

THE COURT:  Oh.  So the pill contains more than 100 percent of a label claim?

THE WITNESS:  It -- yes, because they're allowed.  You are allowed when you manufacture a product and maybe our product expert on manufacturing can say more to that, but you are allowed to have some variability.

THE COURT:  So if you were -- it could be more, but it can't be that the amount of the drug is going down.  I mean, how would it be going down?

THE WITNESS:  Yeah, that's unusual and I can't really tell.

THE COURT:  Is there a connection here between adding the pH 11 fluid and removing some fluid that could be throwing off some of these results?

THE WITNESS:  This is where we'll get into this.  The source of variability later on.

THE COURT:  If you're going there, that's fine.  I'm just bookmarking it because it's an oddity.

THE WITNESS:  It is.  When a dissolution rate goes down it's an oddity, definitely.

MR. JAROS:  I think we can address that, Your Honor.  Can we go back to the diagram of the dissolution vessel?

BY MR. JAROS:

Q.   Let's go to Slide 11.

On the left there, Ms. Gray, you have an arrow to sampling.  Can you explain how these samples are taken and how the level drops as you're going through the process?

A.   Well, the -- when you take a sample, you're taking about maybe 10 mLs out of a sample.  And then you take another sample, so on and so forth.  And the -- the level can drop.

Sometimes they have built into the method that you replace the media.  We take 10 mLs out, you have fresh media, maybe in one of these extra vessels that is just the media and put it back in.  Things like that can happen.

You know, as far as dissolution rate going down, I think that that's just a figure.  It's the variability of the, you know, the -- there's so many steps where you take the vessel.

THE COURT:  So it could be measurement error?

THE WITNESS:  Possibly.  But you know, you have to realize that there is some variability in the dissolution test.  It's not a lot, but there is.  In other words, a dissolution test, first off, is a rate.  It's not like you're taking 20 tablets and you're grinding it up and putting it in a vessel and

mixing it and then taking a sample.  This is something different.  This is, you know, a rate over time.

THE COURT:  And percent dissolved is not the percentage of the pill that's dissolved.  It's the percentage of the amount claimed on the label that is showing up in the blood?

THE WITNESS:  Correct.

BY MR. JAROS:

Q.   Slide 22 again, please.

Ms. Gray, I can tell you are dying to investigate that question, but we will move on.  Just to confirm, we want to do this quickly because we have seen these.

Slide 22 has exhibit batch 1 ending in 253; correct?

A.   Yes.

Q.   Next slide.  This is exhibit batch 2 ending in 254; correct?

A.   Correct.

Q.   And the next slide, please.

This is exhibit batch 3 ending in 255; correct?

A.   Correct.

Q.   These are your plots.  What conclusion did you draw about how the black and the green data compare?

A.   They are substantially different.

Q.   Let's go to the comparative results from Lupin's ANDA.  We've also seen these several times.

A.   Correct.

Q.   What is shown on this slide?

A.   So this is the pH 1.1 stage and you can see that we plotted the Oracea which is the purple line versus the three batches of the Lupin product which is the red, green, and blue.  Wait a minute.  No, sorry.  Blue, red, green.

Q.   And what conclusion can you draw from the purple versus blue, red, and green in this slide?

A.   Again, these dissolution profiles are significant -- are substantially different.

Q.   What is shown on Slide 26?

A.   So this is the ANDA result for the Lupin product versus the Oracea product.  And again, you will see that the Oracea product dissolves, releases around 75 percent.  The Lupin product releases the products, three of them, releases around 55 percent.  And again, they are substantially different.

THE COURT:  This is pH 1.1 for the first 2 hours?

THE WITNESS:  It is.  Correct.

THE COURT:  We are not looking at what happens when it transitions to a higher pH?

THE WITNESS:  No, we are not.

BY MR. JAROS:

Q.   Ms. Gray, I know you enjoy graphs.  This is just a replot of the data on the previous slide; correct?

A.   That is exactly right.

Q.   And you added the numbers for convenience?

A.   Exactly.

Q.   Next slide.

THE COURT:  You made the point on this slide.  You made the point on the next slide.  I think you can move on.  It's plain as day that up to 2 hours 1.1 are substantially different.  The real question here is what happens after the 2-hour point.

MR. JAROS:  Understood, Your Honor.

BY MR. JAROS:

Q.   Let's go to the ARL results.  Please remind us, what is ARL?

A.   ARL is an independent testing laboratory.

Q.   Did you direct dissolution testing conducted at ARL?

A.   Yes, I did.

Q.   Please turn to DTX-141 in your binder.

Is this the ARL report of that work?

A.   Yes, it is.

MR. JAROS:  Your Honor, we move to admit DTX-141.

THE COURT:  Any objection?

MR. FLATTMANN:  No objection, Your Honor.

THE COURT:  Admitted.

(Exhibit Number DTX-141 was admitted.)

BY MR. JAROS:

Q.   Ms. Gray, were you personally present at ARL for any of the testing?

A.   I was present for all the Lupin testing, yes.

Q.   What type of testing did you direct at ARL?

A.   I had -- we did -- we tested the Oracea product and the

Lupin samples at the method of pH 1 to pH 6 and then at straight 4.5 pH.

Q.    What is shown on Slide 28?

A.    So this is -- are the Lupin samples and in the first stage at the 2-hour time point, you see that the mean is 56 percent.

Q.    And skipped over Slide 27.  Let's go back.

What is shown on Slide 27?

A.    This is the ARL results for the Oracea.  First stage pH 1.1, mean 77.

Q.    And are those ARL results at pH 1.1 consistent with all of the data reviewed today?

A.    Yes.  Yes, indeed.

Q.    Let's go back to the Figure 3 presentation Slide 29, please.

What is shown on Slide 29?

A.    So these are the ARL results with the Lupin samples plotted against the patent results.

Q.    Please confirm that DTX-151 in your binder is the source of this plot.

A.    Yes.

MR. JAROS:  Your Honor, we move to admit DTX-151.

MR. FLATTMANN:  No objection.

THE COURT:  Admitted.

(Exhibit Number DTX-151 was admitted.)

BY MR. JAROS:

Q.    Slide 30, please.  What is shown on Slide 30?

A.    So this is a comparison of the ARL results for the Lupin samples and Oracea.  You can see the Oracea is in black.  The Lupin product is in green.  This is the acid stage.  PH 1.1.  And you can see that they are substantially different.

Q.    Let's get to that last point.  The pH 1.1, 4.5 results that Dr. Rudnic relies upon.  Slide 32, please.

Were you present for Dr. Rudnic's testimony regarding his results?

A.    Yes, I was.

Q.    Do you agree with Dr. Rudnic's statements that these results show that Lupin and DR beads fail at pH 4.5?

A.    I do not.

Q.    Why not?

A.    Well, as you can see from this data there, if you look at the far right-hand column, the highlighted RSD is quite high.  And so when you have RSD this high, that shows high variability and it is not appropriate to draw conclusions from data that has high variability.

Q.    You mentioned percent RSD.  You have that highlighted on Slide 32.  What does that refer to?

A.    It refers to relative standard deviation.  This is a tool that we commonly use and you can see that this graph has the RSD in the right-hand column which means it is a very standard tool to evaluate the data.  So RSD stands for relative standard deviation.  This is simply a way of determining the scatter

around the mean.  Let's see.  The RSD is calculated by the standard deviation multiplied by a hundred over the mean.  This shows you how precise your results are.

THE COURT:  Right.  This has a much higher deviation from the Lupin test product than the Galderma product?

THE WITNESS:  Are you looking at 5.5 -- or 4.5, excuse me?

THE COURT:  Yeah.

THE WITNESS:  Yes.

THE COURT:  The standard deviations in the pH 1.1 aren't that different but once you get to the 4.5?

THE WITNESS:  Yeah.  And this we talked about this yesterday, how the Oracea results were not variable, more variable.  But they did do something odd which was to go down a lot, like 7 percent.  Almost every one of these values shows that decrease at 7 percent.  That's something that is, you know, odd and I will talk about it later.

BY MR. JAROS:

Q.   Stick on this slide.  Let's go to the highlighted values in the RSD column.

What do those values tell you about the data?

A.   First off, it says it's highly variable.  17.63 percent all the way up to 22 percent.  This is very high.  The appropriate RSD is 10 percent or less after a 10-minute time point.  And this is a rule of thumb that we are constantly using when we develop a

dissolution method or evaluate results like this.

Q.   And you said an appropriate RSD should be 10 percent or less.  What time point is that?

A.   All the time -- well, let's see.  After 10 minutes, yes. But all of this -- the RSD is above 10 percent for the 150, the 180, and the 240.

Q.   And after 10 minutes, you expect to see something 10 percent or below?

A.   Yes.

Q.   Let's go to Slide 33.  This is DTX-150.24.

     What is shown here?

A.   So this is the Lupin two stage from the ANDA pH 1.1 to pH 4.5.  As you can see from the pH 1.1 stage, it's around 55 percent.  The variability, the RSD is very low.  It's probably about 2 to 4 percent RSD.

     After the 120 minutes, after the pH change, it is quite variable.  It's almost a show stopper when you look at something like this.  In my training as in dissolution, when we see variability like this, the first thing we do is to be sure that it's not coming from the method.  This is kind of a cardinal rule that you -- if you see variability, you must, before you make judgments about the data and what it means about the formulation, you have to detect or investigate what is the cause of the variability.

Q.   Can you confirm that DTX-150 in your binder is the source of

the data presented on Slide 133?

A.    150?

Q.    Yes.

A.    Yes.

          MR. JAROS:  Your Honor, we move to admit DTX-150.

          MR. FLATTMANN:  No objection.

          (Exhibit Number DTX-150 was admitted.)

          THE COURT:  So this is the graph from the last page in
that exhibit.

          MR. JAROS:  The top half of the page, yes, Your Honor.

          THE COURT:  The graph is from the bottom half of the
page and that is plotting the data that is on the top of 150.

          MR. JAROS:  I'm sorry.  You're referring to the
exhibit.  Exactly right.

BY MR. JAROS:

Q.    Referring to Slide 33.  Are you aware of any potential
explanation for the variability in that second stage pH 4.5 data?

A.    Yes.  The variability could come from what we call hotspots
or random pockets of this high pH that you use to transition from
pH 1.1 to pH 4.5.

Q.    Next slide.  What are hotspots?

A.    Well, I have a demonstrative here.  Take a look at when you
start in the first stage, the capsule is -- paddle is rotating.
You start your analysis.  The capsule releases the pellets.  Then
the pellets, the IR pellets are dissolving.  Then this line is

talking about the addition of 200 mLs of the phosphate buffer which is running around the pH of 11.  And the paddle is stopped at that point.

So the last vessel demonstrates the paddle is out of the vessel.  There's no mixing going on.  And you are pouring the pH 11 into the vessel.  And as you can see, it's not being mixed so it goes right to the bottom and you have the pellets at the bottom.  And so that pH 11 for -- and this is a 5-minute interval before you start mixing.

You can see that there are -- there would be pockets of unmixed pH 11 that would be exposed to the delayed release pellets and in some cases it will -- because it's such a high pH, it will erode the coating and it will be kind of random.  We won't -- some of the pellets will not get exposed to this high concentration of pH 11 and some will.  That kind of makes you understand that it's kind of random.  That some of the pH 11 is getting to the delayed release pellets and some is not.

Q.    Based on your 40 years of experience with dissolution test results, how could those areas of high pH produce highly variable results?

A.    Well, because it's -- like I said, it's random.  We don't -- you know, the hotspot is going to be, you know, in pockets throughout the bottom of the vessel where the pellets are and so some of the pellets will have exposure to this very high pH and some won't.  And that's why it would be highly variable.

Q.    Slide 35.  DTX-109.  What is shown here?

A.    What is shown here is that the hotspot has been recognized by industry.  This is from an excerpt from the Handbook of Dissolution Testing, Second Edition, which was written by Dr. Hanson.  Dr. William Hanson was the -- considered a pioneer in a -- worldwide pioneer and researcher and he actually designed and manufactured the first dissolution equipment.

THE COURT:  Now, you were here when Dr. Rudnic testified the hotspots theory, it's nonsense.  Mr. Jaros was careful to say that it could be a hotspot.  This book is careful to say it may be.

But do you have any other reason to believe, not a general based on your 40 years of experience, but is there something -- something in the data or something else that affirmatively leads you towards the hotspot explanation?

THE WITNESS:  Well, first off, we have the kind of the idea that we are adding this very, very high pH.  It's not going to be uniform.  It's going to -- and it's not going to be mixed.  So it's going to go into that vessel and go sink to the bottom because that's what it would do because it's not being mixed.  And therefore, expose the delayed release coating to this very -- and we know that the coating dissolves at 5.5 and above.

THE COURT:  For how long is the paddle off?

THE WITNESS:  It's off for the 5 minutes that you're allowed to do this transition stuff.

THE COURT:  It's off for 5 minutes not mixing it. Obviously, you're inferring this from the standard deviations being so high.  Anything else?

THE WITNESS:  And it's reasonable when you look at, you know, the idea of the fact that you have this unmixed very high pH solution that is settling on top of these pellets.  And the pellets if you -- you know, I watch the pellets.  And during dissolution, they're kind of sitting at the bottom, they're like a mound there.  And then when this pH, high pH kind of infiltrates, it's going to dissolve the coating or going to be high enough to dissolve the coating in kind of a random way.

THE COURT:  And then why is that not happening to Oracea?  Why are they not showing this variability?  Is it because their coating is thicker?

THE WITNESS:  I have -- I don't know.  I don't know.

MR. JAROS:  Your Honor, we move to admit DTX-101.

THE WITNESS:  One more thing I want to say because Dr. Hanson, in his doctorate degree of engineering, his thesis was on flow -- flow patterns in the dissolution test.

MR. JAROS:  And you rescued me because I misspoke. Your Honor, we move to admit DTX-109.

THE COURT:  Any objection?

MR. FLATTMANN:  No, Your Honor.

THE COURT:  Admitted.

(Exhibit Number DTX-109 was admitted.)

THE COURT:  Now, is it within your expertise to talk about this?  Are the hotspots and the testing protocol going to be more of a problem in the lab than they are going to be when the medicine makes it through the polymer into the duodenum?

Do you have a basis to opine upon that?  Sorry.  You want to say is it object because this is beyond her expertise?

MR. FLATTMANN:  Beyond her expertise and her expert report, Your Honor, but I do understand it's the Court's question.

THE COURT:  All right.

MR. FLATTMANN:  I just want to lay that caveat.

THE COURT:  All right.

MR. JAROS:  Your Honor, to reassure you, I believe Dr. Buckton can speak to --

THE COURT:  Dr. Buckton will speak to that.  I will let you off the hook on that.

BY MR. JAROS:

Q.   Following up on that question, Ms. Gray.  How would a person skilled in dissolution testing evaluate whether hotspots may have caused the high variability in second stage results?

MR. FLATTMANN:  I object, Your Honor.  This is outside the scope of her expert report.  And I think it's calling for speculation beyond the scope of her expert report.

THE COURT:  Did the expert report talk about hotspots and variability?

MR. JAROS:  It absolutely did, Your Honor, and she directly addressed the fact that she directed the rebuttal testing to disprove Dr. Rudnic's opinion.

MR. FLATTMANN:  Your Honor, she pointed to the possible existence of hotspots.  She pointed to the single citation in the handbook that we just looked at.  And then when she was asked other questions about it, she was unable to opine further.

So I believe that now she would be speculating on potential causes for hotspots in certain situations.  That was never covered in her expert report or her deposition.

THE COURT:  What I'm going to do is I'm going to allow her to talk about it.  But I would also like to hear why you didn't bring any of this up in deposition and said you couldn't opine further about it.

BY MR. JAROS:

Q.   We can address that separately.  He's allowing you to answer the question.  Let me restate it so we have a nice clear record.

Ms. Gray, how would a person skilled in dissolution testing evaluate whether hotspots caused high variability in second stage results?

THE WITNESS:  So the theory is that this transition from one pH to the other is caused by a concentration of the pH 11.  So, you know, being charged with figuring out where this variability is coming from, the obvious thing to do is to not have this stage and to just make 4.5 dissolution media straight

and test it in just that buffer.  That would be a very clear way of knowing does pH 4.5 erode these beads.

BY MR. JAROS:

Q.    To your knowledge, did Dr. Rudnic disclose any such single stage 4.5 testing?

A.    No.

Q.    Did you test Dr. Rudnic's theory?

A.    Yes, I did.

Q.    And how did you do that?

A.    So I -- let's see.  Is there another slide here on the method?  Okay.  So I had ARL perform just pH 4.5 and here is how the parameters of it, we have the dissolution medium is just 4.5 phosphate buffer, used the same paddle RPM, the same method essentially, just 4.5.

Q.    On this slide we have DTX-142.21.

      This is the test method you just referred to; correct?

A.    Correct.

      MR. JAROS:  Your Honor, we move to admit DTX-142.

      THE COURT:  Any objection?

      MR. FLATTMANN:  No objection, Your Honor.

      (Exhibit Number DTX-142 was admitted.)

BY MR. JAROS:

Q.    Slide 37, please.  What is shown here?

A.    These are the results of the ARL pH 4.5 Lupin sample.  You can see that the six vessels that the release at 30 minutes is

around 53 to 55.  At 60 minutes, it's 55 to 56.  At 120 minutes it's 55 to 56 with an RSD of around 1.  So this is quite clear that when you eliminate that transition step, that 4.5 does not dissolve the DR pellets.

THE COURT:  Did you do this testing before or after your deposition?

THE WITNESS:  Before.

THE COURT:  Why didn't you get into this about the explanations in detail in your deposition?

MR. JAROS:  Your Honor, I don't believe that's true.  I am looking forward to cross.  This opinion was clearly in her report and I believe --

THE COURT:  I will wait for cross to cover that area of disagreement.

MR. JAROS:  Thank you, Your Honor.

BY MR. JAROS:

Q.   Ms. Gray, what conclusions about Dr. Rudnic's theory can you draw from this data?

A.   So this is -- it's very clear that there is no dissolution or erosion of the DR pellets in 4.5.

Q.   Slide 38, please.  What is shown here?

A.   So this is the -- on the right is the summary of the data that I just showed you.  On the left, I wanted to show you this. This is the pH 4.5 buffer with the Oracea product.  And if you remember, and I don't think we need to go back to the slides, but

if you remember that the Oracea with using the two stage of the -- well, the two-stage method but with the transition stage of the pH 11 so-called hotspot variability, that the data from the Oracea went down 7 percent across the board and we thought that was unusual. Why did that happen?

All we know is we eliminated that step and the Oracea data came back to what it normally is, it's like 53 -- excuse me, 73.7 percent. So I can't explain why, but I can explain it when you remove this step that the results are what they should be.

Q.    Please turn to DTX-54 in your binder.

Is that the source of the data presented on Slide 38?

A.    Did you say 54?

Q.    54, yes.

THE COURT:  54?

THE WITNESS:  Yes.

MR. JAROS:  Your Honor, we move to admit DTX-54.

MR. FLATTMANN:  No objection.

THE COURT:  Admitted.

(Exhibit Number DTX-54 was admitted.)

BY MR. JAROS:

Q.    Let's finish up with Miller 2007. Were you present for Dr. Rudnic's testimony regarding this document yesterday?

A.    Yes.

Q.    And please turn to DTX-313 in your binder.

And confirm that's the Miller 2007 publication, please.

A.    Yes.

MR. JAROS:  Your Honor, we move to admit DTX-313.

MR. FLATTMANN:  No objection.

THE COURT:  Admitted.

(Exhibit Number DTX-313 was admitted.)

BY MR. JAROS:

Q.    Ms. Gray, does Miller 2007 support your opinions about the high variability of Lupin's pH 1.1 pH 4.5 result?

A.    Yes.

Q.    Can you explain using this slide how so?

A.    So this is an excerpt from the article.  And in this excerpt it says it can be expected that slow addition of the buffer phase at the ph -- at the paddle shaft will result in high pH regions in the vortex at the center of the dissolution vessel.

This is an undesirable mixing profile as it can lead to variations in the performance of the tested enteric dosage form. Also, a large and sustained hotspot was generated by gradual addition of the buffer medium down the paddle shaft.

Q.    Does that suggest to you that hotspots are ghosts?

A.    Are what?

Q.    Are ghosts?

A.    No.  It's a real thing.

Q.    Let's finish up with Slide 40.

A.    I also want to point out one thing about this paper is that all of this, the whole study was done with the paddle moving.

And, of course, Lupin did all its work with the paddle not moving. So whatever we see here as far as the hotspots is -- let's see when you have the mixing of the paddle, it's less likely to see a hotspot.

THE COURT: This was also done with the addition near the paddle shaft. Does the FDA protocol or the way the tests were actually done say anything about where or how it's supposed to be added?

THE WITNESS: No. I mean, it can be any place. My point is --

BY MR. JAROS:

Q. So Slide 40, you might want to explain that same point about paddles in, paddles out, using this slide, please.

A. All right. So we have the -- looking at Figure 11, you have the high pH is in yellow and little bit down the scale. So when you add the high pH, you have the paddle -- looking at these figures, first off, the paddle is rotating. And remember with our experiment, they aren't rotating. But you have this -- this high pH, you want to call it a hotspot or pocket or whatever you want to call it.

You see the high pH is going all the way down to the bottom and it's not really mixed. Of course, remember it's being mixed, but it's not thoroughly mixed as far as the pH is concerned until about 5.5. So this is, like I said, even though the paddles are turning, which would be with the paddles not

turning, it would be exaggerated even -- even worse.

MR. JAROS:  All right.  Thank you, Ms. Gray.  No further questions at this time.

THE COURT:  Cross.

MR. FLATTMANN:  Yes, Your Honor.  I do have some cross-examination books to hand up, if it's okay.

THE COURT:  Okay.  Please do.

CROSS-EXAMINATION

BY MR. FLATTMANN:

Q.   Ms. Gray, how are you?

A.   I'm fine.

Q.   Ms. Gray, your opinions in this case all involve in vitro dissolution; correct?

A.   That's correct.

Q.   And you don't consider yourself an expert in any subject matter other than in vitro dissolution; correct?

A.   That's correct.

Q.   You aren't providing any opinions, for instance, on in vivo release; correct?

A.   No.

Q.   And you are not an expert in in vivo release; correct?

A.   That's correct.

Q.   And you have never studied the pH of the stomach; correct?

A.   No.

Q.   Correct?  You have not?

A.    I have not been involved in research in studying the pH of the stomach.

Q.    And you have offered no opinions on whether there's a relationship between a drug in vivo bioavailability and its release in vitro; correct?

A.    Other than pointing out that the equipment does have elements of -- the test itself does have elements that are similar to the body.

Q.    Fair enough.  Fair enough.

And you haven't provided an opinion on parameters that could affect drug dissolution in vivo; correct?

A.    Correct.

Q.    And you haven't considered the in vivo relevance of USP apparatus 1 and 2; correct?

A.    For this case, no.

Q.    And you haven't considered whether the use of apparatus 2 in vitro dissolution recreates the conditions actually found in the GI tract; correct?

A.    That would be impossible.

Q.    And you can't comment on how Lupin's capsules open in the dissolution vessel; correct?

A.    No.

Q.    Now, in vitro dissolution describes the rate at which a product dissolves in a certain solvent in the lab, not the body; is that correct?

A.    That's true.

Q.    And you agree that dissolution testing is an industry standard of pharmaceutical dosage quality assurance and control; right?

A.    Yes.

Q.    And in vitro dissolution testing is an important tool in drug development to assess batch-to-batch quality control; right?

A.    That's true.

Q.    And that would also be true for the so-called standard biphasic pH 1.1 to pH 6 test that you were talking about earlier in your direct testimony; right?

A.    Repeat that question.

Q.    Sure.  The so-called standard tests, the biphasic pH 1.1 to pH 6 test that you talked about in your direct, that would also be an important tool in drug development to assess batch-to-batch quality control; correct?

A.    It is.

Q.    If you would please turn in your book to Tab 8?  This is PTX-194.  This is Lupin's multimedia report.

A.    Oh, I'm sorry.  What did you say the number was again?

Q.    Yes, I'm sorry.  It's Tab 8 in your book.  Should be.

A.    008 I have.

          THE COURT:  Divider number 8 behind this should be what looks like on your screen.

BY MR. FLATTMANN:

Q.    It's with the actual tabs on the side there.

THE COURT:  Are you looking at the -- I think you're looking at the direct examination exhibits.  She doesn't have the cross-examination exhibits.

THE WITNESS:  All right.

BY MR. FLATTMANN:

Q.    Do you see PTX-194?

A.    Yes.

Q.    That's the Lupin multimedia report that you studied in connection with forming your opinions; correct?

A.    Yes.

Q.    One of them.  And you were asked to review that report which involved testing at pH 1.1 followed by adjustment to pH 4.5; correct?

A.    Correct.

Q.    And if you could please look at Tab 6 in your book?  It's your expert report.  If you could look at Paragraph 137 in your report?

