IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

— — —

GALDERMA LABORATORIES, L.P.     : Civil Docket 21-CV-1710
and TCD ROYALTY SUB LP          :
                                : Trial Day Three
           V.                   : Morning Session
                                :
LUPIN INC. and LUPIN LIMITED    : Civil Bench Trial

---

BEFORE THE HONORABLE STEPHANOS BIBAS

---

James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106
January 11, 2024 at 10:00 a.m.

APPEARANCES:

FOR THE PLAINTIFFS:   JEREMY A. TIGAN, ESQUIRE
                      Morris, Nichols, Arsht & Tunnell LLP
                      1201 North Market Street
                      P.O. Box 1347
                      Wilmington, DE 19899

FOR THE PLAINTIFFS:   GERALD J. FLATTMANN, JR., ESQUIRE
                      ANDREW J. COCHRAN, ESQUIRE
                      Cahill Gordon & Reindel LLP
                      32 Old Slip
                      New York, NY 10005

FOR THE DEFENDANTS:   WILLIAM A. RAKOCZY, ESQUIRE
                      JOSEPH T. JAROS, ESQUIRE
                      KATIE BODA, ESQUIRE
                      ADRIANNE C. ROSE, ESQUIRE
                      Rakoczy Molino Mazzochi Siwik
                      6 West Hubbard Street, Suite 500
                      Chicago, IL 60654

FOR THE DEFENDANTS:   MEGAN C. HANEY, ESQUIRE
                      Phillips, McLaughlin & Hall, P.A.
                      1200 North Broom Street
                      Wilmington, DE 19806

Bobbie J. Shanfelder, RDR, CRR
Official Court Reporter
Bobbie_Shanfelder@paed.uscourts.gov

(January 11, 2024 at 10:00 a.m.)

THE COURT: Good morning. All right. There was something, a small admin matter at the end of the day yesterday where I think the parties were going to -- I can't remember what it was you were going to go over and see if you could sort out.

MS. BODA: Yes, Your Honor. It was replacing the exhibit from Ms. Dahm. I think I incorrectly read DTX-54 into the record, and it should have been 64.

THE COURT: Okay. Have you met and conferred with counsel?

MS. BODA: We have.

THE COURT: And?

MR. BODA: And they don't have any objection.

THE COURT: So the DTX-64 is the one that will be admitted for her. And are we retracting 54?

MS. BODA: 54 has been entered through other people.

THE COURT: Entered separate?

MS. BODA: Yes.

(Exhibit Number DTX-64 was admitted.)

THE COURT: Got it. Any other housekeeping?

MS. BODA: Yes. Defendants have a couple of other exhibits to enter from other witnesses that have already taken the stand.

THE COURT: Please go ahead.

MS. BODA: DTX-8, DTX-65, DTX-182, DTX-26, DTX-40,

DTX-102, DTX-114, DTX-150, DTX-284, 200, and 77.

THE COURT:  Okay.  Any objections to any of those?

MR. COCHRAN:  No objection.

THE COURT:  All right.  Very good.  They will be admitted.

(Exhibit Numbers DTX-8, DTX-65, DTX-182, DTX-26, DTX-40, DTX-102, DTX-114, DTX-150, DTX-284, DTX-200, and DTX-77 were admitted.)

THE COURT:  And to avoid a repeat of yesterday, let me put -- there is the hidden switch here to turn everything off on the phone.  And now we can proceed to cross-examination.

MR. FLATTMANN:  Thank you, Your Honor.  We have some cross-examination booklets with exhibits for the witness.  I'll pass those up to the clerk.

THE COURT:  Please do.  And do you want to discuss the possible rebuttal issues after this witness is done?

MR. FLATTMANN:  I think that might make sense, Your Honor.

THE COURT:  Good morning, Dr. Buckton.

THE WITNESS:  Good morning.

THE COURT:  Just a reminder, you remain under oath.

CROSS-EXAMINATION

BY MR. FLATTMANN:

Q.    Good morning, Dr. Buckton.

A.    Good morning.

Q.   While at your company Pharmaterials, you took two drug products to Phase 1 clinical trials; correct?

A.   We took products to Phase 1 trials.  Did you say two?

Q.   Two.  I believe you testified two at your deposition.

A.   If I did, that's not correct.  We took products to Phase 1 trials rather than two products to Phase 1 trials.

Q.   Perhaps there was an error in the transcript.  That's okay.

And you don't know whether Pharmaterials ever developed a product that was commercialized in the market?

A.   That's correct.  Only went to Phase 1.  Whatever happened after that, I don't know.

THE COURT:  Pharmaterials.  Remind me of the -- what Pharmaterials is?

THE WITNESS:  Pharmaterials was the company that I set up to do formulation development on a contract service basis.  And we set up a facility that took as far as Phase 1 with clinical trials.  At least strategically didn't have a manufacturing facility that made the larger batches of Phase 2 or Phase 3.

THE COURT:  Got it.  Roughly what time period or range of years was this?

THE WITNESS:  That was 2000 until 2012.

THE COURT:  All right.

BY MR. FLATTMANN:

Q.   And to your knowledge, you've never developed a drug product

that was approved by the FDA; correct?

A.   Same answer.  I only took to Phase 1.  I have no idea.  To my knowledge, the answer is no.

Q.   You can't name a product that you have personally commercialized; correct?

A.   Correct.

Q.   You were asked some questions on direct about absorption window.  Do you recall that?

A.   I do.

Q.   And it's your opinion that doxycycline does not have an absorption window?

A.   It is my opinion that it has a region of preferential absorption, but it continues to absorb throughout the GI tract, so I don't regard that as absorption.

Q.   You would expect that doxycycline would be primarily absorbed in the first part of the intestine; correct?

A.   Yes.

        THE COURT:  Meaning the duodenum?

        THE WITNESS:  Yes.

BY MR. FLATTMANN:

Q.   Yes, it's largely absorbed in the upper part of the GI tract?

A.   Correct.  Well, the intestine rather than the GI tract.

Q.   Fair enough.  And you have previously described Dr. Rudnic's description of doxycycline's narrow absorption window as a

subjective judgment; correct?

A.    I don't know if I used those words, but I think I don't disagree with that.

Q.    Could you please turn to Tab 3 in your witness book which is PTX-180?

You have seen this document before; correct?

A.    I don't remember it, but I may well have.

Q.    It was cited in Dr. Rudnic's opening report and you said you reviewed all the materials in that report; correct?

A.    Quite possibly, but maybe a long time ago I looked at it, but I don't remember it.

Q.    Okay.  And can you see it's an internal Galderma email dated October 15, 2002?

A.    Yes.

Q.    And this email contains some observations and formulation options regarding Galderma's doxycycline once a day development; is that true?

THE COURT:  He doesn't know this document.  He -- I mean, the document speaks for itself.  It's been -- this has been admitted; correct?  If it hasn't, I don't understand how this witness can talk about the contents of the document.  If you want to ask him something specific.

MR. FLATTMANN:  I'm going to, Your Honor.

THE COURT:  Ask him his opinion of the substance that's there, but this is not somebody who can testify about this

document.

MR. FLATTMANN: Yes. Well, he reviewed the document in forming his opinions, Your Honor, and I just want to ask him about a conclusion reached in the document. I'm just laying a bit of foundation.

THE COURT: Okay. But he doesn't recall the document, so let's just get to whether he agrees or disagrees with something specific in the document.

MR. FLATTMANN: Okay.

BY MR. FLATTMANN:

Q. You see in the middle of the page, second bulletpoint, a sentence that begins "The data" and it states, quote, The --

A. I'm sorry. Where are we?

THE COURT: I'm sorry. I don't see that on Page 1.

MR. FLATTMANN: On Page 1.

THE COURT: Extent and region is the beginning of the bulletpoint.

MR. FLATTMANN: And then the third sentence.

THE COURT: Four lines into the second bulletpoint, "the data confirmed."

MR. FLATTMANN: Yes. Thank you, Your Honor.

BY MR. FLATTMANN:

Q. It says, quote, The data confirmed that there is a narrow absorption window in the upper duodenum for doxycycline, closed quote. Do you see that?

A.   I do.

Q.   Do you agree that the formulators of Oracea, during the pendency of Oracea's development, agreed with Dr. Rudnic's opinion that doxycycline --

THE COURT:  It speaks for itself.  He doesn't have personal knowledge of this.  I can read it.  I can see that they had that view of Dr. Rudnic.  You don't need to get it in through this witness.

MR. FLATTMANN:  You see they reached that conclusion; correct?

THE WITNESS:  Do you want me to answer?  I can answer that yes.

THE COURT:  I see it.  The document says that.  Not this witness.

BY MR. FLATTMANN:

Q.   Lupin's proposed label was something you spoke about in your direct examination as well?

A.   Correct.

Q.   And it instructs patients to take the product on an empty stomach with adequate amounts of fluid; correct?

A.   Yes.

THE COURT:  If you want to talk more about that, direct me to where the label is, if that's all it is.

MR. FLATTMANN:  I'm going to move to another document, Your Honor.

BY MR. FLATTMANN:

Q. Could you please take a look at Tab 13 of your book which is PTX-191?

THE COURT: Report synopsis.

MR. FLATTMANN: Correct, Your Honor.

THE COURT: Bioequivalence Fasting Study.

BY MR. FLATTMANN:

Q. This is another document that you reviewed in forming your opinion; correct?

A. Yes.

Q. And could you turn to Page 6851?

Do you see in the text six lines down?

THE COURT: The text of the white.

MR. FLATTMANN: Of the white area.

THE COURT: Six lines into the white. Read those.

BY MR. FLATTMANN:

Q. Starting at the word "after." Lupin states --

A. I'm not where you are. I'm sorry.

Q. I'm sorry.

A. I got you. After in the middle of that line. Yes, I know where you are.

Q. It states, quote, After maintaining at least 10 hours of overnight fasting, one capsule either of test product T or referenced product R was administered orally as per randomization schedule in sitting posture to each subject with 240 plus or

minus 2 mLs of water at ambient temperature in the morning each period by trained study personnel, closed quote. Do you see that?

A. I do.

Q. Is that consistent with your understanding of how the Lupin product was administered during the studies we've been looking at?

A. Yes.

Q. So it was administered at ambient room temperature in fasting studies?

A. Sorry?

Q. It was administered with 240 milliliters of water at ambient temperature in fasting -- in fasting studies; correct?

A. Yes.

Q. And ambient means room temperature?

A. Yes.

Q. And water is at about pH 7.0; is that correct?

A. Yes, well pure water is pH 7, yes.

Q. And the ingested water would go to about 37 degrees Celsius in about 1 minute; right? Was that your testimony yesterday?

A. I said there were no data in the case to say how long it would take, either the temperature to rise or the pH to equilibrate, but I didn't expect it to be a terribly long time. I don't think I specifically said 1 minute.

THE COURT: I don't believe he said specifically 1

minute, within a few minutes.

BY MR. FLATTMANN:

Q.   Within a few minutes, would that be your testimony?

A.   I think I prefaced it with I don't know.  There are no data in the case to say how long it takes to equilibrate, but having said that, I wouldn't expect it to be an enormously long time.

Q.   Would you agree that the pH of the stomach has got to be higher after adding water than before water is added?

A.   The pH of water, I mean, I don't want to get into a long debate about the pH of water.  PH of very pure freshly distilled water is 7.  PH of water out of the tap could be quite different to that.  It could be anywhere from 4, if it's got carbon dioxide dissolved in it, up to 7 and a half if it is -- got lots of minerals dissolved in there.  So I don't know what pH water this was.  I doubt it was freshly distilled water, so I don't know what pH it was.  It is whatever it is.  There's no measurement of it.

Q.   In any event, the water would raise the pH of the stomach after ingestion; correct?

A.   Depends what pH it is, but it would locally, potentially, raise the pH of the stomach for a transient period of time until the stomach reestablished the temperature of the pH.

Q.   And I believe you testified yesterday that the capsule takes about 5 minutes to disintegrate after ingestion; is that correct?

A.   I would say in 37 degrees C and yes, invariable of the

stomach, it would have gone within 5 minutes.  It may be rather quicker than that, but I don't expect at 37 degrees it would be longer than that.

Q.   Isn't it true that the pellets are never exposed to a pH of 1.1 in the stomach in real life if they're taken with 240 milliliters of water?

A.   No, I don't agree with that.

Q.   And the pellets, they leave the stomach in about 30 minutes and are then exposed to the pH of the intestine; is that right?

A.   They will leave gradually starting from when they're released from the capsule.  They will release gradually.  And a lot of it will be within 30 minutes.  Correct.  And then the pH of the intestine would be what it would be exposed to.

Q.   I see.  Thank you.  I think you testified yesterday that you were not aware of literature supporting the premise --

THE COURT:  Can I ask you a little bit about that?  At first, ballparking.  Now we're -- I think when you testified you said it might be a little bit less than an hour.  Now you're saying 30 minutes gradually.  And I believe you said that maybe liquid stomach contents, are those under 2 millimeters leave more quickly.

So is this over a range of time here?  How do I understand that and what's the difference going to be between liquid or very small solids versus, you know, food that you have masticated and swallowed?

THE WITNESS:  So the pellets, as soon as they release from the capsule, immediate release dissolve better in liquid. The delayed release don't dissolve.  They are solid pellets. Those will release at the same rate from the stomach as each other.

THE COURT:  So they'll both empty into the duodenum at, roughly, the same time.  So how are you ballparking that some of that's for 30 minutes, some of that's later?

THE WITNESS:  So it will start right at the beginning and it will be exponential, I said yesterday, which means the first 10 or 15 minutes quite a lot of the liquid in the pellets will come out.  And over the next 10 or 15 minutes, quite a lot of what that which remains will come out.  And then over the next 10 to 15 minutes, quite a lot of that which remains will come out.  So a gradual process.  It won't all come out in one dose.

THE COURT:  So a good share will be within 10 to 15 minutes of the capsules dissolving or 10 to 15 minutes of it hitting the stomach?

THE WITNESS:  Of the capsule dissolving.

THE COURT:  Okay.  So a few minutes the capsule dissolve.  So the drug is starting to hit the duodenum or small intestine within 15, 20 minutes of ingestion.  I'm presuming that the time in the esophagus is minimal?

THE WITNESS:  I think when we looked at the bio data yesterday under the 4-hour view, the first point, I believe, was

20 minutes and it was substantial absorption at 20 minutes.  It was higher for the Oracea product and lower for the Lupin product, but it was substantial for both at 20 minutes.

THE COURT:  What's the delay -- let's say the capsule is dissolved.  The earliest -- exponentially, we're talking about exponential decline.  So a large portion has hit the duodenum within 20 minutes.

THE WITNESS:  Yes.

THE COURT:  Then there's a process of going from there into the bloodstream.

THE WITNESS:  Yes.

THE COURT:  Is that also an exponential process and what's the time frame on that?

THE WITNESS:  So it would -- I was just being asked about the absorption window.  So the absorption window, I use the different terminology to the other document --

THE COURT:  Right.

THE WITNESS:  -- but there was no dispute that the preferential region for absorption --

THE COURT:  You said the numbers was in the upper 80s, 86 or 87 percent.

THE WITNESS:  Correct.

THE COURT:  But from when it gets -- is there a period of time it takes between when it's in the duodenum or duodenum, however different people pronounce it, to the blood?

THE WITNESS: Yes, there is. It will have to absorb through the membranes and it goes through the liver and into the bloodstream. So it takes a period of time, but it is a readily absorbed drug in that region so it isn't --

THE COURT: Can we ballpark or estimate that period of time for maybe the leading edge of a large weighted drug?

THE WITNESS: It will start to come through, relatively, more or less as the drug arrives into the intestine. But there will be a lag. It will take some time to pass through the membrane and to get through into the plasma.

THE COURT: In general, how long would it be between the moment we ingest the capsule and when we see a spike in the blood levels?

THE WITNESS: Okay. So the first data point on the graphs we looked at yesterday was 20 minutes.

THE COURT: Right.

THE WITNESS: There were no data points taken before that. There was a significant amount of drug from both products in the bloodstream within 20 minutes of taking the product. And that's consistent with what we've just been talking about.

THE COURT: Made it all that way. Got it. Thank you.

BY MR. FLATTMANN:

Q. Thank you, Dr. Buckton. You said yesterday that you weren't aware of literature supporting a pH of 4.5 in the stomach; correct?

A.   I hope I said there was no precedence for pH 4.5 being viewed as the biorelevant pH for the stomach.

Q.   Okay.

A.   If I said there's no -- your question was pH 4.5 in the stomach.  If you have a fed stomach, it will very readily have pH 4.5 in it.  So if I didn't say fasted, I apologize and I will correct that now.

Q.   Fair enough.  You're familiar with the Kalantzi article; correct?

A.   Yes.

Q.   And that was -- you were in the courtroom when that was discussed with Dr. Rudnic?

A.   Yes.

Q.   And let me ask you to look in your book, if you would, at Tab 7.  There should be a copy of the Kalantzi article which is PTX-149.

A.   Yes.

Q.   Let's go there for just a moment.  And if you look at Page 2 first, second paragraph -- first full paragraph, but second paragraph.  About the middle of the page, do you see where it says "fasted state"?