THE COURT:  Appears to be on Page 62.

THE WITNESS:   137, you said?

BY MR. FLATTMANN:

Q.    Yes, please.  Thank you so much.  And you say that you were asked to review Dr. Rudnic's interpretation of that Lupin multimedia report; right?

A.    Correct.

Q.   And you noted that in that report, 5 out of 12 of the capsules of Lupin ANDA product tested release variable amounts of doxycycline at pH 4.5; correct?

A.   That's correct.

Q.   And you were talking about that a bit in your direct.  And if we just briefly go back to Tab 8, Exhibit 194 and see the actual results on Page 37 of that exhibit, you were looking at this page earlier in your testimony?

A.   Yes.

Q.   And we can see that -- for the Lupin product, we can see the 5 of those 12 results where the capsules of Lupin's ANDA product released variable and higher amounts of doxycycline at pH 4.5; correct?

A.   Correct.

        THE COURT:  Capsules 1, 3, 6, 7, and 8, I guess.

        MR. FLATTMANN:  That's what I had in my notes, Your Honor.  I was going to ask that question.

BY MR. FLATTMANN:

Q.   Do you agree with that, Ms. Gray?

        THE COURT:  It's not as marked for 8, but those 5 show higher levels.

        MR. JAROS:  Objection, Your Honor.  Just to clarify the record, it's unclear which time point counsel is referring to.

        MR. FLATTMANN:  For clarity, I'm looking at the 240-minute time point for purposes of the question.

THE COURT:  The upper row of the test product which means Lupin, and the lowest of the rows in the top section, 240 minutes.  This is under pH 4.5.

BY MR. FLATTMANN:

Q.    Correct.  Do you see those data points, Ms. Gray?

A.    Yes.

Q.    And if we look back at your report in Paragraph 138 of your report, which is Tab 6, you opine that the release is higher than accepted on at least some capsules; correct?

A.    Correct.

Q.    And you go on to say that, in your view, the variability between the data is unacceptable; right?

A.    That's correct.

Q.    And that's what you were referring to earlier in terms of the high RSD?

A.    Correct.

Q.    Right.  We don't see those same high RSDs for the -- for the Oracea product that was tested using the same conditions; correct?

A.    Correct.

Q.    It's considerably lower; correct?

A.    Yes, the RSD is lower but there is still some anomaly there with the data.

Q.    Lupin didn't tell the FDA that the variability between this data was unacceptable when it submitted this report to the FDA,

did it?

A.   Not that I'm aware of.

Q.   It didn't tell the FDA that it was unreliable --

THE COURT:   She's not from Lupin.  She's not testifying about what they told them.  She's an outside expert.

MR. FLATTMANN:   I'm simply asking if she's aware of it.

THE COURT:   Those would have been questions to ask Mr. Avachat, but fine.  If you're not aware of it, just say you're not aware of it.

THE WITNESS:   I am not aware of it.

BY MR. FLATTMANN:

Q.   And the Oracea capsules in this particular multimedia test, they don't release any additional doxycycline at pH 4.5; right?

A.   That's right.

Q.   They remain intact in terms of not further releasing?

A.   There's just no release.

Q.   And presumably they would have been subject to this hotspot phenomenon you were discussing as well; correct?

A.   I wasn't there.

Q.   They were tested under the same conditions; right?

A.   Wait a minute.  What are you talking about?  The --

Q.   The Oracea capsules.

A.   The ANDA, the multimedia test?

Q.   The multimedia test and the ANDA test.

A.   I wasn't there when that analysis was done so I don't know.

Q.    I understand.  But to the best of your knowledge based on the data that you looked at and the reports that you studied, the conditions were the same --

MR. JAROS:  Objection.

MR. FLATTMANN:  -- for the Oracea capsules and the Lupin capsules.

THE COURT:  The data speak for themselves.  It's clear that Oracea is not dissolving at the same amount.  There's a logical inference that Oracea has a thicker coating than it does. This witness doesn't know any more than what's in the data.  The finder of fact sees the logical implication here.  You don't have to try to get it out of her when you're really talking to me.  Go on.

MR. FLATTMANN:  Okay, Your Honor.

BY MR. FLATTMANN:

Q.    Ms. Gray, you were asked quite a bit about the hotspot phenomenon on direct; correct?

A.    Yes, I was.

Q.    And you said that it's a potential explanation for the variability of the Lupin data at pH 4.5; right?

A.    Correct.

Q.    And there could be other explanations for that variability; correct?

A.    This was the most logical one.

Q.    You didn't rule out other possibilities, did you?

A.    My expertise is in dissolution.  As far as the dissolution test was concerned, this was the logical explanation.

Q.    Now, in support of the hotspot phenomenon, you cite a single reference in your expert report which was the Handbook of Dissolution Testing, Third Edition; correct?

A.    No, second edition.

Q.    Second edition?

A.    That's an important distinction because Dr. Hanson wrote the second edition and those are his words.

Q.    And you were a coauthor on the third edition; correct?

A.    Yes.

Q.    And those same words appear in the third edition?

A.    That's right, but they came from the second edition.  The third edition is built on the second edition.

Q.    And that handbook contains only a single sentence referencing the hotspot phenomenon; correct?

A.    That's true.

Q.    And we can put it up on the screen, if it's helpful. PTX-207, Page 76, please.  It's also in your book at Tab 2.  And that sentence -- I'm sorry.  I will let you get there unless you would like to use the screen.

            THE COURT:  What is the page number again?  207?

            MR. FLATTMANN:  It is 207 .076, which is Page 133 of the handbook.

            THE COURT:  That's the number in the upper right and

that's Page 133.  Got it.

BY MR. FLATTMANN:

Q.   That's exactly the sentence I was going to direct you to. Do you see that sentence, Ms. Gray?

A.   I do.

Q.   There's no footnote or other cite here to that sentence to support the existence of hotspot phenomenon; correct?

A.   This is a third edition that when you have a new edition of a text, it builds on the first edition or the edition previously. And this is a carryover from the previous book, second edition.

Q.   It's uncited; correct?

A.   It doesn't need to be cited because it's part of the history of that third edition to be building on the second edition.  It's -- definitely you don't go citing the previous edition.

Q.   You testified about the Miller article during your direct testimony.  That's at Tab 3, PTX-223.  If we go to PTX-223.002, Miller cites to the Handbook of Dissolution Testing?

A.   Correct.

          THE COURT:  Which column and which paragraph?  Do you have a blow-up to put up here?

          MR. FLATTMANN:  It's on the left column, second full paragraph starting with the word "However" about five lines down.

          THE COURT:  However, it's been suggested that high pH regions existing for non-negligible time periods may include in the vessel citing Hanson and Gray 2004..

BY MR. FLATTMANN:

Q.   And Miller cites Dr. Hanson and your handbook in that particular sentence; correct?

A.   Correct.

Q.   If we go to PTX-223.011, very last full sentence of the article.  Miller concludes from the results of the PLIF imaging study with Rhodamine B and enteric coated tablets it was seen that hotspots affecting the dissolution performance of enteric coated dosage forms are not generated during the neutralization step of the method A enteric test where the media is added rapidly or outside of the low sheer vortex region that surrounds the paddle shaft.

     Do you see that conclusion by Miller?

A.   I see those words, yes, I do.

Q.   And the method A enteric test was the method used by Lupin in the multimedia test; was it not?

A.   Correct.

Q.   And in the Lupin multimedia test, the media was added rapidly; correct?  The neutralization media?

A.   How do you know that?

Q.   Well, we know that --

     THE COURT:  If she knows.  Are you aware whether it was added rapidly or not?

     THE WITNESS:  I wasn't there.

     THE COURT:  Is there anything in your documents that

speaks to whether it was added rapidly or not?

THE WITNESS:  No.

THE COURT:  If you have anything to cross her on or otherwise prove it through another witness or document.

BY MR. FLATTMANN:

Q.    Are you aware that Lupin had to fill five vials in 5 minutes under FDA guidelines in that test?

A.    Yes.  I want to again point out that this paper was based on the paddle rotating, and the paddle was not rotating when Lupin did this.  So the whole paper, as far as I'm concerned, it has some good -- and I highlighted the good conclusions, the interesting conclusions about hotspots, but you know, it doesn't -- there's this big difference.

THE COURT:  Let him ask his questions.

BY MR. FLATTMANN:

Q.    Dr. Gray, are you aware in the Lupin multimedia test, the paddle was reinserted into the vessel after -- shortly after the neutralization media was added?

A.    It was introduced probably 5 minutes after.

Q.    And it took a total of 5 minutes to fill the 12 vessels; correct?

A.    Yes.

Q.    In the Miller test, only one vessel was filled; correct?

A.    Yes, and they don't have the vessel in a water bath.  It's just -- and they don't have a worry about, you know, whether the

paddle is in or out.  It's in.

Q.   And they slowly add the neutralization media over 5 minutes; correct, in Miller?

A.   I remember something according to that.  I don't have the article in my head.

Q.   Do you remember where they also reported that they learned that rapidly adding media, as opposed to slowly adding media, could contribute to a hotspot?

A.   That -- they did it.  They added media three different ways. They did it rapidly.  They did it slow.  They did it near the shaft.  They did it on the wall.  Like I said, this was all using a paddle that's mixing.

Q.   If we go to the abstract of Miller.  In the same document, PTX-223.001 at the very bottom of the abstract.  Last sentence.

Do you see that the author state even more emphatically the conclusion that hotspots affecting the dissolution performance of enteric dosage forms are not generated during the neutralization step with method A enteric step, namely when the media is added rapidly or outside the recirculating region that surrounds the paddle shaft.  Do you see that conclusion?

A.   I see that conclusion.

Q.   Did you take that into account in forming your opinion?

A.   No.  I mean, this is -- like I said, this article is based on when the paddle is rotating.  I wasn't there when the addition was done so I don't know whether it was fast, slow, but -- that's

all I'll say.

Q.   If you can please turn to Page -- I'm sorry, PTX-223.010 in the Section 3.4, comparison of enteric polymer dissolution with methods A and B.

Do you see the first sentence where the author states "It was demonstrated in the previous sections that a larger sustained hotspot was generated by gradual addition of the buffer medium down the paddle shaft."

A.   Yes, I see those words.

Q.   And you were relying on that in your earlier direct testimony; correct?  In support of your opinion, in part?

A.   I don't think I was relying on this.  Like I said, this article was done with the paddle rotating, so it's not -- it's more that, as you saw an excerpt in my direct, where it did admit it, I guess, that there was the addition of hotspots or the addition of pockets of increased pH.  And you can see from the figure the same thing.

Q.   And the authors concluded that when they -- instead of slowly adding the neutralization buffer, added it rapidly, that they did not observe a hotspot phenomenon; correct?

A.   Again, this is with the paddle rotating.

THE COURT:  Ma'am, you can answer his questions.

BY MR. FLATTMANN:

Q.   Is there, to your knowledge, anything about hotspots in Lupin's ANDA application?

A.    What do you mean?  Is it mentioned?

Q.    Do they mention hotspots anywhere in their ANDA application?

THE COURT:  If you recall.  You didn't write it.  I don't know if you reviewed that portion of it, but do you recall anything like that?

THE WITNESS:  No, I don't.

BY MR. FLATTMANN:

Q.    Aside from the Miller paper, are you aware of any other mentions of hotspots in the literature?

A.    The book written, you know, the words of the expert --

Q.    Dr. Hanson.

A.    On dissolution of flow.

Q.    Dr. Hanson you mean?

A.    That's right.

Q.    Is it mentioned anywhere else in the cited literature after all the years we've had dissolution testing and biphasic testing?

A.    I will point out that this article cites it, too.

Q.    I mentioned the Miller article and you mentioned the handbook.  I'm asking, to your knowledge, does it appear anywhere else in the scientific literature, this problem of hotspots?

A.    Not that I am aware of.

Q.    Dr. Gray, you reviewed the claims --

THE COURT:  You have promoted her to doctor.

THE WITNESS:  I know.

MR. FLATTMANN:  I'm sorry.

THE WITNESS:  It happens all the time.

THE COURT:  I'm sure she doesn't take offense.  You are bending over backwards to be polite.

MR. FLATTMANN:  It's hard for me not to refer to experts as doctors.

THE WITNESS:  Common problem.

BY MR. FLATTMANN:

Q.  Ms. Gray, you have reviewed the two patents-in-suit; correct?

A.  Yes.

Q.  And you will agree with me that the words in vitro dissolution do not appear in the claims of the patents-in-suit; correct?

A.  Maybe I should look at them again, but I remember being asked this question and I didn't see those words again.  Tell me the words again.

THE COURT:  The claims speak for themselves.  They're not in the claim language.  They are in the description of the method practiced in the patent, but anyway.

MR. FLATTMANN:  Fair enough, Your Honor.  Fair enough.

BY MR. FLATTMANN:

Q.  I really only had one other question along those lines.  We do see reference to in vivo blood levels in the claims; correct?

A.  That's not my area of expertise.  It's possible.

MR. FLATTMANN:  Fair enough.

THE COURT:  Any redirect?

MR. FLATTMANN:  Almost there, Your Honor.

THE COURT:  You're not done.  You were done with that topic.

MR. FLATTMANN:  It's my fault because I have this folder method of cross-examination, and I walked back to get this folder.  It is the last one.

BY MR. FLATTMANN:

Q.   So we also talked about the ARL test or you did earlier in your direct, I should say.

It's correct that you didn't review any manufacturing procedures for the batch provided to ARL; correct?

A.   No.

Q.   In other words, that's correct; right?

A.   I did not review any batch --

Q.   You didn't speak to anyone about how the batch was manufactured, for instance?

A.   I was informed by counsel that these were representative of the ANDA batch.

Q.   You weren't asked to review any stability data for the batch or anything like that?

A.   I was not.

Q.   You would agree that repeatability of analytic results is essential for dissolution testing?

A.   That is a quality that should be in a dissolution test

validation.

Q.   Well, it's essential, in your own words; right?

A.   Yes, but you know it's -- wondering what you're referring to as a piece of data or just in general terms.

THE COURT:  I believe you said that at your deposition.

THE WITNESS:  Okay.

MR. FLATTMANN:  Her expert report, actually, maybe the deposition as well.

THE COURT:  Expert report.

MR. FLATTMANN:  At least the expert report.

THE WITNESS:  I'm not denying the words.  It was not in context.

BY MR. FLATTMANN:

Q.   I didn't think you were denying it.  I wasn't implying that at all.

ARL tested six units per test for the two tests that it conducted; correct?

A.   Correct.

Q.   And the official testing was just done once for each set of conditions?

A.   Correct.

Q.   And it was not repeated?

A.   No.

Q.   Just one time for both conditions?

A.   That's right.

Q.   And these tests on the ARL batches were not submitted to FDA in your -- to your knowledge; right?

A.   No.

MR. FLATTMANN:  No further questions, Your Honor.

THE COURT:  Any redirect?

MR. JAROS:  No redirect, Your Honor, but a couple of administerial matters.

THE COURT:  You may step down.  Thank you.

MR. JAROS:  If our notes are any good, the Court did not formally admit DTX-148, 150, and 142.  There were no objections.  We just want to make the record.

THE COURT:  Are there any objections to admitting DTX-148, 150, and 142 were the numbers?  Were those your numbers, Mr. Jaros?

MR. JAROS:  Yes, Your Honor.

MR. FLATTMANN:  I don't think so, Your Honor.  I want to just -- I don't have 142.

MR. JAROS:  It's 142.

MR. FLATTMANN:  No objection, Your Honor.

THE COURT:  All three will be admitted.

(Exhibit Numbers DTX-142, DTX-148, and DTX-150 were admitted.)

MR. JAROS:  Your Honor, this is literally an exhibit sticker issue.  We admitted DDX-4.15 but it had DTX and that is 614.  We just want to make the record clear.

THE COURT:  Okay.  Can folks on each side just cross check that that DDX number corresponds to the DTX and there's no disagreement about the labeling being equivalent?  If the paralegals need to do this and get back to us after lunch, that's okay, too.  You guys take a look and see if you can verify it.

MR. FLATTMANN:  We will check, Your Honor.

THE COURT:  We can resolve this; right, when we come back from lunch?  Any other housekeeping?

MR. JAROS:  That's all, Your Honor.  Thank you.

THE COURT:  Let's take a break until 1:00.  Come back at 1:00 sharp.  I believe the only thing left is Dr. Buckton; correct?

MR. JAROS:  Correct.

THE COURT:  We will see if we can get through his direct this afternoon and cross may -- you anticipated 3 to 3 and a half hours.  Cross may wind up waiting until tomorrow morning, but sounds like we can probably wrap this trial up midday tomorrow.

MR. JAROS:  Absolutely.

MR. FLATTMANN:  Seems that way, Your Honor.

THE COURT:  Very good.

Let me give you one preview before you go.  I expect that after the close of all the evidence, I will give some feedback.  I will give you -- I will try to hammer each side on the weaknesses in its case, and I hope that your briefing then

can be focused on the weaknesses.  It's a natural thing for an advocate to like to showboat his strengths, but it's when you get hit hard that you'll come back with responses on -- I'll make it clear which arguments I think aren't going anywhere and which ones have some real force and hope that your post-trial briefing can be focused appropriately.  Very good.

Have a good lunch.  Little bit longer than usual.  See you at 1:00.

(Lunch break at 11:52 a.m.)

C E R T I F I C A T I O N

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

/s/ Bobbie J. Shanfelder

Bobbie J. Shanfelder, RDR, CRR

Official Court Reporter

Date:  January 10, 2024

**/**

**/s** [1] - 432:17

**0**

**008** [1] - 414:22
**0253** [1] - 372:22
**0254** [2] - 372:25, 373:11
**076** [1] - 420:23

**1**

**1** [11] - 326:7, 332:11, 334:22, 342:20, 384:16, 391:1, 394:12, 397:1, 408:2, 413:14, 416:15
**1,000** [3] - 350:11, 353:7, 353:10
**1,500** [1] - 350:11
**1.1** [27] - 380:25, 381:3, 381:5, 381:25, 383:10, 383:22, 384:14, 387:16, 388:8, 389:1, 389:22, 390:7, 395:1, 395:15, 396:4, 397:8, 397:10, 398:3, 398:5, 399:10, 400:12, 400:13, 401:20, 410:8, 414:10, 414:13, 415:13
**1.1/6.0** [1] - 388:3
**1/24th** [1] - 350:12
**10** [17] - 323:10, 324:1, 332:23, 342:19, 342:20, 356:21, 375:11, 382:15, 393:11, 393:14, 399:24, 400:2, 400:4, 400:5, 400:7, 432:20
**10-minute** [1] - 399:24
**100** [7] - 355:7, 391:16, 391:24, 392:2, 392:4, 392:8
**10005** [1] - 323:17
**1006** [5] - 361:13, 361:21, 364:23, 365:4, 387:5
**1092** [1] - 385:16
**10:13** [1] - 375:12
**10:23** [1] - 375:12
**11** [15] - 336:14, 348:6, 348:7, 382:19,

392:20, 393:6, 402:2, 402:6, 402:8, 402:11, 402:15, 402:16, 406:23, 409:3, 411:14
**119** [1] - 340:24
**11:52** [1] - 432:9
**12** [6] - 342:5, 349:25, 383:20, 416:1, 416:11, 423:20
**120** [9] - 355:1, 355:4, 355:6, 381:23, 383:14, 384:11, 387:20, 400:16, 408:1
**1200** [1] - 323:23
**1201** [1] - 323:13
**124** [3] - 343:22, 343:25, 344:1
**125** [1] - 364:15
**13** [4] - 353:1, 378:11, 385:14
**133** [3] - 401:1, 420:23, 421:1
**1347** [1] - 323:13
**137** [2] - 415:17, 415:20
**138** [1] - 417:7
**14** [2] - 353:24
**140** [1] - 355:7
**142** [4] - 430:10, 430:13, 430:17, 430:18
**15** [6] - 341:22, 341:24, 356:20, 386:18, 386:25, 387:13
**150** [5] - 400:5, 401:2, 401:12, 430:10, 430:13
**16** [1] - 388:5
**17** [1] - 356:21
**17.63** [1] - 399:22
**18** [13] - 333:5, 334:5, 335:1, 336:18, 341:4, 341:9, 342:3, 342:5, 342:11, 342:13, 342:18, 364:10, 388:21
**180** [3] - 354:25, 355:9, 400:6
**19** [1] - 389:19
**19106** [1] - 323:9
**194** [1] - 416:6
**19806** [1] - 323:23
**1986** [1] - 330:19
**1988** [2] - 330:21, 330:23
**19899** [1] - 323:14
**1:00** [3] - 431:10,

431:11, 432:8
**1st** [3] - 326:5, 327:6, 327:7

**2**

**2** [14] - 330:2, 353:2, 365:25, 385:23, 386:23, 387:17, 394:14, 395:15, 396:4, 400:15, 413:14, 413:16, 420:19
**2,000** [4] - 348:22, 349:11, 350:9
**2-hour** [2] - 396:5, 397:5
**20** [4] - 341:22, 341:24, 390:5, 393:24
**200** [4] - 334:15, 355:9, 384:17, 402:1
**2002** [1] - 331:9
**2004.** [1] - 421:25
**2007** [3] - 409:21, 409:25, 410:7
**2022** [1] - 349:16
**2023** [32] - 325:10, 325:12, 325:15, 357:7, 357:8, 357:10, 357:12, 358:1, 358:4, 358:8, 358:12, 358:16, 358:20, 361:19, 362:10, 362:14, 362:21, 362:23, 362:25, 363:2, 363:7, 363:10, 363:12, 364:3, 364:7, 364:9, 364:13, 365:9, 365:17, 366:2, 366:9, 369:17
**2024** [3] - 323:10, 324:1, 432:20
**207** [2] - 420:22, 420:23
**21** [1] - 390:12
**21-CV-1710** [1] - 323:3
**22** [8] - 333:3, 334:5, 334:25, 336:17, 390:24, 394:8, 394:12, 399:23
**23** [1] - 377:6
**230,000** [2] - 358:7, 370:19
**24,000** [5] - 348:12, 348:16, 349:6, 349:8, 350:10
**240** [2] - 400:6, 417:2

**240-minute** [1] - 416:25
**25** [6] - 333:25, 334:3, 362:19, 364:22, 371:12, 389:4
**253** [1] - 394:12
**254** [1] - 394:14
**255** [1] - 394:17
**26** [2] - 363:8, 395:9
**27** [4] - 363:16, 364:1, 397:6, 397:7
**28** [3] - 364:11, 364:22, 397:3
**29** [3] - 365:24, 397:13, 397:14
**2nd** [1] - 324:18

**3**

**3** [20] - 329:24, 332:21, 340:4, 342:21, 356:21, 370:6, 381:4, 382:3, 382:14, 382:16, 388:22, 389:24, 390:25, 394:17, 397:13, 416:15, 421:16, 431:15
**3,000** [1] - 348:15
**3.4** [1] - 425:3
**30** [7] - 381:22, 383:14, 384:11, 387:20, 397:25, 407:25
**32** [3] - 323:16, 398:6, 398:20
**33** [2] - 400:10, 401:16
**3314** [2] - 371:2, 371:14
**35** [2] - 331:20, 403:1
**37** [6] - 383:1, 383:7, 383:8, 387:19, 407:23, 416:7
**38** [2] - 408:21, 409:11

**4**

**4** [5] - 334:21, 350:1, 350:12, 371:1, 400:15
**4.5** [28] - 325:8, 381:5, 381:6, 397:2, 398:5, 398:11, 399:6, 399:11, 400:13, 401:17, 401:20, 406:25, 407:2, 407:5, 407:11, 407:12, 407:14, 407:24, 408:3, 408:20, 408:24,

410:8, 415:13, 416:3, 416:12, 417:3, 418:13, 419:20
**40** [10] - 332:1, 333:6, 335:2, 336:19, 378:18, 378:19, 402:18, 403:13, 410:23, 411:12
**40-milligram** [1] - 370:17
**45** [7] - 333:4, 338:2, 338:7, 339:24, 340:22, 364:16, 364:19
**45-minute** [1] - 375:9

**5**

**5** [15] - 336:12, 361:4, 374:14, 380:21, 384:10, 391:6, 403:24, 404:1, 416:1, 416:11, 416:20, 423:6, 423:19, 423:20, 424:2
**5-minute** [1] - 402:8
**5.5** [3] - 399:6, 403:22, 411:24
**500** [1] - 323:20
**516** [1] - 381:10
**53** [3] - 372:10, 408:1, 409:7
**54** [5] - 366:5, 372:10, 409:12, 409:13, 409:14
**55** [16] - 333:3, 334:2, 338:1, 338:6, 339:23, 340:21, 380:24, 381:23, 382:9, 390:20, 391:4, 395:13, 400:13, 408:1, 408:2
**55:45** [1] - 340:11
**56** [3] - 397:5, 408:1, 408:2
**5th** [1] - 349:16