A.   Yes.

Q.   It says, Fasted state conditions were simulated by administering 250 milliliters of water, so fasted subjects whereas fed state conditions were simulated by administration of

500 millimeters of Eudragit Plus.  Do you see that?

THE COURT:  Ensure Plus, not Eudragit.

THE WITNESS:  Sorry.

MR. FLATTMANN:  You read a lot -- you read better than I do, and I apologize for that.

THE WITNESS:  Curiously, I was reading what was written on the page, not actually listening.

MR. FLATTMANN:  I really should wear my reading glasses.  Sorry.

BY MR. FLATTMANN:

Q.    And if we look at Page 4, there's a chart top right-hand side.  You can see that at least some subjects in the Kalantzi article, the Kalantzi study, were reported to have a fasted stomach pH of pH 4.5 or greater at the 20-minute time point; correct?

A.    Those are the results.  They speak for themselves.  That's correct.  I mean, as it says in the article, there are extreme variation.  And they also say in the article they believe it's to do with secretions going down the nasogastric tube.  So they justify why they have that range of results, but that's what it is.

Q.    And that pH 4.5, if you look at that same chart, it was right around the 75th percentile of fasted stomach pH values at the 20-minute time point; right?

A.    Yes.  Within the realm of how they explain the

idiosyncrasies of those data points, yes.

Q.   So at least according to the data that was measured in the study by Kalantzi --

THE COURT:  How do we know it's the 75th percentile?  I can visualize, but we see a median line.  But we don't know the distribution in the upper part.  Is that the rectangle?  Does the top of the rectangle represent the 75th percentile?  Is there something in the legend of this table that tells us that?

MR. FLATTMANN:  That's my understanding, Your Honor, that it's the top of that.

THE COURT:  Common convention in these charts tell me. It would make sense.  I'm just not seeing it.

MR. FLATTMANN:  Dr. Buckton is the expert, so I'll ask him to confirm that.

THE COURT:  Dr. Buckton, is that how you read this bar?

THE WITNESS:  I will ashamedly confess I've taken your word for it and I should not have done that in the cross-examination, but it is the top of the box.

BY MR. FLATTMANN:

Q.   Here's the answer.  The Court has pointed us in the right direction.  If we look at Page 3.

THE COURT:  Oh, okay.  The median value of the 10th, 25th percent.  So the top and bottom ones are 10th and 90th percentile.  Top and bottom are 25th to 75th.  And the median, the 50 percent is a little bit above 2 pH.  So I see now where

counsel is getting this from.

MR. FLATTMANN:  Thank you for leading us all to that. I appreciate it.

BY MR. FLATTMANN:

Q.  Do you see that, Dr. Buckton?

A.  Yes, I do.  Thank you.

Q.  So at least according to the data measured in the fasted stomach study in Kalantzi, at the 20-minute time, roughly, 25 percent of the subjects had a pH value greater than or equal to pH 4.5 in their stomach?

A.  Within the realm of why they say that happened.

Q.  And going back to that chart on Page 4.  20 minutes after oral administration is the earliest point in which we have pH data in the fasted stomach in Kalantzi; right?

A.  Correct.

Q.  Okay.  And at 20 minutes, the fasted stomach median pH is 2.4 according to this graph, approximately?

THE COURT:  Looks like on the next page, Page 5, they have it as numeral written out as 2.4, but you can eyeball it, it looks around 4.

BY MR. FLATTMANN:

Q.  And it's actually stated, if you would like to see, as the Court has noted on Page 5, right-hand column.

A.  I see it.

Q.  Median pH was 2.4; correct?

A.    Yes.

Q.    And also just going back to the graph on Page 4.

THE COURT:  Yeah, you did skip over, though, that from the bottom of Page 5 to the top of Page 6, that generally fasted gastric pH is usually measured at about 2 or slightly lower.

So your point is, there's a wide dispersion.  His point is 2 or a little bit below 2 is kind of the center of the distribution.

MR. FLATTMANN:  In fairness, my point is that the addition of 240 milliliters of water in the fasted state changes the pH rather dramatically.

THE COURT:  Yeah.

MR. FLATTMANN:  And that there's -- there's a reverse trend.  If you go from 60 minutes to 40 minutes to 20 minutes, you could draw a line and you can infer that the pH is going to be even higher at 5 minutes.

THE COURT:  I see what you're saying.

MR. FLATTMANN:  That's where I am going.

THE COURT:  Got it.

BY MR. FLATTMANN:

Q.    So my next question to you is, isn't it true that moving right to left on the horizontal nexus of this chart, as we approach time zero, the mean pH values denoted by the triangles are increasing; correct?

A.    I think it's unreasonable to do the increasing because the

text says that this is most probably reflect the dilution of gastric contents with saliva and/or nasal secretions. So it's saying it's been distorted by that. I don't see why it would be distorted any more than that by going to an earlier time period.

Q. But just as a matter of looking at the graph, I'm just asking a very basic factual question. The mean values increase from right to left; correct?

A. They do, but I'm saying I don't see why you can extrapolate it given that they're saying the distortion of that early time point is due to things running down the nasogastric tube.

Q. I know you think we shouldn't do it, but if I drew a line through those triangles, all the way to the 5 minute point, it would be at an even higher median pH; correct?

A. You would, but I don't think it would be a very wise thing to do for the reasons I just said. It's higher at the initial point because of stuff going down the nasogastric tube. Then it returns to the 1 to 2 that you would expect it to.

THE COURT: I think the triangle is the mean and the line is the median.

MR. FLATTMANN: Yes, so they're both increasing.

THE COURT: They're both increasing. But the lines are going to look different for the mean and the median.

BY MR. FLATTMANN:

Q. Now, You didn't cite any literature or data in your direct examination in support of there being a physiologically relevant

Q. pH of 1.1 in the stomach, did you?

A. I don't remember, so you may be right.

Q. And for that matter, you didn't cite any data or literature in your direct in support of the various transient times and pHs that you testified about; did you?

A. I'm not sure I entirely understand the question.

Q. You didn't cite any literature or data in support of your various statements about the transient time of the capsules and pellets and the pHs of the various parts of the system as the capsules or pellets move through it; correct?

A. Well, the -- I don't remember talking about a transit time outside of the larger numbers that Dr. Rudnic had used. I think I referred to those in terms of transit times.

Q. But it was just raw testimony without any backup in the literature or data. That's what I am asking.

A. I don't think that's fair. I think I used Dr. Rudnic's numbers for transit times, which from his testimony on the previous day, and I think the pHs are established in the case anyway.

Q. In the case?

A. Well, in terms of the documents that are in the case.

Q. What documents?

A. All of the documents in the case.

Q. The studies that measure -- that measure dissolution at pH 1.1?

A.   Well, there are very, very many documents in the case. There's a USP, the FDA.  There's all of the documents in the ANDA, the NDA.  I mean, I've been through dozens of documents that say it measured at 1.1.

Q.   I don't want to belabor the point, but you didn't cite any literature or data in support of your testimony on that issue; correct?

A.   I disagree.  I cited the -- that it's the standard 1.1.  I thought I actually labeled it too much.

Q.   That's okay.  If that's all there is, that's fine.  I'll move on.

         Now may I ask you to please look at Tab 9 in your exhibit book which is PTX-47?

         THE COURT:  Bioequivalence Study Report Synopsis From Lupin Research Center.

         MR. FLATTMANN:  Correct, Your Honor.

BY MR. FLATTMANN:

Q.   Do you see that document?

A.   I do.

Q.   And you're familiar with this document as well; correct?

A.   I am.

Q.   Turning to Page 16 and I'm using the numbers -- actually they're the same.

         THE COURT:  16 of 18.

BY MR. FLATTMANN:

Q.    16 of 18.  If you will.

A.    Yes.

Q.    This is a plot of the mean plasma concentrations over time comparing Lupin's ANDA product to Oracea; correct?

A.    Correct.

Q.    And you understand that Lupin relied on this data to establish bioequivalence with Oracea; correct?

A.    Correct.

Q.    And on Page 5, if you would turn there, please.  Under objective -- I'm sorry.  I'll let you get there.

A.    Okay.

Q.    Under objective you see that Lupin stated the objective of the study, quote, To assess the bioequivalence of single oral dose of doxycycline between test products.  Doxycycline capsules 40 milligram manufactured by Lupin Limited, India with Oracea.  Doxycycline USP capsules 40 milligram, marketed by Galderma Laboratories, LP, Fort Worth, Texas and address, in healthy adult human subjects under fasting conditions.  Do you see that?

A.    I do.

Q.    And if you go to Page 18, please.  On Page 18 of the report under conclusions, second paragraph.  You see that it was concluded at single oral dose of doxycycline capsules 40 milligram manufactured by Lupin Limited bioequivalence in healthy adult human male subjects under fasting conditions?

A.    I do.

Q.    And that data was submitted to FDA to the best of your knowledge; correct?

A.    Sure, which means what it says in the paragraph above it.

Q.    Okay.  And you relied on some charts yesterday where you had re-charted some of the data from this study; correct?

A.    I presented data at the earlier parts, the absorption phases, Dr. Rudnic called it, on his first day.

Q.    And you were using the same data that's in this bioequivalence study we just looked at; right?

A.    Correct.

Q.    You just put it on a different scale?

A.    Yes.

Q.    And that data, at least according to the FDA, was a statistical level showed bioequivalence; right?

A.    The bioequivalence means the Cmax and AUC is within 80 to 125 percent.  It doesn't mean that the data points are the same or the absorption phase was the same.

Q.    They decided they were sufficiently the same to be bioequivalence; correct?

A.    They're different questions.  Bioequivalence is the overall chart is 80 -- well, actually the error is within 80 to 125 percent as it says in the paragraph here.  For the area under the curve for the whole chart and the CMax.  That doesn't mean that the data points in the absorption phase are the same.

Q.    If I change the scale, they're going to look different?

THE COURT: Right. Any ANDA requires bioequivalence. And it is a piece of evidence for you, but it is not the case that every drug that gets an ANDA is thereby patent infringement. It is one piece of evidence for you.

MR. FLATTMANN: It's also a limitation of the claim, Your Honor, as we know. There's no in vitro limitation in that claim, but there is an in vivo limitation which correlates to this. And that's the point I'm making.

THE COURT: Okay.

BY MR. FLATTMANN:

Q. And that you used exactly the same data in your redrawn curves or rescaled curves that Lupin used to show bioequivalence; right?

A. Is that a question because --

Q. That's my question.

A. -- the bioequivalence doesn't show that the two products are the same for all the reasons I explained yesterday. And bioequivalence and the claim terms are quite different things. The claim terms are much, much wider than the bioequivalence, so I don't see that point makes --

Q. It's a very narrow question. It doesn't matter what point I'm trying to make. You agree that the data was the same on the charts that you took and in different scales and looked at yesterday?

A. Absolutely I do. And we should have looked at the early

stage of it which is what I did.

Q.   All right.  Let's talk a little bit about the multimedia dissolution test where Lupin's product was subjected to pH 1.1 followed by a pH of 4.5.

A.   Okay.

        THE COURT:  Where is that in your binder?  Is that one of the exhibits here?

        MR. FLATTMANN:  Yes.

        THE COURT:  Where?

        MR. FLATTMANN:  I was getting there.  Let's look in your book, please, at Tab 11.

        THE COURT:  Okay.

BY MR. FLATTMANN:

Q.   This is a report of that multimedia dissolution test; correct?

A.   It is.

Q.   And you're familiar with this?

A.   I am.

Q.   And if we go to Page 13 first and I mean 13 in the upper right.  I apologize.  It may be --

        THE COURT:  Yes.  It gets turned sideways.

        MR. FLATTMANN:  It turns into the corner of the document which is unfortunate.

        THE COURT:  PTX-194.013 in the lower right-hand corner is 012471.

MR. FLATTMANN: If it's easier for the witness, it's the page that has the little Bates number ending in 12471.

THE WITNESS: I am there. Thank you.

MR. FLATTMANN: You're there?

THE WITNESS: Yes. Thank you.

BY MR. FLATTMANN:

Q. And you can see that the test product column lists on the left-hand side batch M-190018; correct?

A. I can see that, yes.

Q. That's one of the exhibit batches --

A. I believe so.

Q. -- you talked about. And that's Lupin's ANDA product; correct?

A. Correct.

Q. And these batches are representative of what Lupin would eventually sell in the commercial market; correct?

A. Correct.

Q. The same batches that were tested in the pH 1.1 to pH 4.5 tests that we've been talking about?

A. Exhibit batches are representative of what would be sold on the commercial market; yes.

Q. You were in the courtroom yesterday during Ms. Gray's direct testimony; correct?

A. Correct.

Q. And her cross as well, I believe?

A.   Yes.

Q.   And do you recall that Ms. Gray testified that Lupin's pH 4.5 data had a high relative standard deviation?

A.   I heard that, yes.

Q.   And I assume you agree with that?

A.   Well, I saw the numbers and the numbers are higher.  I talked in my direct about it being a bimodal distribution and it being problematic.

Q.   I think you used the word erratic?

A.   If I did, I wouldn't be surprised.  I think that would be fair.

Q.   Okay.  And if I could ask you to please look at Tab 12?

         Do you recall seeing DTX-101 which is Tab 12 during Ms. Gray's direct testimony?

A.   Might have been.  I don't really remember it.

Q.   Are you familiar with this document?

A.   I have seen it, yes.  I can't say I've looked at it for a while, but I have seen it.

Q.   It is the Dissolution Procedure Development and Validation chapter in the USP; right?

A.   I've seen it, but I don't think I've looked at it in a very long while.

Q.   Let me see if I can refresh your memory.  If you go to Page 5 under Method of Development.  Are you there, sir?

A.   I'm there.

Q.   Do you see that this paragraph discusses variability and dissolution data?

A.   I can see it does, yes.

Q.   And it goes on to say in -- eight lines down, sentence starting with the two.

A.   Okay.

Q.   It says, "The two most likely causes of the variability are the formulation itself.  For example, drug substance excipients for manufacturing processed or artifacts associated with the test procedure, coning tablets sticking to the vessel wall will pass the screen.  Do you see that, sir?

A.   I do.

Q.   You would agree with that statement?

A.   In terms of if something is variable in a dissolution test -- well, actually there probably are three.  It could be analysis error, we'll take that one.  Or it could be, as you say, an artifact associated with the product or it could be an artifact associated with the test.  I think Ms. Gray and I were saying in the pH 4.5 data it was the latter.

Q.   The other option is that there is already variability in the sample; correct?

A.   But if you then run it again at pH 4.5 and there was no variability at all, that seems rather unlikely.

Q.   This USP chapter in the same paragraph in the sentence right before the one we just looked at, it says, quote, In the

development.

A.   Sorry.  I don't know where you are.  The end of the line.  I see it.

Q.   "In the development of a dissolution procedure, the source of the variability should be investigated and attempts should be made to reduce variability wherever possible."  Right?

A.   Yes.

Q.   And when it obtained the variable results, did Lupin rerun those tests?

A.   That wasn't in the development of the dissolution procedure.  That was running a procedure they had been instructed to do by the FDA.

Q.   When they encountered the variability, to your knowledge, did they rerun the test of pH 1.1 to pH 4.5?

A.   I was going to say they have no obligation to rerun the test.  They run the test that was required and they submitted it to FDA for review.  They have no requirement to do anything other than that.

Q.   In fairness, sir, that's not my question.  I'd like you to answer if you can.

     To your knowledge, did they rerun the test when they encountered this variability?

A.   They did not.

Q.   Instead Lupin submitted the data to the FDA?

A.   For the reasons that I just said, exactly right.  That's

what they should have done and that's how it was reviewed and stated.

Q. I'd like to take you back to Tab 11, if you could, which is a multimedia dissolution study again. If we go to Page 37, PTX-194.037, please, which, again, that number unfortunately is in the upper left-hand corner where the document folds, so it's the one with Bates numbers ending in 12495.

A. I'm there.

Q. This is a chart that I think all of the experts in this case have testified about by this -- by this stage; correct?

A. I think we have seen it before.

Q. We have seen it a few times.

THE COURT: 1, 3, 6, 7, 8.

MR. FLATTMANN: Yes, Your Honor.

BY MR. FLATTMANN:

Q. And if you go to the 240-minute time frame for the test product, the Lupin product.

A. Okay.

Q. It states that a 75 percent mean of the drug has dissolved at the 240-minute time point; correct?

A. It states that.

Q. Okay.

A. And you shouldn't look at it for the reasons I said yesterday.

Q. But taking this document at face value, what's left at the

240-minute time point after the 75 percent mean dissolves?

A.    Well, we have to take the document at face value which means that five of these capsules have released very nearly 100 percent and seven of these capsules have released very little of the delayed release.  So what's left is quite a lot of delayed release in the seven capsules and no delayed release in five capsules.  That's what's left.

Q.    Well, on average, 25 percent is left over; right?

A.    You can't on average that.  That's entirely wrong.  You have to say they are released so that for the five capsules that released, they have no delayed release.

Q.    I understand you think that's entirely wrong.  I'm just asking as a simple matter, if you take this document at face value, 25 percent of the material remains intact at that stage; correct?

A.    What was --

Q.    As an average.

        THE COURT:  The mean is 25.  The mean general.