**6**

**6** [14] - 323:20, 331:6, 331:7, 381:7, 384:14, 387:22, 387:24, 388:8, 397:1, 414:10, 414:14, 415:16, 416:15, 417:8
**6,000** [3] - 350:10, 358:5, 358:8

**6.0** [1] - 384:20
**6.1** [1] - 384:19
**60** [6] - 328:6, 381:22, 383:14, 384:11, 387:20, 408:1
**601** [1] - 323:9
**60654** [1] - 323:21
**608** [1] - 365:1
**611** [1] - 380:17
**613** [1] - 365:3
**614** [1] - 430:25
**62** [1] - 415:19

**7**

**7** [9] - 337:22, 339:3, 381:19, 389:2, 399:15, 399:16, 409:4, 416:15
**73.7** [1] - 409:8
**75** [10] - 333:24, 381:24, 382:9, 383:24, 387:18, 389:4, 390:1, 390:18, 391:3, 395:12
**750** [1] - 384:17
**76** [1] - 420:19
**77** [1] - 397:9

**8**

**8** [11] - 331:9, 339:2, 339:3, 377:20, 382:2, 414:18, 414:21, 414:23, 416:6, 416:15, 416:20
**80** [1] - 354:22
**86** [1] - 361:23

**9**

**9** [2] - 340:24, 342:20
**90** [5] - 354:3, 354:6, 354:21, 354:24, 357:3
**950** [1] - 384:18
**98.6** [1] - 383:2
**99** [1] - 363:20
**9:00** [2] - 323:10, 324:1

**A**

**A-V-A-C-H-A-T** [1] - 329:15
**a.m** [5] - 323:10, 324:1, 375:12, 432:9
**ability** [1] - 369:7

**able** [5] - 347:9, 355:2, 355:3, 368:9, 371:23
**above-entitled** [1] - 432:15
**absolute** [1] - 360:12
**absolutely** [11] - 333:18, 341:12, 342:11, 347:14, 355:11, 357:21, 359:22, 361:9, 368:14, 406:1, 431:19
**abstract** [2] - 424:13, 424:14
**academic** [1] - 376:15
**acceptable** [1] - 359:13
**accepted** [2] - 380:18, 417:9
**access** [1] - 336:8
**according** [2] - 387:5, 424:4
**account** [1] - 424:22
**accurate** [5] - 354:21, 362:17, 386:25, 388:9, 388:11
**accurately** [1] - 355:3
**achieve** [2] - 336:23, 345:15
**acid** [5] - 366:4, 366:5, 385:4, 385:23, 398:3
**acidic** [2] - 383:22, 385:22
**acknowledged** [1] - 325:13
**active** [2] - 363:4, 363:5
**activities** [3] - 330:11, 330:14, 331:21
**activity** [1] - 332:5
**actual** [4] - 348:20, 350:7, 415:1, 416:7
**add** [6] - 333:19, 342:14, 363:17, 384:17, 411:16, 424:2
**added** [11] - 325:15, 395:24, 411:8, 422:10, 422:18, 422:23, 423:1, 423:18, 424:9, 424:19, 425:19
**adding** [6] - 342:14, 392:19, 403:17, 424:7, 425:19
**addition** [9] - 384:15, 402:1, 410:12, 410:18, 411:5, 424:24, 425:7, 425:15, 425:16

**additional** [2] - 357:23, 418:13
**address** [3] - 373:16, 393:3, 406:16
**addressed** [1] - 406:2
**adjust** [1] - 358:22
**adjusting** [1] - 340:16
**adjustment** [1] - 415:13
**administerial** [1] - 430:7
**admission** [1] - 387:7
**admit** [28] - 332:15, 334:14, 335:22, 338:21, 347:24, 349:19, 351:7, 353:19, 356:14, 362:1, 364:21, 365:19, 380:8, 385:25, 387:4, 388:13, 389:13, 391:11, 396:15, 397:20, 401:5, 404:16, 404:21, 407:18, 409:16, 410:2, 425:14, 430:10
**admitted** [49] - 332:18, 332:19, 334:18, 334:19, 335:24, 338:24, 338:25, 348:3, 348:4, 349:22, 349:23, 351:10, 351:11, 353:21, 353:22, 356:17, 356:18, 362:4, 362:5, 365:5, 365:6, 365:21, 365:22, 374:17, 380:17, 380:19, 386:3, 386:4, 387:9, 387:11, 388:16, 388:17, 389:16, 389:17, 396:18, 396:19, 397:22, 397:23, 401:7, 404:24, 404:25, 407:21, 409:18, 409:19, 410:4, 410:5, 430:20, 430:22, 430:24
**admitting** [1] - 430:12
**adopted** [1] - 359:4
**ADRIANNE** [1] - 323:19
**advanced** [1] - 377:1
**advantages** [2] - 343:3, 368:23
**advisement** [1] - 375:21

**advocate** [1] - 432:2
**affect** [1] - 413:11
**affecting** [2] - 422:8, 424:16
**affinity** [1] - 368:21
**affirmatively** [1] - 403:15
**afternoon** [1] - 431:15
**afterwards** [2] - 343:20, 344:2
**age** [1] - 343:1
**age-old** [1] - 343:1
**agency** [1] - 348:15
**agents** [1] - 369:3
**ago** [2] - 324:18, 325:3
**agree** [7] - 326:19, 366:19, 398:10, 414:2, 416:19, 427:11, 428:23
**agreed** [1] - 348:21
**ahead** [4] - 351:1, 371:21, 372:15, 376:4
**air** [6] - 346:23, 346:25, 347:2, 347:4, 359:20
**alcohol** [1] - 361:6
**alkaline** [1] - 389:2
**allow** [4] - 327:13, 327:18, 327:21, 406:11
**allowed** [10] - 326:14, 327:3, 347:5, 348:13, 348:16, 392:1, 392:10, 392:11, 392:12, 403:25
**allowing** [1] - 406:16
**allows** [1] - 348:13
**almost** [3] - 399:15, 400:17, 428:2
**alternate** [2] - 345:20, 345:22
**alternating** [2] - 345:5, 345:22
**American** [1] - 335:12
**ammonium** [1] - 335:14
**amount** [10] - 343:19, 354:20, 355:3, 355:10, 363:12, 363:13, 364:5, 392:15, 394:4, 419:8
**amounted** [1] - 364:15
**amounts** [7] - 343:13, 354:20, 358:13, 358:17, 365:13, 416:2, 416:12
**Analysis** [7] - 354:8, 355:14, 355:17,

355:22, 356:12, 365:16, 370:16
**analysis** [3] - 355:8, 401:24, 418:25
**analysts** [1] - 378:11
**analytic** [1] - 428:23
**analytical** [2] - 388:7, 388:10
**analyze** [2] - 355:19, 379:19
**analyzed** [1] - 352:23
**ANDA** [37] - 324:25, 325:9, 325:14, 331:23, 338:19, 347:22, 348:16, 356:25, 357:7, 358:2, 358:6, 358:9, 358:17, 362:14, 365:10, 366:20, 366:21, 366:22, 370:22, 370:24, 374:2, 374:4, 381:13, 388:1, 388:3, 390:2, 390:19, 394:22, 395:10, 400:12, 416:2, 416:11, 418:23, 418:24, 425:25, 426:2, 428:19
**ANDREW** [1] - 323:15
**anhydrous** [4] - 333:12, 333:14, 335:3, 336:19
**anomaly** [1] - 417:22
**answer** [3] - 344:24, 406:16, 425:22
**answered** [1] - 346:15
**anticipated** [1] - 431:15
**anyway** [1] - 427:19
**apologize** [1] - 371:7
**apparatus** [5] - 383:15, 387:17, 413:14, 413:16
**appear** [3] - 420:12, 426:19, 427:12
**APPEARANCES** [1] - 323:11
**applicable** [1] - 373:3
**application** [2] - 425:25, 426:2
**applied** [9] - 338:9, 339:17, 339:22, 340:2, 344:19, 345:1, 346:22, 363:21, 364:7
**apply** [5] - 341:4, 345:1, 345:2, 345:13, 345:14

**applying** [2] - 344:25, 368:17
**approach** [2] - 329:5, 370:3
**appropriate** [5] - 387:25, 388:12, 398:17, 399:23, 400:2
**appropriately** [1] - 432:6
**approval** [3] - 351:20, 356:9, 389:6
**approved** [11] - 333:7, 341:25, 342:1, 347:15, 351:19, 352:22, 358:23, 377:23, 378:5, 379:11, 379:12
**approves** [1] - 336:5
**April** [1] - 326:2
**aqueous** [23] - 343:2, 343:8, 343:9, 343:11, 344:22, 344:24, 345:2, 345:6, 345:12, 345:19, 345:20, 346:6, 346:8, 368:6, 368:12
**area** [2] - 408:13, 427:24
**areas** [1] - 402:19
**argument** [1] - 368:14
**arguments** [1] - 432:4
**ARL** [20] - 380:25, 381:14, 396:8, 396:9, 396:10, 396:13, 396:21, 396:24, 397:8, 397:10, 397:15, 398:1, 407:11, 407:24, 428:9, 428:12, 429:16, 430:1
**ARL's** [1] - 381:6
**arose** [1] - 325:8
**arrived** [2] - 342:13, 359:1
**arrow** [1] - 393:7
**Arsht** [1] - 323:12
**article** [8] - 410:11, 421:15, 422:6, 424:5, 424:23, 425:13, 426:17, 426:18
**aside** [2] - 339:24, 426:8
**assembly** [2] - 352:2, 368:5
**asserted** [2] - 381:10, 387:23

**assess** [2] - 414:7, 414:15
**assist** [1] - 329:21
**assistant** [2] - 331:10, 331:15
**associate** [1] - 331:15
**associated** [1] - 331:21
**assume** [1] - 383:10
**assuming** [1] - 349:7
**assurance** [1] - 414:3
**assured** [1] - 354:17
**atmosphere** [1] - 347:7
**atomization** [1] - 359:20
**August** [1] - 325:12
**author** [3] - 335:25, 424:15, 425:5
**authors** [1] - 425:18
**Avachat** [34] - 324:7, 324:8, 324:13, 326:17, 327:14, 328:1, 328:11, 328:13, 329:12, 329:15, 330:18, 332:22, 333:22, 334:21, 336:13, 337:6, 337:25, 344:12, 346:5, 350:4, 351:5, 351:13, 357:9, 357:23, 362:7, 365:9, 366:1, 366:17, 366:19, 367:20, 370:15, 373:2, 375:5, 418:8
**AVACHAT** [1] - 328:12
**Avachat's** [2] - 328:5, 371:12
**average** [4] - 340:13, 381:20, 381:21, 389:21
**aware** [11] - 401:16, 418:2, 418:6, 418:8, 418:9, 418:10, 422:22, 423:6, 423:16, 426:8, 426:21
**axis** [1] - 392:3

# B

**Bachelor** [2] - 330:19, 376:16
**background** [3] - 325:6, 330:17, 355:16
**backwards** [2] - 349:7, 427:3

**balance** [1] - 368:8
**based** [12] - 328:16, 341:5, 348:11, 348:20, 350:7, 354:3, 355:21, 402:18, 403:13, 419:1, 423:8, 424:23
**basic** [1] - 357:19
**basis** [4] - 367:11, 367:17, 375:19, 405:5
**batch** [88] - 352:6, 352:20, 352:23, 355:22, 356:1, 356:3, 356:4, 357:23, 358:1, 358:4, 358:5, 358:6, 358:8, 358:21, 358:24, 359:2, 359:3, 359:4, 359:7, 359:9, 359:11, 359:16, 359:24, 360:23, 360:25, 361:3, 361:19, 362:14, 362:23, 362:25, 363:6, 363:7, 363:12, 364:7, 364:12, 366:19, 366:22, 366:25, 367:3, 367:6, 367:8, 369:17, 369:20, 369:23, 370:18, 370:20, 370:22, 370:24, 372:6, 372:8, 372:10, 372:15, 372:16, 372:20, 372:21, 372:25, 373:3, 373:4, 373:6, 373:7, 373:9, 373:13, 373:18, 374:1, 374:5, 374:25, 382:5, 382:8, 390:2, 390:25, 394:12, 394:14, 394:17, 414:7, 414:15, 428:12, 428:15, 428:16, 428:19, 428:20
**batch-to-batch** [2] - 414:7, 414:15
**batches** [43] - 324:24, 325:1, 325:14, 332:5, 352:2, 352:5, 352:11, 352:18, 356:7, 356:8, 356:12, 356:23, 357:3, 358:2, 358:10, 358:17,

360:19, 362:9, 362:20, 363:2, 363:10, 363:14, 364:3, 364:7, 364:9, 365:11, 366:7, 373:6, 373:10, 373:11, 373:25, 381:21, 381:22, 389:6, 389:8, 389:21, 390:6, 390:8, 395:2, 430:1
**Bates** [3] - 371:1, 371:13, 372:1
**bath** [4] - 382:25, 383:1, 383:7, 423:24
**beads** [3] - 389:4, 398:11, 407:2
**bears** [1] - 372:4
**became** [1] - 377:16
**becomes** [2] - 351:20, 363:21
**BEFORE** [1] - 323:7
**began** [2] - 377:12, 377:13
**beginning** [1] - 326:12
**begins** [1] - 383:12
**behind** [1] - 414:23
**below** [4] - 354:10, 354:15, 392:2, 400:8
**Bench** [1] - 323:5
**bench** [1] - 377:13
**bending** [1] - 427:3
**beneath** [1] - 383:16
**best** [1] - 419:1
**between** [10] - 324:23, 325:21, 362:24, 367:17, 382:8, 390:21, 392:19, 413:4, 417:12, 417:24
**beyond** [3] - 405:6, 405:7, 405:23
**BIBAS** [1] - 323:7
**big** [4] - 382:23, 386:11, 423:13
**binder** [25] - 329:6, 332:10, 334:10, 335:18, 338:17, 339:16, 347:20, 348:23, 349:15, 350:24, 353:15, 356:11, 361:18, 365:15, 371:10, 379:24, 380:5, 386:23, 389:10, 391:8, 396:12, 397:17, 400:25, 409:10, 409:24
**binders** [2] - 324:15, 370:2

**bioavailability** [1] - 413:4
**bioequivalence** [4] - 367:2, 367:4, 367:5, 367:7
**biphasic** [3] - 414:10, 414:13, 426:16
**bit** [13] - 330:17, 331:23, 338:15, 341:1, 372:5, 375:18, 388:20, 392:2, 411:15, 416:5, 419:16, 432:7
**black** [5] - 382:4, 382:12, 391:1, 394:20, 398:2
**blocks** [1] - 369:3
**blood** [2] - 394:5, 427:23
**blow** [1] - 421:20
**blow-up** [1] - 421:20
**blue** [7] - 371:19, 383:9, 390:17, 390:22, 395:3, 395:4, 395:6
**board** [1] - 409:4
**Bobbie** [3] - 323:24, 432:17, 432:18
**Bobbie_Shanfelder @paed.uscourts. gov** [1] - 323:25
**BODA** [1] - 323:19
**body** [6] - 342:17, 349:5, 383:2, 385:11, 413:8, 413:24
**book** [17] - 369:14, 374:14, 379:3, 379:4, 386:7, 386:10, 386:11, 403:10, 414:18, 414:21, 415:16, 420:19, 421:10, 426:10
**bookmarking** [1] - 392:25
**books** [1] - 412:6
**bottle** [2] - 369:3, 369:9
**bottles** [2] - 373:8, 373:9
**bottom** [14] - 354:11, 373:12, 373:13, 384:1, 386:20, 386:22, 401:11, 402:7, 402:8, 402:23, 403:19, 404:8, 411:22, 424:14
**Box** [1] - 323:13

**box** [2] - 371:4, 382:23
**brand** [1] - 379:9
**break** [8] - 328:8, 366:13, 375:10, 375:11, 375:12, 431:10, 432:9
**breeze** [1] - 388:20
**brief** [3] - 326:20, 326:21, 326:25
**briefing** [2] - 431:25, 432:5
**briefly** [6] - 326:16, 334:9, 339:4, 365:24, 387:13, 416:6
**bring** [1] - 406:13
**Broom** [1] - 323:23
**brought** [2] - 368:3, 379:15
**Buckton** [3] - 405:14, 405:15, 431:11
**buffer** [10] - 384:19, 389:2, 402:1, 407:1, 407:13, 408:24, 410:12, 410:18, 425:7, 425:19
**build** [11] - 341:2, 341:10, 342:6, 342:7, 342:11, 342:13, 359:8, 360:16, 363:20, 364:6, 364:8
**build-up** [2] - 359:8, 364:6
**building** [1] - 421:13
**builds** [1] - 421:9
**built** [2] - 393:13, 420:14
**bunch** [1] - 359:5
**business** [3] - 327:15, 327:21, 378:25
**buy** [1] - 369:2
**BY** [80] - 329:11, 329:18, 330:16, 332:20, 333:21, 334:20, 335:17, 336:11, 337:4, 337:21, 338:14, 339:1, 340:23, 344:11, 346:4, 348:5, 349:14, 350:3, 350:14, 351:4, 351:12, 352:25, 353:23, 355:13, 356:19, 357:22, 362:6, 363:25, 365:8, 365:23, 366:16, 369:13, 370:5, 370:14, 372:17,

372:23, 373:1, 374:13, 376:6, 377:3, 380:20, 384:24, 386:5, 387:12, 388:18, 389:18, 393:5, 394:7, 395:20, 396:7, 396:20, 397:24, 399:18, 401:15, 405:17, 406:15, 407:3, 407:22, 408:16, 409:20, 410:6, 411:11, 412:9, 414:25, 415:6, 415:21, 416:18, 417:4, 418:11, 419:15, 421:2, 422:1, 423:5, 423:15, 425:23, 426:7, 427:7, 427:21, 428:8, 429:13
**Byrne** [1] - 323:8

**C**

**Cahill** [1] - 323:16
**calculated** [2] - 348:12, 399:1
**calculous** [1] - 377:2
**capacity** [2] - 359:6, 360:21
**capsule** [17] - 333:6, 334:25, 336:19, 339:7, 340:6, 340:9, 340:21, 343:14, 343:20, 344:2, 358:8, 383:11, 383:23, 384:9, 401:23, 401:24
**capsules** [19] - 357:24, 358:5, 358:7, 370:17, 370:18, 370:19, 373:8, 383:6, 389:3, 413:20, 416:2, 416:11, 416:15, 417:9, 418:12, 418:22, 419:5, 419:6
**cardinal** [1] - 400:20
**care** [1] - 371:15
**career** [2] - 341:20, 379:18
**careful** [2] - 403:10
**carries** [1] - 346:24
**carryover** [1] - 421:10
**cartoonish** [1] - 375:19
**case** [13] - 325:8,

331:23, 345:13, 354:23, 357:13, 383:9, 383:13, 384:14, 385:20, 388:20, 412:12, 413:15, 431:25
**cases** [2] - 369:5, 402:12
**catch** [2] - 371:8, 374:3
**caused** [3] - 405:20, 406:19, 406:22
**causes** [2] - 379:17, 406:9
**caveat** [1] - 405:11
**cellulose** [1] - 339:10
**center** [1] - 410:14
**centigrade** [4] - 383:1, 383:8, 387:19
**certain** [5] - 347:12, 358:22, 368:22, 406:9, 413:24
**Certificate** [6] - 354:8, 355:14, 355:16, 355:22, 365:16, 370:16
**certificate** [1] - 355:21
**Certificates** [1] - 356:11
**certify** [1] - 432:14
**challenge** [2] - 385:3, 385:21
**challenging** [2] - 327:5, 327:10
**change** [9] - 350:21, 358:21, 359:9, 359:10, 360:1, 360:25, 383:19, 384:13, 400:16
**changes** [2] - 358:19, 358:24
**changing** [1] - 360:23
**chapter** [2] - 385:17, 385:19
**chapters** [5] - 377:10, 378:1, 379:3, 386:11
**charged** [1] - 406:23
**chart** [1] - 326:18
**charts** [4] - 362:8, 362:12, 362:16, 364:22
**cheaper** [1] - 368:13
**check** [3] - 326:2, 431:2, 431:6
**checked** [1] - 355:20
**chemist** [1] - 377:13
**chemistry** [3] - 376:18, 376:25, 377:1
**chemists** [2] - 377:17,

377:18
**Chicago** [1] - 323:21
**chloride** [31] - 342:22, 342:24, 344:12, 346:16, 346:17, 346:19, 346:21, 346:24, 347:3, 347:6, 347:10, 347:12, 347:16, 347:18, 348:8, 348:13, 350:5, 353:4, 353:11, 353:14, 353:17, 354:2, 355:5, 355:15, 356:22, 356:25, 357:4, 367:21, 367:23, 367:25, 368:2
**choose** [1] - 342:3
**chose** [1] - 343:6
**citation** [1] - 406:5
**cite** [2] - 420:3, 421:6
**cited** [3] - 386:22, 421:12, 426:15
**cites** [3] - 421:17, 422:2, 426:17
**cities** [2] - 373:22, 373:23
**citing** [2] - 421:14, 421:25
**city** [3] - 373:20, 374:6, 374:9
**Civil** [2] - 323:3, 323:5
**claim** [3] - 392:7, 392:9, 427:18
**claimed** [1] - 394:5
**claims** [4] - 426:22, 427:12, 427:17, 427:23
**clarification** [1] - 330:12
**clarify** [1] - 416:22
**clarity** [2] - 372:5, 416:24
**classes** [1] - 376:25
**clear** [8] - 386:6, 406:17, 407:1, 408:2, 408:19, 419:7, 430:25, 432:4
**clearly** [1] - 408:11
**clerk** [1] - 324:16
**clever** [2] - 337:8, 337:12
**close** [4] - 325:24, 326:1, 326:3, 431:23
**closed** [1] - 346:25
**COA** [1] - 355:17
**COAs** [1] - 356:12
**coat** [16] - 336:20, 341:9, 341:10,

342:4, 342:6, 342:7, 342:13, 344:19, 345:1, 345:2, 345:3, 345:12, 364:16, 368:17, 368:18
**coated** [20] - 336:18, 337:9, 338:9, 338:11, 339:9, 339:22, 340:3, 340:5, 340:6, 340:9, 340:14, 340:22, 341:20, 341:21, 364:5, 364:15, 367:18, 385:20, 422:7, 422:9
**coating** [46] - 336:22, 336:25, 337:1, 338:4, 338:9, 338:10, 338:11, 339:21, 340:1, 340:2, 341:2, 341:12, 341:17, 341:24, 342:12, 342:14, 342:15, 342:21, 343:2, 343:4, 344:13, 344:21, 345:1, 346:8, 363:11, 363:13, 363:14, 363:21, 364:4, 364:6, 364:9, 367:13, 384:21, 384:22, 385:9, 385:21, 402:13, 403:21, 403:22, 404:10, 404:11, 404:14, 419:9
**coatings** [1] - 346:7
**coauthor** [1] - 420:10
**coauthored** [1] - 379:4
**cOCHRAN** [1] - 370:2
**COCHRAN** [42] - 323:15, 324:12, 324:17, 326:1, 326:5, 326:8, 326:10, 326:21, 327:1, 327:24, 332:17, 334:17, 335:23, 338:23, 348:2, 349:21, 351:9, 353:20, 356:16, 362:3, 364:25, 365:20, 366:16, 369:12, 369:13, 370:5, 370:9, 370:12, 370:14, 371:17, 372:2, 372:5, 372:9, 372:13, 372:17,

372:20, 372:23, 373:1, 374:12, 374:13, 374:19, 375:2
**collect** [1] - 367:25
**collectively** [1] - 335:25
**College** [1] - 376:17
**color** [1] - 371:20
**column** [8] - 343:15, 350:11, 360:8, 398:15, 398:23, 399:20, 421:19, 421:21
**combined** [1] - 338:5
**coming** [4] - 348:25, 363:5, 400:20, 406:24
**comment** [1] - 413:20
**commercial** [1] - 324:24
**commercialization** [1] - 336:6
**commercialize** [1] - 356:6
**commercialized** [1] - 342:2
**Committee** [1] - 377:21
**committee** [7] - 377:22, 377:24, 378:3, 378:4, 378:6, 378:7
**common** [3] - 341:21, 346:9, 427:6
**commonly** [2] - 343:2, 398:22
**companies** [2] - 379:9, 379:10
**company** [2] - 331:8, 352:15
**comparative** [1] - 394:22
**compare** [1] - 394:20
**comparing** [1] - 362:8
**comparison** [5] - 343:8, 343:9, 343:11, 398:1, 425:3
**compendial** [2] - 377:23, 386:9
**competency** [1] - 351:21
**compiled** [1] - 336:3
**complete** [1] - 349:16
**completed** [1] - 339:18
**completely** [2] - 344:17, 345:4
**completing** [2] - 330:21, 340:4