BY MR. FLATTMANN:

Q.    Average total amount of material 25 percent is left over; correct?

A.    Well, if you accept that the mean is a reasonable thing to do, which for the FDA submission it is, that's correct.  If you take it in terms of this case, you really can't take that mean to look at these capsules in terms of how any of them release in 8

milligrams extra in retaining some delayed release.

Q. But in -- I'll put it a different way. In this test, at the end, if this data is true that 75 percent was the mean that had dissolved at that stage, then it follows that 25 percent of the material originally tested was still intact; correct?

A. If you can show me any single capsule out of the 12 where that's the case --

Q. I didn't ask you that.

A. And then I could say it's okay, but otherwise it's not okay.

Q. I think I made the point I wanted to make. I'll move on.

And 25 percent, by the way, would mean 10 milligrams in a product such as Lupin or Oracea; correct?

A. It would.

Q. And if you were to take that mean data at face value, it would mean that 8 milligrams from the delayed release was already gone; correct?

A. If you can show me any capsule where that's the case, then I will go through it. But I can't see any capsule where that's the case.

Q. On average, that's true as a matter of math; right?

A. Statistics can be enormously misleading. Lies found lies in statistics, I was once told, and this would be a case where it would be that.

Q. It's simple math.

A couple of very quick questions on percentage coating

645

just to verify some information from your direct.  You don't dispute that Lupin uses an 18 percent weight gain of enteric coat on its delayed release pellets; right?

A.    I don't dispute that, no.

Q.    Okay.  And I believe you called that the lower end of the range yesterday; is that right?

A.    Quite possibly.  I think that's fair.

Q.    And you don't dispute that Oracea uses a 30 percent weight gain on its enteric coat; right?

A.    No, I don't.

Q.    Couple other unrelated questions.  You agree it takes a very short amount of time for the Lupin capsule to reach the stomach after swallowing; correct?

A.    Correct.

Q.    And you're aware that Lupin's counsel submitted an errata sheet to correct your deposition testimony on this topic from calling it 5 minutes to 10 minutes to 5 seconds, 10 seconds; correct?

A.    Yes.

Q.    It would be more in line with 5 seconds, 10 seconds?

A.    I misspoke and said minutes.  It clearly is seconds.  If it was minutes, you wouldn't be able to eat a meal.

Q.    You had already corrected it, so I am not criticizing you in any way.  I just want to make the record plain.

A.    Sure.

Q.    If we go back to Tab 11, I think we were already there when we were talking about exhibit batch M-190018. Do you recall that?

A.    We were. Which page are we on now?

Q.    Let me see if I can find that page again. I wasn't going to ask you about the exact page.

A.    Okay.

Q.    But if you recall that was the exhibit batch, that's good enough.

A.    I don't remember the number but if you read it out again, I'm sure it's the right number.

Q.    The exhibit batch was used in pH 1.1 followed by pH 4.5 in the ANDA test; right?

A.    It was an exhibit batch, yes.

Q.    And that exhibit batch, they were approximately 230,000 capsules in each batch; is that correct?

A.    Correct.

Q.    And I think you also testified on direct about a batch that was manufactured in May of 2023?

A.    Yes.

Q.    And that contained 6,000 capsules; is that right?

A.    Yes, that was the size of the pilot scale on the scale-up but not the size of the manufacturing scale which was much, much bigger.

Q.    Right. And that May 2023 batch, 6,000 capsules was used in

the pH 4.5 dissolution test in the ARL report that you talked about; correct?

A.    Correct.

Q.    And that 6,000-capsule batch was manufactured during and for purposes of this litigation; correct?

A.    Correct.

Q.    And Lupin did not submit, to your knowledge, any of the data involved in the 6,000-capsule batch to FDA; correct?

A.    Correct.

Q.    And you don't know why Lupin didn't submit the data; right?

A.    Well, it would be irrational to.  It has nothing to do with making the product, so I do know why they didn't submit it.  It's got nothing to do with making or commercializing their product. It would be foolish to submit the data.

Q.    Nobody told you why they didn't submit it.

A.    Well, I think it's a reasonable position.

Q.    But you don't know, do you?

A.    Well, I mean, why would you submit the data?  You asked me -- you asked me the question.

Q.    I was going to ask you the opposite question but I won't.

The procedure for manufacturing a batch of 6,000 versus a batch of 230,000 capsules were at a smaller scale; right? 6,000 versus 230,000.  Yes?

A.    Sorry.  I didn't catch that was a question.

Q.    The procedure for manufacturing the 6,000-unit batch versus

the 200,000-unit batch, they were at a smaller scale so the manufacturing procedures were not identical; correct?

A.    Well, I heard Mr. Avachat talk to that.  So this is a scale which is the same as the pilot scale so this is something that they've done before and know.  And he talked about that and said that I think based on their experience of making pilot batches and based on their knowledge of making a large batch that he regarded it as the same.  That's what I heard him to say.

THE COURT:  Yeah, I mean, you think there were conceded differences in spray rate, for example?

THE WITNESS:  I apologize.  You're right.  He said there were two or three things I had to change because of the scale.  So it was in keeping with the pilot scale but a few things had to change for the manufacturing.

BY MR. FLATTMANN:

Q.    Sure.  In fairness, you would agree that the procedures are inevitably at a smaller scale so the procedures are not identical, of course?

A.    I would agree.

Q.    And there was no bioequivalence testing on that batch of 6,000 capsules that was tested by ARL; is that right?

A.    Of course, yes.

Q.    But the batch of 230,000 was tested for bioequivalence?

A.    Yes.  Of course you would do that because it's an exhibit batch.  You wouldn't do that on this batch.

Q. Do you believe the hotspot phenomenon exists; right?

A. Yes.

Q. And your basis is that that is the data we see in the multimedia report, pH 4.5?

A. Well, I think the data in the multimedia report at pH 4.5 are explained by that phenomenon, yes.

Q. But other than your own interpretation of the data in your rebuttal report and your deposition and your direct, you cited no references that independently support the existence of a hotspot phenomenon; correct?

A. I don't remember to the extent that we talked about the Miller reference in my deposition or not. I can't remember. We may have talked about it; we may not have talked about it.

Q. Miller, as you may recall from yesterday, had a conclusion that when using the same method as Lupin used, no hotspots were found; right?

A. Absolutely not. Miller concluded that if you have a stirred vessel, there is one method by which you can add fluid in order to avoid hotspots. But if you don't use that method to avoid hotspots, you get hotspots. And it's certainly not the method that Lupin used.

Q. I'm not going to put it in front of you again because I think you were in the courtroom when we went through it with Ms. Gray. The very last sentence of that article said no hotspots were observed; right?

A. If you use a particular method of fluid addition with the stirrers running, that was the conclusion.

Q. Right.

A. The paper also says if you use a different method with the stirrers running, you do get hotspots. And Lupin doesn't have the stirrers running.

Q. Did you generate any data concerning hotspots in this case?

A. No.

Q. And it's your opinion that the enteric coat of Lupin's product exhibited failures in the multimedia study due to exposure to a high level of alkali by some of the capsules in some beakers; is that right?

A. I think the ones that we've talked about, the releasing nearly 100 percent, were certainly severely damaged. I would say the others were possibly winged, if you like, because they released a little bit more than you would normally expect them to.

Q. Some of them released almost all of their material and some of them released a good bit; right?

A. Some of them released almost all. Some of them released a little bit. But I think they were all damaged to some extent by the exposure to that high pH.

Q. You suspect that the unstirred batch contributed to the failure of some of the capsules; is that right?

A. I think the overall process contributed.

Q.   And in the multimedia study, Oracea was also tested under identical conditions to the Lupin ANDA product; correct?

A.   Yes.

Q.   And it had similar potential for exposure to a high level of alkali; correct?

A.   Sorry.  I interrupted.  Yes.

Q.   And Oracea did not exhibit any similar enteric coat failures, as you say, or encountered with the Lupin ANDA product in that study; correct?

A.   That's correct.

Q.   And Lupin didn't tell FDA, to your knowledge, that the multimedia study was subject to the hotspot phenomenon, did it?

A.   I think the FDA would know very well about the hotspot phenomenon.  I don't think it's going to be a shock to them.  But Lupin wouldn't, to my knowledge, tell them about it.  They would already know about it.

Q.   And the FDA knows about this widespread problem and it keeps telling people to run the pH 1.1 and pH 4.5 test as a requirement; right?

A.   Yes.

Q.   That's your testimony?

A.   Yes.

Q.   And the word hotspot was never used, to your knowledge -- you reviewed ANDA -- the Lupin ANDA; correct?

A.   Yes.

Q.   Did you find the word hotspot?

A.   To be fair, I didn't review the whole ANDA, but I reviewed sections of it.

Q.   Did you find the word hotspot in any of the sections you reviewed?

A.   For the reasons we just talked about it, no.

Q.   Lupin didn't tell the FDA there was anything wrong with that study, did they?

A.   No.  And FDA reviewed it and for the purposes of FDA's review, there's nothing wrong with it.

Q.   How do you know that FDA reviewed it and concluded there was a hotspot?  Is there some piece of correspondence that you're relying on?

A.   The FDA reviewed it because FDA reviewed the data that are submitted to them.  That's true.

Q.   You're not telling me that there's a piece of paper in that ANDA file where FDA says, hey, there's a hotspot here?

A.   Absolutely not.  No, they reviewed it.  And for the purposes of submitting it to the FDA, it was just fine.

Q.   And they reviewed --

A.   Different to here.

Q.   Go ahead.

A.   For the purpose of submitting to the FDA, the data are fine.  That's different to how the data are being used here.  In here, we have to look at it in terms of why is it behaving the way it

is, not at the FDA.

Q. So it's okay that the Lupin presented to the FDA this way, but it's not okay that we read the numbers right off the page that Lupin submitted?

A. It's okay -- it's okay to submit an multimedia report with all its content for the FDA. For the FDA to review and ask any questions they wish to ask about it, that's okay. If you are going to take one chart out of that multimedia report and try and interpret it in the way Dr. Rudnic has, we have to answer it with a different degree of scrutiny to the overall report which is how the FDA reviewed it.

Q. Dr. Buckton, yesterday you testified that according to Galderma, the capsules described in the 516 patent were bioequivalence to Oracea; correct?

A. Yes. I said the data I was talking about were in the fasted state. And in the fasted state, I think all of them are. And we didn't talk about the fed state because that isn't what we're talking about here.

Q. And that was -- what was the ratio in that 516 product? Was it 32 to 4? Do you recall?

A. I think there was a -- I rather not remember, but I think it was a 32 to 4 and a 32 to 6.

Q. Okay.

A. But if those numbers are wrong, I would rather look at the document.

Q. And are you aware that FDA never found the capsules described in the 516 patent to be bioequivalence to Oracea?

A. I don't see where it says that in the document so I --

Q. You're not aware of that?

A. How would I be?

Q. But we do know that the FDA did tentatively approve Lupin's ANDA here as bioequivalence to Oracea?

A. That's correct. But I don't know that there's other documents -- those other things from the Galderma patent were ever submitted to the FDA. I don't know anything about whether they were submitted or not.

MR. FLATTMANN: Understood. I have no further questions for you, Dr. Buckton. Thank you for your time.

MR. JAROS: We have no further questions.

THE COURT: All right. Thank you, Dr. Buckton.

THE WITNESS: Thank you very much.

THE COURT: You are excused. Are you flying anywhere after this?

THE WITNESS: Not just today but I will be going back to the UK. Thank you. Thank you very much.

THE COURT: Safe travels.

All right. Is this the time then to discuss whether and what you want to propose for rebuttal testimony?

MR. FLATTMANN: Yes, Your Honor. So I think we have based on where we are right now, we have very, very limited

rebuttal that we propose to present to the Court in the nature of clarifying and responding to some of the lengthier and more granular testimony from the witnesses yesterday. We think it will be less than --

THE COURT: Have you gone over with Mr. Rakoczy what exhibits or what topics?

MR. FLATTMANN: We have. We've sent an email last night setting forth a very limited number of exhibits and demonstratives that we intend to use with the witness and setting forth a very limited amount of topic. So --

THE COURT: Mr. Rakoczy, what's your reaction?

MR. RAKOCZY: Yes, William Rakoczy for Lupin. Your Honor, they did send over several topics. I would just like to clarify, we don't believe any of this is necessary or proper rebuttal. Topic number 1, methylene chloride. I went over the transcript, Your Honor. I want it clear for the record. We have 12 pages of diatribes on methylene chloride and nine demonstratives for the record, including not admitted exhibits.

The second thing --

THE COURT: There's been a lot on methylene chloride. What new do we need to hear on methylene chloride?

MR. FLATTMANN: This is mainly rebuttal about the testimony we heard yesterday from Dr. Buckton about this layer on layer issue and the fact that they say that it doesn't matter and that it doesn't impact the applications of the coats and the

leakiness because the aqueous enteric coating has no memory, so to speak.

THE COURT: You get three questions on that. That's it.

MR. FLATTMANN: It's very limited, Your Honor.

THE COURT: Three questions.

MR. FLATTMANN: This is under 12 minutes, maybe under 10.

THE COURT: No, you don't get 10 or 12 minutes on that topic.

MR. FLATTMANN: Not on that, on the whole thing.

THE COURT: All right. Fine.

MR. RAKOCZY: Second topic. Three questions, Your Honor.

Second topic, unbelievably, the second topic is that two-stage 1.1, 4.5 test we just saw again. There's almost probably too many pages in the transcript for me to identify them all. I counted last night 19, 20 pages just on that document we just looked at. 11 demonstratives. Many exhibits. If there's been a topic that's been overdone --

MR. FLATTMANN: It's going to be limited to the rebuttal of the very precise testimony on those issues about Dr. Rudnic's analysis being improper because he was looking at individual capsules and he could not properly use a mean.

THE COURT: I'm going to allow that. I mean, methylene

chloride is a side issue in this case. 1.1 and 4.5, that's kind of at the heart of the case.

MR. RAKOCZY: Understood, Your Honor. The third topic is Kalantzi which we just saw again. I counted 10 pages of transcript, 5 demonstratives. Dr. Rudnic -- between Dr. Rudnic, Dr. Buckton, myself, and the Court, I think we've now read into the record every line of Kalantzi, so I'm not sure what the point.

MR. FLATTMANN: The point is to contradict and rebut the very strong assertion yesterday that point 1.1 is the physiological correct state.

THE COURT: I kept out the other article on this, but I need to give them some leeway on this one.

MR. RAKOCZY: Understood, Your Honor.

THE COURT: Was that it? Are the parties comfortable proceeding now? If it's that limited, we can do it before lunch.

MR. FLATTMANN: We're certainly comfortable.

THE COURT: Mr. Rakoczy, do you have a preference?

MR. RAKOCZY: If we're going to be 10 minutes, I'm fine doing 10 minutes. But I would like a recess to gather my thoughts to see if I have any questions.

THE COURT: Let's go ahead and do this rebuttal direct and then I will defer to Mr. Rakoczy on whether he wants the lunch break to prepare or do cross after that.

MR. COCHRAN: Your Honor, Plaintiffs recall Dr. Edward

Rudnic to the stand.

THE COURT: Welcome back, Dr. Rudnic. Reminder you remain under oath. All right.

DIRECT EXAMINATION

ON REBUTTAL

BY MR. COCHRAN:

Q. Dr. Rudnic, do you recall Dr. Buckton testifying that a POSA would not use the second stage data in the multimedia study at pH 4.5 to identify immediate release?

A. Yes.

Q. And do you agree?

A. In a way, but no.

Q. Why not?

A. Because he's mixing two issues with that statement. The first is he says that a POSA would not use pH 4.5 to evaluate immediate release products. Well, that may be true and I would agree with that in its purest sense. However, the Oracea product and the Lupin ANDA are not immediate release products. They are defined by the FDA as modified release products. And as such, have very separate standards.

And, in fact, FDA mandates that you test pH 1.1 followed by pH 4.5, 5.5, 6.5, and 7.5. They do that, not because they believe pH 4.5 is an intestinal pH, it is the pH that they know exists upon immediate administration of a drug product.

So that range of pHs is supposed to map, if you will,

the pHs that occur in the latter parts of the GI tract going from the stomach into the duodenum down into other parts of the GI tract. And it tests whether or not your release of your drug product, your modified release product, has an effect of pH or not, and if so, what that effect is.

Q. So Dr. Rudnic, at the end of the pH 1.1 stage here, what's left?

A. Only delayed release pellets.

Q. So --

A. Immediate release pellets do their thing. They release quickly.

Q. What's releasing at pH 4.5?

A. Well, in the Lupin ANDA product, only release from the delayed release pellets, but in the Oracea product, there's no release from the delayed release product.

Q. Thank you. And do you recall that you were criticized by Dr. Buckton for relying on the mean release in the multimedia study at pH 4.5?

A. Yes.

Q. Do you agree with his testimony?

A. No.

Q. Why not?

A. When you look at a product, mean is always one thing to look at. And you can look at others. But let's remember. There's well over 100 pellets of delayed release in each of these

capsules. Patients are going to be taking one of these capsules every day for the rest of their lives. And looking at a mean release of 75 percent or 30 milligrams of doxycycline immediately is fair.