**complied** [1] - 350:18
**complies** [1] - 352:20
**component** [3] - 333:19, 354:15, 354:17
**composition** [6] - 333:23, 334:2, 338:18, 362:13, 362:24, 364:6
**compositions** [1] - 380:10
**concentration** [2] - 402:15, 406:22
**conceptualization** [1] - 332:4
**concerned** [3] - 411:24, 420:2, 423:10
**concluded** [2] - 388:10, 425:18
**concludes** [1] - 422:6
**conclusion** [9] - 381:15, 388:2, 388:9, 394:19, 395:5, 422:13, 424:16, 424:20, 424:21
**conclusions** [4] - 398:17, 408:17, 423:11, 423:12
**condensed** [1] - 347:3
**condition** [1] - 341:14
**conditions** [7] - 387:1, 413:17, 417:18, 418:20, 419:3, 429:20, 429:24
**conducted** [2] - 396:10, 429:17
**Conference** [1] - 349:3
**confirm** [19] - 332:11, 334:11, 335:19, 338:18, 347:21, 349:15, 350:25, 353:16, 356:11, 361:19, 362:16, 365:16, 386:25, 389:11, 391:9, 394:10, 397:17, 400:25, 409:25
**confirmed** [1] - 380:25
**connected** [1] - 346:25
**connection** [2] - 392:19, 415:10
**consider** [2] - 356:9, 412:15
**considerably** [1] - 417:21
**considered** [4] -

360:20, 403:5, 413:13, 413:16
**considering** [1] - 333:6
**consistent** [2] - 389:24, 397:10
**constant** [3] - 346:23, 360:17, 360:18
**constantly** [1] - 399:25
**constituting** [1] - 335:2
**consult** [2] - 327:18, 378:24
**consultancy** [1] - 379:8
**consulting** [2] - 378:23, 379:18
**Consulting** [1] - 379:7
**consults** [1] - 379:8
**contain** [3] - 356:22, 357:3, 389:4
**contained** [2] - 327:15, 333:3
**contains** [4] - 334:25, 356:11, 392:8, 420:15
**content** [1] - 369:8
**contents** [4] - 341:15, 374:2, 374:4, 384:10
**context** [1] - 429:12
**continues** [1] - 383:13
**contradict** [1] - 360:5
**contribute** [1] - 424:8
**control** [4] - 352:2, 414:3, 414:7, 414:16
**convenience** [2] - 362:7, 395:24
**copied** [1] - 371:20
**copy** [1] - 324:14
**correct** [84] - 327:8, 330:3, 351:3, 357:4, 361:23, 367:3, 367:8, 372:2, 386:9, 394:6, 394:12, 394:14, 394:15, 394:17, 394:18, 394:24, 395:16, 395:22, 407:16, 407:17, 412:13, 412:14, 412:16, 412:17, 412:19, 412:21, 412:22, 412:23, 412:25, 413:5, 413:11, 413:12, 413:14, 413:18, 413:21, 413:25, 414:16, 415:10, 415:14, 415:15, 415:25,

416:3, 416:4, 416:13, 416:14, 417:5, 417:9, 417:10, 417:13, 417:16, 417:19, 417:20, 417:21, 418:18, 419:17, 419:21, 419:23, 420:5, 420:10, 420:16, 421:7, 421:11, 421:18, 422:3, 422:4, 422:17, 422:19, 423:21, 423:23, 424:3, 425:11, 425:20, 427:9, 427:13, 427:23, 428:11, 428:12, 428:14, 429:17, 429:18, 429:21, 431:12, 431:13, 432:14
**correlate** [1] - 371:11
**correlation** [1] - 324:23
**corresponds** [1] - 431:2
**cost** [5] - 345:17, 345:19, 368:4, 368:7, 368:10
**cotton** [1] - 369:3
**counsel** [3] - 368:3, 416:23, 428:18
**couple** [4] - 344:8, 391:16, 391:19, 430:6
**course** [5] - 327:21, 344:10, 352:14, 411:1, 411:22
**courses** [1] - 376:21
**COURT** [236] - 323:1, 324:2, 324:9, 324:14, 325:3, 325:11, 325:18, 325:20, 325:24, 326:3, 326:7, 326:9, 326:11, 326:19, 326:24, 327:8, 327:13, 327:25, 328:3, 328:5, 328:13, 328:16, 328:19, 328:21, 328:24, 329:1, 329:7, 329:9, 329:16, 332:16, 332:18, 333:11, 333:20, 334:15, 334:18, 335:6, 335:12, 335:16, 335:25, 336:7,

336:20, 336:24, 337:18, 338:10, 338:22, 338:24, 340:10, 340:13, 340:16, 340:19, 343:12, 343:19, 343:22, 343:25, 344:6, 344:10, 345:5, 345:19, 346:1, 347:25, 348:3, 348:24, 349:2, 349:5, 349:12, 349:20, 349:22, 349:24, 350:2, 350:10, 351:1, 351:8, 351:10, 352:1, 352:4, 352:10, 352:16, 352:24, 353:21, 354:10, 354:19, 355:1, 355:9, 355:12, 356:15, 356:17, 357:14, 357:17, 357:19, 359:5, 359:14, 359:17, 359:20, 359:23, 360:2, 360:6, 360:12, 360:14, 360:16, 360:18, 360:21, 360:25, 361:4, 361:7, 361:10, 361:15, 361:22, 362:2, 362:4, 363:24, 364:18, 364:24, 365:1, 365:3, 365:5, 365:21, 366:13, 368:3, 368:13, 369:1, 369:11, 370:4, 370:7, 370:10, 371:10, 371:19, 371:25, 372:4, 372:8, 372:11, 372:15, 372:19, 372:21, 372:25, 374:8, 374:16, 374:21, 375:3, 375:7, 375:13, 375:21, 376:1, 376:4, 376:19, 376:22, 376:24, 380:11, 380:13, 380:17, 384:3, 384:7, 386:1, 386:3, 387:6, 387:9, 388:14, 388:16, 389:14, 389:16, 391:12, 391:14, 392:3, 392:8, 392:14, 392:19,

392:24, 393:20, 394:3, 395:15, 395:17, 396:2, 396:16, 396:18, 397:22, 399:4, 399:8, 399:10, 401:8, 401:11, 403:8, 403:23, 404:1, 404:12, 404:22, 404:24, 405:1, 405:10, 405:12, 405:15, 405:24, 406:11, 407:19, 408:5, 408:8, 408:13, 409:14, 409:18, 410:4, 411:5, 412:4, 412:7, 414:23, 415:2, 415:19, 416:15, 416:20, 417:1, 418:4, 418:7, 419:7, 420:22, 420:25, 421:19, 421:23, 422:22, 422:25, 423:3, 423:14, 425:22, 426:3, 426:23, 427:2, 427:17, 428:1, 428:3, 429:5, 429:9, 430:5, 430:8, 430:12, 430:20, 431:1, 431:7, 431:10, 431:14, 431:21

**Court** [6] - 323:25, 327:3, 329:22, 339:4, 430:9, 432:19
**court** [2] - 337:5, 337:6
**Court's** [2] - 362:7, 405:8
**Courthouse** [1] - 323:8
**cover** [1] - 408:13
**covered** [2] - 378:2, 406:10
**create** [1] - 362:12
**criticism** [1] - 325:15
**criticisms** [1] - 325:16
**cross** [13] - 328:7, 366:14, 375:9, 408:11, 408:13, 412:4, 412:6, 415:4, 423:3, 428:6, 431:1, 431:15, 431:16
**CROSS** [2] - 366:15, 412:8
**cross-examination** [3] - 412:6, 415:4, 428:6
**CROSS-**

**EXAMINATION** [2] - 366:15, 412:8
**CRR** [2] - 323:24, 432:18
**current** [5] - 330:5, 330:8, 333:7, 379:6, 380:6
**curves** [1] - 382:4
**cut** [1] - 361:10
**CV** [1] - 380:6

## D

**daily** [3] - 348:8, 348:11
**data** [49] - 356:7, 356:8, 357:9, 357:24, 366:22, 370:24, 379:16, 379:19, 379:20, 381:5, 381:13, 381:22, 381:25, 382:8, 382:9, 382:12, 389:3, 389:23, 390:19, 390:22, 391:2, 391:9, 394:20, 395:22, 397:11, 398:14, 398:17, 398:24, 399:21, 400:22, 401:1, 401:12, 401:17, 403:14, 408:18, 408:22, 409:3, 409:7, 409:11, 417:5, 417:12, 417:23, 417:25, 419:2, 419:7, 419:10, 419:20, 428:20, 429:4
**database** [1] - 381:13
**Date** [1] - 432:20
**date** [1] - 325:5
**dated** [1] - 325:3
**Datir.** [1] - 325:3
**Daubert** [1] - 380:13
**DCM** [2] - 361:4, 361:6
**DDX** [1] - 431:2
**DDX-3** [20] - 329:24, 330:2, 332:21, 334:21, 336:12, 337:22, 339:2, 340:24, 342:19, 348:6, 349:25, 353:1, 353:24, 356:20, 362:19, 363:8, 363:16, 364:1, 364:11, 365:24
**DDX-3.7** [1] - 337:17

**DDX-4** [1] - 376:13
**DDX-4.15** [3] - 387:4, 387:11, 430:24
**DDX-4.22** [1] - 391:15
**DE** [2] - 323:14, 323:23
**decay** [1] - 352:16
**December** [1] - 326:12
**decide** [3] - 342:3, 342:5, 342:24
**decided** [2] - 334:2, 387:24
**deciding** [1] - 336:8
**decisions** [1] - 378:5
**declaration** [1] - 324:20
**decrease** [1] - 399:16
**DEFENDANTS** [2] - 323:18, 323:22
**defense** [1] - 324:7
**deferred** [1] - 324:3
**definitely** [3] - 328:7, 393:2, 421:14
**definition** [1] - 335:9
**degrade** [1] - 369:4
**degree** [3] - 376:16, 376:21, 404:18
**degrees** [5] - 383:1, 383:2, 383:7, 383:8, 387:19
**DELAWARE** [1] - 323:1
**delay** [1] - 326:11
**delayed** [17] - 333:4, 333:25, 334:3, 334:6, 335:2, 336:21, 336:23, 336:24, 337:1, 337:13, 338:2, 341:3, 341:6, 384:21, 402:11, 402:17, 403:21
**demonstrate** [1] - 342:9
**demonstrated** [1] - 425:6
**demonstrates** [1] - 402:4
**demonstration** [1] - 385:22
**demonstrative** [4] - 329:21, 375:18, 388:24, 401:22
**demonstratives** [1] - 375:20
**denying** [2] - 429:11, 429:14
**department** [1] - 378:11
**dependant** [1] -

359:24
**dependent** [2] - 359:19, 361:1
**deposed** [2] - 326:5, 326:7
**deposition** [13] - 325:15, 326:17, 326:23, 326:25, 327:2, 327:11, 329:2, 406:10, 406:13, 408:6, 408:9, 429:5, 429:8
**deps** [1] - 324:5
**describe** [3] - 330:18, 378:8, 390:21
**described** [1] - 387:1
**describes** [2] - 382:17, 413:23
**description** [4] - 338:18, 362:13, 385:20, 427:18
**desiccant** [1] - 369:9
**design** [2] - 332:25, 342:9
**designed** [1] - 403:6
**detail** [1] - 408:9
**details** [2] - 381:15, 382:1
**detect** [4] - 354:5, 354:15, 354:21, 400:23
**detected** [1] - 356:25
**detection** [4] - 354:1, 354:3, 354:24, 355:6
**determining** [1] - 398:25
**develop** [5] - 331:4, 341:12, 377:18, 379:11, 399:25
**developed** [2] - 332:7, 341:17
**developing** [2] - 332:3, 368:20
**development** [14] - 330:7, 330:10, 331:25, 332:5, 332:8, 332:12, 333:1, 342:6, 378:12, 387:24, 414:7, 414:15
**Development** [2] - 332:23, 385:18
**developmental** [1] - 324:24
**develops** [1] - 341:11
**deviation** [4] - 398:21, 398:25, 399:2, 399:4
**deviations** [2] - 399:10, 404:2
**diagram** [2] - 383:4,

393:4
**dichloromethane** [1] - 361:6
**difference** [2] - 382:7, 423:13
**different** [31] - 325:21, 329:3, 331:6, 333:16, 334:1, 342:6, 342:7, 357:6, 359:7, 360:8, 371:17, 372:6, 372:20, 373:10, 373:22, 373:23, 373:24, 374:9, 374:10, 374:11, 381:3, 382:10, 390:23, 394:1, 394:21, 395:8, 395:14, 396:4, 398:4, 399:11, 424:9
**differing** [2] - 325:17, 326:14
**difficult** [1] - 343:9
**DIRECT** [2] - 329:10, 376:5
**direct** [20] - 328:6, 328:8, 368:4, 370:8, 371:12, 372:3, 375:9, 396:10, 396:24, 414:11, 414:14, 415:3, 416:5, 419:17, 421:3, 421:15, 425:10, 425:14, 428:10, 431:15
**directed** [1] - 406:2
**directly** [1] - 406:2
**director** [5] - 331:10, 331:15, 331:16, 379:25
**disagreement** [2] - 408:14, 431:3
**disclose** [1] - 407:4
**discovery** [4] - 325:2, 325:24, 326:1, 326:3
**discussing** [1] - 418:18
**discussion** [2] - 348:19, 348:20
**disprove** [1] - 406:3
**dissolution** [78] - 366:1, 366:5, 366:6, 377:10, 377:15, 377:19, 377:22, 377:23, 378:10, 378:12, 378:16, 378:19, 378:21, 378:24, 379:1, 379:3, 379:4, 379:22, 380:2,

380:3, 380:9, 380:18, 380:24, 381:13, 382:3, 382:17, 382:18, 382:20, 382:21, 382:22, 383:5, 383:6, 383:7, 383:12, 383:13, 383:21, 385:2, 385:22, 387:14, 388:19, 389:7, 393:1, 393:4, 393:17, 393:22, 393:23, 395:7, 396:10, 400:1, 400:18, 402:18, 403:7, 404:8, 404:19, 405:19, 406:18, 406:25, 407:12, 408:19, 410:14, 412:13, 412:16, 413:11, 413:17, 413:21, 413:23, 414:2, 414:6, 420:1, 422:8, 424:16, 425:3, 426:12, 426:16, 427:12, 428:24, 428:25

**Dissolution** [7] - 377:22, 379:5, 380:1, 385:17, 403:4, 420:5, 421:17

**dissolve** [9] - 383:25, 384:10, 384:12, 384:23, 385:7, 385:9, 404:10, 404:11, 408:4

**dissolved** [7] - 390:17, 391:18, 392:4, 392:5, 392:6, 394:3, 394:4

**dissolves** [7] - 345:11, 384:22, 385:9, 395:12, 403:22, 413:24

**dissolving** [2] - 401:25, 419:8

**distinction** [1] - 420:8

**DISTRICT** [2] - 323:1, 323:1

**divided** [1] - 347:4

**divider** [1] - 414:23

**Docket** [1] - 323:3

**doctor** [1] - 426:23

**doctorate** [1] - 404:18

**doctors** [1] - 427:5

**docu** [1] - 387:17

**document** [15] - 324:16, 327:13,

327:21, 335:4, 351:15, 351:19, 355:18, 355:23, 361:20, 374:23, 375:1, 388:6, 409:22, 423:4, 424:13

**documents** [8] - 333:13, 334:9, 356:22, 386:20, 386:22, 387:2, 387:15, 422:25

**done** [18] - 339:21, 342:18, 345:15, 346:13, 359:12, 363:11, 367:5, 367:6, 367:7, 410:25, 411:5, 411:7, 418:25, 424:25, 425:13, 428:3, 429:19

**dosage** [10] - 330:11, 330:14, 330:25, 331:21, 385:20, 391:25, 410:16, 414:3, 422:9, 424:17

**dose** [1] - 348:11

**dotted** [2] - 384:13, 389:1

**double** [1] - 326:2

**double-check** [1] - 326:2

**doubts** [1] - 368:19

**down** [21] - 324:25, 349:11, 350:10, 354:5, 359:1, 383:16, 383:18, 386:19, 391:18, 392:15, 392:16, 393:1, 393:17, 399:14, 409:4, 410:18, 411:15, 411:21, 421:22, 425:8, 430:8

**doxycycline** [21] - 332:1, 332:12, 333:2, 333:4, 333:5, 333:6, 333:12, 333:14, 333:16, 335:2, 335:3, 336:19, 339:6, 342:4, 370:17, 380:25, 381:9, 389:3, 416:3, 416:12, 418:13

**Dr** [30] - 325:12, 326:4, 326:5, 326:14, 327:5, 327:10, 337:8, 381:5, 398:6, 398:7, 398:10,

403:5, 403:8, 404:18, 405:14, 405:15, 406:3, 407:4, 407:7, 408:17, 409:22, 415:23, 420:8, 422:2, 423:16, 426:11, 426:13, 426:22, 431:11

**DR** [6] - 385:4, 385:8, 389:4, 398:11, 408:4, 408:20

**drafted** [1] - 336:1

**draw** [6] - 381:16, 388:2, 394:19, 395:5, 398:17, 408:18

**drive** [1] - 382:23

**drop** [2] - 383:23, 393:12

**dropped** [1] - 383:11

**drops** [1] - 393:9

**drug** [19] - 332:7, 338:19, 339:16, 339:19, 339:20, 339:22, 345:23, 347:25, 349:5, 362:13, 363:3, 369:5, 369:6, 369:8, 392:15, 413:4, 413:11, 414:7, 414:15

**drying** [2] - 368:6, 369:2

**DTX** [2] - 430:24, 431:2

**DTX-025** [3] - 372:1, 372:3, 372:18

**DTX-025.001** [1] - 371:15

**DTX-0250011** [1] - 372:24

**DTX-101** [3] - 385:25, 386:4, 404:16

**DTX-101.7** [1] - 385:14

**DTX-109** [3] - 403:1, 404:21, 404:25

**DTX-124** [6] - 350:24, 351:5, 351:7, 351:11, 351:13, 353:2

**DTX-141** [3] - 396:12, 396:15, 396:19

**DTX-142** [3] - 407:18, 407:21, 430:21

**DTX-142.21** [1] - 407:15

**DTX-148** [5] - 391:8, 391:11, 430:10, 430:13, 430:21

**DTX-150** [4] - 400:25, 401:5, 401:7, 430:21

**DTX-150.24** [1] - 400:10

**DTX-151** [3] - 397:17, 397:20, 397:23

**DTX-23** [4] - 334:10, 334:14, 334:19, 334:22

**DTX-24** [4] - 335:18, 335:22, 335:24, 336:14

**DTX-25** [5] - 356:10, 356:14, 356:18, 356:21, 371:13

**DTX-25.011** [1] - 372:4

**DTX-313** [3] - 409:24, 410:2, 410:5

**DTX-45** [3] - 389:10, 389:13, 389:17

**DTX-46** [6] - 332:10, 332:15, 332:19, 332:23, 337:23, 340:25

**DTX-48** [6] - 338:16, 338:21, 338:25, 339:3, 342:20, 362:13

**DTX-50** [2] - 388:13, 388:17

**DTX-50.68** [1] - 388:5

**DTX-54** [3] - 409:10, 409:16, 409:19

**DTX-604** [5] - 348:23, 349:15, 349:19, 349:23, 350:1

**DTX-605** [4] - 353:15, 353:19, 353:22, 353:25

**DTX-606** [4] - 347:19, 347:24, 348:4, 348:7

**DTX-611** [4] - 379:24, 380:5, 380:8, 380:19

**DTX-612** [1] - 324:13

**DTX-613** [3] - 364:21, 365:2, 365:6

**DTX-85** [5] - 365:15, 365:19, 365:22, 365:25, 369:14

**DTX-86** [5] - 361:18, 361:24, 362:1, 362:5, 362:14

**duodenum** [1] - 405:4

**Dupont** [2] - 378:8, 378:10

**during** [10] - 332:25, 338:3, 341:20, 346:17, 352:14, 377:14, 404:7, 421:15, 422:9,

424:17

**dusting** [1] - 339:14

**duties** [2] - 330:8, 331:2

**dying** [1] - 394:9

---

**E**

---

**early** [1] - 324:3

**easier** [3] - 343:10, 368:22, 390:16

**easy** [1] - 343:7

**economic** [2] - 368:5, 368:24

**economical** [2] - 368:9, 368:12

**Edition** [2] - 403:4, 420:5

**edition** [16] - 420:6, 420:7, 420:9, 420:10, 420:12, 420:13, 420:14, 421:8, 421:9, 421:10, 421:13, 421:14

**editor** [1] - 380:1

**education** [1] - 330:18

**effect** [1] - 384:4

**effective** [2] - 345:17, 345:19

**efficacy** [1] - 369:5

**efficient** [1] - 343:4

**efficiently** [1] - 345:16

**eighth** [1] - 349:9

**either** [3] - 327:19, 371:22, 381:22

**elected** [1] - 378:6

**elements** [2] - 413:7

**eliminate** [1] - 408:3

**eliminated** [1] - 409:6

**emphatically** [1] - 424:15

**employed** [2] - 330:3, 379:21

**empted** [2] - 337:3, 344:4

**emptied** [1] - 384:11

**emptying** [1] - 384:9

**end** [2] - 326:12, 345:16

**ending** [6] - 371:2, 372:10, 372:25, 394:12, 394:14, 394:17

**ends** [1] - 372:12

**enforce** [1] - 386:14

**enforceable** [1] - 377:11

**enforcement** [1] - 377:12

**engineering** [1] - 404:18

**enjoy** [1] - 395:21

**enlarged** [1] - 334:16

**enlists** [1] - 351:17

**ensure** [2] - 337:25, 352:20

**ensures** [2] - 340:18, 340:20

**ensuring** [1] - 340:10

**entailed** [1] - 352:19

**enteric** [40] - 336:18, 336:20, 336:22, 336:25, 337:9, 338:8, 338:9, 338:11, 340:1, 340:2, 340:3, 340:6, 340:8, 340:14, 340:22, 341:2, 341:9, 341:19, 341:21, 342:4, 342:12, 344:13, 344:21, 364:4, 364:6, 364:8, 364:15, 367:13, 367:18, 385:20, 410:16, 422:7, 422:8, 422:10, 422:15, 424:17, 424:18, 425:3

**entire** [1] - 331:5

**entirely** [1] - 384:4

**entitled** [1] - 432:15

**environmental** [1] - 349:6

**equal** [1] - 360:20

**equaling** [1] - 333:5

**equipment** [17] - 340:3, 356:5, 359:6, 359:25, 360:1, 360:3, 360:21, 373:24, 374:1, 374:4, 374:6, 382:20, 382:21, 403:7, 413:6

**equivalent** [4] - 333:19, 345:7, 359:3, 431:3

**erode** [3] - 384:21, 402:13, 407:2

**erosion** [1] - 408:20

**error** [1] - 393:20

**especially** [1] - 383:19

**ESQUIRE** [8] - 323:12, 323:15, 323:15, 323:18, 323:18, 323:19, 323:19, 323:22

**essential** [2] - 428:24, 429:2

**essentially** [3] - 359:11, 359:12, 407:14

**establish** [1] - 354:14

**evaluate** [6] - 353:13, 377:19, 398:24, 400:1, 405:19, 406:19

**evaluated** [2] - 342:7, 378:20

**evaluation** [1] - 342:9

**evaporated** [3] - 345:4, 346:17, 346:24

**evaporates** [1] - 346:19

**evaporation** [1] - 343:14

**eventually** [5] - 348:17, 348:20, 349:10, 351:19, 368:25

**evidence** [3] - 324:13, 387:10, 431:23

**Evidence** [1] - 364:23

**exactly** [11] - 324:19, 326:10, 356:3, 364:5, 364:20, 384:6, 395:23, 395:25, 401:14, 421:3

**exaggerated** [1] - 412:1

**EXAMINATION** [4] - 329:10, 366:15, 376:5, 412:8

**examination** [4] - 412:6, 415:3, 415:4, 428:6

**example** [1] - 385:16

**Example** [1] - 382:16

**exceed** [1] - 391:16

**except** [1] - 387:22

**excerpt** [4] - 403:3, 410:11, 425:14

**excess** [2] - 343:14, 391:23

**excipient** [2] - 335:8, 335:12

**excipients** [5] - 335:7, 335:10, 335:11, 335:14, 363:6

**excuse** [3] - 381:11, 399:6, 409:7

**excused** [1] - 375:7

**executed** [1] - 333:2

**executive** [3] - 330:6, 331:17, 331:24

**exhaust** [2] - 346:25, 360:7

**exhibit** [46] - 332:5, 349:13, 356:1, 356:3, 356:4, 356:7, 356:12, 356:23, 357:3, 358:2, 358:6, 358:10, 358:17, 359:3, 362:9, 362:20, 362:22, 362:24, 363:2, 363:6, 363:10, 363:12, 364:3, 364:7, 364:9, 364:12, 365:11, 366:7, 370:8, 371:8, 371:9, 371:11, 374:16, 382:5, 387:5, 390:2, 390:6, 390:25, 394:12, 394:14, 394:17, 401:9, 401:14, 416:7, 430:23