Q. Now, let's go to the mean data real quick. What does the first time point measure tell you?

A. Well, tells me that the first time point at pH 4.5 that they're operating just like Oracea.

Q. Let's go to the data again. Is there any one capsule that you can point to that shows that?

A. Well, you can see capsule 1 releases about 30 milligrams right off the bat.

Q. So with respect to methylene chloride, Dr. Rudnic, do you recall Dr. Buckton testifying that polymers do not have memory?

A. Yes.

Q. And do you agree with that?

A. No.

Q. Why not?

A. If they are exposed to water repeatedly, they do not change substantially. But when they are first exposed to solvents, they do change differently. So my testimony the other day was, remember that there's a coating that's a methylene chloride and it has a cellulose polymer on it. And I will get to what that means in a minute, Your Honor.

So cellulose type polymers have pores and other nooks

and crannies for water and other solvents to go in. And for hydroxypropyl methylcellulose, that particular polymer, it will absorb water and actually swell a little bit. And in many ways, this is like a sponge you have in a kitchen which is made out of cellulose. So most of the sponges that we have at home are cellulose sponges.

And so just like they have pores, when they are dry they're thin. But when you put it under a tap of running water, they expand very quickly. Right? So water absorbs into that cellulose very, very quickly up to a point. And you can put more water on it, and it doesn't keep expanding. It just goes to some maximum.

Well, when you then leave that sponge or the cellulose, water doesn't leave as fast as it went in. It goes slowly. In fact, if you left the sponge on the counter, what you'd see is it takes hours, maybe days for it to get back to its original shape. But when you re-put water on it, it pretty much comes back because it's going to go from that very thin state back to 100 percent of where it was.

It turns out that hydroxypropyl methylcellulose, in particular, will absorb methylene chloride. All right? But because methylene chloride isn't water, it is highly volatile. It leaves faster than water does. Water has aggregates and actually takes a while to leave these polymers, like cellulose.

And so methylene chloride isn't aggregated. It is

evaporating and it is leaving fast. Well, the result of that is it doesn't shrink back to its original size. About half the size. Well, as you know, there's only so much more it can expand so its ability to suck up water later is compromised once it's been in a pool of methylene chloride.

And so my -- my testimony was simply, it's hard to quantify what that is, but I believe that by doing that, by having -- remember now, the enteric coating polymer is in a water-based coating. And so by doing that, you're not allowing the water-based coating to adhere to the base as well as you could if the undercoat was a water-based coating.

That is the sum total of what I said the other day. And I just wanted to make sure -- Dr. Buckton may be right when you're only talking about water going in and out of these polymers. That's not what we're talking about. The base was exposed to a pool of methylene chloride and then a water-base coating was put on top. That's -- that's all I'm trying to say.

Q. Dr. Rudnic, how do you know all this?

A. Well, I have developed quite a few products with this particular enteric polymer, but I've also worked earlier in my career with methylene chloride. Interestingly enough, I did a fair amount of work while at Bristol Myers Squibb with Bristol Myers Squibb and Dow Chemical on the molecular modification of hydroxypropyl methylcellulose. We were using methylene chloride coatings at the time and we did specific molecular studies with

this polymer.  I know it very well.

Q.    Just a few more questions.  Dr. Rudnic, do you recall hearing testimony from Dr. Buckton on how many products he's commercialized?

A.    Yes.

Q.    How does that relate to what you have done in regards to practical formulation of experience and commercialization?

MR. RAKOCZY:  Objection, Your Honor.

THE COURT:  He brought seven delayed release drugs to market.  Dr. Buckton has not brought any past Phase 1.  I've got it.  I got the point.

MR. COCHRAN:  I believe that's it, Your Honor.

THE COURT:  All right.  Now Mr. Rakoczy, I will defer to how you prefer to handle this.

MR. RAKOCZY:  May I have one moment to confer with my colleagues?

THE COURT:  Take a moment.  If you need to have a moment with Dr. Buckton, take a moment or two and decide do you want the lunch break, do you want a long lunch break, do you want just a 5-minute recess or whatever.

What's your preference, MR. Rakoczy?

MR. RAKOCZY:  I have nothing to ask, Your Honor.

THE COURT:  Okay.  Very good.  You may step down.

Does defense rest?

MR. RAKOCZY:  The defense rests, Your Honor.

THE COURT: We will take a lunch break. And I won't hold you to it. If you go back and discover Exhibit 47 got left out, we can deal with that housekeeping afterwards.

Are there any other motions or loose ends, things like that that we should address now or after the lunch break?

MR. FLATTMANN: Not from Plaintiffs, Your Honor.

MR. RAKOCZY: I'm not aware, Your Honor, but I do appreciate the ability to just make sure we have the exhibits we need.

THE COURT: We take a chance of that. And you know, I don't have to do this, but I really do think it is useful for both sides to hear thoughts. I may be making an elementary mistake of patent law. I may be overlooking something. But on the other hand, it may focus you on what appear to be more and less plausible theories and like what are the weak points on like, okay, Plaintiff had this burden of proof. What links need to be connected to make various parts of it fly.

As I suggested, there's some parts that seem more central and some parts that seem more peripheral. I will try to give you a few ideas to focus your post trial briefing.

So let's say 12:30. Let's have an early lunch and come back here at a little bit more than an hour. I will give you few thoughts and send you on your way.

MR. FLATTMANN: Thank you, Your Honor.

MR. RAKOCZY: Thank you, Your Honor.

(Lunch break at 11:13 a.m.)

C E R T I F I C A T I O N

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

/s/ Bobbie J. Shanfelder

Bobbie J. Shanfelder, RDR, CRR

Official Court Reporter

Date:  January 11, 2024

## /

**/s** [1] - 665:9

## 0

**012471** [1] - 637:25

## 1

**1** [17] - 614:2, 614:3, 614:5, 614:6, 614:10, 614:16, 615:2, 617:14, 617:15, 620:20, 620:24, 620:25, 631:17, 642:13, 655:15, 660:11, 663:10
**1.1** [15] - 622:5, 632:1, 632:25, 633:4, 633:8, 637:3, 638:18, 641:14, 646:12, 651:18, 656:16, 657:1, 657:10, 658:21, 659:6
**10** [15] - 619:22, 623:11, 623:12, 623:14, 623:16, 623:17, 644:11, 645:17, 645:20, 656:8, 656:9, 657:4, 657:19, 657:20
**100** [4] - 643:3, 650:14, 659:25, 661:18
**10005** [1] - 611:17
**10:00** [2] - 611:10, 612:1
**10th** [2] - 628:22, 628:23
**11** [7] - 611:10, 612:1, 637:11, 642:3, 646:1, 656:19, 665:12
**11:13** [1] - 665:1
**12** [6] - 639:12, 639:13, 644:6, 655:17, 656:7, 656:9
**1200** [1] - 611:23
**1201** [1] - 611:13
**12471** [1] - 638:2
**12495** [1] - 642:7
**125** [2] - 635:16, 635:21
**12:30** [1] - 664:21
**13** [3] - 619:2, 637:19
**1347** [1] - 611:13
**15** [7] - 616:13,

623:11, 623:12, 623:14, 623:16, 623:17, 623:22
**16** [3] - 633:22, 633:24, 634:1
**18** [5] - 633:24, 634:1, 634:20, 645:2
**19** [1] - 656:18
**19106** [1] - 611:9
**19806** [1] - 611:23
**19899** [1] - 611:14

## 2

**2** [9] - 614:18, 620:1, 622:20, 626:18, 628:25, 630:5, 630:7, 631:17
**2.4** [3] - 629:17, 629:19, 629:25
**20** [11] - 623:22, 624:1, 624:3, 624:7, 625:15, 625:19, 629:12, 629:16, 630:14, 656:18
**20-minute** [3] - 627:14, 627:24, 629:8
**200** [1] - 613:1
**200,000-unit** [1] - 648:1
**2000** [1] - 614:22
**2002** [1] - 616:13
**2012** [1] - 614:22
**2023** [2] - 646:19, 646:25
**2024** [3] - 611:10, 612:1, 665:12
**21-CV-1710** [1] - 611:3
**230,000** [4] - 646:15, 647:22, 647:23, 648:23
**240** [4] - 619:25, 620:12, 622:5, 630:10
**240-minute** [3] - 642:16, 642:20, 643:1
**25** [7] - 629:8, 643:8, 643:14, 643:18, 643:20, 644:4, 644:11
**250** [1] - 626:24
**25th** [2] - 628:23, 628:24

## 3

**3** [4] - 614:19, 616:4, 628:21, 642:13

## 30

**30** [7] - 622:8, 622:12, 622:19, 623:8, 645:8, 660:3, 660:11
**32** [4] - 611:16, 653:20, 653:22
**37** [4] - 620:19, 621:25, 622:2, 642:4

## 4

**4** [7] - 621:12, 627:11, 629:12, 629:20, 630:2, 653:20, 653:22
**4-hour** [1] - 623:25
**4.5** [27] - 625:24, 626:1, 626:4, 626:6, 627:14, 627:22, 629:10, 637:4, 638:18, 639:3, 640:19, 640:22, 641:14, 646:12, 647:1, 649:4, 649:5, 651:18, 656:16, 657:1, 658:9, 658:15, 658:22, 658:23, 659:12, 659:18, 660:7
**40** [4] - 630:14, 634:15, 634:16, 634:22
**47** [1] - 664:2

## 5

**5** [13] - 621:24, 622:1, 629:18, 629:23, 630:4, 630:16, 631:12, 634:9, 639:24, 645:17, 645:20, 657:5
**5-minute** [1] - 663:20
**5.5** [1] - 658:22
**50** [1] - 628:25
**500** [2] - 611:20, 627:1
**516** [3] - 653:13, 653:19, 654:2
**54** [2] - 612:15, 612:16

## 6

**6** [4] - 611:20, 630:4, 642:13, 653:22
**6,000** [5] - 646:21, 646:25, 647:21, 647:23, 648:21
**6,000-capsule** [2] - 647:4, 647:8
**6,000-unit** [1] - 647:25
**6.5** [1] - 658:22

**60** [1] - 630:14
**601** [1] - 611:9
**60654** [1] - 611:21
**64** [1] - 612:8
**6851** [1] - 619:11

## 7

**7** [5] - 620:18, 621:11, 621:13, 626:15, 642:13
**7.0** [1] - 620:17
**7.5** [1] - 658:22
**75** [4] - 642:19, 643:1, 644:3, 660:3
**75th** [4] - 627:23, 628:4, 628:7, 628:24
**77** [1] - 613:1

## 8

**8** [3] - 642:13, 643:25, 644:15
**80** [3] - 635:15, 635:21
**80s** [1] - 624:20
**86** [1] - 624:21
**87** [1] - 624:21

## 9

**9** [1] - 633:12
**90th** [1] - 628:23

## A

**a.m** [3] - 611:10, 612:1, 665:1
**ability** [2] - 662:4, 664:8
**able** [1] - 645:22
**above-entitled** [1] - 665:7
**absolutely** [3] - 636:25, 649:17, 652:18
**absorb** [4] - 615:13, 625:1, 661:3, 661:21
**absorbed** [3] - 615:16, 615:21, 625:4
**absorbs** [1] - 661:9
**absorption** [13] - 615:7, 615:11, 615:13, 615:14, 615:25, 617:24, 624:1, 624:15, 624:19, 635:6, 635:17, 635:24
**accept** [1] - 643:22
**according** [5] - 628:2, 629:7, 629:17,

635:13, 653:12
**add** [1] - 649:18
**added** [1] - 621:8
**adding** [1] - 621:8
**addition** [2] - 630:10, 650:1
**address** [2] - 634:17, 664:5
**adequate** [1] - 618:20
**adhere** [1] - 662:10
**admin** [1] - 612:3
**administered** [4] - 619:24, 620:6, 620:9, 620:12
**administering** [1] - 626:24
**administration** [3] - 626:25, 629:13, 658:24
**admitted** [6] - 612:15, 612:19, 613:5, 613:8, 616:20, 655:18
**ADRIANNE** [1] - 611:19
**adult** [2] - 634:17, 634:24
**afterwards** [1] - 664:3
**aggregated** [1] - 661:25
**aggregates** [1] - 661:23
**ago** [1] - 616:10
**agree** [13] - 618:2, 621:7, 622:7, 636:22, 639:5, 640:13, 645:11, 648:16, 648:19, 658:11, 658:17, 659:20, 660:16
**agreed** [1] - 618:3
**agrees** [1] - 617:7
**ahead** [3] - 612:24, 652:22, 657:22
**alkali** [2] - 650:11, 651:5
**allow** [1] - 656:25
**allowing** [1] - 662:9
**almost** [3] - 650:18, 650:20, 656:16
**ambient** [4] - 620:1, 620:9, 620:12, 620:15
**amount** [5] - 625:18, 643:20, 645:12, 655:10, 662:22
**amounts** [1] - 618:20
**analysis** [2] - 640:15, 656:23
**ANDA** [15] - 633:3,

634:4, 636:1, 636:3, 638:12, 646:13, 651:2, 651:8, 651:24, 652:2, 652:17, 654:7, 658:18, 659:13

**ANDREW** [1] - 611:15

**answer** [7] - 615:2, 615:3, 618:11, 628:20, 641:20, 653:9

**anyway** [1] - 632:19

**apologize** [4] - 626:6, 627:5, 637:20, 648:11

**appear** [1] - 664:14

**APPEARANCES** [1] - 611:11

**applications** [1] - 655:25

**appreciate** [2] - 629:3, 664:8

**approach** [1] - 630:23

**approve** [1] - 654:6

**approved** [1] - 615:1

**aqueous** [1] - 656:1

**area** [2] - 619:14, 635:22

**ARL** [2] - 647:1, 648:21

**arrives** [1] - 625:8

**Arsht** [1] - 611:12

**article** [7] - 626:8, 626:15, 627:13, 627:17, 627:18, 649:24, 657:12

**artifact** [2] - 640:17

**artifacts** [1] - 640:9

**ashamedly** [1] - 628:16

**assertion** [1] - 657:10

**assess** [1] - 634:13

**associated** [3] - 640:9, 640:17, 640:18

**assume** [1] - 639:5

**attempts** [1] - 641:5

**AUC** [1] - 635:15

**Avachat** [1] - 648:3

**average** [5] - 643:8, 643:9, 643:17, 643:20, 644:20

**avoid** [3] - 613:9, 649:19

**aware** [6] - 622:15, 625:24, 645:15, 654:1, 654:4, 664:7

## B

**backup** [1] - 632:14

**ballpark** [1] - 625:5

**ballparking** [2] - 622:17, 623:7

**bar** [1] - 628:15

**base** [3] - 662:10, 662:15, 662:16

**based** [6] - 648:6, 648:7, 654:25, 662:9, 662:10, 662:11

**basic** [1] - 631:6

**basis** [2] - 614:15, 649:3

**bat** [1] - 660:12

**batch** [21] - 638:8, 646:2, 646:8, 646:12, 646:14, 646:15, 646:16, 646:18, 646:25, 647:4, 647:8, 647:21, 647:22, 647:25, 648:1, 648:7, 648:20, 648:23, 648:25, 650:23

**batches** [6] - 614:18, 638:10, 638:15, 638:18, 638:20, 648:6

**Bates** [2] - 638:2, 642:7

**beakers** [1] - 650:12

**BEFORE** [1] - 611:7

**beginning** [2] - 617:16, 623:9

**begins** [1] - 617:12

**behaving** [1] - 652:25

**belabor** [1] - 633:5

**below** [1] - 630:7

**Bench** [1] - 611:5

**best** [1] - 635:1

**better** [2] - 623:2, 627:4

**between** [5] - 622:23, 624:24, 625:11, 634:14, 657:5

**BIBAS** [1] - 611:7

**bigger** [1] - 646:24

**bimodal** [1] - 639:7

**binder** [1] - 637:6

**bio** [1] - 623:24

**bioequivalence** [20] - 619:6, 633:14, 634:7, 634:13, 634:23, 635:9, 635:14, 635:15, 635:19, 635:20,

636:1, 636:12, 636:16, 636:18, 636:19, 648:20, 648:23, 653:14, 654:2, 654:7

**biorelevant** [1] - 626:2

**bit** [11] - 617:5, 622:16, 622:18, 628:25, 630:7, 637:2, 650:16, 650:19, 650:21, 661:3, 664:22

**blood** [2] - 624:25, 625:13

**bloodstream** [3] - 624:10, 625:3, 625:19

**Bobbie** [3] - 611:24, 665:9, 665:10

**Bobbie_Shanfelder @paed.uscourts. gov** [1] - 611:25

**BODA** [8] - 611:19, 612:6, 612:11, 612:13, 612:16, 612:18, 612:21, 612:25

**book** [5] - 616:4, 619:2, 626:14, 633:13, 637:11

**booklets** [1] - 613:13

**bottom** [3] - 628:23, 628:24, 630:4

**Box** [1] - 611:13

**box** [1] - 628:18

**break** [6] - 657:24, 663:19, 664:1, 664:5, 665:1

**briefing** [1] - 664:20

**Bristol** [2] - 662:22

**Broom** [1] - 611:23

**brought** [2] - 663:9, 663:10

**Buckton** [18] - 613:19, 613:24, 625:23, 628:13, 628:15, 629:5, 653:12, 654:13, 654:15, 655:23, 657:6, 658:7, 659:17, 660:14, 662:13, 663:3, 663:10, 663:18