**Exhibit** [27] - 332:19, 334:19, 335:24, 338:25, 348:4, 349:23, 351:11, 353:22, 356:18, 362:5, 365:6, 365:22, 380:17, 380:19, 386:4, 387:11, 388:17, 389:17, 396:19, 397:23, 401:7, 404:25, 407:21, 409:19, 410:5, 416:6, 430:21

**exhibits** [7] - 364:23, 371:12, 375:18, 386:19, 386:21, 415:3, 415:4

**existence** [2] - 406:5, 421:7

**existing** [3] - 377:19, 378:1, 421:24

**exists** [2] - 366:25, 392:5

**expect** [2] - 400:7, 431:22

**expected** [1] - 410:12

**expensive** [2] - 367:21, 367:23

**experience** [8] - 329:1, 331:20, 376:15, 377:4, 378:8, 378:16, 402:18, 403:13

**experiment** [3] - 342:10, 411:18

**expert** [25] - 326:3, 326:15, 326:20, 326:22, 377:21,

377:22, 378:3, 380:9, 380:18, 392:12, 405:7, 405:22, 405:23, 405:24, 406:10, 412:15, 412:21, 415:17, 418:5, 420:4, 426:10, 429:7, 429:9, 429:10

**expertise** [5] - 405:1, 405:6, 405:7, 420:1, 427:24

**experts** [2] - 378:24, 427:5

**explain** [8] - 351:13, 370:15, 376:15, 393:8, 409:8, 410:10, 411:12

**explanation** [4] - 401:17, 403:15, 419:19, 420:2

**explanations** [3] - 391:20, 408:9, 419:22

**expose** [1] - 403:21

**exposed** [2] - 402:11, 402:14

**exposure** [2] - 348:8, 402:24

**extending** [1] - 383:16

**extension** [1] - 376:17

**extensively** [2] - 326:23, 327:1

**extent** [2] - 325:14, 327:14

**extra** [1] - 393:15

**extremely** [1] - 343:6

## F

**facility** [2] - 373:24, 374:11

**fact** [15] - 325:2, 327:16, 328:6, 330:22, 341:20, 342:5, 342:16, 344:16, 346:8, 350:21, 350:25, 368:15, 404:5, 406:2, 419:11

**facts** [1] - 327:15

**Fahrenheit** [1] - 383:2

**fail** [3] - 344:16, 386:15, 398:11

**fails** [4] - 351:23, 352:1, 352:14, 355:25

**fair** [5] - 413:9, 427:20, 427:25

**far** [7] - 383:10,

393:17, 398:15, 411:2, 411:23, 420:1, 423:10

**fast** [2] - 343:3, 424:25

**fasted** [1] - 383:22

**faster** [1] - 346:1

**fault** [2] - 379:20, 428:5

**FDA** [29] - 336:5, 341:25, 342:8, 347:15, 348:19, 348:21, 350:7, 350:18, 351:16, 351:19, 353:8, 356:8, 357:10, 357:24, 366:25, 377:11, 377:24, 379:11, 379:12, 381:12, 381:13, 386:13, 411:6, 417:24, 417:25, 418:3, 423:7, 430:1

**FDA's** [2] - 349:16, 350:4

**Federal** [1] - 364:23

**feedback** [1] - 431:24

**few** [1] - 375:17

**fifth** [1] - 364:12

**Figure** [9] - 381:4, 382:3, 382:14, 382:16, 388:22, 389:24, 390:25, 397:13, 411:14

**figure** [8] - 352:18, 354:19, 379:17, 379:19, 391:1, 391:2, 393:18, 425:17

**figured** [1] - 340:13

**figures** [2] - 375:22, 411:17

**figuring** [1] - 406:23

**filing** [2] - 348:16, 388:1

**fill** [2] - 423:6, 423:20

**filled** [3] - 373:8, 383:5, 423:23

**filling** [1] - 340:7

**fills** [1] - 340:7

**final** [2] - 345:2, 364:14

**financial** [1] - 368:11

**finder** [1] - 419:11

**fine** [5] - 357:19, 374:21, 392:24, 412:11, 418:8

**finish** [3] - 358:15, 409:21, 410:23

**finished** [11] - 330:21, 350:21, 350:25,

351:5, 351:14, 351:15, 351:23, 352:7, 353:3, 369:16, 370:16
**first** [28] - 328:11, 339:8, 355:16, 362:19, 362:22, 372:9, 383:21, 383:24, 385:3, 385:7, 385:12, 387:16, 389:22, 390:7, 391:3, 391:23, 393:24, 395:15, 397:4, 397:8, 399:22, 400:19, 401:23, 403:7, 403:16, 411:17, 421:9, 425:5
**five** [5] - 339:7, 365:10, 421:22, 423:6
**FLATTMANN** [60] - 323:15, 328:4, 375:17, 380:12, 380:16, 386:2, 387:7, 388:15, 389:15, 391:13, 396:17, 397:21, 401:6, 404:23, 405:7, 405:11, 405:21, 406:4, 407:20, 409:17, 410:3, 412:5, 412:9, 414:25, 415:6, 415:21, 416:16, 416:18, 416:24, 417:4, 418:6, 418:11, 419:5, 419:14, 419:15, 420:23, 421:2, 421:21, 422:1, 423:5, 423:15, 425:23, 426:7, 426:25, 427:4, 427:7, 427:20, 427:21, 427:25, 428:2, 428:5, 428:8, 429:7, 429:10, 429:13, 430:4, 430:16, 430:19, 431:6, 431:20
**flawed** [1] - 381:6
**flight** [1] - 328:21
**floating** [1] - 333:15
**flow** [4] - 359:20, 404:19, 426:12
**fluid** [4] - 383:22, 384:20, 392:20
**fluidizing** [1] - 346:23
**fly** [1] - 328:19

**focus** [1] - 342:20
**focused** [2] - 432:1, 432:6
**folder** [2] - 428:6, 428:7
**folks** [1] - 431:1
**follow** [1] - 351:18
**followed** [3] - 359:16, 385:22, 415:13
**following** [3] - 371:10, 374:5, 405:18
**footer** [1] - 373:13
**footnote** [1] - 421:6
**FOR** [4] - 323:12, 323:15, 323:18, 323:22
**force** [1] - 432:5
**foregoing** [1] - 432:14
**form** [5] - 335:3, 361:5, 361:6, 391:25, 410:16
**formally** [1] - 430:10
**forming** [2] - 415:10, 424:22
**forms** [5] - 330:25, 331:22, 385:20, 422:9, 424:17
**formula** [1] - 352:17
**formulation** [10] - 330:14, 330:24, 331:21, 332:25, 333:2, 333:8, 334:1, 335:11, 342:9, 400:22
**formulations** [2] - 330:11, 331:4
**formulator** [2] - 341:11, 344:15
**forth** [1] - 393:12
**forward** [2] - 357:20, 408:11
**foundation** [2] - 327:19, 375:23
**four** [2] - 340:5, 391:22
**fourth** [4] - 352:11, 364:2, 372:18, 372:21
**fraction** [1] - 360:12
**frankly** [1] - 326:13
**frequently** [1] - 352:4
**fresh** [1] - 393:14
**friend** [1] - 324:10
**front** [4] - 369:14, 370:11, 386:23, 390:10
**full** [5] - 329:14, 379:21, 379:23, 421:21, 422:5
**full-time** [1] - 379:23

**functionality** [1] - 385:21
**functions** [1] - 379:14

**G**

**GALDERMA** [1] - 323:3
**Galderma** [3] - 381:10, 387:23, 399:5
**Galderma's** [1] - 333:14
**gastric** [1] - 383:22
**gelatin** [1] - 335:13
**general** [3] - 385:19, 403:13, 429:4
**generated** [7] - 355:18, 355:21, 355:22, 410:17, 422:9, 424:17, 425:7
**generic** [1] - 379:9
**GERALD** [1] - 323:15
**ghosts** [2] - 410:19, 410:21
**GI** [1] - 413:18
**given** [4] - 342:17, 360:3, 374:5, 379:3
**Gordon** [1] - 323:16
**gradual** [2] - 410:17, 425:7
**graduate** [3] - 376:19, 376:21
**graduation** [1] - 330:20
**graph** [5] - 389:23, 391:16, 398:22, 401:8, 401:11
**graphs** [1] - 395:21
**Gray** [32] - 375:8, 375:11, 375:13, 375:24, 376:1, 376:7, 376:10, 379:7, 380:9, 380:14, 380:18, 382:11, 386:6, 387:13, 391:14, 393:7, 394:9, 395:21, 396:21, 405:18, 406:18, 408:17, 410:7, 412:2, 412:10, 412:12, 416:19, 417:5, 419:16, 421:4, 421:25, 427:8
**gray** [2] - 423:16, 426:22
**GRAY** [1] - 375:25
**green** [10] - 382:5, 382:12, 390:22,

391:1, 391:2, 394:20, 395:3, 395:4, 395:6, 398:3
**grinding** [2] - 384:3, 393:25
**gross** [1] - 364:18
**group** [2] - 377:16, 378:10
**growth** [1] - 331:14
**guess** [3] - 345:6, 416:15, 425:15
**guidance** [5] - 348:9, 348:10, 349:1, 358:25, 377:12
**guidelines** [1] - 423:7
**guys** [2] - 375:9, 431:5

**H**

**half** [5] - 391:19, 391:21, 401:10, 401:11, 431:16
**Hall** [1] - 323:22
**hammer** [1] - 431:24
**hand** [10] - 340:7, 340:8, 350:11, 370:2, 383:4, 384:16, 387:14, 398:15, 398:23, 412:6
**Handbook** [4] - 379:4, 403:3, 420:4, 421:17
**handbook** [5] - 406:6, 420:15, 420:24, 422:2, 426:19
**HANEY** [1] - 323:22
**Hanson** [8] - 403:5, 404:18, 420:8, 421:25, 422:2, 426:11, 426:13
**hard** [2] - 427:4, 432:3
**harden** [1] - 339:10
**hardened** [1] - 339:17
**hardening** [4] - 339:8, 342:21, 345:23, 362:23
**Harmonization** [1] - 349:4
**harsh** [1] - 341:14
**hate** [1] - 329:2
**head** [5] - 331:12, 340:18, 340:20, 378:10, 424:5
**headed** [1] - 331:9
**hear** [2] - 337:8, 406:12
**heard** [5] - 324:21, 325:16, 337:11, 341:1, 356:1
**heated** [2] - 383:7,

383:8
**height** [1] - 360:8
**Hello** [1] - 366:17
**help** [7] - 329:21, 331:4, 362:7, 376:11, 379:10, 379:13, 379:19
**helped** [1] - 329:25
**helpful** [1] - 420:18
**helping** [1] - 362:12
**high** [31] - 378:14, 384:17, 384:21, 385:9, 388:19, 398:15, 398:16, 398:18, 399:23, 401:19, 402:12, 402:14, 402:19, 402:24, 403:17, 404:3, 404:5, 404:9, 404:11, 405:20, 406:19, 410:8, 410:13, 411:15, 411:16, 411:19, 411:21, 417:15, 417:17, 421:23
**higher** [11] - 363:21, 364:16, 364:18, 368:10, 385:23, 395:18, 399:4, 416:12, 416:21, 417:8
**highlight** [1] - 344:16
**highlighted** [4] - 398:15, 398:19, 399:19, 423:11
**highly** [3] - 399:22, 402:19, 402:25
**history** [1] - 421:12
**hit** [1] - 432:3
**honest** [1] - 345:10
**Honor** [101] - 324:8, 324:12, 324:17, 325:7, 326:10, 326:13, 326:22, 326:23, 327:23, 327:24, 328:2, 328:4, 329:5, 332:15, 334:14, 334:17, 335:22, 337:19, 338:21, 344:5, 344:9, 346:3, 347:24, 348:2, 349:19, 350:17, 351:7, 353:19, 356:14, 357:15, 357:21, 361:12, 361:20, 362:1, 364:21, 365:7, 365:19, 366:12, 369:12, 370:3,

371:7, 371:18, 371:23, 372:5, 372:14, 374:12, 374:20, 375:2, 375:4, 375:15, 375:17, 376:3, 380:8, 380:12, 380:15, 380:16, 385:25, 386:2, 387:4, 387:8, 388:13, 388:15, 389:13, 391:11, 391:13, 393:3, 396:6, 396:15, 396:17, 397:20, 401:5, 401:10, 404:16, 404:21, 404:23, 405:8, 405:13, 405:21, 406:1, 406:4, 407:18, 407:20, 408:10, 408:15, 409:16, 410:2, 412:5, 416:17, 416:22, 419:14, 427:20, 428:2, 430:4, 430:6, 430:15, 430:16, 430:19, 430:23, 431:6, 431:9, 431:20

**Honorable** [1] - 363:17

**HONORABLE** [1] - 323:7

**honored** [1] - 350:8

**hook** [1] - 405:16

**hope** [2] - 431:25, 432:5

**hotspot** [16] - 402:22, 403:2, 403:10, 403:15, 409:3, 410:17, 411:4, 411:19, 418:17, 419:16, 420:3, 420:16, 421:7, 424:8, 425:7, 425:20

**hotspots** [19] - 401:18, 401:21, 403:9, 405:2, 405:19, 405:24, 406:5, 406:9, 406:19, 410:19, 411:2, 422:8, 423:12, 424:16, 425:15, 425:24, 426:2, 426:9, 426:20

**hours** [7] - 341:14, 385:24, 391:6, 391:22, 395:15, 396:4, 431:16

**housekeeping** [1] - 431:8

**housing** [1] - 382:25

**HPMC** [9] - 339:21, 344:19, 345:1, 345:2, 345:3, 345:11, 345:13, 363:13

**HPMCE** [1] - 361:4

**Hubbard** [1] - 323:20

**humidity** [1] - 360:12

**hundred** [2] - 378:21, 399:2

**hydroxypropyl** [1] - 339:9

## I

**ICH** [2] - 349:1, 349:2

**idea** [3] - 366:25, 403:17, 404:5

**identical** [3] - 362:24, 363:6, 363:15

**identified** [3] - 336:16, 373:10, 386:20

**identify** [1] - 371:23

**IL** [1] - 323:21

**imaging** [1] - 422:6

**immediate** [11] - 333:3, 333:25, 334:3, 334:5, 335:1, 336:17, 338:1, 340:8, 340:21, 367:13, 367:17

**impacted** [1] - 360:11

**implication** [1] - 419:11

**implying** [1] - 429:14

**important** [4] - 343:5, 414:6, 414:15, 420:8

**impossible** [2] - 391:17, 413:19

**IN** [1] - 323:1

**INC** [1] - 323:5

**include** [3] - 335:8, 337:12, 421:24

**included** [2] - 334:6, 378:12

**includes** [3] - 335:11, 335:12, 338:1

**including** [3] - 337:9, 379:3, 379:9

**inclusion** [1] - 332:6

**incomplete** [1] - 344:13

**increased** [1] - 425:16

**indeed** [1] - 397:12

**independent** [2] - 381:1, 396:9

**India** [8] - 324:20,

328:16, 328:18, 369:21, 373:16, 373:20, 374:5

**indicate** [1] - 343:16

**individual** [1] - 338:7

**industry** [13] - 330:22, 331:19, 348:7, 377:4, 377:9, 377:25, 378:23, 379:8, 379:22, 381:17, 388:4, 403:3, 414:2

**inference** [1] - 419:9

**inferring** [1] - 404:2

**infiltrates** [1] - 404:10

**inflow** [1] - 346:23

**information** [11] - 334:7, 335:5, 335:20, 336:4, 336:5, 336:6, 336:13, 337:10, 362:16, 387:10

**informed** [1] - 428:18

**ingredients** [8] - 335:8, 335:13, 358:13, 358:17, 361:14, 362:8, 362:9, 365:13

**initial** [1] - 331:2

**ink** [1] - 371:19

**inlet** [2] - 360:7, 374:24

**inspired** [1] - 325:1

**instance** [2] - 412:18, 428:17

**instead** [1] - 425:18

**intact** [1] - 418:15

**intake** [1] - 348:11

**integrate** [1] - 357:5

**intend** [1] - 344:21

**intended** [2] - 385:10, 388:12

**intends** [3] - 351:17, 351:18, 356:5

**intention** [1] - 345:22

**interacted** [1] - 377:24

**interesting** [1] - 423:12

**International** [2] - 349:3, 349:5

**interpretation** [1] - 415:23

**interrupt** [2] - 333:11, 371:7

**interruption** [1] - 330:12

**interval** [1] - 402:8

**intestinal** [1] - 384:20

**intestine** [1] - 385:13

**introduced** [1] -

423:19

**investigate** [2] - 394:9, 400:23

**involve** [2] - 330:24, 412:12

**involved** [3] - 332:4, 413:1, 415:13

**IPA** [2] - 361:4, 361:5

**IR** [6] - 364:5, 383:24, 384:11, 385:6, 389:4, 401:25

**isopropyl** [1] - 361:5

**issue** [3] - 326:14, 375:16, 430:24

**issued** [1] - 336:1

**issues** [2] - 379:17, 380:2

**itself** [5] - 327:21, 374:23, 375:1, 387:10, 413:7

## J

**James** [1] - 323:8

**January** [4] - 323:10, 324:1, 324:18, 432:20

**Jaros** [2] - 403:9, 430:14

**JAROS** [62] - 323:18, 375:15, 375:24, 376:3, 376:6, 377:3, 380:8, 380:15, 380:20, 384:24, 385:25, 386:5, 387:4, 387:12, 388:13, 388:18, 389:13, 389:18, 391:11, 393:3, 393:5, 394:7, 395:20, 396:6, 396:7, 396:15, 396:20, 397:20, 397:24, 399:18, 401:5, 401:10, 401:13, 401:15, 404:16, 404:20, 405:13, 405:17, 406:1, 406:15, 407:3, 407:18, 407:22, 408:10, 408:15, 408:16, 409:16, 409:20, 410:2, 410:6, 411:11, 412:2, 416:22, 419:4, 430:6, 430:9, 430:15, 430:18, 430:23, 431:9, 431:13, 431:19

**JEREMY** [1] - 323:12

**jet** [1] - 328:22

**job** [2] - 342:17, 379:23

**joined** [5] - 330:22, 331:3, 331:8, 331:10

**JOSEPH** [1] - 323:18

**journal** [3] - 380:1, 380:2, 380:3

**JR** [1] - 323:15

**Judge** [2] - 328:10, 363:18

**Judge's** [1] - 346:14

**judgment** [1] - 324:4

**judgments** [1] - 400:22

**July** [1] - 349:16

**June** [28] - 325:10, 357:8, 357:10, 357:12, 358:1, 358:4, 358:8, 358:12, 358:16, 358:20, 361:19, 362:10, 362:14, 362:21, 362:22, 362:25, 363:2, 363:6, 363:10, 363:12, 364:3, 364:7, 364:9, 364:13, 365:9, 365:17, 366:2, 366:9

**justification** [1] - 347:21

## K

**K-R-I-S-H-N-A-K-U-M-A-R** [1] - 329:17

**KATIE** [1] - 323:19

**keeping** [1] - 345:22

**kept** [6] - 338:6, 339:24, 352:12, 374:10, 374:22, 375:1

**kind** [17] - 339:14, 344:14, 348:10, 352:17, 352:19, 354:19, 368:19, 369:7, 369:8, 400:20, 402:13, 402:15, 402:16, 403:16, 404:8, 404:9, 404:11

**kinds** [4] - 331:21, 331:22, 333:16, 356:8

**knowing** [2] - 327:2, 407:2

**knowledge** [10] - 327:14, 327:15,

327:19, 333:17, 333:24, 407:4, 419:1, 425:24, 426:19, 430:2
**knows** [1] - 422:22
**krishnakumar** [1] - 329:17

## L

**L.P** [1] - 323:3
**lab** [3] - 377:17, 405:3, 413:24
**label** [9] - 334:6, 334:11, 334:15, 334:22, 334:24, 334:25, 392:6, 392:9, 394:5
**labeling** [1] - 431:3
**LABORATORIES** [1] - 323:3
**laboratory** [3] - 377:14, 381:1, 396:9
**ladder** [2] - 331:7, 331:12
**lag** [1] - 328:22
**laid** [1] - 375:23
**language** [3] - 337:9, 337:12, 427:18
**large** [2] - 362:22, 410:17
**larger** [2] - 373:6, 425:6
**last** [10] - 328:20, 355:14, 364:11, 377:20, 398:5, 401:8, 402:4, 422:5, 424:14, 428:7
**late** [2] - 324:25, 325:5
**latex** [2] - 345:7
**law** [3] - 324:4, 324:16, 387:10
**lay** [3] - 327:19, 369:1, 405:11
**layer** [1] - 345:8
**layering** [2] - 344:21, 346:6
**layers** [3] - 344:22, 344:23, 344:25
**LDOX-003315** [1] - 372:1
**LDOX-330** [1] - 371:13
**LDOX-3314** [1] - 371:14
**lead** [1] - 410:15
**leading** [1] - 357:14
**leads** [1] - 403:15
**learned** [1] - 424:6
**least** [4] - 385:7, 391:22, 417:9,

429:10
**leave** [1] - 339:14
**left** [10] - 325:9, 331:8, 350:11, 378:6, 383:4, 387:14, 393:7, 408:23, 421:21, 431:11
**left-hand** [3] - 350:11, 383:4, 387:14
**legally** [1] - 377:11
**less** [6] - 343:11, 357:3, 364:17, 399:24, 400:3, 411:3
**lessening** [1] - 342:10
**letter** [1] - 349:17
**level** [8] - 348:14, 354:14, 376:24, 384:15, 384:16, 388:19, 393:9, 393:12
**levels** [3] - 347:12, 416:21, 427:23
**liable** [1] - 355:10
**liaison** [1] - 377:21
**life** [4] - 352:13, 352:14, 369:4, 369:10
**likely** [1] - 411:4
**limine** [2] - 327:4, 327:9
**limit** [17] - 348:15, 348:16, 348:24, 350:9, 351:20, 353:6, 353:8, 354:1, 354:3, 354:10, 354:15, 354:16, 354:18, 354:23, 354:24, 355:6
**LIMITED** [1] - 323:5
**Limited** [1] - 373:14
**limits** [3] - 348:22, 350:7, 351:18
**line** [8] - 344:4, 352:2, 368:6, 384:13, 389:1, 390:17, 395:2, 401:25
**linear** [1] - 388:11
**lines** [6] - 382:5, 382:6, 391:1, 391:2, 421:22, 427:22
**liquid** [2] - 383:5, 384:5
**list** [2] - 325:20, 386:12
**literally** [1] - 430:23
**literature** [3] - 426:9, 426:15, 426:20
**litigation** [1] - 325:1
**live** [2] - 324:5, 328:11
**LLP** [2] - 323:12,

323:16
**load** [1] - 342:16
**loaded** [3] - 339:19, 339:20, 339:22
**loading** [1] - 363:3
**located** [1] - 381:1
**logical** [4] - 419:9, 419:11, 419:24, 420:2
**look** [31] - 330:2, 332:21, 334:9, 335:4, 336:12, 338:4, 339:2, 345:17, 348:6, 348:23, 349:25, 351:13, 353:1, 353:24, 356:20, 362:19, 363:4, 365:24, 381:15, 382:1, 391:7, 391:15, 398:14, 400:17, 401:22, 404:4, 415:16, 415:17, 417:7, 427:14, 431:5
**looked** [7] - 355:18, 364:22, 386:19, 389:25, 390:9, 406:6, 419:2
**looking** [13] - 371:12, 371:16, 372:11, 372:12, 395:17, 399:6, 408:11, 411:14, 411:16, 415:2, 415:3, 416:7, 416:24
**looks** [2] - 371:19, 414:24
**loop** [1] - 346:25
**low** [3] - 343:5, 400:14, 422:11
**lower** [2] - 417:21, 417:22
**lowered** [1] - 348:17
**lowest** [1] - 417:2
**LP** [1] - 323:3
**lunch** [5] - 375:11, 431:4, 431:8, 432:7, 432:9
**Lupin** [108] - 325:8, 327:3, 328:2, 328:10, 329:19, 330:3, 330:5, 330:9, 330:22, 331:2, 331:3, 331:5, 331:6, 331:8, 331:10, 332:7, 332:25, 333:2, 333:10, 333:22, 333:24, 333:25, 334:2,