**bulletpoint** [3] - 617:11, 617:17, 617:19

**burden** [1] - 664:16

**BY** [26] - 613:23, 614:24, 615:20, 617:10, 617:22,

618:15, 619:1, 619:7, 619:16, 621:2, 625:22, 627:10, 628:19, 629:4, 629:21, 630:20, 631:23, 633:17, 633:25, 636:10, 637:13, 638:6, 642:15, 643:19, 648:15, 658:6

**Byrne** [1] - 611:8

## C

**Cahill** [1] - 611:16

**capsule** [14] - 619:23, 621:23, 622:11, 623:2, 623:19, 623:20, 624:4, 625:12, 644:6, 644:17, 644:18, 645:12, 660:9, 660:11

**capsules** [24] - 623:17, 632:8, 632:10, 634:14, 634:16, 634:22, 643:3, 643:4, 643:6, 643:7, 643:10, 643:25, 646:16, 646:21, 646:25, 647:22, 648:21, 650:11, 650:24, 653:13, 654:1, 656:24, 660:1

**carbon** [1] - 621:12

**career** [1] - 662:21

**case** [17] - 620:21, 621:5, 632:18, 632:20, 632:21, 632:23, 633:1, 636:2, 642:9, 643:24, 644:7, 644:17, 644:19, 644:22, 650:7, 657:1, 657:2

**catch** [1] - 647:24

**causes** [1] - 640:7

**cellulose** [7] - 660:23, 660:25, 661:5, 661:6, 661:10, 661:13, 661:24

**Celsius** [1] - 620:19

**center** [1] - 630:7

**Center** [1] - 633:15

**central** [1] - 664:19

**certainly** [3] - 649:20, 650:14, 657:17

**certify** [1] - 665:6

**chance** [1] - 664:10

**change** [5] - 635:25, 648:12, 648:14, 660:19, 660:21

**changes** [1] - 630:10

**chapter** [2] - 639:20, 640:24

**chart** [8] - 627:11, 627:22, 629:12, 630:22, 635:21, 635:23, 642:9, 653:8

**charted** [1] - 635:5

**charts** [3] - 628:11, 635:4, 636:23

**Chemical** [1] - 662:23

**Chicago** [1] - 611:21

**chloride** [14] - 655:15, 655:17, 655:20, 655:21, 657:1, 660:13, 660:22, 661:21, 661:22, 661:25, 662:5, 662:16, 662:21, 662:24

**cite** [4] - 631:24, 632:3, 632:7, 633:5

**cited** [3] - 616:8, 633:8, 649:8

**Civil** [2] - 611:3, 611:5

**claim** [4] - 636:5, 636:7, 636:18, 636:19

**clarify** [1] - 655:14

**clarifying** [1] - 655:2

**clear** [1] - 655:16

**clearly** [1] - 645:21

**clerk** [1] - 613:14

**clinical** [2] - 614:2, 614:17

**closed** [2] - 617:24, 620:2

**Cmax** [2] - 635:15, 635:23

**coat** [4] - 645:2, 645:9, 650:9, 651:7

**coating** [8] - 644:25, 656:1, 660:22, 662:8, 662:9, 662:10, 662:11, 662:17

**coatings** [1] - 662:25

**coats** [1] - 655:25

**COCHRAN** [5] - 611:15, 613:3, 657:25, 658:6, 663:12

**colleagues** [1] - 663:16

**column** [2] - 629:23, 638:7

**comfortable** [2] - 657:15, 657:17
**commercial** [2] - 638:16, 638:21
**commercialization** [1] - 663:7
**commercialized** [3] - 614:9, 615:5, 663:4
**commercializing** [1] - 647:13
**common** [1] - 628:11
**company** [2] - 614:1, 614:14
**comparing** [1] - 634:4
**compromised** [1] - 662:4
**conceded** [1] - 648:9
**concentrations** [1] - 634:3
**concerning** [1] - 650:7
**concluded** [3] - 634:22, 649:17, 652:11
**conclusion** [4] - 617:4, 618:9, 649:14, 650:2
**conclusions** [1] - 634:21
**conditions** [5] - 626:23, 626:25, 634:18, 634:24, 651:2
**confer** [1] - 663:15
**conferred** [1] - 612:9
**confess** [1] - 628:16
**confirm** [1] - 628:14
**confirmed** [2] - 617:20, 617:23
**coning** [1] - 640:10
**connected** [1] - 664:17
**consistent** [2] - 620:5, 625:20
**contained** [1] - 646:21
**contains** [1] - 616:15
**content** [1] - 653:6
**contents** [3] - 616:21, 622:20, 631:2
**continues** [1] - 615:13
**contract** [1] - 614:15
**contradict** [1] - 657:9
**contributed** [2] - 650:23, 650:25
**convention** [1] - 628:11
**copy** [1] - 626:15
**corner** [3] - 637:22, 637:24, 642:6
**correct** [85] - 614:2, 614:5, 614:10,

615:1, 615:5, 615:6, 615:16, 615:23, 616:1, 616:6, 616:9, 616:20, 618:10, 618:18, 618:20, 619:5, 619:9, 620:13, 620:17, 621:19, 621:24, 622:12, 624:22, 625:25, 626:7, 626:9, 627:15, 627:17, 629:15, 629:25, 630:24, 631:7, 631:13, 632:10, 633:7, 633:16, 633:20, 634:4, 634:5, 634:7, 634:8, 635:2, 635:5, 635:10, 635:19, 637:15, 638:8, 638:13, 638:14, 638:16, 638:17, 638:23, 638:24, 640:21, 642:10, 642:20, 643:15, 643:21, 643:23, 644:5, 644:12, 644:16, 645:13, 645:14, 645:16, 645:18, 646:16, 646:17, 647:2, 647:3, 647:5, 647:6, 647:8, 647:9, 648:2, 649:10, 651:2, 651:5, 651:9, 651:10, 651:24, 653:14, 654:8, 657:11, 665:6
**corrected** [1] - 645:23
**correlates** [1] - 636:7
**correspondence** [1] - 652:12
**counsel** [3] - 612:10, 629:1, 645:15
**counted** [2] - 656:18, 657:4
**counter** [1] - 661:15
**couple** [3] - 612:21, 644:25, 645:11
**course** [3] - 648:18, 648:22, 648:24
**Court** [6] - 611:25, 628:20, 629:23, 655:1, 657:6, 665:11
**COURT** [92] - 611:1, 612:2, 612:9, 612:12, 612:14, 612:17, 612:20, 612:24, 613:2, 613:4, 613:9,

613:15, 613:19, 613:21, 614:12, 614:20, 614:23, 615:18, 616:18, 616:24, 617:6, 617:14, 617:16, 617:19, 618:5, 618:13, 618:22, 619:4, 619:6, 619:13, 619:15, 620:25, 622:16, 623:6, 623:16, 623:20, 624:4, 624:9, 624:12, 624:17, 624:20, 624:23, 625:5, 625:11, 625:16, 625:21, 627:2, 628:4, 628:11, 628:15, 628:22, 629:18, 630:3, 630:12, 630:17, 630:19, 631:18, 631:21, 633:14, 633:24, 636:1, 636:9, 637:6, 637:9, 637:12, 637:21, 637:24, 642:13, 643:18, 648:9, 654:15, 654:17, 654:21, 655:5, 655:11, 655:20, 656:3, 656:6, 656:9, 656:12, 656:25, 657:12, 657:15, 657:18, 657:22, 658:2, 663:9, 663:13, 663:17, 663:23, 664:1, 664:10
**Courthouse** [1] - 611:8
**courtroom** [3] - 626:11, 638:22, 649:23
**crannies** [1] - 661:1
**criticized** [1] - 659:16
**criticizing** [1] - 645:23
**cross** [5] - 613:11, 613:13, 628:18, 638:25, 657:24
**CROSS** [1] - 613:22
**cross-examination** [3] - 613:11, 613:13, 628:18
**CROSS-EXAMINATION** [1] - 613:22
**CRR** [2] - 611:24, 665:10

**curiously** [1] - 627:6
**curve** [1] - 635:23
**curves** [2] - 636:12

### D

**Dahm** [1] - 612:7
**damaged** [2] - 650:14, 650:21
**data** [48] - 617:12, 617:20, 617:23, 620:21, 621:4, 623:24, 625:14, 625:17, 628:1, 628:2, 629:7, 629:14, 631:24, 632:3, 632:7, 632:15, 633:6, 634:6, 635:1, 635:5, 635:6, 635:8, 635:13, 635:16, 635:24, 636:11, 636:22, 639:3, 640:2, 640:19, 641:24, 644:3, 644:14, 647:7, 647:10, 647:14, 647:18, 649:3, 649:5, 649:7, 650:7, 652:14, 652:23, 652:24, 653:15, 658:8, 660:5, 660:9
**Date** [1] - 665:12
**dated** [1] - 616:12
**days** [1] - 661:16
**DE** [2] - 611:14, 611:23
**deal** [1] - 664:3
**debate** [1] - 621:10
**decide** [1] - 663:18
**decided** [1] - 635:18
**decline** [1] - 624:6
**Defendants** [1] - 612:21
**DEFENDANTS** [2] - 611:18, 611:22
**defense** [2] - 663:24, 663:25
**defer** [2] - 657:23, 663:13
**defined** [1] - 658:19
**degree** [1] - 653:10
**degrees** [3] - 620:19, 621:25, 622:2
**DELAWARE** [1] - 611:1
**delay** [1] - 624:4
**delayed** [13] - 623:3, 643:5, 643:6, 643:11, 644:1,

644:15, 645:3, 659:8, 659:14, 659:15, 659:25, 663:9
**demonstratives** [4] - 655:9, 655:18, 656:19, 657:5
**denoted** [1] - 630:23
**deposition** [4] - 614:4, 645:16, 649:8, 649:12
**described** [3] - 615:24, 653:13, 654:2
**description** [1] - 615:25
**developed** [3] - 614:8, 614:25, 662:19
**Development** [2] - 639:19, 639:24
**development** [6] - 614:15, 616:16, 618:3, 641:1, 641:4, 641:10
**deviation** [1] - 639:3
**diatribes** [1] - 655:17
**difference** [1] - 622:23
**differences** [1] - 648:10
**different** [14] - 621:11, 624:16, 624:25, 631:22, 635:11, 635:20, 635:25, 636:18, 636:23, 644:2, 650:4, 652:21, 652:24, 653:10
**differently** [1] - 660:21
**dilution** [1] - 631:1
**dioxide** [1] - 621:12
**direct** [12] - 615:7, 618:17, 618:22, 631:24, 632:4, 638:22, 639:7, 639:14, 645:1, 646:18, 649:8, 657:22
**DIRECT** [1] - 658:4
**direction** [1] - 628:21
**disagree** [2] - 616:3, 633:8
**disagrees** [1] - 617:7
**discover** [1] - 664:2
**discuss** [2] - 613:15, 654:22
**discussed** [1] - 626:12
**discusses** [1] - 640:1
**disintegrate** [1] - 621:24

**dispersion** [1] - 630:6
**dispute** [4] - 624:18, 645:2, 645:4, 645:8
**dissolution** [9] - 632:24, 637:3, 637:14, 640:2, 640:14, 641:4, 641:10, 642:4, 647:1
**Dissolution** [1] - 639:19
**dissolve** [3] - 623:2, 623:3, 623:21
**dissolved** [5] - 621:13, 621:14, 624:5, 642:19, 644:4
**dissolves** [1] - 643:1
**dissolving** [2] - 623:17, 623:19
**distilled** [2] - 621:10, 621:15
**distorted** [2] - 631:3, 631:4
**distortion** [1] - 631:9
**distribution** [3] - 628:6, 630:8, 639:7
**DISTRICT** [2] - 611:1, 611:1
**Docket** [1] - 611:3
**document** [24] - 616:6, 616:18, 616:19, 616:21, 617:1, 617:2, 617:4, 617:6, 617:8, 618:13, 618:24, 619:8, 624:16, 633:18, 633:20, 637:23, 639:16, 642:6, 642:25, 643:2, 643:13, 653:25, 654:3, 656:18
**documents** [7] - 632:21, 632:22, 632:23, 633:1, 633:2, 633:3, 654:9
**done** [5] - 613:16, 628:17, 642:1, 648:5, 663:6
**dose** [3] - 623:15, 634:14, 634:22
**doubt** [1] - 621:15
**Dow** [1] - 662:23
**down** [7] - 619:12, 627:19, 631:10, 631:16, 640:4, 659:2, 663:23
**doxycycline** [10] - 615:10, 615:15, 616:16, 617:24, 618:4, 634:14,

634:16, 634:22, 660:3
**doxycycline's** [1] - 615:25
**dozens** [1] - 633:3
**Dr** [37] - 613:19, 613:24, 615:24, 616:8, 618:3, 618:7, 625:23, 626:12, 628:13, 628:15, 629:5, 632:12, 632:16, 635:7, 653:9, 653:12, 654:13, 654:15, 655:23, 656:23, 657:5, 657:6, 657:25, 658:2, 658:7, 659:6, 659:17, 660:13, 660:14, 662:13, 662:18, 663:2, 663:3, 663:10, 663:18
**dramatically** [1] - 630:11
**draw** [1] - 630:15
**drew** [1] - 631:11
**drug** [12] - 614:1, 614:25, 623:21, 625:4, 625:6, 625:8, 625:18, 636:3, 640:8, 642:19, 658:24, 659:3
**drugs** [1] - 663:9
**dry** [1] - 661:7
**DTX-101** [1] - 639:13
**DTX-102** [2] - 613:1, 613:7
**DTX-114** [2] - 613:1, 613:7
**DTX-150** [2] - 613:1, 613:7
**DTX-182** [2] - 612:25, 613:6
**DTX-200** [1] - 613:7
**DTX-26** [2] - 612:25, 613:6
**DTX-284** [2] - 613:1, 613:7
**DTX-40** [2] - 612:25, 613:7
**DTX-54** [1] - 612:7
**DTX-64** [2] - 612:14, 612:19
**DTX-65** [2] - 612:25, 613:6
**DTX-77** [1] - 613:8
**DTX-8** [2] - 612:25, 613:6
**due** [2] - 631:10,

650:10
**duodenum** [8] - 615:18, 617:24, 623:6, 623:21, 624:6, 624:24, 659:2
**during** [5] - 618:2, 620:6, 638:22, 639:13, 647:4

**E**

**earliest** [2] - 624:5, 629:13
**early** [3] - 631:9, 636:25, 664:21
**easier** [1] - 638:1
**eat** [1] - 645:22
**edge** [1] - 625:6
**Edward** [1] - 657:25
**effect** [2] - 659:4, 659:5
**eight** [1] - 640:4
**either** [2] - 619:23, 620:22
**elementary** [1] - 664:12
**email** [3] - 616:12, 616:15, 655:7
**empty** [2] - 618:19, 623:6
**encountered** [3] - 641:13, 641:22, 651:8
**end** [5] - 612:3, 641:2, 644:3, 645:5, 659:6
**ending** [2] - 638:2, 642:7
**ends** [1] - 664:4
**enormously** [2] - 621:6, 644:21
**ensure** [1] - 627:2
**enter** [1] - 612:22
**entered** [2] - 612:16, 612:17
**enteric** [7] - 645:2, 645:9, 650:9, 651:7, 656:1, 662:8, 662:20
**entirely** [3] - 632:6, 643:9, 643:12
**entitled** [1] - 665:7
**equal** [1] - 629:9
**equilibrate** [2] - 620:23, 621:5
**errata** [1] - 645:15
**erratic** [1] - 639:9
**error** [3] - 614:7, 635:21, 640:16
**esophagus** [1] - 623:23
**ESQUIRE** [8] - 611:12,

611:15, 611:15, 611:18, 611:18, 611:19, 611:19, 611:22
**establish** [1] - 634:7
**established** [1] - 632:18
**estimate** [1] - 625:5
**Eudragit** [2] - 627:1, 627:2
**evaluate** [1] - 658:15
**evaporating** [1] - 662:1
**event** [1] - 621:18
**eventually** [1] - 638:16
**evidence** [2] - 636:2, 636:4
**exact** [1] - 646:6
**exactly** [2] - 636:11, 641:25
**examination** [5] - 613:11, 613:13, 618:17, 628:18, 631:25
**EXAMINATION** [2] - 613:22, 658:4
**example** [2] - 640:8, 648:10
**excipients** [1] - 640:8
**excused** [1] - 654:17
**exhibit** [11] - 612:7, 633:13, 638:10, 638:20, 646:2, 646:8, 646:12, 646:14, 646:15, 648:24, 651:7
**Exhibit** [3] - 612:19, 613:6, 664:2
**exhibited** [1] - 650:10
**exhibits** [8] - 612:22, 613:13, 637:7, 655:6, 655:8, 655:18, 656:19, 664:8
**existence** [1] - 649:9
**exists** [2] - 649:1, 658:24
**expand** [2] - 661:9, 662:3
**expanding** [1] - 661:11
**expect** [6] - 615:15, 620:23, 621:6, 622:2, 631:17, 650:16
**experience** [2] - 648:6, 663:7
**expert** [1] - 628:13
**experts** [1] - 642:9
**explain** [1] - 627:25