335:25, 336:1, 336:3, 337:8, 337:12, 337:25, 338:15, 339:5, 341:9, 342:3, 342:5, 342:6, 342:22, 342:24, 344:12, 344:20, 346:5, 346:16, 347:6, 347:9, 348:14, 348:19, 348:21, 350:7, 350:15, 350:18, 350:21, 353:8, 353:13, 354:9, 357:7, 358:19, 358:23, 366:1, 367:2, 367:25, 369:20, 373:13, 374:6, 375:24, 380:23, 381:17, 381:20, 381:23, 382:5, 382:8, 388:3, 388:4, 388:7, 390:6, 390:14, 390:19, 390:25, 391:2, 391:4, 395:3, 395:10, 395:12, 396:23, 397:1, 397:4, 397:15, 398:1, 398:3, 398:11, 399:5, 400:12, 407:24, 411:1, 415:9, 415:23, 416:2, 416:10, 417:2, 417:24, 418:4, 419:6, 419:20, 422:15, 422:18, 423:6, 423:9, 423:16
**LUPIN** [2] - 323:5
**Lupin's** [46] - 324:23, 332:1, 332:12, 333:8, 333:14, 334:7, 334:11, 334:22, 334:25, 335:20, 336:16, 338:19, 341:3, 341:6, 347:15, 347:19, 347:22, 347:25, 348:8, 349:16, 350:5, 353:10, 354:1, 354:5, 356:12, 356:23, 356:25, 366:10, 367:10, 367:11, 367:17, 370:22, 370:24, 380:24, 381:2, 381:5, 381:7, 381:13, 381:18,

390:2, 394:22, 410:8, 413:20, 414:19, 416:11, 425:25
**Lupus** [1] - 331:8

## M

**M-090254** [1] - 370:20
**M-190018** [1] - 373:4
**M-190019** [1] - 373:4
**M-190020** [1] - 373:4
**M090254** [1] - 373:3
**M0909254** [1] - 372:12
**ma'am** [1] - 425:22
**machine** [1] - 340:7
**main** [3] - 377:18, 377:25, 379:9
**maintain** [1] - 374:19
**maintained** [1] - 383:1
**major** [2] - 376:18, 378:13
**majority** [1] - 377:15
**MAKARAND** [2] - 328:12, 329:15
**Makarand** [4] - 324:7, 328:11, 329:15, 371:12
**makarand** [1] - 324:8
**managing** [1] - 379:25
**manner** [2] - 341:7, 354:17
**manufacture** [8] - 339:5, 339:15, 352:12, 357:23, 362:20, 369:23, 373:25, 392:11
**manufactured** [19] - 325:10, 341:6, 352:7, 356:4, 357:7, 357:13, 358:9, 358:12, 358:16, 358:20, 365:10, 369:17, 369:20, 370:18, 373:7, 373:18, 374:1, 403:7, 428:17
**manufacturer** [4] - 351:16, 351:17, 351:18, 356:5
**manufactures** [1] - 338:15
**manufacturing** [19] - 325:21, 338:3, 338:4, 338:8, 339:6, 342:25, 346:18, 347:9, 356:5, 358:24, 359:16, 367:10, 367:16, 368:1, 368:23,

374:4, 374:5, 392:12, 428:11
**marked** [1] - 416:20
**market** [2] - 352:9, 386:15
**Market** [2] - 323:9, 323:13
**markets** [1] - 331:22
**Mary** [3] - 376:16, 376:23, 376:24
**Master** [1] - 330:20
**Master's** [1] - 376:24
**Masters** [1] - 330:21
**mathematically** [2] - 391:17, 391:20
**matter** [4] - 324:4, 370:10, 412:16, 432:15
**matters** [3] - 324:9, 375:14, 430:7
**max** [1] - 349:6
**maximum** [1] - 348:11
**Mazzochi** [1] - 323:20
**McLaughlin** [1] - 323:22
**mean** [13] - 345:6, 354:5, 354:12, 374:21, 392:15, 397:5, 397:9, 399:1, 399:2, 411:9, 424:23, 426:1, 426:13
**means** [7] - 336:22, 337:13, 337:14, 354:16, 398:23, 400:22, 417:2
**measure** [1] - 355:3
**measurement** [3] - 354:22, 355:10, 393:20
**media** [13] - 393:14, 393:15, 406:25, 422:10, 422:18, 422:19, 423:18, 424:2, 424:7, 424:9, 424:19
**medicine** [3] - 345:17, 369:2, 405:4
**medium** [11] - 341:16, 383:6, 383:8, 383:9, 383:11, 383:22, 385:22, 385:23, 407:12, 410:18, 425:8
**MEGAN** [1] - 323:22
**mention** [4] - 326:19, 326:21, 326:24, 426:2
**mentioned** [11] - 326:16, 327:7,

367:10, 382:14, 383:15, 391:7, 398:19, 426:1, 426:15, 426:18
**mentioning** [1] - 368:4
**mentions** [1] - 426:9
**Merck** [2] - 378:9, 378:10
**merely** [1] - 384:1
**method** [35] - 353:16, 378:12, 378:13, 380:24, 381:7, 381:11, 381:12, 381:14, 381:17, 383:21, 384:25, 385:2, 387:15, 387:24, 388:1, 388:3, 388:4, 388:8, 388:9, 388:10, 393:13, 397:1, 400:1, 400:20, 407:11, 407:13, 407:16, 409:2, 422:10, 422:15, 424:18, 427:19, 428:6
**methodology** [2] - 340:3, 354:14
**methods** [22] - 377:16, 377:19, 378:14, 378:24, 379:11, 379:12, 379:13, 379:22, 381:8, 381:9, 381:10, 381:13, 386:17, 386:20, 387:1, 387:17, 387:18, 387:19, 387:20, 387:21, 387:22, 425:4
**methyl** [1] - 339:9
**methylene** [31] - 342:22, 342:24, 344:12, 346:15, 346:17, 346:19, 346:21, 346:24, 347:3, 347:6, 347:10, 347:12, 347:16, 347:18, 348:8, 348:12, 350:5, 353:4, 353:11, 353:14, 353:17, 354:1, 355:5, 355:15, 356:22, 356:25, 357:4, 367:20, 367:23, 367:25, 368:2
**midday** [1] - 431:17
**middle** [3] - 329:16,

371:5, 383:15
**might** [4] - 324:22, 324:23, 328:6, 411:12
**Miller** [13] - 409:21, 409:25, 410:7, 421:15, 421:17, 422:2, 422:6, 422:13, 423:23, 424:3, 424:13, 426:8, 426:18
**milligram** [10] - 332:1, 333:5, 333:6, 335:1, 336:17, 336:18, 336:19, 363:20, 364:15
**milligrams** [7] - 333:4, 334:5, 334:6, 335:3, 343:23, 343:25, 344:1
**million** [9] - 353:11, 354:4, 354:6, 354:24, 354:25, 355:1, 355:4, 355:6, 357:4
**minimum** [1] - 354:14
**minute** [2] - 395:4, 418:21
**minutes** [19] - 328:6, 375:11, 381:23, 383:14, 384:10, 384:11, 400:4, 400:7, 400:16, 403:24, 404:1, 407:25, 408:1, 417:3, 423:6, 423:19, 423:20, 424:2
**misspoke** [1] - 404:20
**mixed** [7] - 340:18, 402:6, 403:18, 403:20, 411:22, 411:23
**mixing** [7] - 394:1, 402:5, 402:9, 404:1, 410:15, 411:3, 424:12
**mLs** [3] - 393:11, 393:14, 402:1
**MO** [1] - 372:12
**moisture** [3] - 333:19, 369:4, 369:7
**molecules** [1] - 369:6
**Molino** [1] - 323:20
**moment** [1] - 356:2
**monitoring** [1] - 360:10
**monographs** [2] - 386:12
**moreover** [1] - 352:11

**Morning** [1] - 323:4
**morning** [13] - 324:2, 328:8, 328:9, 328:13, 329:12, 329:13, 375:10, 376:1, 376:2, 376:7, 376:8, 431:16
**Morris** [1] - 323:12
**most** [6] - 343:1, 343:5, 346:9, 379:18, 390:18, 419:24
**motion** [3] - 327:4, 327:9, 380:13
**motions** [1] - 324:4
**mound** [1] - 404:9
**move** [33] - 332:15, 334:14, 335:22, 338:21, 347:24, 349:19, 351:7, 353:19, 356:14, 357:6, 357:16, 361:16, 362:1, 364:21, 365:19, 374:6, 374:12, 380:8, 385:25, 387:4, 388:13, 389:13, 391:11, 394:10, 396:3, 396:15, 397:20, 401:5, 404:16, 404:21, 407:18, 409:16, 410:2
**moved** [3] - 331:7, 331:14, 331:15
**moving** [2] - 410:25, 411:2
**MR** [239] - 324:8, 324:12, 324:17, 325:6, 325:12, 325:19, 325:23, 325:25, 326:1, 326:4, 326:5, 326:6, 326:8, 326:10, 326:13, 326:21, 327:1, 327:9, 327:23, 327:24, 328:2, 328:4, 328:10, 329:5, 329:8, 329:11, 329:18, 330:16, 332:15, 332:17, 332:20, 333:17, 333:21, 334:14, 334:17, 334:20, 335:17, 335:22, 335:23, 336:11, 337:3, 337:4, 337:19, 337:21, 338:14, 338:21,

338:23, 339:1, 340:23, 344:4, 344:7, 344:11, 346:3, 346:4, 347:24, 348:2, 348:5, 349:14, 349:19, 349:21, 349:25, 350:3, 350:14, 351:3, 351:4, 351:7, 351:9, 351:12, 352:25, 353:19, 353:20, 353:23, 355:13, 356:14, 356:16, 356:19, 357:15, 357:18, 357:21, 357:22, 361:12, 361:16, 361:24, 362:1, 362:3, 362:6, 363:25, 364:21, 364:25, 365:2, 365:4, 365:7, 365:8, 365:19, 365:20, 365:23, 366:12, 366:16, 369:12, 369:13, 370:5, 370:9, 370:12, 370:14, 371:7, 371:17, 371:22, 372:2, 372:5, 372:9, 372:13, 372:17, 372:20, 372:23, 373:1, 374:12, 374:13, 374:19, 375:2, 375:4, 375:15, 375:17, 375:24, 376:3, 376:6, 377:3, 380:8, 380:12, 380:15, 380:16, 380:20, 384:24, 385:25, 386:2, 386:5, 387:4, 387:7, 387:12, 388:13, 388:15, 388:18, 389:13, 389:15, 389:18, 391:11, 391:13, 393:3, 393:5, 394:7, 395:20, 396:6, 396:7, 396:15, 396:17, 396:20, 397:20, 397:21, 397:24, 399:18, 401:5, 401:6, 401:10, 401:13, 401:15, 404:16, 404:20, 404:23, 405:7, 405:11, 405:13, 405:17, 405:21, 406:1, 406:4, 406:15,

407:3, 407:18, 407:20, 407:22, 408:10, 408:15, 408:16, 409:16, 409:17, 409:20, 410:2, 410:3, 410:6, 411:11, 412:2, 412:5, 412:9, 414:25, 415:6, 415:21, 416:16, 416:18, 416:22, 416:24, 417:4, 418:6, 418:11, 419:4, 419:5, 419:14, 419:15, 420:23, 421:2, 421:21, 422:1, 423:5, 423:15, 425:23, 426:7, 426:25, 427:4, 427:7, 427:20, 427:21, 427:25, 428:2, 428:5, 428:8, 429:7, 429:10, 429:13, 430:4, 430:6, 430:9, 430:15, 430:16, 430:18, 430:19, 430:23, 431:6, 431:9, 431:13, 431:19, 431:20

**multimedia** [9] - 414:19, 415:9, 415:24, 418:12, 418:23, 418:24, 422:16, 422:18, 423:16

**multiple** [1] - 383:3

**multiplied** [1] - 399:2

**must** [1] - 400:21

**N**

**Nagpur** [2] - 373:16, 373:20

**name** [3] - 329:14, 329:16, 376:9

**namely** [1] - 424:18

**narrow** [1] - 335:9

**natural** [1] - 432:1

**nature** [1] - 378:25

**NDA** [5] - 381:11, 389:5, 389:7, 389:21

**near** [2] - 411:5, 424:10

**necessarily** [1] - 336:21

**need** [6] - 326:2, 367:5, 379:16, 408:25, 421:12,

431:4

**needs** [1] - 366:13

**negligible** [1] - 421:24

**net** [1] - 364:19

**neutralization** [6] - 422:9, 422:19, 423:18, 424:2, 424:18, 425:19

**neutralizing** [1] - 389:2

**never** [3] - 324:21, 406:10, 412:23

**new** [2] - 366:19, 421:8

**New** [1] - 323:17

**next** [17] - 337:3, 337:16, 338:8, 339:13, 339:20, 339:24, 340:1, 344:4, 344:18, 349:13, 374:7, 375:8, 394:14, 394:16, 396:1, 396:3, 401:21

**nice** [2] - 366:17, 406:17

**Nichols** [1] - 323:12

**nobody** [1] - 348:13

**non** [13] - 343:2, 343:9, 344:24, 345:2, 345:6, 345:12, 345:20, 346:6, 346:8, 357:14, 368:6, 421:24

**non-aqueous** [10] - 343:2, 343:9, 344:24, 345:2, 345:12, 345:20, 346:6, 346:8, 368:6

**non-leading** [1] - 357:14

**non-negligible** [1] - 421:24

**non-water** [1] - 345:6

**nonaqueous** [1] - 344:22

**nonsense** [1] - 403:9

**normally** [1] - 409:7

**North** [2] - 323:13, 323:23

**noted** [1] - 416:1

**notes** [2] - 416:16, 430:9

**nothing** [3] - 328:4, 345:24, 360:4

**noting** [1] - 374:25

**November** [2] - 325:15, 326:4

**nowadays** [1] - 379:10

**nowhere** [1] - 366:20

**Number** [26] - 332:19, 334:19, 335:24, 338:25, 348:4, 349:23, 351:11, 353:22, 356:18, 362:5, 365:6, 365:22, 371:1, 371:13, 380:19, 386:4, 387:11, 388:17, 389:17, 396:19, 397:23, 401:7, 404:25, 407:21, 409:19, 410:5

**number** [17] - 359:6, 360:21, 365:1, 370:20, 371:8, 371:9, 371:11, 372:1, 372:8, 372:10, 373:9, 391:18, 414:20, 414:23, 420:22, 420:25, 431:2

**Numbers** [1] - 430:21

**numbers** [5] - 343:15, 343:17, 395:24, 430:13

**numerous** [1] - 379:2

**NY** [1] - 323:17

**O**

**object** [3] - 375:19, 405:6, 405:21

**objected** [1] - 374:17

**objection** [44] - 332:16, 332:17, 334:16, 334:17, 335:23, 338:22, 338:23, 348:1, 349:20, 349:21, 351:8, 351:9, 353:20, 356:15, 356:16, 362:2, 362:3, 364:24, 364:25, 365:20, 371:22, 374:19, 380:11, 386:1, 386:2, 387:6, 387:7, 388:14, 389:14, 389:15, 391:12, 391:13, 396:16, 396:17, 397:21, 401:6, 404:22, 407:19, 407:20, 409:17, 410:3, 416:22, 419:4, 430:19

**objections** [2] -

430:11, 430:12

**obligation** [1] - 360:10

**observe** [1] - 425:20

**observed** [2] - 350:8, 355:24

**obvious** [1] - 406:24

**obviously** [3] - 344:1, 359:7, 404:2

**odd** [2] - 399:14, 399:16

**oddities** [1] - 391:21

**oddity** [2] - 392:25, 393:2

**OF** [1] - 323:1

**offense** [1] - 427:2

**offered** [1] - 413:3

**offering** [1] - 324:13

**Official** [2] - 323:25, 432:19

**official** [1] - 429:19

**often** [1] - 391:24

**oil** [2] - 345:7, 345:8

**Oklahoma** [1] - 381:1

**old** [1] - 343:1

**Old** [1] - 323:16

**once** [4] - 339:18, 355:9, 399:11, 429:19

**one** [34] - 324:15, 335:6, 340:7, 342:23, 346:9, 349:7, 349:9, 357:19, 363:17, 367:20, 371:22, 372:7, 372:11, 374:6, 378:13, 379:14, 379:25, 386:6, 390:8, 391:16, 393:15, 399:15, 404:17, 406:22, 410:24, 415:12, 419:24, 423:23, 427:22, 428:7, 429:24, 431:22

**one-eighth** [1] - 349:9

**ones** [4] - 333:15, 338:11, 359:23, 432:5

**online** [1] - 386:10

**open** [1] - 413:20

**operate** [1] - 358:22

**operated** [1] - 359:2

**operates** [1] - 382:23

**operating** [1] - 358:23

**operation** [18] - 338:3, 338:4, 339:7, 339:13, 339:14, 339:18, 340:17, 340:18, 340:20,

344:18, 346:10, 346:17, 346:21, 346:22, 359:12, 359:19, 364:4, 364:14

**operations** [2] - 339:7, 383:19

**opine** [4] - 405:5, 406:7, 406:14, 417:8

**opinion** [5] - 406:3, 408:11, 413:10, 424:22, 425:11

**opinions** [9] - 327:4, 327:5, 380:21, 380:23, 410:7, 412:12, 412:18, 413:3, 415:10

**opposed** [1] - 424:7

**optimal** [1] - 387:25

**optimization** [3] - 342:7, 345:18, 387:24

**Oracea** [31] - 333:24, 381:3, 381:11, 381:21, 381:24, 389:5, 389:6, 389:7, 389:21, 390:14, 390:17, 395:2, 395:11, 396:25, 397:8, 398:2, 399:13, 404:13, 408:24, 409:1, 409:4, 409:6, 417:18, 418:12, 418:22, 419:5, 419:8, 419:9

**order** [4] - 341:10, 344:12, 352:20, 369:8

**ordinary** [1] - 327:20

**organic** [6] - 343:6, 343:10, 345:4, 345:14, 368:21, 377:1

**organization** [2] - 331:14, 377:8

**original** [1] - 325:22

**otherwise** [2] - 327:20, 423:4

**ourselves** [2] - 325:7, 369:16

**outside** [4] - 405:21, 418:5, 422:11, 424:19

**overseeing** [3] - 330:10, 330:13, 331:25

**own** [1] - 429:2

## P

**P.A** [1] - 323:22
**P.O** [1] - 323:13
**PA** [1] - 323:9
**packaging** [1] - 373:3
**paddle** [29] - 382:24, 383:12, 383:17, 383:18, 383:24, 401:23, 402:2, 402:4, 403:23, 407:13, 410:13, 410:18, 410:25, 411:1, 411:3, 411:6, 411:16, 411:17, 422:12, 423:9, 423:17, 424:1, 424:12, 424:20, 424:24, 425:8, 425:13, 425:21
**paddles** [7] - 383:15, 383:19, 387:18, 411:13, 411:25
**Page** [17] - 332:23, 334:22, 336:14, 337:22, 340:24, 348:7, 350:1, 353:2, 353:24, 365:25, 371:1, 415:19, 416:7, 420:19, 420:23, 421:1, 425:2
**page** [17] - 349:24, 354:11, 371:4, 371:5, 371:13, 371:15, 371:16, 372:9, 372:18, 372:21, 373:12, 401:8, 401:10, 401:12, 416:8, 420:22
**Pages** [3] - 339:3, 342:20, 356:21
**pages** [1] - 371:20
**paint** [4] - 345:7, 345:8
**paper** [4] - 410:24, 423:8, 423:10, 426:8
**paragraph** [2] - 421:19, 421:22
**Paragraph** [2] - 415:17, 417:7
**paralegals** [1] - 431:4
**parameter** [1] - 360:4
**parameters** [23] - 325:17, 326:15, 358:19, 358:22, 358:25, 359:1, 359:2, 359:3, 359:4, 359:6, 359:12, 359:13, 359:15,

359:18, 359:19, 360:9, 360:11, 361:17, 374:9, 387:15, 407:12, 413:10
**parent** [1] - 373:7
**Park** [1] - 369:20
**part** [6] - 332:11, 363:19, 366:21, 372:3, 421:12, 425:11
**particular** [7] - 333:22, 340:4, 340:17, 354:15, 356:21, 418:12, 422:3
**parties** [1] - 357:8
**parts** [11] - 350:9, 353:10, 354:4, 354:6, 354:24, 354:25, 355:1, 355:4, 355:6, 357:4, 385:10
**party** [1] - 324:20
**pass** [4] - 366:12, 374:20, 386:13, 386:15
**passed** [1] - 347:2
**passes** [2] - 352:8, 355:25
**past** [2] - 327:17, 361:16
**past.** [1] - 346:13
**patent** [18] - 335:7, 381:4, 381:10, 381:11, 382:3, 382:4, 382:8, 382:9, 382:16, 382:17, 382:18, 388:22, 390:25, 391:1, 391:4, 397:16, 427:19
**patents** [5] - 381:10, 382:14, 387:23, 427:8, 427:12
**patents-in-suit** [2] - 427:8, 427:12
**patient** [1] - 342:16
**patients** [2] - 336:6, 336:7
**patterns** [1] - 404:19
**peer** [1] - 380:2
**pellet** [3] - 338:9, 339:22, 360:12
**pellets** [67] - 333:3, 333:5, 335:1, 335:2, 336:18, 338:2, 338:5, 338:6, 338:7, 338:8, 339:10, 339:11, 339:12, 339:19, 339:20,

339:23, 339:24, 340:3, 340:4, 340:5, 340:6, 340:8, 340:9, 340:21, 340:22, 341:3, 341:4, 341:6, 341:10, 341:15, 341:17, 341:21, 344:22, 346:23, 363:13, 363:19, 364:5, 367:13, 367:18, 383:24, 384:10, 384:12, 384:23, 385:4, 385:7, 385:8, 401:24, 401:25, 402:7, 402:12, 402:14, 402:17, 402:23, 402:24, 404:6, 404:7, 408:4, 408:20
**pending** [1] - 372:21
**people** [2] - 336:1, 379:15
**per** [11] - 353:11, 354:4, 354:6, 354:24, 354:25, 355:1, 355:4, 355:6, 356:6, 357:4, 429:16
**percent** [68] - 333:3, 333:4, 333:24, 333:25, 334:2, 334:3, 334:16, 338:1, 338:2, 338:6, 338:7, 339:23, 339:24, 340:21, 340:22, 341:4, 341:9, 341:22, 341:24, 342:3, 342:5, 342:11, 342:13, 342:18, 350:12, 360:16, 364:10, 364:16, 364:17, 364:19, 366:5, 380:25, 381:23, 381:24, 382:9, 382:10, 389:4, 390:1, 390:17, 390:18, 390:20, 391:3, 391:5, 391:16, 391:24, 392:5, 392:6, 392:9, 394:3, 395:12, 395:13, 397:5, 398:19, 399:15, 399:16, 399:22, 399:23, 399:24, 400:2, 400:5, 400:7, 400:14, 400:15, 409:4, 409:8

**percentage** [10] - 341:2, 359:7, 363:22, 364:8, 364:10, 390:21, 391:18, 392:3, 394:3, 394:4
**percentages** [6] - 341:18, 390:8, 390:9, 390:15, 390:16, 391:16
**perform** [9] - 342:8, 346:10, 347:9, 351:17, 351:21, 366:1, 383:18, 407:11
**performance** [3] - 410:16, 422:8, 424:17
**performed** [1] - 340:1
**periodically** [1] - 352:13
**periods** [2] - 390:20, 421:24
**permissible** [1] - 348:11
**permission** [1] - 345:10
**permitted** [3] - 347:13, 348:7, 348:10
**person** [4] - 329:4, 382:12, 405:18, 406:18
**personal** [2] - 327:14, 327:19
**personally** [3] - 369:23, 369:25, 396:21
**perspective** [2] - 368:16, 368:24
**ph** [92] - 325:8, 380:25, 381:3, 381:5, 381:6, 381:25, 383:10, 383:19, 383:22, 384:5, 384:13, 384:14, 384:17, 384:21, 385:9, 385:23, 387:16, 387:22, 387:24, 388:8, 389:1, 389:2, 389:22, 390:7, 392:20, 395:1, 395:15, 395:18, 397:1, 397:2, 397:8, 397:10, 398:3, 398:5, 398:11, 399:10, 400:12, 400:13, 400:16, 401:17, 401:19, 401:20, 402:2,

402:6, 402:8, 402:11, 402:12, 402:15, 402:16, 402:19, 402:24, 403:17, 404:6, 404:9, 406:22, 407:2, 407:11, 407:24, 408:24, 409:3, 410:8, 410:13, 411:15, 411:16, 411:19, 411:21, 411:23, 412:23, 413:1, 414:10, 414:13, 414:14, 415:13, 416:3, 416:12, 417:3, 418:13, 419:20, 421:23, 425:16
**pharma** [2] - 330:22, 331:10
**Pharmaceutical** [1] - 332:23
**pharmaceutical** [12] - 330:6, 330:25, 331:18, 331:24, 332:12, 347:13, 377:8, 378:23, 379:8, 379:22, 380:10, 414:3
**pharmacists** [2] - 336:2, 336:8
**Pharmacopeia** [1] - 377:7
**Pharmacy** [3] - 330:19, 330:20, 330:22
**pharmacy** [1] - 330:24
**phase** [1] - 410:12
**phenomenon** [6] - 418:18, 419:17, 420:3, 420:16, 421:7, 425:20
**Philadelphia** [1] - 323:9
**Phillips** [1] - 323:22
**phosphate** [2] - 402:1, 407:13
**photograph** [1] - 382:21
**physicians** [2] - 336:1, 336:8
**picked** [1] - 352:22
**picture** [1] - 363:5
**piece** [1] - 429:4
**pill** [4] - 392:4, 392:5, 392:8, 394:4
**pills** [1] - 368:9
**pioneer** [2] - 403:5, 403:6