**explained** [2] - 636:17, 649:6
**exponential** [3] - 623:10, 624:6, 624:12
**exponentially** [1] - 624:5
**exposed** [6] - 622:4, 622:9, 622:13, 660:19, 660:20, 662:16
**exposure** [3] - 650:11, 650:22, 651:4
**extent** [3] - 617:16, 649:11, 650:21
**extra** [1] - 644:1
**extrapolate** [1] - 631:8
**extreme** [1] - 627:17
**eyeball** [1] - 629:19

**F**

**face** [4] - 642:25, 643:2, 643:13, 644:14
**facility** [2] - 614:16, 614:18
**fact** [3] - 655:24, 658:21, 661:15
**factual** [1] - 631:6
**failure** [1] - 650:24
**failures** [2] - 650:10, 651:8
**fair** [8] - 615:24, 626:8, 632:16, 639:11, 645:7, 652:2, 660:4, 662:22
**fairness** [3] - 630:9, 641:19, 648:16
**familiar** [4] - 626:8, 633:20, 637:17, 639:16
**far** [1] - 614:16
**fast** [2] - 661:14, 662:1
**fasted** [12] - 626:6, 626:21, 626:24, 627:13, 627:23, 629:7, 629:14, 629:16, 630:4, 630:10, 653:15, 653:16
**Fasted** [1] - 626:23
**faster** [1] - 661:23
**fasting** [6] - 619:23, 620:10, 620:13, 634:18, 634:24
**Fasting** [1] - 619:6
**FDA** [30] - 615:1, 633:2, 635:1, 635:13, 641:12,

641:17, 641:24, 643:23, 647:8, 651:11, 651:13, 651:17, 652:7, 652:9, 652:11, 652:14, 652:17, 652:19, 652:23, 653:1, 653:2, 653:6, 653:11, 654:1, 654:6, 654:10, 658:19, 658:21
**FDA's** [1] - 652:9
**fed** [3] - 626:5, 626:25, 653:17
**few** [9] - 621:1, 621:3, 623:20, 642:12, 648:13, 662:19, 663:2, 664:20, 664:22
**file** [1] - 652:17
**fine** [5] - 633:10, 652:19, 652:23, 656:12, 657:19
**first** [13] - 615:16, 622:17, 623:11, 623:25, 625:14, 626:19, 635:7, 637:19, 658:15, 660:6, 660:7, 660:20
**five** [3] - 643:3, 643:6, 643:10
**FLATTMANN** [67] - 611:15, 613:12, 613:17, 613:23, 614:24, 615:20, 616:23, 617:2, 617:9, 617:10, 617:15, 617:18, 617:21, 617:22, 618:9, 618:15, 618:24, 619:1, 619:5, 619:7, 619:14, 619:16, 621:2, 625:22, 627:4, 627:8, 627:10, 628:9, 628:13, 628:19, 629:2, 629:4, 629:21, 630:9, 630:13, 630:18, 630:20, 631:20, 631:23, 633:16, 633:17, 633:25, 636:5, 636:10, 637:8, 637:10, 637:13, 637:22, 638:1, 638:4, 638:6, 642:14, 642:15, 643:19, 648:15, 654:12, 654:24,

655:7, 655:22, 656:5, 656:7, 656:11, 656:21, 657:9, 657:17, 664:6, 664:24
**fluid** [3] - 618:20, 649:18, 650:1
**fly** [1] - 664:17
**flying** [1] - 654:17
**focus** [2] - 664:14, 664:20
**folds** [1] - 642:6
**followed** [3] - 637:4, 646:12, 658:22
**follows** [1] - 644:4
**food** [1] - 622:24
**foolish** [1] - 647:14
**FOR** [4] - 611:12, 611:15, 611:18, 611:22
**foregoing** [1] - 665:6
**forming** [2] - 617:3, 619:8
**formulation** [4] - 614:15, 616:15, 640:8, 663:7
**formulators** [1] - 618:2
**Fort** [1] - 634:17
**forth** [2] - 655:8, 655:10
**foundation** [1] - 617:5
**four** [1] - 617:19
**frame** [2] - 624:13, 642:16
**freshly** [2] - 621:10, 621:15
**front** [1] - 649:22
**full** [1] - 626:19

**G**

**gain** [2] - 645:2, 645:9
**Galderma** [4] - 616:12, 634:16, 653:13, 654:9
**GALDERMA** [1] - 611:3
**Galderma's** [1] - 616:16
**gastric** [2] - 630:5, 631:2
**gather** [1] - 657:20
**general** [2] - 625:11, 643:18
**generally** [1] - 630:4
**generate** [1] - 650:7
**GERALD** [1] - 611:15
**GI** [5] - 615:13, 615:21, 615:23,

659:1, 659:2
**given** [1] - 631:9
**glasses** [1] - 627:9
**Gordon** [1] - 611:16
**gradual** [1] - 623:15
**gradually** [3] - 622:10, 622:11, 622:19
**granular** [1] - 655:3
**graph** [3] - 629:17, 630:2, 631:5
**graphs** [1] - 625:15
**Gray** [3] - 639:2, 640:18, 649:24
**Gray's** [2] - 638:22, 639:14
**greater** [2] - 627:14, 629:9

**H**

**half** [2] - 621:13, 662:2
**Hall** [1] - 611:22
**hand** [6] - 627:11, 629:23, 637:24, 638:8, 642:6, 664:14
**handle** [1] - 663:14
**HANEY** [1] - 611:22
**hard** [1] - 662:6
**healthy** [2] - 634:17, 634:23
**hear** [2] - 655:21, 664:12
**heard** [4] - 639:4, 648:3, 648:8, 655:23
**hearing** [1] - 663:3
**heart** [1] - 657:2
**hidden** [1] - 613:10
**high** [4] - 639:3, 650:11, 650:22, 651:4
**higher** [6] - 621:8, 624:2, 630:16, 631:13, 631:15, 639:6
**highly** [1] - 661:22
**hit** [2] - 623:21, 624:6
**hitting** [1] - 623:18
**hold** [1] - 664:2
**home** [1] - 661:5
**Honor** [29] - 612:6, 613:12, 613:18, 616:23, 617:3, 617:21, 618:25, 619:5, 628:9, 633:16, 636:6, 642:14, 654:24, 655:13, 655:16, 656:5, 656:14, 657:3, 657:14, 657:25, 660:24,

663:8, 663:12, 663:22, 663:25, 664:6, 664:7, 664:24, 664:25
**HONORABLE** [1] - 611:7
**hope** [1] - 626:1
**horizontal** [1] - 630:22
**hotspot** [9] - 649:1, 649:9, 651:12, 651:13, 651:23, 652:1, 652:4, 652:12, 652:17
**hotspots** [7] - 649:15, 649:19, 649:20, 649:25, 650:5, 650:7
**hour** [2] - 622:18, 664:22
**hours** [2] - 619:22, 661:16
**housekeeping** [2] - 612:20, 664:3
**Hubbard** [1] - 611:20
**human** [2] - 634:18, 634:24
**hydroxypropyl** [3] - 661:2, 661:20, 662:24

**I**

**idea** [1] - 615:2
**ideas** [1] - 664:20
**identical** [3] - 648:2, 648:18, 651:2
**identify** [2] - 656:17, 658:9
**idiosyncrasies** [1] - 628:1
**IL** [1] - 611:21
**immediate** [6] - 623:2, 658:9, 658:16, 658:18, 658:24, 659:10
**immediately** [1] - 660:3
**impact** [1] - 655:25
**improper** [1] - 656:23
**IN** [1] - 611:1
**INC** [1] - 611:5
**including** [1] - 655:18
**incorrectly** [1] - 612:7
**increase** [1] - 631:6
**increasing** [4] - 630:24, 630:25, 631:20, 631:21
**independently** [1] - 649:9
**India** [1] - 634:15
**individual** [1] - 656:24

**inevitably** [1] - 648:17
**infer** [1] - 630:15
**information** [1] - 645:1
**infringement** [1] - 636:3
**ingest** [1] - 625:12
**ingested** [1] - 620:19
**ingestion** [3] - 621:19, 621:24, 623:22
**initial** [1] - 631:15
**instead** [1] - 641:24
**instructed** [1] - 641:11
**instructs** [1] - 618:19
**intact** [2] - 643:14, 644:5
**intend** [1] - 655:9
**interestingly** [1] - 662:21
**internal** [1] - 616:12
**interpret** [1] - 653:9
**interpretation** [1] - 649:7
**interrupted** [1] - 651:6
**intestinal** [1] - 658:23
**intestine** [6] - 615:16, 615:23, 622:9, 622:13, 623:22, 625:8
**invariable** [1] - 621:25
**investigated** [1] - 641:5
**involved** [1] - 647:8
**irrational** [1] - 647:11
**issue** [3] - 633:6, 655:24, 657:1
**issues** [3] - 613:16, 656:22, 658:14
**itself** [3] - 616:19, 618:5, 640:8

**J**

**James** [1] - 611:8
**January** [3] - 611:10, 612:1, 665:12
**JAROS** [2] - 611:18, 654:14
**JEREMY** [1] - 611:12
**JOSEPH** [1] - 611:18
**JR** [1] - 611:15
**judgment** [1] - 616:1
**justify** [1] - 627:20

**K**

**Kalantzi** [9] - 626:8, 626:15, 627:12, 627:13, 628:3, 629:8, 629:14,

657:4, 657:7
**KATIE** [1] - 611:19
**keep** [1] - 661:11
**keeping** [1] - 648:13
**keeps** [1] - 651:17
**kept** [1] - 657:12
**kind** [2] - 630:7, 657:1
**kitchen** [1] - 661:4
**knowledge** [11] - 614:25, 615:3, 618:6, 635:2, 641:13, 641:21, 647:7, 648:7, 651:11, 651:15, 651:23
**knows** [1] - 651:17

## L

**L.P** [1] - 611:3
**label** [2] - 618:16, 618:23
**labeled** [1] - 633:9
**LABORATORIES** [1] - 611:3
**Laboratories** [1] - 634:17
**lag** [1] - 625:9
**large** [3] - 624:6, 625:6, 648:7
**largely** [1] - 615:21
**larger** [2] - 614:18, 632:12
**last** [3] - 649:24, 655:7, 656:18
**latter** [2] - 640:19, 659:1
**law** [1] - 664:13
**layer** [2] - 655:23, 655:24
**laying** [1] - 617:4
**leading** [2] - 625:6, 629:2
**leakiness** [1] - 656:1
**least** [6] - 614:17, 619:22, 627:12, 628:2, 629:7, 635:13
**leave** [6] - 622:8, 622:10, 622:20, 661:13, 661:14, 661:24
**leaves** [1] - 661:23
**leaving** [1] - 662:1
**leeway** [1] - 657:13
**left** [12] - 630:22, 631:7, 638:8, 642:6, 642:25, 643:5, 643:7, 643:8, 643:20, 659:7, 661:15, 664:2

**left-hand** [2] - 638:8, 642:6
**legend** [1] - 628:8
**lengthier** [1] - 655:2
**less** [4] - 622:18, 625:8, 655:4, 664:15
**level** [3] - 635:14, 650:11, 651:4
**levels** [1] - 625:13
**Lies** [1] - 644:21
**lies** [1] - 644:21
**life** [1] - 622:5
**likely** [1] - 640:7
**limitation** [3] - 636:5, 636:6, 636:7
**limited** [6] - 654:25, 655:8, 655:10, 656:5, 656:21, 657:16
**Limited** [2] - 634:15, 634:23
**LIMITED** [1] - 611:5
**line** [8] - 619:20, 628:5, 630:15, 631:11, 631:19, 641:2, 645:20, 657:7
**lines** [5] - 617:19, 619:12, 619:15, 631:21, 640:4
**links** [1] - 664:16
**liquid** [4] - 622:20, 622:24, 623:2, 623:11
**listening** [1] - 627:7
**lists** [1] - 638:7
**literature** [7] - 622:15, 625:24, 631:24, 632:3, 632:7, 632:15, 633:6
**litigation** [1] - 647:5
**liver** [1] - 625:2
**lives** [1] - 660:2
**LLP** [2] - 611:12, 611:16
**locally** [1] - 621:20
**look** [18] - 619:2, 626:14, 626:18, 627:11, 627:22, 628:21, 631:22, 633:12, 635:25, 637:10, 639:12, 642:23, 643:25, 652:25, 653:24, 659:23, 659:24
**looked** [10] - 616:10, 623:24, 625:15, 635:9, 636:23, 636:25, 639:17, 639:21, 640:25, 656:19

**looking** [4] - 620:6, 631:5, 656:23, 660:2
**looks** [2] - 629:18, 629:20
**loose** [1] - 664:4
**lower** [4] - 624:2, 630:5, 637:24, 645:5
**LP** [2] - 611:3, 634:17
**lunch** [8] - 657:16, 657:24, 663:19, 664:1, 664:5, 664:21, 665:1
**Lupin** [32] - 619:17, 620:5, 624:2, 633:15, 634:6, 634:12, 634:15, 634:23, 636:12, 638:15, 641:8, 641:24, 642:17, 644:12, 645:2, 645:12, 647:7, 647:10, 649:15, 649:21, 650:5, 651:2, 651:8, 651:11, 651:15, 651:24, 652:7, 653:2, 653:4, 655:12, 658:18, 659:13
**LUPIN** [2] - 611:5
**Lupin's** [8] - 618:16, 634:4, 637:3, 638:12, 639:2, 645:15, 650:9, 654:6

## M

**M-190018** [2] - 638:8, 646:2
**maintaining** [1] - 619:22
**male** [1] - 634:24
**mandates** [1] - 658:21
**manufactured** [4] - 634:15, 634:23, 646:19, 647:4
**manufacturing** [7] - 614:18, 640:9, 646:23, 647:21, 647:25, 648:2, 648:14
**map** [1] - 658:25
**Market** [2] - 611:9, 611:13
**market** [4] - 614:9, 638:16, 638:21, 663:10
**marketed** [1] - 634:16
**masticated** [1] - 622:25

**material** [4] - 643:14, 643:20, 644:5, 650:18
**materials** [1] - 616:9
**math** [2] - 644:20, 644:24
**matter** [8] - 612:3, 631:5, 632:3, 636:21, 643:13, 644:20, 655:24, 665:7
**maximum** [1] - 661:12
**Mazzochi** [1] - 611:20
**McLaughlin** [1] - 611:22
**meal** [1] - 645:22
**mean** [30] - 616:19, 621:9, 627:17, 630:23, 631:6, 631:18, 631:22, 633:3, 634:3, 635:16, 635:23, 637:19, 642:19, 643:1, 643:18, 643:22, 643:24, 644:3, 644:11, 644:14, 644:15, 647:18, 648:9, 656:24, 656:25, 659:17, 659:23, 660:2, 660:5
**meaning** [1] - 615:18
**means** [6] - 620:15, 623:10, 635:3, 635:15, 643:2, 660:24
**measure** [3] - 632:24, 660:6
**measured** [4] - 628:2, 629:7, 630:5, 633:4
**measurement** [1] - 621:16
**median** [8] - 628:5, 628:22, 628:24, 629:16, 629:25, 631:13, 631:19, 631:22
**MEGAN** [1] - 611:22
**membrane** [1] - 625:10
**membranes** [1] - 625:2
**memory** [3] - 639:23, 656:1, 660:14
**met** [1] - 612:9
**method** [6] - 649:15, 649:18, 649:19, 649:20, 650:1, 650:4
**Method** [1] - 639:24
**methylcellulose** [3] -

661:2, 661:20, 662:24
**methylene** [14] - 655:15, 655:17, 655:20, 655:21, 656:25, 660:13, 660:22, 661:21, 661:22, 661:25, 662:5, 662:16, 662:21, 662:24
**middle** [3] - 617:11, 619:20, 626:20
**might** [3] - 613:17, 622:18, 639:15
**Miller** [3] - 649:12, 649:14, 649:17
**milligram** [3] - 634:15, 634:16, 634:23
**milligrams** [5] - 644:1, 644:11, 644:15, 660:3, 660:11
**milliliters** [4] - 620:12, 622:6, 626:24, 630:10
**millimeters** [2] - 622:20, 627:1
**minerals** [1] - 621:14
**minimal** [1] - 623:23
**minus** [1] - 620:1
**minute** [5] - 620:20, 620:24, 621:1, 631:12, 660:24
**minutes** [35] - 621:1, 621:3, 621:24, 622:1, 622:8, 622:12, 622:19, 623:8, 623:11, 623:12, 623:14, 623:17, 623:20, 623:22, 624:1, 624:3, 624:7, 625:15, 625:19, 629:12, 629:16, 630:14, 630:16, 645:17, 645:21, 645:22, 656:7, 656:9, 657:19, 657:20
**misleading** [1] - 644:21
**misspoke** [1] - 645:21
**mistake** [1] - 664:13
**mixing** [1] - 658:14
**mLs** [1] - 620:1
**modification** [1] - 662:23
**modified** [2] - 658:19, 659:4
**molecular** [2] - 662:23, 662:25