**place** [1] - 411:9
**plain** [1] - 396:4
**Plaintiff** [1] - 324:3
**Plaintiffs** [2] - 328:4, 375:16
**PLAINTIFFS** [2] - 323:12, 323:15
**plan** [1] - 352:21
**plant** [2] - 352:7, 373:16
**pleasant** [1] - 329:1
**PLIF** [1] - 422:6
**plot** [1] - 397:18
**plots** [3] - 391:7, 391:9, 394:19
**plotted** [4] - 382:12, 390:15, 395:1, 397:15
**plotting** [1] - 401:12
**pocket** [1] - 411:19
**pockets** [4] - 401:19, 402:10, 402:22, 425:16
**point** [17] - 327:2, 374:8, 396:2, 396:3, 396:5, 397:5, 398:5, 399:24, 400:3, 402:3, 410:24, 411:10, 411:12, 416:23, 416:25, 423:8, 426:17
**pointed** [2] - 406:4, 406:5
**pointing** [1] - 413:6
**points** [3] - 387:20, 390:19, 417:5
**polite** [1] - 427:3
**polymer** [5] - 341:5, 342:17, 405:4, 425:3
**portion** [3] - 334:3, 334:4, 426:4
**portions** [1] - 340:14
**position** [3] - 330:5, 377:20, 377:25
**positions** [1] - 379:6
**possibilities** [1] - 419:25
**possibility** [1] - 352:16
**possible** [4] - 345:24, 391:20, 406:4, 427:24
**possibly** [1] - 393:21
**post** [2] - 330:20, 432:5
**post-trial** [1] - 432:5
**potency** [1] - 392:1
**potential** [3] - 401:16, 406:9, 419:19
**pouring** [1] - 402:5

**power** [1] - 386:16
**PPM** [10] - 348:12, 348:15, 348:16, 348:22, 348:24, 349:6, 349:8, 349:11, 350:9, 353:7
**practice** [1] - 357:19
**practiced** [2] - 343:2, 427:19
**pre** [2] - 337:3, 344:4
**pre-empted** [2] - 337:3, 344:4
**precise** [3] - 388:9, 388:11, 399:3
**preempted** [1] - 361:12
**prefer** [2] - 371:21, 375:9
**preliminary** [2] - 324:9, 375:14
**prepare** [6] - 326:17, 329:21, 329:25, 362:8, 376:11, 386:18
**prepared** [3] - 324:16, 326:18, 351:16
**prescribe** [1] - 336:9
**prescribing** [7] - 334:7, 335:4, 335:19, 336:3, 336:5, 336:13, 337:9
**present** [6] - 327:17, 348:14, 396:21, 396:23, 398:7, 409:21
**presentation** [1] - 397:13
**presentations** [1] - 379:2
**presented** [2] - 401:1, 409:11
**president** [6] - 330:6, 331:16, 331:17, 331:24, 379:7
**pressure** [2] - 359:20, 384:4
**presumably** [1] - 418:17
**presume** [2] - 336:7, 375:23
**pretty** [6] - 341:14, 341:20, 341:21, 355:10, 391:24
**preview** [1] - 431:22
**previous** [5] - 390:16, 395:22, 421:10, 421:14, 425:6
**previously** [3] - 339:17, 358:23, 421:9

**problem** [3] - 405:3, 426:20, 427:6
**problems** [1] - 378:15
**Procedure** [1] - 385:17
**procedures** [2] - 368:1, 428:12
**proceed** [3] - 329:8, 375:13, 376:3
**proceedings** [1] - 432:15
**process** [37] - 325:17, 325:21, 326:15, 337:24, 339:4, 339:6, 342:21, 342:23, 342:25, 343:2, 343:3, 343:6, 345:4, 345:16, 345:25, 346:8, 346:9, 346:16, 346:20, 347:10, 358:9, 358:19, 361:16, 362:8, 362:9, 362:20, 363:1, 363:9, 364:2, 365:10, 367:10, 367:17, 368:6, 374:5, 383:23, 393:9
**processed** [1] - 347:4
**processes** [1] - 355:20
**produce** [1] - 402:19
**produced** [3] - 325:1, 386:8
**produces** [1] - 386:9
**product** [91] - 331:23, 332:1, 332:3, 332:6, 332:7, 332:13, 333:8, 333:14, 333:15, 334:7, 334:12, 335:20, 336:4, 336:16, 338:1, 338:16, 338:19, 339:5, 341:3, 341:11, 341:12, 341:13, 342:4, 344:15, 347:15, 347:19, 348:8, 348:10, 350:6, 350:8, 350:22, 350:25, 351:5, 351:14, 351:15, 351:20, 351:21, 351:22, 351:23, 352:6, 352:7, 352:12, 352:14, 352:15, 353:3, 353:10, 353:11, 354:9, 355:24, 356:9,

357:1, 357:7, 359:8, 360:11, 360:14, 362:13, 363:21, 366:10, 368:20, 369:17, 370:16, 380:24, 381:2, 381:18, 381:20, 381:23, 381:24, 386:13, 387:25, 388:8, 390:15, 392:11, 395:3, 395:10, 395:11, 395:12, 396:25, 398:3, 399:5, 408:24, 413:24, 416:2, 416:10, 416:11, 417:1, 417:18
**products** [9] - 330:11, 330:14, 330:15, 341:19, 341:23, 346:5, 347:13, 347:25, 395:13
**proffer** [1] - 380:9
**profile** [4] - 381:2, 388:23, 389:3, 410:15
**profiles** [1] - 395:7
**promoted** [1] - 426:23
**proposed** [4] - 335:19, 348:14, 351:18, 353:8
**protect** [3] - 340:7, 369:8, 369:9
**protocol** [2] - 405:2, 411:6
**prove** [1] - 423:4
**proven** [1] - 385:21
**provide** [3] - 325:6, 345:17, 380:22
**provided** [5] - 325:4, 357:24, 374:14, 413:10, 428:12
**provides** [1] - 377:10
**providing** [1] - 412:18
**PTX-194** [2] - 414:19, 415:7
**PTX-207** [1] - 420:19
**PTX-223** [1] - 421:16
**PTX-223.001** [1] - 424:14
**PTX-223.002** [1] - 421:16
**PTX-223.010** [1] - 425:2
**PTX-223.011** [1] - 422:5
**publication** [1] - 409:25
**publications** [2] -

379:1, 379:2
**Pune** [2] - 369:21, 373:20
**pure** [1] - 325:7
**purple** [2] - 395:2, 395:5
**purpose** [4] - 339:12, 385:2, 385:3, 388:12
**purposes** [1] - 416:25
**put** [7] - 333:5, 345:8, 369:9, 390:7, 393:16, 420:18, 421:20
**putting** [2] - 345:7, 393:25

**Q**

**quality** [6] - 342:8, 352:2, 414:3, 414:7, 414:16, 428:25
**quantitate** [1] - 354:17
**quantitation** [4] - 354:11, 354:16, 354:18, 354:24
**quantities** [2] - 363:4, 363:5
**quantity** [4] - 363:20, 363:22, 364:6, 364:17
**questioning** [1] - 344:5
**questions** [10] - 344:8, 357:14, 372:6, 375:4, 406:7, 412:3, 418:7, 423:14, 425:22, 430:4
**quickly** [5] - 336:12, 339:2, 345:24, 364:11, 394:11
**quite** [5] - 388:20, 398:15, 400:16, 408:2, 419:16

**R**

**R&D** [3] - 331:9, 331:13, 378:11
**raise** [1] - 326:14
**raises** [1] - 326:9
**RAKOCZY** [79] - 323:18, 324:8, 325:6, 325:12, 325:19, 325:23, 325:25, 326:4, 326:6, 326:13, 327:9, 327:23, 328:2, 328:10, 329:5, 329:8, 329:11, 329:18,

330:16, 332:15, 332:20, 333:17, 333:21, 334:14, 334:20, 335:17, 335:22, 336:11, 337:3, 337:4, 337:19, 337:21, 338:14, 338:21, 339:1, 340:23, 344:4, 344:7, 344:11, 346:3, 346:4, 347:24, 348:5, 349:14, 349:19, 349:25, 350:3, 350:14, 351:3, 351:4, 351:7, 351:12, 352:25, 353:19, 353:23, 355:13, 356:14, 356:19, 357:15, 357:18, 357:21, 357:22, 361:12, 361:16, 361:24, 362:1, 362:6, 363:25, 364:21, 365:2, 365:4, 365:7, 365:8, 365:19, 365:23, 366:12, 371:7, 371:22, 375:4

**Rakoczy** [3] - 323:20, 325:4, 375:3

**Rakoczy's** [1] - 327:2

**random** [5] - 401:19, 402:13, 402:16, 402:21, 404:11

**randomly** [1] - 342:5

**range** [5] - 341:18, 341:22, 341:24, 358:23, 391:25

**ranges** [1] - 341:24

**rapidly** [8] - 422:11, 422:19, 422:23, 423:1, 424:7, 424:10, 424:19, 425:19

**rate** [7] - 359:21, 374:24, 393:1, 393:17, 393:24, 394:2, 413:23

**ratio** [12] - 333:7, 333:22, 334:1, 334:5, 334:24, 336:16, 336:17, 338:1, 367:11, 367:12, 367:13, 367:17

**ratios** [1] - 361:7

**RDR** [2] - 323:24, 432:18

**read** [1] - 355:9

**ready** [2] - 375:13, 375:15

**real** [3] - 396:5, 410:22, 432:5

**reality** [1] - 348:13

**realize** [1] - 393:22

**really** [7] - 324:19, 324:22, 345:17, 392:17, 411:22, 419:12, 427:22

**reason** [7] - 343:5, 345:15, 360:6, 360:7, 366:9, 366:11, 403:12

**reasonable** [1] - 404:4

**reasonably** [1] - 343:5

**reassure** [1] - 405:13

**rebuttal** [4] - 325:7, 327:11, 357:13, 406:2

**received** [1] - 376:16

**recirculating** [1] - 424:19

**reclaiming** [1] - 343:14

**recognized** [1] - 403:2

**recollection** [2] - 327:17

**recommended** [2] - 349:6, 381:12

**record** [12] - 329:14, 332:7, 361:19, 362:14, 371:23, 371:25, 373:13, 406:17, 416:23, 430:11, 430:25, 432:15

**recorded** [1] - 327:17

**records** [1] - 327:15

**recovered** [1] - 328:21

**recreates** [1] - 413:17

**red** [4] - 386:11, 395:3, 395:4, 395:6

**redirect** [3] - 428:1, 430:5, 430:6

**reduced** [1] - 345:25

**refer** [2] - 398:20, 427:4

**reference** [5] - 333:12, 335:7, 336:4, 420:4, 427:23

**references** [1] - 333:13

**referencing** [1] - 420:16

**referred** [2] - 383:9, 407:16

**referring** [6] - 357:8, 401:13, 401:16, 416:23, 417:14,

429:3

**refers** [1] - 398:21

**refreshed** [1] - 327:17

**regarding** [3] - 350:5, 398:7, 409:22

**region** [2] - 422:11, 424:19

**regions** [2] - 410:13, 421:24

**registration** [1] - 389:6

**Reindel** [1] - 323:16

**reinserted** [1] - 423:17

**related** [1] - 344:20

**relationship** [1] - 413:4

**relative** [2] - 398:21, 398:24

**release** [43] - 333:3, 333:4, 333:25, 334:3, 334:4, 334:5, 334:6, 335:1, 335:2, 336:18, 336:21, 336:23, 336:24, 337:1, 337:14, 338:2, 340:8, 340:21, 341:3, 341:6, 367:13, 367:18, 381:2, 381:20, 381:21, 384:21, 385:4, 388:22, 389:22, 391:4, 402:11, 402:17, 403:21, 407:25, 412:19, 412:21, 413:5, 416:2, 417:8, 418:13, 418:16

**released** [9] - 351:24, 352:9, 353:11, 382:9, 382:10, 390:1, 390:18, 391:6, 416:12

**releases** [9] - 380:24, 381:2, 381:18, 384:22, 390:21, 395:12, 395:13, 401:24

**releasing** [3] - 341:15, 347:6, 418:15

**relevance** [1] - 413:13

**reliable** [2] - 354:19, 388:9

**reliance** [1] - 381:5

**relies** [1] - 398:6

**relying** [2] - 425:10, 425:12

**remain** [3] - 343:13, 360:4, 418:15

**remaining** [1] - 343:10

**remains** [3] - 343:20, 344:2, 344:19

**remark** [1] - 355:24

**remarks** [2] - 371:4, 373:2

**remember** [7] - 408:25, 409:1, 411:17, 411:22, 424:4, 424:6, 427:14

**remind** [5] - 326:23, 327:3, 350:4, 356:2, 396:8

**removal** [2] - 343:7, 368:16

**remove** [1] - 409:9

**removed** [1] - 344:17

**removing** [1] - 392:20

**render** [1] - 338:9

**reorient** [2] - 325:7, 369:16

**repeat** [2] - 367:14, 414:12

**repeatability** [1] - 428:23

**repeated** [1] - 429:22

**replace** [1] - 393:14

**replot** [1] - 395:21

**report** [29] - 325:12, 326:20, 326:22, 332:12, 353:16, 354:3, 369:17, 388:7, 396:13, 405:8, 405:22, 405:23, 405:24, 406:10, 408:12, 414:19, 415:9, 415:12, 415:17, 415:18, 415:24, 416:1, 417:7, 417:8, 417:25, 420:4, 429:7, 429:9, 429:10

**Report** [1] - 332:23

**reported** [2] - 334:24, 424:6

**Reporter** [2] - 323:25, 432:19

**reporter** [2] - 324:15, 330:12

**reports** [3] - 326:16, 327:10, 419:2

**represent** [2] - 355:7, 385:10

**representative** [4] - 329:19, 352:23, 366:10, 428:18

**represented** [3] - 382:4, 382:5, 391:2

**represents** [3] - 384:13, 388:23, 389:1

**request** [4] - 350:4, 350:8, 350:18, 375:1

**require** [1] - 327:18

**required** [4] - 333:19, 342:8, 342:11, 356:6

**rescued** [1] - 404:20

**Research** [1] - 369:20

**research** [5] - 330:7, 331:11, 331:24, 379:25, 413:1

**researcher** [1] - 403:6

**residual** [3] - 348:9, 368:16, 368:19

**resolve** [1] - 431:7

**response** [2] - 349:16

**responses** [2] - 332:6, 432:3

**responsibilities** [3] - 330:8, 331:3, 331:7

**responsible** [3] - 330:10, 330:13, 331:25

**rest** [2] - 347:4, 391:6

**restate** [1] - 406:17

**rested** [1] - 324:3

**result** [3] - 395:10, 410:8, 410:13

**resulting** [1] - 345:12

**results** [41] - 350:8, 354:9, 356:23, 366:4, 366:6, 378:19, 378:22, 378:24, 388:19, 389:5, 389:7, 389:11, 389:24, 390:2, 390:3, 391:4, 392:21, 394:22, 396:8, 397:8, 397:10, 397:15, 397:16, 398:1, 398:5, 398:8, 398:10, 399:3, 399:13, 400:1, 402:19, 402:20, 405:20, 406:20, 407:24, 409:9, 416:7, 416:11, 422:6, 428:23

**retrospective** [1] - 351:2

**returned** [1] - 355:19

**reuse** [2] - 367:25, 368:2

**review** [11] - 356:9, 362:12, 377:25, 380:2, 389:7, 390:3, 415:12, 415:23, 428:11, 428:15, 428:20

**reviewed** [4] - 397:11,

426:4, 426:22, 427:8
**revise** [1] - 379:13
**revised** [1] - 378:1
**Rhodamine** [1] - 422:7
**right-hand** [3] - 384:16, 398:15, 398:23
**rights** [1] - 327:12
**road** [1] - 368:22
**robust** [4] - 343:1, 346:9, 346:11, 388:11
**role** [3] - 332:3, 344:18, 368:4
**ROSE** [1] - 323:19
**rotate** [2] - 382:24
**rotates** [1] - 383:12
**rotating** [9] - 383:24, 401:23, 411:17, 411:18, 423:9, 424:24, 425:13, 425:21
**rounds** [1] - 348:19
**row** [2] - 387:15, 417:1
**rows** [1] - 417:2
**ROYALTY** [1] - 323:3
**RPM** [3] - 383:24, 387:18, 407:13
**RSD** [15] - 398:15, 398:16, 398:19, 398:22, 398:24, 399:1, 399:20, 399:24, 400:2, 400:5, 400:14, 400:15, 408:2, 417:15, 417:22
**RSDs** [1] - 417:17
**Rudnic** [9] - 326:4, 326:5, 326:14, 327:5, 327:10, 337:8, 398:6, 403:8, 407:4
**Rudnic's** [9] - 325:12, 381:5, 398:7, 398:10, 406:3, 407:7, 408:17, 409:22, 415:23
**Rule** [2] - 364:23, 387:5
**rule** [3] - 399:25, 400:20, 419:25
**running** [1] - 402:2

## S

**safe** [2] - 337:14, 349:9
**safer** [2] - 368:16, 368:22

**sake** [1] - 342:14
**sample** [5] - 393:10, 393:11, 394:1, 407:24
**samples** [33] - 325:9, 325:10, 352:22, 352:23, 355:19, 357:7, 357:8, 357:10, 357:12, 358:1, 358:8, 358:12, 358:16, 358:20, 361:19, 362:10, 362:14, 362:21, 363:2, 363:10, 364:3, 364:9, 364:13, 365:9, 365:17, 366:2, 366:10, 383:13, 393:8, 397:1, 397:4, 397:15, 398:2
**sampling** [5] - 352:1, 352:4, 352:18, 352:21, 393:8
**satisfactory** [1] - 342:12
**saw** [4] - 337:19, 370:8, 388:24, 425:14
**scale** [13] - 342:10, 358:21, 358:22, 358:25, 359:1, 359:13, 359:19, 359:23, 361:1, 375:22, 383:25, 411:15
**scale-dependent** [1] - 359:19
**scale-down** [1] - 359:1
**scale-up** [3] - 358:25, 359:13
**scaling** [2] - 324:23, 324:25
**scatter** [1] - 398:25
**Science** [1] - 376:16
**scientific** [2] - 377:21, 426:20
**scientist** [1] - 369:24
**scope** [2] - 405:22, 405:23
**screen** [23] - 329:24, 330:2, 332:21, 334:21, 336:12, 337:16, 337:22, 339:2, 340:24, 342:19, 348:6, 353:1, 356:20, 362:19, 362:24, 363:1, 363:8, 364:1,

365:24, 376:13, 414:24, 420:18, 420:21
**scrubber** [2] - 347:1, 347:2
**seal** [8] - 339:21, 339:22, 340:5, 342:21, 363:11, 364:4, 368:17, 368:18
**seat** [2] - 328:16, 328:24
**second** [23] - 333:11, 339:15, 340:8, 363:1, 363:3, 384:8, 384:19, 385:6, 385:8, 385:12, 387:22, 401:17, 405:20, 406:20, 420:6, 420:7, 420:9, 420:13, 420:14, 421:10, 421:13, 421:21
**Second** [1] - 403:4
**Section** [1] - 425:3
**section** [8] - 332:22, 334:22, 336:13, 353:2, 361:13, 365:25, 373:3, 417:2
**sections** [2] - 339:3, 425:6
**see** [68] - 324:14, 341:13, 354:8, 362:23, 364:15, 366:17, 371:4, 371:14, 372:13, 378:2, 382:7, 382:20, 382:25, 383:6, 383:17, 383:25, 384:8, 384:15, 384:25, 386:15, 387:14, 388:23, 389:22, 390:15, 390:16, 390:17, 391:3, 395:1, 395:11, 397:5, 398:2, 398:4, 398:14, 398:22, 399:1, 400:4, 400:7, 400:13, 400:18, 400:21, 402:6, 402:10, 407:10, 407:25, 411:2, 411:3, 411:4, 411:21, 415:7, 416:6, 416:10, 417:5, 417:17, 421:4, 422:13, 422:14, 424:15, 424:20, 424:21,

425:5, 425:9, 425:16, 427:15, 427:23, 431:5, 431:14, 432:7
**seek** [1] - 348:9
**seem** [1] - 374:22
**sees** [1] - 419:11
**select** [2] - 333:22, 341:9
**senior** [1] - 331:16
**sense** [3] - 359:3, 360:4, 360:5
**sensitive** [1] - 369:7
**sent** [2] - 336:6, 336:7
**sentence** [9] - 420:15, 420:20, 421:3, 421:4, 421:6, 422:3, 422:5, 424:14, 425:5
**separately** [1] - 406:16
**September** [7] - 326:5, 326:6, 326:7, 326:9, 326:12, 327:6, 327:7
**Session** [1] - 323:4
**set** [1] - 429:19
**setting** [1] - 377:8
**settling** [1] - 404:6
**seven** [1] - 379:3
**several** [8] - 341:19, 343:3, 346:13, 359:15, 378:21, 381:8, 382:11, 394:23
**shaft** [8] - 382:24, 410:13, 410:18, 411:6, 422:12, 424:11, 424:20, 425:8
**shafts** [1] - 382:23
**Shanfelder** [3] - 323:24, 432:17, 432:18
**sharp** [1] - 431:11
**sheer** [1] - 422:11
**shelf** [4] - 352:12, 352:14, 369:4, 369:10
**shellac** [1] - 335:13
**short** [3] - 361:5, 361:6, 361:13
**shortly** [2] - 344:8, 423:17
**show** [5] - 362:17, 398:11, 400:17, 408:23, 416:20
**showboat** [1] - 432:2
**showed** [1] - 408:23
**showing** [4] - 389:21, 391:21, 394:5, 404:13

**shown** [25] - 381:6, 381:7, 381:19, 381:20, 382:1, 382:15, 382:19, 383:20, 385:15, 388:21, 389:20, 390:5, 390:13, 390:24, 394:25, 395:9, 397:3, 397:7, 397:14, 397:25, 400:11, 403:1, 403:2, 407:23, 408:21
**shows** [5] - 337:22, 350:16, 398:16, 399:3, 399:15
**side** [9] - 324:10, 335:6, 342:7, 383:4, 384:16, 387:14, 415:1, 431:1, 431:24
**signed** [1] - 324:20
**significant** [2] - 382:7, 395:7
**silicone** [1] - 369:2
**similar** [3] - 344:20, 366:6, 413:8
**simply** [6] - 344:24, 355:9, 375:20, 386:12, 398:25, 418:6
**simulated** [2] - 383:22, 384:20
**simultaneous** [1] - 346:22
**simultaneously** [1] - 346:22
**single** [4] - 406:5, 407:4, 420:3, 420:15
**sink** [1] - 403:19
**sitting** [1] - 404:8
**situations** [1] - 406:9
**Siwik** [1] - 323:20
**six** [4] - 388:23, 388:25, 407:25, 429:16
**size** [8] - 358:2, 358:4, 358:6, 359:7, 360:24, 360:25, 361:3, 374:25
**skilled** [2] - 405:19, 406:18
**skipped** [1] - 397:6
**Slide** [50] - 329:24, 330:2, 332:21, 334:21, 336:12, 337:22, 339:2, 340:24, 342:19, 348:6, 349:25, 353:1, 353:24, 356:20, 363:8,

363:16, 364:1, 364:11, 365:24, 381:7, 381:19, 382:2, 382:15, 382:19, 383:20, 385:14, 386:18, 386:25, 387:13, 388:5, 388:21, 389:19, 390:5, 390:12, 390:24, 393:6, 395:9, 397:3, 397:6, 397:7, 397:13, 397:14, 397:25, 398:20, 400:10, 401:1, 401:16, 409:11, 410:23, 411:12

**slide** [28] - 337:16, 343:12, 363:19, 380:21, 385:14, 386:23, 390:16, 394:8, 394:12, 394:14, 394:16, 394:25, 395:6, 395:22, 396:1, 396:2, 396:3, 397:25, 398:6, 399:19, 401:21, 403:1, 407:10, 407:15, 407:23, 408:21, 410:10, 411:13