**Molino** [1] - 611:20
**moment** [6] - 625:12, 626:18, 663:15, 663:17, 663:18
**Morning** [1] - 611:4
**morning** [6] - 612:2, 613:19, 613:20, 613:24, 613:25, 620:1
**Morris** [1] - 611:12
**most** [3] - 631:1, 640:7, 661:5
**motions** [1] - 664:4
**move** [4] - 618:24, 632:10, 633:11, 644:10
**moving** [1] - 630:21
**MR** [84] - 612:13, 613:3, 613:12, 613:17, 613:23, 614:24, 615:20, 616:23, 617:2, 617:9, 617:10, 617:15, 617:18, 617:21, 617:22, 618:9, 618:15, 618:24, 619:1, 619:5, 619:7, 619:14, 619:16, 621:2, 625:22, 627:4, 627:8, 627:10, 628:9, 628:13, 628:19, 629:2, 629:4, 629:21, 630:9, 630:13, 630:18, 630:20, 631:20, 631:23, 633:16, 633:17, 633:25, 636:5, 636:10, 637:8, 637:10, 637:13, 637:22, 638:1, 638:4, 638:6, 642:14, 642:15, 643:19, 648:15, 654:12, 654:14, 654:24, 655:7, 655:12, 655:22, 656:5, 656:7, 656:11, 656:13, 656:21, 657:3, 657:9, 657:14, 657:17, 657:19, 657:25, 658:6, 663:8, 663:12, 663:15, 663:21, 663:22, 663:25, 664:6, 664:7, 664:24, 664:25
**MS** [6] - 612:6, 612:11,

612:16, 612:18, 612:21, 612:25
**multimedia** [12] - 637:2, 637:14, 642:4, 649:4, 649:5, 650:10, 651:1, 651:12, 653:5, 653:8, 658:8, 659:17
**Myers** [2] - 662:22, 662:23

**N**

**name** [1] - 615:4
**narrow** [3] - 615:25, 617:23, 636:21
**nasal** [1] - 631:2
**nasogastric** [3] - 627:19, 631:10, 631:16
**nature** [1] - 655:1
**NDA** [1] - 633:3
**nearly** [2] - 643:3, 650:14
**necessary** [1] - 655:14
**need** [6] - 618:7, 655:21, 657:13, 663:17, 664:9, 664:16
**never** [4] - 614:25, 622:4, 651:23, 654:1
**New** [1] - 611:17
**new** [1] - 655:21
**next** [4] - 623:12, 623:13, 629:18, 630:21
**nexus** [1] - 630:22
**Nichols** [1] - 611:12
**night** [2] - 655:8, 656:18
**nine** [1] - 655:17
**nobody** [1] - 647:15
**nooks** [1] - 660:25
**normally** [1] - 650:16
**North** [2] - 611:13, 611:23
**noted** [1] - 629:23
**nothing** [4] - 647:11, 647:13, 652:10, 663:22
**number** [6] - 638:2, 642:5, 646:10, 646:11, 655:8, 655:15
**Number** [1] - 612:19
**numbers** [9] - 624:20, 632:12, 632:17, 633:22, 639:6, 642:7, 653:3, 653:24
**Numbers** [1] - 613:6

**numeral** [1] - 629:19
**NY** [1] - 611:17

**O**

**oath** [2] - 613:21, 658:3
**objection** [3] - 612:13, 613:3, 663:8
**objections** [1] - 613:2
**objective** [3] - 634:10, 634:12
**obligation** [1] - 641:15
**observations** [1] - 616:15
**observed** [1] - 649:25
**obtained** [1] - 641:8
**occur** [1] - 659:1
**October** [1] - 616:13
**OF** [1] - 611:1
**Official** [2] - 611:25, 665:11
**Old** [1] - 611:16
**ON** [1] - 658:5
**once** [3] - 616:16, 644:22, 662:4
**one** [16] - 612:14, 619:23, 623:15, 636:4, 637:6, 638:10, 640:16, 640:25, 642:7, 649:18, 653:8, 657:13, 659:23, 660:1, 660:9, 663:15
**ones** [2] - 628:23, 650:13
**opening** [1] - 616:8
**operating** [1] - 660:8
**opinion** [6] - 615:10, 615:12, 616:24, 618:4, 619:9, 650:9
**opinions** [1] - 617:3
**opposite** [1] - 647:20
**option** [1] - 640:20
**options** [1] - 616:16
**Oracea** [15] - 618:2, 624:2, 634:4, 634:7, 634:15, 644:12, 645:8, 651:1, 651:7, 653:14, 654:2, 654:7, 658:17, 659:14, 660:8
**Oracea's** [1] - 618:3
**oral** [3] - 629:13, 634:13, 634:22
**orally** [1] - 619:24
**order** [1] - 649:18
**original** [2] - 661:16, 662:2
**originally** [1] - 644:5

**otherwise** [1] - 644:9
**outside** [1] - 632:12
**overall** [3] - 635:20, 650:25, 653:10
**overdone** [1] - 656:20
**overlooking** [1] - 664:13
**overnight** [1] - 619:23
**own** [1] - 649:7

**P**

**P.A** [1] - 611:22
**P.O** [1] - 611:13
**PA** [1] - 611:9
**page** [9] - 617:11, 626:20, 627:7, 629:18, 638:2, 646:4, 646:5, 646:6, 653:3
**Page** [19] - 617:14, 617:15, 619:11, 626:18, 627:11, 628:21, 629:12, 629:18, 629:23, 630:2, 630:4, 633:22, 634:9, 634:20, 637:19, 639:23, 642:4
**pages** [4] - 655:17, 656:17, 656:18, 657:4
**paper** [2] - 650:4, 652:16
**paragraph** [8] - 626:19, 626:20, 634:21, 635:3, 635:22, 640:1, 640:24
**part** [3] - 615:16, 615:21, 628:6
**particular** [4] - 650:1, 661:2, 661:21, 662:20
**parties** [2] - 612:4, 657:15
**parts** [7] - 632:9, 635:6, 659:1, 659:2, 664:17, 664:18, 664:19
**pass** [3] - 613:14, 625:9, 640:10
**past** [1] - 663:10
**patent** [5] - 636:3, 653:13, 654:2, 654:9, 664:13
**patients** [2] - 618:19, 660:1
**pellets** [12] - 622:4, 622:8, 623:1, 623:3,

623:11, 632:9, 632:10, 645:3, 659:8, 659:10, 659:14, 659:25
**pendency** [1] - 618:3
**people** [3] - 612:16, 624:25, 651:18
**per** [1] - 619:24
**percent** [20] - 624:21, 628:23, 628:25, 629:9, 635:16, 635:22, 642:19, 643:1, 643:3, 643:8, 643:14, 643:20, 644:3, 644:4, 644:11, 645:2, 645:8, 650:14, 660:3, 661:19
**percentage** [1] - 644:25
**percentile** [4] - 627:23, 628:4, 628:7, 628:24
**perhaps** [1] - 614:7
**period** [7] - 614:20, 620:2, 621:21, 624:23, 625:3, 625:5, 631:4
**peripheral** [1] - 664:19
**personal** [1] - 618:6
**personally** [1] - 615:4
**personnel** [1] - 620:2
**pH** [68] - 620:17, 620:18, 620:22, 621:7, 621:9, 621:10, 621:11, 621:14, 621:16, 621:18, 621:20, 621:21, 621:22, 622:4, 622:9, 622:12, 625:24, 626:1, 626:2, 626:4, 626:5, 627:14, 627:22, 627:23, 628:25, 629:9, 629:10, 629:13, 629:16, 629:25, 630:5, 630:11, 630:15, 630:23, 631:13, 632:1, 632:24, 637:3, 637:4, 638:18, 639:2, 640:19, 640:22, 641:14, 646:12, 647:1, 649:4, 649:5, 650:22, 651:18, 658:8, 658:15, 658:21, 658:22, 658:23, 659:4,

659:6, 659:12, 659:18, 660:7

**Pharmaterials** [5] - 614:1, 614:8, 614:12, 614:13, 614:14

**phase** [2] - 635:17, 635:24

**Phase** [10] - 614:2, 614:3, 614:5, 614:6, 614:10, 614:16, 614:18, 614:19, 615:2, 663:10

**phases** [1] - 635:7

**phenomenon** [5] - 649:1, 649:6, 649:10, 651:12, 651:14

**Philadelphia** [1] - 611:9

**Phillips** [1] - 611:22

**phone** [1] - 613:11

**pHs** [5] - 632:4, 632:9, 632:18, 658:25, 659:1

**physiological** [1] - 657:11

**physiologically** [1] - 631:25

**piece** [4] - 636:2, 636:4, 652:12, 652:16

**pilot** [4] - 646:22, 648:4, 648:6, 648:13

**plain** [1] - 645:24

**Plaintiff** [1] - 664:16

**PLAINTIFFS** [2] - 611:12, 611:15

**Plaintiffs** [2] - 657:25, 664:6

**plasma** [2] - 625:10, 634:3

**plausible** [1] - 664:15

**plot** [1] - 634:3

**plus** [1] - 619:25

**Plus** [2] - 627:1, 627:2

**point** [26] - 623:25, 625:14, 627:14, 627:24, 629:13, 630:6, 630:9, 631:10, 631:12, 631:16, 633:5, 636:8, 636:20, 636:21, 642:20, 643:1, 644:10, 657:8, 657:9, 657:10, 660:6, 660:7, 660:10, 661:10, 663:11

**pointed** [1] - 628:20

**points** [5] - 625:17, 628:1, 635:16, 635:24, 664:15

**polymer** [5] - 660:23, 661:2, 662:8, 662:20, 663:1

**polymers** [4] - 660:14, 660:25, 661:24, 662:15

**pool** [2] - 662:5, 662:16

**pores** [2] - 660:25, 661:7

**portion** [1] - 624:6

**POSA** [2] - 658:7, 658:15

**position** [1] - 647:16

**possible** [2] - 613:16, 641:6

**possibly** [3] - 616:10, 645:7, 650:15

**post** [1] - 664:20

**posture** [1] - 619:25

**potential** [1] - 651:4

**potentially** [1] - 621:20

**practical** [1] - 663:7

**precedence** [1] - 626:1

**precise** [1] - 656:22

**prefaced** [1] - 621:4

**prefer** [1] - 663:14

**preference** [2] - 657:18, 663:21

**preferential** [2] - 615:12, 624:19

**premise** [1] - 622:15

**prepare** [1] - 657:24

**present** [1] - 655:1

**presented** [2] - 635:6, 653:2

**presuming** [1] - 623:22

**pretty** [1] - 661:17

**previous** [1] - 632:18

**previously** [1] - 615:24

**primarily** [1] - 615:15

**problem** [1] - 651:17

**problematic** [1] - 639:8

**Procedure** [1] - 639:19

**procedure** [6] - 640:10, 641:4, 641:10, 641:11, 647:21, 647:25

**procedures** [3] - 648:2, 648:16, 648:17

**proceed** [1] - 613:11

**proceeding** [1] - 657:16

**proceedings** [1] - 665:7

**process** [4] - 623:15, 624:9, 624:12, 650:25

**processed** [1] - 640:9

**product** [32] - 614:9, 614:25, 615:4, 618:19, 619:23, 619:24, 620:6, 624:2, 624:3, 625:19, 634:4, 637:3, 638:7, 638:12, 640:17, 642:17, 644:12, 647:12, 647:13, 650:10, 651:2, 651:8, 653:19, 658:17, 658:24, 659:4, 659:13, 659:14, 659:15, 659:23

**products** [12] - 614:2, 614:3, 614:5, 614:6, 625:18, 634:14, 636:16, 658:16, 658:18, 658:19, 662:19, 663:3

**pronounce** [1] - 624:25

**proof** [1] - 664:16

**proper** [1] - 655:14

**properly** [1] - 656:24

**propose** [2] - 654:23, 655:1

**proposed** [1] - 618:16

**PTX-149** [1] - 626:16

**PTX-180** [1] - 616:5

**PTX-191** [1] - 619:3

**PTX-194.013** [1] - 637:24

**PTX-194.037** [1] - 642:5

**PTX-47** [1] - 633:13

**pure** [2] - 620:18, 621:10

**purest** [1] - 658:17

**purpose** [1] - 652:23

**purposes** [3] - 647:5, 652:9, 652:18

**put** [8] - 613:10, 635:11, 644:2, 649:22, 661:8, 661:10, 661:17, 662:17

## Q

**quantify** [1] - 662:7

**questions** [12] - 615:7, 635:20, 644:25, 645:11, 653:7, 654:13, 654:14, 656:3, 656:6, 656:13, 657:21, 663:2

**quick** [2] - 644:25, 660:5

**quicker** [1] - 622:2

**quickly** [4] - 622:21, 659:11, 661:9, 661:10

**quite** [9] - 616:10, 621:11, 623:11, 623:12, 623:14, 636:18, 643:5, 645:7, 662:19

**quote** [7] - 617:12, 617:23, 617:25, 619:22, 620:2, 634:13, 640:25

## R

**raise** [2] - 621:18, 621:21

**RAKOCZY** [12] - 611:18, 655:12, 656:13, 657:3, 657:14, 657:19, 663:8, 663:15, 663:22, 663:25, 664:7, 664:25

**Rakoczy** [8] - 611:20, 655:5, 655:11, 655:12, 657:18, 657:23, 663:13, 663:21

**randomization** [1] - 619:24

**range** [5] - 614:20, 622:22, 627:20, 645:6, 658:25

**rate** [2] - 623:4, 648:10

**rather** [7] - 614:6, 615:23, 622:1, 630:11, 640:23, 653:21, 653:24

**ratio** [1] - 653:19

**raw** [1] - 632:14

**RDR** [2] - 611:24, 665:10

**re** [2] - 635:5, 661:17

**re-charted** [1] - 635:5

**re-put** [1] - 661:17

**reach** [1] - 645:12

**reached** [2] - 617:4, 618:9

**reaction** [1] - 655:11

**read** [9] - 612:7, 618:6, 619:15, 627:4, 628:15, 646:10, 653:3, 657:6

**readily** [2] - 625:3, 626:5

**reading** [2] - 627:6, 627:8

**real** [2] - 622:5, 660:5

**really** [4] - 627:8, 639:15, 643:24, 664:11

**realm** [2] - 627:25, 629:11

**reasonable** [2] - 643:22, 647:16

**reasons** [5] - 631:15, 636:17, 641:25, 642:23, 652:6

**rebut** [1] - 657:9

**rebuttal** [8] - 613:16, 649:8, 654:23, 655:1, 655:15, 655:22, 656:22, 657:22

**REBUTTAL** [1] - 658:5

**recess** [2] - 657:20, 663:20

**record** [6] - 612:8, 645:24, 655:16, 655:18, 657:7, 665:7

**rectangle** [2] - 628:6, 628:7

**redrawn** [1] - 636:11

**reduce** [1] - 641:6

**reestablished** [1] - 621:22

**reference** [1] - 649:12

**referenced** [1] - 619:24

**references** [1] - 649:9

**referred** [1] - 632:13

**reflect** [1] - 631:1

**refresh** [1] - 639:23

**regard** [1] - 615:14

**regarded** [1] - 648:8

**regarding** [1] - 616:16

**regards** [1] - 663:6

**region** [4] - 615:12, 617:16, 624:19, 625:4

**Reindel** [1] - 611:16

**relate** [1] - 663:6

**relative** [1] - 639:3

**relatively** [1] - 625:8

**release** [30] - 622:11, 623:1, 623:2, 623:3,

623:4, 643:5, 643:6, 643:11, 643:25, 644:1, 644:15, 645:3, 658:9, 658:16, 658:18, 658:19, 659:3, 659:4, 659:8, 659:10, 659:13, 659:14, 659:15, 659:17, 659:25, 660:3, 663:9