**Slides** [1] - 364:22

**slides** [6] - 329:21, 329:25, 376:11, 376:13, 390:10, 408:25

**slightly** [1] - 368:9

**Slip** [1] - 323:16

**slow** [3] - 410:12, 424:10, 424:25

**slowly** [3] - 424:2, 424:7, 425:19

**small** [4] - 358:24, 359:9, 359:11, 385:13

**smaller** [1] - 359:4

**so-called** [3] - 409:3, 414:9, 414:13

**sodium** [1] - 335:13

**sold** [1] - 351:24

**soluble** [2] - 345:5, 345:6

**solution** [7] - 339:16, 343:18, 344:25, 384:17, 384:19, 389:2, 404:6

**solvent** [16] - 342:23, 343:2, 343:7, 343:10, 343:14,

345:3, 345:4, 345:12, 345:14, 368:6, 368:7, 368:17, 368:19, 368:21, 413:24

**solvents** [5] - 343:6, 343:17, 344:17, 348:9, 363:14

**someone** [1] - 324:20

**sometimes** [1] - 393:13

**sorry** [16] - 325:25, 326:6, 337:18, 346:3, 346:12, 367:22, 372:14, 374:3, 395:4, 401:13, 405:5, 414:20, 414:21, 420:20, 425:2, 426:25

**sort** [1] - 382:24

**sounds** [2] - 329:3, 431:17

**source** [4] - 392:23, 397:17, 400:25, 409:11

**speaks** [1] - 423:1

**specific** [1] - 388:11

**specification** [15] - 347:18, 348:17, 350:5, 350:19, 350:22, 350:25, 351:1, 351:5, 351:14, 351:15, 351:23, 352:13, 353:3, 355:19, 355:21

**specifications** [3] - 347:22, 348:1, 355:23

**speculating** [1] - 406:8

**speculation** [1] - 405:23

**speed** [2] - 368:4, 387:18

**speeding** [1] - 368:5

**spell** [1] - 329:14

**spheres** [4] - 335:14, 339:9, 339:17, 339:18

**spray** [4] - 346:22, 359:21, 368:18, 374:24

**sprayed** [1] - 339:10

**spraying** [1] - 340:2

**stability** [3] - 352:12, 378:13, 428:20

**stage** [74] - 338:3, 338:5, 338:8, 339:7,

339:8, 339:15, 339:20, 339:21, 339:23, 339:25, 340:1, 340:4, 340:5, 340:10, 342:20, 342:21, 344:18, 345:18, 362:20, 362:22, 362:23, 363:1, 363:3, 363:4, 363:9, 363:11, 363:22, 364:2, 364:4, 364:11, 364:12, 364:14, 366:4, 380:24, 383:21, 383:22, 384:19, 384:20, 384:25, 385:2, 385:3, 385:5, 385:6, 385:7, 385:8, 385:12, 385:23, 387:16, 387:22, 389:22, 390:7, 391:3, 395:1, 397:4, 397:8, 398:3, 400:12, 400:13, 401:17, 401:23, 405:20, 406:20, 406:25, 407:5, 409:1, 409:2

**Stage** [1] - 384:16

**stages** [12] - 331:14, 339:5, 339:13, 342:22, 345:20, 358:9, 361:14, 362:8, 362:10, 365:10, 384:1, 385:10

**stamp** [1] - 372:4

**standard** [16] - 348:7, 355:20, 377:8, 380:23, 381:17, 385:18, 388:4, 398:21, 398:23, 398:24, 399:2, 399:10, 404:2, 414:3, 414:9, 414:13

**standards** [4] - 377:11, 377:12, 377:23, 386:7

**stands** [2] - 377:7, 398:24

**start** [14] - 324:6, 324:7, 337:25, 343:18, 343:19, 343:25, 349:10, 372:18, 377:4, 381:7, 383:24, 401:23, 401:24, 402:9

**starting** [1] - 421:22

**state** [3] - 329:14, 376:9, 424:15

**statements** [1] - 398:10

**states** [2] - 334:25, 425:5

**STATES** [1] - 323:1

**States** [2] - 347:10, 377:7

**statistical** [1] - 352:17

**statute** [1] - 356:6

**stay** [2] - 359:10, 359:24

**staying** [2] - 361:8, 363:1

**steal** [1] - 337:18

**step** [7] - 408:3, 409:6, 409:9, 422:10, 424:18, 430:8

**STEPHANOS** [1] - 323:7

**steps** [1] - 393:19

**stick** [1] - 399:19

**sticker** [1] - 430:24

**still** [3] - 364:19, 378:7, 417:22

**stomach** [3] - 385:12, 412:23, 413:2

**stopped** [1] - 402:2

**stopper** [1] - 400:17

**straight** [2] - 397:1, 406:25

**strategy** [1] - 332:4

**Street** [4] - 323:9, 323:13, 323:20, 323:23

**strengths** [1] - 432:2

**strip** [1] - 363:19

**strong** [2] - 339:13, 341:12

**studied** [3] - 412:23, 415:9, 419:2

**study** [3] - 330:24, 410:25, 422:7

**studying** [1] - 413:1

**stuff** [1] - 403:25

**SUB** [1] - 323:3

**sub** [1] - 373:6

**subdivided** [1] - 338:6

**subject** [3] - 368:3, 412:15, 418:17

**submitted** [9] - 324:25, 327:4, 336:4, 351:16, 356:7, 356:8, 357:10, 417:25, 430:1

**subset** [1] - 335:9

**substantially** [8] - 381:3, 382:10,

390:23, 394:21, 395:8, 395:14, 396:4, 398:4

**subtopics** [1] - 374:23

**sugar** [8] - 335:14, 339:8, 339:17, 339:18, 342:20, 345:23, 362:23

**suggest** [1] - 410:19

**suggested** [1] - 421:23

**suit** [2] - 427:8, 427:12

**suitable** [1] - 361:3

**Suite** [1] - 323:20

**summaries** [1] - 365:5

**summarize** [3] - 339:4, 365:9, 387:13

**summary** [14] - 326:18, 361:13, 361:21, 364:23, 365:4, 380:22, 380:23, 386:17, 387:1, 387:5, 387:8, 387:9, 408:22

**supervised** [2] - 377:17, 378:11

**supervisor** [1] - 377:16

**supplemental** [1] - 327:4

**support** [5] - 376:11, 410:7, 420:3, 421:7, 425:11

**supposed** [2] - 385:8, 411:7

**Suraj** [1] - 325:3

**surely** [1] - 355:5

**surrounds** [2] - 422:11, 424:20

**suspension** [2] - 339:16, 340:2

**sustained** [2] - 410:17, 425:7

**switch** [1] - 389:1

**sworn** [2] - 328:12, 375:25

**system** [2] - 346:25, 363:14

## T

**Tab** [9] - 370:6, 374:14, 414:18, 414:21, 415:16, 416:6, 417:8, 420:19, 421:16

**table** [6] - 381:16, 386:18, 386:25, 387:13, 388:2, 390:9

**tablets** [2] - 393:25,

422:7

**tabs** [1] - 415:1
**talks** [1] - 355:23
**tape** [1] - 329:3
**task** [3] - 377:18, 377:25, 378:11
**tasks** [1] - 378:13
**TCD** [1] - 323:3
**team** [1] - 326:18
**technical** [1] - 335:9
**technically** [1] - 348:14
**Technologies** [1] - 380:1
**tedious** [1] - 368:20
**temperature** [8] - 343:5, 359:8, 360:7, 360:14, 374:24, 383:2, 387:19
**tentatively** [2] - 333:7, 347:15
**term** [2] - 356:1, 368:11
**terms** [6] - 345:18, 352:1, 363:19, 417:14, 418:15, 429:4
**test** [43] - 325:9, 332:25, 341:13, 350:8, 351:21, 352:11, 353:17, 354:5, 354:9, 369:17, 380:24, 381:9, 381:17, 386:17, 387:1, 388:4, 393:22, 393:24, 399:5, 402:18, 404:19, 407:1, 407:7, 407:16, 413:7, 414:10, 414:14, 417:1, 418:12, 418:23, 418:24, 420:2, 422:10, 422:15, 422:16, 422:18, 423:7, 423:16, 423:23, 428:9, 428:25, 429:16
**tested** [9] - 352:13, 353:10, 388:25, 396:25, 410:16, 416:2, 417:18, 418:20, 429:16
**tester** [3] - 382:22, 388:24
**testified** [3] - 367:16, 403:9, 421:15
**testify** [1] - 327:16
**testifying** [2] - 375:6,

418:4

**testimony** [8] - 329:22, 376:11, 398:7, 409:22, 414:11, 416:8, 421:16, 425:11
**testing** [41] - 351:2, 352:8, 353:13, 355:15, 355:20, 356:23, 357:13, 366:1, 367:2, 367:4, 367:5, 367:7, 377:15, 378:12, 378:13, 378:17, 379:1, 380:3, 380:9, 381:1, 381:6, 382:18, 396:9, 396:10, 396:22, 396:23, 396:24, 405:2, 405:19, 406:3, 406:19, 407:5, 408:5, 414:2, 414:6, 415:13, 426:16, 428:24, 429:19
**Testing** [4] - 379:5, 403:4, 420:5, 421:17
**tests** [12] - 350:15, 351:17, 352:8, 354:2, 377:10, 377:14, 386:13, 386:15, 411:6, 414:13, 429:16, 430:1
**text** [2] - 371:20, 421:9
**THE** [339] - 323:1, 323:7, 323:12, 323:15, 323:18, 323:22, 324:2, 324:9, 324:14, 325:3, 325:11, 325:18, 325:20, 325:24, 326:3, 326:7, 326:9, 326:11, 326:19, 326:24, 327:8, 327:13, 327:25, 328:3, 328:5, 328:13, 328:15, 328:16, 328:18, 328:19, 328:20, 328:21, 328:23, 328:24, 328:25, 329:1, 329:7, 329:9, 329:16, 329:17, 330:13, 332:16, 332:18, 333:11, 333:18, 333:20, 334:15, 334:18, 335:6, 335:10,

335:12, 335:15, 335:16, 335:25, 336:3, 336:7, 336:10, 336:20, 336:22, 336:24, 337:2, 337:18, 338:10, 338:13, 338:22, 338:24, 340:10, 340:12, 340:13, 340:15, 340:16, 340:17, 340:19, 340:20, 343:12, 343:17, 343:19, 343:21, 343:22, 343:24, 343:25, 344:3, 344:6, 344:10, 345:5, 345:9, 345:19, 345:21, 346:1, 346:2, 347:25, 348:3, 348:24, 349:1, 349:2, 349:3, 349:5, 349:10, 349:12, 349:20, 349:22, 349:24, 350:2, 350:10, 350:13, 351:1, 351:8, 351:10, 352:1, 352:3, 352:4, 352:6, 352:10, 352:11, 352:16, 352:21, 352:24, 353:21, 354:10, 354:13, 354:19, 354:23, 355:1, 355:4, 355:9, 355:11, 355:12, 356:15, 356:17, 357:14, 357:17, 357:19, 359:5, 359:11, 359:14, 359:15, 359:17, 359:18, 359:20, 359:22, 359:23, 359:25, 360:2, 360:3, 360:6, 360:9, 360:12, 360:13, 360:14, 360:15, 360:16, 360:17, 360:18, 360:19, 360:21, 360:23, 360:25, 361:2, 361:4, 361:5, 361:7, 361:9, 361:10, 361:15, 361:22, 361:23, 361:25, 362:2, 362:4, 363:24, 364:18, 364:20, 364:24, 365:1, 365:3, 365:5, 365:21, 366:13,

368:3, 368:11, 368:13, 368:14, 369:1, 369:6, 369:11, 370:4, 370:7, 370:10, 371:10, 371:19, 371:25, 372:4, 372:8, 372:11, 372:15, 372:19, 372:21, 372:25, 374:8, 374:16, 374:21, 375:3, 375:7, 375:13, 375:21, 376:1, 376:2, 376:4, 376:19, 376:20, 376:22, 376:23, 376:24, 377:1, 380:11, 380:13, 380:17, 384:3, 384:6, 384:7, 384:8, 386:1, 386:3, 387:6, 387:9, 388:14, 388:16, 389:14, 389:16, 391:12, 391:14, 391:23, 392:3, 392:6, 392:8, 392:10, 392:14, 392:17, 392:19, 392:22, 392:24, 393:1, 393:20, 393:21, 394:3, 394:6, 395:15, 395:16, 395:17, 395:19, 396:2, 396:16, 396:18, 397:22, 399:4, 399:6, 399:8, 399:9, 399:10, 399:12, 401:8, 401:11, 403:8, 403:16, 403:23, 403:24, 404:1, 404:4, 404:12, 404:15, 404:17, 404:22, 404:24, 405:1, 405:10, 405:12, 405:15, 405:24, 406:11, 406:21, 407:19, 408:5, 408:7, 408:8, 408:13, 409:14, 409:15, 409:18, 410:4, 411:5, 411:9, 412:4, 412:7, 414:23, 415:2, 415:5, 415:19, 415:20, 416:15, 416:20, 417:1, 418:4, 418:7, 418:10, 419:7,

420:22, 420:25, 421:19, 421:23, 422:22, 422:24, 422:25, 423:2, 423:3, 423:14, 425:22, 426:3, 426:6, 426:23, 426:24, 427:1, 427:2, 427:6, 427:17, 428:1, 428:3, 429:5, 429:6, 429:9, 429:11, 430:5, 430:8, 430:12, 430:20, 431:1, 431:7, 431:10, 431:14, 431:21

**themselves** [2] - 419:7, 427:17
**theory** [7] - 325:8, 325:9, 344:14, 403:9, 406:21, 407:7, 408:17
**therefore** [1] - 403:21
**thesis** [1] - 404:18
**they've** [1] - 379:11
**thicker** [2] - 404:14, 419:9
**thin** [1] - 344:13
**third** [7] - 324:20, 363:9, 420:10, 420:12, 420:14, 421:8, 421:13
**Third** [1] - 420:5
**third-party** [1] - 324:20
**thoroughly** [1] - 411:23
**thousand** [1] - 378:21
**three** [13] - 324:5, 356:7, 377:18, 381:22, 390:19, 390:20, 391:19, 391:22, 395:2, 395:13, 424:9, 430:20
**throughout** [2] - 390:20, 402:23
**throwing** [1] - 392:20
**thumb** [1] - 399:25
**thunder** [1] - 337:18
**TIGAN** [1] - 323:12
**tighten** [4] - 348:21, 350:7, 350:18
**tightened** [1] - 350:9
**timing** [1] - 385:23
**today** [5] - 329:19, 329:22, 375:5, 376:11, 397:11
**together** [1] - 333:5

**tomorrow** [2] - 431:16, 431:18
**took** [3] - 368:22, 376:20, 423:20
**tool** [4] - 398:21, 398:23, 414:6, 414:15
**top** [7] - 372:9, 382:23, 387:16, 401:10, 401:12, 404:6, 417:2
**topic** [2] - 357:6, 428:4
**topics** [1] - 374:22
**total** [2] - 392:4, 423:20
**touched** [1] - 385:1
**towards** [2] - 371:5, 403:15
**toxins** [1] - 349:6
**tract** [1] - 413:18
**trade** [1] - 368:8
**training** [2] - 331:3, 400:18
**transcript** [1] - 432:14
**transition** [6] - 391:5, 401:19, 403:25, 406:21, 408:3, 409:2
**transitions** [1] - 395:18
**trapped** [1] - 347:3
**traveling** [1] - 375:5
**trial** [7] - 326:15, 326:17, 327:3, 327:12, 357:19, 431:17, 432:5
**Trial** [2] - 323:4, 323:5
**tries** [1] - 344:15
**trouble** [2] - 379:12, 379:15
**troubleshoot** [2] - 378:14, 379:16
**true** [5] - 408:10, 414:1, 414:8, 414:9, 420:17
**try** [2] - 419:12, 431:24
**trying** [2] - 343:15, 357:15
**Tunnell** [1] - 323:12
**turn** [30] - 332:10, 334:10, 335:18, 337:16, 337:22, 338:16, 340:24, 342:19, 347:19, 350:24, 353:15, 354:8, 355:14, 356:10, 361:18, 363:8, 363:16, 364:11, 365:15, 379:24, 380:5,

380:21, 388:19, 389:10, 391:8, 396:12, 409:10, 409:24, 414:18, 425:2
**turned** [1] - 368:25
**turning** [3] - 349:24, 411:25, 412:1
**two** [27] - 325:3, 334:9, 340:18, 340:20, 341:13, 342:22, 348:19, 354:13, 359:12, 359:18, 375:16, 377:18, 380:24, 383:21, 384:25, 385:2, 385:10, 391:15, 391:18, 391:21, 400:12, 409:1, 409:2, 427:8, 429:16
**Two** [1] - 323:4
**two-head** [2] - 340:18, 340:20
**two-stage** [5] - 380:24, 383:21, 384:25, 385:2, 409:2
**type** [2] - 346:6, 396:24
**typical** [1] - 385:18
**typically** [1] - 385:23

## U

**U.S** [1] - 323:8
**unable** [1] - 406:7
**unacceptable** [2] - 417:12, 417:25
**uncited** [1] - 421:11
**unclear** [1] - 416:23
**under** [6] - 364:23, 371:14, 375:21, 417:3, 418:20, 423:7
**undergo** [1] - 352:7
**underlying** [2] - 386:19, 387:10
**understood** [7] - 327:23, 327:24, 340:16, 374:6, 374:12, 375:2, 396:6
**undesirable** [1] - 410:15
**unexpired** [1] - 325:9
**uniform** [1] - 403:18
**uniformity** [1] - 391:25
**unit** [1] - 382:23
**United** [2] - 347:10, 377:7
**UNITED** [1] - 323:1
**units** [2] - 343:22,

429:16
**University** [1] - 376:18
**unless** [4] - 354:22, 366:13, 375:23, 420:20
**unlike** [1] - 344:22
**unmixed** [2] - 402:11, 404:5
**unnecessary** [1] - 342:17
**unreliable** [1] - 418:3
**unusual** [2] - 392:17, 409:5
**up** [47] - 324:10, 324:23, 331:7, 331:12, 338:3, 341:2, 341:10, 342:11, 342:13, 343:12, 344:1, 347:4, 348:12, 350:16, 352:22, 358:15, 358:25, 359:8, 359:13, 360:16, 364:6, 364:8, 368:3, 368:5, 370:2, 372:9, 383:16, 383:19, 384:18, 386:6, 391:6, 391:21, 393:25, 394:5, 396:4, 399:23, 405:18, 406:13, 409:21, 410:23, 412:6, 420:18, 421:20, 431:16, 431:17
**upper** [2] - 417:1, 420:25
**ups** [2] - 342:6, 342:7
**uses** [6] - 339:5, 347:16, 377:11, 380:23, 381:17, 386:14
**USP** [23] - 377:5, 377:6, 377:10, 377:12, 377:13, 377:14, 377:16, 377:20, 377:21, 378:3, 378:5, 378:6, 385:16, 385:17, 385:19, 386:6, 386:7, 386:8, 386:9, 386:15, 413:13
**usual** [1] - 432:7

## V

**V.A** [1] - 379:7
**validation** [6] - 353:16, 354:3,

378:13, 388:7, 388:8, 429:1
**Validation** [1] - 385:18
**value** [1] - 355:7
**values** [7] - 348:20, 355:20, 355:24, 368:5, 399:15, 399:19, 399:21
**variability** [24] - 378:15, 392:13, 392:23, 393:18, 393:22, 398:16, 398:18, 400:14, 400:19, 400:21, 400:24, 401:17, 401:18, 404:13, 405:20, 405:25, 406:19, 406:24, 409:3, 410:8, 417:11, 417:24, 419:20, 419:22
**variable** [8] - 399:13, 399:14, 399:22, 400:17, 402:19, 402:25, 416:2, 416:12
**variation** [1] - 352:19
**variations** [1] - 410:16
**various** [6] - 330:11, 330:14, 331:14, 332:6, 335:7
**verify** [1] - 431:5
**version** [9] - 334:16, 370:7, 370:9, 370:10, 370:13, 371:10, 371:16, 371:17, 371:19
**versus** [5] - 368:6, 390:25, 395:2, 395:5, 395:10
**vessel** [20] - 383:5, 383:7, 383:11, 383:18, 384:9, 393:4, 393:19, 393:25, 402:4, 402:5, 402:6, 402:23, 403:19, 410:14, 413:21, 421:25, 423:17, 423:23, 423:24
**vessels** [9] - 382:25, 383:3, 384:16, 388:23, 388:25, 391:22, 393:15, 407:25, 423:20
**vials** [1] - 423:6
**vice** [5] - 330:6, 331:16, 331:17, 331:24
**video** [2] - 324:4,

329:2
**view** [1] - 417:11
**Virginia** [1] - 376:18
**vitro** [9] - 382:17, 382:20, 412:12, 412:16, 413:5, 413:17, 413:23, 414:6, 427:11
**Vivian** [2] - 375:24, 376:10
**VIVIAN** [1] - 375:25
**vivo** [6] - 412:18, 412:21, 413:4, 413:11, 413:13, 427:23
**voice** [1] - 329:3
**volatile** [1] - 343:7
**volume** [1] - 340:11
**Volunteer** [1] - 377:21
**volunteer** [2] - 377:22, 378:4
**vortex** [2] - 410:14, 422:11

## W

**wait** [3] - 395:3, 408:13, 418:21
**waiting** [1] - 431:16
**waiving** [1] - 327:11
**walk** [1] - 377:4
**walked** [1] - 428:6
**wall** [1] - 424:11
**Washington** [3] - 376:17, 376:23, 376:24
**watch** [1] - 404:7
**watching** [2] - 329:1, 329:2
**water** [11] - 345:3, 345:5, 345:6, 345:14, 347:1, 367:21, 367:23, 368:21, 382:25, 383:1, 423:24
**ways** [1] - 424:9
**weak** [5] - 341:10, 341:11, 344:13, 344:16, 344:21
**weaknesses** [2] - 431:25, 432:1
**Wednesday** [1] - 324:1
**week** [2] - 324:18, 328:20
**weeks** [1] - 325:3
**weigh** [1] - 338:12
**weight** [18] - 339:23, 340:11, 340:12, 340:13, 341:2,

341:4, 341:5, 341:9, 341:18, 341:24, 342:4, 359:7, 360:16, 363:22, 364:8, 364:18, 364:19

**weights** [1] - 338:10
**weird** [1] - 391:15
**welcome** [1] - 374:25
**West** [1] - 323:20
**whatsoever** [1] - 344:18
**whereas** [1] - 368:21
**wherein** [5] - 339:8, 339:16, 340:2, 340:7, 342:8
**whichever** [1] - 371:21
**whole** [5] - 352:20, 359:5, 380:3, 410:25, 423:10
**WILLIAM** [1] - 323:18
**William** [1] - 403:5
**Wilmington** [2] - 323:14, 323:23
**wind** [1] - 431:16
**winding** [1] - 344:1
**Withdrawn** [1] - 357:18
**withstand** [3] - 339:13, 341:13, 341:15
**witness** [20] - 328:8, 328:11, 329:5, 332:10, 334:10, 335:18, 338:16, 347:20, 348:23, 349:15, 350:24, 353:15, 356:10, 361:18, 365:15, 366:12, 374:20, 375:8, 419:10, 423:4
**WITNESS** [98] - 328:15, 328:18, 328:20, 328:23, 328:25, 329:17, 330:13, 333:18, 335:10, 335:15, 336:3, 336:10, 336:22, 337:2, 338:13, 340:12, 340:15, 340:17, 340:20, 343:17, 343:21, 343:24, 344:3, 345:9, 345:21, 346:2, 349:1, 349:3, 349:10, 350:13, 352:3, 352:6, 352:11, 352:21, 354:13, 354:23,

355:4, 355:11, 359:11, 359:15, 359:18, 359:22, 359:25, 360:3, 360:9, 360:13, 360:15, 360:17, 360:19, 360:23, 361:2, 361:5, 361:9, 361:23, 361:25, 364:20, 368:11, 368:14, 369:6, 376:2, 376:20, 376:23, 377:1, 384:6, 384:8, 391:23, 392:6, 392:10, 392:17, 392:22, 393:1, 393:21, 394:6, 395:16, 395:19, 399:6, 399:9, 399:12, 403:16, 403:24, 404:4, 404:15, 404:17, 406:21, 408:7, 409:15, 411:9, 415:5, 415:20, 418:10, 422:24, 423:2, 426:6, 426:24, 427:1, 427:6, 429:6, 429:11

**witnesses** [1] - 324:5
**woman's** [1] - 376:17
**wondering** [1] - 429:3
**word** [2] - 345:11, 421:22
**words** [13] - 391:25, 393:23, 420:9, 420:12, 422:14, 425:9, 426:10, 427:11, 427:15, 427:16, 428:14, 429:2, 429:11
**worldwide** [1] - 403:6
**worry** [1] - 423:25
**worse** [1] - 412:1
**wrap** [1] - 431:17
**write** [1] - 426:3
**written** [2] - 403:4, 426:10
**wrote** [1] - 420:8

## Y

**year** [1] - 378:21
**years** [12] - 331:6, 331:7, 331:9, 331:20, 377:6, 377:20, 378:16, 378:18, 378:19, 402:18, 403:13,

426:16
**yellow** [1] - 411:15
**yesterday** [9] - 325:16, 337:5, 337:6, 341:1, 356:1, 375:18, 377:7, 399:13, 409:22
**York** [1] - 323:17
**yourself** [2] - 329:2, 412:15