**released** [10] - 622:11, 643:3, 643:4, 643:10, 643:11, 650:16, 650:18, 650:19, 650:20

**releases** [1] - 660:11

**releasing** [2] - 650:13, 659:12

**relevant** [1] - 631:25

**relied** [2] - 634:6, 635:4

**relying** [2] - 652:13, 659:17

**remain** [2] - 613:21, 658:3

**remains** [3] - 623:13, 623:14, 643:14

**remember** [13] - 612:4, 616:7, 616:11, 632:2, 632:11, 639:15, 646:10, 649:11, 649:12, 653:21, 659:24, 660:22, 662:8

**remind** [1] - 614:12

**reminder** [2] - 613:21, 658:2

**repeat** [1] - 613:9

**repeatedly** [1] - 660:19

**replacing** [1] - 612:6

**Report** [1] - 633:14

**report** [12] - 616:8, 616:9, 619:4, 634:20, 637:14, 647:1, 649:4, 649:5, 649:8, 653:5, 653:8, 653:10

**reported** [1] - 627:13

**Reporter** [2] - 611:25, 665:11

**represent** [1] - 628:7

**representative** [2] - 638:15, 638:20

**sample** [1] - 640:21

**required** [1] - 641:16

**requirement** [2] - 641:17, 651:19

**requires** [1] - 636:1

**rerun** [4] - 641:8, 641:14, 641:15, 641:21

**rescaled** [1] - 636:12

**Research** [1] - 633:15

**respect** [1] - 660:13

**responding** [1] - 655:2

**rest** [2] - 660:2, 663:24

**rests** [1] - 663:25

**result** [1] - 662:1

**results** [3] - 627:16, 627:20, 641:8

**retaining** [1] - 644:1

**retracting** [1] - 612:15

**returns** [1] - 631:17

**reverse** [1] - 630:13

**review** [4] - 641:17, 652:2, 652:10, 653:6

**reviewed** [14] - 616:9, 617:2, 619:8, 642:1, 651:24, 652:2, 652:5, 652:9, 652:11, 652:14, 652:18, 652:20, 653:11

**right-hand** [3] - 627:11, 629:23, 637:24

**rise** [1] - 620:22

**room** [2] - 620:9, 620:15

**ROSE** [1] - 611:19

**roughly** [3] - 614:20, 623:7, 629:8

**ROYALTY** [1] - 611:3

**Rudnic** [14] - 618:7, 626:12, 632:12, 635:7, 653:9, 657:5, 658:1, 658:2, 658:7, 659:6, 660:13, 662:18, 663:2

**Rudnic's** [5] - 615:24, 616:8, 618:3, 632:16, 656:23

**run** [3] - 640:22, 641:16, 651:18

**running** [6] - 631:10, 641:11, 650:2, 650:5, 650:6, 661:8

## S

**safe** [1] - 654:21

**saliva** [1] - 631:2

**sample** [1] - 640:21

**saw** [3] - 639:6, 656:16, 657:4

**scale** [12] - 635:11, 635:25, 646:22,

646:23, 647:22, 648:1, 648:3, 648:4, 648:13, 648:17

**scale-up** [1] - 646:22

**scales** [1] - 636:23

**schedule** [1] - 619:25

**screen** [1] - 640:11

**scrutiny** [1] - 653:10

**second** [10] - 617:11, 617:19, 626:19, 634:21, 655:19, 656:13, 656:15, 658:8

**seconds** [5] - 645:17, 645:20, 645:21

**secretions** [2] - 627:19, 631:2

**sections** [2] - 652:3, 652:4

**see** [42] - 612:5, 616:12, 617:11, 617:14, 617:25, 618:6, 618:9, 618:13, 619:12, 620:2, 622:14, 625:12, 626:20, 627:1, 627:12, 628:5, 628:25, 629:5, 629:22, 629:24, 630:17, 631:3, 631:8, 633:18, 634:12, 634:18, 634:21, 636:20, 638:7, 638:9, 639:23, 640:1, 640:3, 640:11, 641:3, 644:18, 646:5, 649:3, 654:3, 657:21, 660:11, 661:15

**seeing** [2] - 628:12, 639:13

**seem** [2] - 664:18, 664:19

**sell** [1] - 638:16

**send** [2] - 655:13, 664:23

**sense** [3] - 613:17, 628:12, 658:17

**sent** [1] - 655:7

**sentence** [5] - 617:12, 617:18, 640:4, 640:24, 649:24

**separate** [2] - 612:17, 658:20

**service** [1] - 614:15

**Session** [1] - 611:4

**set** [2] - 614:14, 614:16

**setting** [2] - 655:8, 655:9

**seven** [3] - 643:4, 643:6, 663:9

**several** [1] - 655:13

**severely** [1] - 650:14

**Shanfelder** [3] - 611:24, 665:9, 665:10

**shape** [1] - 661:16

**share** [1] - 623:16

**sheet** [1] - 645:16

**shock** [1] - 651:14

**short** [1] - 645:12

**show** [4] - 636:12, 636:16, 644:6, 644:17

**showed** [1] - 635:14

**shows** [1] - 660:10

**shrink** [1] - 662:2

**side** [3] - 627:12, 638:8, 657:1

**sides** [1] - 664:12

**sideways** [1] - 637:21

**significant** [1] - 625:18

**similar** [2] - 651:4, 651:7

**simple** [2] - 643:13, 644:24

**simply** [1] - 662:6

**simulated** [2] - 626:23, 626:25

**single** [3] - 634:13, 634:22, 644:6

**sitting** [1] - 619:25

**Siwik** [1] - 611:20

**six** [2] - 619:12, 619:15

**size** [4] - 646:22, 646:23, 662:2, 662:3

**skip** [1] - 630:3

**slightly** [1] - 630:5

**Slip** [1] - 611:16

**slowly** [1] - 661:14

**small** [3] - 612:3, 622:24, 623:21

**smaller** [3] - 647:22, 648:1, 648:17

**sold** [1] - 638:20

**solid** [1] - 623:3

**solids** [1] - 622:24

**solvents** [2] - 660:20, 661:1

**soon** [1] - 623:1

**sorry** [11] - 617:13, 617:14, 619:18, 619:19, 620:11, 627:3, 627:9, 634:10, 641:2,

647:24, 651:6

**sort** [1] - 612:5

**source** [1] - 641:4

**speaks** [2] - 616:19, 618:5

**specific** [3] - 616:22, 617:8, 662:25

**specifically** [2] - 620:24, 620:25

**spike** [1] - 625:12

**sponge** [3] - 661:4, 661:13, 661:15

**sponges** [2] - 661:5, 661:6

**spray** [1] - 648:10

**Squibb** [2] - 662:22, 662:23

**stage** [7] - 637:1, 642:10, 643:14, 644:4, 656:16, 658:8, 659:6

**stand** [2] - 612:23, 658:1

**standard** [2] - 633:8, 639:3

**standards** [1] - 658:20

**start** [2] - 623:9, 625:7

**starting** [4] - 619:17, 622:10, 623:21, 640:5

**state** [9] - 626:21, 626:23, 626:25, 630:10, 653:16, 653:17, 657:11, 661:18

**statement** [2] - 640:13, 658:14

**statements** [1] - 632:8

**states** [5] - 617:12, 619:17, 619:22, 642:19, 642:21

**STATES** [1] - 611:1

**statistical** [1] - 635:14

**statistics** [2] - 644:21, 644:22

**step** [1] - 663:23

**STEPHANOS** [1] - 611:7

**sticking** [1] - 640:10

**still** [1] - 644:5

**stirred** [1] - 649:17

**stirrers** [3] - 650:2, 650:5, 650:6

**stomach** [24] - 618:20, 621:7, 621:18, 621:21, 621:22, 622:1, 622:5, 622:8, 622:20, 623:4, 623:18, 625:24, 626:2, 626:5,

627:14, 627:23, 629:8, 629:10, 629:14, 629:16, 632:1, 645:12, 659:2

**strategically** [1] - 614:17

**Street** [4] - 611:9, 611:13, 611:20, 611:23

**strong** [1] - 657:10

**studies** [5] - 620:6, 620:10, 620:13, 632:24, 662:25

**Study** [2] - 619:6, 633:14

**study** [15] - 620:2, 627:13, 628:3, 629:8, 634:13, 635:5, 635:9, 642:4, 650:10, 651:1, 651:9, 651:12, 652:8, 658:8, 659:18

**stuff** [1] - 631:16

**SUB** [1] - 611:3

**subject** [2] - 619:25, 651:12

**subjected** [1] - 637:3

**subjective** [1] - 616:1

**subjects** [5] - 626:24, 627:12, 629:9, 634:18, 634:24

**submission** [1] - 643:23

**submit** [7] - 647:7, 647:10, 647:12, 647:14, 647:15, 647:18, 653:5

**submitted** [8] - 635:1, 641:16, 641:24, 645:15, 652:15, 653:4, 654:10, 654:11

**submitting** [2] - 652:19, 652:23

**substance** [2] - 616:24, 640:8

**substantial** [2] - 624:1, 624:3

**substantially** [1] - 660:20

**suck** [1] - 662:4

**sufficiently** [1] - 635:18

**suggested** [1] - 664:18

**Suite** [1] - 611:20

**sum** [1] - 662:12

**support** [5] - 631:25, 632:4, 632:7, 633:6, 649:9

**supporting** [2] - 622:15, 625:24

**supposed** [1] - 658:25

**surprised** [1] - 639:10

**suspect** [1] - 650:23

**swallowed** [1] - 622:25

**swallowing** [1] - 645:13

**swell** [1] - 661:3

**switch** [1] - 613:10

**Synopsis** [1] - 633:14

**synopsis** [1] - 619:4

**system** [1] - 632:9

## T

**Tab** [9] - 616:4, 619:2, 626:15, 633:12, 637:11, 639:12, 639:13, 642:3, 646:1

**table** [1] - 628:8

**tablets** [1] - 640:10

**tap** [2] - 621:11, 661:8

**TCD** [1] - 611:3

**temperature** [6] - 620:1, 620:9, 620:13, 620:15, 620:22, 621:22

**tentatively** [1] - 654:6

**terminology** [1] - 624:16

**terms** [8] - 632:13, 632:21, 636:18, 636:19, 640:14, 643:24, 643:25, 652:25

**terribly** [1] - 620:23

**test** [19] - 619:23, 634:14, 637:3, 637:14, 638:7, 640:9, 640:14, 640:18, 641:14, 641:16, 641:21, 642:16, 644:2, 646:13, 647:1, 651:18, 656:16, 658:21

**tested** [5] - 638:18, 644:5, 648:21, 648:23, 651:1

**testified** [9] - 614:4, 621:23, 622:14, 622:17, 632:5, 639:2, 642:10, 646:18, 653:12

**testify** [1] - 616:25

**testifying** [2] - 658:7, 660:14

**testimony** [17] -

620:20, 621:3, 632:14, 632:17, 633:6, 638:23, 639:14, 645:16, 651:21, 654:23, 655:3, 655:23, 656:22, 659:20, 660:21, 662:6, 663:3

**testing** [1] - 648:20

**tests** [3] - 638:19, 641:9, 659:3

**Texas** [1] - 634:17

**text** [3] - 619:12, 619:13, 631:1

**THE** [123] - 611:1, 611:7, 611:12, 611:15, 611:18, 611:22, 612:2, 612:9, 612:12, 612:14, 612:17, 612:20, 612:24, 613:2, 613:4, 613:9, 613:15, 613:19, 613:20, 613:21, 614:12, 614:14, 614:20, 614:22, 614:23, 615:18, 615:19, 616:18, 616:24, 617:6, 617:14, 617:16, 617:19, 618:5, 618:11, 618:13, 618:22, 619:4, 619:6, 619:13, 619:15, 620:25, 622:16, 623:1, 623:6, 623:9, 623:16, 623:19, 623:20, 623:24, 624:4, 624:8, 624:9, 624:11, 624:12, 624:14, 624:17, 624:18, 624:20, 624:22, 624:23, 625:1, 625:5, 625:7, 625:11, 625:14, 625:16, 625:17, 625:21, 627:2, 627:3, 627:6, 628:4, 628:11, 628:15, 628:16, 628:22, 629:18, 630:3, 630:12, 630:17, 630:19, 631:18, 631:21, 633:14, 633:24, 636:1, 636:9, 637:6, 637:9, 637:12, 637:21, 637:24, 638:3, 638:5, 642:13,

643:18, 648:9, 648:11, 654:15, 654:16, 654:17, 654:19, 654:21, 655:5, 655:11, 655:20, 656:3, 656:6, 656:9, 656:12, 656:25, 657:12, 657:15, 657:18, 657:22, 658:2, 663:9, 663:13, 663:17, 663:23, 664:1, 664:10

**themselves** [1] - 627:16

**theories** [1] - 664:15

**thereby** [1] - 636:3

**they've** [1] - 648:5

**thin** [2] - 661:8, 661:18

**third** [2] - 617:18, 657:3

**thoughts** [3] - 657:21, 664:12, 664:23

**Three** [1] - 611:4

**three** [5] - 640:15, 648:12, 656:3, 656:6, 656:13

**throughout** [1] - 615:13

**TIGAN** [1] - 611:12

**today** [1] - 654:19

**took** [6] - 614:1, 614:3, 614:5, 614:16, 615:2, 636:23

**top** [8] - 627:11, 628:7, 628:10, 628:18, 628:23, 628:24, 630:4, 662:17

**topic** [9] - 645:16, 655:10, 655:15, 656:10, 656:13, 656:15, 656:20, 657:3

**topics** [2] - 655:6, 655:13

**total** [2] - 643:20, 662:12

**tract** [5] - 615:13, 615:22, 615:23, 659:1, 659:3

**trained** [1] - 620:2

**transcript** [5] - 614:7, 655:16, 656:17, 657:5, 665:6

**transient** [3] - 621:21, 632:4, 632:8

**transit** [3] - 632:11, 632:13, 632:17

**travels** [1] - 654:21

**trend** [1] - 630:14

**trial** [1] - 664:20

**Trial** [2] - 611:4, 611:5

**trials** [5] - 614:2, 614:3, 614:6, 614:17

**triangle** [1] - 631:18

**triangles** [2] - 630:23, 631:12

**true** [7] - 616:17, 622:4, 630:21, 644:3, 644:20, 652:15, 658:16

**try** [2] - 653:8, 664:19

**trying** [2] - 636:22, 662:17

**tube** [3] - 627:19, 631:10, 631:16

**Tunnell** [1] - 611:12

**turn** [4] - 613:10, 616:4, 619:11, 634:9

**turned** [1] - 637:21

**turning** [1] - 633:22

**turns** [2] - 637:22, 661:20

**two** [12] - 614:1, 614:3, 614:4, 614:6, 636:16, 640:5, 640:7, 648:12, 656:16, 658:14, 663:18

**two-stage** [1] - 656:16

**type** [1] - 660:25

## U

**U.S** [1] - 611:8

**UK** [1] - 654:20

**unbelievably** [1] - 656:15

**under** [15] - 613:21, 622:20, 623:25, 634:9, 634:12, 634:18, 634:21, 634:24, 635:22, 639:24, 651:1, 656:7, 658:3, 661:8

**undercoat** [1] - 662:11

**understood** [3] - 654:12, 657:3, 657:14

**unfortunate** [1] - 637:23

**unfortunately** [1] - 642:5

**UNITED** [1] - 611:1

**unlikely** [1] - 640:23

**unreasonable** [1] -

630:25
**unrelated** [1] - 645:11
**unstirred** [1] - 650:23
**up** [7] - 613:14, 614:15, 614:16, 621:13, 646:22, 661:10, 662:4
**upper** [6] - 615:21, 617:24, 624:20, 628:6, 637:19, 642:6
**useful** [1] - 664:11
**uses** [2] - 645:2, 645:8
**USP** [4] - 633:2, 634:16, 639:20, 640:24

## V

**Validation** [1] - 639:19
**value** [6] - 628:22, 629:9, 642:25, 643:2, 643:14, 644:14
**values** [3] - 627:23, 630:23, 631:6
**variability** [8] - 640:1, 640:7, 640:20, 640:23, 641:5, 641:6, 641:13, 641:22
**variable** [2] - 640:14, 641:8
**variation** [1] - 627:18
**various** [4] - 632:4, 632:8, 632:9, 664:17
**verify** [1] - 645:1
**versus** [4] - 622:24, 647:21, 647:23, 647:25
**vessel** [2] - 640:10, 649:18
**view** [2] - 618:7, 623:25
**viewed** [1] - 626:2
**visualize** [1] - 628:5
**vitro** [1] - 636:6
**vivo** [1] - 636:7
**volatile** [1] - 661:22

## W

**wall** [1] - 640:10
**wants** [1] - 657:23
**water** [34] - 620:1, 620:12, 620:17, 620:18, 620:19, 621:8, 621:9, 621:10, 621:11, 621:14, 621:15, 621:18, 622:6, 626:24, 630:10, 660:19, 661:1, 661:3, 661:8, 661:9, 661:11, 661:14, 661:17, 661:22, 661:23, 662:4, 662:9, 662:10, 662:11, 662:14, 662:16
**water-base** [1] - 662:16
**water-based** [3] - 662:9, 662:10, 662:11
**ways** [1] - 661:3
**weak** [1] - 664:15
**wear** [1] - 627:8
**weight** [2] - 645:2, 645:8
**weighted** [1] - 625:6
**welcome** [1] - 658:2
**West** [1] - 611:20
**whereas** [1] - 626:25
**white** [3] - 619:13, 619:14, 619:15
**whole** [3] - 635:23, 652:2, 656:11
**wide** [1] - 630:6
**wider** [1] - 636:19
**widespread** [1] - 651:17
**William** [1] - 655:12
**WILLIAM** [1] - 611:18
**Wilmington** [2] - 611:14, 611:23
**window** [6] - 615:8, 615:11, 615:25, 617:24, 624:15
**winged** [1] - 650:15
**wise** [1] - 631:14
**wish** [1] - 653:7
**witness** [8] - 613:13, 613:16, 616:4, 616:21, 618:8, 618:14, 638:1, 655:9
**WITNESS** [26] - 613:20, 614:14, 614:22, 615:19, 618:11, 623:1, 623:9, 623:19, 623:24, 624:8, 624:11, 624:14, 624:18, 624:22, 625:1, 625:7, 625:14, 625:17, 627:3, 627:6, 628:16, 638:3, 638:5, 648:11, 654:16, 654:19
**witnesses** [2] -

612:22, 655:3
**word** [6] - 619:17, 628:17, 639:9, 651:23, 652:1, 652:4
**words** [1] - 616:2
**Worth** [1] - 634:17
**written** [2] - 627:6, 629:19

## Y

**years** [1] - 614:21
**yesterday** [20] - 612:3, 613:9, 620:20, 621:23, 622:14, 623:10, 623:25, 625:15, 625:23, 635:4, 636:17, 636:24, 638:22, 642:24, 645:6, 649:14, 653:12, 655:3, 655:23, 657:10
**York** [1] - 611:17

## Z

**zero** [1] - 630:23